So Ordered.

Signed this 12 day of February, 2026.





_____

  Wendy A. Kinsella

  United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CARTHAGE AREA HOSPITAL, INC., | : | Case No. 26-30078 |
| Debtor. | : | |
| In re: | : | Chapter 11 |
| NORTH STAR HEALTH ALLIANCE, INC., | : | Case No. 26-60099 |
| Debtor. | : | |
| In re: | : | Chapter 11 |
| CLAXTON-HEPBURN MEDICAL CENTER, INC., | : | Case No. 26-60100 |
| Debtor. | : | |
| In re: | : | Chapter 11 |
| MEADOWBROOK TERRACE, INC., | : | Case No. 26-30079 |
| Debtor. | : | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of debtors St. Carthage Area Hospital, Inc. ("Carthage") (Case No. 26-30078), North Star Health Alliance, Inc. ("North Star") (Case No. 26-60099), Claxton-Hepburn Medical Center, Inc. ("Claxton") (Case No. 26-60100), and Meadowbrook Terrace, Inc. ("Meadowbrook") (Case No. 26-30079) (Carthage, North Star, Claxton, and Meadowbrook, individually a "Debtor", and collectively, the "Debtors"), for entry of an order directing joint administration of the Debtors' chapter 11 cases (the "Chapter 11 Cases") for procedural purposes; and a hearing held on February 12, 2026; and the Court finding that: (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interest of the Debtors' estates, their creditors, and other parties in interest; and (d) due and proper notice of the Motion was given and it appearing that no other of further notice need be provided; and upon the record herein and after due deliberation and cause appearing thereof; it is hereby

**ORDERED** that the Motion is GRANTED as set forth herein; and it is further;

**ORDERED** that the above referenced Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be joint administered by the Court; and it is further

**ORDERED** that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases; and it is further

**ORDERED** that the Chapter 11 case of North Star Health Alliance, Inc. (Case No. 26-60099) is hereby designated as the "Main Case". All pleadings and other filings shall be filed on

---

[1] Each capitalized term used but not otherwise defined herein shall have the meaning give to it in the Motion.

2

the docket for the "Main Case", except that proofs of claim shall be filed in the case for the specific Debtor against which the claimant is asserting a claim; and it is further

**ORDERED** that except for schedules and statements required under 11 U.S.C. § 521 and all monthly operating reports which shall be captioned in the name of the applicable Debtor, the caption of the jointly administered cases shall read as follows (footnote included):

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | | Case No. 26-30079 |
| | | Case No. 26-60100 |

------------------------------------------------------------------x

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

and it is further

**ORDERED** that an entry that reads as follows shall be made on the docket of each case other than the "Main Case" to reflect the joint administration of these Chapter 11 Cases:

> "An order pursuant to Federal Rule of Bankruptcy Procedure 1015(b) has been entered in this case directing the joint administration of the chapter 11 cases of Carthage Area Hospital, Inc. (Case No. 26-30078), North Star Health Alliance, Inc. (Case No. 26-60099), Claxton-Hepburn Medical Center, Inc. (Case No. 26-60100), and Meadowbrook Terrace, Inc. (Case No. 26-30079). The case of North Star Health Alliance, Inc. has been designated the "Main Case"; accordingly, the docket in Case No. 26-60099 should be consulted for all matters affecting the chapter 11 case of this debtor."

**ORDERED** that the Debtors are authorized to utilize a combined service list for the jointly-administered cases, and combined notices may be sent to creditors of the Debtors' estates and other parties in interest, as applicable, subject to further order of the Court; and it is further

**ORDERED** that LBR 1015-1(d) requiring Debtor to submit a supplemental certified mailing matrix containing only those parties not previously included on the mailing matrix filed in the "Main Case" is hereby waived; and it is further

**ORDERED** that the terms and conditions of this Order are effective and enforceable immediately upon its entry; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

\* \* \*