# **<u>EXHIBIT A</u>**

## EXHIBIT A - LIST OF DEBTORS AND IDENTIFIERS

| Debtor | Entity type | FEIN | Service address | Primary operations |
|---|---|---|---|---|
| North Star Health Alliance | Passive Parent / Shared services | ███9491 | 214 King Street, Suite C, Ogdensburg, NY 13669 | System governance and shared services coordination (finance, HR, IT, compliance, revenue cycle coordination) across member organizations. |
| Carthage Area Hospital | Hospital | ███2079 | 1001 West Street, Carthage, NY 13619 (Carthage campus) 214 King Street, Suite A, Ogdensburg, NY 13669 (Claxton Campus) | Operates 25-bed Critical Access Hospital (Carthage campus) and operates the Claxton Campus acute-care hospital in Ogdensburg under shared operating certificate; provides ED, inpatient, outpatient, surgical, and diagnostic services and supports system clinics. |

50124121.1

| Debtor | Entity type | FEIN | Service address | Primary operations |
|---|---|---|---|---|
| Claxton-Hepburn Medical Center, Inc. | Hospital | ████ 9686 | 214 King Street, Suite B, Ogdensburg, NY 13669 | Operates standalone Article 31 inpatient psychiatric hospital (adult and child/adolescent units) and related behavioral health services. |
| Meadowbrook Terrace Assisted Living Facility | Assisted living | ████ 2458 | 21957 Cole Road Carthage, NY 13619 | Assisted living services |

# EXHIBIT B

**NORTH STAR HEALTH ALLIANCE**

| 13-Week Cash Flow Projection | WE 2/13/26 | | WE 2/20/26 | | WE 2/27/26 | |
|---|---|---|---|---|---|---|
| | Budget | Actual | Budget | Actual | Budget | Actual |
| **RECEIPTS** | | | | | | |
| **Operating** | | | | | | |
| Net Patient Service Revenue | - | - | - | - | - | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - |
| Leased Employees Revenue | - | - | - | - | - | - |
| GPO | - | - | - | - | - | - |
| **Non Operating** | | | | | | |
| VAPAP | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - |
| NY DOH Funding | - | - | - | - | - | - |
| Intercompany Transfers In | - | - | - | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - |
| **Total Receipts** | - | - | - | - | - | - |
| Variance - Cumulative | | - | | - | | - |
| Variance - % - Cumulative | | 0% | | 0% | | 0% |
| **EXPENSES** | | | | | | |
| Salaries & Wages | - | - | - | - | - | - |
| Payroll Taxes | - | - | - | - | - | - |
| Fringe Benefits | - | - | - | - | - | - |
| Leased Employees - Ogdensburg (inc. all associated costs) | - | - | 16,500 | - | - | - |
| Physician Fees | - | - | - | - | - | - |
| Purchased Services | - | 21,108 | - | - | - | - |
| Medical Supplies | - | - | - | - | - | - |
| Pharmacy Supplies | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - | - |
| Bankruptcy - Legal Expense | - | - | - | - | - | - |
| Bankruptcy - CRO and FA | - | - | - | - | - | - |
| Bankruptcy - Debtor Professionals | - | - | - | - | - | - |
| Bankruptcy - Lender Professionals | - | - | - | - | - | - |
| Bankruptcy - Committee Professionals | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - |
| Equipment - Leases | - | - | - | - | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - |
| Intercompany Transfers Out | - | - | - | - | - | - |
| **Total Cash Out** | - | 21,108 | 16,500 | - | - | - |
| Variance - Cumulative | | 21,108 | | - | | - |
| Variance - % - Cumulative | | 0.0% | | 0.0% | | 0.0% |
| **Net Cash Flow** | - | (21,108) | (16,500) | - | - | - |
| **Cash Balance - Beginning of Period** | 25,387 | 25,387 | 25,387 | 4,279 | 8,887 | 4,279 |
| **Cash Balance - End of Period** | 25,387 | 4,279 | 8,887 | 4,279 | 8,887 | 4,279 |

**Notes:**

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. NY DOH stated they will fund $2.6M on 2/17; however, funding mechanism unknown.

2. Pursuing DIP financing to address cash shortfall

3. Evaluating organizational downsizing to reduce cash demands on organization.

4. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.

