**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099 |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30078 |
| | Case No. 26-30079 |
| | Case No. 26-60100 |

---------------------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above captioned cases as proposed Special Counsel to the above-referenced Debtors, and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010, requests that copies of all notices and pleadings in this case be given to and served upon the following:

Roger A. Clement, Jr.
VERRILL DANA LLP
One Portland Square, 10th Floor
Portland, ME 04101
Telephone: (207) 774-4000
Email: rclement@verrill-law.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the provisions specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Papers* nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after de novo review by a United States Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claim, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 19, 2026

                                                **VERRILL DANA, LLP**

                                                */s/ Roger A. Clement, Jr.*
                                                Roger A. Clement, Jr., Esq.
                                                **VERRILL DANA, LLP**
                                                One Portland Square, 10th Floor
                                                Portland, ME 04101
                                                Telephone: (207) 774-4000
                                                Email: rclement@verrill-law.com

                                                *Proposed Special Counsel to the Debtors*
                                                *and Debtors-in-Possession*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February, 2026, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served electronically to all parties who have requested service by ECF notification from the court in this case.

*/s/ Roger A. Clement, Jr.*
Roger A. Clement, Jr.

3