**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
In re                                                                  :
                                                                       :
                                                                       :
NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1]                          :       Chapter 11
                                                                       :       Case No. 26-60099
                                                                       :       Main Case
                                                                       :       Jointly Administered
                                                        Debtors.        :
                                                                       :
-----------------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Minta J. Nester (the "Applicant") of Togut, Segal & Segal LLP, hereby files this motion

(the "Motion") for entry of an Order, substantially in the form attached hereto as **Exhibit A**,

granting admission, *pro hac vice*, for the purpose of appearing as counsel on behalf of Ovation

Healthcare f/k/a Quorum Health Resources ("Ovation Healthcare"), a creditor, to participate in

these chapter 11 cases and any adversary proceedings, other contested matters or other

proceedings arising herein (the "Chapter 11 Proceedings").  In support of this Motion, the

Applicant respectfully represents as follows:

1.      The Applicant is not currently under suspension or subject to other disciplinary

action with respect to the practice of law and is a member in good standing of the Bar of the

State of New York;  U.S. District Court Southern District of New York; and the U.S. Court of

Appeals, Second Circuit, among other courts.

2.      In further support of the Motion, the Applicant submits the *Declaration of Minta

J. Nester in Support of her Motion for Admission to Practice Pro Hac Vice*, sworn to on

February 17, 2026, attached hereto as **Exhibit B**.

**WHEREFORE**, the Applicant requests this Court enter an Order of Admission *pro hac vice* for purposes of these Chapter 11 proceedings.

Dated: February 17, 2026

TOGUT, SEGAL & SEGAL LLP
By:

MINTA J. NESTER
One Penn Plaza, Suite 3335
New York, New York 10119
Tel: (212) 594-5000
E-mail: mnester@teamtogut.com

*Counsel for Ovation Healthcare f/k/a Quorum Health Resources*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                    :
                                                         :
                                                         :
                                                         :
NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1]            :        Chapter 11
                                                         :        Case No. 26-60099
                                                         :        Main Case
                                                         :        Jointly Administered
                                       Debtors.          :
                                                         :
-------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion (the "Motion") of Minta J. Nester to be admitted *pro hac vice*, for the

purpose of appearing as counsel on behalf of Ovation Healthcare f/k/a Quorum Health Resources,

and upon the applicant's certification that he is a member in good standing of the Bars of the State

of New York;  U.S. District Court Southern District of New York;  and the U.S. Court of

Appeals, Second Circuit, among other courts, it is hereby

**ORDERED,** that Minta J. Nester is admitted to practice, *pro hac vice*, before this

Court for the purpose of appearing as counsel on behalf of Ovation Healthcare f/k/a Quorum Health

Resources, in these chapter 11 cases and any adversary proceedings, other contested matters or other

proceedings arising herein.

# # #

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

In re                                     :

NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1]   :     Chapter 11
                                  :     Case No. 26-60099
                                  :     Main Case
                                  :     Jointly Administered

                     Debtors.   :

-----------------------------------------------------------------------x

### DECLARATION OF MINTA J. NESTER IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Minta J. Nester being duly sworn, hereby deposes and states that:

1.   I am of counsel at the law firm of Togut, Segal & Segal LLP, with offices at One Penn Plaza, Suite 3335, New York, NY 10119; and 550 Broad Street, Suite 1508 Newark, New Jersey 07102.

2.   I submit this Declaration in support of the Motion for Admission to Practice *Pro Hae Vice* for the purpose of appearing as counsel on behalf of Ovation Healthcare f/k/a Quorum Health Resources, a creditor, and to participate in this chapter 11 case and any adversary proceedings, other contested matters or other proceedings arising herein (this "Chapter 11 Proceeding").

3.   The courts in which I am admitted to practice and the dates of admission are as follows:

| Bar & Court Admissions | Year of Admission |
|---|---|
| State of New York | 2010 |
| U.S. District Court Southern District of New York | 2010 |
| U.S. Court of Appeals 2nd Circuit | 2023 |

4.   I am a member of good standing of the Bar of the State of New York, as evidenced by the Certificate of Good Standing annexed hereto as Exhibit 1.

5.   I have never been held in contempt of court, censured, suspended or disbarred by any court.

6.   I have never been convicted of a crime, either a felony or misdemeanor.

7.   I am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of, and practice in, the United States Bankruptcy Courts; the Bankruptcy Code (title 11 U.S.C ); the Federal Rules of Bankruptcy Procedure; the Local Rules of the Bankruptcy Court for the Northern District of New York; and the New York Rules of Professional Conduct.

8.      I acknowledge that I shall be subject to the jurisdiction of the United States Bankruptcy Court for the Northern District of New York with respect to any acts occurring during the course of my participation in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____

MINTA J. NESTER, ESQ.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

MINTA   J   NESTER , Bar #   MN0620

was duly admitted to practice in the Court on

April 06, 2010

and is in good standing as a member of the Bar of this Court

Dated at

500 Pearl St.
New York, New York

On

February 12, 2026

Tammi M. Hellwig
Clerk of Court

By

s/B. Cong
Deputy Clerk