**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099 |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30788 |
| | : Case No. 26-30799 |
| | : Case No. 26-60100 |

------------------------------------------------------------------x

# UPDATED CASH FLOW PROJECTIONS

### relating to

### Motion for Interim and Final Orders
### Authorizing Use of Cash Collateral [Dkt No. 13]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**NORTH STAR HEALTH ALLIANCE**
13-Week Cash Flow Projection

| | WE 2/13/26 | | WE 2/20/26 | | WE 2/27/26 | | WE 3/6/26 | | WE 3/13/26 | | WE 3/20/26 | | WE 3/27/26 | | WE 4/3/26 | | WE 4/10/26 | | WE 4/17/26 | | WE 4/24/26 | | WE 5/1/26 | | WE 5/8/26 | | WE 5/15/26 | | WE 5/22/26 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual |
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leased Employees Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GPO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VAPAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NY DOH Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers In | - | - | - | 25,000 | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | 15,000 | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | - | - | - | 25,000 | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | 15,000 | - | - | - |
| Variance - Cumulative | | - | | 25,000 | | | | | | | | | | | | | | | | | | | | | | | | |
| Variance - % - Cumulative | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | - | - | 11,146 | 11,146 | - | - | 11,146 | - | - | - | 11,146 | - | - | - | 11,146 | - | - | - | 11,146 | - | - | - | 11,146 | - | 11,146 | - | - | - |
| Payroll Taxes | - | - | 3,157 | 3,157 | - | - | 3,157 | - | - | - | 3,157 | - | - | - | 3,157 | - | - | - | 3,157 | - | - | - | 3,157 | - | 3,157 | - | - | - |
| Fringe Benefits | - | - | 695 | 695 | - | - | 695 | - | - | - | 695 | - | - | - | 695 | - | - | - | 695 | - | - | - | 695 | - | 695 | - | - | - |
| Leased Employees - Ogdensburg (inc. all associated costs) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Physician Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purchased Services | - | - | - | 21,108 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medical Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pharmacy Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Legal Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - CRO and FA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Debtor Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Lender Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Committee Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment - Leases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers Out | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Out** | - | - | 14,998 | 14,998 | - | - | 14,998 | - | - | - | 14,998 | - | - | - | 14,998 | - | - | - | 14,998 | - | - | - | 14,998 | - | 14,998 | - | - | - |
| Variance - Cumulative | | - | | 21,108 | | | | | | | | | | | | | | | | | | | | | | | | |
| Variance - % - Cumulative | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% |
| **Net Cash Flow** | - | - | (21,108) | (14,998) | 10,002 | - | - | - | 2 | - | - | - | 2 | - | - | - | 2 | - | - | - | 2 | - | - | - | 2 | - | - | - |
| **Cash Balance - Beginning of Period** | 25,387 | 25,387 | 25,387 | 4,279 | 14,281 | 14,281 | 14,281 | 14,281 | 14,283 | 14,281 | 14,283 | 14,281 | 14,284 | 14,281 | 14,284 | 14,281 | 14,286 | 14,281 | 14,286 | 14,281 | 14,287 | 14,281 | 14,287 | 14,281 | 14,289 | 14,281 | 14,289 | 14,281 |
| **Cash Balance - End of Period** | 25,387 | 4,279 | 10,389 | 14,281 | 14,281 | 14,281 | 14,283 | 14,281 | 14,283 | 14,281 | 14,284 | 14,281 | 14,284 | 14,281 | 14,286 | 14,281 | 14,286 | 14,281 | 14,287 | 14,281 | 14,287 | 14,281 | 14,289 | 14,281 | 14,289 | 14,281 | 14,291 | 14,281 |

**Notes:**
To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:
1. NY DOH funded $2.6M on 2/17; however, funding mechanism unknown.
2. Pursuing DIP financing to address cash shortfall
3. Evaluating organizational downsizing to reduce cash demands on organization.
4. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.
5. Budget does not include adequate assurance payments to utilities.
6. Budget starting cash balance on WE 2/27/26 tied to cash ending balance on WE 2/20/27

