UNITED STATES BANKRUPTCY COUT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

In re:

|  |  |
|---|---|
|  | Chapter 11 |
|  |  |
| NORTH STAR HEALTH ALLIANCE, INC. et al., | Case No. 26-60099 (main case) Jointly Administered |
|  |  |
| Debtors.[1] | Case No. 26-30078 Case No. 26-30079 Case No. 26-60100 |

-----------------------------------------------------------

## ORDER GRANTING APPLICATION TO SHORTEN TIME ON MOTION OF CHART RISK RETENTION GROUP FOR RELIEF FROM THE AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(D)(1)

**UPON** the Motion of CHART Risk Retention Group ("CHART") by and through its attorneys Lemery Greisler LLC, for entry of an order granting relief from the automatic stay, pursuant to 11 U.S.C. § 362(d)(1) to allow CHART to offset liabilities owed by the Debtor against the capital accounts of the Debtor held by CHART and to obtain a comfort order of the Court confirming that CHART may make actuarially required annual adjustments to the internal

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

accounts of its members that, necessarily, impact the Debtor's capital accounts in CHART (the "Motion"); and

UPON the application of CHART by and through a Declaration from its counsel, Paul A. Levine, Esq. of Lemery Greisler LLC, for an Order pursuant to Local Bankruptcy Rule 9013-5 and Federal Rule of Bankruptcy Procedure 9006(c) shortening the time for notice of a hearing (the "Application") on the Motion, it is hereby

ORDERED, that the Application to shorten time for the hearing on the Motion is hereby GRANTED; and it is further

ORDERED, that a hearing on the Motion shall be held on _____, 2026 at _____ a.m. / p.m. or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York 13261.

Appearances may be made in-person at the courthouse or by video via Teams, for which pre-registration is required by 3:00 p.m. one business day before the hearing. Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances to register.

ORDERED, that service of this Order on all parties who have registered an appearance in this case by and through the Court's electronic-filing system shall be deemed good and sufficient service pursuant to Federal Rule of Bankruptcy Procedure 9036;

ORDERED, that any response to the Motion shall filed file not later than ___ p.m. on _____, 2026;

ORDERED, that notice pursuant to this Order shall be deemed good and sufficient notice of the hearing on the Motion.

###