| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | **Hearing Date/Time: April 15, 2026, 10:00 a.m.** |
| **NORTHERN DISTRICT OF NEW YORK** | **Hearing Location:  Syracuse, NY** |
| **SYRACUSE DIVISION** | **Opposition Due: April 7, 2026** |

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

-------------------------------------------------------------------x

## NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE**, that on March 2, 2026, North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, will move (the "Motion") this Court before the Honorable Wendy A. Kinsella, Chief United States Bankruptcy Judge at the United States Bankrupty Court for the Northern District of New York, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, 2nd Floor, Syracuse, New York, on **April 15, 2026 at 10:00 a.m. (EST)**, or as soon thereafter as counsel may be heard, and the hearing can be attended in person or accessed by video via Teams, for which pre-registration is required by 3:00 p.m. (EST) one (1) business day before the hearing (go to https://www.nynb.uscourts.gov/remote-hearing-appearances to register), for entry of an order authorizing Debtors to reject certain executory contracts identified in Exhibit B to the Motion effective as of the filing date of the Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

1

50193869.1

the Northern District of New York and be filed with the Court and served in accordance with Local Rule 9013-1 no later than April 7, 2026, upon the following parties:  (i) counsel to the Debtors, Barclay Damon LLP, 1270 Avenue of the Americas, Suite 2310, New York, NY 10020, Attn: Janice B. Grubin, and Barclay Damon Tower, 125 East Jefferson Street, Syracuse, New York 13202, Attn:  Jeffrey A. Dove, (ii) the Office of the United States Trustee for the Northern District of New York, 100 South State Street, Room 4230, Rochester, New York 14614, Attn: Erin P. Champion, AUST, Trial Attorney, (iii) the Cash Collateral Secured Creditors or their counsel; (iv) the Top 20 unsecured general creditors for each of the Debtors; (v) the New York State Department of Health; (vi) the Office of the Attorney General for the State of New York; (vii) the Centers for Medicare & Medicaid Services; (viii) the United States Department of Justice and (ix) and those persons who have formally appeared and requested service in these Chapter 11 Cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned from time to time without notice to any creditor or other party-in-interest other than by announcement of the adjourned date in open Court on the date of the hearing or any adjourned date.

Dated:  March 2, 2026
        New York, New York        **BARCLAY DAMON LLP**
                                  *Proposed Counsel for Debtors and*
                                  *Debtors-In-Possession*

                                  By:    */s/Janice B. Grubin*
                                  Janice B. Grubin
                                  Jeffrey A. Dove
                                  Ilan Markus (*pro hac vice* admission to be sought)
                                  Allen J. Underwood II (*pro hac vice* admission to be sought)
                                  1270 Avenue of the Americas, Suite 2310
                                  New York, New York 10020
                                  Janice B. Grubin:
                                  (212) 784-5808; jgrubin@barclaydamon.com
                                  Jeffrey A. Dove:
                                  (315) 413-7112; jdove@barclaydamon.com
                                  Ilan Markus:
                                  (203) 672-2661; imarkus@barclaydamon.com
                                  Allen J. Underwood II
                                  (212) 784-5843: aunderwood@barclaydamon.com

2