**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

-------------------------------------------------------------------x

## AGENDA FOR HEARINGS ON MARCH 4, 2026

Time and Date of Hearing:    March 4, 2026 at 1:00 p.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable Chief Judge Wendy A. Kinsella
U.S. Bankruptcy Court for the Northern District of New York
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, New York 13261

Hearing Attendance:    In in person or by video via Teams, for which pre-registration is required by 3:00 p.m. (EST) one (1) business day before the hearing (go to https://www.nynb.uscourts.gov/remote-hearing-appearances to register).

Copies of Motions:    A copy of each pleading may be obtained free of charge by contacting the undersigned counsel. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nynb.uscourts.gov in accordance with the procedures and fees set forth therein.

**I.    Matters Requested to be Heard:**

1. Motion for Interim and Final Orders Authorizing Use of Cash Collateral [Main Debtor Dkt No. 13, Joint Debtors Dkt No. 10] – proposed fourth (4th) interim order;

2. Motion of Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 105, 507(a)(4), and 507(a)(5) and the "Doctrine of Necessity" for an Order Authorizing Them to Pay: (A) Prepetition Employee Wages, Salaries, and Related Items; (B) Prepetition Employee Business Expenses; (C) Prepetition Contributions to and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

        Benefits Under Employee Benefit Plans; (D) Prepetition Employee Payroll Deductions and Withholdings; and (E) All Costs and Expenses Incident to the Foregoing Payments Contributions [Main Dkt No. 30] – proposed final order; and

3. Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (I) Authorizing, But Not Directing, the Debtors to Pay Pre-petition Obligations of Critical Vendors, (II) Authorizing and Directing Financial Institutions to Hone and Process Related Checks and Transfers, and (III) Granting Related Relief [Main Case Dkt No. 34] – proposed first interim order.

Dated: March 3, 2026
New York, New York

**BARCLAY DAMON LLP**
*Proposed Counsel for Debtors and Debtors-In-Possession*

By:    */s/Janice B. Grubin*
Janice B. Grubin
Jeffrey A. Dove
Ilan Markus (*pro hac vice* admission to be sought)
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Janice B. Grubin:
(212) 784-5808; jgrubin@barclaydamon.com
Jeffrey A. Dove:
(315) 413-7112; jdove@barclaydamon.com
Ilan Markus:
(203) 672-2661; imarkus@barclaydamon.com