So Ordered.

Signed this 3 day of March, 2026.




_____
Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------------x
    In re                                        :   Chapter 11
                                                 :
    NORTH STAR HEALTH ALLIANCE, INC., et al,¹   :   Case No. 26-60099
                                                 :   Main Case
                    Debtors.                     :   Jointly Administered
                                                 :   Case No. 26-30078
                                                     Case No. 26-30079
                                                     Case No. 26-60100
---------------------------------------------------------------------x
```

### SUA SPONTE ORDER OF RECUSAL

The Court, after reviewing the Motion of the Debtors for Entry of an Order (A) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services to and/or Discriminating Against the Debtors On Account of the Bankruptcy Filings or Any Prepetition Amounts Due, (B)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

Determining that the Debtors' Utilities are Adequately Assured of Future Payment, (C) Establishing Procedures for Requesting Additional Assurance of Payment, and (D) Establishing Procedures for Objecting (the "Motion" at Doc. 102), has determined that its recusal is appropriate under 28 U.S.C. § 455(a) as the Court has a disqualifying financial interest in National Grid.

NOW, after due deliberation, it is hereby

**ORDERED**, that this Court recuses itself from the entirety of the Motion and any other matters filed in connection therewith; and it is further

**ORDERED**, that the Clerk shall reassign the Motion to another Judge in the Northern District of New York pursuant to Local Bankruptcy Rule 1073-1(e); and it is further

**ORDERED**, that the case number shall remain the same.

###