UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| North Star Health Alliance, Inc., *et al,*[1] | Case No. 26-60099-5-wak<br>Main Case<br>Jointly Administered<br>Case No. 26-30078<br>Case No. 26-30079<br>Case No. 26-60100 |
| Debtors. | |

--------------------------------------------------------

### APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors to the Official Committee of Unsecured Creditors in the cases of North Star Health Alliance, Inc.:

1. New York State Nurses Association

2. AMN Healthcare, Inc.

3. Medline Industries, LP

4. PeriGen, Inc.

5. Ovation Healthcare, Inc.

Dated: March 4, 2026
       Syracuse, New York

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

*/s/ Erin P. Champion*
By:   Erin P. Champion
Assistant United States Trustee
100 State Street, Suite 4230
Rochester, New York 14614
(315) 793-8191
(202) 567-1558
erin.champion@usdoj.gov

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).