**UNITED STATES BANKRUPTCY COURT**　　Hearing Date/Time: April 14, 2026, 10:00 a.m.
**NORTHERN DISTRICT OF NEW YORK**　　Hearing Location:  Utica, NY
**SYRACUSE DIVISION**　　Opposition Due: April 6, 2026

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

-----------------------------------------------------------------x

### AMENDED NOTICE OF MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (A) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES TO AND/OR DISCRIMINATING AGAINST THE DEBTORS ON ACCOUNT OF THE BANKRUPTCY FILINGS OR ANY PREPETITION AMOUNTS DUE, (B) DETERMINING THAT THE DEBTORS' UTLITIES ARE ADEQUATELY ASSURED OF FUTURE PAYMENT, (C) ESTABLISHING PROCEDURES FOR REQUESTING ADDITIONAL ASSURANCE OF PAYMENT, AND (D) ESTABLISHING <u>PROCEDURES FOR OBJECTING</u>

**PLEASE TAKE NOTICE**, that on March 3, 2026, North Star Health Alliance, Inc. ("<u>North Star</u>"), Carthage Area Hospital, Inc. ("<u>Carthage</u>"), Claxton-Hepburn Medical Center, Inc. ("<u>Claxton</u>"), and Meadowbrook Terrace, Inc. ("<u>Meadowbrook</u>"), the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), by and through their undersigned counsel, will move (the "<u>Motion</u>") this Court before the Honorable Patrick G. Radel, United States Bankruptcy Judge at the United States Bankruptcy Court for the Northern District of New York, Alexander Pirnie Federal Building, 10 Broad Street, Utica, New York, on **April 14, 2026 at 10:00 a.m. (EST)**, or as soon thereafter as counsel may be heard, and the hearing can be attended in person or accessed by video via Teams, for which pre-registration is required by 3:00 p.m. (EST) one (1) business day before the hearing (go to https://www.nynb.uscourts.gov/remote-hearing-appearances to register), for entry of an order (a) prohibiting utility companies from altering, refusing or discontinuing services to and/or discriminating

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

against the Debtors on account of the bankruptcy filings or any prepetition amounts due, (b) determining that the Debtors' utilities are adequately assured of future payment, (c) establishing procedures for requesting additional assurance of payment, and (d) establishing procedures for objecting.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of New York and be filed with the Court and served in accordance with Local Rule 9013-1 no later than April 6, 2026, upon the following parties: (i) special counsel to the Debtors, Verrill Dana LLP, One Portland Square, Portland, ME 04101, Attn: Roger A. Clement, Jr., (ii) the Office of the United States Trustee for the Northern District of New York, 100 South State Street, Room 4230, Rochester, New York 14614, Attn: Erin P. Champion, AUST, Trial Attorney, (iii) the Cash Collateral Secured Creditors or their counsel; (iv) the Top 20 unsecured general creditors for each of the Debtors; (v) the New York State Department of Health; (vi) the Office of the Attorney General for the State of New York; (vii) the Centers for Medicare & Medicaid Services; (viii) the United States Department of Justice and (ix) and those persons who have formally appeared and requested service in these Chapter 11 Cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned from time to time without notice to any creditor or other party-in-interest other than by announcement of the adjourned date in open Court on the date of the hearing or any adjourned date.

Dated:  March 4, 2026
Portland, ME

**VERRILL DANA LLP**
*Proposed Special Counsel for Debtors and Debtors-In-Possession*

By:    */s/Roger A. Clement, Jr.*
Roger A. Clement, Jr. (admitted *pro hac vice*)
Linday Z. Milne
Robert J. Keach (admitted *pro hac vice*)
Nathaniel R. Hull (admitted *pro hac vice*)
Jennifer S. Novo (admitted *pro hac vice*)
One Portland Square

2

Portland, ME 04101
Roger A. Clement, Jr.:
(207) 253-4412; rclement@verrill-law.com
Lindsay Z. Milne:
(207) 253-4538; lmilne@verrill-law.com
Robert J. Keach:
(207) 253-4528; rkeach@verrill-law.com
Nathaniel R. Hull
(207) 253-4726: nhull@verrill-law.com
Jennifer S. Novo
(207) 253-4542: jnovo@verrill-law.com

50193869.1
29489786_1