**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099 |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30788 |
| | : Case No. 26-30799 |
| | : Case No. 26-60100 |

-------------------------------------------------------------------x

### APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF BARCLAY DAMON LLP AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

TO THE HONORABLE WENDY A. KINSELLA,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

The debtors and debtors-in-possession North Star Health Alliance, Inc. ("North Star"),

Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"),

and Meadowbrook Terrace, Inc. ("Meadowbrook", and collectively with Carthage, North Star, and

Claxton, the "Debtors") hereby move the Court for entry of an Order, pursuant to section 327 of

title 11 of the United States Code, as amended (the "Bankruptcy Code"), Rule 2014 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local

Bankruptcy Rules for the Northern District of New York (the "Local Rules"), for authority to retain

Barclay Damon LLP ("Barclay Damon") as its counsel effective *nunc pro tunc* to the Petition Date

(as defined below) in accordance with the terms and conditions of that certain engagement letter

between the Debtor and Barclay Damon, dated March 3, 2026, 2026 (the "Engagement Letter"), a

copy of which is attached as **Exhibit A** to the Grubin Declaration (as defined below). In support

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

29713826.1

of this Application, the Debtors submit the *Declaration of Janice B. Grubin in Support of the Application for Entry of an Order Authorizing the Retention of Barclay Damon LLP as Counsel to the Debtor and Debtor-in-Possession Effective Nunc Pro Tunc to the Petition Date* (the "Grubin Declaration"), and respectfully state as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. Consideration of this matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are Bankruptcy Code section 327(a), Bankruptcy Rule 2014, and Local Rule 2014-1.

## BACKGROUND

3.      On February 10, 2026 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of New York (the "Court") commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases").  The Debtors continue to operate their healthcare businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      No request for the appointment of a trustee, an examiner or a patient care ombudsman has been made in the  Chapter 11 Cases and an official  committee of unsecured creditors was appointed by the United States Trustee on March 4, 2026.

5.      A description of the Debtors' business operations, corporate structure, and reasons for commencing these Chapter 11 Cases is set forth in *Declaration of Rob Bloom Chief*

*Restructuring Officer of North Star Health Alliance, In Support of Chapter 11 Petitions* [Docket. No. 47] (the "First Day Declaration").

6.    Debtors are not-for-profit health care facilities located in northern New York in the cities of Ogdensburg and Carthage and the outlying communities.

## RELIEF REQUESTED

7.    Barclay Damon's representation of the Debtors dates back to late 2024, when Barclay Damon was retained in connection with general corporate matters. Barclay Damon's scope of work was expanded in mid-2025 to include restructuring matters, discussions with the New York State Department of Health and consideration of strategic alternatives, and then again in January 2026 to assist the Debtors in preparing for the possibility of commencing these Chapter 11 Cases to preserve and maximize the value of their assets.

8.    The Debtors seek authority to retain Barclay Damon LLP ("Barclay Damon") as their counsel in the Chapter 11 Cases. The Debtors have selected Barclay Damon because of Barclay Damon's knowledge of the Debtors' businesses and financial affairs, its expertise with debtors' and creditors' rights and business reorganizations and liquidations under chapter 11 of the Bankruptcy Code and its deep healthcare, labor, corporate and commercial litigation experience. The Debtors believe that Barclay Damon has assembled a highly qualified team of professionals and paraprofessionals to provide services to the Debtors during these Chapter 11 Cases. The Debtors further believe that Barclay Damon has the knowledge and experience necessary to deal effectively with the issues that will arise in these Chapter 11 Cases, and that Barclay Damon's continued representation of the Debtors is critical to the success of the Debtors' efforts in these Chapter 11 Cases.

29713826.1

Docusign Envelope ID: A1741385-4BA2-420D-8FAB-670889375132

9.     The Debtors request the retention and employment of Barclay Damon to render the

following professional services:

a.     Analysis of the Debtors' financial situation, and rendering advice to the Debtors regarding their obligations and responsibilities after filing petitions in bankruptcy;

b.     Preparation and filing of any petitions, schedules, statements of financial affairs, and plan which may be necessary or appropriate;

c.     Representation of the Debtors at any and all meetings, including meetings of creditors, bankruptcy court hearings, and any adjourned meetings or hearings thereof;

d.     Giving the Debtors legal advice with respect to their powers and duties as debtors-in-possession in the continued operation of their businesses and management of their properties;

e.     Advising the Debtors on the conduct of these Chapter 11 Cases, including all of the legal and administrative requirements of operating in chapter 11;

f.     Conferring and negotiating with the United States Trustee, representatives of the Debtors' creditors, lenders, vendors, and other parties in interest on various issues as they arise;

g.     Preparing, on behalf of the Debtors, pleadings in connection with these Chapter 11 Cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

h.     Advising the Debtors in connection with sales or other disposition of its assets;

i.     Advising the Debtors in connection with any debtor-in-possession financing;

j.     Representation of the Debtors in adversary proceedings and other contested bankruptcy matters;

k.     Appearing before the Court and any appellate court to represent the interests of the Debtors' estates;

l.     Taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain confirmation of a chapter 11 plan and all documents related thereto;

m.     Analyzing the Debtors' executory contracts and the assumption, assumption and assignment, or rejection thereof;

29713826.1

n.  Advising the Debtors on corporate, litigation, tax, employee, and other matters; and

o.  Performing all other legal services for the Debtors, as debtors-in-possession, which may be necessary or appropriate herein.

It is necessary for the Debtors, as debtors-in-possession, to employ attorneys for such professional services.

10.  After a search of Barclay Damon's conflict systems as described in the annexed declaration of Janice B. Grubin (the "Grubin Declaration"), a Barclay Damon partner, Barclay Damon has concluded that it has no connection with the Debtors, their creditors, or any other party-in-interest in this case except as set forth in the Grubin Declaration.

11.  Barclay Damon has no connection with the United States Trustee for the Northern District of New York or any attorney employed in the Office of the United States Trustee for the Northern District of New York.

12.  Barclay Damon will apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases in compliance with Bankruptcy Code sections 330 and 331 and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.  Barclay Damon will seek compensation based upon normal hourly billing rates in effect for the period in which services are rendered and will seek reimbursement of necessary and reasonable out of pocket expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the United States Trustee Guidelines (the "Guidelines").

13.  Barclay Damon will charge the Debtor at its regular hourly rates, which range from $475.00 to $1,000.00 for partners, $325.00 to $650.00 for associates/counsel, and $ $290.00 for paraprofessionals, subject to a 10% courtesy discount.  Barclay Damon's billing rates are subject

to adjustment from time to time, and for any such adjustment Barclay Damon will provide the United States Trustee with at least ten (10) days' notice.

14.　　As set forth in the supporting Grubin Declaration, Barclay Damon represents no interest adverse to the Debtors, the Debtors' estates or their creditors or other parties-in-interest identified in these cases in the matters upon which Barclay Damon is to be engaged, and its employment is necessary and in the best interests of the estates.  It is Barclay Damon's policy to charge its clients for disbursements and expenses incurred in connection with its services, including, without limitation, computerized research, messengers, couriers, and postage.  Barclay Damon will charge the Debtors' estates for these expenses in a manner and at rates consistent with those made generally to its other clients, applicable law, and the Guidelines.

15.　　The Debtors believe that the employment of Barclay Damon is appropriate and in the best interests of the Debtors, the Debtors' estate, and their creditors.

16.　　**COMPENSATION RECEIVED BY BARCLAY DAMON**. During the one (1) year period preceding the Petition Date, the aggregate amount of fees earned and expenses incurred by Barclay Damon on behalf of the Debtors was approximately $326,952.00 for bankruptcy and nonbankruptcy matters.  During the same period, Barclay Damon was paid $267,000.00 on account of such fees earned and expenses incurred, and wrote off $60,000.00 in fees.  Barclay Damon received payments totaling $267,000.00 in the ninety (90) days prior to the Petition Date (exclusive of the bankruptcy retainer described below).  During the ninety (90) days prior to the Petition Date, Barclay Damon also received a bankruptcy retainer on behalf of the Debtors in the amount of $1,220,000.00, which will be held by Barclay Damon as security throughout the Chapter 11 Cases until Barclay Damon's fees and expenses are awarded by final order and payable to Barclay

6

Damon.[2]  In the ninety (90) days prior to the Petition Date, Barclay Damon did not receive any

payments from or on behalf of the Debtors other than those described herein.

## **BASIS FOR RELIEF REQUESTED**

17.     The Debtors seek to retain Barclay Damon as their counsel pursuant to Bankruptcy

Code section 327(a), which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers,
> auctioneers, or other professional persons, that do not hold or
> represent an interest adverse to the estate, and that are disinterested
> persons, to represent or assist the [debtor] in carrying out the
> [debtor]'s duties under this title.

11 U.S.C. § 327(a).

18.     Barclay Damon may not be "disqualified for employment under [section 327]

solely because of [Barclay Damon]'s employment by or representation of a creditor, unless there

is objection by another creditor or the United States trustee, in which case the court shall

disapprove such employment if there is an *actual* conflict of interest."  11 U.S.C. § 327(e)

(emphasis added); *see also In re Vebeliunas*, 231 B.R. 181, 189 (Bankr. S.D.N.Y. 1999) (finding

that representation is appropriate where only potential conflicts exist and no actual conflict has

arisen).

19.     The law is clear that a debtor's choice of counsel should be disturbed only in the

"rarest" cases.  *See*, *e.g.*, *In re Smith*, 507 F.3d 64, 71 (2d Cir. 2007) (bankruptcy courts "should

interfere with the trustee's choice of counsel only in the rarest cases, such as when the proposed

attorney has a conflict of interest, or when it is clear that the best interest of the estate would not

be served by the trustee's choice").

20.     Bankruptcy Rule 2014(a) requires that an application for retention include:

---

[2] The source of all of the monies paid to Barclay Damon prior to the Petition Date was Claxton-Hepburn Medical Center Foundation.

29713826.1

Docusign Envelope ID: A1741225-4BA2-420D-8FAB-670989373132

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bank. R. 2014(a).

21. The Debtors submit that for all the reasons stated herein and in the Grubin Declaration, the retention and employment of Barclay Damon as counsel to the Debtors *nunc pro tunc* to the Petition Date is warranted. Further, as stated in the Grubin Declaration, Barclay Damon is a "disinterested person" within the meaning of Bankruptcy Code section 327(a), and does not hold or represent an interest adverse to the Debtors' estates and has no connection to the Debtors, their creditors, or other parties in interest, except as otherwise disclosed in the Grubin Declaration.

## NO PRIOR REQUEST

22. No previous application for the relief requested herein has been made to this or any other court.

**WHEREFORE**, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and for such other and further relief as is just and proper.

Dated: March 4, 2026

Signed by:

_Chet Truskowski_
11362B C2D152 4BB...
North Star Health Alliance, Inc.
By: Chet Truskowski, Board Chairperson

Signed by:

_Gary Rowe_
020D7CC4BA9844D...
Carthage Area Hospital, Inc.
By: Gary Rowe

29713826.1

Docusign Envelope ID: A1741285-4BA2-420D-8EAB-670989373132

**Signed by:**

*Zvi Szafran*

CF303E312494407...

Claxton-Hepburn Medical Center, Inc.

By: Zvi Szafran

**Signed by:**

*Dale Klock*

C02B04CBFC01438...

Meadowbrook Terrace, Inc.

