**BARCLAY DAMON**LLP

**Jeffrey A. Dove**
*Partner*

March 9, 2026

*Via CM/ECF*

Hon. Wendy A. Kinsella
Chief U.S. Bankruptcy Court Judge
Northern District of New York
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, NY 13261

      **Re:**    **In re North Star Health Alliance, Inc., Chapter 11
Case No. 26-60099-5-wak (Jointly Administered)**

Dear Judge Kinsella:

     We write to advise the Court that North Star Health Alliance does not intend to oppose the motion for relief from stay filed by Chart Risk Retention Group ("Chart") [Dkt No. 76].

     We do hope to discuss the addition of certain provisions to the proposed order with counsel for Chart, however, and therefore request that the matter be retained on the Court's calendar.

     Thank you for your consideration of this matter.

                      Respectfully,

                      */s/Jeffrey A. Dove*

                      Jeffrey A. Dove

JAD:aav

cc via email:    Erin T. Champion, Esq. (*erin.champion@usdoj.gov*)
                  Paul A. Levine, Esq. (*plevine@lemergygreisler.com*)

Barclay Damon Tower – 125 East Jefferson Street – Syracuse, New York 13202  barclaydamon.com
jdove@barclaydamon.com  Direct: (315) 413-7112  Fax: (315) 703-7346

50243274.1