**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

---------------------------------------------------------------o
:
In re: : Chapter 11
:
NORTH STAR HEALTH ALLIANCE, INC., et al., : Case No. 26-60099
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------o

## VERIFIED STATEMENT OF SUZANNE KOENIG

I hereby verify that I have no connections with the above-captioned debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

In my individual capacity, I have no connections with the above-captioned debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. I am the founder and Chief Executive Officer of SAK Management Services, LLC d/b/a SAK Healthcare ("SAK") and for disclosure purposes, I have attached **Exhibit A** that lists connections between SAK and certain creditors and other parties in interest, which connections are unrelated to the Debtors or these cases.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: March 10, 2026

_____
SUZANNE KOENIG

## Potential Parties in Interest Disclosure

**SAK Healthcare knows individuals at the following firms, has worked on the same side and against professionals at the following firms, and/or has served on association boards with members at the following firms, but on matters unrelated to the Debtors in these cases:**

| | |
|---|---|
| **Debtors' Advisors** | Barclay Damon LLP |
| **Claims Agent** | Omni Agent Solutions, LLC |
| **Committee Counsel** | Dentons US LLP |
| **Committee Counsel** | Dentons Bignham Greenbaum LLP |

**SAK Healthcare has managed healthcare facilities that do business with the following and SAK Healthcare may have in the past had business relationships with the parties listed below but solely in matters unrelated to the Debtors or these cases:**

| | |
|---|---|
| **Parties in Interest** | AAA |
| **Parties in Interest** | Abbott Laboratories |
| **Parties in Interest** | Acumed LLC |
| **Parties in Interest** | Adobe |
| **Parties in Interest** | Aetna |
| **Parties in Interest** | Aetna Insurance |
| **Parties in Interest** | Aflac |
| **Parties in Interest** | Airgas |
| **Parties in Interest** | Alabama Department of Revenue |
| **Parties in Interest** | Allergan USA |
| **Parties in Interest** | Allied Staffing Network |
| **Parties in Interest** | Allscriptsmisys, LLC |
| **Parties in Interest** | AllState Insurance |
| **Parties in Interest** | Am Cancer Society |
| **Parties in Interest** | American Express |
| **Parties in Interest** | American Health Association |
| **Parties in Interest** | American Red Cross |
| **Parties in Interest** | Anthem Blue Cross Blue Shield |
| **Parties in Interest** | Aramark |
| **Parties in Interest** | Arjo Inc |

| | |
|---|---|
| **Parties in Interest** | Arthur J. Gallagher Co |
| **Parties in Interest** | ATT |
| **Parties in Interest** | ATT Mobility |
| **Parties in Interest** | Attorney General of the U.S |
| **Parties in Interest** | Baker Hostetler |
| **Parties in Interest** | Bankers Life Casualty Co |
| **Parties in Interest** | Baxter Healthcare |
| **Parties in Interest** | Bayer Healthcare |
| **Parties in Interest** | Blue Cross |
| **Parties in Interest** | Blue Cross Blue Shield |
| **Parties in Interest** | Blue Cross Blue Shield |
| **Parties in Interest** | Bond Schoeneck King |
| **Parties in Interest** | Briggs Healthcare |
| **Parties in Interest** | Canon Financial Services |
| **Parties in Interest** | Cardinal Health |
| **Parties in Interest** | Cascade Healthcare |
| **Parties in Interest** | Chubb Group of Insurance |
| **Parties in Interest** | Chubb Workspace Benefits |
| **Parties in Interest** | Cigna |
| **Parties in Interest** | Cigna Health Life InsCo |
| **Parties in Interest** | CMS - Center for Medicare/ Medicaid Services |
| **Parties in Interest** | Commonwealth of Massachusetts Department of Revenue |
| **Parties in Interest** | Crest Healthcare Supply |
| **Parties in Interest** | CT Corporation Systems |
| **Parties in Interest** | De Lage Landen Financial Services Inc |
| **Parties in Interest** | DeLage Landen |
| **Parties in Interest** | Deluxe Business Checks |
| **Parties in Interest** | Department of Health & Human Services |
| **Parties in Interest** | Department of the Treasury |
| **Parties in Interest** | Direct Supply Healthcare Equipment |
| **Parties in Interest** | Ecolab Food Safety Specialists |
| **Parties in Interest** | Facebook/Meta |
| **Parties in Interest** | FedEx |

| | |
|---|---|
| **Parties in Interest** | Fred Pryor Seminars |
| **Parties in Interest** | Gaylord National Resort & Convention Center |
| **Parties in Interest** | GE Capital |
| **Parties in Interest** | GE Healthcare Financial |
| **Parties in Interest** | Grainger |
| **Parties in Interest** | Harris Beach LLP |
| **Parties in Interest** | Hartford Life Insurance |
| **Parties in Interest** | Hartford Steam Boiler |
| **Parties in Interest** | Hill Rom |
| **Parties in Interest** | Hobart Service Itw Food Equipment |
| **Parties in Interest** | Humana |
| **Parties in Interest** | Indeed.com |
| **Parties in Interest** | Jefferies |
| **Parties in Interest** | Joerns Healthcare LLC |
| **Parties in Interest** | Klestadt Winters Jureller Southard Stevens, LLP |
| **Parties in Interest** | Linked In |
| **Parties in Interest** | Matrixcare |
| **Parties in Interest** | McKesson Health Solutions |
| **Parties in Interest** | MdKesson Corp |
| **Parties in Interest** | Medline Industries |
| **Parties in Interest** | M&T Bank |
| **Parties in Interest** | Netflix |
| **Parties in Interest** | Office Depot Inc |
| **Parties in Interest** | Performance Food Service |
| **Parties in Interest** | Pfizer |
| **Parties in Interest** | Pitney Bowes Inc |
| **Parties in Interest** | Polsinelli PC |
| **Parties in Interest** | Praxair Healthcare Services |
| **Parties in Interest** | Quill Corp |
| **Parties in Interest** | Sheraton Grand Chicago |
| **Parties in Interest** | Shred It USA |
| **Parties in Interest** | Smith Nephew Capital |
| **Parties in Interest** | Stericycle |

| | |
|---|---|
| **Parties in Interest** | Terminix |
| **Parties in Interest** | The Joint Commission |
| **Parties in Interest** | Transamerica Financial Life |
| **Parties in Interest** | Travelers |
| **Parties in Interest** | United Airlines |
| **Parties in Interest** | United Healthcare |