# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re North Star Health Alliance, Inc. and Meadowbrook Terrace, Inc. ,

      Debtor(s)

Case No. 26–60099–5–wak

Chapter 11

Social Security No(s).:
EIN, if any: 16–1449491
45–4102458

## NOTICE OF DEFICIENCY: ACTION REQUIRED

The filing at document number(s) 140 is/are problematic for the following reason(s):

**The motion was filed without a Notice of Hearing.**

To correct the problem, follow the below instructions:

**File the Notice of Hearing for the Motion to Redact and File Under Seal via Bankruptcy > Notices > Notice of Hearing**

Failure to correct the problem within 48 hours of this Notice will result in a referral to chambers. It is your responsibility to comply with all applicable notice and service requirements for any amended, additional, or revised documents filed in response to this Notice. If you have any procedural questions, you may contact the Deputy Clerk listed below.

Date: 3/12/26

Cynthia A. Platt
Clerk of the Bankruptcy Court

By:  Kate Sitcer
     Deputy Clerk – (518) 257–1633