**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

Hearing Date/Time: April 1, 2026, 10:00 a.m.
Hearing Location:  Syracuse, NY
Opposition Due: March 25, 2026

------------------------------------------------------------------- x

In re     : Chapter 11

    :

NORTH STAR HEALTH ALLIANCE, INC. *et al,*[1]     : Case No. 26-60099-5-wak

    : Main Case

Debtors.     : Jointly Administered

    : Case No. 26-30078

    : Case No. 26-30079

    : Case No. 26-60100

    :

    :

    :

------------------------------------------------------------------- x

**COMBINED NOTICE OF HEARING ON (A) MOTION TO REDACT AND FILE UNDER SEAL CERTAIN PORTIONS OF THE MOTION BY OVATION HEALTHCARE (I) TO COMPEL COMPLIANCE WITH THE OVATION SERVICES AGREEMENTS, (II) FOR RELIEF FROM THE AUTOMATIC STAY, AND (III) TO COMPEL ASSUMPTION OR REJECTION OF THE OVATION SERVICES AGREEMENTS AND (B) MOTION BY OVATION HEALTHCARE (I) TO COMPEL COMPLIANCE WITH THE OVATION SERVICES AGREEMENTS, (II) FOR RELIEF FROM THE AUTOMATIC STAY, AND (III) TO COMPEL ASSUMPTION OR REJECTION OF THE OVATION SERVICES AGREEMENTS**

**PLEASE TAKE NOTICE** that on March 11, 2026, Ovation Healthcare

f/k/a Quorum Health Resources ("Ovation Healthcare"), a creditor in the above-

referenced proceedings, by and through their undersigned counsel, moved this Court

for entry of an order (I) compelling compliance by the Debtors with the Ovation Services

Agreements, specifically the payment of amounts owed to Ovation Healthcare for post-

petition services, (II) granting relief from the automatic stay to the extent necessary for

Ovation Healthcare to terminate the Ovation Services Agreements, and (III) compelling

the assumption or rejection of the Ovation Services Agreements by the Debtors (the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

"Motion to Compel") and for an order authorizing, but not directing, Ovation

Healthcare to redact and file under seal commercially sensitive Confidential

Information contained in the *Motion by Ovation Healthcare (I) To Compel Compliance with*

*the Ovation Services Agreements, (II) For Relief from the Automatic Stay, and (III) To Compel*

*Assumption or Rejection of the Ovation Services Agreements* or submitted therewith (the

"Sealing Motion" and together with the Motion to Compel, the "Ovation Motions")

[ECF Docket No. 140] before the Honorable Wendy A. Kinsella, Chief United States

Bankruptcy Judge at the United States Bankruptcy Court for the Northern District of

New York, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton

Street, 2nd Floor, Syracuse, New York, on April 1, 2026 at 10:00 a.m. (Prevailing Eastern

Time), or as soon thereafter as counsel may be heard, and the hearing will be held by

video via Teams, for which pre-registration is required by 3:00 p.m. one business day

before the hearing.  Go to https://www.nynb.uscourts.gov/Remote-Hearing-

Appearances to register.[2]

 **PLEASE TAKE FURTHER NOTICE** that the statutory predicates for the

relief requested in the Motion to Compel are sections 105, 362(d)(1), 365(d)(2), 503(a),

503(b)(1)(A), and 507(a)(2) of title 11 of the United States Code (the "Bankruptcy Code").

 **PLEASE TAKE FURTHER NOTICE** that the statutory predicates for the

relief requested in the Sealing Motion are sections 105(a) and 107(b) of the Bankruptcy

Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules").

 **PLEASE TAKE FURTHER NOTICE** that any objections or responses to

the Ovation Motions must be in writing, conform to the Bankruptcy Rules and the Local

---

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Ovation Motions.

Bankruptcy Rules for the Northern District of New York and be filed with the Court and served in accordance with Local Rule 9013-1 no later than March 25, 2026, upon the following parties: (i) counsel to Ovation Healthcare, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Frank A. Oswald and Minta J. Nester;  (ii) counsel for the Debtors, Barclay Damon LLP, 1270 Avenue of the Americas, Suite 2310, New York, NY 10020, Attn: Janice B. Grubin, and Barclay Damon Tower, 125 East Jefferson Street, Syracuse, New York 13202, Attn: Jeffrey A. Dove;  (iii) the Office of the United States Trustee for the Northern District of New York, 100 South State Street, Room 4230, Rochester, New York 14614, Attn: Erin P. Champion, AUST, Trial Attorney, (iv) counsel for the Official Committee of Unsecured Creditors, Dentons US LLP, 1221 Avenue of the Americas, 25th Floor, New York, New York 10020, Attn: Lauren Macksoud, and Dentons Bingham Greenbaum LLP, One City Center, Suite 11100, Portland, ME 04101-6420, Attn: Andrew C. Helman;  (v) the New York State Department of Health;  (vi) the Office of the Attorney General for the State of New York;  (vii) the Centers for Medicare & Medicaid Services;  (viii) the United States Department of Justice;  (ix) counsel for Northern Credit Union, Bond, Schoeneck & King, PLLC, One Lincoln Center, 18th Floor, Syracuse, New York 13202-1355, Attn: Charles J. Sullivan, Grayson T. Walter, and Andrew S. Rivera;  and (x) those persons who have formally appeared and requested service in the above-captioned chapter 11 cases pursuant to Bankruptcy Rule 2002.

*[concluded on following page]*

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Ovation Motions may be adjourned from time to time without notice to any creditor or other party-in-interest other than by announcement of the adjourned date in open Court on the date of the hearing or any adjourned date.

Dated: March 12, 2026
     New York, New York

          TOGUT, SEGAL & SEGAL LLP
          By:

          */s/Frank A. Oswald*
          Frank A. Oswald
          Minta J. Nester
          One Penn Plaza, Suite 3335
          New York, New York 10119
          Telephone: (212) 594-5000

          *Counsel for Ovation Healthcare f/k/a*
          *Quorum Health Resources*