So Ordered.

Signed this 12 day of March, 2026.



_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COUT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
In re:

        NORTH STAR HEALTH ALLIANCE,
INC. et al.,

                     Debtors.[1]

-------------------------------------------------------------

Chapter 11

Case No. 26-60099 (main case)
Jointly Administered

Case No. 26-30078
Case No. 26-30079
Case No. 26-60100

### ORDER GRANTING, IN PART, MOTION OF CHART RISK RETENTION GROUP FOR RELIEF FROM THE AUTOMATIC STAY

CHART Risk Retention Group ("Chart"), through its attorneys Lemery Greisler LLC, having moved for an order granting relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) (ECF 76) ) (the "Motion"), the Motion having been duly and properly served pursuant to the Court's Order Granting Application to Shorten Time (ECF 78), the Debtor North

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

{LG 00927734 1 }

Star Health Alliance having filed a letter stating that it did not intend to oppose the Motion but wished to discuss the addition of certain provisions to any proposed order and that the matter be retained on the Court's calendar (ECF 132); and

UPON the appearance of counsel for Chart, counsel for the Debtors, there being no other appearances in opposition to the Motion, the Court having been advised that the terms of this Order are approved by Chart and the Debtors, and on the record herein; it is hereby

ORDERED that the Motion is granted to the extent of confirming that CHART may make actuarially required annual adjustments to the internal accounts of its members that, necessarily, impact the Debtor's capital accounts in CHART; and it is further

ORDERED that the balance of the Motion is adjourned to the Court's calendar on April 15, 2026 at 10:00 a.m.

<u>###</u>

{LG 00927734 1 }