So Ordered.

Signed this 16 day of March, 2026.



_____

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| In Re: | Chapter 11 |
|---|---|
| NORTH STAR HEALTH ALLIANCE, INC., et al.[1] | Case No. 26-60099 (Main Case) Jointly Administered Case No. 26-30078 |
| Debtors. | Case No. 26-30079 Case No. 26-60100 |

### ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the motion seeking admission *pro hac vice* of Andrew C. Helman ("Motion") to represent the Official Committee of Unsecured Creditors ("Creditors Committee"), in the above-captioned chapter 11 cases before the United States Bankruptcy Court of the Northern District of New York as is more fully set forth in the Motion, and the Court having jurisdiction to consider the Motion and the relief requested therein, and upon the Motion and all of the proceeds has in the Court, and after due deliberation and sufficient cause appearing therefore, it is ORDERED, that Andrew C. Helman is permitted to appear *pro hac vice* as counsel for the Creditors Committee in the above-captioned chapter 11 case.

# # #

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).