**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

--------------------------------------------------------------------x

# UPDATED 13 WEEK CASH FLOW PROJECTIONS

**Related to**

**Debtors' Motion for Interim and Final Orders**
**Authorizing Use of Cash Collateral [Main Case Docket No. 13]**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**CONSOLIDATING STATEMENT**
13-Week Cash Flow Projection

| | WE 3/13/26 Budget | WE 3/13/26 Actual | WE 3/20/26 Budget | WE 3/20/26 Actual | WE 3/27/26 Budget | WE 3/27/26 Actual | WE 4/3/26 Budget | WE 4/3/26 Actual | WE 4/10/26 Budget | WE 4/10/26 Actual | WE 4/17/26 Budget | WE 4/17/26 Actual | WE 4/24/26 Budget | WE 4/24/26 Actual | WE 5/1/26 Budget | WE 5/1/26 Actual | WE 5/8/26 Budget | WE 5/8/26 Actual | WE 5/15/26 Budget | WE 5/15/26 Actual | WE 5/22/26 Budget | WE 5/22/26 Actual | WE 5/29/26 Budget | WE 5/29/26 Actual | WE 6.5.26 Budget | WE 6.5.26 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 2,959,456 | 3,059,745 | 2,959,456 | - | 2,959,456 | - | 2,984,160 | - | 3,047,837 | - | 3,047,837 | - | 3,047,837 | - | 3,047,837 | - | 3,075,332 | - | 3,075,332 | - | 3,075,332 | - | 3,075,332 | - | 3,075,332 | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leased Employees | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - |
| GPO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VAPAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NY DOH Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers In | - | 245,000 | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 2,959,456 | 3,304,745 | 4,974,456 | - | 2,959,456 | - | 4,999,160 | - | 3,047,837 | - | 5,062,837 | - | 3,047,837 | - | 5,062,837 | - | 3,075,332 | - | 5,090,332 | - | 3,075,332 | - | 5,090,332 | - | 3,075,332 | - |
| Variance - Cumulative | | 345,289 | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| Variance - % - Cumulative | | 112% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% | | 0% |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | - | - | 4,536,296 | - | - | - | 4,536,296 | - | - | - | 4,536,296 | - | - | - | 4,536,296 | - | - | - | 4,536,296 | - | - | - | 4,536,296 | - | - | - |
| Payroll Taxes | - | - | 378,007 | - | - | - | 378,007 | - | - | - | 378,007 | - | - | - | 378,007 | - | - | - | 378,007 | - | - | - | 378,007 | - | - | - |
| Fringe Benefits | - | 246,984 | 1,209,276 | - | 1,305,500 | - | 576,083 | - | - | - | 1,209,276 | - | 1,305,500 | - | 576,083 | - | - | - | 1,209,276 | - | - | - | 1,874,383 | - | - | - |
| Leased Employees - Ogdensburg (inc. all associated costs) | - | - | 2,087,095 | - | - | - | 2,087,095 | - | - | - | 2,087,095 | - | - | - | 2,087,095 | - | - | - | 2,087,095 | - | - | - | 2,087,095 | - | - | - |
| Physician Fees | 140,000 | 562,759 | 140,000 | - | 164,000 | - | 435,000 | - | 140,000 | - | 140,000 | - | 140,000 | - | 489,000 | - | 140,000 | - | 140,000 | - | 459,000 | - | 140,000 | - | - | - |
| Purchased Services | 114,400 | 287,358 | 118,150 | - | 617,932 | - | 297,696 | - | 99,800 | - | 123,000 | - | 290,156 | - | 606,853 | - | 204,569 | - | 115,000 | - | 104,356 | - | 638,637 | - | 204,569 | - |
| Medical Supplies | 151,288 | 107,048 | 136,688 | - | 147,238 | - | 159,688 | - | 154,500 | - | 133,750 | - | 166,450 | - | 144,200 | - | 131,450 | - | 147,800 | - | 154,500 | - | 141,000 | - | 131,450 | - |
| Pharmacy Supplies | 279,000 | 490,751 | 279,000 | - | 305,000 | - | 279,000 | - | 279,000 | - | 279,000 | - | 310,000 | - | 279,000 | - | 279,000 | - | 279,000 | - | 279,000 | - | 279,000 | - | 279,000 | - |
| Insurance | 9,628 | 285,974 | 26,041 | - | - | - | 352,839 | - | 9,628 | - | 10,000 | - | 26,041 | - | - | - | 10,000 | - | 304,570 | - | 26,041 | - | - | - | 10,000 | - |
| Utilities | - | - | - | - | 479,174 | - | - | - | - | - | - | - | 183,400 | - | 235,000 | - | - | - | - | - | 177,000 | - | 252,400 | - | - | - |
| Other Operating Expenses | 44,600 | 46,565 | 56,600 | - | 261,225 | - | 53,610 | - | 44,750 | - | 44,700 | - | 44,975 | - | 236,600 | - | 34,510 | - | 32,600 | - | 32,975 | - | 267,600 | - | 34,510 | - |
| Bankruptcy - Legal Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Financial Advisor | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Debtor Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Lender Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Committee Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment - Leases | - | 165,867 | - | - | 116,525 | - | 69,690 | - | 1,000 | - | 2,700 | - | - | - | - | - | 183,515 | - | 2,700 | - | 2,700 | - | 183,365 | - | 2,700 | - |
| Loans / Debt Principal Payments | 3,000 | 11,296 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers Out | - | 262,000 | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | - | - | - | - |
| **Total Cash Out** | 741,916 | 2,466,603 | 8,982,154 | - | 3,396,594 | - | 9,240,005 | - | 728,678 | - | 8,958,824 | - | 2,466,522 | - | 9,766,650 | - | 802,229 | - | 9,229,644 | - | 931,572 | - | 11,096,783 | - | 802,229 | - |
| Variance - Cumulative | | 1,724,687 | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| Variance - % - Cumulative | | 232.5% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% |
| **Net Cash Flow** | 2,217,540 | 838,142 | (4,007,698) | - | (437,138) | - | (4,240,845) | - | 2,319,159 | - | (3,895,987) | - | 581,315 | - | (4,703,813) | - | 2,273,103 | - | (4,139,312) | - | 2,143,760 | - | (6,006,451) | - | 2,273,103 | - |
| **Cash Balance - Beginning of Period** | 1,718,917 | 1,718,917 | 2,557,059 | - | (1,450,639) | - | (1,887,777) | - | (6,128,622) | - | (3,809,463) | - | (7,705,450) | - | (7,124,136) | - | (11,827,949) | - | (9,554,846) | - | (13,694,158) | - | (11,550,399) | - | (17,556,850) | - |
| **Cash Balance - End of Period** | 3,936,457 | 2,557,059 | (1,450,639) | - | (1,887,777) | - | (6,128,622) | - | (3,809,463) | - | (7,705,450) | - | (7,124,136) | - | (11,827,949) | - | (9,554,846) | - | (13,694,158) | - | (11,550,399) | - | (17,556,850) | - | (15,283,747) | - |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns.

We continue to experience issues related to receiving timely, accurate, and complete information from management.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.

2. Pursuing DIP financing to address cash shortfall.

3. Evaluating organizational downsizing to reduce cash demands on organization.