**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*, [1] | ) | Case No. 26-60099 |
| | ) | Main Case |
| | ) | Jointly Administered |
| Debtors. | ) | Case No. 26-30078 |
| | ) | Case No. 26-30079 |
| | ) | Case No. 26-60100 |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE FOR UNITED STATES GOVERNMENT ATTORNEY PAULA T. DE FELICE-ALEJANDRO

PLEASE TAKE NOTICE that attorney Paula T. De Felice-Alejandro hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States federal government and a creditor in the above-captioned cases, and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d), and 9007, that notice of all matters which may come before the Court concerning the above-captioned cases and debtors be given to and served upon PBGC as listed below.

This request includes, *inter alia*, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization), and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in these cases, whether formal or informal, *ex parte* or on notice, written or oral, or transmitted or conveyed by mail, electronic

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

1

mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies, and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after *de novo* review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs, or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

Dated:  March 18, 2026
     Washington, D.C.             Respectfully submitted,

            /s/ Paula T. De Felice-Alejandro
            Paula T. De Felice-Alejandro
            DC Bar No. 90012276
            Pension Benefit Guaranty Corporation
            Office of the General Counsel
            445 12th Street, S.W.
            Washington, D.C. 20024
            Telephone: (202) 229-5493
            Email: defelicealejandro.paula@pbgc.gov *and*
                 efile@pbgc.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify, that on this 18th day of March 2026, the **Notice of Appearance and**

**Request for Electronic Notice for United States Government Attorney Paula T. De Felice-**

**Alejandro** was served via the Court's CM/ECF system on all parties registered to receive notices

for these cases.


<u>/s/ Paula T. De Felice-Alejandro</u>
Paula T. De Felice-Alejandro
Attorney