**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>NORTH STAR HEALTH  ALLIANCE, INC., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-60099 (Main Case)<br>Jointly Administered<br>Case No. 26-30078<br>Case No. 26-30079<br>Case No. 26-60100 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF  PAPERS**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §1109 and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, the undersigned appears as counsel on behalf of the Official Committee of Unsecured Creditors ("Creditors Committee"), in the above-referenced proceedings, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned at the following address and/or email:

> Adrew C. Helman
> **DENTONS BINGHAM GREENEBAUM, LLP**
> One City Center
> Suite 11100
> Portland, ME 04101-6420
> Telephone: (207) 619-0919
> Email: andrew.helman@dentons.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and papers referred to in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules, including without limitation notices of any orders, pleadings, motions, applications, complaints, demands, hearings, disclosure statements, plans, and requests, whether

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

1

formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, facsimile, electronic means, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above named party's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject of mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: March 18, 2026

Respectfully submitted,

/s/ Andrew C. Helman
Andrew C. Helman
**DENTONS BINGHAM GREENEBAUM, LLP**
One City Center
Suite 11100
Portland, ME 04101-6420
Telephone: (207) 619-0919
Email: andrew.helman@dentons.com

*Proposed Attorney for The Official Committee of Unsecured Creditors*

2