# EXHIBIT B

## Ganti Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NORTH STAR HEALTH ALLIANCE, INC., *et al.*,**[1] | ) | **Case No. 26-60099 (Main Case)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | **Case No. 26-30788** |
| | ) | **Case No. 26-30799** |
| | ) | **Case No. 26-60100** |

**DECLARATION OF NARENDRA GANTI IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 28 U.S.C. section 1746, Narendra Ganti, declares as follows:

1. I am a Managing Director with FTI Consulting, Inc. ("FTI"), an international consulting firm. I submit this declaration (the "Declaration") on behalf of FTI in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order authorizing the employment and retention of FTI as financial advisor to the Committee under the terms and conditions set forth in the Application. I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.[2]

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

**Disinterestedness and Eligibility**

2. In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against, or equity interests in, the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on **Exhibit A** to this Declaration. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database[3] containing names of individuals and entities that are present or recent former clients of FTI. A listing of such relationships that FTI identified during this process is set forth on **Exhibit B** to this Declaration.

3. Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to the Debtors or these proceedings. FTI has provided, and could reasonably expect to continue to provide, services unrelated to the Debtors' cases for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the Debtors' cases, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4. As part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting

[3] For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly owned subsidiaries globally.

services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the Debtors' estates and none are in connection with the Debtors' chapter 11 cases.

5. FTI is not a "creditor" of any of the Debtors within the meaning of Bankruptcy Code section 101(10). Further, neither I, nor any other member of the FTI engagement team serving the Committee, to the best of my knowledge, (a) is a creditor, equity security holder, or insider of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer, or employee of the Debtors; or (c) has any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. As such, to the best of my knowledge, and based upon the results of the relationship search described above and disclosed herein, FTI (i) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (ii) does not hold or represent any interest adverse to the Debtors' estates. Therefore, FTI believes it is eligible to represent the Committee under Bankruptcy Code section 1103(b).

6. It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

**Professional Compensation**

7. Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the local rules of this District, orders of this Court, and applicable U.S. Trustee guidelines, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to the preparation of the Application (if any), as approved by the Court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted periodically, typically on an annual basis. I believe that the fee structure as set forth in the Application is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

8. According to FTI's books and records, during the ninety days before the Petition Date, FTI did not receive any payments from the Debtors.

9. To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

**No Duplication of Services**

10. The Committee and FTI intend that FTI's services will be appropriately directed by the Committee so as to avoid duplication of efforts among the other professionals retained by the Committee in these chapter 11 cases and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Committee's other professionals to avoid

duplication of services among professionals. I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2026.

*/s/ Narendra Ganti*
**Narendra Ganti**

# EXHIBIT A

## Parties-in-Interest Reviewed for Current and Recent Former Relationships

**Debtors**
Carthage Area Hospital, Inc.
Claxton-Hepburn Health System
Claxton-Hepburn Medical Campus
Claxton-Hepburn Medical Campus
Claxton-Hepburn Medical Center Auxiliary
Claxton-Hepburn Medical Center Auxiliary
Claxton-Hepburn Medical Center
Hepburn Medical Center
Claxton-Hepburn Medical Center Foundation
Claxton-Hepburn Medical Center, Inc.
Hepburn Medical Center
Meadowbrook Terrace, Inc.
North Country Surgical Specialists
North Star Health Alliance, Inc.
North Star Pediatrics; Claxton Hepburn Convenient Care

**Debtors' Advisors**
Barclay Damon LLP
Omni Agent Solutions, Inc.
Robert Bloom
Verrill Dana LLP
Wintergreen, Inc.

**Debtors' Affiliates**
Carthage Area Hospital Foundation, Inc.
Claxton Medical, P.C.
Claxton-Hepburn Medical Center Foundation, Inc.
Comprehensive Women's Health Services, PLLC
North Country Orthopaedics Ambulatory Surgery Center, LLC
North Country Orthopaedics Group, P.C.
North Country Realty, LLC

