So Ordered.

Signed this 23 day of March, 2026.



*Wendy A. Kinsella*

_____

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>NORTH STAR HEALTH<br>ALLIANCE, INC., et al.[1]<br><br>              Debtors. | Chapter 11<br><br> Case No. 26-60099 (Main Case)<br>Jointly Administered<br>Case No. 26-30078<br>Case No. 26-30079<br>Case No. 26-60100 |

## <u>ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE</u>

Upon consideration of the motion (the "Motion") of Jeffrey K. Garfinkle seeking admission *pro hac vice* for the purpose of representing McKesson Corporation and its related corporate affiliates ("McKesson"), in this jointly administered bankruptcy case, it is hereby:

**ORDERED** that Jeffrey K. Garfinkle is admitted to appear *pro hac vice* as counsel to McKesson in this jointly administered bankruptcy case.

# ##

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).