**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

-------------------------------------------------------------------x

# UPDATED 13 WEEK CASH FLOW PROJECTIONS

**Related to**

**Debtors' Motion for Interim and Final Orders**
**Authorizing Use of Cash Collateral [Main Case Docket No. 13]**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**CONSOLIDATING STATEMENT**
**13-Week Cash Flow Projection**

| | WE 3/20/26 Budget | WE 3/20/26 Actual | WE 3/27/26 Budget | WE 4/3/26 Budget | WE 4/10/26 Budget | WE 4/17/26 Budget | WE 4/24/26 Budget | WE 5/1/26 Budget | WE 5/8/26 Budget | WE 5/15/26 Budget | WE 5/22/26 Budget | WE 5/29/26 Budget | WE 6.5.26 Budget | WE 6.12.26 Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 2,959,456 | 3,071,134 | 2,959,456 | 2,984,160 | 3,047,837 | 3,047,837 | 3,047,837 | 3,047,837 | 3,075,332 | 3,075,332 | 3,075,332 | 3,075,332 | 3,075,332 | 3,075,332 |
| Other Recurring Operating Revenue | | | | | | | | | | | | | | |
| Leased Employees | 2,000,000 | 2,000,000 | | 2,000,000 | 2,000,000 | 2,000,000 | | 2,000,000 | | 2,000,000 | | 2,000,000 | | 2,000,000 |
| GPO | | | | | | | | | | | | | | |
| **Non Operating** | | | | | | | | | | | | | | |
| VAPAP | | | | | | | | | | | | | | |
| VAP | | | | | | | | | | | | | | |
| FY25 DPT - Actual | | 1,700,000 | | | | | | | | | | | | |
| FY26 DPT - Actual | | 309,854 | | | | | | | | | | | | |
| NY DOH Funding | | | | | | | | | | | | | | |
| Intercompany Transfers In | 15,000 | 167,122 | | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Other Cash In-Flows | | | | | | | | | | | | | | |
| **Total Receipts** | 4,974,456 | 7,248,110 | 2,959,456 | 4,999,160 | 3,047,837 | 5,062,837 | 3,047,837 | 5,062,837 | 3,075,332 | 5,090,332 | 3,075,332 | 5,090,332 | 3,075,332 | 5,090,332 |
| Cash Receipts - Weekly Variance | | 2,273,654 | | | | | | | | | | | | |
| Cash Receipts - Weekly Variance - % | | 146% | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance | | 6,021,068 | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance - % | | 123% | | | | | | | | | | | | |
| Net AR | | 26,919,320 | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | |
| Salaries & Wages | 4,536,296 | 4,431,967 | 4,536,296 | 4,536,296 | 4,536,296 | 4,536,296 | 4,536,296 | 4,536,296 | 4,536,296 | 4,536,296 | 4,536,296 | 4,536,296 | 4,536,296 | 4,536,296 |
| Payroll Taxes | 378,007 | 369,360 | 378,007 | 378,007 | 378,007 | 378,007 | 378,007 | 378,007 | 378,007 | 378,007 | 378,007 | 378,007 | 378,007 | 378,007 |
| Fringe Benefits | 1,209,276 | 177,622 | 1,305,500 | 576,083 | 576,083 | 1,209,276 | 1,305,500 | 576,083 | 1,209,276 | 1,209,276 | 1,874,383 | 1,209,276 | 1,209,276 | 1,209,276 |
| Leased Employees - Ogdensburg (inc. all associated costs) | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 | 2,087,095 |
