TOGUT, SEGAL & SEGAL LLP

ONE PENN PLAZA
NEW YORK, NEW YORK 10119
——
WWW.TOGUTLAWFIRM.COM
——
(212) 594-5000

FRANK A. OSWALD
(212) 201-5590
FRANKOSWALD@TEAMTOGUT.COM

March 25, 2026

**VIA ECF**
Hon. Wendy A. Kinsella
Chief U.S. Bankruptcy Court Judge
Northern District of New York
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, NY 13261

> Re: In re North Star Health Alliance, Inc., Chapter 11
> Case No. 26-60099-5-wak (Jointly Administered)

Dear Judge Kinsella:

As counsel to Ovation Healthcare f/k/a Quorum Health Resources ("Ovation Healthcare"), we write to you in connection with the *Motion by Ovation Healthcare (I) To Compel Compliance with the Ovation Services Agreements, (II) For Relief from the Automatic Stay, and (III) To Compel Assumption or Rejection of the Ovation Services Agreements* [Docket No. 140 (the "Ovation Motion"), filed on March 11, 2026.

The Ovation Motion is scheduled to be considered during a hearing on April 1, 2026 at 10:00 a.m. The deadline to oppose the Ovation Motion (the "Objection Deadline") is March 25, 2026. *See* Docket No. 146.

Based upon the requests from counsel for the Debtors and counsel for the Creditors' Committee, Ovation Healthcare has agreed to extend the Objection Deadline to Friday, March 27, 2026 at 4:00 p.m. There has been no prior request for an adjournment of the Objection Deadline made to this Court.

TOGUT, SEGAL & SEGAL LLP

Hon. Wendy A. Kinsella
March 25, 2026
Page 2

Thank you for your consideration of this matter.

Respectfully,

TOGUT, SEGAL & SEGAL LLP
By:
/s/ Frank A. Oswald

Frank A. Oswald
A Member of the Firm

cc:  Erin T. Champion (erin.champion@usdoj.gov) (*via e-mail*)
Jeffrey A. Dove (jdove@barclaydamon.com) (*via e-mail*)
Janice B. Grubin (jgrubin@barclaydamon.com) (*via e-mail*)
Andrew C. Helman (andrew.helman@dentons.com) (*via e-mail*)
Lauren M. Macksoud (lauren.macksoud@dentons.com) (*via e-mail*)
Kyle D. Smith (kyle.d.smith@dentons.com) (*via e-mail*)
Henry Thomas (henry.thomas@dentons.com) (*via e-mail*)

**GRANTED**

So Ordered this 25th day
of March, 2026

Honorable Wendy A. Kinsella
United States Bankruptcy Judge