# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

**CHAMBERS OF THE**
**Honorable Wendy A. Kinsella**
**U.S. BANKRUPTCY JUDGE**

To:         Cynthia L. Hegarty, Esq. (via mail)
From:       Chambers / Kelly C. Griffith, Esq.
Date:       March 25, 2026

Re:         In re North Star Health Alliance, Inc. et al., Debtors.
            Case No. 26-60099
            Motion For Admission to Practice Pro Hac Vice ("Motion" at Doc. 177).

The Court has received your Motion in the above referenced case.  The Court declines to consider the Motion for one or more of the following reason(s) as noted:

☑       Failure to comply with Local Bankruptcy Rule 2014-2(b)(1)(C).  A Motion for Limited Admission – Pro Hac Vice.  The Motion does not contain an original Certificate of Good Standing **dated within six (6) months of the date of the Motion**.

Counsel is directed to file a supplement to the Motion with an original Certificate of Good Standing dated within six (6) months of the date of the Motion.  Additionally, Counsel should note the required fee is due **prior to** an order granting the Motion being entered.  Absent correction of the above by **April 17, 2026**, or a written request for an extension of time, and payment of the required fee, the Motion may be denied or a conference may be scheduled.

**\*If this memorandum was sent due to a service issue, you will need to re-serve the motion, file and serve an amended notice of hearing specifying a new hearing date, and file proof of such service. DO NOT FILE A NEW MOTION. File the amended notice as *(Bankruptcy > Notices > Notice of Hearing on Default Motion) or (Bankruptcy > Notices > Notice of Hearing)*.**