**United States Bankruptcy Court
Northern District of New York
All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: In re North Star Health Alliance, Inc., et al.

Case No.: 26-60099-5-wak

Division: Syracuse

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: ____140____

    Reason for Adjournment Request: Permit additional time for Debtors' discussions with the State

    Original Return Date of Motion: April 1, 2026

    Number of prior adjournment request that have been made ___0___

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: April 1, 2026

Requested Adjourned Hearing Date: April 15, 2026

Requesting Attorney's Name, Office Address, Phone <u>and</u> Email Address:
    Frank A. Oswald
    Togut, Segal & Segal LLP
    One Penn Plaza, Suite 3335, New York, NY 10119
    Tel.: (212) 594-5000  frankoswald@teamtogut.com

Consent of All Parties Obtained?  ☒ Yes ☐ No - *Absent compelling reasons,
adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior
to the Hearing</u>.  When E-Filing, This Form Must Be Linked to the
<u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)