**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099-5-wak |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30078 |
| | : Case No. 26-30079 |
| | : Case No. 26-60100 |

-------------------------------------------------------------------x

### DEBTORS' *EX PARTE* MOTION FOR AUTHORIZATION FOR THEIR REPRESENTATIVES TO BRING PERSONAL ELECTRONIC DEVICES INTO COURTHOUSE AND TO USE SAME IN ACCORDANCE WITH GENERAL ORDER #26 DATED OCTOBER 1, 2021

North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), move this Court for an order authorizing their counsel and representatives listed below to bring Personal Electronic Devices (as defined in General Order #26 described below) into the United States Courthouse for the Northern District of New York, Rochester Division, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York 13202, and to use such Personal Electronic Devices in accordance with the terms of the then United States District Court Chief Judge Glenn T. Suddaby's General Order #26 dated October 1, 2021, as it may be amended, for all hearings in the above captioned bankruptcy cases, including any adversary proceedings.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

19474968.1

| Attorneys | Devices |
|---|---|
| Jeffrey A. Dove, Esq. | Phones, laptops, and tablets |
| Janice B. Grubin, Esq. | Phones, laptops, and tablets |
| Ilan Markus, Esq. | Phones, laptops, and tablets |
| Allen J. Underwood II, Esq. | Phones, laptops, and tablets |
| Andrew R. Manzer, TURN Leadership Solutions, LLC | Phones, laptops, and tablets |
| James Porter, Accordion Partners, LLC | Phones, laptops, and tablets |
| Jenna Birkhold | Phones, laptops, and tablets |
| Seth Merksamer | Phones, laptops, and tablets |
| Kara Borodkin | Phones, laptops, and tablets |

Dated:  March 27, 2026
      New York, New York

**BARCLAY DAMON LLP**
*Proposed Counsel for Debtors and
Debtors-In-Possession*

By:   */s/Janice B. Grubin*
Janice B. Grubin
Jeffrey A. Dove
Ilan Markus (admitted *pro hac vice*)
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Janice B. Grubin:
(212) 784-5808; jgrubin@barclaydamon.com
Jeffrey A. Dove:
(315) 413-7112; jdove@barclaydamon.com
Ilan Markus:
(203) 672-2661; imarkus@barclaydamon.com

19474968.1

2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[2] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

-------------------------------------------------------------------x

### ORDER AUTHORIZING BRINGING OF PERSONAL ELECTRONIC DEVICES INTO COURTHOUSE AND USE OF SAME IN ACCORDANCE WITH GENERAL ORDER #26 DATED OCTOBER 1, 2021

Upon the *ex parte* motion of North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for authorization for its counsel and representatives to bring personal electronic devices into courthouse and to use same in accordance with General Order #26 dated October 1, 2021 (the "Motion"); it appearing that this Court has jurisdiction to

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

19474968.1

consider the Motion and the relief requested therein; due notice of the Motion having been given under the circumstances; upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the following attorneys and representatives of Debtors are authorized to bring the personal electronic devices listed below into the courthouse of the United States District Court for the Northern District of New York, Syracuse Division, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York, and to use the same in accordance with the terms of the United States District Court Chief Judge Glenn T. Suddaby's General Order #26 dated October 1, 2021, as it may be amended, during all hearings in the above captioned bankruptcy case, including any adversary proceedings.

| Attorneys | Devices |
|---|---|
| Jeffrey A. Dove, Esq. | Phones, laptops, and tablets |
| Janice B. Grubin, Esq. | Phones, laptops, and tablets |
| Ilan Markus, Esq. | Phones, laptops, and tablets |
| Allen J. Underwood II, Esq. | Phones, laptops, and tablets |
| Andrew R. Manzer, TURN Leadership Solutions, LLC | Phones, laptops, and tablets |
| James Porter, Accordion Partners, LLC | Phones, laptops, and tablets |
| Jenna Birkhold | Phones, laptops, and tablets |
| Seth Merksamer | Phones, laptops, and tablets |
| Kara Borodkin | Phones, laptops, and tablets |

**ORDERED**, that this Court shall retain jurisdiction to determine all matters arising from implementation of this Order.

# # #

2

19474968.1