**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099-5-wak |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30078 |
| | : Case No. 26-30079 |
| | : Case No. 26-60100 |

-------------------------------------------------------------------x

**DEBTORS' AMENDED *EX PARTE* MOTION FOR AUTHORIZATION
FOR THEIR REPRESENTATIVES TO BRING PERSONAL ELECTRONIC
DEVICES INTO COURTHOUSE AND TO USE SAME IN ACCORDANCE
WITH GENERAL ORDER #26 DATED OCTOBER 1, 2021**

North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), move this Court for an order authorizing their counsel and representatives listed below to bring Personal Electronic Devices (as defined in General Order #26 described below) into the United States Courthouse for the Northern District of New York, Rochester Division, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York 13202, and to use such Personal Electronic Devices in accordance with the terms of the then United States District Court Chief Judge Glenn T. Suddaby's General Order #26 dated October 1, 2021, as it may be amended, for all hearings in the above captioned bankruptcy cases, including any adversary proceedings.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

19474968.1

| Attorneys | Devices |
|---|---|
| Jeffrey A. Dove, Esq., Barclay Damon LLP, proposed counsel for Debtors | Phones, laptops, and tablets |
| Janice B. Grubin, Esq., Barclay Damon LLP, proposed counsel for Debtors | Phones, laptops, and tablets |
| Ilan Markus, Esq., Barclay Damon LLP, proposed counsel for Debtors | Phones, laptops, and tablets |
| Allen J. Underwood II, Esq., Barclay Damon LLP, proposed counsel for Debtors | Phones, laptops, and tablets |
| Andrew R. Manzer, Chief Executive Officer | Phones, laptops, and tablets |
| James Porter, Senior Managing Director, Accordion Partners, LLC, proposed financial and restructuring advisor for Debtors | Phones, laptops, and tablets |
| Jenna Birkhold, Senior Director, Accordion Partners, LLC, proposed financial and restructuring advisor for Debtors | Phones, laptops, and tablets |
| Seth Merksamer, Director, Accordion Partners, LLC, proposed financial and restructuring advisor for Debtors | Phones, laptops, and tablets |
| Kara Borodkin, Vice President, Turnaround & Restructuring Practice, Accordion Partners, LLC, proposed financial and restructuring advisor for Debtors | Phones, laptops, and tablets |

Dated: March 30, 2026
      New York, New York

**BARCLAY DAMON LLP**
*Proposed Counsel for Debtors and Debtors-In-Possession*

By:   */s/Janice B. Grubin*
Janice B. Grubin
Jeffrey A. Dove
Ilan Markus (admitted *pro hac vice*)
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Janice B. Grubin:
(212) 784-5808; jgrubin@barclaydamon.com
Jeffrey A. Dove:
(315) 413-7112; jdove@barclaydamon.com
Ilan Markus:
(203) 672-2661; imarkus@barclaydamon.com

19474968.1
2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[2] | : Case No. 26-60099-5-wak |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30078 |
| | : Case No. 26-30079 |
| | : Case No. 26-60100 |

---------------------------------------------------------------------x

**ORDER AUTHORIZING BRINGING OF PERSONAL ELECTRONIC
DEVICES INTO COURTHOUSE AND USE OF SAME IN ACCORDANCE
WITH GENERAL ORDER #26 DATED OCTOBER 1, 2021**

Upon the *ex parte* motion and amended *ex parte* motion of North Star Health Alliance, Inc.

("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc.

("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and

debtors-in-possession (collectively, the "Debtors") for authorization for its counsel and

representatives to bring personal electronic devices into courthouse and to use same in accordance

with General Order #26 dated October 1, 2021 (the "Motion"); it appearing that this Court has

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

19474968.1

jurisdiction to consider the Motion and the relief requested therein; due notice of the Motion having been given under the circumstances; upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the following attorneys and representatives of Debtors are authorized to bring the personal electronic devices listed below into the courthouse of the United States District Court for the Northern District of New York, Syracuse Division, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York, and to use the same in accordance with the terms of the United States District Court Chief Judge Glenn T. Suddaby's General Order #26 dated October 1, 2021, as it may be amended, during all hearings in the above captioned bankruptcy case, including any adversary proceedings.

| Attorneys | Devices |
|---|---|
| Jeffrey A. Dove, Esq. | Phones, laptops, and tablets |
| Janice B. Grubin, Esq. | Phones, laptops, and tablets |
| Ilan Markus, Esq. | Phones, laptops, and tablets |
| Allen J. Underwood II, Esq. | Phones, laptops, and tablets |
| Andrew R. Manzer, TURN Leadership Solutions, LLC | Phones, laptops, and tablets |
| James Porter, Senior Managing Director of Accordion Partners, LLC, proposed financial and restructuring advisors for Debtors | Phones, laptops, and tablets |
| Jenna Birkhold, Senior Director of Accordion Partners, LLC, proposed financial and restructuring advisors for Debtors | Phones, laptops, and tablets |
| Seth Merksamer, Director of Accordion Partners, LLC, proposed financial and restructuring advisors for Debtors | Phones, laptops, and tablets |
| Kara Borodkin, Vice President, Turnaround & Restructuring Practice, of Accordion Partners, LLC, proposed financial and restructuring advisors for Debtors | Phones, laptops, and tablets |

**ORDERED**, that this Court shall retain jurisdiction to determine all matters arising from implementation of this Order.

# # #

2

19474968.1