**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

-------------------------------------------------------------------x


# UPDATED 13 WEEK CASH FLOW PROJECTIONS


**Related to**


**Debtors' Motion for Interim and Final Orders**
**Authorizing Use of Cash Collateral [Main Case Docket No. 13]**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**CONSOLIDATING STATEMENT**
**13-Week Cash Flow Projection**

| Line Item | WE 3/27/26 Budget | WE 3/27/26 Actual | WE 4/3/26 Budget | WE 4/10/26 Budget | WE 4/17/26 Budget | WE 4/24/26 Budget | WE 5/1/26 Budget | WE 5/8/26 Budget | WE 5/15/26 Budget | WE 5/22/26 Budget | WE 5/29/26 Budget | WE 6.5.26 Budget | WE 6.12.26 Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | |
| Net Patient Service Revenue | 2,959,456 | 2,561,558 | 2,984,160 | 3,047,837 | 3,047,837 | 3,047,837 | 3,047,837 | 3,075,332 | 3,075,332 | 3,075,332 | 3,075,332 | 3,075,332 | 3,075,332 |
| Other Recurring Operating Revenue | | | | | | | | | | | | | |
| Leased Employees | | | 2,000,000 | | 2,000,000 | | 2,000,000 | | 2,000,000 | | 2,000,000 | | 2,000,000 |
| GPO | | | | | | | | | | | | | |
| **Non Operating** | | | | | | | | | | | | | |
| VAPAP | | | | | | | | | | | | | |
| VAP | | | | | | | | | | | | | |
| FY25 DPT - Actual | | | | | | | | | | | | | |
| FY26 DPT - Actual | | | | | | | | | | | | | |
| NY DOH Funding | | | | 3,750,000 | 3,750,000 | | | | | | | | |
| Intercompany Transfers In | | 1,294,277 | 15,000 | | 15,000 | | 15,000 | | 15,000 | | 15,000 | | 15,000 |
| Other Cash In-Flows | | 105,000 | | | | | | | | | | | |
| **Total Receipts** | 2,959,456 | 3,960,835 | 4,999,160 | 6,797,837 | 8,812,837 | 3,047,837 | 5,062,837 | 3,075,332 | 5,090,332 | 3,075,332 | 5,090,332 | 3,075,332 | 5,090,332 |
| Cash Receipts - Weekly Variance | | 1,001,379 | | | | | | | | | | | |
| Cash Receipts - Weekly Variance - % | | 134% | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance | | 7,022,448 | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance - % | | 124% | | | | | | | | | | | |
| Net AR | | 27,818,966 | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| Salaries & Wages | | 1,458 | 4,431,799 | | 4,536,296 | | 4,536,296 | | 4,536,296 | | 4,536,296 | | 4,536,296 |
| Payroll Taxes | | 259 | 369,351 | | 378,007 | | 378,007 | | 378,007 | | 378,007 | | 378,007 |
| Fringe Benefits | 1,355,500 | 614,723 | 1,776,083 | | 1,209,276 | 1,305,500 | 576,083 | | 1,209,276 | | 1,874,383 | | 1,209,276 |
| Leased Employees - Ogdensburg (inc. all associated costs) | | | 2,087,095 | | 2,087,095 | | 2,087,095 | | 2,087,095 | | 2,087,095 | | 2,087,095 |
| Physician Fees | 164,000 | 211,534 | | 575,000 | 140,000 | 140,000 | 489,000 | 140,000 | 140,000 | 140,000 | 459,000 | 140,000 | 140,000 |
