So Ordered.

Signed this 2 day of April, 2026.





_____

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099-5-wak |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30078 |
| | Case No. 26-30079 |
| | Case No. 26-60100 |

-------------------------------------------------------------------x

### ORDER AUTHORIZING RETENTION OF BOUSQUET HOLSTEIN PLLC AS SPECIAL CORPORATE COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE[2]

Upon the application (the "Application") of the North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for authority to retain Bousquet Holstein PLLC ("Bousquet Holstein"), as its special corporate counsel; and upon the Declaration of John

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

L. Valentino in support of the Application; and the Court being satisfied that (a) the employment of Bousquet Holstein is necessary and in the best interests of the Debtors, the Debtors' estates, and their creditors, (b) Bousquet Holstein does not have or represent any interest adverse to the Debtors, the Debtors' estates, and their creditors,  and (c) Bousquet Holstein is a disinterested person" as that term is defined in section 101(14) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1409; and good and sufficient cause appearing for the relief sought by the Application; it is hereby

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that pursuant to Bankruptcy Code section 327(e), the Debtors are hereby authorized to retain and employ Bousquet Holstein as their special corporate counsel in these Chapter 11 Cases effective *nunc pro tunc* as of the Petition Date; and it is further

**ORDERED**, that Bousquet Holstein shall use its best efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases; and it is further

**ORDERED**, that Bousquet Holstein shall be compensated in accordance with the procedures set forth in Bankruptcy Code section 330, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Northern District of New York, and any orders issued by this Court; and it is further

**ORDERED**, that Bousquet Holstein shall be reimbursed for reasonable and necessary expenses; and it is further

50162340.1

**ORDERED**, that the Debtors are authorized to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED**, that notice of the Application is deemed to be good and sufficient notice of such Application; and it is further

**ORDERED**, that notwithstanding any stay that might be imposed by Bankruptcy Rule 6004(h) or otherwise, this Order shall be effective and enforceable immediately upon entry hereof; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

# # #

50162340.1