TOGUT, SEGAL & SEGAL LLP

ONE PENN PLAZA
NEW YORK, NEW YORK 10119
—
WWW.TOGUTLAWFIRM.COM
—
(212) 594-5000

FRANK A. OSWALD
(212) 201-5590
FRANKOSWALD@TEAMTOGUT.COM

April 13, 2026

**VIA ECF**
Hon. Wendy A. Kinsella
Chief U.S. Bankruptcy Court Judge
Northern District of New York
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, NY 13261

>     Re:     In re North Star Health Alliance, Inc., Chapter 11
>             Case No. 26-60099-5-wak (Jointly Administered)

Dear Judge Kinsella:

As counsel to Ovation Healthcare f/k/a Quorum Health Resources ("Ovation"), we write to you in connection with the *Motion by Ovation Healthcare (I) To Compel Compliance with the Ovation Services Agreements, (II) For Relief from the Automatic Stay, and (III) To Compel Assumption or Rejection of the Ovation Services Agreements* [Docket No. 140] (the "Ovation Motion"), filed on March 11, 2026.

The hearing to consider the Ovation Motion (the "Hearing"), originally scheduled for April 1, 2026, was subsequently adjourned to April 15, 2026 at 10:00 a.m.

Ovation and the Debtors reached an agreement for a further adjournment of the Hearing to facilitate the Debtors' ongoing financing discussions with the State of New York. Because Ovation continues to provide post-petition services to the Debtors without interruption while being paid substantially less than the amounts due under the parties' existing contracts, we respectfully request an adjourned date on or about April 29, 2026, if the Court could accommodate same.

Additionally, we seek to extend the objection deadline for the Debtors and for the Creditors' Committee to one week prior to the adjourned date for the Hearing.

There has been one prior request to adjourn the Hearing.

TOGUT, SEGAL & SEGAL LLP

Hon. Wendy A. Kinsella
April 13, 2026
Page 2

Thank you for your consideration of this matter.

Respectfully,

TOGUT, SEGAL & SEGAL LLP
By:
    */s/ Frank A. Oswald*

Frank A. Oswald
A Member of the Firm

cc:  Erin T. Champion (erin.champion@usdoj.gov) (*via e-mail*)
     Jeffrey A. Dove (jdove@barclaydamon.com) (*via e-mail*)
     Janice B. Grubin (jgrubin@barclaydamon.com) (*via e-mail*)
     Andrew C. Helman (andrew.helman@dentons.com) (*via e-mail*)
     Lauren M. Macksoud (lauren.macksoud@dentons.com) (*via e-mail*)