# EXHIBIT A

William R. Fipps


**Annual salary: $297,377.60 ÷ 12 = 24,781.47**
**Monthly salary: $24,781.47 x 4 = $99,125.84**

**4 months = $99,125.84**

[079406-000001/6856179/1]