# EXHIBIT B

Brandon Bowline

**Annual salary: \$410,712.00 ÷ 12 = 34,226.00**
**Monthly salary: \$34,226.00 x 4 = \$136,904.00**

**4 months = \$136,904.00**

[079406-000001/6856179/1]