UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

NORTHSTAR HEALTH ALLIANCE, INC. *ET AL,*

                           Debtors.

Chapter 11

Case No. 26-60099-5-wak
Main Case
Jointly Administered
Case No. 26-30078
Case No. 26-30079
Case No. 26-60100

## CERTIFICATE OF SERVICE

      I, CHELSEA L. DIESEL, certify that, on April 13, 2026, I served a true and correct copy of the Reply on Request for Allowance of Administrative Expenses to William R. Fipps and Brandon Bowline on the following parties:

Office of the US Trustee
100 State Street, Suite 4230
Rochester, NY 14614

Ilan Markus
Barclay Damon LLP
555 Long Wharf Drive
6th Floor
New Haven, CT 06511

Lindsay Zahradka Milne
Verrill Dana
One Portland Square
10th Floor
Portland, ME 04101

Jennifer Novo
Verrill Dana
One Portland Square
10th Floor
Portland, ME 04101

Roger A. Clement, Jr.
Verrill Dana
One Portland Square
PO Box 586
Portland, ME 04112

Nathaniel Richard Hull
Verrill Dana
One Portland Square
10th Floor
Portland, ME 04101

Robert J. Keach
Verrill Dana
One Portland Square
10th Floor
Portland, ME 04101

Jeffrey A. Dove
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY 13202

[079406-000001/6856155/1]

Janice Grublin
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, NY 10020

Andrew C. Helman
Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland, ME 04101

Kyle D. Smith
Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland, ME 04101

Robert M. Schechter
5 Sylvan Way
PO Box 218
Parsippany, NJ 07054

Christopher P. Schueller
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street Suite 200
Pittsburgh, PA  15219

David K. Boydstun, Jr
Dentons Bingham Greenebaum LLP.
101 South Fifth Street
Suite 3500
Louisville, KY 40202

Lauren M. Macksound
Dentons US LLP
1221 Avenue of the Americas
25th Floor
New York, NY 10020

Paula De Felice
Pension Benefit Guaranty Corporation
445 12th Street, SW
Washington DC 20024

Charles J. Sullivan
Bond, Schoeneck & King PLLC
One Lincoln Center
Syracuse, NY  13202

_____
Chelsea L. Diesel

Sworn to before me this
___13th___ day of April, 2026.

_____
Notary Public

**EMILY SHIFFLET**
Notary Public, State of New York
Qualified in Monroe County
Registration No. 01SH0020846
Commission Expires February 6, 20__