**UNITED STATES BANKRUPTCY COURT**  **Hearing Date/Time: May 13, 2026, 10:00 a.m.**
**NORTHERN DISTRICT OF NEW YORK**  **Hearing Location:  Syracuse, NY**
**SYRACUSE DIVISION**       **Opposition Due: May 6, 2026**

-----------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099-5-wak |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30078 |
| | : Case No. 26-30079 |
| | : Case No. 26-60100 |

-----------------------------------------------------------------x

### NOTICE OF DEBTORS' SECOND MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE**, that North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, will move (the "Motion") this Court before the Honorable Wendy A. Kinsella, Chief United States Bankruptcy Judge at the United States Bankrupty Court for the Northern District of New York, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, 2nd Floor, Syracuse, New York, on **May 13, 2026 at 10:00 a.m. (EST)**, or as soon thereafter as counsel may be heard, and the hearing can be attended in person or accessed by video via Teams, for which pre-registration is required by 3:00 p.m. (EST) one (1) business day before the hearing (go to https://www.nynb.uscourts.gov/remote-hearing-appearances to register), for entry of an order authorizing Debtors to reject certain executory contracts identified in Exhibit B to the Motion effective as of the filing date of the Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

50193869.1

for the Northern District of New York and be filed with the Court and served in accordance with Local Rule 9013-1 **no later than May 6, 2026**, upon the following parties:  (a) the Office of the United States Trustee for the Northern District of New York, (b) proposed counsel for the Official Committee of Unsecured Creditors, (c) the New York State Department of Health, (d) the Office of the Attorney General for the State of New York, (e) the Centers for Medicare & Medicaid Services, (h) the Office of the U.S. Attorney General for the Northern of New York, (i) the counterparties listed on **<u>Exhibit B</u>**; and (j) those person who have formally appeared and requested service in these Chapter 11 Cases pursuant to Rule 2002 (collectively, the "<u>Notice Parties</u>").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned from time to time without notice to any creditor or other party-in-interest other than by announcement of the adjourned date in open Court on the date of the hearing or any adjourned date.

Dated:  April 16, 2026
New York, New York

**BARCLAY DAMON LLP**
*Proposed Counsel for Debtors and Debtors-In-Possession*

By:  */s/Janice B. Grubin*
Janice B. Grubin
Ilan Markus (admitted *pro hac vice*)
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Janice B. Grubin:
(212) 784-5808; jgrubin@barclaydamon.com
Ilan Markus:
(203) 672-2661; imarkus@barclaydamon.com

50193869.1