# EXHIBIT B
## Manzer Declaration

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

---------------------------------------------------------------------x

### DECLARATION OF ANDREW R. MANZER IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT INVOLVING CARTHAGE AREA HOSPITAL, INC., WALTER DODARD, D.O., AND COMPREHENSIVE WOMEN'S HEALTH SERVICES, PLLC, AND FOR RELATED RELIEF

Pursuant to 28 U.S.C. § 1746, I, Andrew R. Manzer, the Chief Executive Officer of North Star Health Alliance, Inc. and its three (3) affiliated debtor entities, Carthage Area Hospital, Inc., Claxton-Hepburn Medical Center, Inc., and Meadowbrook Terrace, Inc. (collectively, the "Debtors") hereby declare that the factual allegations regarding which I have personal, first-hand knowledge asserted in the Debtors' Motion for Entry of an Order Approving a Settlement Involving Carthage Area Hospital, Inc., Walter Dodard, D.O., and Comprehensive Women's Health Services, PLLC, and for related relief are true to the best of my knowledge, information, and belief.

I DECLARE, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 21st of April 2026, at Ogdensburg, New York.

/s/Andrew R. Manzer
_____
Andrew R. Manzer
Interim Chief Executive Officer
North Star Health Alliance, Inc.
Carthage Area Hospital, Inc.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

Claxton-Hepburn Medical Center, Inc.
Meadowbrook Terrace, Inc.