**EXHIBIT B**
**PATIENT NOTICE**

25591658.v2

**[TO BE PLACED ON LETTERHEAD]**

[DATE], 2026

**NOTICE OF BANKRUPTCY FILING OF CARTHAGE AREA HOSPITAL, INC.,
NORTH STAR HEALTH ALLIANCE, INC., CLAXTON-HEPBURN
MEDICAL CENTER, INC., AND MEADOWBROOK TERRACE,
INC. AND IMPORTANT RIGHTS THAT YOU MAY HAVE**

Dear Current or Former Patient of Carthage Area Hospital, Inc., North Star Health Alliance, Inc., Claxton-Hepburn Medical Center, Inc., and Meadowbrook Terrace, Inc.:

On February 10, 2026, Carthage Area Hospital, Inc. ("Carthage"), North Star Health Alliance, Inc. ("North Star"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook") (collectively, the "Debtors") filed for protection under chapter 11 of the Bankruptcy Code. The Debtors' bankruptcy cases are pending before the U.S. Bankruptcy Court for the Northern District of New York *as In re: North Star Health Alliance, Inc., et al*. Lead Chapter 11 Case No.: 26-60099-5-wak.

This letter has been approved by the U.S. Bankruptcy Court presiding over the Debtors' chapter 11 cases in order to provide you with information about the cases and certain rights that you may have. **You are not being sued. This letter is to advise you of the fact that the Debtors seek to reorganize under chapter 11 and that you may hold a claim against the Debtors and may be entitled to a refund. You do not need to respond to this notice or take any additional steps, but you may wish to consult with an attorney to understand your rights.**

A copy of a Notice of Chapter 11 Case, Meeting of Creditors & Deadlines filed with the Court (the "Notice") is enclosed. This Notice contains important information, including the name of the Debtors' attorneys, the date and time that a meeting of creditors has been scheduled to occur (the section 341 meeting of creditors has been continued to a later date, which has not yet been set), your deadline to file a proof of claim in this matter (the document you must file to

25591658.v2

assert your right to payment, if you have one), and the address and telephone number of the Bankruptcy Court having jurisdiction over this case. In addition, also enclosed is a copy of an order of the presiding Bankruptcy Court addressing notice requirements for current or former Patients who may have claims against the Debtors (the "Order"). The Order requires the Debtors to send you this notice.

The Debtors' books and records reflect that you may be entitled to a refund. This type of refund ranges in value. This does not mean you will receive a cash payment equal to this or any amount of money. For more information regarding the amount of your refund claim or the bankruptcy case generally, please contact _____ at _____.

People and businesses with claims against a company reorganizing under chapter 11 are typically entitled to notice of events in the bankruptcy case. The Order limits the notice that will be provided to you to key events in the case, without limiting your ability to receive notice of every event. Under the terms of the Order, the Debtors will provide you with service and notice of the following: (1) the time fixed for filing proofs of claim if it changes from the date in the enclosed Notice; (2) the deadline to file objections to and the date of a hearing with respect to approval of a disclosure statement; (3) the time fixed for filing ballots to vote to accept a plan of reorganization, or to file objections, and the hearing to consider confirmation of any chapter 11 plan; and (4) any matter that specifically relates to you.

You may view all dates and documents for free in the Chapter 11 Cases by visiting the Debtors' claims agent website at https://cases.omniagentsolutions.com/?clientId=3776. You may also elect to receive free email notice of important documents filed in the Chapter 11 Cases by subscribing to updates via the Debtors' claims agent website by following the instructions at https://cases.omniagentsolutions.com/electronicnoticing/register?clientid=3776.

25591658.v2

The Debtors look forward to your continued support throughout their reorganization.

3

25591658.v2