So Ordered.

Signed this 22 day of April, 2026.





_____

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

-------------------------------------------------------------------x

In re                               :  Chapter 11

                                         :

NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1]  :  Case No. 26-60099-5-wak
                                         :  Main Case
                Debtors.        :  Jointly Administered
                                         :  Case No. 26-30078
                                       :  Case No. 26-30079
                                       :  Case No. 26-60100

-------------------------------------------------------------------x

**ORDER AUTHORIZING DEBTORS TO REJECT**
**CERTAIN EXECUTORY CONTRACTS**

Upon the motion dated March 2, 2026 [Docket No. 93] (the "Motion")[2] of North Star

Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage" or "CAH"),

Claxton-Hepburn Medical Center, Inc. ("Claxton" or "CHMC"), and Meadowbrook Terrace, Inc.

("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the

"Debtors"), for entry of an order (this "Order"), pursuant to sections 365(a) and 105(a) of the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

[2] Each capitalized term used herein but not otherwise defined herein shall have the meaning ascribed to it in the Motion.

1

Bankruptcy Code, Bankruptcy Rule 6006, and Local Rule 6006-1, authorizing rejection as of the date of the Motion of certain executory contracts identified in Exhibit B attached to the Motion, all as set forth more fully in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties set forth in the Motion, and it appearing that no other or further notice need be provided; and upon the *Demand for Allowance of Expenses of Administration and Payment of the Allowed Expenses Together with the Response of William R. Fipps and Brandon Bowline to Debtor's Motion to Reject Their Employment Contracts* [Docket No. 209], the *Joint Reply of the Committee and Debtors to Demand for Allowance of Expenses of Administration and Payment of Allowed Expenses Submitted by William R. Fipps and Brandon Bowline* [Docket No. 218], and the *Reply on Request for Allowance of Administrative Expenses to William Fipps and Brandon Bowline* [Docket No. 221]; and no other objections or responses having been filed; and the Court having reviewed the Motion and all filed responses and considered the relief requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before the Court and a hearing held on April 15, 2026 and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The relief requested in the Motion is hereby granted as set forth herein.

2

2.      All objections to the Motion or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits.

3.      Pursuant to sections 365 and 105 of the Bankruptcy Code, Bankruptcy Rule 6006, and Local Rule 6006-1, and subject to the terms of this Order, each of the executory employment Contracts, whether written, oral or implied, and identified in **Exhibit 1** hereto, are hereby rejected effective as of March 2, 2026, which is the date of the filing of the Motion.

4.      Claims arising out of any rejection effected pursuant to this Order must be filed by the date that is thirty (30) days after entry of this Order.

5.      Nothing in this Order or the Motion shall be construed as prejudicing the rights of the Debtors to dispute or contest the amount of or basis for any claims against the Debtors in connection with any claims arising out of any rejection effectuated pursuant to this order.

6.      To the extent necessary, the automatic stay provided by section 362 of the Bankruptcy Code is hereby modified as to the Debtors to allow the parties to effectuate the provisions of this Order.

7.      The notice set forth in the Motion is good and sufficient notice and satisfies Bankruptcy Rules 2002(a), 6006, 6007, and 9014 by providing the counterparties with notice and an opportunity to object and be heard at a hearing.

8.      The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

9.      The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

**<u>Exhibit 1</u>**
**Executory Contracts**

| Contract Counterparty | Address | Document Description |
|---|---|---|
| June Arndt | Redacted for privacy | All Employment Agreements |
| Brandon Bowline | Redacted for privacy | All Employment Agreements |
| David Ferris<br><br>a/k/a David Ferris, Jr. | Redacted for privacy | All Employment Agreements |
| William Randal Fipps<br>a/k/a Randy Fipps | Redacted for privacy | All Employment Agreements |
| Beth E. Stemples | Redacted for privacy | All Employment Agreements |
| Peter Sinagra | Redacted for privacy | All Employment Agreements |