**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099 |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30788 |
| | : Case No. 26-30799 |
| | : Case No. 26-60100 |

------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1.    I am in the employ of Barclay Damon LLP, proposed counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2.    On the 14th day of April, 2026, a representative of the United States Bankruptcy Court for the Northern District of New York filed the *Eighth Interim Order Authorizing Use of Cash Collateral* [Docket No. 225] using the CM/ECF system, which system sent notification to the parties set forth on the attached **Service List A**.

3.    On the 14th day of April, 2026, I served the *Eighth Interim Order Authorizing Use of Cash Collateral* [Docket No. 225] upon the parties set forth on the attached **Service List B** via electronic mail by emailing copies of same to the designated email addresses of the parties at 9:32 a.m. (EST) on that day.


Dated:    April 24, 2026
         Syracuse, New York                   */s/Audrey A. Vrooman*
                                              AUDREY A. VROOMAN

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

1

## **SERVICE LIST A**

- **Jessica Isa Apter** on behalf of Creditor 1199SEIU United Healthcare Workers East - japter@levyratner.com
- **Michael Baird** on behalf of Creditor Pension Benefit Guaranty Corporation - baird.michael@pbgc.gov, efile@pbgc.gov
- **Ryan James Barbur** on behalf of Creditor 1199SEIU United Healthcare Workers East - rbarbur@levyratner.com
- **David K. Boydstun, Jr** on behalf of Creditor Committee Official Committee of Unsecured Creditors - david.boydstun@dentons.com
- **Erin Champion** on behalf of U.S. Trustee U.S. Trustee - USTPRegion02.UT.ECF@usdoj.gov
- **Roger A. Clement, Jr** on behalf of Debtors - rclement@verrilldana.com, crubin@verrill-law.com; astewart@verrill-law.com
- **Alexandra Lee Condon** on behalf of Creditor Connect America d/b/a Lifeline Systems Company and Medical Alert - alc@ccf-law.com, kac@ccf-law.com; jwoodward@ccf-law.com; hmackay@ccf-law.com; bwisneski@ccf-law.com
- **Paula De Felice** on behalf of Creditor Pension Benefit Guaranty Corporation - defelicealejandro.paula@pbgc.gov
- **Jeffrey A. Dove** on behalf of Debtors - jdove@barclaydamon.com, avrooman@barclaydamon.com, jeffrey-dove-1212@ecf.pacerpro.com
- **Howard M Ehrenberg, I** on behalf of Creditor Westways Staffing Services, Inc. - howard.ehrenberg@gmlaw.com
- **Jeffrey K. Garfinkle** on behalf of Creditor McKesson Corporation - jgarfinkle@buchalter.com
- **Brett D Goodman** on behalf of Creditor Jorie Healthcare Partners, LLC - bgoodman@polsinelli.com, nydocketing@polsinelli.com;adminsupport@polsinelli.com
- **Janice Grubin** on behalf of Debtors - jgrubin@barclaydamon.com, janice-grubin-9949@ecf.pacerpro.com; docketing@barclaydamon.com; avrooman@barclaydamon.com
