**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NORTH STAR HEALTH ALLIANCE, Inc., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No.: 26-60099<br><br>(Jointly Administered) |

### STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF DEBTORS' MOTION FOR SETTLEMENT

The Official Committee of Unsecured Creditors (the "Committee") of North Star Health Alliance, Inc., *et al.* (the "Debtors") submits this statement in support of the *Debtors' Motion for Entry of an Order Approving a Settlement Involving Carthage Area Hospital, Inc., Walter Dodard, D.O., and Comprehensive Women's Health Services, PLLC, and for Related Relief* [Docket No. 241] (the "Motion"). The Committee respectfully states that it supports the Motion and submits that it should be approved. The proposed settlement described therein will enable the Debtors to resolve what has proven to be costly and time-consuming litigation, remove the burden of managing a small clinic from the Debtors, and allow the Debtors to devote their time and resources more fully to the administration of these chapter 11 cases.

Dated: April 24, 2026

*/s/ Lauren M. Macksoud*
Lauren M. Macksoud
Henry Thomas
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel:    (212) 768-5347
Fax:    (212) 768-6800

---

[1]        The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. ("Carthage") (2079); North Star Health Alliance, Inc. ("North Star") (9491); Claxton-Hepburn Medical Center, Inc. ("Claxton") (9686); and Meadowbrook Terrace, Inc. (2458) ("Meadowbrook" and, together with Carthage, North Star, and Claxton, the "Debtors").

Email: lauren.macksoud@dentons.com
        henry.thomas@dentons.com

Andrew C. Helman
Kyle D. Smith
**DENTONS BINGHAM GREENEBAUM, LLP**
One City Center, Suite 11100
Portland, ME 04101-6420
Tel:    (207) 810-4955
Email: andrew.helman@dentons.com
        kyle.d.smith@dentons.com

David K. (D.K.) Boydstun, Jr.
**DENTONS BINGHAM GREENEBAUM, LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Tel:    (502) 589-4200
Email: david.boydstun@dentons.com

*Counsel to the Official Committee of Unsecured
Creditors*

US_ACTIVE\137450702\V-1