So Ordered.

Signed this 1 day of May, 2026.





_____

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099-5-wak |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30078 |
| | : Case No. 26-30079 |
| | : Case No. 26-60100 |

-------------------------------------------------------------------x

### ORDER REDUCING TIME FOR AND LIMITING NOTICE OF HEARING TO CONSIDER FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED BY WINTERGREEN INC, AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION

Upon the application (the "Application")[2] by Wintergreen Inc ("Wintergreen"), financial

advisors to North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc.

("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

[2] Capitalized terms that are otherwise undefined shall have the meanings given to such terms in the Application.

1

("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for an order reducing time, and limiting notice to the Notice Parties for the hearing to consider first and final application for compensation and reimbursement of expenses incurred by Wintergreen (the "Fee Application"), and it appearing therefrom that cause exists for reducing the notice period required for serving the Fee Application, limiting  and for scheduling the hearing to consider the Fee Application; and upon due deliberation of the foregoing having been had thereon, it is hereby

**ORDERED**, that the Application is GRANTED as set forth herein; and it is further

**ORDERED**, that the hearing to consider the Fee Application shall be held before the Honorable Wendy A. Kinsella, Chief United States Bankruptcy Judge for the Northern District of New York, at the James M. Hanley Federal Building, 100 South Clinton Street, Syracuse, New York on **May 20, 2026 at 10:00 a.m. (Eastern Standard Time)**, or as soon thereafter as counsel may be heard and the hearing can be attended in person or accessed by video via Teams, for which pre-registration is required by 3:00 p.m. (EST) one (1) business day before the hearing (go to https://www.nynb.uscourts.gov/Remote-Hearings-Appearances to register); and it is further

**ORDERED**, that Objections to the Fee Application, if any, shall be filed no later than May 18, 2026 at 12:00 p.m.; and it is further

**ORDERED**, that a copy of this Order, the Application upon which it was granted, and the Fee Application shall be served by first class mail, overnight delivery, ECF notification and/or email not later than **6:00 p.m. on May 1, 2026** upon:

a.    the Office of the United States Trustee;
b.    counsel to any official committee appointed in these Chapter 11 Cases;
c.    all parties to the proposed settlement;
d.    any party that has filed a notice of appearance and request for service;
e.    any party whose rights are directly affected by the proposed compromise;

2

50598523.1

f.     the New York State Department of Health;

g.    the Office of the New York Attorney General for the State of New York;

h.    Centers for Medicare & Medicaid Services; and

i.    the Office of the U.S. Attorney for the Northern District of New York;

and that service in compliance with this Order shall be good and sufficient notice of the hearing

on the Fee Application.

# # #

3

50598523.1