**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTH STAR HEALTH ALLIANCE, INC, *et al.*,[1] | Case No. 26-60099-5-wak |
| | Main Case |
| Debtors. | Jointly Administered |
| | Case No. 26-30078 |
| | Case No. 26-30079 |
| | Case No. 26-60100 |

### PATIENT CARE OMBUDSMAN'S INITIAL REPORT

In accordance with section 333(b)(2) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Suzanne Koenig, in her capacity as the patient care ombudsman (the "Ombudsman") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of North Star Health Alliance, Inc., *et al*. (collectively, the "Debtors") submits this initial report (the "Initial Report") for the time period from March 12, 2026 through May 11, 2026 (the "Report Period").

### GENERAL BACKGROUND

**A.      The Chapter 11 Cases**

1.      On February 10, 2026, (the "Petition Date"), the Debtors each commenced the above-captioned Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of New York.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

10243036

2.      The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Chapter 11 Cases.

3.      On March 10, 2026, the U.S. Trustee filed an *Ex Parte Application for an Order Directing the Appointment of a Patient Care Ombudsman Under 11 U.S.C. §§ 101(27A) and 333* [D.I. 136] (the "Ombudsman Application").

4.      On March 11, 2026, the Court entered the *Order Directing the United States Trustee to Appoint a Patient Care Ombudsman* [D.I. 139] (the "Ombudsman Order").

5.      On March 12, 2026, the U.S. Trustee filed the *Notice of Appointment of Patient Care Ombudsman* [D.I. 142] (the "Ombudsman Appointment"), appointing Suzanne Koenig as the Ombudsman.

**B.      The Debtors' Corporate Structure**

6.      The Debtors are comprised of four entities: North Star Health Alliance, Inc. ("North Star"), the passive parent organization; Carthage Area Hospital, Inc.[2] ("Carthage"); Claxton-Hepburn Medical Center, Inc.[3] ("CHMC"); and Meadowbrook Terrace Inc.[4] ("Meadowbrook"). The Debtors operate as a coordinated regional healthcare system serving the North Country region of New York.

7.      The Debtors operate healthcare facilities across the North Country region of New York (the "Facilities"), which are subject to the Ombudsman's observations in compliance with section 333 of the Bankruptcy Code.

---

[2] https://www.carthagehospital.com/about-us/
[3] https://www.claxtonhepburn.org/about-us/
[4] https://www.carthagehospital.com/service/assisted-living-2

10243036

8.      North Star is the passive parent organization for an integrated set of healthcare and related service entities. North Star handles significant administrative tasks including finance, human resources, information technology, compliance, revenue cycle coordination and cash planning with ten staff members.

9.      Carthage operates an accredited acute-care hospital, designated as a Critical Access Hospital in 2014, at 1001 West Street, Carthage, New York (the "Carthage Critical Access Hospital"). Carthage also operates a second fully accredited acute-care campus, designated a Critical Access Hospital (CAH)[5] in December 2025, at 214 King Street, Suite A, in Ogdensburg, New York (the "Claxton Campus").

10.      CHMC operates exclusively as a standalone Inpatient Psychiatric Hospital licensed by the New York State Office of Mental Health located at 214 King Street, Suite B, Ogdensburg, New York. CHMC provides acute inpatient behavioral health services for adults and children/adolescents.  CHMC is also home to the Richard E. Winter Cancer Center, which offers a comprehensive range of cancer-fighting therapies.

11.      Meadowbrook is an assisted living facility servicing seniors in the North Country.

12.      Debtors' non-debtor affiliates include: Claxton-Hepburn, P.C. ("CHPC"), providing physician services; North Country Orthopaedic Group PC ("NCOG"), providing orthopedic specialty services; North Country Realty, LLC ("NCR"), holding and managing certain real estate leases; and Comprehensive Women's Health Services, PLLC ("CWHS"), providing women's health services in Watertown, New York.

---

[5] New York State Department of Health. General hospitals that are critical access hospitals must follow the federal CMS statute pursuant to title XVIII. https://www.health.ny.gov Centers for Medicare and Medicaid Services.  Critical Assess Hospitals.  https://www.cms.gov/medicare/health-safety-standards/certification-compliance/critical-access-hospitals

10243036

13.     The Facilities are organized across two primary campus locations and an assisted living facility.

**C.     The Debtors' Operations and Services**

14.     North Star is a regional healthcare network based in northern New York; it was established to strengthen access to high-quality, community-based care across a largely rural service area. The alliance brings together a continuum of services including acute care, ambulatory services, adult and child behavioral health, cancer care, long-term care, dialysis and specialty practices, with key member organizations such as Carthage, CHMC and Meadowbrook. The network is focused on addressing the unique challenges of rural healthcare delivery, including workforce constraints, geographic barriers, and evolving reimbursement models, while supporting patient-centered care across Jefferson, Lewis, and St. Lawrence Counties.

15.     Carthage and Claxton Campus are both CAH facilities by the state of New York. In accordance with New York State requirements, CAHs must be located in a rural area, situated more than thirty-five (35) miles from another hospital, maintain no more than twenty-five (25) inpatient beds, provide emergency department services, and ensure an average patient length of stay of less than ninety-six (96) hours. CAHs are reimbursed by Medicare on a cost-based methodology, which is intended to support financial viability in low-volume settings. Swing beds[6] are a component of the CAH program that allow hospitals to use their inpatient beds interchangeably ("swing") between acute care and post-acute skilled nursing care. This enables CAHs to provide short-term rehabilitation, skilled nursing services, and recovery care for patients who no longer require acute hospitalization but are not yet ready to return home. Swing bed programs support continuity of care within the community and reduce the need for patient transfers

---

[6] https://www.cms.gov/search/cms?keys=Critical+access+swing+beds

4

10243036

to distant skilled nursing facilities. CAHs are reimbursed by the Centers for Medicare & Medicaid Services on a cost-based methodology, which supports financial stability while enabling the provision of essential healthcare services in rural communities.

16. At CHMC, behavioral health services are structured as separately licensed units and programs under the New York State Office of Mental Health (OMH). The organization includes a licensed inpatient psychiatric program, consisting of a twenty-eight (28) bed adult behavioral health unit and a twelve (12) bed child and adolescent inpatient psychiatric unit, both units are designed to provide acute stabilization and multidisciplinary treatment for patients in crisis. In addition, the hospital operates the Claxton Outpatient Behavioral Health Center (COBH), which is independently licensed by OMH to deliver outpatient psychiatric services, including diagnostic evaluation, medication management, therapy, and crisis intervention for both adults and children.

17. Additional local resources are available provide crisis stabilization and residential support; however, there is limited availability of short-term, hospital-based inpatient psychiatric beds within the immediate region.

18. CHMC provides comprehensive oncology services through its Richard E. Winter Cancer Center, a regionally significant program offering integrated cancer care across the continuum. Services include cancer screening and prevention programs, diagnostic evaluation, medical oncology (including chemotherapy and biotherapy), and advanced radiation oncology. The program also incorporates multidisciplinary care planning, certified oncology nursing support, and complementary therapies to address the physical, emotional, and psychosocial needs of patients.

19. The cancer program holds accreditation from the Commission on Cancer (CoC)[7], reflecting compliance with nationally recognized standards for quality, patient-centered oncology care. CoC accreditation requires adherence to rigorous multidisciplinary, clinical, and quality improvement standards and includes ongoing performance monitoring and re-survey every three years. CMHC's cancer center has achieved this accreditation and is recognized as a Center of Excellence, demonstrating a coordinated, high-quality approach to cancer care delivery within a rural setting and ensuring patients have access to advanced treatment modalities close to home. The CMHC cancer program is notably the only Commission on Cancer (CoC)–accredited program in the immediate North Country region.

**PATIENT CARE OMBUDSMAN'S FACILITY VISITS AND OBSERVATIONS**

20. As further described below, the Ombudsman and her representatives spent time at the Facilities and have met with the appropriate members of the Debtors' team who are entrenched in these operations and patient care issues from an organizational perspective.

**A. Claxton-Hepburn Medical Center (CMHC) Site Visit - March 17, 2026**

21. The PCO and her representative made an announced initial visit to CMHC on March 17, 2026. The PCO and her representative met with the interim Chief Executive Officer who provided a history of the organization as well as an update on progress related to the Chapter 11 filing.

22. An introductory meeting was conducted with leadership from all three campuses using a hybrid format, with several leaders attending in person and others participating via Google Meet. Expectations related to the PCO engagement, including monitoring activities and upcoming site visits, were reviewed. The leadership team was engaged and participatory, and ample

---

[7] https://www.facs.org/quality-programs/cancer-programs/commission-on-cancer

6

10243036

opportunity was provided for questions and clarification regarding the PCO role, monitoring scope, and reporting process.

23.    The PCO and her representative returned to CMHC on March 18, 2026; a high-level tour of the building was conducted.

