**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

-------------------------------------------------------------------x

## UPDATED 13 WEEK CASH FLOW PROJECTIONS

---

**Related to**

**Debtors' Motion for Interim and Final Orders**
**Authorizing Use of Cash Collateral [Main Case Docket No. 13]**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**NSHA - CONSOLIDATING**

**13-Week Cash Flow Projection**

| | Actual 5/8/2026 | Forecast 5/15/2026 | Forecast 5/22/2026 | Forecast 5/29/2026 | Forecast 6/5/2026 | Forecast 6/12/2026 | Forecast 6/19/2026 | Forecast 6/26/2026 | Forecast 7/3/2026 | Forecast 7/10/2026 | Forecast 7/17/2026 | Forecast 7/24/2026 | Forecast 7/31/2026 | Forecast 13-Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Collections** | | | | | | | | | | | | | | |
| Operating Collections | | | | | | | | | | | | | | |
| Net Patient Service Collections | 3,098,197 | 2,812,147 | 2,812,147 | 2,812,147 | 2,812,147 | 2,812,147 | 2,812,147 | 2,769,683 | 2,769,683 | 2,769,683 | 2,769,683 | 2,769,683 | 2,769,683 | 36,589,177 |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Revenue Cycle Enhancements | - | 100,000 | 100,000 | 100,000 | 260,000 | 285,000 | 285,000 | 335,000 | 360,000 | 300,000 | 300,000 | 325,000 | 350,000 | 3,100,000 |
| Total Operating Collections | 3,098,197 | 2,912,147 | 2,912,147 | 2,912,147 | 3,072,147 | 3,097,147 | 3,097,147 | 3,104,683 | 3,129,683 | 3,069,683 | 3,069,683 | 3,094,683 | 3,119,683 | 39,689,177 |
| **Total Cash Collections** | **3,098,197** | **2,912,147** | **2,912,147** | **2,912,147** | **3,072,147** | **3,097,147** | **3,097,147** | **3,104,683** | **3,129,683** | **3,069,683** | **3,069,683** | **3,094,683** | **3,119,683** | **39,689,177** |
| | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | |
| People Costs | | | | | | | | | | | | | | |
| Salaries & Wages | (4,969) | (4,254,484) | - | (4,536,296) | - | (4,536,296) | - | (4,536,296) | - | (4,536,296) | - | (4,536,296) | - | (26,940,931) |
| Payroll Taxes | - | (386,411) | - | (378,007) | - | (378,007) | - | (378,007) | - | (378,007) | - | (378,007) | - | (2,276,448) |
| Fringe Benefits | (36,915) | (1,196,183) | - | (2,129,383) | - | (1,234,276) | - | (1,899,383) | - | (1,234,276) | - | (1,899,383) | - | (9,629,801) |
| Total People Costs | (41,885) | (5,837,077) | - | (7,043,686) | - | (6,148,579) | - | (6,813,686) | - | (6,148,579) | - | (6,813,686) | - | (38,847,180) |
| | | | | | | | | | | | | | | |
| Physician Fees | (351,397) | (298,893) | (258,000) | (476,000) | (258,000) | (88,768) | (258,000) | (18,000) | (716,000) | (18,000) | (328,768) | (18,000) | (716,000) | (3,803,826) |
| Purchased Services | (290,738) | (480,870) | (259,500) | (509,750) | (214,500) | (425,870) | (259,500) | (178,750) | (545,500) | (211,519) | (428,851) | (223,750) | (545,500) | (4,574,598) |
| Medical Supplies | (114,331) | (133,000) | (141,200) | (153,200) | (137,200) | (115,800) | (141,200) | (124,000) | (166,400) | (115,800) | (137,200) | (118,000) | (176,400) | (1,773,731) |
| Pharmacy Supplies | (241,326) | (308,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (3,629,326) |