5. Budget does not include adequate assurance payments to utilities.

**CLAXTON-HEPBURN MEDICAL CENTER**

13-Week Cash Flow Projection

| | WE 2/13/26 | | WE 2/20/26 | | WE 2/27/26 | |
|---|---|---|---|---|---|---|
| | Budget | Actual | Budget | Actual | Budget | Actual |
| **RECEIPTS** | | | | | | |
| **Operating** | | | | | | |
| Net Patient Service Revenue | 168,826 | 311,305 | 168,826 | - | 160,928 | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - |
| Leased Employees Revenue - Ogdensburg & NSHA | - | - | 2,016,500 | - | - | - |
| GPO | - | - | - | - | - | - |
| **Non Operating** | | | | | | |
| VAPAP | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - |
| NY DOH Funding | - | - | - | - | - | - |
| Intercompany Transfers In | - | - | - | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - |
| **Total Receipts** | 168,826 | 311,305 | 2,185,326 | - | 160,928 | - |
| Variance - Cumulative | | 142,479 | | - | | - |
| Variance - % - Cumulative | | 184% | | 0% | | 0% |
| **EXPENSES** | | | | | | |
| Salaries & Wages | - | - | 2,049,277 | - | - | - |
| Payroll Taxes | - | - | 202,675 | - | - | - |
| Fringe Benefits | 474,342 | 478,466 | 385,260 | - | 665,000 | - |
| Leased Employees (inc. all associated costs) | | | | | | |
| Physician Fees | - | - | - | - | - | - |
| Purchased Services | 88,107 | 24,091 | 245,878 | - | 60,000 | - |
| Medical Supplies | 42,885 | - | 64,885 | - | - | - |
| Pharmacy Supplies | 33,520 | - | 28,520 | - | - | - |
| Insurance | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - |
| Other Operating Expenses | 7,500 | 354 | 7,500 | - | - | - |
| Bankruptcy - Legal Expense | - | - | - | - | - | - |
| Bankruptcy - CRO and FA | - | - | - | - | - | - |
| Bankruptcy - Debtor Professionals | - | - | - | - | - | - |
| Bankruptcy - Lender Professionals | - | - | - | - | - | - |
| Bankruptcy - Committee Professionals | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - |
| Equipment - Leases | - | - | 9,000 | - | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - |
| Intercompany Transfers Out | - | - | - | - | - | - |
| **Total Cash Out** | 646,354 | 502,911 | 2,992,995 | - | 725,000 | - |
| Variance - Cumulative | | (143,443) | | - | | - |
| Variance - % - Cumulative | | -22.2% | | 0.0% | | 0.0% |
| **Net Cash Flow** | (477,528) | (191,606) | (807,669) | - | (564,072) | - |
| **Cash Balance - Beginning of Period** | 767,725 | 767,725 | 576,119 | 576,119 | (231,550) | 576,119 |
| **Cash Balance - End of Period** | 290,197 | 576,119 | (231,550) | 576,119 | (795,622) | 576,119 |

**Notes:**

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. NY DOH stated they will fund $2.6M on 2/17; however, funding mechanism unknown.

2. Pursuing DIP financing to address cash shortfall

3. Evaluating organizational downsizing to reduce cash demands on organization.

4. Payroll week ending 2/20/26 does not roughly $436K backpay.  Negotiations currently under way with NYSNA to term this amount out.

5. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.

6. Budget does not include adequate assurance payments to utilities.

**CARTHAGE AREA HOSPITAL**

| 13-Week Cash Flow Projection | WE 2/13/26 | | WE 2/20/26 | | WE 2/27/26 | |
|---|---|---|---|---|---|---|
| | Budget | Actual | Budget | Actual | Budget | Actual |
| **RECEIPTS** | | | | | | |
| **Operating** | | | | | | |
| Net Patient Service Revenue | 2,484,935 | 3,421,625 | 2,484,935 | - | 2,532,566 | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - |
| Leased Employees Revenue | - | - | 87,095 | - | - | - |
| GPO | - | - | - | - | - | - |
| **Non Operating** | | | | | | |
| VAPAP | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - |
| NY DOH Funding | - | - | 2,600,000 | - | - | - |
| Intercompany Transfers In | - | - | - | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - |
| **Total Receipts** | 2,484,935 | 3,421,625 | 5,172,030 | - | 2,532,566 | - |
| Variance - Cumulative | | 936,690 | | - | | - |
| Variance - % - Cumulative | | 138% | | 0% | | 0% |