**CARTHAGE AREA HOSPITAL**
**13-Week Cash Flow Projection**

| | WE 2/13/26 Budget | WE 2/13/26 Actual | WE 2/20/26 Budget | WE 2/20/26 Actual | WE 2/27/26 Budget | WE 2/27/26 Actual | WE 3/6/26 Budget | WE 3/6/26 Actual | WE 3/13/26 Budget | WE 3/13/26 Actual | WE 3/20/26 Budget | WE 3/20/26 Actual | WE 3/27/26 Budget | WE 3/27/26 Actual | WE 4/3/26 Budget | WE 4/3/26 Actual | WE 4/10/26 Budget | WE 4/10/26 Actual | WE 4/17/26 Budget | WE 4/17/26 Actual | WE 4/24/26 Budget | WE 4/24/26 Actual | WE 5/1/26 Budget | WE 5/1/26 Actual | WE 5/8/26 Budget | WE 5/8/26 Actual | WE 5/15/26 Budget | WE 5/15/26 Actual | WE 5/22/26 Budget | WE 5/22/26 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 2,484,935 | 3,421,625 | 2,484,935 | 2,319,401 | 2,532,566 | - | 2,532,566 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leased Employees Revenue | - | - | - | 87,095 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GPO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VAPAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NY DOH Funding | - | - | 2,600,000 | 2,600,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers In | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 2,484,935 | 3,421,625 | 5,172,030 | 4,919,401 | 2,532,566 | - | 2,532,566 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - | 3,484,935 | - |
| Variance - Cumulative | | 936,690 | | (252,629) | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Variance - % - Cumulative | | 138% | | 95% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | - | - | 2,719,619 | 2,593,287 | - | - | 2,585,800 | - | - | - | 2,585,800 | - | - | - | 2,585,800 | - | - | - | 2,585,800 | - | - | - | 2,585,800 | - | - | - | 2,585,800 | - | - | - |
| Payroll Taxes | - | - | 268,974 | 214,820 | - | - | 214,200 | - | - | - | 214,200 | - | - | - | 214,200 | - | - | - | 214,200 | - | - | - | 214,200 | - | - | - | 214,200 | - | - | - |
| Fringe Benefits | 526,907 | 534,023 | 119,753 | 120,286 | - | - | 301,900 | - | - | - | 651,900 | - | - | - | 301,900 | - | 664,000 | - | 651,900 | - | - | - | 301,900 | - | 664,000 | - | 651,900 | - | - | - |
| Leased Employees - Ogdensburg (inc. all associated costs) | - | - | 2,000,000 | 2,000,000 | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - |
| Physician Fees | 762,958 | 160,009 | 1,135,320 | 131,418 | 463,000 | - | 389,000 | - | 140,000 | - | 140,000 | - | 164,000 | - | 401,000 | - | 140,000 | - | 140,000 | - | 140,000 | - | 425,000 | - | 140,000 | - | 140,000 | - | 140,000 | - |
| Purchased Services | 303,440 | 40,052 | 363,488 | 3,939 | 629,212 | - | 76,269 | - | 41,900 | - | 37,500 | - | 452,715 | - | 217,196 | - | 27,150 | - | 42,500 | - | 138,106 | - | 514,037 | - | 131,919 | - | 42,500 | - | 31,706 | - |
| Medical Supplies | 154,540 | 80,646 | 196,700 | 80,206 | 183,750 | - | 128,988 | - | 150,788 | - | 125,488 | - | 146,738 | - | 159,188 | - | 143,300 | - | 132,750 | - | 165,500 | - | 133,200 | - | 130,800 | - | 147,000 | - | 143,000 | - |