By: Dale Klock

Filed by:

**BARCLAY DAMON LLP**

By:    */s/Janice B. Grubin*
Janice B. Grubin
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone:  (315) 784-5808
jgrubin@barclaydamon.com

*Proposed Counsel to Debtors and Debtors-in-Possession*

29713826.1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30788 |
| | : | Case No. 26-30799 |
| | : | Case No. 26-60100 |

-------------------------------------------------------------------x

### DECLARATION OF JANICE B. GRUBIN IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF BARCLAY DAMON LLP AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Janice B. Grubin, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1.      I am a partner at the law firm of Barclay Damon LLP ("Barclay Damon"), which maintains offices for the practice of law at, among other locations, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, New York 13202 and 1270 Avenue of the Americas, Suite 2310, New York, New York 10020.  I am familiar with the matters set forth herein, and make this declaration in support of the application of North Star Health Alliance, Inc., Carthage Area Hospital, Inc., Claxton-Hepburn Medical Center, Inc.; and Meadowbrook Terrace, Inc., as debtors and debtors-in-possession (the "Debtors") in these chapter 11 cases, for authority to retain Barclay Damon as counsel to the Debtors.

2.      To the best of my knowledge and information, formed after a reasonable inquiry, Barclay Damon neither holds nor represents any interest adverse to the Debtors, the Debtors'

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

Docusign Envelope ID: A1741285-4BA2-420D-8FAB-6709893375132

estates or any of their creditors or other parties-in-interest that have been identified in this case (collectively, the "Parties"), which Parties are listed on **Schedule 1** hereto. I have caused the names of the Parties to be run through Barclay Damon's conflict search system where they are compared with lists of current and past clients of Barclay Damon. To the extent I have been able to ascertain that Barclay Damon has been retained to represent any of the Parties in matters related or unrelated to these Chapter 11 Cases, such facts are disclosed on **Schedule 2** hereto. To the best of my knowledge and based upon Barclay Damon's due inquiry, Barclay Damon has not represented any of the Parties aside from the limited instances set forth in **Schedule 2**, except that Barclay Damon may have in the past, may currently, and may again in the future, represent certain creditors of the Debtors with respect to matters unrelated to the Debtors. Barclay Damon is not retained "generally" by any such creditor but rather is retained on case-specific matters. Each such creditor accounts for less than one percent of Barclay Damon's annual gross revenues. If any other connections to Parties become known to Barclay Damon, it will supplement these disclosures. If an event occurs during the pendency of this case to create a non-waivable conflict between the Debtors and one or more of those Parties described on **Schedule 2**, and upon consultation with the Office of the United States Trustee, the Debtor will seek to engage conflicts counsel for such purposes.

3.      For the avoidance of doubt, Barclay Damon will not commence a cause of action in these Chapter 11 Cases against the parties listed in **Schedule 2** to the extent they are current or ongoing clients of Barclay Damon unless Barclay Damon has an applicable waiver on file or first receives a waiver from such party allowing Barclay Damon to commence such an action. To the extent a waiver does not exist or is not obtained from such client and it is necessary for the Debtors

Docusign Envelope ID: A1741285-4BA2-420D-8FAB-670889373132

to commence an action against that party, the Debtors will be represented in any such matter by conflicts counsel.

4.      The information on **Schedule 1** may have changed without our knowledge and may change during the pendency of these Chapter 11 Cases.  Accordingly, Barclay Damon will review its files periodically during these Chapter 11 Cases to ensure no conflicts or other disqualifying circumstances exist or arise and update this Declaration as necessary and when Barclay Damon becomes aware of additional material information.

5.      I am not related to, and to the best of my knowledge, no attorney or employee of Barclay Damon is related to, any United States Bankruptcy Judge for the Northern District of New York or to any attorney or staff in the Region 2 Office of the United States Trustee.

6.      Based upon the information available to me, I believe that Barclay Damon is a "disinterested person" within the meaning of section 101(14) of Title 11 of the United States Code (the "Bankruptcy Code").

7.      All compensation to Barclay Damon, including reimbursement of expenses, shall be paid only upon the filing of an appropriate application for interim or final allowance of compensation pursuant to Bankruptcy Code sections 330 and 331, the guidelines of the Office of the United States Trustee, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Northern District of New York or as may otherwise be ordered by the Court.

8.      No agreement exists to share any compensation received by Barclay Damon for its services with any other person or firm.  No promises have been received by Barclay Damon or by any member or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

Docusign Envelope ID: A1741385-4BA2-420D-8FAB-670889378132

9.      No promises have been received by Barclay Damon nor by any partner, counsel, or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

10.     Barclay Damon will charge the Debtor at its regular hourly rates, which range from $475.00 to $1,000.00 for partners, $325.00 to $650.00 for associates/counsel, and $0 $290.00 for paraprofessionals, with a ten (10) percent courtesy discount.  Barclay Damon's billing rates are subject to adjustment from time to time, and for any such adjustment Barclay Damon will provide the United States Trustee with at least ten (10) days' notice.

**I DECLARE**, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 4th day of March, 2026, New York, New York.

>      */s/Janice B. Grubin*
> Janice B. Grubin
> Barclay Damon LLP
> 1270 Avenue of the Americas, Suite 2310
> New York, New York 10020
> Telephone:  (212) 784-5808
> jgrubin@barclaydamon.com
>
> *Proposed Counsel to Debtors and*
> *Debtors-in-Possession*

# **EXHIBIT A**

**B A R C L A Y   D A M O N** LLP

**Janice B. Grubin**
*Partner*

March 3, 2026

<u>**CONFIDENTIAL**</u>

**VIA ELECTRONIC MAIL**

Mr. Chet Truskowski, North Shore Health Alliance, Inc., Board Chair
chettruskowski@gmail.com
Mr. Gary Rowe, Carthage Area Hospital, Inc., Board Chair
garyrowecpa@gmail.com
Mr. Zvi Szafran, PhD, Claxton-Hepburn Medical Center, Inc., Board Chair
zviszafrancanton@gmail.com
 Mr. Dale Klock, Meadowbrook Terrace, Inc., President
dklock@CarthageSavings.com

c/o North Star Health Alliance, Inc.
214 King St.
Ogdensburg, New York 13637

<div style="margin-left: 2em;">

Re:    **Confirmation of Engagement of Barclay Damon LLP (the "Firm" or "we") by North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook" and, with North Star, Carthage and  Claxton, collectively, "Client," or "you")**

</div>

Gentlemen:

This letter serves to confirm the expansion of the Client's retention of the Firm to include bankruptcy advice in connection with the preparation, filing, and prosecution of Chapter 11 bankruptcy proceedings (the "Bankruptcy Cases") for North Star, Carthage, Claxton and Meadowbrook (the "Matter") in the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court"), as set forth in the email correspondence between each of you, as duly authorized officers of the Client, and the Firm on February 6, 2026.  The Matter, effective January 1, 2026, is separate and apart from the previous consulting and restructuring matters between North Star and the Firm, for which there was no outstanding balance due the Firm as of February 10, 2026.

The Firm is pleased to undertake this representation.  In recognition of our existing professional relationship and the non-profit nature of the Client's operations, the Firm will be

March 3, 2026
Page 2

providing a 10% fee discount to our standard rates throughout this Engagement.

As a matter of Firm policy, it is necessary that the Firm provide you with this confirmatory engagement letter to set out the specific terms applicable to the representation. These terms consist of the terms set forth in this letter and in the Standard Terms of Engagement for Legal Services (the "Standard Terms") attached hereto (collectively, the "Engagement Letter").

**Joint Representation Agreement and Waiver.** North Star, Carthage, Claxton and Meadowbrook have requested that we represent each of you jointly in connection with the Matter. Because such a joint representation may involve issues of actual and potential conflicts of interest and confidentiality, we write to clarify the terms of our joint representation as set forth herein.

North Star, as the passive parent entity, is the umbrella non-profit organization within which non-profit Carthage, Claxton, Meadowbrook and related affiliates coordinate governance, strategy, and shared leadership and administrative services. Although the interests of North Star, Carthage, Claxton and Meadowbrook are currently aligned based on a collective mission to provide quality healthcare in the North Country, it is recognized and understood that such interests may diverge at any point during this Engagement by reason of conflicts potentially latent in their relationships and/or a change in circumstances. Notwithstanding these possibilities, North Star, Carthage, Claxton and Meadowbrook have determined that it is in their separate and mutual interests to have the Firm represent them jointly in connection with this Engagement. The Firm is willing to undertake this joint representation so long as the following terms and conditions are understood and agreed to by each of you:

1.      North Star, Carthage, Claxton and Meadowbrook each expressly waive all existing and potential conflicts of interest, if any, and all possible future conflicts of interest that may arise in connection with the Firm's joint representation of North Star, Carthage, Claxton and Meadowbrook. Each of you further agrees not to seek to disqualify the Firm (or any counsel or other professionals who we may engage to assist us in the Matter) based upon any such conflict of interest.

2.      North Star, Carthage, Claxton and Meadowbrook each agree that we (and any counsel or professionals who we may engage to assist us in the Matter) may represent each of you in connection with all aspects of this Engagement where we determine that it is possible to represent all of you competently as is currently the case.

3.      North Star, Carthage, Claxton and Meadowbrook each agree that if, during the course of this Engagement, we determine that a conflict of interest would compromise our ability to represent you each competently, then we may withdraw from the representation of any of you and may continue to represent the remaining entities. In such event, those of you who we would no longer represent agree(s) and understand(s) that they would be responsible for obtaining their own legal representation.

Docusign Envelope ID: A1761385-4BA2-420D-8FAB-6708893376132

March 3, 2026
Page 3

4.      North Star, Carthage, Claxton and Meadowbrook agree that they will be jointly and severally responsible for paying all professional fees and disbursements in connection with this Matter and Engagement including, without limitation, the Firm's fees and disbursements incurred on behalf of each or any of the Client's by the Firm.  North Star, Carthage, Claxton and Meadowbrook will be responsible for paying the fees and disbursements for the representation of North Star, Carthage, Claxton and Meadowbrook in this Matter even in the event that our representation of one or more of them would cease by our withdrawal from such representation or otherwise.

5.      North Star, Carthage, Claxton and Meadowbrook  each acknowledge and agree that communications between the Firm (or any attorneys or other professionals we engage to assist us in this Matter) and any of you concerning this Engagement will be treated by us as confidential and not disclosed to anyone other than North Star, Carthage, Claxton and Meadowbrook without your consent or as otherwise provided by law. You each further acknowledge and agree that whatever communications or information the Firm (or any attorneys or other professionals we engage to assist us in this Matter) receive from any of you in connection with this Engagement will be shared with each of you as we deem appropriate. In particular, if we receive material information about any of you that we believe another of you should have in order to make decisions regarding your separate interests, we will give you that information.

6.      You each agree that if the Firm withdraws from representing any of you we may continue to represent the other entities even if such representation is contrary to the interests of the entity or entities we are no longer representing. Moreover, in the unlikely event that you commence litigation against one another regarding the subject of the joint representation, you each understand that our advice to you and our prior communications with each of you during the joint representation may not be shielded from disclosure in such litigation.

7.      Finally, in the event a conflict of interest arises regarding a joint representation of you by the Firm, a court may nevertheless disqualify us from continuing our representation of any of you, notwithstanding the terms of this Agreement.

We are advising you of these possibilities solely to comply with our ethical requirements and are not suggesting that you may have claims against one another.

As a matter of Firm policy, it is necessary that the Firm provide you with this confirmatory engagement letter to set out the specific terms applicable to the representation.  These terms consist of the terms set forth in this letter and in the Standard Terms of Engagement for Legal Services (the "Standard Terms") attached hereto (collectively, the "Engagement Letter").

Pursuant to our discussion, you have provided us with a retainer of $1,220,000 (the "Retainer"), which we will hold in trust and apply to fee applications approved by the Bankruptcy Court.  In addition and subject to Bankruptcy Court approval if required, we have agreed that this Engagement may terminate at the Firm's option if, in the mutual determination of you and the

March 3, 2026
Page 4

Firm, the Bankruptcy Cases are no longer viable and are converted to cases under Chapter 7 or otherwise resolved outside of Chapter 11.