**Directors**
Andrew Manzer
Brandon Bowline
Heather Saski
Jerian O'Dell
Rachel Zysk
Rich Duvall

**Board of Directors/Officers**
Adam Fuller
Alka Srivastava
Andrea Smith
Anne Hancock
Anne Rohr
Bill Flynn
Brianna Uhlinger
Bridget Fetterly
Bryan Felitto
Carol Jean Johnson
Cathy Piche
Chet Truskowski
Christopher Brandy
Cindy Kilburn
Col Elizabeth Duque
Crystal Simmons, PMHNP-BC
Dale Klock
Dallas Sutton
David Boyce, MD
David Hornung, PHD
Dawn Merz
Deb Owens
Dhruv Modi, MD
Diane Dailey
Don Tebo
Dr Kenneth Fish
Elizabeth Elliot
Eric Burch
Gary Baker
Gary Rowe
Hardik Patel
James Crowley
James Thew
Jennifer Meagher
Jennifer Premo
John Pinkerton
Julie Ward
Kristie Kennedy
Lawrence (Larry) Hasseler
Lori Ashcroft
Lorraine Davis
Marc Piche
Mark Martin
Mark Mashaw

Mary Tucker
Matthew Cervini
Mauree Missert
Maureen Missert
Michael Gordon
Michael Oakley MD
Michael Seidman
Michael Seidman, MD
Mirza Ashraf
Morgan Pierce
Nata Parnes
Nusrat Hafeez
Patricia Mahoney, DMD
Pattie Earl
Peter Sinagra
Rita Crowley
Rondalyn Jacobs
Sandra Lyons
Sheila Mehaffy
Stephanie Wyant
Ted Lawrence
Tim Sturick
William Flynn
Yolanda Skvorak
Zvi Szafran, PHD,

**Creditors**
Mozarc Medical US LLC
MVAP Medical Supplies, Inc
Mx Fuels
MXR Imaging, Inc
NAMSS
Nanosonics, Inc
Natasha Gardner
National General Insurance
National Practitioners Data B
National Research Corporation
National Restaurant Association
National Rural Health Assoc
National Student Clearinghouse
Nationwide Life Insurance Co.
Nat'l Renal Administrators ASS
Natus Medical Inc
Natus Sensory, Inc.
NBC Watertown
NBT Bank
NCAPA Conference
NCC Systems Inc
NCQA
NCS Pearson Inc
Neogen Corporation
Nephron Pharmaceuticals Corp
Netflix
Neurovirtual USA, Inc
New York Imaging Service, Inc
New York Power Authority
New York State DOH
New York State Office Of Child
New York State Wide Senior Act
New York Technologies Corp.
Newegg, Inc
Newfold Digital, Inc.
Newzjunky Inc
Nexsys Electronics, Inc
Nextvein LLC
NFPA
NFS Leasing, Inc.
NIOX Inc
NIPRO Medical Corporation
Nny - Fort Drum AUSA
North Coast Medical Inc
North Country Adult Medicine
North Country Childrens' Musue
North Country Emerg Med
North Country Eye Associates
North Country Orthopaedic Ambu
North Country Orthopaedic Group
North Country Public Radio
North Country Tai Chi LLC
North Country This Week
Northcountry Initiative
Northern Border Industries
Northern Glass Co Inc
Northern Litho Inc.
Northern New York Library
Northern Ny Newspapers Corp
Northern Orthopedic Lab Inc
Northern Radiology Assoc Pc
Northern Speech Services Inc
Northern Transportation Taxi
Notarystamp.Com
Notre Dame Church
NRC Health
NRG Energy
NTL Appliance Repair Co Inc
Nunn's Hospital Supplies, Inc.
Nutrition Direct
Nxstage Medical Inc
Nyaltca
NYS Assessment Receivables
NYS Child Support Processing C
NYS Comptrollers Office