| Physician Fees | 140,000 | 347,004 | 164,000 | 435,000 | 140,000 | 140,000 | 140,000 | 489,000 | 140,000 | 140,000 | 140,000 | 459,000 | 140,000 | 140,000 |
| Purchased Services | 118,150 | 133,706 | 617,932 | 297,696 | 99,800 | 123,000 | 290,156 | 606,853 | 115,000 | 104,356 | 638,637 | 204,569 | 115,000 | 115,000 |
| Medical Supplies | 136,688 | 40,094 | 147,238 | 159,688 | 154,500 | 133,750 | 166,450 | 144,200 | 147,800 | 154,500 | 141,000 | 131,450 | 147,800 | 147,800 |
| Pharmacy Supplies | 279,000 | 346,677 | 305,000 | 279,000 | 279,000 | 279,000 | 310,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 |
| Insurance | 26,041 | 113,978 | | 352,839 | 9,628 | 10,000 | 26,041 | 26,041 | 10,000 | 304,570 | 26,041 | 10,000 | 304,570 | |
| Utilities | | | 479,174 | | | | 183,400 | 235,000 | | | 177,000 | 252,400 | | |
| Other Operating Expenses | 56,600 | 63,608 | 261,225 | 53,610 | 44,750 | 44,700 | 44,975 | 236,600 | 34,510 | 32,600 | 32,975 | 267,600 | 34,510 | 32,600 |
| Bankruptcy - Legal Expense | | | | | | | | | | | | | | |
| Bankruptcy - FA | | | | | | | | | | | | | | |
| Interest | | 4,162 | | | | | | | | | | | | |
| Equipment - Leases | | 21,694 | 116,525 | 69,690 | 1,000 | 2,700 | | 183,515 | 2,700 | 2,700 | 2,700 | 183,365 | 2,700 | 2,700 |
| Loans / Debt Principal Payments | | | | | | | | | | | | | | |
| Capital Purchases | | | | | | | | | | | | | | |
| Intercompany Transfers Out | 15,000 | 222,759 | | 15,000 | 15,000 | 15,000 | | 15,000 | | 15,000 | 15,000 | 15,000 | | 15,000 |
| **Total Cash Out** | 8,982,154 | 8,359,726 | 3,396,594 | 9,240,005 | 728,678 | 8,958,824 | 2,466,522 | 9,766,650 | 802,229 | 9,229,644 | 931,572 | 11,096,783 | 802,229 | 9,244,644 |
| Cash Disbursements - Weekly Variance | | (622,428) | | | | | | | | | | | | |
| Cash Disbursements - Weekly Variance - % | | -6.9% | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance | | (3,930,362) | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance - % | | 89% | | | | | | | | | | | | |
| **Net Cash Flow** | (4,007,698) | (1,111,617) | (437,138) | (4,240,845) | 2,319,159 | (3,895,987) | 581,315 | (4,703,813) | 2,273,103 | (4,139,312) | 2,143,760 | (6,006,451) | 2,273,103 | (4,154,312) |
| Cash Balance - Beginning of Period | 3,936,457 | 2,557,059 | 1,445,442 | 1,008,304 | (3,232,541) | (913,382) | (3,232,541) | (4,809,369) | (4,228,055) | (6,658,765) | (10,798,077) | (8,654,317) | (14,660,769) | (12,387,666) |
| Cash Balance - End of Period | (71,241) | 1,445,442 | 1,008,304 | (3,232,541) | (913,382) | (4,809,369) | (4,228,055) | (8,931,867) | (6,658,765) | (10,798,077) | (8,654,317) | (14,660,769) | (12,387,666) | (16,541,978) |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