| Purchased Services | 621,932 | 244,584 | | 397,496 | 123,000 | 290,156 | 606,853 | 204,569 | 115,000 | 104,356 | 638,637 | 204,569 | 115,000 |
| Medical Supplies | 147,238 | 91,198 | | 314,188 | 133,750 | 166,450 | 144,200 | 131,450 | 147,800 | 154,500 | 141,000 | 131,450 | 147,800 |
| Pharmacy Supplies | 405,000 | 274,453 | | 558,000 | 279,000 | 310,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 |
| Insurance | 26,041 | 268,461 | | 19,628 | 10,000 | 26,041 | | 10,000 | 304,570 | 26,041 | | 10,000 | 304,570 |
| Utilities | 479,174 | | | 329,674 | | 183,400 | 235,000 | | 252,400 | 177,000 | 252,400 | | |
| Other Operating Expenses | 285,225 | 37,343 | | 98,360 | 44,700 | 44,975 | 236,600 | 34,510 | 32,600 | 32,975 | 267,600 | 34,510 | 32,600 |
| Bankruptcy - Debtors Counsel & FA | | | | 315,000 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 |
| Bankruptcy - UCC Counsel & FA | | | | 75,000 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 |
| Bankruptcy - US Trustee Fees | | | | 125,000 | 62,500 | 62,500 | 20,833 | 20,833 | 20,833 | 37,500 | 20,833 | 20,833 | 20,833 |
| Bankruptcy - Other | | | | 32,500 | 16,250 | 16,250 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| Equipment - Leases | 116,525 | 87,888 | | 70,690 | 2,700 | | 183,515 | 2,700 | 2,700 | 2,700 | 183,365 | 2,700 | |
| Loans / Debt Principal Payments | | 13,854 | | | | | | | | | | | |
| Capital Purchases | | | | | | | | | | | | | |
| Intercompany Transfers Out | | | 15,000 | | 15,000 | | 15,000 | | | | | | 15,000 |
| **Total Cash Out** | 3,600,636 | 1,845,756 | 9,022,168 | 2,910,536 | 9,232,574 | 2,740,272 | 9,988,983 | 1,024,563 | 9,451,978 | 1,153,906 | 11,319,116 | 1,024,563 | 9,466,978 |
| Cash Disbursements - Weekly Variance | | (1,754,879) | | | | | | | | | | | |
| Cash Disbursements - Weekly Variance - % | | -48.7% | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance | | (5,685,241) | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance - % | | 86% | | | | | | | | | | | |
| **Net Cash Flow** | (641,180) | 2,115,079 | (4,023,008) | 3,887,301 | (419,737) | 307,565 | (4,926,146) | 2,050,769 | (4,361,646) | 1,921,426 | (6,228,784) | 2,050,769 | (4,376,646) |
| Cash Balance - Beginning of Period | 1,445,442 | 1,445,442 | 3,560,521 | (462,486) | 3,424,814 | 3,005,077 | 3,312,641 | (1,613,505) | 437,265 | (3,924,381) | (2,002,955) | (8,231,739) | (6,180,970) |
| Cash Balance - End of Period | 804,263 | 3,560,521 | (462,486) | 3,424,814 | 3,005,077 | 3,312,641 | (1,613,505) | 437,265 | (3,924,381) | (2,002,955) | (8,231,739) | (6,180,970) | (10,557,616) |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