- **Andrew C. Helman** on behalf of Creditor Committee Official Committee of Unsecured Creditors - andrew.helman@dentons.com
- **Nathaniel Richard Hull** on behalf of Debtor North Star Health Alliance, Inc. - nhull@verrill-law.com
- **Wojciech F. Jung** on behalf of Creditor PeriGen, Inc. - wojciech.jung@wbd-us.com
- **Robert J Keach** on behalf of Debtors - rkeach@verrill-law.com, acummings@verrill-law.com; astewart@verrill-law.com
- **Lauren Kiss** on behalf of Creditor ARHC NCWTNNY01, LLC - lkiss@klestadt.com
- **Mikal J Krueger** on behalf of Creditor Syracuse Biomedical Services, LLC - mkrueger@mccmlaw.com, kruegermr74613@notify.bestcase.com; mkrueger@mccmlaw.com; krueger.mikalj.b122256@notify.bestcase.com; dalchowiak@mccmlaw.com
- **Paul A. Levine** on behalf of Creditor Chart Risk Retention Group - plevine@lemerygreisler.com, phartl@lemerygreisler.com
- **Merritt S. Locke** on behalf of Interested Party LC Real Estate Properties, LLC - mlocke@saunderskahler.com, terri@saunderskahler.com
- **David D. Macknight** on behalf of Respondents Brandon Bowline and William R. Fipps - dmacknight@lacykatzen.com, ecarr@lacykatzen.com
- **Lauren M. Macksoud** on behalf of Creditor Committee Official Committee of Unsecured Creditors lauren.macksoud@dentons.com
- **Ilan Markus** on behalf of Debtors - imarkus@barclaydamon.com
- **Phillip Martin** on behalf of Creditor ARHC NCWTNNY01, LLC - pmartin@fmdlegal.com
- **Langston David McFadden** on behalf of Creditor Community Computer Service, Inc. d/b/a Medent - LMcFadden@lawpf.com, sclancy@lawpf.com
- **Lindsay Zahradka Milne** on behalf of Debtor North Star Health Alliance, Inc. - lmilne@verrill-law.com, astewart@verrill-law.com; crubin@verrill-law.com; acummings@verrill-law.com; verrill@ecf.courtdrive.com
- **Jennifer Novo** on behalf of Debtor North Star Health Alliance, Inc. - jnovo@verrill-law.com, acummings@verrill-law.com;astewart@verrill-law.com
- **Katie Nownes** - Bosborne@omniagnt.com, katie@omnimgt.com
- **Frank A. Oswald** on behalf of Creditor Ovation Healthcare f/k/a Quorum Health Resources - frankoswald@teamtogut.com, dperson@teamtogut.com
- **Scott Raymond Piersall-Leuenberger** on behalf of Creditor University Pathologists Laboratories, LLP - scott@piersall-leuenbergerlaw.com
- **Patrick Pullano** on behalf of Creditor Community Computer Service, Inc. d/b/a Medent ppullano@lawpf.com
- **Andrew Scott Rivera** on behalf of Creditor Northern Credit Union - arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com; CourtMail@bsk.com
- **Heath Douglas Rosenblat** on behalf of Creditor Davin Healthcare Workforce Solutions, Inc. - hrosenblat@morrisoncohen.com
- **Robert M Schechter** on behalf of Health Care Ombudsman Suzanne Koenig - rmschechter@pbnlaw.com
- **Richard M. Schlaifer** on behalf of Creditor Pennsylvania Manufacturers Association Insurance Company and PMA Management Corp. - rschlaifer@earpcohn.com