### (i)    2 West Medical Surgical Telemetry Unit

24.    The medical surgical telemetry unit for adult and pediatric patients, is licensed for nineteen (19) beds. For 2025, reported historical data indicated an average daily census of 16.6 patients and an average length of stay of 3.79 days for acute inpatient and 14.25 for swing bed patients. The unit was clean and corridors were clutter free.  It was reported that environment of care rounds are done consistently to ensure a constant state of survey readiness.

### (ii)    2 Central Medical Surgical Telemetry Unit

25.    2 Central is contiguous to 2 West; it was closed at the time of visit due to low volume.  The unit can be opened as needed for increased patient volume.  It was clean and the corridors were clutter free.  There was no patient protected health information located upon inspections.  Supplies had been re-allocated to 2 West for patient care utilization.

### (iii)    Emergency Department

26.    The Emergency Department has sixteen (16) patient rooms. There are Three dedicated behavioral health rooms, twelve (12) medical rooms and one (1) fast track room[8]. Patient census was ten (10), there were six (6) behavioral health patients and four (4) medical patients. Staff were busy caring for patients. The footprint of the department is small and somewhat

---

[8] The emergency department utilizes a fast track model to manage low-acuity patients through a dedicated care pathway, enabling timely evaluation and treatment of minor conditions. This approach supports improved patient throughput and allows higher-acuity resources within the main emergency department to remain focused on more complex and emergent cases. https://pmc.ncbi.nlm.nih.gov/articles/PMC6588991

10243036

crowded; it was reported that annual patient volume is approximately 13,500, or approximately 37 patients per day.

27. The elevator located outside the emergency department had been out of service for approximately three (3) weeks; the vendor had been notified and repair was scheduled. The elevator is a designated staff elevator; lack of access did not impact patients.

### (iv) Child and Adolescent Behavioral Health Unit

28. The Child and Adolescent Behavioral Health unit was clean and bright; there are views of the St. Lawrence River from the common area. The unit was newly constructed and opened in April of 2022; it serves patients between the ages of five (5) and seventeen (17) years old. For 2025, reported historical data indicated an average daily census of 9.2 patients and an average length of stay of 16.9 days. The common area was clean and open; staff were witnessed engaging with patients in a respectful and therapeutic manner. The nurses' station is a secured area contiguous to the common space, with windows along the desk providing full visibility of the surrounding area. Patient rooms are located along a corridor off of the common area, doors to the corridor are locked during the day. Staff are equipped with real-time locating system ("RTLS") badges that include duress alert functionality to support staff safety and rapid response within the behavioral health environment. In addition, there are panic buttons located at the nurse's station.

### (v) Adult Behavioral Health

29. Similar to the Child Adolescent unit, the adult behavioral health unit has a common area or "day side" that is separate from the "night" side where the patient rooms are located. The unit was bright and open, the doors to the sleeping area were locked. Staff wear RTLS badges and panic buttons are located at the nurse's station. The atmosphere was calm and controlled. Patients were milling about and staff were engaged and interacting in a respectful manner.

10243036

30.     For 2025, reported historical data indicated an average daily census of 23.8 patients and an average length of stay of 14.8 days. It was reported that the adult BH unit is the only 9.39 designated unit in Lawrence County which is one of the largest counties in New York state. A 9.39 status refers to an emergency involuntary psychiatric admission under New York Mental Hygiene Law, utilized when a patient is assessed to have a mental illness requiring immediate hospital-based care and poses a risk of serious harm to self or others. This designation allows for rapid admission based on physician evaluation, with defined time limits and required reassessment for continued retention, ensuring both patient safety and adherence to statutory protections.

31.     It was reported that CHMC participates in the NY State Crisis Intervention Team (CIT) Collaborative[9].  The New York State CIT Collaborative is a multidisciplinary partnership that integrates law enforcement, behavioral health providers, and community stakeholders to improve responses to individuals experiencing mental health crises. Through standardized training and coordinated system design, the program emphasizes de-escalation, safety, and diversion to appropriate treatment resources, supporting a more clinically appropriate and patient-centered approach to crisis intervention.

### (vi)     Intensive Care Unit (ICU)

32.     The ICU is currently licensed for six (6) beds; prior to the Critical Access Hospital designation, the unit was licensed for ten (10) beds. Patient census was two (2); staffing was comprised of two (2) registered nurses. For 2025, reported historical data indicated an average daily census of 2.2 patients and an average length of stay of 6.5 days.  While the ICU primarily cares for adult patients, any pediatric patients who require admission at CMHC are admitted to the ICU.  All of the ICU nurses are certified in Advanced Cardiac Life Support (ACLS) and Pediatric

---

[9] https://nyscit.org

10243036

Advanced Life Support (PALS). Pediatric providers are available 24/7 and provide coverage and consultation for pediatric patients and neonates in the hospital.

33. The dialysis suite is located within the ICU; the suite accommodates up to two (2) dialysis patients concurrently. Staff from the outpatient dialysis program provide coverage 24/7. There are two nephrologists[10] on staff at CMHC.

**B.     Meadowbrook Site Visit - March 18, 2026**

34. Meadowbrook is in a rural community setting and is licensed for sixty (60) beds; fifty-eight (58) beds are assisted living, and two (2) beds are adult home beds (independent living – no care needs). Licensed healthcare beds in the State of New York are authorized through a certificate of need process and are approved and evaluated by the New York State Department of Health.[11]

35. Meadowbrook opened in 2013 as a newly constructed facility. Admission to the assisted living program ("ALP") requires that residents need assistance with one (1) or two (2) activities of daily living or have a diagnosis of dementia, while retaining the capacity to make their own decisions. Activities of daily living may include assistance with bathing, dressing, medication management, meal services, housekeeping, laundry, and general supervision.

36. The Meadowbrook facility operates as part of the North Star Health Alliance and is organizationally aligned with Carthage rather than functioning as an independent or separately

---

[10] A nephrologist is a physician specializing in the diagnosis and management of kidney-related conditions, including acute and chronic kidney disease, electrolyte and fluid imbalances, and hypertension associated with renal dysfunction. Nephrologists oversee the medical management of patients requiring renal replacement therapy, including dialysis, and provide consultation for hospitalized patients with kidney-related complications. They play a key role in coordinating care across inpatient and outpatient settings to support stabilization, disease management, and appropriate referral for advanced therapies when indicated. https://my.clevelandclinic.org/health/articles/24214-nephrologist

[11] Assisted living programs in New Your State must have a certificate of need to operate. https://www.health.ny.gov/facilities/cons

10243036

contracted entity. As such, staffing and operational oversight are integrated within the health system structure, while maintaining compliance with assisted living regulatory requirements.

37.     The nearest comparable assisted living and ALP-level services to Meadowbrook are limited, with alternative facilities located approximately 20 to 70 miles from Carthage, New York. This geographic dispersion reflects constrained availability of ALP-designated beds in the region, requiring some residents to seek placement outside the immediate service area and highlighting access challenges for long-term care in the North Country.

38.     Occupancy was forty-four (44) residents: thirty-eight (38) Medicaid and six (6) self-pay.  Resident fees include everything except for cable which is $10/month, hair salon, gift shop, and guest meals at $7/each.

39.     Leadership reported that resident admissions have been selectively managed due to supply constraints associated with current fiscal limitations. The recent average daily census was approximately 44–47 residents. New York State requires[12] adult homes to maintain a minimum of three (3) days of food inventory on hand. At the time of the site visit, resident needs were being met. It was also noted that there is an approximate six (6) week lag between resident admission and receipt of initial payment. Medications are acquired through Health Direct which is owned by Kinney, a local pharmacy; it was reported that there have been no issues obtaining medications for residents.  It was reported that admission staff have been transparent with prospective residents and their families, ensuring they are informed of the Chapter 11 status prior to admission. The ALP maintains a Resident Council that meets regularly to provide residents with a structured forum to voice concerns, offer feedback, and participate in facility-related decision-making. The

---

[12] https://health.ny.gov/facilities/adult_care/dear_administrator_letters/docs/dal_25-25_encl.pdf

10243036

council supports communication between residents and leadership and serves as a mechanism for identifying opportunities to enhance quality of life, services, and the overall resident experience.

40.     There is a registered nurse ("RN") supervisor and an RN who both work within the building and share call responsibilities during off hours.  RNs, licensed practiced nurses (LPNs), and home health aides (HHAs) are staffed to provide care to residents.  Medications can be administered by HHAs who have been facility-trained and tested to perform this task.  All staff receive training in basic first aid and choking response.  RNs and LPNs are certified in cardiopulmonary resuscitation (CPR).

41.     Staffing is comprised of one (1) RN Monday to Friday days, one (1) LPN 6:30 am – 6:30 pm daily, three (3) HHAs during the day, and two (2) HHAs at night with two (2) HHAs that can pass medications, perform six-month resident assessments, and conduct care planning and interactive education with the LPNs and HHAs. RNs and LPNs perform blood glucose testing and insulin administration.