| Ordinary Course Professionals | - | - | - | - | - | (22,500) | (22,500) | (22,500) | (42,500) | (22,500) | (22,500) | (22,500) | (22,500) | (200,000) |
| Insurance | (5,615) | (344,570) | - | (123,541) | - | (304,570) | - | - | (123,541) | - | (304,570) | - | (123,541) | (1,329,949) |
| Leases & Rent | (6,305) | (91,240) | (33,771) | (107,230) | - | (37,581) | (33,771) | - | (107,230) | (33,341) | (4,240) | (33,771) | (107,230) | (595,710) |
| Utilities | (112,166) | (237,650) | (47,250) | (8,900) | (41,250) | (251,400) | (47,250) | (8,900) | (41,250) | - | (292,650) | (6,000) | (50,150) | (1,144,816) |
| AP Payable - Post-Petition | (156,954) | (22,000) | - | - | (1,350,952) | (120,000) | (120,000) | (120,000) | (210,952) | (120,000) | (120,000) | (120,000) | (120,000) | (2,580,857) |
| Other Operating Expenses | (52,926) | (35,850) | (35,850) | (142,850) | (35,850) | (37,660) | (35,850) | (35,850) | (142,850) | (37,660) | (35,850) | (35,850) | (142,850) | (807,746) |
| Total Operating Disbursements | (1,373,641) | (7,789,150) | (1,055,571) | (8,845,158) | (2,317,752) | (7,832,728) | (1,198,071) | (7,601,686) | (2,376,223) | (6,987,399) | (1,954,629) | (7,671,557) | (2,284,171) | (59,287,738) |
| | | | | | | | | | | | | | | |
| **Operating Cash Flow** | 1,724,556 | (4,877,003) | 1,856,576 | (5,933,011) | 754,395 | (4,735,581) | 1,899,076 | (4,497,003) | 753,460 | (3,917,716) | 1,115,054 | (4,576,874) | 835,512 | (19,598,562) |
| | | | | | | | | | | | | | | |
| **Non-Operating Activity** | | | | | | | | | | | | | | |
| Net Intercompany Transfers (Debtor) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Intercompany Transfers (Non-Debtor) | 55,000 | - | - | - | - | - | - | - | - | - | - | - | - | 55,000 |
| Bankruptcy Administration | (289,000) | (289,000) | (289,000) | (284,000) | (309,000) | (309,000) | (309,000) | (309,000) | (309,000) | (309,000) | (309,000) | (309,000) | (309,000) | (3,932,000) |
| Loans / Debt Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Initiatives - Cost Savings | - | 130,946 | 145,987 | 145,987 | 145,987 | 145,987 | 145,987 | 361,973 | 361,973 | 361,973 | 361,973 | 361,973 | 514,488 | 3,185,235 |
| NYS DOH Funding | 3,750,000 | - | - | - | - | - | - | - | - | - | - | - | - | 3,750,000 |
| **Net Cash Flow** | 5,240,556 | (5,035,058) | 1,713,563 | (6,071,023) | 591,383 | (4,898,594) | 1,736,063 | (4,444,031) | 806,432 | (3,864,744) | 1,168,027 | (4,523,902) | 1,041,000 | (16,540,326) |
| | | | | | | | | | | | | | | |
| **Beginning Cash Balance** | 1,172,210 | 6,412,766 | 1,377,708 | 3,091,272 | (2,979,752) | (2,388,369) | (7,286,963) | (5,550,899) | (9,994,930) | (9,188,497) | (13,053,241) | (11,885,214) | (16,409,116) | 1,172,210 |
| Net Cash Flow | 5,240,556 | (5,035,058) | 1,713,563 | (6,071,023) | 591,383 | (4,898,594) | 1,736,063 | (4,444,031) | 806,432 | (3,864,744) | 1,168,027 | (4,523,902) | 1,041,000 | (16,540,326) |
| **Ending Cash Balance** | **6,412,766** | **1,377,708** | **3,091,272** | **(2,979,752)** | **(2,388,369)** | **(7,286,963)** | **(5,550,899)** | **(9,994,930)** | **(9,188,497)** | **(13,053,241)** | **(11,885,214)** | **(16,409,116)** | **(15,368,116)** | **(15,368,116)** |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