| | Budget | Actual | Budget | Actual | Budget | Actual |
|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | |
| Salaries & Wages | - | - | 2,719,619 | - | - | - |
| Payroll Taxes | - | - | 268,974 | - | - | - |
| Fringe Benefits | 526,906 | 534,023 | 506,652 | - | 758,085 | - |
| Leased Employees - Ogdensburg (inc. all associated costs) | - | - | 2,000,000 | - | - | - |
| Physician Fees | 762,958 | 160,009 | 1,204,949 | - | 160,000 | - |
| Purchased Services | 295,940 | 40,052 | 348,188 | - | 81,000 | - |
| Medical Supplies | 154,540 | 80,646 | 197,000 | - | 8,500 | - |
| Pharmacy Supplies | 406,090 | 25,677 | 632,113 | - | - | - |
| Insurance | 164,437 | 164,437 | 106,639 | - | - | - |
| Utilities | - | - | - | - | - | - |
| Other Operating Expenses | 84,500 | - | 132,500 | - | - | - |
| Bankruptcy - Legal Expense | - | - | - | - | - | - |
| Bankruptcy - CRO and FA | - | - | - | - | - | - |
| Bankruptcy - Debtor Professionals | - | - | - | - | - | - |
| Bankruptcy - Lender Professionals | - | - | - | - | - | - |
| Bankruptcy - Committee Professionals | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - |
| Equipment - Leases | 104,000 | - | 104,000 | - | - | - |
| Loans / Debt Principal Payments | 5,089 | 5,089 | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - |
| Intercompany Transfers Out | - | - | - | - | - | - |
| **Total Cash Out** | 2,504,461 | 1,009,934 | 8,220,634 | - | 1,007,585 | - |
| Variance - Cumulative | | (1,494,528) | | - | | - |
| Variance - % - Cumulative | | -59.7% | | 0.0% | | 0.0% |
| **Net Cash Flow** | (19,526) | 2,411,691 | (3,048,604) | - | 1,524,981 | - |
| **Cash Balance - Beginning of Period** | 2,310,316 | 2,310,316 | 4,722,007 | 4,722,007 | 1,673,403 | 4,722,007 |
| **Cash Balance - End of Period** | 2,290,790 | 4,722,007 | 1,673,403 | 4,722,007 | 3,198,384 | 4,722,007 |

**Notes:**

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. NY DOH stated they will fund $2.6M on 2/17; however, funding mechanism unknown.

2. Pursuing DIP financing to address cash shortfall

3. Evaluating organizational downsizing to reduce cash demands on organization.

4. Payroll week ending 2/20/26 does not include roughly $340K backpay.  Negotiations currently under way with NYSNA to term this amount out.

5. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.

6. Budget does not include adequate assurance payments to utilities.

**MEADOWBROOOK TERRACE INC.**

13-Week Cash Flow Projection

| | WE 2/13/26 | | WE 2/20/26 | | WE 2/27/26 | |
|---|---|---|---|---|---|---|
| | Budget | Actual | Budget | Actual | Budget | Actual |
| **RECEIPTS** | | | | | | |
| **Operating** | | | | | | |
| Net Patient Service Revenue | 39,086 | 27,107 | 39,086 | - | 39,086 | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - |
| Leased Employees | - | - | - | - | - | - |
| GPO | - | - | - | - | - | - |
| **Non Operating** | | | | | | |
| VAPAP | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - |
| NY DOH Funding | - | - | - | - | - | - |
| Intercompany Transfers In | - | - | - | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - |
| **Total Receipts** | 39,086 | 27,107 | 39,086 | - | 39,086 | - |
| Variance - Cumulative | | (11,979) | | - | | - |
| Variance - % - Cumulative | | 69% | | 0% | | 0% |
| | | | | | | |
| **EXPENSES** | | | | | | |
| Salaries & Wages | - | - | - | - | - | - |
| Payroll Taxes | - | - | - | - | - | - |
| Fringe Benefits | - | - | - | - | - | - |
| Leased Employees - Carthage (inc. all associated costs) | - | - | 87,095 | - | - | - |
| Physician Fees | - | - | - | - | - | - |
| Purchased Services | - | - | - | - | - | - |
| Medical Supplies & Other | - | 3,857 | - | - | - | - |
| Pharmacy Supplies | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - |
| Utilities | - | - | 8,891 | - | - | - |
| Other Operating Expenses | - | 77 | - | - | - | - |
| Bankruptcy - Legal Expense | - | - | - | - | - | - |
| Bankruptcy - CRO and FA | - | - | - | - | - | - |
| Bankruptcy - Debtor Professionals | - | - | - | - | - | - |
| Bankruptcy - Lender Professionals | - | - | - | - | - | - |
| Bankruptcy - Committee Professionals | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - |
| Equipment - Leases | - | - | - | - | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - |
| Intercompany Transfers Out | - | - | - | - | - | - |
| **Total Cash Out** | - | 3,934 | 95,986 | - | - | - |
| Variance - Cumulative | | 3,934 | | - | | - |
| Variance - % - Cumulative | | 0.0% | | 0.0% | | 0.0% |
| | | | | | | |
| **Net Cash Flow** | 39,086 | 23,173 | (56,900) | - | 39,086 | - |
| | | | | | | |
| **Cash Balance - Beginning of Period** | 104,641 | 104,641 | 143,727 | 127,814 | 86,827 | 127,814 |
| **Cash Balance - End of Period** | 143,727 | 127,814 | 86,827 | 127,814 | 125,913 | 127,814 |