| Pharmacy Supplies | 406,090 | 25,677 | 692,113 | 323,000 | 229,000 | - | 279,000 | - | 279,000 | - | 279,000 | - | 279,000 | - | 305,000 | - | 279,000 | - | 279,000 | - | 279,000 | - | 298,000 | - | 279,000 | - | 279,000 | - | 279,000 | - |
| Insurance | 164,437 | 164,437 | 116,267 | 9,628 | - | - | 262,910 | - | 9,628 | - | 26,041 | - | - | - | 352,839 | - | 9,628 | - | 10,000 | - | 26,041 | - | - | - | 10,000 | - | 304,570 | - | 26,041 | - |
| Utilities | - | - | - | - | 165,500 | - | - | - | - | - | - | - | 174,500 | - | - | - | - | - | - | - | 174,500 | - | - | - | - | - | - | - | 177,000 | - |
| Other Operating Expenses | 77,000 | - | 117,500 | 3,496 | 205,000 | - | 27,660 | - | 18,700 | - | 18,700 | - | 190,000 | - | 27,710 | - | 18,850 | - | 18,800 | - | 18,750 | - | 165,700 | - | 8,610 | - | 6,700 | - | 6,750 | - |
| Bankruptcy - Legal Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - CRO and FA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Debtor Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Lender Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Committee Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment - Leases | 104,000 | - | 104,000 | - | - | - | 175,215 | - | 2,300 | - | - | - | - | - | 107,725 | - | 69,690 | - | 1,000 | - | 2,700 | - | - | - | 174,715 | - | 2,700 | - | 2,700 | - |
| Loans / Debt Principal Payments | 5,089 | 5,089 | - | - | - | - | - | - | - | - | 3,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers Out | - | - | - | - | 925,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - |
| **Total Cash Out** | 2,504,462 | 1,009,933 | 7,833,735 | 6,405,079 | 3,102,662 | - | 6,283,027 | - | 643,016 | - | 6,093,629 | - | 2,204,678 | - | 6,623,523 | - | 618,928 | - | 6,092,650 | - | 1,624,897 | - | 6,808,552 | - | 703,029 | - | 6,371,670 | - | 821,197 | - |
| Variance - Cumulative | | (1,494,528) | | (1,428,655) | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Variance - % - Cumulative | | -59.7% | | -18.2% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% |
| **Net Cash Flow** | (19,527) | 2,411,692 | (2,661,705) | (1,485,678) | (570,096) | - | (3,750,461) | - | 2,841,919 | - | (2,608,694) | - | 1,280,257 | - | (3,138,588) | - | 2,866,007 | - | (2,607,715) | - | 1,860,038 | - | (3,323,617) | - | 2,781,906 | - | (2,886,735) | - | 2,663,738 | - |
| **Cash Balance - Beginning of Period** | 2,310,316 | 2,310,316 | 4,722,008 | 4,722,008 | 3,236,330 | 3,236,330 | 2,666,234 | 3,236,330 | (1,084,228) | 3,236,330 | 1,757,691 | 3,236,330 | (851,003) | 3,236,330 | 429,254 | 3,236,330 | (2,709,335) | 3,236,330 | 156,672 | 3,236,330 | (2,451,043) | 3,236,330 | (591,005) | 3,236,330 | (3,914,622) | 3,236,330 | (1,132,716) | 3,236,330 | (4,019,451) | 3,236,330 |
| **Cash Balance - End of Period** | 2,290,789 | 4,722,008 | 2,060,303 | 3,236,330 | 2,666,234 | 3,236,330 | (1,084,228) | 3,236,330 | 1,757,691 | 3,236,330 | (851,003) | 3,236,330 | 429,254 | 3,236,330 | (2,709,335) | 3,236,330 | 156,672 | 3,236,330 | (2,451,043) | 3,236,330 | (591,005) | 3,236,330 | (3,914,622) | 3,236,330 | (1,132,716) | 3,236,330 | (4,019,451) | 3,236,330 | (1,355,714) | 3,236,330 |