The provisions of this Engagement Letter (including the Standard Terms letter) will continue in effect, including if the Firm's representation was ended at your election (which, of course, any of you would be free to do at any time) or by the Firm (which would be subject to ethical requirements). In addition, the provisions of this Engagement Letter will apply to future engagements of the Firm by you, unless we mutually agree otherwise.

This agreement shall be governed by and interpreted in accordance with the laws of the State of New York and without regard to its conflicts of laws principles.

This agreement shall be governed by and interpreted in accordance with the laws of the State of New York and the United States Bankruptcy Code and without regard to its conflicts of laws principles.

Thank you for allowing the Firm to be of service to you in connection with this Engagement. If the terms of this Engagement Letter (including the Standard Terms) meet with your approval, please so indicate by signing, dating and emailing back to me the fully signed letter.

Also, please be advised that under New York law, we are required to advise you that in the event of a billing dispute, you may be entitled to arbitration of that dispute. If you would like additional information on this subject, we will be happy to provide it.

We appreciate your continued trust in us, and look forward to a productive relationship.

Very truly yours,

*/s/ Janice B. Grubin*

Janice B. Grubin

## Standard Terms of Engagement for Legal Services

### ("Standard Terms")

**Introduction**

This Standard Terms of Engagement for Legal Services contains the standard terms of our engagement as your lawyers. Unless modified in writing by mutual agreement, these terms will be an integral part of the letter (the "Letter") to which this Standard Terms of Engagement is attached (collectively, the "Engagement Letter"). Therefore, we ask that you review this document carefully and contact us promptly if you have any questions.

1. **Parties.** This Standard Terms states the terms under which Barclay Damon LLP (we or "BD") shall provide and the client identified in the Letter (the "Client") shall pay for legal services. BD represents only the Client and, except as otherwise provided in the Letter, does not represent its subsidiaries, affiliates, shareholders, officers, directors, partners, members, managers, or employees.

2. **Scope of Services ("Matter").** BD shall provide legal services to Client in connection with the Matter described in the Letter. Legal services not required for the Matter as described therein will not be provided unless Client requests such services and BD agrees, in writing, to provide them.

3. **Primary Attorney.** Janice B. Grubin will be the attorney at BD who has primary responsibility for work on the Matter (the "Primary Attorney"). The Primary Attorney may be reached at the following contact information: telephone (212) 784-5808, cell (917) 734-9614, e-mail jgrubin@barclaydamon.com. The legal assistant for the Primary Attorney is Courtney Ehrhart, who may be reached at the following contact information: telephone (212) 784-5828, e-mail cehrhart@barclaydamon.com. The Primary Attorney will may use other BD attorneys and non-attorney staff (such as paralegals) to do work on the Matter. Client has the right, exercisable at any time, to require a change in the Primary Attorney and other attorneys and staff working on the Matter. BD also reserves the right to make changes to such personnel at any time. Examples of hourly billing rates currently in effect at BD are:

|            |                     |
|------------|---------------------|
| Partner:   | $475.00 to $1000.00 |
| Associate/Counsel: | $325.00 to $650.00 |
| Paralegal: | $290.00             |

Upon request, BD will provide Client with the hourly billing rate for each person working or expected to work on the Matter.

4. **Client Confidentiality.** BD will protect client confidences and secrets as required by law. Please use special care when communicating with BD via electronic mail or by cellular telephone because such methods of communication are not always secure and could lead to the inadvertent waiver of attorney-client privilege.

5. **Conflicts of Interest.**

(a)    Client's "Affiliates".  In this engagement, BD represents only the entities  that are identified as the "Client" in the Letter.  Unless as set forth in the Letter, "Client" does not include any "affiliates" of Client (*i.e.*, if Client is a corporation, limited liability company, or partnership, "affiliate" means any parent, subsidiary, employee, officer, director, shareholder, member or partner of the corporation, limited liability company, or partnership; or, if Client is a trade association, "affiliate" includes any member of the trade association).  Accordingly, for conflict of interest purposes, Client agrees that BD may represent another client with interests adverse to any such affiliate, without obtaining Client's consent.  Client further agrees that Client will not seek to disqualify BD from representing another client in a matter where such client is adverse to Client's affiliate.  Upon BD's request, Client will use best efforts to arrange it so that none of Client's affiliates will seek to disqualify BD from representing another client in any such matter.

(b)    Other Clients Adverse to "Client".  BD is a large law firm which represents many clients in a variety of matters.  It is possible that in the future, BD may be asked by one of those clients to represent it in a matter where Client is an adverse party or has an adverse interest. If such a future matter is substantially unrelated to the Matter in this engagement and if Client has not given BD any confidential information that is materially relevant to such a future matter, then Client agrees prospectively (1) to waive any conflict of interest in connection with BD representing another client in such future matter even though it may be against Client or an interest of Client; and (2) not to seek to disqualify BD from representing another client in any such future matter.

6.    **Fees.**  The fees BD will charge for its services will be based on the amount of time spent by its attorneys and paralegals on the Matter.  Time is charged in units of tenths of an hour. The fee will be the time spent by attorneys and paralegals multiplied by their hourly billing rate in effect when the work is done.  The hourly billing rates are subject to change at the beginning of each calendar year.  BD has provided a 10% discount on its billing rates for the Engagement.

7.    **Expenses.**  In addition to the fees described above, BD will charge Client for expenses it incurs that are related to the Matter.  Examples of such expenses are filing fees, expert witness fees, travel expenses, mileage, transcripts, judgments and lien searches, and the like. Expenses may either be incurred/paid by BD and billed to Client, the bill for the expense may be submitted to Client for payment directly to the billing party, or BD may assist Client in setting up a billing relationship between the third party vendor and Client so Client can pay the charges directly.

8.    **Fee Estimates and No Guarantee of Outcome.**  We may provide Client with an estimate or a proposed budget for the fees and expenses that are expected to be incurred for this engagement.  Although we make every effort to be accurate in providing estimates and budgets, Client agrees that these projections and budgets are estimates only and that circumstances beyond our control may result in fees and expenses being larger than projected.  Similarly, although we may be asked to comment on or predict the expected outcome of the matter, we are unable to guarantee any result for this engagement. Client agrees that such projections are just that, predictions.

9.    **Retainer.**  A retainer in the amount of $1,220,000.00 has been paid. All retainer funds shall be maintained by BD in a retainer account until they are applied toward applications approved by you and the Bankruptcy Court.  We reserve the right to seek a replenishment of the retainer in the event the facts or circumstances of this engagement change.

10.    **Important Notice Regarding Transmission of Funds Via Wire.**  Cyber-crime related to falsified wire instructions is becoming increasingly sophisticated, with widely reported instances of counterfeit emails sending replacement wire instructions to cause the misdirection of funds. These emails are convincing in appearance and, if followed, can result in the permanent loss of all funds sent via wire to the account listed in the email.  Before **any** funds are wired to our firm, you must always independently confirm the wiring instructions in person or via a telephone call to a trusted and verified phone number (which may not be the number contained in an email).  Please be especially wary of any email that purports to change wiring instructions as this is a common indicator of a compromised email account.

11.    **Billing and Payment.**  While BD's normal practice is to send Client a monthly bill for fees and expenses for the prior month, that practice is altered by the filing of the bankruptcy cases.  Specifically, no fees and expenses can be paid to BD without an Order from the Bankruptcy Court. In the event of a fee dispute, Client may have the right to seek arbitration; we will provide Client with the necessary information regarding arbitration in the event of a fee dispute, or upon Client's request.

12.    **Records Retention.**  We will endeavor to return original documents and records to you at the termination of the engagement.  Records are kept for at least seven years.  Please inquire of your attorney as to the specific time period that records of your engagement will be retained.  Following the expiration of the retention period, records are destroyed by confidential means.

13.    **Attorney-Client Relationship.**  We are very proud of our client relationships, and occasionally identify clients to others who ask about our client base, or in institutional materials.  Unless you object in writing, we assume that you agree that we may state that we represent you in such matters as we deem appropriate, although of course we would not publish or disseminate any confidential information.

14.    **Termination.**

(a)    <u>By Client</u>.  Subject to the approval of the Bankruptcy Court, Client may terminate this engagement at any time for any reason by notifying BD in writing.  Client shall be responsible for outstanding invoices, for unbilled fees and expenses incurred before termination, and for fees and expenses in connection with an orderly transition of the Matter.

(b)    <u>By BD</u>.  Subject to the approval of the Bankruptcy Court, BD may terminate this engagement at any time for any reason, including Client's failure to pay BD's approved fees and expenses, provided, however, that BD's right to terminate is subject to the applicable rules of professional conduct and the rules of any court having jurisdiction of the Matter

(c)    <u>On Completion of the Matter</u>.  BD's representation of Client on this Matter shall terminate automatically when the Matter is complete.  The relationship of attorney-client between BD and Client thereafter shall continue only if Client has engaged BD on other matters or once again engages BD on this Matter.

15.    **Entire Agreement.**    This Engagement Letter constitutes the entire agreement between BD and Client as to the Matter and may be changed only by a written document, signed by both parties

16.    **Governing Law.**    Any dispute arising under this Engagement Letter shall be governed by the United States Bankruptcy Code and the laws of the State of New York. Client consents to the personal and subject matter jurisdiction of the Bankruptcy Court and the Supreme Court of the State of New York in and for the County of New York, as applicable, to resolve any such disputes.

17.    **Additional Services.**    BD is a full-service law firm with a wide array of expertise as described in the enclosed list of our Practice Areas and Industry Teams.  Please feel free to contact the Practice Group about additional services offered by BD.

**BARCLAY DAMON**LLP

Janice B. Grubin

**BARCLAY DAMON**LLP

# PRACTICE AREAS AND INDUSTRY TEAMS

## PRACTICE AREAS

### Corporate & Transactional
- Corporate
- Data Security & Technology
- Employee Benefits
- Environmental
- Financial Institutions & Lending
- Health Care
- Higher Education
- International
  » Immigration
- Labor & Employment
- Professional Liability
- Project Development
- Public Finance
- Real Estate
- Restructuring, Bankruptcy
  & Creditors' Rights
- Tax
- Trusts & Estates

### Financial Services
- Financial Institutions & Lending
- Public Finance
- Real Estate
- Restructuring, Bankruptcy
  & Creditors' Rights
- Trusts & Estates

### Intellectual Property
- Intellectual Property Litigation
- Patents & Prosecution
- Trademarks, Copyrights
  & Licensing

### Litigation
- Commercial Litigation & Complex Trials
- Construction & Surety
- Employee Benefits
- Environmental
- Health Care Controversies
- Insurance Coverage & Regulation
- Intellectual Property Litigation
- Labor & Employment
- Mass & Toxic Torts
- Power & Energy Construction
- Professional Liability
- Property Tax & Condemnation
- Restructuring, Bankruptcy
  & Creditors' Rights
- Telecommunications
- Torts & Products Liability Defense
- Trusts & Estates
- White Collar & Government
  Investigations

### Real Estate & Land Use
- Land Use & Zoning
- Project Development
- Property Tax & Condemnation
- Real Estate
- Tax

### Regulatory
- Energy
- Environmental
- Land Use & Zoning
- Lobbying & Election Law Compliance
- Project Development
- Property Tax & Condemnation
- Regulatory
- Semiconductor
- Telecommunications

## FEATURED INDUSTRIES

### Energy
- Energy
- Electric Power
- Energy Markets
- Linear Infrastructure
- Oil & Gas
- Renewable Energy

### Health Care
- Health Care
- Health & Human Services Providers
- Health Care Controversies
- Pharmacy

### Higher Education
### Insurance & Reinsurance
### Manufacturing
### Technology
- Technology
- Communications & Networking
  Technology
- Emerging Technologies
- Medical Devices

## NEW & EMERGING INDUSTRY PRACTICE AREAS

**Canada-US Cross-Border**
**Cannabis**
**Elder Law & Medicaid Planning**
**Hotels, Hospitality & Food Service**
**Outdoor & Wildlife**
**Tax Credits**
**Transportation**

## OFFICES

ALBANY
80 State Street
Albany, NY 12207

BOSTON
160 Federal Street, 10th Floor
Boston, MA 02110

BUFFALO
The Avant Building
200 Delaware Avenue, Suite 1200
Buffalo, NY 14202

NEW HAVEN
545 Long Wharf Drive, Ninth Floor

ROCHESTER
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, NY 14604

SYRACUSE
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202

WASHINGTON DC
1742 N Street NW
Washington, DC 20036

TORONTO

## SCHEDULE 1
### Conflict Search List

**Debtors**
Carthage Area Hospital, Inc.
North Star Health Alliance, Inc.
Claxton-Hepburn Medical Center, Inc.
Meadowbrook Terrace, Inc.