NYS Department Of Health
NYS Department Of Labor
NYS Dept Of Environ Conservation
NYS Dept Of Environmental Cons
NYS Dept Of Health
NYS Dept Of Health - SPARCS
NYS Dept Of Labor
NYS Dept Of Motor Vehicles
NYS Dept Of State
NYS Education Dept
NYS Health Dept
NYS Income Tax
NYS Joint Commission On Public
NYS Nurses Assoc
NYS Office Of Children And Fam
NYSAMSS
NYSNA
Oasis Medical Inc
Odd Ball Industries MFG Co Inc
Office Depot Inc
Office Furniture
OGD Internat'l Seaway Festival
Ogdensburg Volunteer Rescue Sq
Olympus America Inc
Olympus America, Inc.
Olympus Corporation
Olympus Financial Services
Omnicell
Onyx Healthcare Inc
Open Text Inc
Optilinq
Optum Financial
Optum Health
Optum360
Organogenesis Inc
Organon LLC
Orspecific
Osi Batteries
Osteoremedies, LLC
Otis Elevator Company
P And T Supply And Services
Pa Scdu
Pajunk Medical Systems L.P.
Pamela Dalton, Tax Collector
Pamela S. Beyor, A.I.A
Pan-America Hyperbarics Inc
Paragard Direct
Paragon 28, Inc
Parametrics Medical, LLC
Parkway Tim Hortons
Parts Town LLC
Partssource LLC
Pasco Building Automation Syst
Pathology Associates Of Syracuse
Patient Refund/ SLHA
Patient Refunds
Patterson Dental
Paul Vandusen
Paxman Us Inc
PCM Inc.
Pdq.Com Corporation
Pearl Meyer And Partners, LLC
Pearson Clinical
Pediatric Cardiology Assoc LLC
Pension Benefit Guaranty Corpo
Pension Benefit Guaranty Corporation (PBGC)
Pepsi Cola
Performance Foodservice
Performance Health Supply, Inc
Perigen - Lockbox
Perimed Inc
Personnel Concepts
PESI
Peter Brasseler Holdings, LLC
Pete's Heavy Repair
Petty Cash
Pfizer, Inc
Pharmalogic Holdings Corp
Pharmalogic Syracuse, LLC
Philips Healthcare
Philips Medical
Phoenix Textile Corp
Pica
PILLR Health
Pipeline Health Holdings LLC
Pitney Bowes Credit Corporation
Pitney Bowes, Inc
Platinum Code
Pleasant Night Inn
Pm Biomedical Inc
PNC Bank C/O Allied Universal
Polsinelli Pc
Positive Promotions Inc
Power-Flo Technologies, Inc
Practice Resources LLC
Practicelink Ltd
Praxair Healthcare Services
Precision Dynamics Corp (PDC)
Precision Medical
Precision Medical Devices LLC
Premier Paging Inc
Premium Health Services Inc

Price Chopper
Principal Financial Group
Proact, Inc
Pro-Ed
Pro-Ed Inc
Professional Research Consulta
Progressive Medical Inc
Prometric
Provation Software, Inc.
PTL Contracting Corp
Public Goods Pool SW
Purchase Power
Q Fix
Q-Centrix LLC
QHR
Qiagen LLC
Quantitative Medical Systems
Queset Medical
Quidelortho
Quill Corporation
Quotient Biodiagnostics
R B Lawrence Ambulance
R&D Batteries, Inc.
Rachel Barr School Tax Collect
Rachel Strosnider
Radiation Detection Company
Radiographic Testing Services
Radiometer America Inc
Rc Testing Services Corp
Re Michel Company Inc
Regency Business Solutions
Regency Office Products LLC
Reliance Standard Life Insurance
Reliance Wholesale Inc
Reliastar Life Ins. Co. New Yor
Relink Medical LLC
Renal Services Exchange
Rentokil North America Inc
Replacement Parts Industries I
Resmed Corp
Respironics
Restaurant Supply LLC
RGH Enterprises, LLC
Rheonix, Inc.
Richard Allan Scientific Co
Richard E. Maginn, Trustee
Richard Wolf
Rishe's Custom Hardwood Flooring
River Hospital Inc
Roche Diagnostics Corporation
Roftek Ltd T/A Flexmort
Ronin Surgical Corp
Roxanne Slate
Roy Q Realty
RQI Partners, LLC (Dal)
RTI Surgical, Inc
Running Boards, Ltd
Rural Wisconsin Health Coopera
RxStrategies, Inc
S.L.P. Scientific Laboratory
S.L.P. Scientific Laboratory P
Sage Products Holdings II, LLC
Sage Publications Inc
Saharrah Flanagan
Samantha Hyde
Samaritan Medical Center
Sams Club
Sanico, Inc
Sanofi Pasteur
Sarah Eurto
Sarah Perretta
Sarissa Melissa Photography
Save-A-Lot Canton
Save-A-Lot Potsdam
SCA Pharmaceuticals, LLC
Scopemedics
Scorpion Healthcare LLC
Scribe Emr, Inc.
SDMS Membership Dept
Seaway Private Equity Corporation
Seaway Valley Ambulance
Seaway Valley Prevention Council
Security Supply
Seiu1199 Regional Pension Fund
Sentry Data Systems
Seo Tech Systems
Service Emp Benefit Fund
Service Emp Pension Fund Of Up
Shamrock Scientific
Sharn Anesthesia Inc
Sherif G. El Bayadi, M.D.
Sherman Electric
Sherwin Williams
Shi International
Shi International Corp.
Shred It USA
Sid Harvey Industries Inc
Siella Medical
Siemens Financial Services Inc
Siemens Financial Services, Inc.
Siemens Healthcare Diagnostics
Sigma Chemical Company