These projections do not include certain cost reductions currently in the process of being implemented.

We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns.

We continue to experience issues related to receiving timely, accurate, and complete information from management.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:
1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**
1. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.
2. Budget starting cash balance on WE 3/20/26 tied to cash ending balance on WE 3/13/26.

**CARTHAGE AREA HOSPITAL**
**13-Week Cash Flow Projection**

*(All weekly periods show a Budget and an Actual column; only WE 3/20/26 has recorded Actuals. Budget figures are shown for each week; the single Actual column shown below is for WE 3/20/26.)*

### RECEIPTS

| Line Item | WE 3/20/26 Budget | WE 3/20/26 Actual | WE 3/27/26 | WE 4/3/26 | WE 4/10/26 | WE 4/17/26 | WE 4/24/26 | WE 5/1/26 | WE 5/8/26 | WE 5/15/26 | WE 5/22/26 | WE 5/29/26 | WE 6/5/26 | WE 6/12/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating** | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 2,767,519 | 2,719,990 | 2,767,519 | 2,797,322 | 2,860,999 | 2,860,999 | 2,860,999 | 2,860,999 | 2,887,868 | 2,887,868 | 2,887,868 | 2,887,868 | 2,887,868 | 2,887,868 |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leased Employees Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GPO | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non Operating** | | | | | | | | | | | | | | |
| VAPAP | | - | | | | | | | | | | | | |
| VAP | | - | | | | | | | | | | | | |
| FY25 DPT - Actual | | 1,700,000 | | | | | | | | | | | | |
| FY26 DPT - Actual | | - | | | | | | | | | | | | |
| NY DOH Funding | | 149,854 | | | | | | | | | | | | |
| Intercompany Transfers In | | 166,872 | | | | | | | | | | | | |
| Other Cash In-Flows | | - | | | | | | | | | | | | |
| **Total Receipts** | 2,767,519 | 4,736,716 | 2,767,519 | 2,797,322 | 2,860,999 | 2,860,999 | 2,860,999 | 2,860,999 | 2,887,868 | 2,887,868 | 2,887,868 | 2,887,868 | 2,887,868 | 2,887,868 |
| Cash Receipts - Weekly Variance | | 1,969,197 | | | | | | | | | | | | |
| Cash Receipts - Weekly Variance - % | | 171% | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance | | 4,211,063 | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance - % | | 123% | | | | | | | | | | | | |
| Net AR | | 25,800,042 | | | | | | | | | | | | |

### EXPENSES

| Line Item | WE 3/20/26 Budget | WE 3/20/26 Actual | WE 3/27/26 | WE 4/3/26 | WE 4/10/26 | WE 4/17/26 | WE 4/24/26 | WE 5/1/26 | WE 5/8/26 | WE 5/15/26 | WE 5/22/26 | WE 5/29/26 | WE 6/5/26 | WE 6/12/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries & Wages | 2,585,800 | 2,504,738 | 2,585,800 | 2,585,800 | 2,585,800 | 2,585,800 | 2,585,800 | 2,585,800 | 2,585,800 | 2,585,800 | 2,585,800 | 2,585,800 | 2,585,800 | 2,585,800 |
| Payroll Taxes | 214,200 | 207,485 | 214,200 | 214,200 | 214,200 | 214,200 | 214,200 | 214,200 | 214,200 | 214,200 | 214,200 | 214,200 | 214,200 | 214,200 |