These projections do not include certain cost reductions currently in the process of being implemented.

We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns.

We continue to experience issues related to receiving timely, accurate, and complete information from management.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.

2. Pursuing DIP financing to address cash shortfall.

3. Evaluating organizational downsizing to reduce cash demands on organization.

**CARTHAGE AREA HOSPITAL**
**13-Week Cash Flow Projection**

| | WE 3/27/26 Budget | WE 3/27/26 Actual | WE 4/3/26 Budget | WE 4/3/26 Actual | WE 4/10/26 Budget | WE 4/10/26 Actual | WE 4/17/26 Budget | WE 4/17/26 Actual | WE 4/24/26 Budget | WE 4/24/26 Actual | WE 5/1/26 Budget | WE 5/1/26 Actual | WE 5/8/26 Budget | WE 5/8/26 Actual | WE 5/15/26 Budget | WE 5/15/26 Actual | WE 5/22/26 Budget | WE 5/22/26 Actual | WE 5/29/26 Budget | WE 5/29/26 Actual | WE 6.5.26 Budget | WE 6.5.26 Actual | WE 6.12.26 Budget | WE 6.12.26 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 2,767,519 | 2,147,797 | 2,797,322 | - | 2,860,999 | - | 2,860,999 | - | 2,860,999 | - | 2,860,999 | - | 2,887,868 | - | 2,887,868 | - | 2,887,868 | - | 2,887,868 | - | 2,887,868 | - | 2,887,868 | - |
| Other Recurring Operating Revenue | | | | | | | | | | | | | | | | | | | | | | | | |
| Leased Employees Revenue | | | | | | | | | | | | | | | | | | | | | | | | |
| GPO | | | | | | | | | | | | | | | | | | | | | | | | |
| **Non Operating** | | | | | | | | | | | | | | | | | | | | | | | | |
| VAPAP | | | | | | | | | | | | | | | | | | | | | | | | |
| VAP | | | | | | | | | | | | | | | | | | | | | | | | |
| FY25 DPT - Actual | | | | | | | | | | | | | | | | | | | | | | | | |
| FY26 DPT - Actual | | | | | | | | | | | | | | | | | | | | | | | | |
| NY DOH Funding | | | | | 3,750,000 | | 3,750,000 | | | | | | | | | | | | | | | | | |
| Intercompany Transfers In | | 1,294,277 | | | | | | | | | | | | | | | | | | | | | | |
| Other Cash In-Flows | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Receipts** | 2,767,519 | 3,442,074 | 2,797,322 | - | 6,610,999 | - | 6,610,999 | - | 2,860,999 | - | 2,860,999 | - | 2,887,868 | - | 2,887,868 | - | 2,887,868 | - | 2,887,868 | - | 2,887,868 | - | 2,887,868 | - |
| Cash Receipts - Weekly Variance | | 674,555 | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Weekly Variance - % | | 124% | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance | | 4,885,618 | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance - % | | 123% | | | | | | | | | | | | | | | | | | | | | | |
| Net AR | | 26,385,790 | | | | | | | | | | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | | | 2,504,738 | | | | 2,585,800 | | | | 2,585,800 | | | | 2,585,800 | | | | 2,585,800 | | | | 2,585,800 | |
| Payroll Taxes | | | 207,485 | | | | 214,200 | | | | 214,200 | | | | 214,200 | | | | 214,200 | | | | 214,200 | |
| Fringe Benefits | 714,000 | 273,822 | 901,900 | | | | 651,900 | | 664,000 | | 301,900 | | | | 651,900 | | | | 965,900 | | | | 651,900 | |
| Leased Employees - Ogdensburg (inc. all associated costs) | | | 2,000,000 | | | | 2,000,000 | | | | 2,000,000 | | | | 2,000,000 | | | | 2,000,000 | | | | 2,000,000 | |