2

- **Christopher P. Schueller** on behalf of Creditor M & T Bank - christopher.schueller@bipc.com, donna.curcio@bipc.com; timothy.palmer@bipc.com; eservice@bipc.com
- **Richard Seltzer** on behalf of Creditor New York State Nurses Association - rseltzer@cwsny.com
- **Kyle D Smith** on behalf of Creditor Committee Official Committee of Unsecured Creditors - kyle.d.smith@dentons.com
- **Matthew Edward Stolz** on behalf of Creditor New York State Nurses Association - mstolz@cwsny.com
- **Charles J. Sullivan** on behalf of Creditor Northern Credit Union - csullivan@bsk.com, kdoner@bsk.com; jhunold@bsk.com; CourtMail@bsk.com
- **Marc N. Swanson** on behalf of Creditor Varian Medical Systems, Inc. - swansonm@millercanfield.com
- **U.S. Trustee** - USTPRegion02.UT.ECF@usdoj.gov

## SERVICE LIST B

| CREDITOR | COUNSEL FIRM | SPECIFIC COUNSEL | EMAIL |
|---|---|---|---|
| 1199 SEIU Regional Pension Fund and 1199 SEIU United Healthcare Workers East | Levy Ratner, P.C. | Attn: Ryan J. Barbur, Esq. | rbarbur@levyratner.com |
| 1199 SEIU United Healthcare Workers East | Levy Ratner, P.C. | Attn: Jessica I. Apter, Esq. | japter@levyratner.com |
| ARHC NCWTNNY01, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Esq. | ssouthard@klestadt.com |
| ARHC NCWTNNY01, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Lauren C. Kiss, Esq. | lkiss@klestadt.com |
| ARHC NCWTNNY01, LLC | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Esq. | pmartin@fmdlegal.com |
| Chart Risk Retention Group | Lemery Greisler LLC | Attn: Paul A. Levine, Esq. | plevine@lemerygreisler.com |
| Community Computer Services, Inc. d/b/a Medent | Law Offices of Pullano & Farrow PLLC | Attn: Langston D. McFadden, Esq. | lmcfadden@lawpf.com |
| Community Computer Services, Inc. d/b/a Medent | Law Offices of Pullano & Farrow PLLC | Attn: Patrick Pullano, Esq. | ppullano@lawpf.com |
| Connect America d/b/a Lifeline Systems Company and Medical Alert | Costello, Conney & Fearon, PLLC | Attn: Alexandra L. Condon, Esq. | acondon@ccf-law.com |
| Davin Healthcare Workforce Solutions | Morrison Cohen | Attn: Heath D. Rosenblat, Esq. | hrosenblat@morrisoncohen.com bankruptcy@morrisoncohen.com |
| Delphi Hospitality Services Inc. | Gross Shuman P.C. | Attn: Kevin R. Lelonek, Esq. | klelonek@gross-shuman.com |
| Delphi Hospitality Services Inc. | Gross Shuman P.C. | Attn: D. Charles Roberts, Jr., Esq. | croberts@gross-shuman.com |
| Dormitory Authority of the State of New York | Manatt, Phelps & Phillips, LLP | Attn: Tracy F. Raleigh | traleigh@manatt.com |
| Dormitory Authority of the State of New York | | Attn: Craig Schreivogl, Director, Portfolio Monitoring | cschreiv@dasny.org |
| Hayes Locums, LLC | Shook, Hardy & Bacon L.L.P. | Attn: Michael A. Zito, Esq. | mzito@shb.com |
| Jorie Healthcare Partners, LLC | Polsinelli PC | Attn: Brett D. Goodman, Esq. | bgoodman@polsinelli.com |
| LC Real Estate Properties, LLC | Saunders Kahler, L.L.P. | Attn: Merritt S. Locke, Esq. | mlocke@saunderskahler.com |
| M&T Bank | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Esq. | christopher.schueller@bipc.com |
| Medline Industries, Inc. | Norton Rose Fulbright | Attn: Robert M. Hirsh, Esq. | robert.hirsh@nortonrosefulbright.com |
| New York State Department of Health | Office of the NYS Attorney General | Attn: Robert J. Rock, Esq., AAG | robert.rock@ag.ny.gov |
| New York State Department of Health | Office of the NYS Attorney General | Attn: Martin A. Mooney, Esq. | martin.mooney@ag.ny.gov |
| New York State Nurses Association | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Esq. | rseltzer@cwsny.com |
| New York State Nurses Association | Cohen, Weiss and Simon LLP | Attn: Matthew E. Stolz, Esq. | mstolz@cwsny.com |
| NFS Capital | | Attn: David Braun, Vice President & General Counsel | davidb@nfscapital.com |
| NFS Capital | | Attn: Juliet Tomasulo | juliet@nfscapital.com |
| Northern Credit Union | Bond, Schoeneck & King PLLC | Attn: Grayson T. Walter, Esq. | gwalter@bsk.com |