**(i)     Kitchen**

42.     The kitchen was observed to be clean and well organized. Staff were actively preparing and serving dinner to residents in the dining room. Residents were seated at round tables, engaged in conversation, and appeared to be enjoying their meal. Dinner was comprised of soup and sandwiches.  The holding temperature of the soup was 175°F which exceeds the minimum requirement of 135°F.

43.     Refrigerator and freezer temperature logs were reviewed; all recorded temperatures were within expected ranges there were no missing entries. It was reported that all equipment was operational.  The dishwasher had maintained its prescribed temperatures according to the daily log

12

sheet. The ice machine had a cleaning log, and cleaning has been performed according to facility policy.

### (ii)    Resident Living Area

44.    The facility is organized into four (4) residential wings, referred to as "streets." Each resident room includes a kitchenette equipped with a sink, refrigerator, cabinets, and microwave, as well as a combined bedroom/living area, private bathroom, and closet. Emergency pull cords are present in both the bedroom and bathroom.

45.    Current occupancy includes twelve (12) residents on Clinton Street, eleven (11) on Bridge Street, twelve (12) on James Street, and nine (9) on Jefferson Street. Two (2) rooms are currently out of service pending repairs: one (1) on James Street (#37) and one (1) on Jefferson Street (#50).

46.    Facility amenities include a hair salon (open Thursdays), an ice cream parlor (open Wednesdays), a post office and gift shop (open Monday through Friday), activity rooms, and a dining room.

47.    Carpeting in the main hallways was noted to have an odor and requires cleaning. The fire extinguishers in the building had been evaluated monthly until December of 2025. The facility laundry consists of two (2) industrial washers and dryers. The chapel was out of service as there was water damage due to a leak in the ceiling; repairs were under way. Several ceiling tiles were removed in the corridors

48.    During an interview with a resident, she shared that she moved to Meadowbrook when her assisted living facility in Canton, NY,[13] near her family, closed. She resides in a large

---

[13] The assisted living program in Canton, New York, operated by United Helpers, closed in May 2024 due to a combination of inadequate reimbursement rates, rising operational costs, and persistent staffing shortages, resulting in an unsustainable financial model. The closure eliminated local assisted living capacity within St. Lawrence County, requiring affected residents to seek placement outside the immediate service area and highlighting broader systemic

13

10243036

room that has a separate living room area from her bedroom.  She stated that her only concern is that there is no call bell in the living room space of these larger units.  She shared that the care is good and that the staff truly care about her well-being.

49.     In an interview with the nursing supervisor, she reported that she previously worked in the operating room at Carthage.  She has been at Meadowbrook for five (5) years and stated "I love caring for the elderly; I am a fierce advocate for them."

**C.     Carthage Area Hospital (Carthage) Site Visit - March 19, 2026**

50.     Carthage serves an estimated population of approximately 83,000 residents across Jefferson, northern Lewis, and southern St. Lawrence Counties. The service area includes Fort Drum, and the hospital provides care to a significant number of active-duty military personnel and their family members.

51.     The facility reports approximately 18,000 emergency department visits annually and supports an active obstetric program with approximately 350 deliveries per year. The hospital does not maintain intensive care unit (ICU) or inpatient behavioral health beds, and dialysis services are not available on site. Patients requiring these higher levels of care are transferred to Claxton-Hepburn Medical Center or other facilities in northern New York.

52.     The PCO and her representatives made an announced visit to the Carthage Area Hospital on March 19th, 2026,

**(i)     Leadership Meeting**

53.     An introductory meeting with the Vice President of Operations and the system Quality Director was conducted. They reported that there has been some progress since the Chapter

---

challenges in rural long-term care delivery. https://www.northcountrypublicradio.org/news/story/49405/20240306/st-lawrence-county-s-only-assisted-living-facility-is-closing

14

11 filing, the organization has made measurable progress in re-establishing vendor contracts, particularly for critical services and supplies necessary to support ongoing patient care operations. However, the process remains fluid, with some contracts still under negotiation or pending execution. Additionally, prioritization of limited financial resources continues to present challenges, requiring careful allocation of funds toward essential purchases while deferring non-critical expenditures. Overall, while stabilization efforts are evident, continued focus on contract finalization and financial prioritization is needed to fully normalize operations. The team is attempting to avoid waste being good stewards of their available resources, sharing supplies between buildings, and working with neighboring facilities to borrow supplies when needed. Daily supply management meetings are held and critical needs are escalated via this channel. Leadership is focused on safe patient care and continuously working to avoid delays in patient care however some procedures have been rescheduled due to lack of equipment and supplies.

54.     Provider coverage is being sourced via a staffing agency for the emergency department, in-patient units and pediatrics. The onsite Dermatology Clinic is currently closed as the provider left without notice.  Leadership is in discussion with a provider at CMHC to potentially see patients at both CMHC and Carthage.  The sleep laboratory and nuclear medicine department are currently closed due to resignations of technicians in both departments resulting in the inability to staff the programs.

55.     A high-level introductory tour of the facility was provided.

**(ii)     Obstetric Unit**

56.     The obstetric unit has six (6) licensed labor, delivery, recovery, postpartum (LDRP) beds and two (2) observation bays; patient census was two (2) mothers and two (2) newborns. For 2025, reported historical data indicated an average daily census of 3.2 patients and an average

10243036

length of stay of 2.2 days. The obstetric unit is adjacent to the operating room where cesarean sections are performed.  The unit has an infant protection system which locks the exit doors and triggers an alarm if a banded baby gets close to an exit.  It was reported that all nurses have Basic Life Support and Neonatal Resuscitation Program training.

### (iii)  Operating Room

57.  The operating room has four (4) rooms; there were four (4) cases scheduled.  There were two (2) anesthesiologists and three (3) certified registered nurse anesthetists (CRNAs) onsite to support cases within the building. In an interview with the Chief Medical Officer who is also an Anesthesiologist at Carthage, he reported that he lives next to the hospital and has worked at Carthage for nineteen (19) years.  He reported that he is frequently on call and available to be at the hospital in minutes should an emergency present. He stated "we have the best team, being in a small, rural community hospital really allows us to see the impact we have on our patients and the community."

### (iv)  Emergency Department

58.  The Emergency Department has nine (9) licensed beds and one (1) triage room. There is a fast-track area with three (3) bays that open during the week and when volume dictates. There were ten (10) patients in the emergency department and four (4) in the waiting room. Staffing consisted of one (1) provider with a physician's assistant from 10 am to 10 pm daily.  At 7 am there are three (3) RNs, with an additional RN arriving at 10 am, 1 pm, and 3 pm.  From 7 pm to 7 am the department is staffed with 2 RNs.  It was reported that all nurses are certified in Advanced Cardiac Life Support, PALS, and Neonatal Resuscitation.

10243036

59.      The supply room was clean and organized, there was ample stock; there were no expired supplies located upon inspection.  Omnicell dispensing towers[14] were well stocked with patient care supplies. The ambulance bay was well marked and free from obstruction.  Adult and pediatric code carts were readily available for emergency response; the carts had been checked in accordance with hospital policy; there were no missing entries.

### (v)      Imaging Services

60.      The main X-ray suite is located next to the Emergency Department. It was reported that the portable x-ray machine was out of service. The manager of the department was actively engaging with a vendor to arrange for repair.  In the meantime, hospital leadership decided to go on ambulance diversion[15] until the unit was repaired.  The main X-ray equipment was functional however the door to the suite is narrow making it difficult to enter using a stretcher.  Upon further investigation, leadership was able to locate a smaller stretcher that would pass through the door to the suite allowing the hospital to lift the diversion status. The Carthage imaging department provides ultrasound, computed tomography (CT) scans, and magnetic resonance imaging (MRI).

---

[14] Automated dispensing cabinets are secure, electronic systems used to store and dispense medications and supplies at the point of care. They integrate with the electronic medical record to support controlled access, accurate dispensing, and real-time documentation. These systems enhance medication safety, improve workflow efficiency, and support regulatory compliance when appropriately managed and monitored.

[15] Ambulance diversion is an operational status in which a hospital temporarily requests that incoming ambulances transport patients to alternative facilities due to an inability to safely accept additional emergency patients at that time. This typically occurs when the emergency department is experiencing capacity constraints, such as overcrowding, limited inpatient bed availability, or insufficient staffing and resources.
During diversion status, emergency medical services (EMS) are notified and, when clinically appropriate, redirect patients to other hospitals within the region that have the capacity to provide care. Importantly, diversion does not mean the emergency department is closed; walk-in patients must still be evaluated, and hospitals remain obligated under federal regulations to provide a medical screening exam and stabilizing treatment if a patient presents on campus.
From an operational perspective, ambulance diversion is used as a temporary strategy to relieve emergency department crowding and maintain patient safety; however, it may also contribute to delays in care, increased transport times, and system-wide strain if multiple hospitals are simultaneously on diversion. https://www.ncbi.nlm.nih.gov/books/NBK603736/

10243036

### (vi)   Acute Inpatient Unit (AIU)

61.    The medical surgical telemetry unit for adult and pediatric patients, is licensed for nineteen (19) beds; patient census was nine (9), six (6) of the patients were admitted to swing beds. Staffing consisted of three (3) RNs and three (3) nursing aides.  It was reported that all nursing staff have Pediatric Life Support training.  Nurse to patient ratio is typically one (1) nurse to five (5) patients. It was reported that the hospital previously staffed licensed practical nurses (LPNS), however there was a recent reduction in force to right size staffing volumes and the hospital no longer employs LPNs. For 2025, reported historical data indicated an average daily census of 13.6 patients and an average length of stay of 3.04 days.