Does not include recently announced DASNY DIP loan of up to $45M, with an additional $15M for VAPAP repayment, proposed to commence upon Court approval.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**

1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.

**CARTHAGE AREA HOSPITAL**

13-Week Cash Flow Projection

| | 5/8/2026 Actual | 5/15/2026 Forecast | 5/22/2026 Forecast | 5/29/2026 Forecast | 6/5/2026 Forecast | 6/12/2026 Forecast | 6/19/2026 Forecast | 6/26/2026 Forecast | 7/3/2026 Forecast | 7/10/2026 Forecast | 7/17/2026 Forecast | 7/24/2026 Forecast | 7/31/2026 Forecast | 13-Weeks Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Collections** | | | | | | | | | | | | | | |
| Operating Collections | | | | | | | | | | | | | | |
| Net Patient Service Collections | 2,658,013 | 2,624,894 | 2,624,894 | 2,624,894 | 2,624,894 | 2,624,894 | 2,624,894 | 2,585,258 | 2,585,258 | 2,585,258 | 2,585,258 | 2,585,258 | 2,585,258 | 33,918,925 |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Collections | 2,658,013 | 2,624,894 | 2,624,894 | 2,624,894 | 2,624,894 | 2,624,894 | 2,624,894 | 2,585,258 | 2,585,258 | 2,585,258 | 2,585,258 | 2,585,258 | 2,585,258 | 33,918,925 |
| **Total Cash Collections** | **2,658,013** | **2,624,894** | **2,624,894** | **2,624,894** | **2,624,894** | **2,624,894** | **2,624,894** | **2,585,258** | **2,585,258** | **2,585,258** | **2,585,258** | **2,585,258** | **2,585,258** | **33,918,925** |
| **Disbursements** | | | | | | | | | | | | | | |
| People Costs | | | | | | | | | | | | | | |
| Salaries & Wages | - | (2,418,942) | - | (2,585,800) | - | (2,585,800) | - | (2,585,800) | - | (2,585,800) | - | (2,585,800) | - | (15,347,942) |
| Payroll Taxes | - | (218,476) | - | (214,200) | - | (214,200) | - | (214,200) | - | (214,200) | - | (214,200) | - | (1,289,476) |
| Fringe Benefits | (16,578) | (646,729) | - | (1,215,900) | - | (671,900) | - | (985,900) | - | (671,900) | - | (985,900) | - | (5,194,807) |
| Total People Costs | (16,578) | (3,284,147) | - | (4,015,900) | - | (3,471,900) | - | (3,785,900) | - | (3,471,900) | - | (3,785,900) | - | (21,832,226) |
| Physician Fees | (345,157) | (298,893) | (258,000) | (442,000) | (258,000) | (88,768) | (258,000) | (18,000) | (682,000) | (18,000) | (328,768) | (18,000) | (682,000) | (3,695,586) |
| Purchased Services | (168,213) | (390,570) | (65,000) | (345,250) | (59,000) | (272,570) | (65,000) | (25,750) | (378,500) | (58,519) | (273,051) | (31,750) | (378,500) | (2,511,673) |
| Medical Supplies | (111,053) | (126,000) | (134,200) | (136,200) | (130,200) | (108,800) | (134,200) | (107,000) | (159,400) | (108,800) | (130,200) | (111,000) | (159,400) | (1,656,453) |
| Pharmacy Supplies | (241,326) | (308,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (280,000) | (3,629,326) |