**Notes:**

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. NY DOH stated they will fund $2.6M on 2/17; however, funding mechanism unknown.

2. Pursuing DIP financing to address cash shortfall

3. Evaluating organizational downsizing to reduce cash demands on organization.

4. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.

5. Budget does not include adequate assurance payments to utilities.

# **<u>EXHIBIT C</u>**

| Carthage Area Hospital | 2/13/26 | | | 2/20/26 | | | 2/27/26 | | | TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre | Post | Total | Pre | Post | Total | Pre | Post | Total | Pre | Post | Total |
| Salaries & Wages | $ - | $ - | $ - | $2,187,876 | $1,230,680 | $3,418,556 | $ - | $ - | $ - | $2,187,876 | $1,230,680 | $3,418,556 |
| Payroll Taxes | - | - | - | 181,237 | 101,946 | 283,183 | - | - | - | 181,237 | 101,946 | 283,183 |
| Fringe Benefits | 281,635 | 132,516 | 414,152 | 247,616 | 139,284 | 386,900 | 731,085 | 27,000 | 758,085 | 1,260,337 | 298,800 | 1,559,137 |
| Totals: | $281,635 | $132,516 | $414,152 | $2,616,729 | $1,471,910 | $4,088,639 | $731,085 | $ 27,000 | $758,085 | $3,629,450 | $1,631,426 | $5,260,876 |

| Leased Employees - Ogdensburg (inc. all associated costs) | $ - | $ - | $ - | $1,482,000 | $1,118,000 | $2,600,000 | $ - | $ - | $ - | $1,482,000 | $1,118,000 | $2,600,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Notes:

1. The 2/20/26 payroll includes the CEO Severance of $420K

2. The 2/20/26 payroll inclucdes the NYSNA backpay tied to labor contract

3. The Leased Emloyees are paid by Claxton and Carthage transfers funds to Claxton to cover employee cost

4. $87,095 of the Salaries, Taxes, and Fringe costs are for Meadowbrook staff leased from Carthage

| Claxton-Hepburn Medical Center | 2/13/26 | | | 2/20/26 | | | 2/27/26 | | | TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre | Post | Total | Pre | Post | Total | Pre | Post | Total | Pre | Post | Total |
| Salaries & Wages | $ - | $ - | $ - | $1,684,824 | $ 947,713 | $2,632,537 | $ - | $ - | $ - | $1,684,824 | $ 947,713 | $2,632,537 |
| Payroll Taxes | - | - | - | 139,565 | 78,506 | 218,071 | - | - | - | 139,565 | 78,506 | 218,071 |
| Fringe Benefits | 281,236 | 105,381 | 386,617 | 157,007 | 88,317 | 245,324 | 720,135 | (55,135) | 665,000 | 1,158,379 | 138,562 | 1,296,941 |
| Totals: | $281,236 | $105,381 | $386,617 | $1,981,396 | $1,114,536 | $3,095,932 | $720,135 | $(55,135) | $665,000 | $2,982,768 | $1,164,781 | $4,147,549 |

Notes:

1. The 2/20/26 payroll inclucdes the NYSNA backpay tied to labor contract

2. $2,600,000 of the Salaries, Taxes, and Fringe costs are for Carthage staff leased from Claxton