**Notes:**

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:
 1. NY DOH funded $2.6M on 2/17; however, funding mechanism unknown.
 2. Pursuing DIP financing to address cash shortfall
 3. Evaluating organizational downsizing to reduce cash demands on organization.
 4. Payroll week ending 2/20/26 does not include roughly $340K backpay for NYSNA. Negotiations currently under way with NYSNA to term this amount out.
 5. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.
 6. Budget does not include adequate assurance payments to utilities.
 7. Roughly $178K in payments processed on 2/20; however, ACH bank delay caused payments to post 2/23.
 8. Budget starting cash balance on WE 2/27/26 tied to cash ending balance on WE 2/20/27

**CLAXTON-HEPBURN MEDICAL CENTER**
13-Week Cash Flow Projection

| | WE 2/13/26 Budget | WE 2/13/26 Actual | WE 2/20/26 Budget | WE 2/20/26 Actual | WE 2/27/26 Budget | WE 2/27/26 Actual | WE 3/6/26 Budget | WE 3/6/26 Actual | WE 3/13/26 Budget | WE 3/13/26 Actual | WE 3/20/26 Budget | WE 3/20/26 Actual | WE 3/27/26 Budget | WE 3/27/26 Actual | WE 4/3/26 Budget | WE 4/3/26 Actual | WE 4/10/26 Budget | WE 4/10/26 Actual | WE 4/17/26 Budget | WE 4/17/26 Actual | WE 4/24/26 Budget | WE 4/24/26 Actual | WE 5/1/26 Budget | WE 5/1/26 Actual | WE 5/8/26 Budget | WE 5/8/26 Actual | WE 5/15/26 Budget | WE 5/15/26 Actual | WE 5/22/26 Budget | WE 5/22/26 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 168,826 | 311,306 | 168,826 | 344,422 | 160,928 | - | 160,928 | - | 160,928 | - | 160,928 | - | 160,928 | - | 160,928 | - | 160,928 | - | 160,928 | - | 160,928 | - | 160,928 | - | 160,928 | - | 160,928 | - | 160,928 | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leased Employees Revenue - Ogdensburg & NSHA | - | - | 2,000,000 | 2,000,000 | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - |
| GPO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VAPAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NY DOH Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers In | - | - | - | 900,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 168,826 | 311,306 | 2,168,826 | 3,244,422 | 160,928 | - | 2,160,928 | - | 160,928 | - | 2,160,928 | - | 160,928 | - | 2,160,928 | - | 160,928 | - | 2,160,928 | - | 160,928 | - | 2,160,928 | - | 160,928 | - | 2,160,928 | - | 160,928 | - |
| Variance - Cumulative | | 142,480 | | 1,075,596 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Variance - % - Cumulative | | 184% | | 150% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | - | - | 2,049,277 | 1,961,740 | - | - | 1,939,350 | - | - | - | 1,939,350 | - | - | - | 1,939,350 | - | - | - | 1,939,350 | - | - | - | 1,939,350 | - | - | - | 1,939,350 | - | - | - |
| Payroll Taxes | - | - | 202,675 | 162,505 | - | - | 160,650 | - | - | - | 160,650 | - | - | - | 160,650 | - | - | - | 160,650 | - | - | - | 160,650 | - | - | - | 160,650 | - | - | - |
| Fringe Benefits | 472,278 | 478,466 | 64,936 | 64,936 | 980,612 | - | 273,488 | - | - | - | 556,681 | - | 641,500 | - | 273,488 | - | - | - | 556,681 | - | 641,500 | - | 273,488 | - | - | - | 556,681 | - | - | - |