**D/B/As**
Claxton-Hepburn Medical Campus
Claxton-Hepburn Health System
Claxton-Hepburn Medical Center Auxiliary; Claxton-Hepburn Medical Center' Hepburn Medical Center
Claxton-Hepburn Medical Center Foundation
North Star Pediatrics; Claxton Hepburn Convenient Care
North Country Surgical Specialists

**Affiliated Parties**
Chet Truskowski
Jim Thew
Zvi Saffran
Gary Rowe
Larry Hasseler
Julie Ward
Tim Sturick
Mauree Missert
Robert Bloom of WinterGreen
Jerian O'Dell
Brandon Bowline
Rachel Zysk
Jennifer Meagher
Richard Duvall, Former CEO
Claxton-Hepburn Medical Center Foundation, Inc.
Claxton Medical, P.C.
North Country Orthopaedic Group, P.C.
North Country Orthopaedic Ambulatory Surgery Center, LLC
North Country Realty, LLC
Carthage Area Hospital Foundation, Inc.
Comprehensive Women's Health Services, PLLC

**Court and U.S. Trustee**
Hon. Wendy A. Kinsella
Kelly Griffith
Howard Poon
Rachel Sugrue
Hon. Patrick G. Radel
Brenda Robie
Paige Irvine
Colleen Johnson
William K. Harrington
Erin Champion
Neidy Fuentes

**Creditors and Interested Parties**
ASD Specialty Healthcare LLC
Bruce L. Baird, M.D.
Canon Financial Services, Inc.
CCA Financial, LLC to Huntington Technology Finance
Center for Medicare & Medicaid Services
Corporation Services Company, as Representative
CT Corporation System, as Representative
D. Peter Van Eenenaam. M.D.
First American
First Financial Holdings, LLC
Flex Financial, A Division of Stryker Sales Corporation
GE HFS, LLC
Howard H. Huang, M.D.
Huntington Technology Finance
M&T Bank
McKesson Corporation
Med One Capital Funding, LLC
New York State Department of Health
NFS Leasing, Inc.
Northern Credit Union (NCU)
Olympus America, Inc.
Pension Benefit Guaranty Corporation (PBGC)
Richard E. Maginn, Trustee of the Irrevocable Spousal Lifetime Access Trust fbo Richard E. Maginn
Siemens Financial Services, Inc.
Steven B. Fish, M.D.
TIAA, FSB
U.S. Small Business Administration
Watertown Savings Bank
Wintrust Asset Finance, Inc.
Xerox Financial Services
1199 SEIU
1199 SEIU DUES
1199 SEIU POLITICAL ACTION FUN
3M
3T MEDICAL SYSTEMS, INC
4IMPRINT, INC.
6 S. BROAD STREET, LLC
A A C CONTRACTING INC
A SHORE ANSWER LLC DBA
A VERDI STORAGE CONTAINERS
AADCO MEDICAL INC.
AANPCB
AAPC
ABATEMENT TECHNOLOGIES
ABBOTT LABORATORIES
ABBOTT NUTRITION
ABC CHANNEL 50

| | |
|---|---|
| ABJ FIRE PROTECTION CO | AMERICAN MEDICAL ASSOCIATION |
| ABSOLUTELY YOUMIS | AMERICAN NURSES ASSOCIATION |
| ACADEMY OF NUTRITION & DIETETI | AMERICAN OSTEOPATHIC ASSOCIATI |
| ACCESS NURSE PM, LLC | AMERICAN PEDIATRICS, PROFESSIO |
| ACR | AMERICAN PROFICIENCY INSTITUTE |
| ACUMED LLC | AMERICAN RED CROSS |
| ADEPT MED INTERNATIONAL | AMERICAN SOCIETY ECHOCARDIOGRA |
| ADIRONDACK CAREPLUS | AMERICAN SOCIETY FOR HEALTHCAR |
| ADLER MICRO MED | AMERICAN TIME & SIGNAL |
| ADOBE INC | AMERITAS LIFE INSURANCE CORP |
| ADR TELECOM | AMICO |
| ADVANCE MEDIA NEW YORK | AMJAD SHEIKH MD |
| ADVANCE MEDICAL DESIGNS | AMN HEALTHCARE INC |
| ADVANCED ASHTMA AND ALLERGY OF | AMO SALES & SERVICE |
| ADVANCED BUSINESS SYSTEMS | AMY ERKER |
| ADVANCED INSTRUMENTS INC | ANGEL PLANTY |
| ADVANCED MEDICAL OPTICS | ANGIODYNAMICS INC |
| ADVOCATE RCM LLC | ANNETTE LINDEMAN |
| AESCULAP | ANSWER WATERTOWN |
| AGILITI SURGICAL EQUIPMENT | APPLIED MEDICAL |
| AIRGAS USA, LLC | APPLIED STATISTICS & MANAGMENT |
| AIV, INC. | APPLIED TECHNICAL SERVICES |
| AJK SITE DEVELOPMENT | AQUA SCIENCES INC |
| AJ'S PORTABLES | ARELI GROUP LLC |
| ALANA HATZIS | ARETE ADVISORS LLC |
| ALBANY MARRIOTT HOTELS | ARMSTRONG MEDICAL INDUSTRIES I |
| ALCON LABORATORIES INC | ARNOLD ROBERT HAGER |
| ALEXIS O'DETT | ARTHREX |
| ALIMED INC | ASANA, INC |
| ALISON ALGUIRE | ASD HEALTHCARE |
| ALLEGION ACCESS TECHNOLOGIES L | ASD SPECIALTY HEALTHCARE 340B |
| ALLERGAN INC | ASEPTIC ENCLOSURES |
| ALLERGAN USA, INC. | ASEPTICO |
| ALLIANCE DISTRIBUTION HOLDINGS | ASHLEY'S HOME CENTER |
| ALLIANCE HEALTHCARE SERVICES | ASHUTOSH SHARMA |
| ALLIANCE RECRUITING RESOURCES | ASPEN SURGICAL PRODUCTS |
| ALLSCRIPTSMISYS LLC | ASSA ABLOY ENTRANCE SYSTEMS |
| ALLTECH INTEGRATIONS, INC. | ASSOC OF MEMORIAL STAIR CLIMBS |
| ALLYSON SMITH | ASSOC. OF DIABETES CARE & EDUC |
| ALPHA MEDICAL EQUIPMENT OF NY | AT& T TELECONFERENCE SERVICES |
| ALPHA SOURCE INC | AT&T |
| ALPHACARD | ATLANTIC TESTING LABORATORIES |
| ALYSSA MAYETTE-OSHIER | ATOM MEDICAL USA LLC |
| AM ACADEMY OF NURSE PRACTITIONERS | AUGUSTINIAN ACADEMY |
| AM ARBITRATION ASSOC | AUSA |
| AM CANCER SOCIETY | AUSTIN-LAYING |
| AM COLLEGE OF RADIOLOGY | AVANOS MEDICAL INC |
| AM MANAGEMENT ASSOCIATION | AVANOS MEDICAL SALES, LLC |
| AMAZON.COM SALES, INC. | AVIDEX INDUSTRIES LLC |
| AMBLER SURGICAL | B BRAUN MEDICAL INC |
| AMBU INC | B.R. JOHNSON, INC. |
| AMERICAN ACADEMY OF SLEEP MEDI | BAILEY BENWARE |
| AMERICAN CANCER SOCIETY | BARCLAY DAMON LLP |
| AMERICAN EXPRESS | BARCODES INC. LLC |
| AMERICAN HEART ASSOCIATION | BARD MEDICAL |
| AMERICAN HOSPITAL ASSOCIATION | BARD MEDSYSTEMS DIVISION |

BARD VASCULAR SYSTEMS DIVISION
BARD-DAVOL INC
BARKLEY SAFE & LOCK CO.
BARKLEY'S SAFE & LOCK CO
BARTON AND ASSOCIATES INC
BAUSCH & LOMB SURGICAL
BAXTER HEALTHCARE CORP (ANESTHIA)
BAXTER HEALTHCARE CORPORATION
BAXTER TRAVENOL DIALYSIS DIV
BAYER HEALTHCARE
BCDD, LLC
BD
BD DIAGNOSTICS
BEACHLEY
BEARCOM
BEAVER VISITEC
BECKMAN COULTER INCORP
BECTON DICKINSON AND COMPANY
BEEKLEY CORPORATION
BENCO DENTAL
BEST BUY WATERTOWN
BESTCO BENEFIT PLANS LLC
BETTER BUSINESS PLANNING, INC.
BIG LOTS
BILL'S TIRE CENTER
BIMBO FOODS INC
BIO RAD LABORATORIES
BIO-MEDICAL DEVICES, INT'L INC
BIOMERIEUX VITEK INC
BIOSERV INC
BLAKE THERMAL SALES & SERVICE
BLOCK IMAGING PARTS & SERVICE,
BLUE CROSS BLUE SHIELD
BLUE ELM SOFTWARE
BLUEORANGE COMPLIANCE
BOBCAT SOFTWARE
BODEN COMPANY
BONADIO & CO., LLP
BOND SCHOENECK AND KING
BONNIE CASTLE RESORT & MARINA
BOSS INSTRUMENTS LTD
BOSTON SCIENTIFIC CORPORATION
BOUSQUET HOLSTEIN PLLC
BPAS ACTUARIAL AND PENSION
BRACCO DIAGNOSTICS
BRADLEY'S SERVICE
BREG INC
BRIAN R BROWN
BRIGGS HEALTHCARE
BRIGHTON RADIOLOGY ASSOCIATES,
BROWN & WEINRAUB, PLLC
BTE TECHNOLGIES
BUILDING ENGINES INC
BULLDOG PROPERTY SERVICES LLC
BURNS BROTHERS CONTRACTORS INC
BURRVILLE CIDER MILL