Signs And Designs Of New York
Simons Farm & Home
Sion Brands LLC
Skeletal Dynamics Inc
Skelly Contractors Inc
Slam Architects & Engineers Pc
SLIC Network Solutions
SME Inc. USA
Smilemakers
Smith And Nephew Endoscopy
Smith Medical ASD Inc
Smiths Medical (ICU Medical)
Snow Ridge Resort, LLC
Society For Human Resources Ma
Society Of Corp. Compliance
Soft Computer Consultants, Inc
Solos Endoscopy Inc
Solvent Savers Site Performing Party Group
Somatics
South St Lawrence Association
Spectra Corp
Spectrio LLC
Spectrum
St Josephs HHC
St Jude Medical Neuromodulatio
St Jude Medical Sc Inc
St Lawrence Cty Chamber Commer
St Lawrence Cty Solid Waste
St Lawrence Helath System
St Lawrence Nysarc Inc
Stacey Graves
Standard Textile Co, Inc
Standard Textile Company Inc
Staples Contract
Staples Credit Plan
State Of New York
STATLAB
Staxi Corporation
Stefani Belina
Stefanos Pizzeria
Stephens Media Group
Stephens Media Group Massena L
Stephens Media Group Watertown
Stephens Media Group-Ogdensbur
Stericycle Inc
Steriliz LLC
Steris Corporation
Stewarts Shop
Stonefence Motel
Stratix Labs Corporation
Streck Laboratories Inc
Streck, Inc.
Stryker
Stryker Communications
Stryker Craniomaxillofacial
Stryker Endoscopy
Stryker Flex Financial
Stryker Instruments
Stryker Medical
Stryker Orthopaedics
Stryker Sales Corp
Stryker Sales, LLC
Studio Center
Subway Ip LLC (T/A Subway)
Summit Medical Inc
Sun Nuclear
Sun Nuclear Corporation
Sunbelt Rentals Inc
Sundance Leisure
Sunoco Inc
Sure Tech Diagnostic Assoc Inc
Suremark Company
Surgical Direct
Surgical Products Solutions
Surgical Products Solutions Ll
Surgimark Inc
Suzanne Shaver
Sydenstricer Nobbe Partners
SYMPLR
Synergy Biomedical LLC
Synergy Global Solutions
Syracuse Biomedical Serv
Syracuse Thermal Products
Syracuse Ventilator Service LLC
Sysmex America, Inc.
Systems Commissioning Specialist
T System Inc
Takeda
Takeda Pharmaceuticals America
Talon Parker
Tammy Mack
Technical Consulting Co.
Teleflex LLC
Telephone Answering Service
Tennant Sales And Service Comp
Teracai Corporation
Tfp1 Inc
The Arc Jefferson-St Lawrence
The Business Council Of Nys
The Compliance Team, Inc.
The Daisy Foundation
The Dental Box Co Inc