| Fringe Benefits | 651,900 | 118,965 | 664,000 | 301,900 | 651,900 | 651,900 | 664,000 | 301,900 | 301,900 | 651,900 | 651,900 | 965,900 | 651,900 | 651,900 |
| Leased Employees - Ogdensburg (inc. all associated costs) | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 |
| Physician Fees | 140,000 | 338,628 | 164,000 | 401,000 | 140,000 | 140,000 | 140,000 | 425,000 | 140,000 | 140,000 | 140,000 | 425,000 | 140,000 | 140,000 |
| Purchased Services | 47,500 | 124,305 | 462,715 | 227,196 | 37,150 | 52,500 | 148,106 | 524,037 | 141,919 | 52,500 | 41,706 | 555,637 | 141,919 | 52,500 |
| Medical Supplies | 125,488 | 39,517 | 146,738 | 159,188 | 143,300 | 132,750 | 165,500 | 133,200 | 130,800 | 147,000 | 143,000 | 140,500 | 130,800 | 147,000 |
| Pharmacy Supplies | 279,000 | 346,677 | 305,000 | 279,000 | 279,000 | 279,000 | 298,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 |
| Insurance | 26,041 | 107,495 | 200,212 | 352,839 | 9,628 | 10,000 | 26,041 | | 10,000 | 304,570 | 26,041 | | 10,000 | 304,570 |
| Utilities | | | | 277,710 | | 18,800 | 174,500 | | | | 177,000 | 174,500 | | |
| Other Operating Expenses | 18,700 | 49,121 | 190,000 | 27,710 | 18,850 | 18,750 | 18,750 | 165,700 | 8,610 | 6,700 | 6,750 | 184,700 | 8,610 | 6,700 |
| Bankruptcy - Legal Expense | | | | | | | | | | | | | | |
| Bankruptcy - FA | | | | | | | | | | | | | | |
| Interest | | | | | | | | 174,715 | | | | 174,565 | | |
| Equipment - Leases | | 4,162 | 107,725 | 69,690 | 1,000 | 2,700 | 2,700 | | 2,700 | 2,700 | 2,700 | | 2,700 | 2,700 |
| Loans / Debt Principal Payments | | 21,694 | | | | | | | | | | | | |
| Capital Purchases | | | | | | | | | | | | | | |
| Intercompany Transfers Out | 15,000 | 160,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| **Total Cash Out** | 6,103,629 | 6,022,787 | 2,240,390 | 6,635,523 | 628,928 | 6,102,650 | 1,634,897 | 6,818,552 | 713,029 | 6,381,670 | 831,197 | 7,533,802 | 713,029 | 6,396,670 |
| Cash Disbursements - Weekly Variance | | (80,843) | | | | | | | | | | | | |
| Cash Disbursements - Weekly Variance - % | | -1.3% | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance | | (2,551,419) | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance - % | | 90% | | | | | | | | | | | | |
| **Net Cash Flow** | (3,336,110) | (1,286,071) | 527,129 | (3,838,201) | 2,232,071 | (3,241,651) | 1,226,102 | (3,957,553) | 2,174,839 | (3,493,802) | 2,056,671 | (4,645,934) | 2,174,839 | (3,508,802) |
| Cash Balance - Beginning of Period | 3,374,174 | 2,072,695 | 786,625 | 1,313,753 | (2,522,448) | (290,377) | (3,532,028) | (2,305,927) | (6,263,479) | (4,088,641) | (7,582,443) | (5,525,772) | (10,171,706) | (7,996,867) |
| Cash Balance - End of Period | 38,064 | 786,625 | 1,313,753 | (2,522,448) | (290,377) | (3,532,028) | (2,305,927) | (6,263,479) | (4,088,641) | (7,582,443) | (5,525,772) | (10,171,706) | (7,996,867) | (11,505,669) |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