| Physician Fees | 164,000 | 179,124 | | | 541,000 | | 140,000 | | 140,000 | | 425,000 | | 140,000 | | 140,000 | | 140,000 | | 425,000 | | 140,000 | | 140,000 | |
| Purchased Services | 466,715 | 244,584 | | | 264,346 | | 52,500 | | 148,106 | | 524,037 | | 141,919 | | 52,500 | | 41,706 | | 555,637 | | 141,919 | | 52,500 | |
| Medical Supplies | 146,738 | 91,198 | | | 302,488 | | 132,750 | | 165,500 | | 133,200 | | 130,800 | | 147,000 | | 143,000 | | 140,500 | | 130,800 | | 147,000 | |
| Pharmacy Supplies | 405,000 | 274,453 | | | 558,000 | | 279,000 | | 298,000 | | 279,000 | | 279,000 | | 279,000 | | 279,000 | | 279,000 | | 279,000 | | 279,000 | |
| Insurance | 26,041 | 268,461 | 342,839 | | 19,628 | | 10,000 | | 26,041 | | 10,000 | | 10,000 | | 304,570 | | 26,041 | | 10,000 | | 10,000 | | 304,570 | |
| Utilities | 200,212 | | | | 105,712 | | | | 174,500 | | | | | | 8,500 | | 177,000 | | | | | | 8,500 | |
| Other Operating Expenses | 202,000 | 9,775 | | | 46,560 | | 18,800 | | 18,750 | | 165,700 | | 8,610 | | 6,700 | | 6,750 | | 184,700 | | 8,610 | | 6,700 | |
| Bankruptcy - Debtors Counsel & FA | | | | | 315,000 | | 157,500 | | 157,500 | | 157,500 | | 157,500 | | 157,500 | | 157,500 | | 157,500 | | 157,500 | | 157,500 | |
| Bankruptcy - UCC Counsel & FA | | | | | 75,000 | | 37,500 | | 37,500 | | 37,500 | | 37,500 | | 37,500 | | 37,500 | | 37,500 | | 37,500 | | 37,500 | |
| Bankruptcy - US Trustee Fees | | | | | 125,000 | | 62,500 | | 62,500 | | 20,833 | | 20,833 | | 20,833 | | 20,833 | | 20,833 | | 20,833 | | 20,833 | |
| Bankruptcy - Other | | | | | 32,500 | | 16,250 | | 16,250 | | 6,500 | | 6,500 | | 6,500 | | 6,500 | | 6,500 | | 6,500 | | 6,500 | |
| Interest | 107,725 | 87,888 | | | 70,690 | | 2,700 | | | | 174,715 | | 2,700 | | | | 2,700 | | 174,565 | | 2,700 | | | |
| Equipment - Leases | | 13,854 | | | | | | | | | | | | | | | | | | | | | | |
| Loans / Debt Principal Payments | | | | | | | | | | | | | | | | | | | | | | | | |
| Capital Purchases | | | | | | | | | | | | | | | | | | | | | | | | |
| Intercompany Transfers Out | | | 15,000 | | | | 15,000 | | | | 15,000 | | | | 15,000 | | 15,000 | | 15,000 | | | | 15,000 | |
| **Total Cash Out** | 2,432,432 | 1,443,160 | 5,971,962 | | 2,455,924 | | 6,376,400 | | 1,908,647 | | 7,040,885 | | 935,363 | | 6,604,003 | | 1,053,531 | | 7,756,135 | | 935,363 | | 6,619,003 | |
| Cash Disbursements - Weekly Variance | | (989,272) | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Weekly Variance - % | | -40.7% | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance | | (3,540,692) | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance - % | | 88% | | | | | | | | | | | | | | | | | | | | | | |
| **Net Cash Flow** | 335,087 | 1,998,914 | (3,174,640) | | 4,155,075 | | 234,599 | | 952,352 | | (4,179,886) | | 1,952,505 | | (3,716,135) | | 1,834,337 | | (4,868,267) | | 1,952,505 | | (3,731,135) | |
| **Cash Balance - Beginning of Period** | 786,625 | 786,625 | 2,785,539 | | (389,101) | | 3,765,974 | | 4,000,573 | | 4,952,924 | | 773,038 | | 2,725,544 | | (990,592) | | 843,746 | | (4,024,522) | | (2,072,016) | |
| **Cash Balance - End of Period** | 1,121,712 | 2,785,539 | (389,101) | | 3,765,974 | | 4,000,573 | | 4,952,924 | | 773,038 | | 2,725,544 | | (990,592) | | 843,746 | | (4,024,522) | | (2,072,016) | | (5,803,151) | |