4

| | | | |
|---|---|---|---|
| Northern Credit Union | Bond, Schoeneck & King PLLC | Attn: Andrew S. Rivera, Esq. | arivera@bsk.com |
| Northern Credit Union | Bond, Schoeneck & King PLLC | Attn: Charles J. Sullivan, Esq. | sullivc@bsk.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Erin P. Champion, Esq. | erin.champion@usdoj.gov |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Paula Barbaruolo, Esq. | paula.barbaruolo@usdoj.gov |
| Official Committee of Unsecured Creditors | Dentons US LLP | Attn: Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Official Committee of Unsecured Creditors | Dentons Bingham Greenebaum, LLP | Attn: Andrew C. Helman, Esq. | andrew.helman@dentons.com |
| Official Committee of Unsecured Creditors | Dentons Bingham Greenebaum, LLP | Attn: Kyle D. Smith, Esq. | kyle.d.smith@dentons.com |
| Official Committee of Unsecured Creditors | Dentons Bingham Greenebaum, LLP | Attn: David K. Boydstun, Jr., Esq. | david.boydstun@dentons.com |
| Oracle America, Inc. | Buchalter LLP | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Ovation Health, Inc. f/k/a Quorum Health Resources | Togut, Segal & Segal LLP | Attn: Frank A. Oswald, Esq. | frankoswald@teamtogut.com |
| Ovation Health, Inc. f/k/a Quorum Health Resources | Togut, Segal & Segal LLP | Attn: Minta J. Nester, Esq. | mnester@teamtogut.com |
| Ovation Health, Inc. f/k/a Quorum Health Resources | Togut, Segal & Segal LLP | Attn: Dawn Person, Coordinator | dperson@teamtogut.com |
| Patient Care Ombudsman Susan Koenig | Porzio, Bromberg & Newman, P.C. | Attn: Robert M. Schechter, Esq. | rmschechter@pbnlaw.com |
| Patient Care Ombudsman Susan Koenig | Porzio, Bromberg & Newman, P.C. | Attn: Kelly C. Curtin, Esq. | kdcurtin@pbnlaw.com |
| Pennsylvania Manufacturers' Associates Insurance Company (PMAIC) and PMA Management Corp. | Earp Cohn, P.C. | Attn: Richard M. Schlaifer, Esq. | rschlaifer@earpcohn.com |
| Pension Benefit Guaranty Corporation | | Attn: Michael I. Baird, Esq. | baird.michael@pbgc.gov efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | | Attn: Paula T. De Felice-Alejandro | defelicealejandro.paula@pbgc.gov efile@pbgc.gov |
| PeriGen, Inc. | Womble Bond Dickinson (US) LLP | Attn: Wojciech F. Jung, Esq. | wojciech.jung@wbd-us.com |
| Syracuse Biomedical Services, LLC | McConville, Considine, Cooman & Morin, PC | Attn: Mikal Krueger, Esq. | mkrueger@mccmlaw.com |
| United States Attorney General | | Attn: Forrest T. Young, AUSAG | forrest.young@usdoj.gov |
| University Pathologists Laboratories, LLP | Piersall-Leuenberger Law Firm, PLLC | Attn: Scott Piersall-Leuenberger, Esq. | scott@piersall-leuenbergerlaw.com |
| Varian Medical Systems, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Marc N. Swanson, Esq. | swansonm@millercanfield.com |
| Westways Staffing Services, Inc. | Greenspoon Marder LLP | Attn: Howard M. Ehrenberg, Esq. | howard.ehrenberg@gmlaw.com |
| NYS Department of Health | NYS Department of Health | Attn: Collin Gulczynski | Collin.Gulczynski@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Douglas Fish, MD, Medical Director | Douglas.Fish@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Erinn Blendell | Erinn.Blendell@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Laura Naglieri | laura.naglieri@health.ny.gov |

5

| | | | |
|---|---|---|---|
| NYS Department of Health | NYS Department of Health | Attn: Patricia Dillon | patricia.dillon@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Torrey Duchessi | Torrey.Duchessi@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Kathy Marks, General Counsel | Kathy.Marks@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Jason Riegert | Jason.Riegert@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Mark Hennessey, Director | mark.hennessey@health.ny.gov |
| NYS Department of Health | KPMG | Attn: Kevin Matuszak, CPA, Healthcare Advisory Director | kmatuszak@kpmg.com |
| NYS Department of Health | KPMG | Attn: Tess Humes, Advisory Associate | thumes@kpmg.com |