62.    Carthage has seven (7) portable telemetry boxes and four (4) hard-wired cardiac monitors available for use.  Telemetry monitor screens are mounted in the hallways to allow nurses to observe cardiac rhythms.  There are two (2) negative pressure rooms[16] on the unit.

63.    Adult and pediatric code carts were available in the corridor next to the nurse's station.  Log sheets reflected that both carts were checked in accordance with hospital policy and there were no missing entries. The manager reported that there are approximately two (2) to three (3) pediatric patients admitted to the unit on a monthly basis; there were no pediatric patients at the time of visit.

### (vii)   Kitchen

64.    The kitchen is small; it was clean and organized. Staff were preparing eight patient (8) meals for lunch.  Staffing consisted of three (3) kitchen staff and a manager.  Tray line food

---

[16] Negative pressure rooms, also referred to as airborne infection isolation rooms (AIIRs), are specialized patient care environments designed to contain airborne contaminants and reduce the risk of transmission within healthcare settings. These rooms maintain lower air pressure relative to adjacent areas, ensuring that airflow is directed into the room and does not escape to surrounding clinical spaces. They are typically used for patients with suspected or confirmed airborne infectious diseases and are equipped with controlled ventilation systems that support appropriate air exchanges and, where applicable, filtration or direct exhaust. https://www.cdc.gov/infection-control/hcp/isolation-precautions/glossary.html

18

temperatures were obtained; all temperatures were well above the required minimal holding temperature of 135°F[17].

| Food Item | Temperature Degrees Fahrenheit |
|---|---|
| Cauliflower | 190 |
| Beef Stew | 190 |
| Carrots | 180 |

65.     Refrigerator and freezer temperature logs were reviewed, all recorded temperatures were within expected ranges, and there were no missing entries.  The dishwasher was maintaining a wash and rinse water temperature in accordance with hospital policy.  Deliming (process of removing mineral scale buildup) had been done monthly.  Open food products were sealed and labelled per hospital policy.  The dry food storage area had cardboard boxes on the floor from a recent delivery– they were in the process of being unpacked.  Cafeteria for staff and visitors had been closed and is no longer selling food.

### (viii)   Rehabilitation Department

66.     The rehabilitation department provides general rehabilitation services which also includes pet therapy with "Charlie" the dog.  They refer cardiac rehab, pelvic floor dysfunction, and vestibular therapy to other providers.

67.     The department was clean and organized, it contains a fully equipped gym and several private treatment rooms designated for different types of therapies.

---

[17] Tray line food holding temperatures were required to meet FDA Food Code standards, with hot foods maintained at or above 135°F and cold foods at or below 41°F, supported by routine monitoring and documentation practices. https://www.fda.gov/food/fda-food-code/food-code-2022

19

10243036

**(ix)     Clinical Engineering**

68.      There is a clinical engineer that performs preventative maintenance and coordinates the repair of clinical equipment within the facility.  They reported that a previously adequate inventory of parts has been progressively depleted over the past year. He was actively working with the manager of radiology to facilitate repair of the portable x-ray unit.

**(x)     Pharmacy**

69.      The pharmacy is staffed by two (2) pharmacists and two (2) pharmacy technicians. Omnicell automated medication dispensing cabinets are utilized throughout the facility to securely store and manage pharmaceutical agents. The main vendors that provide pharmaceuticals and related supplies at Carthage are Cardinal, Medline, Healthcare Logistics, Henry Schein, and Omnicell.

70.      The Director of Pharmacy expressed concern about a medication refrigerator located in the medical-surgical-telemetry unit as "very" old but noted that it has been maintaining its temperature and has not required recent repair.

**(xi)     Materials Management**

71.      Staff in the materials management department order, manage, and distribute patient care supplies to patient care areas across the facility.  This department is staffed by three (3) materials management technicians.  It was reported that the majority of the hospital supplies are purchased from Medline.

72.      The department was clean and organized, shelves were stocked with supplies; there were no expired items.  Open wire metal storage racks are located throughout the department which are commonly used in healthcare settings to store medical and patient care supplies. These racks promote airflow, support cleanliness, and allow for clear visibility and organized storage. They are

10243036

typically constructed of coated metal to resist corrosion and facilitate routine cleaning. To maintain infection prevention standards, supplies are stored off the floor, organized to prevent contamination, and protected from environmental exposures during routine housekeeping activities. The lowest[18] shelf of each storage rack lacked a protective plastic barrier; installation of shelf liner would help prevent splash contamination of patient care supplies during floor cleaning activities.

**D. Claxton-Hepburn Medical Center (CMHC) Site Visit - April 21, 2026**

73. The PCO representatives made an unannounced visit to CMHC on April, 21, 2026. An update meeting was conducted with the System Director of Quality prior to touring the facility.

**(i) Pharmacy**

74. In a meeting with the Director of Pharmacy, he reported that he has oversight of the hospital, behavioral health, and cancer center pharmacy areas.

75. The hospital and behavioral health pharmacies are staffed by one (1) pharmacist, two (2) pharmacy technicians, one (1) inventory management/information technology/audit staff member, and one (1) leader. There are two (2) pharmacists dedicated to the pharmacy in the cancer center. The pharmacies are staffed 7:30 am – 4:00 pm Monday to Friday. There is a pharmacist onsite at the hospital 7:30 am – 4:00 pm on the weekend and a pharmacist on call during the off hours. There are medication dispensing cabinets in the patient care areas. Automated dispensing cabinets are utilized to securely store and manage medications at the point of care, providing controlled access for authorized staff, real-time inventory tracking, and integration with clinical systems to support safe and accurate medication administration. A night cabinet is located in a

---

[18] CMS requires that supplies be protected from contamination. Conditions of participation §482.42 and physical environment maintenance §482.41.

10243036

room adjacent to the pharmacy and contains medications not readily available in other automated dispensing cabinets. Access to this cabinet is restricted to the nursing supervisor. Temperature monitoring logs indicated that the cabinet-maintained temperatures within the prescribed range. Nursing supervisors also have access to Omni Explorer, which is an application that identifies the location of medications across Omnicell cabinets. Pharmacy technicians restock cabinet par levels daily based on system-generated reports.

76.     The facility maintains a clean intravenous (IV) preparation room equipped with a laminar flow hood[19]; however, the hood is not currently utilized for extended-use or batch-compounded sterile products pending replacement of required sleeves from a vendor. At present, only immediate-use IV medications (within four [4] hours) are prepared in this area. A fully operational clean room located within the cancer center is used to prepare sterile IV products for the hospital as needed.

77.     The laminar flow hood within the clean room has a cleaning log, and documentation reflects that cleaning had been performed in accordance with pharmacy policy. The eyewash station was inspected during the current month and was found to be functional. The IV room refrigerator temperature logs were reviewed; documented temperatures were within expected range. The refrigerator thermometer is integrated with an alarm system that alerts maintenance staff via pager and mobile device, enabling a timely response to temperature deviations.

78.     The fire extinguisher within the pharmacy was last inspected on April 15, 2026, as indicated on the inspection tag. The facility maintains two (2) additional code carts that are stored

---

[19] A laminar flow hood is a HEPA-filtered workstation that provides unidirectional airflow to create a clean environment for sterile medication compounding. It is designed to protect compounded products from contamination and requires routine cleaning, certification, and proper use to ensure compliance with applicable standards and support patient safety. https://www.usp.org/compounding/general-chapter-797

10243036

in the Pharmacy, along with four (4) backup medication trays, all of which are accessible to the nursing supervisor during off-hours.

79.     Pharmacists in the cancer center utilize the Pharmacy Keeper[20] system to enhance patient safety by verifying medication orders against drug lot number, manufacturer, and expiration date. The system captures and retains images of the IV bag, tubing, filter, and label for documentation and verification purposes. In addition, all chemotherapeutic agents are subject to a two-nurse verification at the patient's bedside prior to administration.

**(ii)     Kitchen**

80.     Staff were busy preparing breakfast for approximately fifty-two (52) patients. Staffing consisted of two (2) cooks, one (1) cold prep staff member, one (1) dishwasher, two (2) meal tray preparers, one (1) stock clerk, and one (1) manager.  The manager is also a registered dietitian and provides assessment and follow-up for patients identified as being at nutritional risk.