| Ordinary Course Professionals | - | - | - | - | - | (22,500) | (22,500) | (22,500) | (42,500) | (22,500) | (22,500) | (22,500) | (22,500) | (200,000) |
| Insurance | (5,615) | (304,570) | - | (83,541) | - | (304,570) | - | - | (83,541) | - | (304,570) | - | (83,541) | (1,169,949) |
| Leases & Rent | (5,749) | (91,240) | (33,771) | (98,430) | - | (37,581) | (33,771) | - | (98,430) | (33,341) | (4,240) | (33,771) | (98,430) | (568,754) |
| Utilities | (20,099) | (218,900) | (32,250) | - | (26,250) | (212,650) | (32,250) | - | (26,250) | - | (238,900) | (6,000) | (26,250) | (839,799) |
| AP Payable - Post-Petition | (138,052) | - | - | - | (1,350,952) | (110,000) | (110,000) | (110,000) | (200,952) | (110,000) | (110,000) | (110,000) | (110,000) | (2,459,955) |
| Other Operating Expenses | (19,973) | (11,100) | (11,100) | (118,100) | (11,100) | (12,910) | (11,100) | (11,100) | (118,100) | (12,910) | (11,100) | (11,100) | (118,100) | (477,793) |
| **Total Operating Disbursements** | (1,071,816) | (5,033,420) | (814,321) | (5,519,421) | (2,115,502) | (4,922,249) | (946,821) | (4,360,250) | (2,069,673) | (4,115,970) | (1,703,329) | (4,410,021) | (1,958,721) | (39,041,515) |
| **Operating Cash Flow** | 1,586,197 | (2,408,526) | 1,810,573 | (2,894,527) | 509,392 | (2,297,355) | 1,678,073 | (1,774,992) | 515,585 | (1,530,712) | 881,929 | (1,824,763) | 626,537 | (5,122,591) |
| **Non-Operating Activity** | | | | | | | | | | | | | | |
| Net Intercompany Transfers (Debtor) | - | (2,015,000) | - | (2,015,000) | - | (2,015,000) | - | (2,015,000) | - | (2,015,000) | - | (2,015,000) | - | (12,090,000) |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy Administration | (289,000) | (289,000) | (289,000) | (284,000) | (309,000) | (309,000) | (309,000) | (309,000) | (309,000) | (309,000) | (309,000) | (309,000) | (309,000) | (3,932,000) |
| Loans / Debt Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NYS DOH Funding | 3,750,000 | - | - | - | - | - | - | - | - | - | - | - | - | 3,750,000 |
| **Net Cash Flow** | 5,047,197 | (4,712,526) | 1,521,573 | (5,193,527) | 200,392 | (4,621,355) | 1,369,073 | (4,098,992) | 206,585 | (3,854,712) | 572,929 | (4,148,763) | 317,537 | (17,394,591) |
| **Cash Balance - Beginning of Period** | **480,884** | **5,528,081** | **815,555** | **2,337,128** | **(2,856,400)** | **(2,656,008)** | **(7,277,363)** | **(5,908,290)** | **(10,007,282)** | **(9,800,697)** | **(13,655,409)** | **(13,082,480)** | **(17,231,243)** | **480,884** |
| **Cash Balance - End of Period** | **5,528,081** | **815,555** | **2,337,128** | **(2,856,400)** | **(2,656,008)** | **(7,277,363)** | **(5,908,290)** | **(10,007,282)** | **(9,800,697)** | **(13,655,409)** | **(13,082,480)** | **(17,231,243)** | **(16,913,706)** | **(16,913,706)** |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