3. $16,500 of the Salaries, Taxes, and Fringe costs are for NSHA staff leased from Claxton

| North Star Health Alliance | 2/13/26 | | | 2/20/26 | | | 2/27/26 | | | TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre | Post | Total | Pre | Post | Total | Pre | Post | Total | Pre | Post | Total |
| Leased Employees - from Claxton (inc. all associated costs) | $ - | $ - | $ - | $ 9,405 | $ 7,095 | $ 16,500 | $ - | $ - | $ - | $ 9,405 | $ 7,095 | $ 16,500 |
| Totals: | $ - | $ - | $ - | $ 9,405 | $ 7,095 | $ 16,500 | $ - | $ - | $ - | $ 9,405 | $ 7,095 | $ 16,500 |

Notes:

1. The Leased Emloyees are paid by Claxton and NSHA transfers funds to Claxton to cover employee cost

| Meadowbrook Terrace Inc. | 2/13/26 | | | 2/20/26 | | | 2/27/26 | | | TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre | Post | Total | Pre | Post | Total | Pre | Post | Total | Pre | Post | Total |
| Leased Employees - from Carthage (inc. all associated costs) | $ - | $ - | $ - | $ 55,741 | $ 31,354 | $ 87,095 | $ - | $ - | $ - | $ 55,741 | $ 31,354 | $ 87,095 |
| Totals: | $ - | $ - | $ - | $ 55,741 | $ 31,354 | $ 87,095 | $ - | $ - | $ - | $ 55,741 | $ 31,354 | $ 87,095 |

Notes:

1. The Leased Emloyees are paid by Claxton and NSHA transfers funds to Claxton to cover employee cost

# **EXHIBIT D**

## NORTH STAR HEALTH ALLIANCE, INC.
AA-2023

### CLAXTON-HEPBURN MEDICAL CENTER, INC.
Article 31 Behavioral Health Hospital

AA-2023; MSA-2020; MSA-A-2023; LEA-2019; LEASE-2022-H; LEASE-2022-R; LEASE-2024

### CARTHAGE AREA HOSPITAL, INC.
Critical Access Hospital
Carthage Campus

AA-2023; MSA-2020; MSA-A-2023; LEA-2019; ASA-2021; MPA-2021; LEASE-2022-H; LEASE-2022-R; LEASE-2024

### CLAXTON-HEPBURN MEDICAL CENTER FOUNDATION, INC.
No Affiliation Needed

**CLAXTON MEDICAL , P.C.**
No Affiliation Needed

**CLAXTON-HEPBURN MEDICAL CAMPUS**
Critical Access Hospital
Ogdensburg Campus
LEASE-2024

**NORTH COUNTRY ORTHOPAEDIC GROUP, P.C.**
No Affiliation Needed

**NORTH COUNTRY ORTHOPAEDIC AMBULATORY SURGERY CENTER, LLC**
Physician Owned
ASA-2021; MPA-2021

**MEADOWBROOK TERRACE, INC.**
Assisted Living Facility
No Affiliation Needed

**NORTH COUNTRY REALTY, LLC**
No Affiliation Needed

**CARTHAGE AREA HOSPITAL FOUNDATION, INC.**
No Affiliation Needed

**COMPREHENSIVE WOMEN'S HEALTH, PLLC**
No Affiliation Needed

## LEGEND

**"AA-2023" – AFFILIATION AGREEMENT**
PROVIDED: 2025.09.04 NSHA EMAIL TO OMH AND 2025.12.13 BONADIO EMAIL

**"MSA-2020" – MASTER SERVICES AGREEMENT**
PROVIDED: 2025.12.03 BARCLAY DAMON LLP EMAIL

**'LEA-2019" – LEASED EMPLOYEE AGREEMENT (CEO)**
PROVIDED: 2025.12.03 - BARCLAY DAMON LLP EMAIL

**"ASA-2021" – ADMINISTRATIVE & SUPPORT SERVICES AGREEMENT**
PROVIDED: 2025.12.03 BARCLAY DAMON LLP EMAIL

**"MPA-2021" = MEMBERSHIP PURCHASE AGREEMENT – NORTH COUNTRY ORTHOPAEDIC AMBULATORY SURGERY CENTER, LLC**
PROVIDED: 2025.12.12 BONADIO EMAIL