| Leased Employees (inc. all associated costs) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Physician Fees | 2,063 | - | 25,000 | - | 32,000 | - | 64,000 | - | - | - | - | - | - | - | 34,000 | - | - | - | - | - | 64,000 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 88,107 | 24,091 | 245,878 | 146,847 | 167,367 | - | 62,500 | - | 62,500 | - | 70,650 | - | 155,217 | - | 70,500 | - | 62,650 | - | 70,500 | - | 142,050 | - | 82,817 | - | 62,650 | - | 62,500 | - | 62,650 | - |
| Medical Supplies | 42,885 | - | 64,885 | 65,108 | 28,650 | - | 750 | - | 500 | - | 11,200 | - | 500 | - | 500 | - | 11,200 | - | 1,000 | - | 950 | - | 11,000 | - | 650 | - | 800 | - | 11,500 | - |
| Pharmacy Supplies | 33,520 | - | 28,520 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12,000 | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | 235,080 | - | - | - | - | - | - | - | 235,000 | - | - | - | - | - | - | - | - | - | 235,000 | - | - | - | - | - | - | - |
| Other Operating Expenses | 7,500 | 354 | 7,500 | 7,500 | 97,225 | - | 26,100 | - | 25,900 | - | 37,900 | - | 71,225 | - | 25,900 | - | 25,900 | - | 25,900 | - | 26,225 | - | 70,900 | - | 25,900 | - | 25,900 | - | 26,225 | - |
| Bankruptcy - Legal Expense | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankruptcy - CRO and FA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankruptcy - Debtor Professionals | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankruptcy - Lender Professionals | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankruptcy - Committee Professionals | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Equipment - Leases | - | - | 9,000 | - | 8,800 | - | - | - | - | - | - | - | 8,800 | - | - | - | - | - | - | - | 8,800 | - | - | - | - | - | - | - | - | - |
| Loans / Debt Principal Payments | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Capital Purchases | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Intercompany Transfers Out | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Cash Out** | 646,354 | 502,911 | 2,697,671 | 2,408,635 | 1,549,734 | - | 2,526,838 | - | 88,900 | - | 2,776,431 | - | 1,112,242 | - | 2,504,388 | - | 99,750 | - | 2,754,081 | - | 822,725 | - | 2,846,005 | - | 89,200 | - | 2,745,881 | - | 100,375 | - |
| Variance - Cumulative | | (143,442) | | (289,036) | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Variance - % - Cumulative | | -22.2% | | -10.7% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% |
| **Net Cash Flow** | (477,528) | (191,606) | (528,845) | 835,788 | (1,388,806) | - | (365,910) | - | 72,028 | - | (615,503) | - | (951,314) | - | (343,460) | - | 61,178 | - | (593,153) | - | (661,797) | - | (685,077) | - | 71,728 | - | (584,953) | - | 60,553 | - |
| **Cash Balance - Beginning of Period** | 767,725 | 767,725 | 576,119 | 576,119 | 1,411,907 | 1,411,907 | 23,102 | 1,411,907 | (342,808) | 1,411,907 | (270,780) | 1,411,907 | (886,283) | 1,411,907 | (1,837,597) | 1,411,907 | (2,181,057) | 1,411,907 | (2,119,879) | 1,411,907 | (2,713,032) | 1,411,907 | (3,374,829) | 1,411,907 | (4,059,906) | 1,411,907 | (3,988,178) | 1,411,907 | (4,573,131) | 1,411,907 |
| **Cash Balance - End of Period** | 290,197 | 576,119 | 47,275 | 1,411,907 | 23,102 | 1,411,907 | (342,808) | 1,411,907 | (270,780) | 1,411,907 | (886,283) | 1,411,907 | (1,837,597) | 1,411,907 | (2,181,057) | 1,411,907 | (2,119,879) | 1,411,907 | (2,713,032) | 1,411,907 | (3,374,829) | 1,411,907 | (4,059,906) | 1,411,907 | (3,988,178) | 1,411,907 | (4,573,131) | 1,411,907 | (4,512,578) | 1,411,907 |