C R BARD INC
C2DX INC.
CADWELL LABORATORIES INC
CAH FOUNDATION
CAH MEDICAL STAFF
CALIFORNIA FIRST LEASING CORP
CAMFIL
CANCER CAREPOINT INC
CANNON DESIGN INC
CANON FINANCIAL SERVICES, INC.
CANTON RESCUE SQUAD INC
CANVAS LADY
CAPINTEC INC
CARDIAC ELECTROPHYSIOLOGY
CARDINAL HEALTH
CARDINAL HEALTH 340B
CARDINAL HEALTH 414 LLC
CARDINAL HEALTH PHARM
CAREFREE STORAGE INC
CAREFREE SURGICAL SPECIALTIES
CAREFUSION
CAREWISE
CARL ZEISS MEDITEC, INC
CARSTENS HEALTH INDUSTRIES INC
CARTHAGE AREA HOSPITAL
CARTHAGE AREA RESCUE SQUAD
CARTHAGE ATHLETICS
CARTHAGE CENTRAL SCHOOL DIST
CARTHAGE CHAMBER OF COMME
CARTHAGE ELKS LODGE #1762
CARTHAGE LIONS CLUB
CARTHAGE POP WARNER
CASELLA WASTE SERVICES
CAZENOVIA EQUIPMENT CO INC
CCB LAW
CDW GOVERNMENT INC
CENTOLELLA LAW PC
CENTREX CLINICAL LABORATORES I
CENTURY LINEN & UNIFORM
CEPHEID
CEREBROS MEDICAL SYSTEMS, LLC
CHANGE HEALTHCARE
CHANNELFORD ASSOCIATES INC
CHEMAQUA
CHERYL SMITH
CHERYL TOUSANT
CHILD AND ADOLESCENT HEALTH AS
CHIMERA INTEGRATIONS, LLC
CHMC FOUNDATION INC
CHMC PAYROLL ACCOUNT
CHRISTINE CLAXTON
CHRISTINE MONROE
CHRISTMAN FUEL SERVICE INC.
CHRISTOPHER FISCHER
CHURCH STREET DINER
CIERRA SPEARANCE

CIRCLE K
CITIZENS TELEPHONE CO
CITY COMPTROLLER'S OFFICE
CITY OF WATERTOWN
CIVCO MEDICAL SOLUTIONS
CIVCO RADIOTHERAPY
CLARKSON UNIVERSITY
CLAXTON HEPBURN MEDICAL CENTER
CLAXTON MEDICAL PC
CLEANIS INC
CLEARBREW LLC
CLINEQUIP SERVICE
CLINICAL COMPUTER SYSTEMS, INC
CLOUDWAVE
CNMC COMPANY INC
COLLEGE OF AMERICAN PATHOLOGIS
COLLINS-HAMMOND ELECTRICAL
COLOPLAST CORP.
COLTON GLASS & MIRROR INC
COMMERCIAL INVESTIGATIONS LLC
COMMISSIONER OF MOTOR VEHICLES
COMMUNITY BROADCASTERS LLC
COMMUNITY COMPUTER SERVICE INC
COMMUNITY HOSPITAL ALTERNATIVE
COMPASSIONATE CARE FOUNDATION
COMPHEALTH
COMTRIX SOLUTIONS, INC
CONCORD III, LLC
CONE INSTRUMENTS LLC
CONMED
CONMED LINVATEC
CONTACT
CONTINENTAL RESEARCH CORP
CONTROL SOLUTIONS INC
COOK MEDICAL INC
COOPER ELECTRIC
COOPER SURGICAL
CORE L INC
CORETEK, INC
CORNELL UNIVERSITY
CORROHEALTH
CORTECH LLC
COSMIC HEALTHCARE LLC
COTRONIX
COUGHLIN PRINTING GROUP
COVERYS RRG
COVEYS GARAGE R 4230107
COVIDIEN
CPS TELEPHARMACY, INC.
CPSI
CREDIT CARD HOTEL GAS MEALS
CREG SYSTEMS CORP
CREST HEALTHCARE SUPPLY
CRH CONSULTING INC.
CROUSE HOSPITAL
CRUSHFTP LLC

CRYSTAL HACKER
CSC SERVICEWORKS INC.
CSRA/GDIT
CUMMINS NORTHEAST INC
CURASCRIPT(340B)
CUREUS, INC.
CUSTOM DESIGN FRAMEWORKS LLC
CUSTOMIZED COMMUNICATIONS INC
D.R.E. MEDICAL GROUP INC.
DANIEL J DODGE CSW-R
DARKTRACE HOLDINGS LIMITED
DARLENE LYNCH
DARREN ASHCROFT PROPERTY SERV
DATAGEN INC
DATEX OHMEDA
DATIX (USA) INC
DATIX, INC.
DAVID DUNN, MD
DAVID ROSNER
DAVIN HEALTHCARE WORKFORCE SOL
DAVOL INC.
DC CARTHAGE ASSOCIATES, LLC
DEBRA MATOTT
DELPHI HOSPITALIST SERVICES
DELUXE BUSINESS CHECKS
DENOVO DENTAL INC
DENTSERVE
DEPARTMENT OF HEALTH
DEPARTMENT OF LABOR
DEPARTMENT OF THE TREASURY
DEPUY MITEK
DERMARITE INDUSTRIES LLC
DEROYAL INDUSTRIES INC
DEVELOPMENT AUTHORITY OF THE
DEVICOR MEDICAL PRODUCTS INC
DIAGNOSTIC & INTERVENTIONAL RA
DIAGNOSTIC PATHOLOGY CONSULTAN
DIAGNOSTICA STAGO, INC.
DIANA CHAMBERLAIN
DI-CHEM IN
DIGI INTERNATIONAL, INC.
DIGITAL DESIGNED SOLUTIONS
DIGITAL RIVER, INC
DIRECT ENERGY MARKETING INC
DIRECT SUPPLY HEALTHCARE EQUIP
DJO, LLC
DNV HEALTHCARE INC
DOCUSIGN, INC.
DORNIER MEDTECH AMERICA INC
DOUGLAS MICHAEL WINTER
DOXY, ME
DPAO
DR MANUEL C PALAO
DR MICHAEL LYNCH
DR SARIKA SHAH-SEKHON
DRAEGER MEDICAL, INC.

DRFIRST
DRUG ENFORCEMENT ADMINISTRATIO
DRWANTED.COM LLC
DUFFYS EQUIPMENT SERVICE INC
DUTCH OPHTHALMIC USA
DYNASTHETICS
E3 DIAGNOSTICS, INC.
EAST - WESTELCOM NETWORK INC
EASYBADGES LLC
EBAY
EC DATA SYSTEMS
ECFMG
ECLINICAL WORKS
EDEN LABORATORY
EDWARDS LIFESCIENCES
EFH ARCHITECTS, P.C.
EIDE BAILLY LLP
EILEEN SHARROW
EKEY BLANKS
ELECTRO-CAP INTERNATIONAL INC
ELECTRONIC REGISTRY SYSTEMS IN
ELIJAH ANDERSON
ELIZABETH KELLEY
ELIZABETH SCHAEFER
ELK'S LODGE 772
ELMED INC
ELSEVIER
EMBELLISHED CATERING AND EVENT
EMILY BUSH
EMPIRE NATURAL GAS CORPORATION
EMPIRE NORTHEAST INC.
EMPLOYEE NAME - MISCELLANEOUS
EMPLOYEE NAME-TRAVEL EXPENSES
EMPLOYEE SERVICES, LLC
EMPLOYMENT SCREENING ASSOCIATE
EMPRO INSURANCE COMPANY
ENCHANTED FOREST WATER SAFARI
ENCOMPASS BENEFIT CONSULTANTA
ENERGO POWER & GAS LLC
ENYF
ERBE-USA INC
ERIC C NIER
ESAOTE NORTH AMERICA, INC
ESI
ETHICS UNLIMTED, LLC
EUCLID MEDICAL PRODUCTS
EVERGREEN MEDICAL SERVICES INC
EVOQUA WATER TECHNOLOGIES
EWASTE+
EWTI NORTH COUNTRYS CW WATERT
EXCELON DEVELOPMENT INC
EXPERIAN
FACEBOOK/META- SOCIAL MEDIA
FACILITIES SURVEY INC
FAMILY AND MWR
FAMILY DOLLAR

FARNEYS INC
FASPRINT PRINTING & MARKETING
FAT FREE SYSTEMS INC
FEDERAL EXPRESS CORP
FIRST AMERICAN EQUIPMENT
FIRST FINANCIAL CORPORATE LEAS
FIRST PRODUCTS
FIRST UNUM LIFE INSURANCE
FISHER & PAYKEL HEALTHCARE
FISHER HEALTHCARE
FOLLETT PRODUCTS, LLC
FORNO TOSCANA BISTRA
FORT DRUM REGIONAL LIAISON ORG
FOX-MURRAY FUNERAL HOME
FRARY MEDICAL TRANSPORT
FRESENIUS KABI USA, LLC.
FRONTENAC CRYSTAL SPRINGS
FUJIFILM HEALTHCARE CORP
FUTURE HEALTH CONCEPTS
FX CAPRARA AUTO SALES INC
FX CAPRARA CDJR
GAMBLE DISTRIBUTORS INC
GARDNER'S FLOORCOVERING & FURN
GARDNERS FLOORING AND FURNITUR
GE HEALTHCARE
GE HEALTHCARE FIN SERVICES
GE HEALTHCARE FINANCIAL
GE MEDICAL SYSTEMS INFORMATION
GE PRECISION HEALTHCARE LLC
GENERAL DEVICES LLC
GENERAL HOSPITAL SUPPLY CORP.
GENOVA BURNS LLC
GFG RESTAURANT GROUP INC
GI SUPPLY
GILL PODIATRY SUPPLY & EQUIPME
GILLEES AUTO TRUCK AND MARINE
GIS BENEFITS, INC.
GLAUKOS CORPORATION
GLAXOSMITHKLINE CO
GLEASONS SEPTIC SERVICE
GLOBAL COMPUTER SUPPLIES
GLOBAL INDUSTRIAL
GLOBALSTAR USA LLC
GOOGLE INC.
GOTO TECHNOLOGIES USA INC
GOUVERNEUR BREAST CANCER FUND
GOV'T ACTION PROFESSIONALS INC
GRACE PRESBYTERIAN CHURCH
GRAINGER
GRAN VIEW ON THE RIVER
GRANGER MEDICAL
GRASSE RIVER ASPHALT & PAVING
GRAY VANCE LLC
GRAYS FLOWER SHOP
GREAT AMERICA FINANCIAL SVS
GREATAMERICA FINANCIAL SERVICE

GREATER NIAGARA SALES CORP
GREATER WATERTOWN CHAMBER OF
COMMERCE
GREENLEE LAW PLLC
GRIFOLS DIAGNOSTIC SOLUTIONS
GS1 US, INC
GUILDCRAFT INC
GUILFOYLE AMBULANCE SERVICE
GYMO ARCHITECTURE ENGINEERING
GYPSUM WHOLE SALES, INC
H&O EQUIPMENTS, INC
HANCOCK DANIEL & JOHNSON PC
HANES SUPPLY INC
HANNIGAN LAW FIRM PLLC
HANYS
HARBOR FRIEGHT TOOLS
HARDY DIAGNOSTICS
HARRISVILLE CSD
HARTFORD STEAM BOILER INSPECTI
HAUN WELDING SUPPLY
HAVEL INC
HAYES LOCUMS LLC
HCT LLC
HEALTH CARE COMPLIANCE ASSOCIA
HEALTH CARE LOGISTICS
HEALTH CATALYST INC
HEALTH FACILITY ASSESSMENT FUN
HEALTHCARE ASSOCIATION OF NYS
HEALTHCARE PARTNERS OF THE NC
HEALTHSTREAM, INC
HEALTHTRUST PURCHASING GROUP L
HELLER'S GAS OF NEW YORK LLC
HELMER SCIENTIFIC
HENRY SCHEIN INC
HERITAGE FOOD SERVICE EQUIPMEN
HERITAGE MASONRY RESTORATION I
HERSHEY'S ICE CREAM
HETTICH INSTRUMENTS, LP
HEWLETT-PACKARD COMPANY
HFMA
HIGHLAND CAPITAL CORPORATION
HI-LITE AIRFIELD SERVICES, LLC
HILL AND MARKES WHOLESALE DIST
HILL ROM
HILTON GARDEN INN
HOLOGIC INC
HOLOGIC LIMITED PARTNERSHIP
HOVERTECH INTERNATIONAL
HOWLAND PUMP & SUPPLY, CO.INC
HR WORKS, INC
HUBERT CO
HUDSON HEADWATERS 340B LLC
HULL ANESTHESIA
HUMANE RESTRAINT
HUNTER AMBROSE INTERNATIONAL
HURRICANE MEDICAL