The Flower Girls
The Hartford
The Hilsinger Company Parent
The Olde Bryan Inn
The PMA
The Rehab Documentation Company
The Soule Co
The University Of Vt Medical C
Thermco Products Inc
Thompson Park Conservancy & Zo
TIAA, FSB
Time Warner Cable
Tina Woodfolk
Tolls By Mail Payment Process
Tonya Wells
Top Of The Hill
Tornier, Inc.
Total Comm Solutions Ltd
Town Of Champion
Town Of Madrid
Town Of Philadelphia
Town Square Publications LLC
Transact Campus Inc
Travelers
Travelers Cl Remittance Center
Trevor Johnson
Triage Staffing Inc
Triagelogic
Tri-Anim Health Services Inc
Tri-Delta Resources, Corp.
Triose, Inc
Tri-State Ophthalmics
Trizetto Provider Solutions
True North Custom Publishing
TSEP
Twinstate Technologies
U S Foodservice Inc
Uline
UMR
Undersea & Hyperbaric Medical
Unifirst Corporation
Unipower Corporation
United Ad Label
United Airlines
United Helpers Care Inc
United Medical Systems
United Professional Benefits,
Universal American Corp.
University At Albany Suny
University Of Rochester
University Of Wisconsin
University Pathologists Lab
Unum Life Insurance Company
Unum Life Insurance Co
UPMC Graduate Med Ed
UPS
Upstate Medical University
Upstate Niagara Cooperative
Urotherapies, Inc.
US Foodservice Inc
US Postal Service Postage
US Postmaster
Usarad Holdings Inc
Usherwood Business Equipment
USO
USO Fort Drum
USOC Biomedical
Utilities Technology Council
Vanessa Fernandes
Vantive US Healthcare LLC
Vapotherm, Inc.
Vascular Technology
Velocity Pring
Velocityehs Inc.
Verathon Inc
Verizon
Verizon Wireless
Versabadge, LLC
Victims Assistance Center
Village Of Canton
Village Of Carthage
Village Of Hammond
Village Of Heuvelton
Village Of Waddington
Village Of West Carthage
Virtual Radiologic Professionals
Viscot Medical, LLC
Vistaprint
Vistaprint Netherlands B.V.
Vital Records Holdings, LLC
Volpara Health Inc
Volunteer Transportation Center
Vyaire Medical Inc
W E Aubuchon Co Inc 140
W. B. Mason Co., Inc
Waddington Minor League Baseball
Waddington True Value
Wal Mart
Walgreens
Walmart
Warren Dunn
Waste Management Of Ny

Watertown Baseball & Hockey
Watertown Family YMCA
Watertown Rotary Club
Watertown Savings Bank
Watertown Urban Mission Inc
WCP Consultants
Webstaurant Store
Wells Fargo Bank, N.A.
Wellsky Corporation
Werfen USA LLC
West Physics Consulting LLC
Westelcom
White's Flowers
William Randall Fipps
William Smith Md
Williamson Services LLC
Windstream Holding LLC
Winning Promotions & Embroidery
Wintrust Asset Finance, Inc.
Witherhead's Prof Services
WKGRE LLC
WNYF
Wolters Kluwer
Wolves Den LLC
Woodchop Shop
Woodstock Dietary Systems- Ste
WPBS
Wright Medical Technology Inc
WWNY TV
WWTI-TV
Xerox Corporation
Xerox Financial Services
Xodus Medical Inc
Yaffe & Company Inc
Young Men's Christian Association
Zafar Ahmad
Zenith Transaction Services LLC
Zeptometrix LLC
Zeptometrix LLC Dba
Zimmer Biomet Trauma
Zimmer Us Inc
Zixcorp Systems, Inc
Zoho Corporation
Zoll Medical Corp
ZYNX Health, Inc

**Judges for the Northern District of NY**
Hon. Patrick G. Radel
Hon. Wendy A. Kinsella

**Official Creditors' Committee Attorneys**
Dentons

**Official Creditors' Committee Members**
AMN Healthcare, Inc.
Medline Industries, LP
New York State Nurses Association
Ovation Healthcare, Inc.
PeriGen, Inc.