These projections do not include certain cost reductions currently in the process of being implemented.

We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns. Carthage Net AR includes Carthage, Ogdensburg, and Meadowbrook.

We continue to experience issues related to receiving timely, accurate, and complete information from management.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**

1. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.
2. Budget starting cash balance on WE 3/20/26 tied to cash ending balance on WE 3/13/26.
3. Net Patient Service Revenue updated from 3/13 - 5/29/26 to reflect Medicare Rate Letter. New rates set as of 3/1/26 and old claims will reconcile through Medicare cost reports.

**CLAXTON-HEPBURN MEDICAL CENTER**
**13-Week Cash Flow Projection**

| | WE 3/20/26 Budget | WE 3/20/26 Actual | WE 3/27/26 Budget | WE 3/27/26 Actual | WE 4/3/26 Budget | WE 4/3/26 Actual | WE 4/10/26 Budget | WE 4/10/26 Actual | WE 4/17/26 Budget | WE 4/17/26 Actual | WE 4/24/26 Budget | WE 4/24/26 Actual | WE 5/1/26 Budget | WE 5/1/26 Actual | WE 5/8/26 Budget | WE 5/8/26 Actual | WE 5/15/26 Budget | WE 5/15/26 Actual | WE 5/22/26 Budget | WE 5/22/26 Actual | WE 5/29/26 Budget | WE 5/29/26 Actual | WE 6/5/26 Budget | WE 6/5/26 Actual | WE 6/12/26 Budget | WE 6/12/26 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Operating* | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 160,683 | 290,798 | 160,683 | - | 155,584 | - | 155,584 | - | 155,584 | - | 155,584 | - | 155,584 | - | 156,210 | - | 156,210 | - | 156,210 | - | 156,210 | - | 156,210 | - | 156,210 | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leased Employees Revenue - Ogdensburg & NSHA | 2,000,000 | 2,000,000 | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - | - | - | 2,000,000 | - |
| GPO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Non Operating* | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VAPAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NY DOH Funding | - | 150,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers In | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 2,160,683 | 2,440,798 | 160,683 | - | 2,155,584 | - | 155,584 | - | 2,155,584 | - | 155,584 | - | 2,155,584 | - | 156,210 | - | 2,156,210 | - | 156,210 | - | 2,156,210 | - | 156,210 | - | 2,156,210 | - |
| Cash Receipts - Weekly Variance | 280,115 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Weekly Variance - % | 113% | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance | 1,732,021 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance - % | 125% | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net AR | 1,119,278 | | | | | | | | | | | | | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | 1,939,350 | 1,915,916 | 1,939,350 | - | 1,939,350 | - | 1,939,350 | - | 1,939,350 | - | 1,939,350 | - | 1,939,350 | - | 1,939,350 | - | 1,939,350 | - | 1,939,350 | - | 1,939,350 | - | 1,939,350 | - | 1,939,350 | - |
| Payroll Taxes | 160,650 | 158,709 | 160,650 | - | 160,650 | - | 160,650 | - | 160,650 | - | 160,650 | - | 160,650 | - | 160,650 | - | 160,650 | - | 160,650 | - | 160,650 | - | 160,650 | - | 160,650 | - |
| Fringe Benefits | 556,681 | 57,875 | 641,500 | - | 273,488 | - | 556,681 | - | 556,681 | - | 641,500 | - | 273,488 | - | 556,681 | - | 556,681 | - | 907,788 | - | 556,681 | - | | | | |
| Leased Employees (inc. all associated costs) | - | 8,376 | - | - | 34,000 | - | - | - | - | - | - | - | 64,000 | - | - | - | - | - | - | - | 34,000 | - | - | - | - | - |
| Physician Fees | 70,650 | 9,401 | 155,217 | - | 70,500 | - | 62,650 | - | 70,500 | - | 142,050 | - | 82,817 | - | 62,650 | - | 62,500 | - | 62,650 | - | 83,000 | - | 62,650 | - | 62,500 | - |
| Purchased Services | 11,200 | 577 | 500 | - | 500 | - | 11,200 | - | 1,000 | - | 950 | - | 11,000 | - | 650 | - | 800 | - | 11,500 | - | 500 | - | 650 | - | 800 | - |
| Medical Supplies | - | 6,482 | - | - | - | - | - | - | - | - | 12,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pharmacy Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | 270,062 | - | - | - | - | - | - | - | - | - | 235,000 | - | - | - | - | - | - | - | 235,000 | - | - | - | - | - |
| Utilities | 37,900 | 14,487 | 71,225 | - | 25,900 | - | 25,900 | - | 25,900 | - | 26,225 | - | 70,900 | - | 25,900 | - | 25,900 | - | 26,225 | - | 82,900 | - | 25,900 | - | 25,900 | - |
| Other Operating Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Legal Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - FA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | 8,800 | - | - | - | - | - | - | - | - | - | 8,800 | - | - | - | - | - | - | - | 8,800 | - | - | - | - | - |
| Equipment - Leases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers Out | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Out** | 2,776,431 | 2,171,824 | 1,147,304 | - | 2,504,388 | - | 99,750 | - | 2,754,081 | - | 822,725 | - | 2,846,005 | - | 89,200 | - | 2,745,881 | - | 100,375 | - | 3,451,988 | - | 89,200 | - | 2,745,881 | - |
| Cash Disbursements - Weekly Variance | (604,607) | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Weekly Variance - % | -21.8% | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance | (1,389,979) | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance - % | 87% | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Net Cash Flow** | (615,748) | 268,974 | (986,621) | - | (348,804) | - | 55,834 | - | (598,497) | - | (667,141) | - | (690,421) | - | 67,010 | - | (589,671) | - | 55,835 | - | (1,295,778) | - | 67,010 | - | (589,671) | - |
| Cash Balance - Beginning of Period | 343,167 | 267,018 | 535,993 | - | (450,628) | - | (799,432) | - | (743,598) | - | (1,342,095) | - | (2,009,236) | - | (2,699,657) | - | (2,632,647) | - | (3,222,318) | - | (3,166,483) | - | (4,462,261) | - | (4,395,251) | - |
| Cash Balance - End of Period | (272,581) | 535,993 | (450,628) | - | (799,432) | - | (743,598) | - | (1,342,095) | - | (2,009,236) | - | (2,699,657) | - | (2,632,647) | - | (3,222,318) | - | (3,166,483) | - | (4,462,261) | - | (4,395,251) | - | (4,984,922) | - |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

These projections do not include certain cost reductions currently in the process of being implemented.

We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns.

We continue to experience issues related to receiving timely, accurate, and complete information from management.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**

1. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.
2. Budget starting cash balance on WE 3/20/26 tied to cash ending balance on WE 3/13/26.