**Notes:**
The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.
These projections do not include certain cost reductions currently in the process of being implemented.
We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns. Carthage Net AR includes Carthage, Ogdensburg, and Meadowbrook.
We continue to experience issues related to receiving timely, accurate, and complete information from management.
To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:
1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**
1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.
2. Budget starting cash balance on WE 4/3/26 tied to cash ending balance on WE 3/27/26.
3. Net Patient Service Revenue updated from 3/13 - 5/29/26 to reflect Medicare Rate Letter. New rates set as of 3/1/26 and old claims will reconcile through Medicare cost reports.

**NORTH STAR HEALTH ALLIANCE**
**13-Week Cash Flow Projection**

| | WE 3/27/26 | | WE 4/3/26 | | WE 4/10/26 | | WE 4/17/26 | | WE 4/24/26 | | WE 5/1/26 | | WE 5/8/26 | | WE 5/15/26 | | WE 5/22/26 | | WE 5/29/26 | | WE 6/5/26 | | WE 6/12/26 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual |
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leased Employees Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GPO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non Operating** | | | | | | | | | | | | | | | | | | | | | | | | |
| VAPAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NY DOH Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers In | 15,000 | - | 15,000 | - | | | 15,000 | - | | | 15,000 | - | | | 15,000 | - | | | 15,000 | - | | | 15,000 | - |
| Other Cash In-Flows | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 15,000 | - | 15,000 | - | | - | 15,000 | - | | - | 15,000 | - | | - | 15,000 | - | | - | 15,000 | - | | - | 15,000 | - |
| Cash Receipts - Weekly Variance | | - | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Weekly Variance - % | | 0% | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Receipts - Cumulative Variance** | | 10,000 | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Receipts - Cumulative Variance - %** | | 168% | | | | | | | | | | | | | | | | | | | | | | |
| Net AR | | - | | | | | | | | | | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | - | 1,458 | 11,146 | - | - | - | 11,146 | - | - | - | 11,146 | - | - | - | 11,146 | - | - | - | 11,146 | - | - | - | 11,146 | - |
| Payroll Taxes | - | 259 | 3,157 | - | - | - | 3,157 | - | - | - | 3,157 | - | - | - | 3,157 | - | - | - | 3,157 | - | - | - | 3,157 | - |
| Fringe Benefits | - | 138 | 695 | - | - | - | 695 | - | - | - | 695 | - | - | - | 695 | - | - | - | 695 | - | - | - | 695 | - |
| Leased Employees - Ogdensburg (inc. all associated costs) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Physician Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purchased Services | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medical Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pharmacy Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Debtors Counsel & FA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - UCC Counsel & FA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment - Leases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers Out | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Out** | - | 1,855 | 14,998 | - | - | - | 14,998 | - | - | - | 14,998 | - | - | - | 14,998 | - | - | - | 14,998 | - | - | - | 14,998 | - |
| Cash Disbursements - Weekly Variance | | 1,855 | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Weekly Variance - % | | 0.0% | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Disbursements - Cumulative Variance** | | 24,325 | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Disbursements - Cumulative Variance - %** | | 154% | | | | | | | | | | | | | | | | | | | | | | |
| **Net Cash Flow** | - | (1,855) | 2 | - | - | - | 2 | - | - | - | 2 | - | - | - | 2 | - | - | - | 2 | - | - | - | 2 | - |
| Cash Balance - Beginning of Period | 8,172 | 8,172 | 6,317 | - | 6,318 | - | 6,318 | - | 6,320 | - | 6,320 | - | 6,322 | - | 6,322 | - | 6,323 | - | 6,323 | - | 6,325 | - | 6,325 | - |
| Cash Balance - End of Period | 8,172 | 6,317 | 6,318 | - | 6,318 | - | 6,320 | - | 6,320 | - | 6,322 | - | 6,322 | - | 6,323 | - | 6,323 | - | 6,325 | - | 6,325 | - | 6,326 | - |

**Notes:**
The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.
These projections do not include certain cost reductions currently in the process of being implemented.
We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns.
We continue to experience issues related to receiving timely, accurate, and complete information from management.
To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:
   1. Engage DOH around continued operations.
   2. Pursuing DIP financing to address cash shortfall.
   3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**
1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.