81.     The cook reported that all equipment within the kitchen was operational.  There are five (5) refrigerators and two (2) freezers in the kitchen.  All were maintaining their prescribed temperatures according to the daily temperature log sheet; there were no missing entries.  Open or prepared food in the refrigerators was sealed and dated according to hospital policy.

82.     A hot disc system is utilized to maintain food temperatures until service; the disc warmer was observed to be registering 193°F. Hot disc systems are typically maintained within a range of approximately 180°F to 200°F to support safe food holding temperatures, ensuring that plated food remains at or above 135°F in accordance with FDA Food Code standards. The

---

[20] PharmacyKeeper is a web-based pharmacy workflow management system that supports sterile compounding through barcode verification, real-time dose validation, and comprehensive documentation. The system enhances medication safety, ensures compliance with applicable compounding standards, and provides a verifiable audit trail for        pharmacy        operations.        https://www.bd.com/content/dam/bd-assets/na/medication-management-solutions/documents/medkeeper/BD_MedKeeper_PharmacyKeeper_Operations_Software_Brochure.pdf

10243036

ventilation hoods over the cooking kettles, grills, stoves and ovens were inspected in March 2026. The dry food storage area was clean and well organized. Expiration dates were clearly marked. The stock clerk confirmed that he has been able to acquire the necessary food products for meal preparation. He stated "If the vendor has it, we have it."

83. There was one hot food item on the patient tray line for lunch which was soup that was an appropriate 190°F. Breakfast patient tray line temperatures were previously recorded as:

| **Food Item** | **Degrees Fahrenheit** |
|---|---|
| Oatmeal | 169 |
| Eggs | 169 |
| French Toast | 165 |
| Pancakes | 170 |
| Cottage Cheese | 37 |

84. All hot food items on the tray line exceeded the minimum holding temperature of 135°F, and cold food items were maintained within the required range at less than 41°F[21].

### (iii) Obstetrics

85. The obstetric unit is licensed for two (2) beds; patient census was zero (0). It was reported that the annual volume for 2025 was one hundred and three (103) deliveries. There are three (3) labor rooms, four (4) postpartum rooms, two (2) triage rooms, and a nursery. Staffing consisted of two (2) RNs and a manager. Nurses working in this unit are certified in Neonatal Resuscitation Program, S.T.A.B.L.E.[22], Electronic Fetal Monitoring Training, Basic Life Support,

---

[21] https://www.fda.gov/media/164194/download

[22] The S.T.A.B.L.E. Program is utilized to guide the post-resuscitation stabilization of newborns in the Labor and Delivery setting, focusing on key physiologic parameters including glucose, temperature, airway, blood pressure, laboratory monitoring, and family support. This standardized approach supports safe neonatal management and facilitates appropriate transfer to higher levels of care when indicated. https://stableprogram.org

24

and Advanced Cardiac Life Support training.  For 2025, reported historical data indicated an average daily census of 1.8 patients and an average length of stay of 1.8 days.

86.    Entry doors to the unit are locked to ensure newborn safety. Obstetric staff have badge-controlled access to the unit, which includes two (2) entry/exit doors and one (1) stairwell door. Security cameras display individuals requesting entry via the doorbell system. Nursing staff reported that the previous security system included a camera to support monitoring of the rear stairwell door. A nurse reported that security recently completed an infant abduction drill with simultaneous fire station pull which unlocks the obstetric unit doors.

87.    Clinical equipment had current preventative maintenance stickers affixed.  The top drawer of each birthing cart requires locking, as it contains needles and syringes. The postpartum hemorrhage[23] cart does not have a locking mechanism despite containing syringes and needles. The adult code cart, newborn code cart, transport code box and three (3) cesarean section medication boxes had all been checked daily according to the log sheet.  The patient nutrition area was clean.  The clean ice/water machine, microwave, and refrigerator were functional and clean. The daily refrigerator temperature log indicates that the unit has been maintaining its prescribed temperature.  The dirty utility room was clean and orderly.  The eye wash station was evaluated 4/20/26.  The clean utility room has a large refrigerator/freezer unit that has been maintaining its prescribed temperatures according to its log sheet.  Oxygen cylinders were full and secured per facility policy.  The blanket warmer was observed at 134°F, slightly above the acceptable range; nursing staff adjusted the temperature to 130°F which is the minimum acceptable temperature per hospital policy.  Elevator #3 had recently been repaired; it is the primary elevator used for

---

[23] Postpartum hemorrhage is a condition involving excessive bleeding following childbirth that can become life-threatening without timely intervention. It is typically caused by the uterus not contracting effectively after delivery or other complications related to the birth process. Prompt identification and treatment are essential to prevent serious harm and support maternal recovery. https://www.acog.org/programs/obstetric-emergencies-in-nonobstetric-settings

10243036

transporting obstetric patients to the operating room and patient rooms. When Elevator #3 is out of service, patients must be routed through the pediatric behavioral health unit to access Elevator #4 for transport.

### (iv)    Adult Behavioral Health Unit

88.    The adult behavioral health unit is licensed for twenty-eight (28) beds; patient census was twenty-four (24).  There are two (2) triple rooms, two (2) private rooms, and the remainder are semi-private (two [2] bed) rooms.  The patient rooms are in a hallway separate from the common activities/group area.   There were three (3) discharges scheduled and one (1) anticipated admission.  Staffing consisted of three (3) RNs, one (1) LPN, three (3) MHW, two (2) providers, one (1) discharge planner, two (2) treatment coordinators, one (1) education coordinator who facilitates groups and activities, one (1) manager, and one (1) director.

89.    Patient visitation is available in the common area from 3 pm to 5 pm daily.  Visitor lockers are provided for personal belongings to mitigate the risk of contraband entering the unit.

90.    Patients enter the unit through a treatment room.  There is a code cart in this space that had been checked daily according to its log sheet.  Full oxygen tanks are stored in the treatment room. The patient laundry area is equipped with a functional washer and dryer, and laundry services are performed by staff. Both the women's and men's shower areas were clean and well maintained.

91.    The seclusion/restraint room is available for use but staff reported that it has not been utilized during the current year. A four-point restraint stretcher is also readily available in the seclusion room; however, restraints are used only as a last resort when necessary to ensure the safety of the patient, other patients, and staff.

10243036

92.     The dirty utility room was clean and orderly.  The eye wash station was evaluated 4/20/26.  The common area is outfitted with tables and chairs as well as a television.  There are three (3) individual bathrooms off the common area.  There is a quiet room with lounge chairs and dim lighting.  Patients were utilizing this space during the tour.  Two (2) wall mounted phones are available for patient use.  There is a MHW communication board located in the nurse's station, it is used to identify high risk patients, fall risk patients, diabetics, orders for labs, and other key topics to support patient care.

93.     During a charge nurse interview, the nurse confirmed that they have the staff, equipment, supplies, medications, linen and support to care for patients.

94.     A patient's electronic medical record was reviewed with the assistance of their nurse.  The patient was involuntarily admitted approximately three (3) weeks ago.  The involuntary admission paperwork was thorough and signed by the providers.  The history and physical was completed by a hospitalist in a timely fashion.  A nursing care plan was initiated, individualized, and had been updated.  This patient is on every fifteen (15) minute checks which have been completed consistently.  Documentation reflected that treatment team meetings had been held; participants included a provider, nurse, and team coordinator. Goals of care were documented; the patient was expected to be discharged to a long-term psychiatric facility.

### (v)     Pediatric Behavioral Health Unit

95.     This pediatric behavioral health unit is licensed for twelve (12) beds; patient census was seven (7).  There was one (1) blocked room due to an air handler unit leak.  Staffing consisted of two (2) RNs, four (4) mental health workers (MHW), one (1) nurse practitioner, one (1) occupational therapist, two (2) social workers, one (1) nurse manager, and one (1) nurse director. The nurses in this unit are trained in basic life support.

27

10243036

96.     It was reported that there is a state mental health grant on hold (due to chapter 11 status).  Funds from the grant were earmarked to expand the unit from twelve (12) beds to twenty-two (22) beds.

97.     There is a medication dispensing cabinet in the locked nurse's station.  The medication refrigerator has been maintaining its prescribed temperature according to the daily log sheet.  The ice machine, microwave, refrigerator, and freezer were clean and operational.  The refrigerator/freezer unit was maintaining its prescribed temperatures according to the daily log sheet.  Three (3) meals and three (3) snacks are served daily in this unit.  The private bedrooms are in a single corridor.  There is a seclusion room with a rubber floor; it was reported that it is rarely used.  There is a four-point restraint stretcher available for use, however patients who are younger than nine (9) years of age don't meet criteria for restraints or seclusion. There are three (3) showers, one (1) of which is out of order due to a leak in the ceiling.   The remaining showers were clean and functional.