Does not include recently announced DASNY DIP loan of up to $45M, with an additional $15M for VAPAP repayment, proposed to commence upon Court approval.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**

1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.

**CLAXTON HEPBURN MEDICAL CENTER**

13-Week Cash Flow Projection

| | 5/8/2026 Actual | 5/15/2026 Forecast | 5/22/2026 Forecast | 5/29/2026 Forecast | 6/5/2026 Forecast | 6/12/2026 Forecast | 6/19/2026 Forecast | 6/26/2026 Forecast | 7/3/2026 Forecast | 7/10/2026 Forecast | 7/17/2026 Forecast | 7/24/2026 Forecast | 7/31/2026 Forecast | 13-Weeks Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Collections** | | | | | | | | | | | | | | |
| Operating Collections | | | | | | | | | | | | | | |
| Net Patient Service Collections | 355,596 | 144,570 | 144,570 | 144,570 | 144,570 | 144,570 | 144,570 | 141,742 | 141,742 | 141,742 | 141,742 | 141,742 | 141,742 | 2,073,468 |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Collections | 355,596 | 144,570 | 144,570 | 144,570 | 144,570 | 144,570 | 144,570 | 141,742 | 141,742 | 141,742 | 141,742 | 141,742 | 141,742 | 2,073,468 |
| **Total Cash Collections** | **355,596** | **144,570** | **144,570** | **144,570** | **144,570** | **144,570** | **144,570** | **141,742** | **141,742** | **141,742** | **141,742** | **141,742** | **141,742** | **2,073,468** |
| | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | |
| People Costs | | | | | | | | | | | | | | |
| Salaries & Wages | (4,449) | (1,824,396) | - | (1,939,350) | - | (1,939,350) | - | (1,939,350) | - | (1,939,350) | - | (1,939,350) | - | (11,525,595) |
| Payroll Taxes | - | (164,777) | - | (160,650) | - | (160,650) | - | (160,650) | - | (160,650) | - | (160,650) | - | (968,027) |
| Fringe Benefits | (20,337) | (548,759) | - | (912,788) | - | (561,681) | - | (912,788) | - | (561,681) | - | (912,788) | - | (4,430,822) |
| Total People Costs | (24,786) | (2,537,932) | - | (3,012,788) | - | (2,661,681) | - | (3,012,788) | - | (2,661,681) | - | (3,012,788) | - | (16,924,444) |
| | | | | | | | | | | | | | | |
| Physician Fees | (6,240) | - | - | (34,000) | - | - | - | - | (34,000) | - | - | - | (34,000) | (108,240) |
| Purchased Services | (122,524) | (90,300) | (194,500) | (164,500) | (155,500) | (153,300) | (194,500) | (153,000) | (167,000) | (153,000) | (155,800) | (192,000) | (167,000) | (2,062,924) |
| Medical Supplies | (3,278) | (7,000) | (7,000) | (17,000) | (7,000) | (7,000) | (7,000) | (17,000) | (7,000) | (7,000) | (7,000) | (7,000) | (17,000) | (117,278) |
| Pharmacy Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ordinary Course Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | (40,000) | - | (40,000) | - | - | - | - | (40,000) | - | - | - | (40,000) | (160,000) |
| Leases & Rent | (556) | - | - | (8,800) | - | - | - | - | (8,800) | - | - | - | (8,800) | (26,956) |
| Utilities | (77,585) | (18,750) | (15,000) | - | (15,000) | (38,750) | (15,000) | - | (15,000) | - | (53,750) | - | (15,000) | (263,835) |
| AP Payable - Post-Petition | (18,902) | (22,000) | - | - | - | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (120,902) |
| Other Operating Expenses | (31,394) | (24,750) | (24,750) | (24,750) | (24,750) | (24,750) | (24,750) | (24,750) | (24,750) | (24,750) | (24,750) | (24,750) | (24,750) | (328,394) |
| **Total Operating Disbursements** | **(285,264)** | **(2,740,732)** | **(241,250)** | **(3,301,838)** | **(202,250)** | **(2,895,481)** | **(251,250)** | **(3,217,538)** | **(306,550)** | **(2,856,431)** | **(251,300)** | **(3,246,538)** | **(316,550)** | **(20,112,972)** |
| | | | | | | | | | | | | | | |
| **Operating Cash Flow** | **70,332** | **(2,596,162)** | **(96,680)** | **(3,157,268)** | **(57,680)** | **(2,750,911)** | **(106,680)** | **(3,075,796)** | **(164,808)** | **(2,714,689)** | **(109,558)** | **(3,104,796)** | **(174,808)** | **(18,039,504)** |
| | | | | | | | | | | | | | | |
| **Non-Operating Activity** | | | | | | | | | | | | | | |
| Net Intercompany Transfers (Debtor) | - | 2,087,095 | - | 2,087,095 | - | 2,087,095 | - | 2,087,095 | - | 2,087,095 | - | 2,087,095 | - | 12,522,570 |
| Net Intercompany Transfers (Non-Debtor) | 55,000 | - | - | - | - | - | - | - | - | - | - | - | - | 55,000 |
| Bankruptcy Administration | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | **125,332** | **(509,067)** | **(96,680)** | **(1,070,173)** | **(57,680)** | **(663,816)** | **(106,680)** | **(988,701)** | **(164,808)** | **(627,594)** | **(109,558)** | **(1,017,701)** | **(174,808)** | **(5,461,934)** |
| | | | | | | | | | | | | | | |
| **Cash Balance - Beginning of Period** | **461,818** | **587,150** | **78,083** | **(18,597)** | **(1,088,770)** | **(1,146,450)** | **(1,810,266)** | **(1,916,946)** | **(2,905,647)** | **(3,070,455)** | **(3,698,049)** | **(3,807,607)** | **(4,825,308)** | **461,818** |
| **Cash Balance - End of Period** | **587,150** | **78,083** | **(18,597)** | **(1,088,770)** | **(1,146,450)** | **(1,810,266)** | **(1,916,946)** | **(2,905,647)** | **(3,070,455)** | **(3,698,049)** | **(3,807,607)** | **(4,825,308)** | **(5,000,116)** | **(5,000,116)** |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

Does not include recently announced DASNY DIP loan of up to $45M, with an additional $15M for VAPAP repayment, proposed to commence upon Court approval.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.

2. Pursuing DIP financing to address cash shortfall.

3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**

1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.