**"LEASE-2023-H" = COMMERCIAL LEASE – HEUVELTON HEALTH CENTER**
PROVIDED: JUNE 2023 -CON 231286, P. 686-703

**"LEASE-2023-R" = COMMERCIAL LEASE – RAVINDER AGARWAL RENAL CENTER**
PROVIDED: JUNE 2023 - CON 231286, P. 668-685

**"LEASE-2024" – COMMERCIAL LEASE**
PROVIDED: JUNE 2023 - CON 231286, P. 651-667 AND 2025.12.03 BARCLAY DAMON LLP EMAIL

JANUARY 2026

# **EXHIBIT E**

| First Name | Last Name | Default Jobs (HR) | Annual Salary | Date Hired |
|---|---|---|---|---|
| ███ | ███ | Chief Information Officer | $253,947.20 | 6/26/2014 |
| █ | █ | Vice President of Nursing | $201,834.03 | 2/11/2008 |
| ██ | █ | Vice President of Emergency Services and Security | $181,126.40 | 7/22/2024 |
| ██ | ██ | Chief Medical Officer | $992,076.80 | 7/5/2016 |
| ██ | ███ | Administrator of Meadowbrook | $129,376.00 | 8/22/2016 |
| █ | █ | Chief Operating Officer | $319,654.40 | 7/14/2008 |
| █ | █ | Controller | $186,305.60 | 6/24/2024 |
| ██ | █ | VP of Legal Operations | $200,000.01 | 2/28/2005 |
| █ | ███ | Vice President of Clinical Operations & Case Management | $274,705.60 | 3/4/2024 |
| ██ | ██ | Chief Operating Officer | $410,716.80 | 2/24/2020 |
| █ | █ | Administrator of System Integrations | $297,377.60 | 11/16/2020 |
| █ | ███ | Vice President of HR | $241,779.20 | 4/13/2015 |
| █ | ██ | VP of Revenue Cycle Operations | $250,000.00 | 9/15/2025 |
| ██ | █ | General Counsel | $384,488.00 | 3/30/2020 |

# **<u>EXHIBIT F</u>**

**EXHIBIT F - PREPETITION SECURED DEBT**

| Named Debtor | Creditor Info (Name) | Total Amount of Claim |
|---|---|---|
| Carthage Area Hospital | Delphi Healthcare, PLLC | $ 6,516,552.67 |
| Carthage Area Hospital | U.S. Small Business Administration | $ 2,000,000.00 |
| Carthage Area Hospital | M&T Bank | $ 459,831.00 |
| Carthage Area Hospital | Dormitory Authority of the State of New York | $ 25,000,000.00 |
| Carthage Area Hospital | Bruce L. Baird, M.D. | $ 134,049.22 |
| Carthage Area Hospital | D. Peter Van Eenenaam, M.D. | $ 134,049.22 |
| Carthage Area Hospital | Howard H. Huang, M.D. | $ 134,049.22 |
| Carthage Area Hospital | Steven B. Fish, M.D. | $ 134,049.22 |
| Carthage Area Hospital | NYS Medicaid | $ 2,085,000.00 |
| Claxton-Hepburn Medical Center | U.S. Small Business Administration | $ 2,000,000.00 |
| Claxton-Hepburn Medical Center | Dormitory Authority of the State of New York | $ 1,840,756.00 |
| Claxton-Hepburn Medical Center | Claxton-Hepburn Medical Center Foundation | $ 3,500,450.00 |
| Claxton-Hepburn Medical Center | Richard E. Maginn, Trustee, Irrevocable Spousal Lifetime Access Trust for the Benefit of Richard E. Maginn | $ 133,893.00 |
| North Star Health Alliance | Dominic Condino Motors, Inc. | $ 478,010.19 |
| North Star Health Alliance | Northern Credit Union | $ 1,994,444.61 |
| North Star Health Alliance | Northern Credit Union | $ 1,931,603.95 |