**Notes:**
To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:
1. NY DOH funded $2.6M on 2/17; however, funding mechanism unknown.
2. Pursuing DIP financing to address cash shortfall
3. Evaluating organizational downsizing to reduce cash demands on organization.
4. Payroll week ending 2/20/26 does not roughly $436K NYSNA backpay.  Negotiations currently under way with NYSNA to term this amount out.
5. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.
6. Budget does not include adequate assurance payments to utilities.
7. Roughly $6K in payments processed on 2/20; however, ACH bank delay caused payments to post 2/23.
8. Budget starting cash balance on WE 2/27/26 tied to cash ending balance on WE 2/20/27

**MEADOWBROOOK TERRACE INC.**
13-Week Cash Flow Projection

| | WE 2/13/26 Budget | WE 2/13/26 Actual | WE 2/20/26 Budget | WE 2/20/26 Actual | WE 2/27/26 Budget | WE 2/27/26 Actual | WE 3/6/26 Budget | WE 3/6/26 Actual | WE 3/13/26 Budget | WE 3/13/26 Actual | WE 3/20/26 Budget | WE 3/20/26 Actual | WE 3/27/26 Budget | WE 3/27/26 Actual | WE 4/3/26 Budget | WE 4/3/26 Actual | WE 4/10/26 Budget | WE 4/10/26 Actual | WE 4/17/26 Budget | WE 4/17/26 Actual | WE 4/24/26 Budget | WE 4/24/26 Actual | WE 5/1/26 Budget | WE 5/1/26 Actual | WE 5/8/26 Budget | WE 5/8/26 Actual | WE 5/15/26 Budget | WE 5/15/26 Actual | WE 5/22/26 Budget | WE 5/22/26 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 39,086 | 27,107 | 39,086 | 27,392 | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leased Employees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GPO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VAPAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NY DOH Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers In | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 39,086 | 27,107 | 39,086 | 27,392 | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - | 39,086 | - |
| Variance - Cumulative | | (11,979) | | (11,694) | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| Variance - % - Cumulative | | 69% | | 70% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fringe Benefits | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leased Employees - Carthage (inc. all associated costs) | - | - | 87,095 | - | - | - | 87,095 | - | - | - | 87,095 | - | - | - | 87,095 | - | - | - | 87,095 | - | - | - | 87,095 | - | - | - | 87,095 | - | - | - |
| Physician Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purchased Services | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medical Supplies & Other | - | 3,857 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pharmacy Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | 8,891 | - | - | - | - | - | - | - | - | - | 8,900 | - | - | - | - | - | - | - | 8,900 | - | - | - | - | - | - | - | - |
| Other Operating Expenses | - | 77 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Legal Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - CRO and FA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Debtor Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Lender Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Committee Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment - Leases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers Out | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Out** | - | 3,934 | 95,986 | - | - | - | 87,095 | - | - | - | 87,095 | - | 8,900 | - | 87,095 | - | - | - | 87,095 | - | 8,900 | - | 87,095 | - | - | - | 87,095 | - | - | - |
| Variance - Cumulative | | 3,934 | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| Variance - % - Cumulative | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% |
| **Net Cash Flow** | 39,086 | 23,173 | (56,900) | 27,392 | 39,086 | - | (48,009) | - | 39,086 | - | (48,009) | - | 30,186 | - | (48,009) | - | 39,086 | - | (48,009) | - | 30,186 | - | (48,009) | - | 39,086 | - | (48,009) | - | 39,086 | - |
| **Cash Balance - Beginning of Period** | 104,641 | 104,641 | 143,727 | 127,814 | 155,206 | 155,206 | 194,292 | 155,206 | 146,283 | 155,206 | 185,369 | 155,206 | 137,360 | 155,206 | 167,546 | 155,206 | 119,537 | 155,206 | 158,623 | 155,206 | 110,614 | 155,206 | 140,800 | 155,206 | 92,791 | 155,206 | 131,877 | 155,206 | 83,868 | 155,206 |
| **Cash Balance - End of Period** | 143,727 | 127,814 | 86,827 | 155,206 | 194,292 | 155,206 | 146,283 | 155,206 | 185,369 | 155,206 | 137,360 | 155,206 | 167,546 | 155,206 | 119,537 | 155,206 | 158,623 | 155,206 | 110,614 | 155,206 | 140,800 | 155,206 | 92,791 | 155,206 | 131,877 | 155,206 | 83,868 | 155,206 | 122,954 | 155,206 |

**Notes:**
To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:
1. NY DOH funded $2.6M on 2/17; however, funding mechanism unknown.
2. Pursuing DIP financing to address cash shortfall
3. Evaluating organizational downsizing to reduce cash demands on organization.
4. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.
5. Budget does not include adequate assurance payments to utilities.
6. Budget starting cash balance on WE 2/27/26 tied to cash ending balance on WE 2/20/27