HYDE STONE MECHANICAL CONTRACT
HYPERTYPE, INC.
IAC-6021
IATRIC SYSTEMS, INC.
ICU MEDICAL, INC.
IDEMIA
IDENTTRUST SERVICES
IMD MEDICAL DESIGN CORP
IMMACULATE HEART CENTRAL
IMMUCOR INC
IMPERIUM DATA NETWORKS LLC
IMWRF
INDEED.COM
INDIAN RIVER LAKES CONSERVANCY
INDIGO INKWELL
INFORMNNY.COM
INFRA RED ANALYZERS INC
INFUSYSTEM
INKWELL GRAPHIX SIGNS & COMM
INMARK LLC
INNOMED, INC.
INNOVATIVE CAPITAL LLC
INOVALON PROVIDER, INC.
INSURANCE REFUNDS
INTECH PARTNERS LLC
INTEGRA LIFE SCIENCES
INTEGRA LIFESCIENCES CORP
INTEGRATED MEDICAL SYSTEMS INC
INTEGRITEC, INC.
INTELLIGENT MEDICAL OBJECTS
INTERACTIVATION HEALTH NETWORK
INTERBIT DATA
INTERIM DIAGNOSTIC IMAGING, LL
INTERLACE HEALTH LLC
INTERMETRO INDUSTRIES CORP
INTERNAL REVENUE SERVICE
INTERNATIONAL BUSINESS MACHINE
INTREPID BROADCASTING BUSINESS
INTUIT
INTUITIVE SURGICAL INC
INVOTEC INTERNATIONAL INC
IROQUOIS HEALTHCARE ALLIANCE
IROQUOIS HEALTHCARE ASSOCIATIO
IRREVOCABLE SPOUSAL LIMITED AC
ITALIAN AMERICAN CIVIC ASSOC
J DAVID SCHAEFER, MC PLLC
J J KELLER AND ASSOCIATES INC
J. DAVID SCHAEFER, MD
JACKSON & COKER
JACKSON & COKER LOCUM TENENS
JACKSON SHATRAW
JAEGER MEDICAL AMERICA, INC
JAMIE WALLACE
JANIN GROUP
JANNA FOUNTAIN
JASON J CURRAN

JEANETTE PIERCE
JEFFERSON COMMUNITY COLLEGE
JEFFERSON COUNTY AGRICULTURAL
JEFFERSON COUNTY SPCA
JEFFERSON PHYSICIAN ORGANIZATI
JEFFERSON REHABILITATION CENTE
JEFFORDS STEEL & ENGINEERING C
JENKINS HVAC AND GENERAL CONTR
JERRY'S RUN FOR CANCER
JESSICA BICE
JESSICALEE HOLLIS FNP-C
JHENNA LAFLAIR
JM ORTHOTICS
JMS MECHANICAL CONTRACTORS
JOCELYN AZNAR BEANE MD
JOHN STENARD
JOHN W. DANFORTH COMPANY
JOHNSON AND JOHNSON HEALTH CAR
JOHNSON CORNER MART
JOHNSON NEWSPAPER CORPORATION
JOHNSTONE SUPPLY
JOINT COMMISSION ON ACCREDITAT
JOLENE LASIEGE
JONIECE HARRADINE
JOSEPH MEDICO
JRECK SUBS
JURGAN DEVELOPMENT AND MFG
JUST THE RIGHT STUFF
KARALEE HUNTER
KARL STORZ ENDOSCOPY-AMERICA
KARTHIK MADHAVAN
KASSOUF HEALTHCARE SOLUTIONS L
KCI USA
KELLEY BROS, LLC
KELLY NOWELL
KENNY D TINKER
KEYSURGICAL
KINNEY DRUGS
KIRWAN SURGICAL PRODUCTS
KLM
KNOWBE4 INC.
KPC-NY LLC
KRAMES
KRISTA KELLY
KRISTEN KORMANYOS
KRS GLOBAL BIOTECHNOLOGY INC
KURIN INC.
LABCORP OF AMERICA HOLDINGS
LABORATORY ALLIANCE OF CNY, LL
LABORIE MEDICAL TECHOLOGIES CO
LAFAYETTE INSTRUMENT COMPANY
LANDAUER INC
LANGUAGE LINE SERVICES
LAPEL PINS PLUS NETWORK LLC
LAW OFFICE OF DAVID B GEURTSEN
LAWRENCE RECRUITING SPECIALIST

LAWTON ELECTRIC COMPANY
LCRE PROPERTIES LLC.
LEARNWELL
LEASING ASSOCIATES OF BARINGTO
LEICA BIOSYSTEMS RICHMOND
LEMAITRE VASCULAR INC
LENOVO (UNITED STATES) INC
LEWIS COUNTY GENERAL HOSPITAL
LEWIS COUNTY SEARCH & RESCUE
LGC CLINICAL DIAGNOSTICS, INC.
LIBERTY UTILITIES
LIBERY MUTUAL
LIFE SCIENCE LABORATORIES INC
LIFELINE SYSTEMS INC
LINCOLN PEST CONTROL
LIPPES MATHIAS LLP
LISA STOREY
LITHOTRIPSY SERVICES OF NY LLC
LOCUMS TENENS MEDICAL PARTNERS
LOCUMTENENSCOM
LOGAN'S EQUIPMENT LLC
LOGCHECK
LOUIE WILLIAMS
LOWES
LOWES CHARGE CARD
LOWVILLE BUSINESS ASSOCIATION
LTL MEDICAL LLC
LUBE EXPRESS
LUNDY SERVICES
M M HAYES COMPANY INC
M&M CONTRACTING
M&T BANK
M&T CREDIT CARD - JERIAN O
M&T CREDIT CARD- CATHY EBERSOL
M&T CREDIT CARD JOHN C
M&T CREDIT CARD- LORI A
M&T CREDIT CARD MORGAN P
M&T CREDIT CARD- RICHARD D
M&T CREDIT CARD- ROB BLOOM
M.S. HALL & ASSOCIATES, LLC
M/E ENGINEERING, P.C.
MADRID-WADDINGTON CENTRAL SCHO
MAINE MOLECULAR QUALITY INC
MAINTENANCE PRODUCTS & EQUIP C
MANATT, PHELPS & PHILLIPS,LLP
MARCELLUS AMBULANCE VOL EMG SE
MARCY, LP
MARK BRONCHETTI
MARSH GROUP
MARTZ COMMUNICATION B99.3
MARY BOUCHARD
MASIMO CORPORATION
MASSENA HOSPITAL INC
MATHESON TRI-GAS INC.
MATRIX ABSENCE MANAGEMENT, INC
MCDONALD HOPKINS LLC

MCKESSON
MCKESSON CORPORATION DC#8113
MCKESSON MEDICAL SURGICAL-3192
MCKESSON MEDICAL SURGICAL-4938
MCKESSON PLASMA & BOILOGICS LL
MCKESSON SPECIALTY CARE DIST
MCMASTER UNIVERSITY
MCQUADE & BANNIGAN INC
MDSUPPLIES & SERVICE INC.
MEALSUITE INC
MED WATER SYSTEMS, LLC
MEDACTA USA INC
MEDBRIDGE INC
MEDCOMP
MEDGEO VENTURES, LLC
MEDHOST
MEDICAL ACCOUNTS SYSTEMS LLC
MEDICAL DATA SYSTEMS, INC
MEDICAL EDUCATION INSTITUTE
MEDICAL GROUP MANAGEMENT ASSOC
MEDICAL HEALTH 360 PLLC
MEDICAL PACKAGING INC
MEDICOOL, INC.
MEDITECH INFORMATION TECHNOLOG
MEDIVATORS INC
MEDLINE INDUSTRIES INC
MEDPRO DOT TRAINING
MEDSHORTS LLC
MEDTOX LAB INC
MEDTRONIC USA INC
MEDUSIND INC.
MELANIE MACDONALD
MEMIC
MERCEDES SCIENTIFIC
MERIT MEDICAL, INC
MERRY X-RAY CORP
MES INC
MESA LABORATORIES INC
MESSER LLC
METALCRAFT
MGC DIAGNOSTICS CORPORATION
MIACH ORTHOPAEDICS, INC
MICAH MATTESON
MICHAEL HENRIE
MICHAEL KENNEDY
MICHAEL WHEELER
MICHELE CATLIN
MICHELE ROBILLARD
MICHELLE BOULTON CENTER
MICHELLE MORROW
MICROAIRE SURGICAL INSTRUMENT
MICROLINE SURGICAL INC
MICROSOFT 365
MICROSURGICAL TECHNOLOGY
MICROTEK
MILLER MAYER LLP

MIMEDX GROUP, INC
MINDRAY DS USA
MINORIA TECH LLC
MIP USA INC
MIRABITO HOLDINGS, INC.
MIRION TECHNOLOGIES (GDS) INC
MIRION TECHNOLOGIES (GDS), INC
MIZUHO ORTHOPEDIC SYSTEMS, INC
MLMIC
MMIP OF NYS
MODERN WEALTH MANAGEMENT, LLC
MODULAR COMFORT SYSTEMS
MOLLY SIEMATKOWKSI
MOOG MEDICAL
MOORE MEDICAL
MOORE'S STEAMWAY
MOPEC INC
MOWER
MOZARC MEDICAL US LLC
MPLT HEALTHCARE LLC
MVAP MEDICAL SUPPLIES, INC
MX FUELS
MXR IMAGING, INC
NAMSS
NANOSONICS, INC
NATASHA GARDNER
NATIONAL GENERAL INSURANCE
NATIONAL GRID
NATIONAL HEALING CORPORATION
NATIONAL PRACTITIONERS DATA B
NATIONAL RESEARCH CORPORATION
NATIONAL RESTAURANT ASSOCIATIO
NATIONAL RURAL HEALTH ASSOC
NATIONAL STUDENT CLEARINGHOUSE
NATIONWIDE LIFE INSURANCE CO.
NAT'L RENAL ADMINISTRATORS ASS
NATUS MEDICAL INC
NATUS SENSORY, INC.
NBC WATERTOWN
NBT BANK
NCAPA CONFERENCE
NCC SYSTEMS INC
NCQA
NCS PEARSON INC
NEOGEN CORPORATION
NEPHRON PHARMACEUTICALS CORP
NETFLIX
NEUROVIRTUAL USA, INC
NEW YORK IMAGING SERVICE, INC
NEW YORK POWER AUTHORITY
NEW YORK STATE DOH
NEW YORK STATE OFFICE OF CHILD
NEW YORK STATE WIDE SENIOR ACT
NEW YORK TECHNOLOGIES CORP.
NEWEGG, INC
NEWFOLD DIGITAL, INC.