**Official Creditors' Committee Members' Attorneys**
Cohen, Weiss, and Simon LLP
DLA Piper
Norton Rose Fulbright
Togut, Segal & Segal LLP

**Secured Lender**
Bruce L. Baird, M.D.
Claxton-Hepburn Medical Center (CHMC)
D. Peter Van Eenenaam. M.D.
Delphi Healthcare, PLLC
Dominic Condino Motors, Inc.
Dormitory Authority of the State of New York
Howard H. Huang, M.D.
M&T Bank
Northern Credit Union (NCU)
NYS Medicaid
Richard E. Maginn, Trustee of the Irrevocable Spousal Lifetime Access Trust for Richard E. Maginn
Steven B. Fish, M.D.
U.S. Small Business Administration

**Secured Lenders' Attorneys**
Bond, Schoeneck & King, PLLC
Buchanan Ingersoll & Rooney PC
Gross Shuman, P.C.

**Top Unsecured Creditors**
AMN Healthcare Inc.
Barton and Associates, Inc
Change Healthcare
Community Hospital Alternative
CompHealth
CSRA/GDIT (General Dynamics Technology)
Davin Healthcare Workforce Solutions
Delphi Hospitalist Services
DrWanted.com LLC c/o Berkshire Bank
Hayes Lucums LLC
Johnson and Johnson Health Care
Kassouf Healthcare Solutions

Labcorp of America Holdings
Manatt, Phelps & Phillips, LLC
McKesson
Medline Industries, Inc.
MLMIC
MPLT Healthcare LLC
National Grid
National Healing Corporation
New York State Department of Health
Nuance Communications
PMA Companies
Quorum Health Resources LLC
Rural Partners in Medicine LLC
Siemens Medical Solutions USA Inc.
SIS Merger Co.
SUNY Upstate Medical University
The Trane Company
Truebridge, Inc.
UKG Inc.
US Foods/Renzi Brothers Inc.
Varian Medical Systems
Veris Benefits Consortium
Weatherby Locums Inc.

**UST for the Northern District of NY**
Brenda Robie
Colleen Johnson
Erin Champion
Howard Poon
Kelly Griffith
Neidy Fuentes
Paige Irvine
Paula Barbaruolo
Rachel Sugrue
William K. Harrington

# EXHIBIT B

## Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

**None**

**Relationships in Unrelated Matters - Current**

**Debtors' Advisors**
Verrill Dana LLP

**Creditors**
National General Insurance
Nationwide Life Insurance Co.
Netflix
NRG Energy
Olympus Corporation
Optum Health
Organon LLC
Otis Elevator Company
Pepsi Cola
Pfizer, Inc
Polsinelli Pc
Resmed Corp
Roche Diagnostics Corporation
Sanofi Pasteur
Sherwin Williams
Siemens Financial Services Inc
Siemens Financial Services, Inc.
Siemens Healthcare Diagnostics
Spectrum
Stericycle Inc
Streck, Inc.
Stryker
Stryker Orthopaedics
Stryker Sales, LLC
Sunoco Inc
Takeda
Teleflex LLC
The Hartford
Time Warner Cable
Travelers
UMR
United Airlines
University Of Rochester
Verizon
Verizon Wireless
Wal Mart
Walgreens
Walmart
Wells Fargo Bank, N.A.
Wolters Kluwer
Xerox Corporation
Zimmer US Inc

**Official Creditors' Committee Attorneys**
Dentons

**Official Creditors' Committee Members**
Medline Industries, LP
Ovation Healthcare, Inc.

**Official Creditors' Committee Members' Attorneys**
DLA Piper
Norton Rose Fulbright
Togut, Segal & Segal LLP

**Secured Lenders' Attorneys**
Buchanan Ingersoll & Rooney PC

**Top Unsecured Creditors**
Johnson and Johnson Health Care
Labcorp of America Holdings
Manatt, Phelps & Phillips, LLC
McKesson
Medline Industries, Inc.
National Grid
Nuance Communications
Quorum Health Resources LLC
The Trane Company
Varian Medical Systems

**Relationships in Unrelated Matters - Former**

**Creditors**
Open Text Inc
Paragon 28, Inc
Pitney Bowes, Inc
Steris Corporation
Subway IP LLC (t/a Subway)
Unifirst Corporation
University Of Wisconsin
UPS
Velocityehs Inc.
Vyaire Medical Inc
Windstream Holding LLC
LLC
**Secured Lender**
M&T BANK

**Top Unsecured Creditors**
Change Healthcare