**MEADOWBROOOK TERRACE INC.**
13-Week Cash Flow Projection

| | WE 3/20/26 Budget | WE 3/20/26 Actual | WE 3/27/26 Budget | WE 3/27/26 Actual | WE 4/3/26 Budget | WE 4/3/26 Actual | WE 4/10/26 Budget | WE 4/10/26 Actual | WE 4/17/26 Budget | WE 4/17/26 Actual | WE 4/24/26 Budget | WE 4/24/26 Actual | WE 5/1/26 Budget | WE 5/1/26 Actual | WE 5/8/26 Budget | WE 5/8/26 Actual | WE 5/15/26 Budget | WE 5/15/26 Actual | WE 5/22/26 Budget | WE 5/22/26 Actual | WE 5/29/26 Budget | WE 5/29/26 Actual | WE 6/5/26 Budget | WE 6/5/26 Actual | WE 6/12/26 Budget | WE 6/12/26 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 31,254 | 60,345 | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - |
| Other Recurring Operating Revenue | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Leased Employees | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Non Operating** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VAPAP | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VAP | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FY25 DPT - Actual | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FY26 DPT - Actual | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NY DOH Funding | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Intercompany Transfers In | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Cash In-Flows | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Receipts** | 31,254 | 60,345 | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - |
| Cash Receipts - Weekly Variance | | 29,091 | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Weekly Variance - % | | 193% | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance | | 57,734 | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance - % | | 127% | | | | | | | | | | | | | | | | | | | | | | | | |
| Net AR | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Payroll Taxes | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fringe Benefits | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Leased Employees - Carthage (inc. all associated costs) | 87,095 | 87,095 | | - | 87,095 | - | | - | 87,095 | - | | - | 87,095 | - | | - | 87,095 | - | | - | 87,095 | - | | - | 87,095 | - |
| Physician Fees | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Purchased Services | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medical Supplies & Other | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmacy Supplies | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Insurance | | | 8,900 | - | | | | | | | 8,900 | - | | | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | | | | | | | | | | 8,900 | - | | | | |
| Other Operating Expenses | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankruptcy - Legal Expense | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankruptcy - FA | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Equipment - Leases | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Loans / Debt Principal Payments | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Capital Purchases | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Intercompany Transfers Out | | 62,759 | | - | | | | | | | | | | | | | | | | | | | | | | |
| **Total Cash Out** | 87,095 | 149,854 | 8,900 | - | 87,095 | - | | - | 87,095 | - | 8,900 | - | 87,095 | - | | - | 87,095 | - | | - | 95,995 | - | | - | 87,095 | - |
| Cash Disbursements - Weekly Variance | | 62,759 | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Weekly Variance - % | | 72.1% | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance | | (11,434) | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance - % | | 96% | | | | | | | | | | | | | | | | | | | | | | | | |
| **Net Cash Flow** | (55,841) | (89,509) | 22,354 | - | (55,841) | - | 31,254 | - | (55,841) | - | 22,354 | - | (55,841) | - | 31,254 | - | (55,841) | - | 31,254 | - | (64,741) | - | 31,254 | - | (55,841) | - |
| Cash Balance - Beginning of Period | 204,161 | 204,161 | 114,653 | - | 137,007 | - | 81,166 | - | 112,420 | - | 56,579 | - | 78,933 | - | 23,092 | - | 54,346 | - | (1,495) | - | 29,759 | - | (34,982) | - | (3,728) | - |
| Cash Balance - End of Period | 148,320 | 114,653 | 137,007 | - | 81,166 | - | 112,420 | - | 56,579 | - | 78,933 | - | 23,092 | - | 54,346 | - | (1,495) | - | 29,759 | - | (34,982) | - | (3,728) | - | (59,569) | - |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

These projections do not include certain cost reductions currently in the process of being implemented.

We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns. Meadowbrook Net AR is included with Carthage.

We continue to experience issues related to receiving timely, accurate, and complete information from management.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:
1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**
1. Budget does not include any Bankruptcy professional expense as those expense have not been approved by the Court.
2. Budget starting cash balance on WE 3/20/26 tied to cash ending balance on WE 3/13/26.