**CLAXTON-HEPBURN MEDICAL CENTER**
**13-Week Cash Flow Projection**

| | WE 3/27/26 B | WE 3/27/26 A | WE 4/3/26 B | WE 4/3/26 A | WE 4/10/26 B | WE 4/17/26 B | WE 4/24/26 B | WE 5/1/26 B | WE 5/8/26 B | WE 5/15/26 B | WE 5/22/26 B | WE 5/29/26 B | WE 6.5.26 A | WE 6.12.26 A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 160,683 | 370,714 | 155,584 | - | 155,584 | 155,584 | 155,584 | 155,584 | 156,210 | 156,210 | 156,210 | 156,210 | 156,210 | 156,210 |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leased Employees Revenue - Ogdensburg & NSHA | 2,000,000 | - | 2,000,000 | - | - | 2,000,000 | - | 2,000,000 | - | 2,000,000 | - | 2,000,000 | - | 2,000,000 |
| GPO | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non Operating** | | | | | | | | | | | | | | |
| VAPAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| VAP | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY25 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FY26 DPT - Actual | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NY DOH Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers In | - | 105,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Cash In-Flows | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 160,683 | 475,714 | 2,155,584 | - | 155,584 | 2,155,584 | 155,584 | 2,155,584 | 156,210 | 2,156,210 | 156,210 | 2,156,210 | 156,210 | 2,156,210 |
| Cash Receipts - Weekly Variance | | 315,031 | | | | | | | | | | | | |
| Cash Receipts - Weekly Variance - % | | 296% | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance | | 2,047,052 | | | | | | | | | | | | |
| Cash Receipts - Cumulative Variance - % | | 129% | | | | | | | | | | | | |
| Net AR | 1,433,177 | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | |
| Salaries & Wages | - | - | 1,915,916 | - | 1,939,350 | 1,939,350 | 1,939,350 | 1,939,350 | 1,939,350 | 1,939,350 | 1,939,350 | 1,939,350 | - | 1,939,350 |
| Payroll Taxes | - | - | 158,709 | - | 160,650 | 160,650 | 160,650 | 160,650 | 160,650 | 160,650 | 160,650 | 160,650 | - | 160,650 |
| Fringe Benefits | - | - | 873,488 | - | 556,681 | 556,681 | 556,681 | 273,488 | 556,681 | 556,681 | 907,788 | 556,681 | - | 556,681 |
| Leased Employees (inc. all associated costs) | 641,500 | - | - | - | - | 641,500 | 641,500 | - | - | - | - | - | - | - |
| Physician Fees | - | 32,410 | - | - | 34,000 | - | - | 64,000 | - | 62,500 | - | 34,000 | - | - |
| Purchased Services | 155,217 | - | - | - | 133,150 | 70,500 | 142,050 | 82,817 | 62,650 | 62,500 | 62,650 | 83,000 | 62,650 | 62,500 |
| Medical Supplies | 500 | - | - | - | 11,700 | 1,000 | 950 | 11,000 | 650 | 800 | 11,500 | 500 | 650 | 800 |
| Pharmacy Supplies | - | - | - | - | - | - | 12,000 | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 270,062 | - | - | - | 215,062 | - | - | 235,000 | - | 235,000 | - | - | - | - |
| Other Operating Expenses | 83,225 | 27,568 | - | - | 51,800 | 25,900 | 26,225 | 70,900 | 25,900 | 25,900 | 26,225 | 82,900 | 25,900 | 25,900 |
| Bankruptcy - Debtors Counsel & FA | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - UCC Counsel & FA | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy - Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment - Leases | 8,800 | - | - | - | - | - | - | 8,800 | 8,800 | - | - | 8,800 | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfers Out | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Out** | 1,159,304 | 400,742 | 2,948,112 | - | 445,712 | 2,754,081 | 822,725 | 2,846,005 | 89,200 | 2,745,881 | 100,375 | 3,451,988 | 89,200 | 2,745,881 |
| Cash Disbursements - Weekly Variance | | (758,562) | | | | | | | | | | | | |
| Cash Disbursements - Weekly Variance - % | | -65.4% | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance | | (2,148,541) | | | | | | | | | | | | |
| Cash Disbursements - Cumulative Variance - % | | 81% | | | | | | | | | | | | |
| **Net Cash Flow** | (998,621) | 74,973 | (792,528) | - | (290,128) | (598,497) | (667,141) | (690,421) | 67,010 | (589,671) | 55,835 | (1,295,778) | 67,010 | (589,671) |
| **Cash Balance - Beginning of Period** | 535,993 | 535,993 | 610,966 | - | (181,563) | (471,691) | (1,070,188) | (1,737,329) | (2,427,750) | (2,360,740) | (2,950,411) | (2,894,576) | (4,190,354) | (4,123,344) |
| **Cash Balance - End of Period** | (462,628) | 610,966 | (181,563) | - | (471,691) | (1,070,188) | (1,737,329) | (2,427,750) | (2,360,740) | (2,950,411) | (2,894,576) | (4,190,354) | (4,123,344) | (4,713,015) |

**Notes:**
The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.
These projections do not include certain cost reductions currently in the process of being implemented.
We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns.
We continue to experience issues related to receiving timely, accurate, and complete information from management.
To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:
1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**
1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.
2. Budget starting cash balance on WE 4/3/26 tied to cash ending balance on WE 3/27/26.