98.     The common room is outfitted with tables, chairs and a television. Educational programming was underway at the time of visit.  The hospital has a contract with Learn Well for a teacher three (3) hours daily Monday to Friday. Learn Well is utilized within pediatric behavioral health settings to provide structured academic instruction for school-age patients during hospitalization[24]. The program supports continuity of education through coordination with the patient's home school district and facilitates academic progress and reintegration following discharge, contributing to a comprehensive, multidisciplinary approach to care. There is an activity room located contiguous to the common room; there are locked cabinets that house supplies for

---

[24] https://learnwellservices.com/our-programs/behavioral-health-hospitals/

28

patient activities.  A comfort/quiet room is available for patients who require a reduced-stimulation environment.  There are two (2) bathrooms off the core area for patients.

99.    Patients enter this unit through an examination room and there is an elevator that brings patients directly up from the emergency department.  There is a patient laundry with an operational washer and dryer; patients' laundry is done by the staff.   The clean utility room was orderly; patient linen is available and covered according to hospital policy.  The dirty utility area is clean and smells fresh.  The eye wash station was evaluated on 4/7/26.

100.    The pediatric code cart is available for emergency response and had been checked daily according to its log sheet.  It was reported that staff have the supplies necessary to care for patients.

101.    A patient's electronic medical record was reviewed with the assistance of a nurse. Consent for treatment was signed by the guardian.  A history and physical was completed in a timely manner by the provider.  A nursing care plan was initiated, individualized, and had been updated. Safety checks had been completed every fifteen (15) minutes as ordered.[25]  The treatment team documentation included established treatment goals; participants included the provider, nurse, social worker, occupational therapist and department manager. Discharge plans had not been documented at the time of review.

### (vi)    Acute Inpatient Unit (AIU)

102.    The unit was clean and corridors were free from clutter.  There are twenty (20) patient rooms, seventeen (17) of which are licensed for inpatient care and three (3) for observation level of care. There are two shared bathrooms, the remaining rooms have private baths; one room

---

[25] 15-minute safety checks (often called Q15 observations) are a standard monitoring practice in behavioral health settings used to ensure patient safety—particularly for individuals at risk of self-harm, suicide, elopement, or escalating behaviors. https://pmc.ncbi.nlm.nih.gov/articles/PMC2945857/

10243036

was out of service pending repair of the floor.  Census was seventeen (17) and staffing was comprised of four (4) RNs, one (1) charge RN, three (3) nursing assistants, one (1) nursing assistant on orientation and a unit coordinator.

103.    The medication room was spacious, clean and organized. There were no expired supplies noted. There was a portable air handling unit (AHU) in the medication room for cooling. There are two points of entry (locked doors) to the medication room, however one was out of service as the portable AHU was blocking egress. Code carts were available for emergency response; checks were documented in accordance with hospital policy; there were no missing entries. The supply room was clean and organized, there was ample supply stocked; no expired items were identified upon inspection.

104.    In an interview with a staff nurse who has worked at Claxton for approximately three (3) years, she stated "I absolutely love it here.  I used to work at another hospital in the intensive care unit, I like it here better because I get to see a lot of different kinds of patients. Because the area is so rural, we need to be ready for anything and everything."  She conveyed that her training was more than adequate and she feels prepared to care for the patients admitted to the AIU.

105.    A patient record was reviewed. Safety screens for suicide and falls were completed, documentation reflected that the patient was not at risk.  The nursing admission assessment was completed timely and appeared thorough. Pain was assessed every four hours in accordance with hospital policy; documentation reflected that the patient did not have pain. Telephone orders were documented in accordance with hospital policy noting telephone orders read back with the nurse's signature, date and time; the providers name was noted.

10243036

106.     In a discussion with a provider he stated "this hospital cannot close; the community needs us and there are just no other hospitals nearby for patients to access. We do such important work here."

### (vii)    Materials Management

107.     The department was clean and organized; there were no expired items noted upon inspection.  There was adequate stock in the department.  In a discussion with a staff member who has worked at the hospital for nineteen (19) years, she reported that things (vendors response and shipments) have gotten "much better".  She stated "everything delivered to the hospital comes through materials management, deliveries are coming on a regular basis, we don't' have many empty spots on our shelves anymore."

### E.     Carthage Area Hospital (Carthage) Site Visit - April 22, 2026

### (i)     Pharmacy

108.     Staffing consisted of two (2) pharmacists and two (2) pharmacy technicians Monday to Friday 8 am – 4 pm.  There is a pharmacist on call during off hours.  The pharmacy team performs medication reconciliation for all inpatient admissions.  Medication reconciliation is a structured process to obtain, verify, and reconcile a complete and accurate list of a patient's medications across all transitions of care. The process supports patient safety by reducing the risk of medication errors and ensuring continuity of therapy through accurate documentation and communication among the care team and with the patient.

109.     The Pharmacy Director reported that he has been allocated a weekly allowance to purchase medications for the hospital and is managing orders to ensure minimum par levels are maintained.  The daily supply management meeting was previously attended by the system level pharmacy director; however, the system level position was eliminated in a reduction of force.

10243036

Therefore, the Pharmacy Director has been added to the supply management meeting to ensure pharmaceutical needs are escalated for payment.

110.    The pharmacy utilizes a repackaging system to convert bulk medications into unit-dose bubble pouches for patient administration. Supplies for this process are obtained through an external vendor. At the time of the site visit, the facility had exhausted its supply of large bubble pouches, although an adequate inventory of smaller pouches was available. Due to the size of certain tablets, including ibuprofen, the pharmacy is currently unable to provide unit-dose packaging for distribution to inpatient and obstetrical units. A credit card payment option is available to expedite procurement, and the Chief Nursing Officer will follow up to ensure the necessary supplies are obtained.

111.    The tele pharmacy service, a contracted provider, supports after-hours medication order entry, enabling staff to access prescribed medications through automated dispensing cabinets. The vendor has issued a fifteen (15) day notice of contract termination under the post-Chapter 11 agreement due to nonpayment. Absent receipt of payment, after-hours services are expected to cease effective May 2, 2026. May 1,2026 update: the vendor was paid and it was confirmed on May 1, 2026 that there will be no interruption in tele pharmacy services.

112.    If a critical medication is needed after hours and cannot be obtained from an automated dispensing cabinet within the facility, the on-call pharmacist may provide a one-time access code to the nursing supervisor via video verification at the main pharmacy entrance. Nursing supervisors are aware that medications and supplies must not be removed from the operating room, as anesthesia staff must have immediate access to necessary drugs and equipment to respond to emergent situations.

10243036

113.    During a tour of the pharmacy, it was observed that the fire extinguisher inspection tag had reached capacity, reflecting twelve (12) months of documented checks from 2025. A contracted vendor is responsible for annual inspection and replacement of tags and is currently awaiting payment to complete this service. In the interim, facility staff report that monthly internal inspections of fire extinguishers continue without interruption; a log has been maintained to document inspections. The pharmacy refrigerator and freezer were maintaining temperatures within the prescribed range, as evidenced by daily log documentation. The cooling units are equipped with monitoring systems that notify the on-call pharmacist via pager or mobile device if temperatures fall outside of acceptable limits. Contingency capacity for medication refrigeration and freezing is available in the operating room should a pharmacy unit become non-operational. The intravenous compounding hood is scheduled for inspection in June 2026, and review of the cleaning log indicates routine daily cleaning is performed Monday through Friday during active use.

### (ii)    Laboratory

114.    Staffing included four (4) phlebotomists, three (3) medical technicians, and a manager. Microbiology testing is referred to CHMC, while specialized testing not performed by either laboratory is sent to an external reference laboratory.  The laboratory is required to renew a New York State permit to continue operations at the facility by July 1, 2026; a payment request has been submitted to the accounts payable team.

115.    The blood gas analyzer has been non-operational for approximately one week, replacement parts had been ordered[26] and were pending arrival. In the interim, urgent blood gas specimens are sent to a neighboring hospital for processing, samples are couriered by maintenance

---

[26] The analyzer was repaired and has been operational since.

33

10243036

staff facilitating specimen transport. The current turnaround time is approximately one (1) hour. It was also noted that the respiratory therapy team recently experienced a shortage of arterial blood gas syringes; however, this supply has since been replenished and is now available on site. The eye wash station inspections were up to date. The refrigerator and freezer logs were reviewed, documentation reflected that they were maintaining temperatures within expected ranges; there were no missing entries. The cooling units are equipped with alarms that activate when temperatures fall outside the prescribed range. The laboratory is staffed 24/7 and is able to respond promptly to any alarms. If blood bank inventory becomes low for any reason, products are obtained from CHMC and other local facilities, and leadership is notified until the primary supplier can replenish stock.

### (iii) Obstetrical Unit

116. The obstetrical unit is licensed for eight (8) beds; patient census was one (1) mother baby couplet, one (1) labor patient, and three (3) labor inductions. Staffing consisted of four (4) RNs.