**MEADOWBROOK**

13-Week Cash Flow Projection

| | 5/8/2026 Actual | 5/15/2026 Forecast | 5/22/2026 Forecast | 5/29/2026 Forecast | 6/5/2026 Forecast | 6/12/2026 Forecast | 6/19/2026 Forecast | 6/26/2026 Forecast | 7/3/2026 Forecast | 7/10/2026 Forecast | 7/17/2026 Forecast | 7/24/2026 Forecast | 7/31/2026 Forecast | 13-Weeks Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Collections** | | | | | | | | | | | | | | |
| Operating Collections | | | | | | | | | | | | | | |
| Net Patient Service Collections | 84,588 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 596,784 |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Collections | 84,588 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 42,683 | 596,784 |
| **Total Cash Collections** | **84,588** | **42,683** | **42,683** | **42,683** | **42,683** | **42,683** | **42,683** | **42,683** | **42,683** | **42,683** | **42,683** | **42,683** | **42,683** | **596,784** |
| | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | |
| People Costs | | | | | | | | | | | | | | |
| Salaries & Wages | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fringe Benefits | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total People Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| Physician Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purchased Services | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medical Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pharmacy Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ordinary Course Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leases & Rent | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | (14,482) | - | - | (8,900) | - | - | - | (8,900) | - | - | - | - | (8,900) | (41,182) |
| Other Operating Expenses | (1,559) | - | - | - | - | - | - | - | - | - | - | - | - | (1,559) |
| **Total Operating Disbursements** | **(16,040)** | **-** | **-** | **(8,900)** | **-** | **-** | **-** | **(8,900)** | **-** | **-** | **-** | **-** | **(8,900)** | **(42,740)** |
| | | | | | | | | | | | | | | |
| **Operating Cash Flow** | **68,548** | **42,683** | **42,683** | **33,783** | **42,683** | **42,683** | **42,683** | **33,783** | **42,683** | **42,683** | **42,683** | **42,683** | **33,783** | **554,044** |
| | | | | | | | | | | | | | | |
| **Non-Operating Activity** | | | | | | | | | | | | | | |
| Net Intercompany Transfers (Debtor) | - | (87,095) | - | (87,095) | - | (87,095) | - | (87,095) | - | (87,095) | - | (87,095) | - | (522,570) |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy Administration | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | **68,548** | **(44,412)** | **42,683** | **(53,312)** | **42,683** | **(44,412)** | **42,683** | **(53,312)** | **42,683** | **(44,412)** | **42,683** | **(44,412)** | **33,783** | **31,474** |
| | | | | | | | | | | | | | | |
| **Cash Balance - Beginning of Period** | **193,551** | **262,099** | **217,687** | **260,370** | **207,058** | **249,741** | **205,329** | **248,012** | **194,700** | **237,383** | **192,971** | **235,654** | **191,242** | **193,551** |
| **Cash Balance - End of Period** | **262,099** | **217,687** | **260,370** | **207,058** | **249,741** | **205,329** | **248,012** | **194,700** | **237,383** | **192,971** | **235,654** | **191,242** | **225,025** | **225,025** |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

Does not include recently announced DASNY DIP loan of up to $45M, with an additional $15M for VAPAP repayment, proposed to commence upon Court approval.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.

2. Pursuing DIP financing to address cash shortfall.

3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**

1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.

**NSHA**

13-Week Cash Flow Projection

| | 5/8/2026 Actual | 5/15/2026 Forecast | 5/22/2026 Forecast | 5/29/2026 Forecast | 6/5/2026 Forecast | 6/12/2026 Forecast | 6/19/2026 Forecast | 6/26/2026 Forecast | 7/3/2026 Forecast | 7/10/2026 Forecast | 7/17/2026 Forecast | 7/24/2026 Forecast | 7/31/2026 Forecast | 13-Weeks Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Collections** | | | | | | | | | | | | | | |
| Operating Collections | | | | | | | | | | | | | | |
| Net Patient Service Collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Recurring Operating Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Collections** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Disbursements** | | | | | | | | | | | | | | |
| People Costs | | | | | | | | | | | | | | |
| Salaries & Wages | (520) | (11,146) | - | (11,146) | - | (11,146) | - | (11,146) | - | (11,146) | - | (11,146) | - | (67,394) |
| Payroll Taxes | - | (3,157) | - | (3,157) | - | (3,157) | - | (3,157) | - | (3,157) | - | (3,157) | - | (18,944) |
| Fringe Benefits | - | (695) | - | (695) | - | (695) | - | (695) | - | (695) | - | (695) | - | (4,172) |
| Total People Costs | (520) | (14,998) | - | (14,998) | - | (14,998) | - | (14,998) | - | (14,998) | - | (14,998) | - | (90,511) |
| Physician Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purchased Services | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medical Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pharmacy Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ordinary Course Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leases & Rent | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | (520) | (14,998) | - | (14,998) | - | (14,998) | - | (14,998) | - | (14,998) | - | (14,998) | - | (90,511) |
| **Operating Cash Flow** | (520) | (14,998) | - | (14,998) | - | (14,998) | - | (14,998) | - | (14,998) | - | (14,998) | - | (90,511) |
| **Non-Operating Activity** | | | | | | | | | | | | | | |
| Net Intercompany Transfers (Debtor) | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 90,000 |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy Administration | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Loans / Debt Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | (520) | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | (511) |
| **Cash Balance - Beginning of Period** | 35,956 | 35,436 | 35,437 | 35,437 | 35,439 | 35,439 | 35,440 | 35,440 | 35,442 | 35,442 | 35,444 | 35,444 | 35,445 | 35,956 |
| **Cash Balance - End of Period** | 35,436 | 35,437 | 35,437 | 35,439 | 35,439 | 35,440 | 35,440 | 35,442 | 35,442 | 35,444 | 35,444 | 35,445 | 35,445 | 35,445 |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