# **<u>EXHIBIT G</u>**

## EXHIBIT G - PAYER ENROLLMENT, CREDENTIALING, AND DENIALS

| Payer / program | Enrollment / credentialing requirement | Transition change (e.g., new NPI) | Observed issue | Revenue cycle impact | Record reference |
|---|---|---|---|---|---|
| Medicare FFS (MAC / PECOS) | Institutional enrollment and updates to billing identities. | New/updated NPIs and provider records. | Sequencing and processing delays; returned/rejected items required correction and resubmission. | Delayed claim acceptance; backlog; timely filing pressure. 10/23/24-12/23/24 blackout | |
| Medicaid / State programs | State enrollment and updates to billing files and coverage effective dates. | Entity record updates. | Update cycles required coordination with go-live schedule. | Delays in adjudication; payment timing uncertainty; rework burden. | |
| Fidelis (multiple platforms including MCO and MA) | Facility and provider credentialing; contracting; effective-date confirmation. EDI routing and payer record build for new identifiers. | Facility/practice identity update. | Credentialing slow; claims not recognized prior to completion/effective date. | A/R days increased; re-billing/appeals; timely filing denials. 10/23/24-5/13/25 blackout for MA and all Dual plans representing the majority of service volume | |
| Tricare (Humana Military) | Facility and provider credentialing; contracting; effective-date confirmation. EDI routing and payer record build for new identifiers. | Facility/practice identity update. | Credentialing slow; claims not recognized prior to completion/effective date. | Rejected claims; resubmissions; delayed cash. Blackout 10/23/24-7/30/25 | |
| Excellus (multiple platforms including MCO and MA) | Facility and provider credentialing; contracting; effective-date confirmation. EDI routing and payer record build for new identifiers. | Facility/practice identity update. | Credentialing slow; claims not recognized prior to completion/effective date. | A/R days increased; re-billing/appeals; timely filing denials. | |

| Payer / program | Enrollment / credentialing requirement | Transition change (e.g., new NPI) | Observed issue | Revenue cycle impact | Record reference |
|---|---|---|---|---|---|
| United Healthcare (multiple platforms including MCO and MA) | Facility and provider credentialing; contracting; effective-date confirmation. EDI routing and payer record build for new identifiers. | Facility/practice identity update. | Credentialing slow; claims not recognized prior to completion/effective date. | A/R days increased; re-billing/appeals; timely filing denials. | |
| AETNA (multiple platforms including MCO and MA) | Facility and provider credentialing; contracting; effective-date confirmation. EDI routing and payer record build for new identifiers. | Facility/practice identity update. | Credentialing slow; claims not recognized prior to completion/effective date. | A/R days increased; re-billing/appeals; timely filing denials. | |

50124491.1

# **<u>EXHIBIT H</u>**

**EXHIBIT H - KEY REGULATORY FILINGS AND APPROVALS**

| Date | Filing / milestone | Summary |
|---|---|---|
| June 7, 2023 | Full Review CON application (CON# 231286) | Approval to establish a 25-bed acute care hospital with CAH designation co-located with a 40-bed Article 31 inpatient psychiatric hospital at 214 King Street, Ogdensburg, NY; and establish Carthage as operator of two Article 28 extension clinics. |
| July 13, 2023 | Administrative CON application (CON# 232015) | Transfer five Rural Health Clinics (RHCs) to Carthage. |
| July 20, 2023 | Administrative CON approval (CON# 232015) | Administrative CON for RHC transfer approved. |
| Oct. 27, 2023 | Claxton RHC closure/transition plan submission | Closure/transition plan submitted to DOH for transition of five RHCs. |
| Nov. 13, 2023 | Claxton closure/transition plan for acute care services | Closure/transition plan submitted to DOH for closure of 127-bed Article 28 sole community hospital effective upon Article 31 conversion. |
| Nov. 14, 2023 | EZPAR submission to OMH | EZPAR submitted to OMH to transition to a 40-bed Article 31 inpatient psychiatric hospital. |
| June 20, 2024 | PHHPC contingent approval of CON# 231286 | PHHPC Full Council contingent approval of CON# 231286. |
| April 29, 2024 | Medicare Part A enrollment application | Carthage submitted Medicare Part A enrollment application for proposed new CAH. |
| Oct. 23, 2024 | DOH and OMH operating certificates issued (Transition configuration) | DOH and OMH issued operating certificates reflecting the post-Transition configuration: Carthage's DOH Operating Cert No. 2238700C was updated to include the Claxton-Hepburn Medical Campus as an authorized location for a 25-bed acute-care hospital, and CHMC received OMH Operating Cert No. 8231002 to operate a 40-bed inpatient psychiatric hospital. |

50125401.1

| Dec. 16, 2024 | DOH operating certificate effective date (Claxton Campus) | DOH correspondence attached to the Safety Net application reflects that the operating certificate issued on October 23, 2024 became effective on December 16, 2024 for the Claxton-Hepburn Medical Campus. |
|---|---|---|
| Dec. 2024 | Acute-care Medicare CCN (Claxton Campus) | Internal application materials reflect that, as part of the CAH transition, the Claxton Campus obtained an acute-care Medicare CCN in December 2024 while final CAH designation remained pending. |
| March 19, 2025 | DNV survey - CHMC inpatient psychiatric hospital | CHMC completed its inpatient psychiatric hospital DNV survey on March 19, 2025; application materials reflect that, once the plan of correction is accepted, CMS will be notified and a CCN will be issued. |
| December 2025 | CMS CAH designation / tie-in timing | Debtors obtained CAH designation and Medicare tie-in notice in December 2025 |