NEWZJUNKY INC
NEXSYS ELECTRONICS, INC
NEXTVEIN LLC
NFPA
NIOX INC
NIPRO MEDICAL CORPORATION
NNY - FORT DRUM AUSA
NORTH COAST MEDICAL INC
NORTH COUNTRY ADULT MEDICINE
NORTH COUNTRY CHILDRENS' MUSUE
NORTH COUNTRY EMERG MED
NORTH COUNTRY EYE ASSOCIATES
NORTH COUNTRY ORTHOPAEDIC AMBU
NORTH COUNTRY ORTHOPAEDIC GROU
NORTH COUNTRY PUBLIC RADIO
NORTH COUNTRY TAI CHI LLC
NORTH COUNTRY THIS WEEK
NORTHCOUNTRY INITIATIVE
NORTHERN BORDER INDUSTRIES
NORTHERN GLASS CO INC
NORTHERN LITHO INC.
NORTHERN NEW YORK LIBRARY NETW
NORTHERN NY NEWSPAPERS CORP
NORTHERN ORTHOPEDIC LAB INC
NORTHERN RADIOLOGY ASSOC PC
NORTHERN SPEECH SERVICES INC
NORTHERN TRANSPORTATION TAXI
NOTARYSTAMP.COM
NOTRE DAME CHURCH
NRC HEALTH
NTL APPLIANCE REPAIR CO INC
NUANCE COMMUNICATIONS
NUNN'S HOSPITAL SUPPLIES, INC.
NUTRITION DIRECT
NXSTAGE MEDICAL INC
NYALTCA
NYS ASSESSMENT RECEIVABLES
NYS CHILD SUPPORT PROCESSING C
NYS COMPTROLLERS OFFICE UNCLAI
NYS DEPARTMENT OF HEALTH
NYS DEPARTMENT OF LABOR
NYS DEPT OF ENVIRON CONSERVAT
NYS DEPT OF ENVIRONMENTAL CONS
NYS DEPT OF HEALTH
NYS DEPT OF HEALTH - SPARCS
NYS DEPT OF LABOR
NYS DEPT OF MOTOR VEHICLES
NYS DEPT OF STATE
NYS EDUCATION DEPT
NYS HEALTH DEPT
NYS INCOME TAX
NYS JOINT COMMISSION ON PUBLIC
NYS NURSES ASSOC
NYS OFFICE OF CHILDREN AND FAM
NYSAMSS
NYSNA

OASIS MEDICAL INC
ODD BALL INDUSTRIES MFG CO INC
OFFICE DEPOT INC
OFFICE FURNITURE
OGD INTERNAT'L SEAWAY FESTIVAL
OGDENSBURG VOLUNTEER RESCUE SQ
OLYMPUS AMERICA INC
OLYMPUS CORPORATION
OLYMPUS FINANCIAL SERVICES
OMNICELL
ONYX HEALTHCARE INC
OPEN TEXT INC
OPTILINQ
OPTUM
OPTUM HEALTH
OPTUM360
ORGANOGENESIS INC
ORGANON LLC
ORSPECIFIC
OSI BATTERIES
OSTEOREMEDIES, LLC
OTIS ELEVATOR COMPANY
P AND T SUPPLY AND SERVICES
PA SCDU
PAJUNK MEDICAL SYSTEMS L.P.
PAMELA DALTON, TAX COLLECTOR
PAMELA S. BEYOR, A.I.A
PAN-AMERICA HYPERBARICS INC
PARAGARD DIRECT
PARAGON 28, INC
PARAMETRICS MEDICAL, LLC
PARKWAY TIM HORTONS
PARTS TOWN LLC
PARTSSOURCE LLC
PASCO BUILDING AUTOMATION SYST
PATHOLOGY ASSOCIATES OF SYRACU
PATIENT REFUND/ SLHA
PATIENT REFUNDS
PATTERSON DENTAL
PAUL VANDUSEN
PAXMAN US INC
PCM
PDQ.COM CORPORATION
PEARL MEYER AND PARTNERS, LLC
PEARSON CLINICAL
PEDIATRIC CARDIOLOGY ASSOC LLC
PENSION BENEFIT GUARANTY CORPO
PEPSI COLA
PERFORMANCE FOODSERVICE
PERFORMANCE HEALTH SUPPLY, INC
PERIGEN - LOCKBOX
PERIMED INC
PERSONNEL CONCEPTS
PESI
PETER BRASSELER HOLDINGS, LLC
PETE'S HEAVY REPAIR

PETTY CASH
PFIZER, INC
PHARMALOGIC HOLDINGS CORP
PHARMALOGIC SYRACUSE, LLC
PHILIPS HEALTHCARE
PHILIPS MEDICAL
PHOENIX TEXTILE CORP
PICA
PILLR HEALTH
PIPELINE HEALTH HOLDINGS LLC
PITNEY BOWES CREDIT CORPORATIO
PITNEY BOWES, INC
PLATINUM CODE
PLEASANT NIGHT INN
PM BIOMEDICAL INC
PMA COMPANIES
PNC BANK C/O ALLIED UNIVERSAL
POLSINELLI PC
POSITIVE PROMOTIONS INC
POWER-FLO TECHNOLOGIES, INC
PRACTICE RESOURCES LLC
PRACTICELINK LTD
PRAXAIR HEALTHCARE SERVICES
PRECISION DYNAMICS CORP (PDC)
PRECISION MEDICAL
PRECISION MEDICAL DEVICES LLC
PREMIER PAGING INC
PREMIUM HEALTH SERVICES INC
PRICE CHOPPER
PRINCIPAL FINANCIAL GROUP
PROACT, INC
PRO-ED
PRO-ED INC
PROFESSIONAL RESEARCH CONSULTA
PROGRESSIVE MEDICAL INC
PROMETRIC
PROVATION SOFTWARE, INC.
PTL CONTRACTING CORP
PUBLIC GOODS POOL SW
PURCHASE POWER
Q FIX
Q-CENTRIX LLC
QHR
QIAGEN LLC
QUANTITATIVE MEDICAL SYSTEMS
QUESET MEDICAL
QUIDELORTHO
QUILL CORPORATION
QUORUM HEALTH RESOURCES LLC
QUOTIENT BIODIAGNOSTICS
R B LAWRENCE AMBULANCE
R&D BATTERIES, INC.
RACHEL BARR SCHOOL TAX COLLECT
RACHEL STROSNIDER
RADIATION DETECTION COMPANY
RADIOGRAPHIC TESTING SERVICES

RADIOMETER AMERICA INC
RC TESTING SERVICES CORP
RE MICHEL COMPANY INC
REGENCY BUSINESS SOLUTIONS
REGENCY OFFICE PRODUCTS LLC
RELIANCE STANDARD LIFE INSURAN
RELIANCE WHOLESALE INC
RELIASTAR LIFE INS.CO. NEW YOR
RELINK MEDICAL LLC
RENAL SERVICES EXCHANGE
RENTOKIL NORTH AMERICA INC
REPLACEMENT PARTS INDUSTRIES I
RESMED CORP
RESPIRONICS
RESTAURANT SUPPLY LLC
RGH ENTERPRISES, LLC
RHEONIX, INC.
RICHARD ALLAN SCIENTIFIC CO
RICHARD E. MAGINN, TRUSTEE
RICHARD WOLF
RISHE'S CUSTOM HARDWOOD FLOORI
RIVER HOSPITAL INC
ROCHE DIAGNOSTICS CORPORATION
ROFTEK LTD T/A FLEXMORT
RONIN SURGICAL CORP
ROXANNE SLATE
ROY Q REALTY
RQI PARTNERS, LLC (DAL)
RTI SURGICAL, INC
RUNNING BOARDS, LTD
RURAL PARTNERS IN MEDICINE LLC
RURAL PARTNERS IN MEDICINE, LL
RURAL WISCONSIN HEALTH COOPERA
RXSTRATEGIES, INC
S.L.P. SCIENTIFIC LABORATORY
S.L.P. SCIENTIFIC LABORATORY P
SAGE PRODUCTS HOLDINGS II, LLC
SAGE PUBLICATIONS INC
SAHARRAH FLANAGAN
SAMANTHA HYDE
SAMARITAN MEDICAL CENTER
SAMS CLUB
SANICO, INC
SANOFI PASTEUR
SARAH EURTO
SARAH PERRETTA
SARISSA MELISSA PHOTOGRAPHY
SAVE-A-LOT CANTON
SAVE-A-LOT POTSDAM
SCA PHARMACEUTICALS, LLC
SCOPEMEDICS
SCORPION HEALTHCARE LLC
SCRIBE EMR, INC.
SDMS MEMBERSHIPT DEPT
SEAWAY VALLEY AMBULANCE
SEAWAY VALLEY PREVENTION COUNC

SECURITY SUPPLY
SEIU1199 REGIONAL PENSION FUND
SENTRY DATA SYSTEMS
SEO TECH SYSTEMS
SERVICE EMP BENEFIT FUND
SERVICE EMP PENSION FUND OF UP
SHAMROCK SCIENTIFIC
SHARN ANESTHESIA INC
SHERIF G. EL BAYADI, M.D.
SHERMAN ELECTRIC
SHERWIN WILLIAMS
SHI
SHI INTERNATIONAL CORP.
SHRED IT USA
SID HARVEY INDUSTRIES INC
SIELLA MEDICAL
SIEMENS FINANCIAL SERVICES INC
SIEMENS HEALTHCARE DIAGNOSTICS
SIEMENS MEDICAL SOLUTIONS USA
SIGMA CHEMICAL COMPANY
SIGNS AND DESIGNS OF NEW YORK
SIMONS FARM & HOME
SION BRANDS LLC
SIS MERGER CO
SKELETAL DYNAMICS INC
SKELLY CONTRACTORS INC
SLAM ARCHITECTS & ENGINEERS PC
SLIC NETWORK SOLUTIONS
SME INC. USA
SMILEMAKERS
SMITH AND NEPHEW ENDOSCOPY
SMITH MEDICAL ASD INC
SMITHS MEDICAL (ICU MEDICAL)
SNOW RIDGE RESORT, LLC
SOCIETY FOR HUMAN RESOURCES MA
SOCIETY OF CORP. COMPLIANCE
SOFT COMPUTER CONSULTANTS, INC
SOLOS ENDOSCOPY INC
SOMATICS
SOUTH ST LAWRENCE ASSOCIATION
SPECTRA CORP
SPECTRIO LLC
SPECTRUM
ST JOSEPHS HHC
ST JUDE MEDICAL NEUROMODULATIO
ST JUDE MEDICAL SC INC
ST LAWRENCE CTY CHAMBER COMMER
ST LAWRENCE CTY SOLID WASTE
ST LAWRENCE HELATH SYSTEM
ST LAWRENCE NYSARC INC
STACEY GRAVES
STANDARD TEXTILE CO, INC
STANDARD TEXTILE COMPANY INC
STAPLES CONTRACT
STAPLES CREDIT PLAN
STATE OF NEW YORK

STATLAB
STAXI CORPORATION
STEFANI BELINA
STEFANOS PIZZERIA
STEPHENS MEDIA GROUP
STEPHENS MEDIA GROUP MASSENA L
STEPHENS MEDIA GROUP WATERTOWN
STEPHENS MEDIA GROUP-OGDENSBUR
STERICYCLE INC
STERILIZ LLC
STERIS CORPORATION
STEWARTS SHOP
STONEFENCE MOTEL
STRATIX LABS CORPORATION
STRECK LABORATORIES INC
STRECK, INC.
STRYKER
STRYKER COMMUNICATIONS
STRYKER CRANIOMAXILLOFACIAL
STRYKER ENDOSCOPY
STRYKER FLEX FINANCIAL
STRYKER INSTRUMENTS
STRYKER MEDICAL
STRYKER ORTHOPAEDICS
STRYKER SALES CORP
STRYKER SALES, LLC
STUDIO CENTER
SUBWAY
SUMMIT MEDICAL INC
SUN NUCLEAR
SUN NUCLEAR CORPORATION
SUNBELT RENTALS INC
SUNDANCE LEISURE
SUNOCO INC
SUNY UPSTATE MEDICAL UNIVERSIT
SURE TECH DIAGNOSTIC ASSOC INC
SUREMARK COMPANY
SURGICAL DIRECT
SURGICAL PRODUCTS SOLUTIONS
SURGICAL PRODUCTS SOLUTIONS LL
SURGIMARK INC
SUZANNE SHAVER
SYDENSTRICER NOBBE PARTNERS
SYMPLR
SYNERGY BIOMEDICAL LLC
SYNERGY GLOBAL SOLUTIONS
SYRACUSE BIOMEDICAL SERV
SYRACUSE THERMAL PRODUCTS
SYRACUSE VENTILATOR SERVICE LL
SYSMEX AMERICA, INC.
SYSTEMS COMMISSIONING SPECIALI
T SYSTEM INC
TAKEDA
TAKEDA PHARMACEUTICALS AMERICA
TALON PARKER
TAMMY MACK