**NORTH STAR HEALTH ALLIANCE**
**13-Week Cash Flow Projection**

| | WE 3/20/26 Budget | WE 3/20/26 Actual | WE 3/27/26 Budget | WE 4/3/26 Budget | WE 4/10/26 Budget | WE 4/17/26 Budget | WE 4/24/26 Budget | WE 5/1/26 Budget | WE 5/8/26 Budget | WE 5/15/26 Budget | WE 5/22/26 Budget | WE 5/29/26 Budget | WE 6/5/26 Budget | WE 6/12/26 Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | |
| Net Patient Service Revenue | | | | | | | | | | | | | | |
| Other Recurring Operating Revenue | | | | | | | | | | | | | | |
| Leased Employees Revenue | | | | | | | | | | | | | | |
| GPO | | | | | | | | | | | | | | |
| **Non Operating** | | | | | | | | | | | | | | |
| VAPAP | | | | | | | | | | | | | | |
| VAP | | | | | | | | | | | | | | |
| FY25 DPT - Actual | | | | | | | | | | | | | | |
| FY26 DPT - Actual | | | | | | | | | | | | | | |
| NY DOH Funding | | | | | | | | | | | | | | |
| Intercompany Transfers In | 15,000 | 10,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Other Cash In-Flows | | 250 | | | | | | | | | | | | |
| **Total Receipts** | 15,000 | 10,250 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Cash Receipts - Weekly Variance | | (15,000) | | | | | | | | | | | | |
| Cash Receipts - Weekly Variance - % | | 68% | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance | | 10,000 | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance - % | | 168% | | | | | | | | | | | | |
| Net AR | | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | |
| Salaries & Wages | 11,146 | 11,314 | 11,146 | 11,146 | 11,146 | 11,146 | 11,146 | 11,146 | 11,146 | 11,146 | 11,146 | 11,146 | 11,146 | 11,146 |
| Payroll Taxes | 3,157 | 3,166 | 3,157 | 3,157 | 3,157 | 3,157 | 3,157 | 3,157 | 3,157 | 3,157 | 3,157 | 3,157 | 3,157 | 3,157 |
| Fringe Benefits | 695 | 782 | 695 | 695 | 695 | 695 | 695 | 695 | 695 | 695 | 695 | 695 | 695 | 695 |
| Leased Employees - Ogdensburg (inc. all associated costs) | | | | | | | | | | | | | | |
| Physician Fees | | | | | | | | | | | | | | |
| Purchased Services | | | | | | | | | | | | | | |
| Medical Supplies | | | | | | | | | | | | | | |
| Pharmacy Supplies | | | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | | | |
| Other Operating Expenses | | | | | | | | | | | | | | |
| Bankruptcy - Legal Expense | | | | | | | | | | | | | | |
| Bankruptcy - FA | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | |
| Equipment - Leases | | | | | | | | | | | | | | |
| Loans / Debt Principal Payments | | | | | | | | | | | | | | |
| Capital Purchases | | | | | | | | | | | | | | |
| Intercompany Transfers Out | | | | | | | | | | | | | | |
| **Total Cash Out** | 14,998 | 15,262 | 14,998 | 14,998 | 14,998 | 14,998 | 14,998 | 14,998 | 14,998 | 14,998 | 14,998 | 14,998 | 14,998 | 14,998 |
| Cash Disbursements - Weekly Variance | | 263 | | | | | | | | | | | | |
| Cash Disbursements - Weekly Variance - % | | 1.8% | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance | | 22,470 | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance - % | | 150% | | | | | | | | | | | | |
| **Net Cash Flow** | 2 | (5,012) | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Cash Balance - Beginning of Period | 13,184 | 13,184 | 8,172 | 8,172 | 8,174 | 8,174 | 8,175 | 8,175 | 8,177 | 8,177 | 8,178 | 8,178 | 8,180 | 8,180 |
| Cash Balance - End of Period | 13,185 | 8,172 | 8,172 | 8,174 | 8,174 | 8,175 | 8,175 | 8,177 | 8,177 | 8,178 | 8,178 | 8,180 | 8,180 | 8,182 |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

These projections do not include certain cost reductions currently in the process of being implemented.

We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns.

We continue to experience issues related to receiving timely, accurate, and complete information from management.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:
1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**
1. Budget starting cash balance on WE 3/20/26 tied to cash ending balance on WE 3/13/26.