**MEADOWBROOK TERRACE INC.**
**13-Week Cash Flow Projection**

| Line Item | WE 3/27/26 Budget | Actual | WE 4/3/26 Budget | Actual | WE 4/10/26 Budget | Actual | WE 4/17/26 Budget | Actual | WE 4/24/26 Budget | Actual | WE 5/1/26 Budget | Actual | WE 5/8/26 Budget | Actual | WE 5/15/26 Budget | Actual | WE 5/22/26 Budget | Actual | WE 5/29/26 Budget | Actual | WE 6/5/26 Budget | Actual | WE 6/12/26 Budget | Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Revenue | 31,254 | 43,047 | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - |
| Other Recurring Operating Revenue | | | | | | | | | | | | | | | | | | | | | | | | |
| Leased Employees | | | | | | | | | | | | | | | | | | | | | | | | |
| GPO | | | | | | | | | | | | | | | | | | | | | | | | |
| **Non Operating** | | | | | | | | | | | | | | | | | | | | | | | | |
| VAPAP | | | | | | | | | | | | | | | | | | | | | | | | |
| VAP | | | | | | | | | | | | | | | | | | | | | | | | |
| FY25 DPT - Actual | | | | | | | | | | | | | | | | | | | | | | | | |
| FY26 DPT - Actual | | | | | | | | | | | | | | | | | | | | | | | | |
| NY DOH Funding | | | | | | | | | | | | | | | | | | | | | | | | |
| Intercompany Transfers In | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Cash In-Flows | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Receipts** | 31,254 | 43,047 | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - | 31,254 | - |
| Cash Receipts - Weekly Variance | | 11,793 | | | | | | | | | | | | | | | | | | | | | | |
| Cash Receipts - Weekly Variance - % | | 138% | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Receipts - Cumulative Variance** | | 69,527 | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Receipts - Cumulative Variance - %** | | 129% | | | | | | | | | | | | | | | | | | | | | | |
| Net AR | | - | | | | | | | | | | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | | | | | | | | | | | | | | | | | | | | | | | | |
| Payroll Taxes | | | | | | | | | | | | | | | | | | | | | | | | |
| Fringe Benefits | | | | | | | | | | | | | | | | | | | | | | | | |
| Leased Employees - Carthage (inc. all associated costs) | | - | 87,095 | - | | | 87,095 | - | | | 87,095 | - | | | 87,095 | - | | | 87,095 | - | | | 87,095 | - |
| Physician Fees | | | | | | | | | | | | | | | | | | | | | | | | |
| Purchased Services | | | | | | | | | | | | | | | | | | | | | | | | |
| Medical Supplies & Other | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmacy Supplies | | | | | | | | | | | | | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | | | | | | | | | | | | | |
| Utilities | 8,900 | - | | | 8,900 | - | | | 8,900 | - | | | | | | | | | 8,900 | - | | | | |
| Other Operating Expenses | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankruptcy - Debtors Counsel & FA | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankruptcy - UCC Counsel & FA | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankruptcy - US Trustee Fees | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankruptcy - Other | | | | | | | | | | | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | | | | | | | | | | | |
| Equipment - Leases | | | | | | | | | | | | | | | | | | | | | | | | |
| Loans / Debt Principal Payments | | | | | | | | | | | | | | | | | | | | | | | | |
| Capital Purchases | | | | | | | | | | | | | | | | | | | | | | | | |
| Intercompany Transfers Out | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Cash Out** | 8,900 | - | 87,095 | - | 8,900 | - | 87,095 | - | 8,900 | - | 87,095 | - | | - | 87,095 | - | | - | 95,995 | - | | - | 87,095 | - |
| Cash Disbursements - Weekly Variance | | - | | | | | | | | | | | | | | | | | | | | | | |
| Cash Disbursements - Weekly Variance - % | | 0.0% | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Disbursements - Cumulative Variance** | | (11,434) | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Disbursements - Cumulative Variance - %** | | 93% | | | | | | | | | | | | | | | | | | | | | | |
| **Net Cash Flow** | 22,354 | 43,047 | (55,841) | - | 22,354 | - | (55,841) | - | 22,354 | - | (55,841) | - | 31,254 | - | (55,841) | - | 31,254 | - | (64,741) | - | 31,254 | - | (55,841) | - |
| Cash Balance - Beginning of Period | 114,653 | 114,653 | 157,700 | 157,700 | 101,859 | 157,700 | 124,213 | 157,700 | 68,372 | 157,700 | 90,726 | 157,700 | 34,885 | 157,700 | 66,139 | 157,700 | 10,298 | 157,700 | 41,552 | 157,700 | (23,189) | 157,700 | 8,065 | 157,700 |
| Cash Balance - End of Period | 137,007 | 157,700 | 101,859 | 157,700 | 124,213 | 157,700 | 68,372 | 157,700 | 90,726 | 157,700 | 34,885 | 157,700 | 66,139 | 157,700 | 10,298 | 157,700 | 41,552 | 157,700 | (23,189) | 157,700 | 8,065 | 157,700 | (47,776) | 157,700 |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

These projections do not include certain cost reductions currently in the process of being implemented.

We have noticed some inconsistencies in revenue recognition and are working with the internal team to address these concerns. Meadowbrook Net AR is included with Carthage.

We continue to experience issues related to receiving timely, accurate, and complete information from management.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**

1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.
2. Budget starting cash balance on WE 4/3/26 tied to cash ending balance on WE 3/27/26.