117. The unit is equipped with a RTLS communication system that allows staff to alert colleagues when emergent assistance is needed, utilizing wearable badges with an activation button. In addition, an infant security system is in place that automatically locks unit doors if a banded newborn approaches an exit or if the security band is removed or tampered with without proper deactivation. The adult code cart was available for emergency response; there was one missing entry on the daily check log. The obstetrical hemorrhage cart was observed to be readily available, standardized, and stocked with medications, supplies, and equipment necessary to support rapid response to postpartum hemorrhage. A pediatric code cart was available in the general nursery and had been checked daily according to its daily log sheet. A newborn infant

34

10243036

warmer was set up available for use post-delivery. The patient nourishment area was clean and organized. The refrigerator/freezer unit was maintaining its prescribed temperatures according to the daily log sheet. The ice/water machine had hard water scale on the dispensing funnels.[27] The microwave was clean. The dirty utility room was orderly and free from mal-odors. The medication room contained a medication refrigerator that was maintaining temperatures within the prescribed range, as evidenced by the daily log. The epidural cart stored in this secured area contained an expired pair of sterile gloves, which were removed. Supplies near the handwashing sink were observed to be positioned within the splash zone.[28] There were ample linens available; the linen cart was covered in accordance with hospital policy. The blanket warming cabinet was maintaining temperature ranges in accordance with hospital policy. The operating room is next to the obstetrical unit; operating room (OR) suites #3 and #4 are equipped for cesarean sections. Staff reported that OR #4 is preferential as it is the larger suite. Operating room staff and anesthesia providers are on call during off hours to support cesarean section procedures. During a patient interview, she shared that she had presented a couple of hours ago for an induction of labor. She stated that she is nervous and not sure what to expect but that the staff have been kind and supportive. The patient reported that she initiated prenatal care later in her pregnancy and did not attend prenatal education classes. She expressed a desire to breastfeed and indicated she will rely on support from her husband and hospital staff during the labor process.

118.	The patients electronic medical record (EMR) was reviewed with the assistance of a nurse. Consent for treatment was signed and dated. Safety screenings for risk of thrombosis, falls

---

[27] Hard water scale on ice machine dispense tubes is porous where mold and bacteria can grow potentially leading to ice contamination.

[28] The splash zone surrounding sinks represents an area at increased risk for contamination due to water spray and aerosolization. Best practice is to avoid storing clean or sterile supplies within this zone and to maintain appropriate separation between sinks and patient care or medication preparation areas to reduce infection risk. https://www.cdc.gov/healthcare-associated-infections/php/toolkit/water-management.html

10243036

and post-partum hemorrhage were completed, documentation indicated that the patient was at low risk for all three (3). Past medical history was documented and screenings for depression scores indicated that she was at low risk. Documentation reflected that the patient was at risk for infection therefore the provider ordered antibiotics and they had been administered as ordered.

119. The RN caring for the patient confirmed that she has the staff support, provider support, medication, linen, supplies and equipment to care for her patients.

### (iv) Cancer Treatment Center (CTC)

120. The CTC has twelve (12) infusion chairs, six (6) medical exam rooms, and staffing was comprised of 5 RNs. 100% of the nursing staff hold certifications in Oncology. There is a large waiting area for patients and families; it was clean, bright and welcoming. The exam rooms were clean and organized, and supplies were located in each room. The infusion clinic was bright and open; there are curtains between chairs to allow for patient privacy and there is a private infusion room with a door.

121. In a meeting with the director, she reported that patient volume has declined due to a reduction in referral sources since there has been provider turnover. She reported that in March of 2025 there were 1,504 visits and in March of 2026 there were a total of 1,369 visits. It was reported that daily volumes are currently between eighty (80) and one hundred (100) patients per day or approximately five hundred (500) patients per week.

122. The director reported that care is provided utilizing a holistic approach, a therapy dog visits the patients twice a week, Reiki, massage therapy and meditative breathing is available for patients' undergoing treatment.

123. In an interview with a patient, she reported that she is also an employee at the CTC. She conveyed that she has worked at the hospital for twenty-seven (27) years; she worked in the

36

OR for fifteen (15) years before transitioning to the CTC. She stated "this is the best place to work in the world; it is the best job I have ever had-we are like a family – everyone takes care of each other. I did not hesitate to get my care here. I had to have surgery and was admitted to the in-patient unit for the first time in my life and the staff up there were awesome."

124. In an interview with a patient access clerk, she reported that she has worked at Claxton for eleven (11) years. She stated "I really like working here." She described her duties and reported that the team works well together as to ensure patient and provider needs are met.

### (v) Kitchen

125. Kitchen staff were preparing lunch for approximately sixteen (16) patients. There were five (5) staff, a manager and dietician.

126. Tray line temperatures were obtained; all hot food items exceeded the minimum holding temperature of 135°F.

| Food Item | Temperature Fahrenheit |
|---|---|
| Meatloaf | 184 |
| Corn | 180 |
| Mashed Potatoes | 180 |
| Gravy | 180 |

127. The cook confirmed that all the equipment in the kitchen was operational and reported that there had not been an interruption in food and supply deliveries.

128. There are five (5) refrigerators and two (2) freezers, related temperature logs were reviewed, temperatures were within expected ranges, and there were no missing entries. Open and prepared food in the refrigerators was labeled per hospital policy. The dishwasher had been maintaining its required wash and rinse water temperatures according to its log sheet. The dry

10243036

storage area was clean and orderly; however, open food packages were not labeled with the date they were opened.

### (vi)   Emergency Department

129.   The emergency department has nine (9) patient bays. An additional overflow space with three (3) bays is available and may be opened during periods of increased volume, contingent upon staffing availability. There are two negative pressure rooms.  Patient census was eight (8); there were no patients in the waiting room.  Staffing consisted of four (4) RNs, two (2) technicians, one (1) clerical person, one (1) physician's assistant, and one (1) provider.  There is one (1) traveler contracted to work the dayshift and two (2) travelers on the night shift.

130.   The emergency department was on ambulance diversion at the time of visit as the Computed Tomography (CT) scanner was temporarily out of service. The vendor was on site performing repairs.

131.   The emergency department was recently recognized for scoring in the top twenty-fifth percentile for patient satisfaction by PRC.[29] Emergency Department Excellence recognition through PRC reflects high patient satisfaction performance based on standardized survey methodologies. While not a regulatory designation, it serves as a benchmarking tool for patient experience and may support quality improvement initiatives within emergency department operations.

132.   Eyewash bottles were available for staff use for immediate eye irrigation in the event of chemical or other irritant exposure. The supply room was clean and organized, and there was ample stock available. The supply bins were stacked on iron racks[30]; there was no plastic

---

[29] https://www.prcexcellence.com/about/who-is-prc/
[30] Wire storage racks should include a solid bottom shelf or partition to prevent contamination of stored supplies from floor-level dust, debris, and splash exposure.

10243036

barrier on the bottom rack. The linen cart was full but not covered in accordance with hospital policy. Oxygen tanks were stored and secured per hospital policy. The dirty utility room was orderly. There was an isolation cart that was fully stocked with personal protective equipment (PPE.) Personal protective equipment (PPE) includes gloves, gowns, masks, respirators, and eye protection used by healthcare personnel to reduce exposure to infectious agents and hazardous materials. The ambulance entrance was free from obstruction. There was a locked trauma cart readily available for use. The adult and pediatric code carts were checked daily according to the log sheets.

133. The Charge nurse reported that the ED team cares for forty (40) to sixty (60) patients per day. She confirmed that she has the staffing, equipment, supplies, medications, linen and support to provide safe care to patients.

### (vii)   Radiology

134. The radiology department consists of x-ray, computed tomography (CT) magnetic resonance imaging (MRI), ultrasound and fluoroscopy. [31] There are two (2) portable C-Arms[32] for use in the operating room. Staffing was comprised of six (6) multimodal technologists. Multi-modal radiologic technologists are cross-trained imaging professionals who perform diagnostic studies across multiple modalities, supporting operational flexibility and timely patient care.

135. The contracted physicist was onsite to support the repairs of the CT scanner. A medical physicist is a specialist who ensures the safe and accurate use of radiation and imaging equipment in healthcare, including calibration, quality control, and radiation safety. He was onsite conducting an evaluation of all radiographic equipment within the hospital. The most recent prior

---

[31] Fluoroscopy is an x-ray that produces real-time, moving images (blood flow, device placement, etc.).
[32] A portable C-arm is a mobile fluoroscopic imaging device used in the operating room to provide real-time visualization during procedures.

10243036

evaluation was completed in January 2025. The Director will also request that the physicist assess the facility's lead aprons, which were last evaluated in January 2025. The director expressed that she wants to learn how to do the lead apron testing so that she can perform this function annually or upon staff request.[33]

136. A contracted service provides radiation exposure badges worn by radiology team members. The current badges are overdue for exchange; however, staff continue to wear them pending replacement. Electronic exposure reports for each staff member are currently on hold due to nonpayment. The Director confirmed that two post-petition purchase orders must be paid to reinstate the monitoring service. It was reported that the last radiation safety meeting was conducted in 2024. New York State guidance[34] requires that radiation safety oversight activities be conducted at a frequency sufficient to meet program responsibilities, with a minimum of annual review.