Does not include recently announced DASNY DIP loan of up to $45M, with an additional $15M for VAPAP repayment, proposed to commence upon Court approval.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.

2. Pursuing DIP financing to address cash shortfall.

3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**

1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.

**CONSOLIDATING CASH FLOW**

Week Ending 5/08/2026 Variance

| | Carthage Area Hospital | | | | Claxton Hepburn Memorial Center | | | | Meadowbrook | | | | NSHA | | | | Consolidating | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WE 5/08/26 | | | | WE 5/08/26 | | | | WE 5/08/26 | | | | WE 5/08/26 | | | | WE 5/08/26 | | | |
| | Budget | Actual | Var | Var% | Budget | Actual | Var | Var% | Budget | Actual | Var | Var% | Budget | Actual | Var | Var% | Budget | Actual | Var | Var% |
| **Cash Collections** | | | | | | | | | | | | | | | | | | | | |
| Operating Collections | | | | | | | | | | | | | | | | | | | | |
| Net Patient Service Collections | 2,624,894 | 2,658,013 | 33,119 | 1% | 144,570 | 355,596 | 211,026 | 146% | 42,683 | 84,588 | 41,905 | 98% | - | - | - | 0% | 2,812,147 | 3,098,197 | 286,050 | 10% |
| Other Recurring Operating Revenue | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% |
| Revenue Cycle Enhancements | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% |
| Total Operating Collections | 2,624,894 | 2,658,013 | 33,119 | 1% | 144,570 | 355,596 | 211,026 | 146% | 42,683 | 84,588 | 41,905 | 98% | - | - | - | 0% | 2,812,147 | 3,098,197 | 286,050 | 10% |
| **Total Cash Collections** | **2,624,894** | **2,658,013** | **33,119** | **1%** | **144,570** | **355,596** | **211,026** | **146%** | **42,683** | **84,588** | **41,905** | **98%** | **-** | **-** | **-** | **0%** | **2,812,147** | **3,098,197** | **286,050** | **10%** |
| | | | | | | | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | | | | | | | |
| People Costs | | | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | - | - | - | 0% | - | (4,449) | (4,449) | -100% | - | - | - | 0% | - | (520) | (520) | -100% | - | (4,969) | (4,969) | -100% |
| Payroll Taxes | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% |
| Fringe Benefits | (225,000) | (16,578) | 208,422 | 93% | - | (20,337) | (20,337) | -100% | - | - | - | 0% | - | - | - | 0% | (225,000) | (36,915) | 188,085 | 84% |
| Total People Costs | (225,000) | (16,578) | 208,422 | 93% | - | (24,786) | (24,786) | 0% | - | - | - | 0% | - | (520) | (520) | -100% | (225,000) | (41,885) | 183,115 | 81% |
| | | | | | | | | | | | | | | | | | | | | |
| Physician Fees | (368,000) | (345,157) | 22,843 | 6% | - | (6,240) | (6,240) | -100% | - | - | - | 0% | - | - | - | 0% | (368,000) | (351,397) | 16,603 | 5% |
| Purchased Services | (231,769) | (168,213) | 63,556 | 27% | (92,500) | (122,524) | (30,024) | -32% | - | - | - | 0% | - | - | - | 0% | (324,269) | (290,738) | 33,531 | 10% |
| Medical Supplies | (137,000) | (111,053) | 25,947 | 19% | (7,000) | (3,278) | 3,722 | 53% | - | - | - | 0% | - | - | - | 0% | (144,000) | (114,331) | 29,669 | 21% |
| Pharmacy Supplies | (280,000) | (241,326) | 38,674 | 14% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | (280,000) | (241,326) | 38,674 | 14% |
| Ordinary Course Professionals | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% |