50125401.1

# **<u>EXHIBIT I</u>**

## EXHIBIT I - CAPITAL AND GRANT APPLICATIONS

| Program / agency | Project | Summary | Amount |
|---|---|---|---|
| OMH | Expansion of Inpatient Children's Behavioral Health Unit | Expand existing 12-bed unit to 22 beds. | $5.0M (awarded) |
| OMH | Comprehensive Psychiatric Emergency Program (CPEP) | Establish a 12-bed CPEP (capital and operational components). | $5.8M (awarded) ($4.8M capital; $1.0M operational) |
| DOH | SHCFTP IV and V HIT | Cybersecurity and telehealth transformation across system entities. | $4.9M (awarded) |
| DOH | SHCFTP IV | Claxton Renewing Care - capital improvement plan (including linear accelerator component). | $18.2M (requested) |
| DOH | SHCFTP IV | Carthage Medical Campus - consolidated medical campus project. | $20.0M (requested) |
| DOH (Safety Net Transformation Program) | Safety Net Transformation Program application (CHMC & Carthage; Claxton Campus transformation) | Application materials describe a multi-year transformation plan supporting the post-Transition configuration (co-located critical access hospital and inpatient psychiatric hospital) and request operating support to address transition-related working capital needs and stabilization, together with capital support for facility and equipment projects. | Operating: $68.2M; Capital: $22.3M (requested) |

Additional capital projects identified in planning materials:

| Initiative | Estimated capital cost |
|---|---|
| Hospital-based critical care ambulance transport service (initially three ambulances with planned expansion) | $1.5M start-up |
| Claxton debt retirement / paydown of accounts payable (AP) and related obligations (legacy AP and similar) | $10.0M AP debt retirement |
| Funding to address underfunding of Claxton's legacy defined benefit pension | $8.0M defined benefit pension funding |

50124574.1

# **<u>EXHIBIT J</u>**

**EXHIBIT J - SELECTED 2024 UTILIZATION AND PAYER MIX**

Volumes and payer mix are drawn from the Debtors' Safety Net Transformation Program application materials and are included to illustrate scale and operational complexity.

| Entity / campus | Service line | 2024 utilization (reported) |
|---|---|---|
| Carthage Area Hospital (Carthage campus) | Emergency Room | 17,938 patient visits |
| Carthage Area Hospital (Carthage campus) | AIU | 5,710 patient days |
| Carthage Area Hospital (Carthage campus) | Laboratory | 247,028 tests |
| Carthage Area Hospital (Carthage campus) | Radiology | 27,802 procedures |
| Carthage Area Hospital (Carthage campus) | Obstetrics | 909 patient days |
| Carthage Area Hospital (Carthage campus) | Rehabilitation (OT/PT) | 11,257 patient visits |
| Carthage Area Hospital (Carthage campus) | Respiratory Therapy | 29,151 patient visits |
| Claxton Campus (operated by Carthage) | Emergency Room | 13,200 patient visits |
| Claxton Campus (operated by Carthage) | Med Surg | 5,757 patient days |
| Claxton Campus (operated by Carthage) | ICU | 1,475 patient days |
| Claxton Campus (operated by Carthage) | Laboratory | 297,546 tests |
| Claxton Campus (operated by Carthage) | Radiology | 49,443 procedures |
| Claxton Campus (operated by Carthage) | Rehab (OT/PT/Speech) | 26,407 patient visits |
| Claxton Campus (operated by Carthage) | Renal Care | 8,500 patient visits |
| CHMC (Article 31 inpatient psychiatric hospital) | Adult Inpatient Mental Health Unit | 9,038 patient days |
| CHMC (Article 31 inpatient psychiatric hospital) | Child & Adolescent Inpatient Mental Health Unit | 3,213 patient days |

| Entity | Medicare & MA | Medicaid & MMC | BCBS/Commercial | Tricare | Self-pay |
|---|---|---|---|---|---|
| Carthage Area Hospital (FY24) | 37.4% | 18.9% | 18.6% | 24.0% | 1.1% |
| Claxton Campus (FY24) | 62.5% | 13.0% | 16.5% | 5.0% | 3.0% |
| CHMC (FY24) | 21% | 61% | 16% | 0% | 2% |

50124652.1