TECHNICAL CONSULTING CO.
TELEFLEX LLC
TELEPHONE ANSWERING SERVICE
TENNANT SALES AND SERVICE COMP
TERACAI CORPORATION
TFP1 Inc
THE ARC JEFFERSON-ST LAWRENCE
THE BUSINESS COUNCIL OF NYS
THE COMPLIANCE TEAM, INC.
THE DAISY FOUNDATION
THE DENTAL BOX CO INC
THE FLOWER GIRLS
THE HARTFORD
THE HILSINGER COMPANY PARENT
THE OLDE BRYAN INN
THE PMA
THE REHAB DOCUMENTATION COMPAN
THE SOULE CO
THE TRANE COMPANY
THE UNIVERSITY OF VT MEDICAL C
THERMCO PRODUCTS INC
THOMPSON PARK CONSERVANCY & ZO
TIME WARNER CABLE
TINA WOODFOLK
TOLLS BY MAIL PAYMENT PROCESS
TONYA WELLS
TOP OF THE HILL
TORNIER, INC.
TOTAL COMM SOLUTIONS LTD LIAB
TOWN OF CHAMPION
TOWN OF MADRID
TOWN OF PHILADELPHIA
TOWN SQUARE PUBLICATIONS LLC
TRANSACT CAMPUS INC
TRAVELERS
TRAVELERS CL REMITTANCE CENTER
TREVOR JOHNSON
TRIAGE STAFFING INC
TRIAGELOGIC
TRI-ANIM HEALTH SERVICES INC
TRI-DELTA RESOURCES, CORP.
TRIOSE, INC
TRI-STATE OPHTHALMICS
TRIZETTO PROVIDER SOLUTIONS
TRUE NORTH CUSTOM PUBLISHING
TRUEBRIDGE, INC
TSEP
TWINSTATE TECHNOLOGIES
U S FOODSERVICE INC
UKG INC
ULINE
UMR
UNDERSEA & HYPERBARIC MEDICAL
UNIFIRST CORPORATION
UNIPOWER CORPORATION
UNITED AD LABEL

UNITED AIRLINES
UNITED HELPERS CARE INC
UNITED MEDICAL SYSTEMS
UNITED PROFESSIONAL BENEFITS,
UNIVERSAL AMERICAN CORP.
UNIVERSITY AT ALBANY SUNY
UNIVERSITY OF ROCHESTER
UNIVERSITY OF WISCONSIN
UNIVERSITY PATHOLOGISTS LAB
UNUM LIFE INSURANCE COMPANY
UNUM LIFE INSURANCE COMPANY OF
UPMC GRADUATE MED ED
UPS
UPSTATE MEDICAL UNIVERSITY
UPSTATE NIAGARA COOPERATIVE
UROTHERAPIES, INC.
US FOODS/ RENZI BROTHERS INC
US FOODSERVICE INC
US POSTAL SERVICE POSTAGE BY P
US POSTMASTER
USARAD HOLDINGS INC
USHERWOOD BUSINESS EQUIPMENT
USO
USO FORT DRUM
USOC BIOMEDICAL
UTILITIES TECHNOLOGY COUNCIL
VANESSA FERNANDES
VANTIVE US HEALTHCARE LLC
VAPOTHERM, INC.
VARIAN MEDICAL SYSTEMS
VASCULAR TECHNOLOGY
VELOCITY
VELOCITYEHS INC.
VERATHON INC
VERIS BENEFITS CONSORTIUM
VERIZON
VERIZON WIRELESS
VERSABADGE, LLC
VICTIMS ASSISTANCE CENTER
VILLAGE OF CANTON
VILLAGE OF CARTHAGE
VILLAGE OF HEUVELTON
VILLAGE OF WADDINGTON
VILLAGE OF WEST CARTHAGE
VIRTUAL RADIOLOGIC PROFESSIONA
VISCOT MEDICAL, LLC
VISTAPRINT
VISTAPRINT NETHERLANDS B.V.
VITAL RECORDS HOLDINGS, LLC
VOLPARA HEALTH INC
VOLUNTEER TRANSPORTATION CENTE
VYAIRE MEDICAL INC
W E AUBUCHON CO INC 140
W. B. MASON CO., INC
WADDINGTON MINOR LEAGUE BASEBA
WADDINGTON TRUE VALUE

WAL MART
WALGREENS
WALMART
WARREN DUNN
WASTE MANAGEMENT OF NY
WATERTOWN BASEBALL & HOCKEY
WATERTOWN FAMILY YMCA
WATERTOWN ROTARY CLUB
WATERTOWN URBAN MISSION INC
WCP CONSULTANTS
WEATHERBY LOCUMS INC
WEBSTAURANT STORE
WELLS FARGO BANK, N.A.
WELLSKY CORPORATION
WERFEN USA LLC
WEST PHYSICS CONSULTING LLC
WESTELCOM
WHITE'S FLOWERS
WILLIAM RANDALL FIPPS
WILLIAM SMITH MD
WINDSTREAM HOLDING LLC
WINNING PROMOTIONS & EMBROIDOR
WITHERHEAD'S PROF SERVICES
WKGRE LLC
WNYF
WOLTERS KLUWER
WOLVES DEN LLC
WOODCHOP SHOP
WOODSTOCK DIETARY SYSTEMS- STE
WPBS
WRIGHT MEDICAL TECHNOLOGY INC
WWNY TV
WWTI-TV
XEROX CORPORATION
XODUS MEDICAL INC
YAFFE & COMPANY INC
YOUNG MEN'S CHRISTIAN ASSOCIAT
ZAFAR AHMAD
ZENITH TRANSACTION SERVICES LL
ZEPTOMETRIX LLC
ZEPTOMETRIX LLC DBA
ZIMMER BIOMET TRAUMA
ZIMMER US INC
ZIXCORP SYSTEMS, INC
ZOHO CORPORATION
ZOLL MEDICAL CORP
ZYNX HEALTH, INC
Hayes Locums, LLC
Healogics, Inc.
Huntington Technology Finance
Jayme M. & Frank J. Mono
Kome Oseghale, M.D.
LabCorp
LC Real Estate Properties, LLC
MASLIS Interpreting Services, LLC
MedHost

<div align="center">

**SCHEDULE 2**
**Parties Barclay Damon has been retained to represent in**
**matters related or unrelated to this Chapter 11 Case**

</div>

## M&T Bank

- Relationship to Debtors: Secured creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in matters unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: Reciprocal waivers obtained, per which Barclay Damon will not litigate adversely to the creditor, and Debtors' conflicts counsel will represent Debtors in any such instances.

## DASNY

- Relationship to Debtors: Secured creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in matters unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: Reciprocal waivers requested, per which Barclay Damon will not litigate adversely to the creditor, and Debtors' conflicts counsel will represent Debtors in any such instances.

## Northern Credit Union

- Relationship to Debtors: Secured creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in matters unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: Reciprocal waivers requested and denied. Debtors' conflicts counsel will represent Debtors in all dealings with Northern Credit Union in the Chapter 11 Cases.

## Conifer Realty, LLC

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in matters unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: Reciprocal waivers requested, per which Barclay Damon will not litigate adversely to the creditor, and Debtors' conflicts counsel will represent Debtors in any such instances.

Docusign Envelope ID: A1741235-4BA2-420D-8FAB-670889373132

**National Grid**

- Relationship to Debtors: Utility Provider
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in matters unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: Reciprocal waivers requested and denied. Debtors' conflicts counsel will represent Debtors in all dealings with National Grid in the Chapter 11 Cases.

**Seaway Private Equity Corporation**

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

**FujiFilm North America Corporation**

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

**FujiFilm Irvine Scientific, Inc.**

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

**FujiFilm Manufacturing U.S.A., Inc.**

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

**FujiFilm Holdings America Corporation**

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

## FujiFilm Dimatix, Inc.

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

## FujiFilm Imaging Colorants, Inc.

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

## FujiFilm Recording Media U.S.A., Inc.

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

## FujiFilm Healthcare Americas Corporation

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

## PMA Companies (part of Old Republic and Old Republic National Insurance Company)

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

## Solvent Savers Site Performing Party Group

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.

Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

Docusign Envelope ID: A171325-4BA2-420D-8FAB-670889378132

**<u>Broan-Nutone, LLC and Nutone, Inc</u>**

- Relationship to Debtors: Creditor
- Nature of Barclay Damon Relationship: Barclay Damon represents this creditor in a matter unrelated to the Debtors.
- Terms of Barclay Damon Representation and/or Waiver: No waiver needed.

Docusign Envelope ID: A1741285-4BA2-420D-8FAB-67D889378132

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30788 |
| | : | Case No. 26-30799 |
| | : | Case No. 26-60100 |

------------------------------------------------------------------x

**ORDER AUTHORIZING THE RETENTION OF BARCLAY DAMON LLP**
**AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION**
**EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the application (the "Application") of Carthage Area Hospital, Inc. ("Carthage"),

North Star Health Alliance, Inc. ("North Star"), Claxton-Hepburn Medical Center, Inc.

("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook", and collectively with Carthage,

North Star, and Claxton, the "Debtors"), for authority to retain Barclay Damon LLP ("Barclay

Damon"), as their counsel; and upon the Declaration of Janice B. Grubin, dated March 4, 2026 in

support of the Application; and the Court being satisfied that (a) the employment of Barclay

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

Damon is necessary and in the best interests of the Debtors, the Debtors' estate, and their creditors, (b) Barclay Damon does not have or represent any interest adverse to the Debtors, the Debtors' estates, and their creditors, and (c) Barclay Damon is a "disinterested person" as that term is defined in section 101(14) of Title 11 of the United States Code, as amended (the "<u>Bankruptcy Code</u>"); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1409; and good and sufficient cause appearing for the relief sought by the Application; and no objections having been filed; it is hereby

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that pursuant to Bankruptcy Code section 327(a), the Debtors are hereby authorized to retain and employ Barclay Damon as their counsel in these Chapter 11 Cases effective as of the Petition Date; and it is further

**ORDERED**, that Barclay Damon is authorized to render the professional services described in the Application; and it is further

**ORDERED**, that Barclay Damon may not seek reimbursement of expenses for office supplies or any secretarial charges; and it is further

**ORDERED**, that Barclay Damon shall use its best efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases; and it is further

**ORDERED**, that ten (10) days' notice must be provided by Barclay Damon to the Debtors and the United States Trustee prior to any increases in the rates set forth in the Application, and such notice must be filed with the Court. The United States Trustee retains all rights to object to

any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code; and it is further

**ORDERED**, that Barclay Damon shall be compensated in accordance with the procedures set forth in Bankruptcy Code section 330, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Northern District of New York, and the guidelines of the Office of the United States Trustee, and any orders issued by this Court; and it is further

**ORDERED**, that Barclay Damon shall not withdraw as Debtors' counsel before the effective date of any chapter 11 plan in these Chapter 11 Cases without prior approval of the Court in accordance with Local Rule 2091-1(a); and it is further

**ORDERED**, that the Debtors are authorized to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED**, that notice of the Application is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application; and it is further

**ORDERED**, that notwithstanding any stay that might be imposed by Bankruptcy Rule 6004(h) or otherwise, this Order shall be effective and enforceable immediately upon entry hereof; and it is further

**ORDERED**, that, notwithstanding anything to the contrary in the Engagement Letter, this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

# # #