**F. Meadowbrook Site Visit - April 22, 2026**

137. Meadowbrook is licensed for fifty-eight (58) assisted living program residents and two (2) adult home residents for a total of sixty (60) residents. Two ALP residents were in the hospital at the time of visit.

| | Capacity | Blocked Beds | ALP Residents | ALP Vacancy | Adult Home | Adult Home Vacancy |
|---|---|---|---|---|---|---|
| James Street | 16 rooms | 1 | 10 residents | 4 rooms | 1 resident | 0 |
| Jefferson Street | 12 rooms | 1 | 10 residents | 1 room | 0 | 0 |

---

[33] New York State regulations require facilities to maintain a radiation safety and quality assurance program with oversight by a licensed medical physicist, including routine inspection, testing, and documentation of radiologic equipment performance. While state regulations emphasize ongoing evaluation rather than a fixed interval, annual physicist review of radiographic equipment is widely recognized as standard practice to ensure compliance with regulatory expectations and patient safety requirements. https://codelibrary.amlegal.com/codes/newyorkcity/latest/NYCrules/0-0-0-117307

[34] https://www.health.ny.gov/environmental/radiological/radiation_safety_guides/qalarge.htm

10243036

| | | | | | | |
|---|---|---|---|---|---|---|
| Clinton Street | 16 rooms | 0 | 12 residents | 4 rooms | 0 | 0 |
| Bridge Street | 16 rooms | 0 | 11 residents | 4 rooms | 1 resident | 0 |
| Total | 60 rooms | 0 | 43 residents | 13 | 2 residents | 0 |

138.     Staffing consisted of two (2) RNs, two (2) LPNs, one (1) HHA administering medications, two (2) HHAs assisting residents with needs, and one (1) LPN doing 1:1 safety sit with a confused resident. The confused resident was awaiting transfer to a higher level of care and will continue to have 1:1 observation for safety until transferred. The nurses and HHAs are trained to perform first aide and choking response.  There was an administrator, care manager, activities director, house keeper, cook, a dietary service team member, and a facility manager on staff for the building.

139.     In an interview with the nursing supervisor, she reported that census has been approximately forty-five (45) patients and that the team is working to increase the census to sixty-five (60). She stated "the staff are awesome here; they are very dedicated and step up when needed." She conveyed that she works closely with the staff and consistently engages them to support employee satisfaction and accountability.  She completes quarterly anonymous employee satisfaction surveys to evaluate feedback on topics related to resources, leadership support, teamwork and culture. Employees are encouraged to provide candid feedback and suggestions for improvements. The following statements were extracted from the most recent survey:

- "I would like to see different senior activities throughout the day."

- "The best work environment I have ever worked in."

- "I have worked at MBT for almost three (3) years and I love my job and the residents; I have no issues or complaints."

- "I want more laundry soap and better snacks for the residents."

10243036

140.    She also reported that the intake staff are transparent about the chapter 11 status and ensures potential incoming patients and their families are aware.  She reported that residents have not expressed concern regarding the bankruptcy.

141.    A facility tour was conducted. The medication room was noted to be clean and orderly.  There was a medication refrigerator and freezer unit located in the space.  Both cooling units were maintaining their prescribed temperatures according to the daily log sheets.  There was a specimen refrigerator that was also maintaining its prescribed temperatures according to the log sheet.  Clinical equipment had current preventative maintenance[35] stickers. Fire extinguishers located throughout the facility had monthly inspection tags completed for the year 2025. A contracted vendor performs the annual inspections and provides updated tags. A purchase order for this service has been submitted, and the inspections will be completed once payment is received. The facility laundry room (linens, towels, etc.) has one (1) of two (2) industrial washers currently operational, along with two (2) functioning dryers. There is a resident laundry with a functional washer and dryer on Bridge Street and on Jefferson Street.  In the plumbing room, three (3) of four (4) hot water heaters were operational.  The main sprinkler head inspection was up to date.  There is a patient supply room that has external shipping boxes with supplies[36] and lower shelf racks[37] that don't have plastic liners to avoid environmental service contamination of patient care supplies.  The housekeeping closet was clean and orderly.  The housekeeper stated that she had everything required to keep the facility clean.  There is a small activities room with a

---

[35] Preventive maintenance is a structured program of routine inspection, testing, and servicing of equipment to ensure safe and reliable operation. Adherence to scheduled maintenance supports patient safety, equipment performance, and compliance with regulatory standards. https://www.cms.gov/medicare/provider-enrollment-and-certification/surveycertificationgeninfo/policy-and-memos-to-states-and-regions-items/survey-and-cert-letter-14-07?utm_source=chatgpt.com

[36] External shipping cardboard should be removed from patient care areas to minimize the potential for pests and porous cardboard cannot be disinfected.

[37] The CDC recommends that the bottom shelf of wire storage racks in patient care areas be solid or lined to avoid contamination during environmental services.

10243036

refrigerator/freezer unit that is maintaining its prescribed temperatures according to the daily log sheet. This area also has a stove. The power switch to this stove/oven unit is stored in a locked metal cabinet above the cooking unit. The linen room had ample clean linen. The gift shop was stocked with numerous personal care items along with salty and sweet snacks. The small lounges within each wing of the building were clean and inviting. The hair salon and ice cream parlor are now both open on Thursdays.

### (i) Kitchen

142. The kitchen was clean. The cook confirmed that all the equipment is operational and that he has at least three (3) days' food supply. Inspection of the hood over the stove, oven and grill was up to date. The dishwasher log indicated that the unit had been maintaining its prescribed wash and rinse cycle water temperatures. There are two (2) refrigerators and two (2) freezers. All were maintaining their prescribed temperatures according to the daily log sheets. Open and prepared foods in the cooling units were all dated per facility policy.

### (ii) Facility Projects

143. There were two (2) facility projects in progress to repair damaged walls and ceilings due to water damage. Both had infection control risk assessments (ICRA) performed by an infection control practitioner as required and both construction areas were sealed off from floor to ceiling from resident areas.[38] The construction area had negative pressure (HEPA filter units moving air from the construction area to the outside.)

144. The Main Lounge was assessed by the infection control practitioner as Type C (moderate to high level of dust) requiring a sealed off negative pressure work zone. Since the

---

[38] Association for Professionals in Infection Control. Infection control risk assessment matrix of precautions for construction and renovation. http://apic.org

resident lounge was unavailable, larger group activities (e.g., bingo) were being held in the dining room. Activities room #2 was also assessed by the infection control practitioner as Type C (moderate to high level of dust) requiring a sealed off negative pressure work zone. As the activities room #2 was closed during construction, the residents were using activities room #1 or the dining room.

145.    The Chapel was closed due to a separate incidence of water damage several months ago. Religious services were being conducted in available lounges located in each wing of the facility.

### (iii)    Resident Interviews

146.    Resident #1 has lived within the facility since the fall of 2025. She reported that she had several hospitalizations after she moved in and subsequently moved to a room closer to the main core of the building. She stated that she is very pleased with her current location as she uses a walker for safety. She recently received a permanent wave hair treatment at the salon and is extremely pleased with the result. She says that her bed is comfortable, but she breathes easier sleeping in her chair. Her great niece works in the facility, and she knows many residents as most previously lived within this community. This resident stated that the food is good and the staff treats them like family.

147.    Resident #2 moved into the facility in January 2026. She came in from her home as she feels most comfortable having assistance in the shower. She said that the staff is very caring and patient. She stated that the food is good, the hairdresser is excellent, and she loves bingo.

44

10243036

**<u>CONCLUSION</u>**

The organization continues to experience ongoing supply management constraints impacting the timely availability of critical materials and equipment. Daily interdisciplinary meetings have been implemented to review current inventory levels, prioritize urgent operational and patient care needs, identify supply gaps, and coordinate mitigation strategies. Escalation processes are in place to address delayed vendor payments and procurement barriers, with leadership actively engaged to facilitate resolution and maintain continuity of operations. Continuous monitoring and communication with suppliers and internal stakeholders remain ongoing to reduce disruptions and support patient safety and service delivery.

The Ombudsman representative participates in supply management calls several times each week to monitor ongoing resource constraints and operational needs. On occasion, procedures have required rescheduling to ensure the necessary equipment and supplies are available to support safe and effective patient care.

The Ombudsman did not observe any significant concerns during this Report Period. The Ombudsman will submit her next report within sixty days and will inform the Court if there are any critical concerns discovered prior to that time, as necessary.

Dated: May 11, 2026          **PATIENT CARE OMBUDSMAN**

By: */s/ Suzanne Koenig*
     Suzanne Koenig, solely in her capacity as the
     Patient Care Ombudsman of North Star Health
     Alliance, Inc., *et al*.

10243036