| Insurance | (5,000) | (5,615) | (615) | -12% | (40,000) | - | 40,000 | 100% | - | - | - | 0% | - | - | - | 0% | (45,000) | (5,615) | 39,385 | 88% |
| Leases & Rent | (118,841) | (5,749) | 113,092 | 95% | - | (556) | (556) | -100% | - | - | - | 0% | - | - | - | 0% | (118,841) | (6,305) | 112,536 | 95% |
| Utilities | (26,250) | (20,099) | 6,151 | 23% | (25,000) | (77,585) | (52,585) | -210% | (8,900) | (14,482) | (5,582) | -63% | - | - | - | 0% | (60,150) | (112,166) | (52,016) | -86% |
| AP Payable - Post-Petition | (230,000) | (138,052) | 91,948 | 0% | - | (18,902) | (18,902) | -100% | - | - | - | 0% | - | - | - | 0% | (230,000) | (156,954) | 73,046 | 32% |
| Other Operating Expenses | (12,910) | (19,973) | (7,063) | -55% | (27,250) | (31,394) | (4,144) | -15% | - | (1,559) | (1,559) | -100% | - | - | - | 0% | (40,160) | (52,926) | (12,766) | -32% |
| **Total Operating Disbursements** | (1,634,770) | (1,071,816) | 562,954 | 34% | (191,750) | (285,264) | 93,514 | -49% | (8,900) | (16,040) | (7,140) | -80% | - | (520) | (520) | -100% | (1,835,420) | (1,373,641) | 461,779 | 25% |
| | | | | | | | | | | | | | | | | | | | | |
| **Operating Cash Flow** | 990,124 | 1,586,197 | 596,073 | 60% | (47,180) | 70,332 | 304,539 | -645% | 33,783 | 68,548 | 34,765 | 103% | - | (520) | (520) | -100% | 976,727 | 1,724,556 | 747,829 | 77% |
| | | | | | | | | | | | | | | | | | | | | |
| **Non-Operating Activity** | | | | | | | | | | | | | | | | | | | | |
| Net Intercompany Transfers (Debtor) | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% | - | 55,000 | 55,000 | 100% | - | - | - | 0% | - | - | - | 0% | - | 55,000 | 55,000 | 100% |
| Bankruptcy Administration | (257,333) | (289,000) | (31,667) | 12% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | (257,333) | (289,000) | (31,667) | 12% |
| Loans / Debt Principal Payments | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% |
| Capital Purchases | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% |
| Restructuring Initiatives - Cost Savings | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | 131,414 | - | (131,414) | 0% |
| NYS DOH Funding | 3,750,000 | 3,750,000 | - | 0% | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% | 3,750,000 | 3,750,000 | - | 0% |
| Net Cash Flow | 4,482,791 | 5,047,197 | 564,406 | 13% | (47,180) | 125,332 | 172,512 | 366% | 33,783 | 68,548 | 34,765 | 103% | - | (520) | (520) | -100% | 4,600,808 | 5,240,556 | 639,748 | 14% |
| | | | | | | | | | | | | | | | | | | | | |
| Balance - Beg. of Period | 505,884 | 480,884 | (25,000) | -5% | 461,818 | 461,818 | - | 0% | 193,551 | 193,551 | - | 0% | 35,956 | 35,956 | - | 0% | 1,197,210 | 1,172,210 | (25,000) | -2% |
| Balance - End of Period | 4,988,675 | 5,528,081 | 539,406 | 11% | 414,638 | 587,150 | 172,512 | 42% | 227,334 | 262,099 | 34,765 | 15% | 35,956 | 35,436 | (520) | -1% | 5,798,018 | 6,412,766 | 614,748 | 11% |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

Does not include recently announced DASNY DIP loan of up to $45M, with an additional $15M for VAPAP repayment, proposed to commence upon Court approval.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

   1. Engage DOH around continued operations.

   2. Pursuing DIP financing to address cash shortfall.

   3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**

   1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.