**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

Hearing Date/Time: June 24, 2026, 10:00 a.m.
Hearing Location: Syracuse, NY
Opposition Due: June 17, 2026

| | |
|---|---|
| In re<br><br>NORTH STAR HEALTH ALLIANCE, INC., et al.,[1]<br><br>    Debtors. | Case No. 26-60099-5-wak<br>Main Case Jointly Administered<br>Case No. 26-30788<br>Case No. 26-30977<br>Case No. 26-60100<br><br>Chapter 11 |

## MCKESSON CORPORATION'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

**TO THE HONORABLE WENDY A. KINSELLA, UNITED STATES BANKRUPTCY JUDGE:**

McKesson Corporation ("McKesson"), for itself and as collection agent for certain of its corporate affiliates, including without limitation McKesson Plasma and Biologics, Inc. ("MPB"), and McKesson Medical-Surgical Inc. ("MMS," and collectively with McKesson and MPB, the "McKesson Entities"), hereby submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), allowing and compelling payment of an administrative claim pursuant to section 503(b)(9) of title 11 of the United States Code (the "Bankruptcy Code"), in the aggregate amount of $1,032,867.40, consisting of the following amounts: (i) $235,300.41 to McKesson; (ii) $771,238.86 to MPB; and (iii) $26,328.13 to MMS (the "Administrative Claim"), related to certain pharmaceutical products, plasma-derived products, biologics, and medical-surgical supplies (the "Goods") purchased and received by the above-captioned debtors, North Star Health Alliance, Inc. ("North Star"), Carthage

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

110281944v3

Area Hospital, Inc. ("Carthage"), and Claxton-Hepburn Medical Center, Inc. ("Claxton," and collectively with North Star and Carthage, the "Debtors"), during the 20 days immediately preceding February 10, 2026 (the "Petition Date"). In support of this Motion, McKesson submits the Declaration of Stephanie Hampton ("Hampton Declaration") attached as **Exhibit B**, and respectfully states as follows:

**Jurisdiction and Venue**

1.      On the Petition Date, the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code in the above-captioned Court. *See* Docket No. 1. By the order entered on February 12, 2026, the Court directed the joint administration of the chapter 11 bankruptcy cases under the lead Debtor North Star's Case No. 26-60099-5. *See* Docket No. 25.

2.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.

3.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The statutory bases for the relief requested herein are section 503(b) of the Bankruptcy Code and Rule 3003 of the Federal Rules of Bankruptcy Procedure.

**Relief Requested**

6.      By this Motion, McKesson respectfully seeks entry of the Order, substantially in the form attached hereto as **Exhibit A**, allowing and compelling immediate payment of the Administrative Claim in the aggregate amount of $1,032,867.40, for the value of Goods purchased and received by the Debtors during the 20 days immediately preceding the Petition Date (January 21, 2026 through and including February 9, 2026). McKesson is entitled to payment of the Administrative Claim pursuant to section 503(b)(9) of the Bankruptcy Code.

110281944v3

**Basis of Relief**

7.      McKesson is entitled to treatment and payment of the Administrative Claim as an administrative expense of the Debtors' estates. Section 503(b)(9) of the Bankruptcy Code grants administrative status to all claims on account of "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9).

**Basis for Claim**

8.      McKesson is one of the largest distributors of pharmaceutical products in the United States.  MPB is one of the largest providers of pharmaceutical goods, plasma-derived products, biologics, and specialty pharmaceuticals in the United States. MMS is one of the largest distributors of medical-surgical products in the United States.

9.      North Star is a New York not-for-profit corporation formed in 1993 and serves as the system parent for Carthage, Claxton, Meadowbrook Terrace, Inc., and related affiliates.

10.      Carthage operates a 25-bed critical access hospital in Carthage, New York and a second acute-care campus in Ogdensburg, New York under a shared operating certificate. Claxton operates as a standalone Article 31 Inpatient Psychiatric Hospital providing adult and pediatric behavioral health services.

11.      On or about September 23, 2022, Carthage signed a Customer Application with McKesson. On or about November 4, 2022, Carthage executed a separate Customer Application with McKesson. On or about November 25, 2024, Claxton signed a Customer Application with McKesson. Pursuant to the McKesson Customer Applications, the Debtors are entitled to purchase the Goods from the McKesson Entities, based on agreed-upon pricing formulas, rebates and other

110281944v3

terms and conditions. Under the McKesson Agreements, both pre- and post-Petition Date, the Debtors purchased the Goods from the McKesson Entities.

12. In most instances, the McKesson Entities delivered their respective Goods using trucks they owned or operated. The McKesson Entities billed the Debtors contemporaneously with the shipment of the Goods and the Debtors remitted payment to McKesson pursuant to such invoices in accordance with the agreed-upon credit terms between McKesson, on the one hand, and the Debtors, on the other hand.

13. During the 20 days immediately preceding the Petition Date, the McKesson Entities each supplied Goods to one or more of the Debtors, giving rise to the Administrative Claim, which is comprised of separate amounts due to the respective McKesson entity as set forth below:

| McKesson Entity | Debtor(s) | Amount Owed |
|---|---|---|
| McKesson | Carthage & Claxton | $235,300.41 |
| MPB | Carthage | $771,238.86 |
| MMS | North Star, Carthage, and Claxton | $26,328.13 |

14. Spreadsheets listing the invoices for the Goods supplied by the McKesson Entities during the 20 days immediately preceding the Petition Date, the dates of the invoices (which are the same dates of product deliveries), the amounts of the invoices, and certain other additional information are attached to the Hampton Declaration as Attachments A–C[2].

---

[2] The invoices supporting the Administrative Claim are numerous, voluminous and contain confidential and proprietary information (such as pricing). They have not been attached to the Hampton Declaration. To the extent necessary or requested, McKesson will provide Invoices to the Court or a party in interest that requests these documents.

110281944v3

15.     Debtors have not paid for the Goods, and the Administrative Claim for the value of the Goods is entitled to priority and payment pursuant to sections 503(b)(9) and 507(a)(2) of the Bankruptcy Code. *See* Hampton Declaration ¶ 8, Attachments A–C.

16.     Moreover, McKesson is entitled to immediate payment of the Administrative Claim.  Section 503(b) provides that after notice and hearing, there shall be allowed administrative expenses, including claims for the value of goods pursuant to subsection 503(b)(9).  Thus, upon the granting of this Motion, McKesson is entitled to immediate payment of its administrative expense claim for the value of the Goods received by the Debtors on credit.

17.     Immediate payment of the Administrative Claim is further supported by virtue of the fact that prepetition administrative claims under section 503(b)(9) are accorded higher priority than other postpetition administrative claims under section 503 because section 503(b)(9) claims are not subordinated upon conversion to chapter 7.  Upon conversion of a case under any other chapter of the Bankruptcy Code to one under chapter 7, section 726(b) subordinates section 503(b) administrative claims incurred under that other chapter of bankruptcy to section 503(b) claims incurred under the chapter 7 case.  However, because section 503(b)(9) claims are not incurred under any chapter of the bankruptcy code, but rather prior to the filing of a bankruptcy case, even in converted cases they are *pari passu* in priority with chapter 7 administrative claims.  Accordingly, it is clear the Bankruptcy Code provides preferential treatment to such claims in order to ensure their payment, and therefore, McKesson is entitled to immediate payment of its administrative  claim.

### Reservation of Rights

18.     McKesson intends to timely file proofs of claim against the respective Debtors.  To the extent any portion of the Administrative Claim asserted in this Motion is not entitled to

110281944v3

allowance and treatment under Bankruptcy Code § 503(b)(9), McKesson asserts the amounts set forth in this Motion as either a secured claim or general unsecured claim against the Debtors, as applicable.

19. McKesson expressly reserves all rights that it may now or at any time hereafter may have against the Debtors, or any other entity or person, and any property held by the Debtors or any such entity or person.

20. This Motion is not intended to be, and shall not be construed as, (1) an election of remedies; (2) a waiver of any defaults; or (3) a waiver or limitation on the rights, remedies, claims, or interests of McKesson. McKesson reserves any and all rights with respect to the Administrative Claim, and any other claims McKesson may file in this or any other related bankruptcy case, including, but not limited to, the right to (a) amend, update, or supplement this Motion at any time and in any respect; (b) file additional proofs of claim or requests for payment of administrative expenses; and (c) amend, update, or supplement the Motion to include additional amounts due and owing under any applicable agreement or course of performance. This Motion constitutes a claim against the Debtors and any other debtor-affiliate of the Debtors to the extent applicable.

6

110281944v3

WHEREFORE, McKesson respectfully requests that the Court enter the Order allowing, approving and ordering immediate payment of the Administrative Claim in the total amount of $1,032,867.40 and grant such further relief as necessary or appropriate.

DATED:  May 13, 2026                    Respectfully submitted,


By:*/s/Jeffrey K. Garfinkle*

JEFFREY K. GARFINKLE
Admitted Pro Hac Vice
BUCHALTER LLP
18400 Von Karman Avenue #800
Irvine, CA  92612
(949)760-1121
jgarfinkle@buchalter.com

Counsel for Movants, McKesson Corporation and
certain of its corporate affiliates

7

**Exhibit A**

**Proposed Order**

8

110281944v3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

|  |  |  |
|---|---|---|
|  | x |  |
| In re | : | Chapter 11 |
|  | : |  |
| NORTH STAR HEALTH ALLIANCE, INC., et al.,[1] | : | Case No. 26-60099-5-wak |
|  | : | Main Case |
| Debtors. | : | Jointly Administered |
|  | : | Case No. 26-30788 |
|  | : | Case No. 26-30977 |
|  | x | Case No. 26-60100 |

## ORDER GRANTING MCKESSON CORPORATION'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

Upon the motion (the "Motion") of McKesson Corporation ("McKesson"), for itself and

as collection agent for certain of its affiliates, including without limitation McKesson Plasma and

Biologics, Inc. and McKesson Medical-Surgical Inc., for entry of an order allowing and

compelling payment of an administrative claim in the aggregate amount of $1,032,867.40 (the

"Administrative Claim") related to certain pharmaceutical goods, plasma-derived products,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

110281944v3

biologics, and medical-surgical supplies received by the above-captioned debtors, North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), and Claxton-Hepburn Medical Center, Inc. ("Claxton," and collectively with North Star and Carthage, the "Debtors"), during the 20 days immediately preceding February 10, 2026 pursuant to section 503(b)(9) of title 11 of the United States Code (the "Bankruptcy Code"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that McKesson provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having found that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having found that the Motion constitutes a timely-filed request for payment of Administrative Claims; and the Court having considered the entire record before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any oppositions to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that:

1.     The Motion is GRANTED and approved in its entirety.

2.     McKesson's Administrative Claim is allowed against the estates of the Debtors in the amount of $1,032,867.40.

3.     The Debtors are authorized and instructed to immediately pay $1,032,867.40 to McKesson on account of its allowed Administrative Claim.

4.     Nothing contained herein affects or limits McKesson's right to payment for unpaid

prepetition claims other than the portion of those claims asserted under section 503(b)(9) of the

Bankruptcy Code and resolved pursuant to this Order.

5.      This Court retains jurisdiction to hear and determine all matters arising from or related

to the implementation, interpretation, or enforcement of this Order.

###

110281944v3

**<u>Exhibit B</u>**

**Declaration of Stephanie Hampton**

110281944v3

## <u>DECLARATION OF STEPHANIE HAMPTON</u>

I, Stephanie Hampton, declare and state as follows:

1.     I am employed by McKesson Corporation ("<u>McKesson</u>"), as a Legal Specialist -Bankruptcy, Credit, and Collections.

2.     I make this declaration based on my own personal knowledge, which I well and truly believe is true and correct, except for those matters set forth herein on my information and belief.  As to those matters, I well and truly believe that my information and belief formed from that information are true, accurate and correct.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.

3.     It is my understanding that North Star Health Alliance, Inc. ("<u>North Star</u>"), Carthage Area Hospital, Inc. ("<u>Carthage</u>"), Meadowbrook Terrace, Inc. ("<u>Meadowbrook</u>"), Claxton-Hepburn Medical Center, Inc. ("<u>Claxton</u>," and collectively with North Star and Carthage, the "<u>Debtors</u>") filed voluntary Chapter 11 petitions on February 10, 2026 (the "<u>Petition Date</u>").

4.     It is my understanding that North Star, a New York not-for-profit parent entity, operates as a system parent for its affiliated healthcare providers, including Carthage, Meadowbrook, and Claxton, which provide acute-care hospital services, inpatient behavioral health treatment for adults and children, and assisted living services for elderly and medically fragile patients in northern New York, respectively.

5.     McKesson is the largest distributor of pharmaceutical products in the United States. McKesson Plasma and Biologics, Inc. ("<u>MPB</u>") is one of the largest providers of plasma-derived products, biologics, and specialty drug distribution in the United States. McKesson Medical-Surgical Inc. ("<u>MMS</u>," and collectively with McKesson and MPB, the "<u>McKesson Entities</u>") is one of the largest distributors of medical-surgical products in the United States.

110281944v3

6.      On or about September 23, 2022, Carthage signed a Customer Application with McKesson. On or about November 4, 2022, Carthage executed a separate Customer Application with McKesson. On or about November 25, 2024, Claxton signed a Customer Application with McKesson. Pursuant to the McKesson Customer Applications, the Debtors are entitled to purchase various products from the McKesson Entities, based on agreed-upon pricing formulas, rebates and other terms and conditions. Under the McKesson Agreements, both pre- and post-Petition Date, Debtors purchased the Goods from the McKesson Entities.

7.      The McKesson Entities supplied Debtors with various pharmaceutical products, plasma-derived products, biologics, and medical-surgical supplies (the "Goods"). In most instances, the McKesson Entities delivered their respective Goods using trucks they owned or operated. The McKesson Entities billed the Debtors contemporaneously with the shipment of the Goods and the Debtors remitted payment to the McKesson Entities pursuant to such invoices in accordance with the agreed-upon credit terms between the McKesson Entities, on the one hand, and the Debtors, on the other hand.

8.      From January 21, 2026 through and including February 9, 2026, within the 20 day period prior to the Petition Date (the "Administrative Claim Period"), the Debtors collectively purchased on credit and received $1,032,867.40 of Goods from the McKesson Entities, for which no payment has been made. Specifically, during the Administrative Claim Period, (i) Carthage and Claxton received pharmaceutical goods from McKesson in the aggregate amount of $235,300.41; (ii) Carthage received plasma-derived products and biologic goods from MPB totaling $771,238.86; and (iii) North Star, Carthage, and Claxton received medical-surgical goods from MMS totaling $26,328.13. Spreadsheets summarizing and evidencing these transactions, including invoice dates and numbers, delivery information, and amounts owed, are attached hereto as

14

110281944v3

**Attachments A through C**. The McKesson Entities delivered the Goods to the Debtors, with the respective parties receiving the deliveries as indicated on the attached spreadsheet.

9.      It is the McKesson Entities' standard business practice to issue the invoice on the day prior to delivering purchased goods to its customers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 11<u>th</u> day of May 2026 at Jacksonville, Florida.

DocuSigned by:

68A57639C1CA4BC...

_____

Stephanie Hampton

15

110281944v3

# ATTACHMENT A

| Debtor | Document Number | DBA Name | Assignment | Document Date | Amount in local currency |
|---|---|---|---|---|---|
| Claxton-Hepburn Medical Center, Inc. | 7613932906 | CLAXTON MOB GPO | 011426PEDS    01 | 1/21/2026 | $ 2,746.29 |
| Carthage Area Hospital, Inc. | 7613793148 | CARTHAGE CLAXTONCLEAN PHS | 011626Renal    01 | 1/21/2026 | $ 779.92 |
| Carthage Area Hospital, Inc. | 7613793152 | CARTHAGE CLAXTONCLEAN PHS | 012026CTC Reg   00 | 1/21/2026 | $ 3,413.43 |
| Carthage Area Hospital, Inc. | 7613793153 | CARTHAGE CLAXTONCLEAN PHS | 012026CTC Reg   00 | 1/21/2026 | $ 11,288.16 |
| Carthage Area Hospital, Inc. | 7613793149 | CARTHAGE CLAXTONCLEAN PHS | 012026Renal    00 | 1/21/2026 | $ 1,745.86 |
| Carthage Area Hospital, Inc. | 7613814946 | CARTHAGE CLAXTON CAMP PHS | 012026Main_1514142 | 1/21/2026 | $ 40.31 |
| Carthage Area Hospital, Inc. | 7613826533 | CLAXTON-HEPBURN MED CAM | 012026Carth    00 | 1/21/2026 | $ 8,346.33 |
| Carthage Area Hospital, Inc. | 7613826536 | CLAXTON-HEPBURN MED CAM | 012026Carth    00 | 1/21/2026 | $ 1,402.99 |
| Carthage Area Hospital, Inc. | 7613826537 | CLAXTON-HEPBURN MED CAM | 012026Carth    00 | 1/21/2026 | $ 5.82 |
| Carthage Area Hospital, Inc. | 7613826538 | CLAXTON-HEPBURN MED CAM | 012026Carth    01 | 1/21/2026 | $ 536.12 |
| Carthage Area Hospital, Inc. | 7613826539 | CLAXTON-HEPBURN MED CAM | 012026Carth    01 | 1/21/2026 | $ 6.08 |
| Carthage Area Hospital, Inc. | 7613826540 | CLAXTON-HEPBURN MED CAM | 012026CTC Reg   00 | 1/21/2026 | $ 8,257.17 |
| Carthage Area Hospital, Inc. | 7613826541 | CLAXTON-HEPBURN MED CAM | 012026Main_1514143 | 1/21/2026 | $ 473.14 |
| Carthage Area Hospital, Inc. | 7613826542 | CLAXTON-HEPBURN MED CAM | 012026Main_1514143 | 1/21/2026 | $ 200.88 |
| Carthage Area Hospital, Inc. | 7613826543 | CLAXTON-HEPBURN MED CAM | 012026Main_1514143 | 1/21/2026 | $ 48.44 |
| Carthage Area Hospital, Inc. | 7614023517 | CARTHAGE CLAXTONCLEAN PHS | 012126ctc    00 | 1/22/2026 | $ 62.67 |
| Carthage Area Hospital, Inc. | 7614023516 | CARTHAGE CLAXTONCLEAN PHS | 012126Renal    00 | 1/22/2026 | $ 770.61 |
| Carthage Area Hospital, Inc. | 7614040628 | CARTHAGE CLAXTON CAMP PHS | 012126CII_1514994 | 1/22/2026 | $ 23.42 |
| Carthage Area Hospital, Inc. | 7614040629 | CARTHAGE CLAXTON CAMP PHS | 012126Main_1515614 | 1/22/2026 | $ 33.97 |
| Carthage Area Hospital, Inc. | 7614041259 | CLAXTON-HEPBURN MED CAM | 012026M    00 | 1/22/2026 | $ 143.14 |
| Carthage Area Hospital, Inc. | 7614041256 | CLAXTON-HEPBURN MED CAM | 012126CII_1514995 | 1/22/2026 | $ 172.20 |
| Carthage Area Hospital, Inc. | 7614041262 | CLAXTON-HEPBURN MED CAM | 012126Main_1515615 | 1/22/2026 | $ 713.08 |
| Carthage Area Hospital, Inc. | 7614041267 | CLAXTON-HEPBURN MED CAM | 012126Main_1515615 | 1/22/2026 | $ 355.19 |
| Carthage Area Hospital, Inc. | 7614041269 | CLAXTON-HEPBURN MED CAM | 012126Main_1515615 | 1/22/2026 | $ 276.61 |
| Carthage Area Hospital, Inc. | 7614041270 | CLAXTON-HEPBURN MED CAM | 012126Main_1515615 | 1/22/2026 | $ 4.11 |
| Carthage Area Hospital, Inc. | 7614041260 | CLAXTON-HEPBURN MED CAM | 012126Pharm_151507 | 1/22/2026 | $ 71.57 |
| Carthage Area Hospital, Inc. | 7614041271 | CLAXTON-HEPBURN MED CAM | 012126Pharm_151584 | 1/22/2026 | $ 55.65 |
| Claxton-Hepburn Medical Center, Inc. | 7614270831 | CLAXTON MOB GPO | 012226Hilb    00 | 1/23/2026 | $ 1,928.03 |
| Carthage Area Hospital, Inc. | 7614272821 | CARTHAGE CLAXTONCLEAN PHS | 012226Renal    00 | 1/23/2026 | $ 2,886.16 |
| Carthage Area Hospital, Inc. | 7614322011 | CARTHAGE CLAXTON CAMP PHS | 012226m_1517265 | 1/23/2026 | $ 35.12 |
| Carthage Area Hospital, Inc. | 7614322006 | CARTHAGE CLAXTON CAMP PHS | 01226Main_1517202 | 1/23/2026 | $ 1,144.60 |
| Carthage Area Hospital, Inc. | 7614322049 | CLAXTON-HEPBURN MED CAM | 012026M    01 | 1/23/2026 | $ 143.14 |
| Carthage Area Hospital, Inc. | 7614322062 | CLAXTON-HEPBURN MED CAM | 012226    01 | 1/23/2026 | $ 250.78 |
| Carthage Area Hospital, Inc. | 7614322064 | CLAXTON-HEPBURN MED CAM | 012226_1517305 | 1/23/2026 | $ 250.78 |

| Company | Account | Facility | Reference | Date | Amount |
|---|---|---|---|---|---|
| Carthage Area Hospital, Inc. | 7614322063 | CLAXTON-HEPBURN MED CAM | 012226CarthPeds 00 | 1/23/2026 | $ 5,976.76 |
| Carthage Area Hospital, Inc. | 7614322053 | CLAXTON-HEPBURN MED CAM | 01226Main_1517203 | 1/23/2026 | $ 763.92 |
| Carthage Area Hospital, Inc. | 7614322058 | CLAXTON-HEPBURN MED CAM | 01226Main_1517203 | 1/23/2026 | $ 379.46 |
| Carthage Area Hospital, Inc. | 7614322060 | CLAXTON-HEPBURN MED CAM | 01226Main_1517203 | 1/23/2026 | $ 74.94 |
| Claxton-Hepburn Medical Center, Inc. | 7614580499 | CLAXTON MOB GPO | 012326Ortho 00 | 1/26/2026 | $ 4,036.08 |
| Carthage Area Hospital, Inc. | 7614551340 | CARTHAGE CLAXTONCLEAN PHS | 012326Renal 00 | 1/26/2026 | $ 130.84 |
| Carthage Area Hospital, Inc. | 7614602561 | CARTHAGE CLAXTON CAMP PHS | 012326Main_1518479 | 1/26/2026 | $ 9.09 |
| Carthage Area Hospital, Inc. | 7614602562 | CARTHAGE CLAXTON CAMP PHS | 012526_1519288 | 1/26/2026 | $ 27.70 |
| Carthage Area Hospital, Inc. | 7614589338 | CLAXTON-HEPBURN MED CAM | 012326Main_1518480 | 1/26/2026 | $ 782.51 |
| Carthage Area Hospital, Inc. | 7614589339 | CLAXTON-HEPBURN MED CAM | 012326Main_1518480 | 1/26/2026 | $ 25.78 |
| Carthage Area Hospital, Inc. | 7614589340 | CLAXTON-HEPBURN MED CAM | 012326Main_1518480 | 1/26/2026 | $ 502.51 |
| Carthage Area Hospital, Inc. | 7614589341 | CLAXTON-HEPBURN MED CAM | 012526_1519289 | 1/26/2026 | $ 118.12 |
| Carthage Area Hospital, Inc. | 7614589342 | CLAXTON-HEPBURN MED CAM | 012526_1519289 | 1/26/2026 | $ 297.85 |
| Carthage Area Hospital, Inc. | 7614589343 | CLAXTON-HEPBURN MED CAM | 012526_1519289 | 1/26/2026 | $ 23.29 |
| Carthage Area Hospital, Inc. | 7614760679 | CARTHAGE CLAXTONCLEAN PHS | 012626CTC 00 | 1/27/2026 | $ 1,271.51 |
| Carthage Area Hospital, Inc. | 7614760680 | CARTHAGE CLAXTONCLEAN PHS | 012626CTC 00 | 1/27/2026 | $ 69.93 |
| Carthage Area Hospital, Inc. | 7614760677 | CARTHAGE CLAXTONCLEAN PHS | 012626Renal 00 | 1/27/2026 | $ 2,793.49 |
| Carthage Area Hospital, Inc. | 7614760678 | CARTHAGE CLAXTONCLEAN PHS | 012626Renal 00 | 1/27/2026 | $ 646.98 |
| Carthage Area Hospital, Inc. | 7614775943 | CARTHAGE CLAXTON CAMP PHS | 012626Main_1520495 | 1/27/2026 | $ 283.12 |
| Carthage Area Hospital, Inc. | 7614778958 | CLAXTON-HEPBURN MED CAM | 012626 CARTH 00 | 1/27/2026 | $ 3,531.08 |
| Carthage Area Hospital, Inc. | 7614778961 | CLAXTON-HEPBURN MED CAM | 012626 CARTH 00 | 1/27/2026 | $ 4,004.41 |
| Carthage Area Hospital, Inc. | 7614778962 | CLAXTON-HEPBURN MED CAM | 012626 CARTH 00 | 1/27/2026 | $ 85.09 |
| Carthage Area Hospital, Inc. | 7614778965 | CLAXTON-HEPBURN MED CAM | 012626M 00 | 1/27/2026 | $ 113.76 |
| Carthage Area Hospital, Inc. | 7614778963 | CLAXTON-HEPBURN MED CAM | 012626Main_1520496 | 1/27/2026 | $ 1,085.40 |
| Carthage Area Hospital, Inc. | 7614778964 | CLAXTON-HEPBURN MED CAM | 012626Main_1520496 | 1/27/2026 | $ 4.44 |
| Carthage Area Hospital, Inc. | 7614778957 | CLAXTON-HEPBURN MED CAM | 012626Pharm_152028 | 1/27/2026 | $ 170.20 |
| Carthage Area Hospital, Inc. | 7615023794 | CARTHAGE CLAXTONCLEAN PHS | 012726CTC Reg 00 | 1/28/2026 | $ 401.66 |
| Carthage Area Hospital, Inc. | 7615023799 | CARTHAGE CLAXTONCLEAN PHS | 012726CTC Reg 00 | 1/28/2026 | $ 12,313.83 |
| Carthage Area Hospital, Inc. | 7615029602 | CARTHAGE CLAXTONCLEAN PHS | 012726Renal 00 | 1/28/2026 | $ 2,394.49 |
| Carthage Area Hospital, Inc. | 7615014149 | CARTHAGE CLAXTON CAMP PHS | 012726Main_1521881 | 1/28/2026 | $ 11.83 |
| Carthage Area Hospital, Inc. | 7615047204 | CLAXTON-HEPBURN MED CAM | 011526M 04 | 1/28/2026 | $ 14.51 |
| Carthage Area Hospital, Inc. | 7615047210 | CLAXTON-HEPBURN MED CAM | 012726CarthPeds 00 | 1/28/2026 | $ 4,819.80 |
| Carthage Area Hospital, Inc. | 7615047205 | CLAXTON-HEPBURN MED CAM | 012726CTC Reg 00 | 1/28/2026 | $ 37.89 |
| Carthage Area Hospital, Inc. | 7615047206 | CLAXTON-HEPBURN MED CAM | 012726CTC Reg 00 | 1/28/2026 | $ 2,978.47 |
| Carthage Area Hospital, Inc. | 7615047202 | CLAXTON-HEPBURN MED CAM | 012726M_1521264 | 1/28/2026 | $ 154.13 |
| Carthage Area Hospital, Inc. | 7615047211 | CLAXTON-HEPBURN MED CAM | 012726M_1521964 | 1/28/2026 | $ 11.44 |
| Carthage Area Hospital, Inc. | 7615047207 | CLAXTON-HEPBURN MED CAM | 012726Main_1521882 | 1/28/2026 | $ 23.66 |
| Carthage Area Hospital, Inc. | 7615047208 | CLAXTON-HEPBURN MED CAM | 012726Main_1521882 | 1/28/2026 | $ 660.28 |

| | | | | | |
|---|---|---|---|---|---:|
| Carthage Area Hospital, Inc. | 7615047209 | CLAXTON-HEPBURN MED CAM | 012726Main_1521882 | 1/28/2026 | $ 96.88 |
| Carthage Area Hospital, Inc. | 7615251308 | CARTHAGE CLAXTONCLEAN PHS | 012826-CTCDS   00 | 1/29/2026 | $ 150.64 |
| Carthage Area Hospital, Inc. | 7615251309 | CARTHAGE CLAXTONCLEAN PHS | 012826Renal   00 | 1/29/2026 | $ 1,436.40 |
| Carthage Area Hospital, Inc. | 7615273597 | CARTHAGE CLAXTON CAMP PHS | 012826Main_1523148 | 1/29/2026 | $ 52.92 |
| Carthage Area Hospital, Inc. | 7615295817 | CLAXTON-HEPBURN MED CAM | 012826CII_1522659 | 1/29/2026 | $ 59.50 |
| Carthage Area Hospital, Inc. | 7615295822 | CLAXTON-HEPBURN MED CAM | 012826M_1523288 | 1/29/2026 | $ 297.31 |
| Carthage Area Hospital, Inc. | 7615295818 | CLAXTON-HEPBURN MED CAM | 012826Main_1523149 | 1/29/2026 | $ 528.81 |
| Carthage Area Hospital, Inc. | 7615295819 | CLAXTON-HEPBURN MED CAM | 012826Main_1523149 | 1/29/2026 | $ 355.19 |
| Carthage Area Hospital, Inc. | 7615295820 | CLAXTON-HEPBURN MED CAM | 012826Main_1523149 | 1/29/2026 | $ 106.38 |
| Carthage Area Hospital, Inc. | 7615295821 | CLAXTON-HEPBURN MED CAM | 012826Main_1523149 | 1/29/2026 | $ 1,024.61 |
| Carthage Area Hospital, Inc. | 7615486610 | CARTHAGE CLAXTONCLEAN PHS | 012926-CTC340   00 | 1/30/2026 | $ 3,185.46 |
| Carthage Area Hospital, Inc. | 7615486611 | CARTHAGE CLAXTONCLEAN PHS | 012926-CTC340   00 | 1/30/2026 | $ 128.57 |
| Carthage Area Hospital, Inc. | 7615494551 | CARTHAGE CLAXTON CAMP PHS | 0129main_1524893 | 1/30/2026 | $ 216.99 |
| Carthage Area Hospital, Inc. | 7615494553 | CARTHAGE CLAXTON CAMP PHS | 0129main_1524893 | 1/30/2026 | $ 10.91 |
| Carthage Area Hospital, Inc. | 7615494549 | CARTHAGE CLAXTON CAMP PHS | 0129RENAL_1524820 | 1/30/2026 | $ 852.15 |
| Carthage Area Hospital, Inc. | 7615497470 | CLAXTON-HEPBURN MED CAM | 012926-CTC     00 | 1/30/2026 | $ 66.38 |
| Carthage Area Hospital, Inc. | 7615497471 | CLAXTON-HEPBURN MED CAM | 0129main_1524894 | 1/30/2026 | $ 531.78 |
| Carthage Area Hospital, Inc. | 7615497473 | CLAXTON-HEPBURN MED CAM | 0129main_1524894 | 1/30/2026 | $ 4,318.19 |
| Carthage Area Hospital, Inc. | 7615497468 | CLAXTON-HEPBURN MED CAM | 0129RENAL_1524821 | 1/30/2026 | $ 806.02 |
| Carthage Area Hospital, Inc. | 7615724354 | CLAXTON-HEPBURN MED CAM | 012226CartPeds 00 | 2/1/2026 | $ 3,725.45 |
| Claxton-Hepburn Medical Center, Inc. | 7615784483 | CLAXTON MOB GPO | 013026Ortho   00 | 2/2/2026 | $ 6,054.12 |
| Carthage Area Hospital, Inc. | 7615743596 | CARTHAGE CLAXTONCLEAN PHS | 013026-CTC340   00 | 2/2/2026 | $ 1,608.67 |
| Carthage Area Hospital, Inc. | 7615751982 | CARTHAGE CLAXTON CAMP PHS | 013026Main_1526111 | 2/2/2026 | $ 10.72 |
| Carthage Area Hospital, Inc. | 7615751983 | CARTHAGE CLAXTON CAMP PHS | 020126Main_1526961 | 2/2/2026 | $ 0.95 |
| Carthage Area Hospital, Inc. | 7616007766 | CLAXTON-HEPBURN MED CAM | 012026M | 2/2/2026 | $ (82.44) |
| Carthage Area Hospital, Inc. | 7615794560 | CLAXTON-HEPBURN MED CAM | 013026Main_1526112 | 2/2/2026 | $ 764.27 |
| Carthage Area Hospital, Inc. | 7615794562 | CLAXTON-HEPBURN MED CAM | 013026Main_1526112 | 2/2/2026 | $ 8.08 |
| Carthage Area Hospital, Inc. | 7615794564 | CLAXTON-HEPBURN MED CAM | 013026Main_1526112 | 2/2/2026 | $ 11.57 |
| Carthage Area Hospital, Inc. | 7615794566 | CLAXTON-HEPBURN MED CAM | 020126Main_1526962 | 2/2/2026 | $ 19.47 |
| Carthage Area Hospital, Inc. | 7615794567 | CLAXTON-HEPBURN MED CAM | 020126Main_1526962 | 2/2/2026 | $ 609.37 |
| Carthage Area Hospital, Inc. | 7615794569 | CLAXTON-HEPBURN MED CAM | 020126Main_1526962 | 2/2/2026 | $ 4.84 |
| Carthage Area Hospital, Inc. | 7616043839 | CARTHAGE CLAXTONCLEAN PHS | 010226Renal   00 | 2/3/2026 | $ 1,940.84 |
| Carthage Area Hospital, Inc. | 7616043841 | CARTHAGE CLAXTONCLEAN PHS | 010226Renal   00 | 2/3/2026 | $ 275.13 |
| Carthage Area Hospital, Inc. | 7616045980 | CARTHAGE CLAXTON CAMP PHS | 020226Main_1528106 | 2/3/2026 | $ 171.77 |
| Carthage Area Hospital, Inc. | 7616063753 | KINNEY DRUGS 06/CARTH PHS | 20260202_48077 | 2/3/2026 | $ 8.83 |
| Carthage Area Hospital, Inc. | 7616063751 | KINNEY DRUGS 06/CARTH PHS | 20260202_48077_DS | 2/3/2026 | $ 1,358.27 |
| Carthage Area Hospital, Inc. | 7616063752 | KINNEY DRUGS 06/CARTH PHS | 20260202_48077_DS | 2/3/2026 | $ 2,793.92 |
| Carthage Area Hospital, Inc. | 7616007196 | CLAXTON-HEPBURN MED CAM | 020226M     00 | 2/3/2026 | $ 218.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Carthage Area Hospital, Inc. | 7616061929 | CLAXTON-HEPBURN MED CAM | 020226Main_1528107 | 2/3/2026 | $ | 562.95 |
| Carthage Area Hospital, Inc. | 7616061931 | CLAXTON-HEPBURN MED CAM | 020226Main_1528107 | 2/3/2026 | $ | 16.20 |
| Claxton-Hepburn Medical Center, Inc. | 7616449761 | CLAXTON MOB GPO | 020326BOT     00 | 2/4/2026 | $ | 3,321.43 |
| Claxton-Hepburn Medical Center, Inc. | 7616449762 | CLAXTON MOB GPO | 020326Surg     00 | 2/4/2026 | $ | 3,321.43 |
| Carthage Area Hospital, Inc. | 7616319467 | CARTHAGE CLAXTONCLEAN PHS | 020326-CTC340   00 | 2/4/2026 | $ | 3,478.33 |
| Carthage Area Hospital, Inc. | 7616319472 | CARTHAGE CLAXTONCLEAN PHS | 020326-CTC340   00 | 2/4/2026 | $ | 14,717.77 |
| Carthage Area Hospital, Inc. | 7616314315 | CARTHAGE CLAXTON CAMP PHS | 020326Main_1529690 | 2/4/2026 | $ | 16.19 |
| Carthage Area Hospital, Inc. | 7616314319 | CARTHAGE CLAXTON CAMP PHS | 020326Main_1529690 | 2/4/2026 | $ | 41.88 |
| Carthage Area Hospital, Inc. | 7616314320 | CARTHAGE CLAXTON CAMP PHS | 020326Main_1529690 | 2/4/2026 | $ | 121.54 |
| Carthage Area Hospital, Inc. | 7616318024 | CLAXTON-HEPBURN MED CAM | 012726CarhtPeds 00 | 2/4/2026 | $ | 2,010.64 |
| Carthage Area Hospital, Inc. | 7616318028 | CLAXTON-HEPBURN MED CAM | 020326     00 | 2/4/2026 | $ | 478.13 |
| Carthage Area Hospital, Inc. | 7616318025 | CLAXTON-HEPBURN MED CAM | 020326-CTC     00 | 2/4/2026 | $ | 132.76 |
| Carthage Area Hospital, Inc. | 7616318026 | CLAXTON-HEPBURN MED CAM | 020326Main_1529691 | 2/4/2026 | $ | 35.39 |
| Carthage Area Hospital, Inc. | 7616318027 | CLAXTON-HEPBURN MED CAM | 020326Main_1529691 | 2/4/2026 | $ | 406.95 |
| Carthage Area Hospital, Inc. | 7616696882 | CARTHAGE CLAXTONCLEAN PHS | 020326-CTCDS340 00 | 2/5/2026 | $ | 2,221.81 |
| Carthage Area Hospital, Inc. | 7616541807 | CARTHAGE CLAXTONCLEAN PHS | 020426CTC     00 | 2/5/2026 | $ | 50.21 |
| Carthage Area Hospital, Inc. | 7616541808 | CARTHAGE CLAXTONCLEAN PHS | 020426CTC     00 | 2/5/2026 | $ | 62.67 |
| Carthage Area Hospital, Inc. | 7616541803 | CARTHAGE CLAXTONCLEAN PHS | 020426PULM     00 | 2/5/2026 | $ | 40.78 |
| Carthage Area Hospital, Inc. | 7616541805 | CARTHAGE CLAXTONCLEAN PHS | 020426Renal     00 | 2/5/2026 | $ | 4,092.45 |
| Carthage Area Hospital, Inc. | 7616565799 | CARTHAGE CLAXTON CAMP PHS | 020426Main_1531098 | 2/5/2026 | $ | 170.23 |
| Carthage Area Hospital, Inc. | 7616569400 | CARTHAGE CLAXTON CAMP PHS | 020426Main_1531098 | 2/5/2026 | $ | 10.91 |
| Carthage Area Hospital, Inc. | 7616567402 | CLAXTON-HEPBURN MED CAM | 020426CII_1530429 | 2/5/2026 | $ | 404.61 |
| Carthage Area Hospital, Inc. | 7616567403 | CLAXTON-HEPBURN MED CAM | 020426Main_1531099 | 2/5/2026 | $ | 2,999.83 |
| Carthage Area Hospital, Inc. | 7616567404 | CLAXTON-HEPBURN MED CAM | 020426Main_1531099 | 2/5/2026 | $ | 8,240.98 |
| Claxton-Hepburn Medical Center, Inc. | 7616938464 | CLAXTON MOB GPO | 020526Surg     00 | 2/6/2026 | $ | 1,328.57 |
| Carthage Area Hospital, Inc. | 7616792415 | CARTHAGE CLAXTONCLEAN PHS | 010526CTC     00 | 2/6/2026 | $ | 792.76 |
| Carthage Area Hospital, Inc. | 7616792414 | CARTHAGE CLAXTONCLEAN PHS | 020426CTC     01 | 2/6/2026 | $ | 100.43 |
| Carthage Area Hospital, Inc. | 7616792416 | CARTHAGE CLAXTONCLEAN PHS | 020526-CTC     00 | 2/6/2026 | $ | 24,368.93 |
| Carthage Area Hospital, Inc. | 7616792417 | CARTHAGE CLAXTONCLEAN PHS | 020526-CTC     00 | 2/6/2026 | $ | 96.24 |
| Carthage Area Hospital, Inc. | 7616808533 | CARTHAGE CLAXTON CAMP PHS | 020526Main_1532437 | 2/6/2026 | $ | 388.08 |
| Carthage Area Hospital, Inc. | 7616808535 | CARTHAGE CLAXTON CAMP PHS | 020526Main_1532437 | 2/6/2026 | $ | 50.21 |
| Carthage Area Hospital, Inc. | 7616791511 | KINNEY DRUGS 06/CARTH PHS | 20260205_48208_DS | 2/6/2026 | $ | 3.69 |
| Carthage Area Hospital, Inc. | 7616773731 | CLAXTON-HEPBURN MED CAM | 020526CARTH     01 | 2/6/2026 | $ | 4.69 |
| Carthage Area Hospital, Inc. | 7616833932 | CLAXTON-HEPBURN MED CAM | 020526CARTH     01 | 2/6/2026 | $ | 4,665.89 |
| Carthage Area Hospital, Inc. | 7616833935 | CLAXTON-HEPBURN MED CAM | 020526CARTH     01 | 2/6/2026 | $ | 7,121.39 |
| Carthage Area Hospital, Inc. | 7616833938 | CLAXTON-HEPBURN MED CAM | 020526CARTH     01 | 2/6/2026 | $ | 251.02 |
| Carthage Area Hospital, Inc. | 7616833940 | CLAXTON-HEPBURN MED CAM | 020526Main_1532438 | 2/6/2026 | $ | 3,260.83 |
| Carthage Area Hospital, Inc. | 7616833941 | CLAXTON-HEPBURN MED CAM | 020526Main_1532438 | 2/6/2026 | $ | 57.28 |

| | | | | | |
|---|---|---|---|---|---|
| Carthage Area Hospital, Inc. | 7616833942 | CLAXTON-HEPBURN MED CAM | 020526Main_1532438 | 2/6/2026 | $ 28.04 |
| Carthage Area Hospital, Inc. | 7617082270 | CARTHAGE CLAXTONCLEAN PHS | 020626Renal 00 | 2/9/2026 | $ 2,523.58 |
| Carthage Area Hospital, Inc. | 7617152689 | CARTHAGE CLAXTON CAMP PHS | 020626Main_1533819 | 2/9/2026 | $ 23.21 |
| Carthage Area Hospital, Inc. | 7617146229 | CLAXTON-HEPBURN MED CAM | 020326M 00 | 2/9/2026 | $ 145.32 |
| Carthage Area Hospital, Inc. | 7617146228 | CLAXTON-HEPBURN MED CAM | 020426Main 01 | 2/9/2026 | $ 436.96 |
| Carthage Area Hospital, Inc. | 7617146230 | CLAXTON-HEPBURN MED CAM | 020626Carth 00 | 2/9/2026 | $ 364.79 |
| Carthage Area Hospital, Inc. | 7617146231 | CLAXTON-HEPBURN MED CAM | 020626Carth 00 | 2/9/2026 | $ 2,561.53 |
| Carthage Area Hospital, Inc. | 7617033308 | CLAXTON-HEPBURN MED CAM | 020626Carth 01 | 2/9/2026 | $ 335.12 |
| Carthage Area Hospital, Inc. | 7617146232 | CLAXTON-HEPBURN MED CAM | 020626Main_1533820 | 2/9/2026 | $ 3,739.15 |
| Carthage Area Hospital, Inc. | 7617146233 | CLAXTON-HEPBURN MED CAM | 020626Main_1533820 | 2/9/2026 | $ 146.76 |
| Carthage Area Hospital, Inc. | 7617146234 | CLAXTON-HEPBURN MED CAM | 020626Main_1533820 | 2/9/2026 | $ 1,677.99 |
| Carthage Area Hospital, Inc. | 7617146235 | CLAXTON-HEPBURN MED CAM | 020626Main_1533820 | 2/9/2026 | $ 14.16 |
| Carthage Area Hospital, Inc. | 7617146236 | CLAXTON-HEPBURN MED CAM | 020826Main_1534537 | 2/9/2026 | $ 58.41 |
| Claxton-Hepburn Medical Center, Inc. | 7617144494 | CLAXTON HEPBURN BEHAV CLI | 020626BH 00 | 2/9/2026 | $ 280.02 |
| Claxton-Hepburn Medical Center, Inc. | 7617144495 | CLAXTON HEPBURN BEHAV CLI | 020626BH 01 | 2/9/2026 | $ 89.72 |
| Claxton-Hepburn Medical Center, Inc. | 7617144496 | CLAXTON HEPBURN BEHAV CLI | 020826BH 00 | 2/9/2026 | $ 60.15 |
| | | | | | $ 235,300.41 |

# ATTACHMENT B

| Debtor | Document Number | DBA Name | Assignment | Document Date | Amount in local currency |
|---|---|---|---|---|---|
| Carthage Area Hospital, Inc. | 7614306722 | CARTHAGE CLAXTONCLEAN PHS | 012226CTC Drop 00 | 1/22/2026 | $ 12,391.58 |
| Carthage Area Hospital, Inc. | 7614347189 | CARTHAGE CLAXTON CAMP PHS | 012226Infus  00 | 1/22/2026 | $ 1,979.35 |
| Carthage Area Hospital, Inc. | 7614320541 | CLAXTON-HEPBURN MED CAM | 012226CTC Reg  00 | 1/22/2026 | $ 721.20 |
| Carthage Area Hospital, Inc. | 7614320542 | CLAXTON-HEPBURN MED CAM | 012226M_1516828 | 1/22/2026 | $ 680.42 |
| Carthage Area Hospital, Inc. | 7614504460 | CARTHAGE CLAXTONCLEAN PHS | 012326-CTCDS  00 | 1/23/2026 | $ 3,754.28 |
| Carthage Area Hospital, Inc. | 7614504459 | CARTHAGE CLAXTONCLEAN PHS | 012326CTC Drop 00 | 1/23/2026 | $ 13,319.42 |
| Carthage Area Hospital, Inc. | 7614791497 | CARTHAGE CLAXTONCLEAN PHS | 012626CTC Drop 00 | 1/26/2026 | $ 16,703.72 |
| Carthage Area Hospital, Inc. | 7614793776 | CLAXTON-HEPBURN MED CAM | 012626Renal  00 | 1/26/2026 | $ 6,724.45 |
| Carthage Area Hospital, Inc. | 7615060495 | CARTHAGE CLAXTONCLEAN PHS | 012726CTC Drop 00 | 1/27/2026 | $ 31,724.15 |
| Carthage Area Hospital, Inc. | 7615094632 | CARTHAGE CLAXTONCLEAN PHS | 012726CTC Drop 00 | 1/27/2026 | $ 155,781.71 |
| Carthage Area Hospital, Inc. | 7615090956 | CLAXTON-HEPBURN MED CAM | 012726ctc     00 | 1/27/2026 | $ 12,614.07 |
| Carthage Area Hospital, Inc. | 7615070488 | CLAXTON-HEPBURN MED CAM | 012726CTC Drop 00 | 1/27/2026 | $ 64,767.88 |
| Carthage Area Hospital, Inc. | 7615090954 | CLAXTON-HEPBURN MED CAM | 012726CTC Drop 00 | 1/27/2026 | $ 69,432.46 |
| Carthage Area Hospital, Inc. | 7615291817 | CARTHAGE CLAXTONCLEAN PHS | 012726ctc     00 | 1/28/2026 | $ 1,349.57 |
| Carthage Area Hospital, Inc. | 7615291818 | CARTHAGE CLAXTONCLEAN PHS | 012826-CTCDS  01 | 1/28/2026 | $ 2,054.40 |
| Carthage Area Hospital, Inc. | 7615506599 | CARTHAGE CLAXTONCLEAN PHS | 012926-CTCDS340 00 | 1/29/2026 | $ 354.52 |
| Carthage Area Hospital, Inc. | 7615506600 | CARTHAGE CLAXTONCLEAN PHS | 012926-CTCDS340 00 | 1/29/2026 | $ 14,664.78 |
| Carthage Area Hospital, Inc. | 7615700036 | CARTHAGE CLAXTONCLEAN PHS | 012926-CTCDS340 00 | 1/29/2026 | $ 19,290.35 |
| Carthage Area Hospital, Inc. | 7615523817 | CARTHAGE CLAXTON CAMP PHS | 012926remd_1524514 | 1/29/2026 | $ 1,006.86 |
| Carthage Area Hospital, Inc. | 7615515792 | CLAXTON-HEPBURN MED CAM | 0129260_1524836 | 1/29/2026 | $ 11,797.47 |
| Carthage Area Hospital, Inc. | 7615515793 | CLAXTON-HEPBURN MED CAM | 012926remd_1524515 | 1/29/2026 | $ 2,892.37 |
| Carthage Area Hospital, Inc. | 7616167837 | CARTHAGE CLAXTONCLEAN PHS | 020226CTC     00 | 2/2/2026 | $ 13,475.60 |
| Carthage Area Hospital, Inc. | 7616331750 | CARTHAGE CLAXTONCLEAN PHS | 020326-CTCDS340 01 | 2/3/2026 | $ 1,063.56 |
| Carthage Area Hospital, Inc. | 7616331751 | CARTHAGE CLAXTONCLEAN PHS | 020326-CTCDS340 01 | 2/3/2026 | $ 48,667.74 |
| Carthage Area Hospital, Inc. | 7616389922 | CARTHAGE CLAXTONCLEAN PHS | 020326-CTCDS340 01 | 2/3/2026 | $ 180,007.21 |
| Carthage Area Hospital, Inc. | 7616333845 | CLAXTON-HEPBURN MED CAM | 020326-CTCDS  00 | 2/3/2026 | $ 22,023.40 |
| Carthage Area Hospital, Inc. | 7616395902 | CLAXTON-HEPBURN MED CAM | 020326-CTCDS  00 | 2/3/2026 | $ 49,182.44 |
| Carthage Area Hospital, Inc. | 7616333846 | CLAXTON-HEPBURN MED CAM | 020326Bloodba_1529 | 2/3/2026 | $ 808.37 |
| Carthage Area Hospital, Inc. | 7616333844 | CLAXTON-HEPBURN MED CAM | 020326Renal  00 | 2/3/2026 | $ 6,724.45 |
| Carthage Area Hospital, Inc. | 7616843701 | CARTHAGE CLAXTONCLEAN PHS | 020526-CTCDS  00 | 2/5/2026 | $ 4,733.12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Carthage Area Hospital, Inc. | 7616856228 | CLAXTON-HEPBURN MED CAM | 020526CARTH | 00 | 2/5/2026 | $ | 547.96 |
| | | | | | | $ | 771,238.86 |

Case 26-60099-5-wak    Doc 291    Filed 05/13/26    Entered 05/13/26 14:39:14    Desc
Main Document    Page 24 of 26

# ATTACHMENT C

| Debtor | Customer Number | Customer Desc | Document Type | Document Number | Invoice Date | Delivery Date | Open Amount |
|---|---|---|---|---|---|---|---|
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 84954153 | 1/19/2026 | 1/21/2026 | $ 5.17 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85047239 | 1/21/2026 | 1/23/2026 | $ 108.79 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85045685 | 1/21/2026 | 1/23/2026 | $ 122.01 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85044685 | 1/21/2026 | 1/23/2026 | $ 757.80 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85043240 | 1/21/2026 | 1/23/2026 | $ 4,926.80 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85069600 | 1/22/2026 | 1/23/2026 | $ 107.72 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85073060 | 1/22/2026 | 1/23/2026 | $ 1,061.97 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85107447 | 1/23/2026 | 1/26/2026 | $ 46.56 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85117904 | 1/23/2026 | 1/26/2026 | $ 153.84 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85119455 | 1/23/2026 | 1/26/2026 | $ 3,019.89 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85170038 | 1/26/2026 | 1/29/2026 | $ 18.16 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85169597 | 1/26/2026 | 1/29/2026 | $ 36.20 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85147945 | 1/26/2026 | 1/29/2026 | $ 47.30 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85148416 | 1/26/2026 | 1/29/2026 | $ 122.62 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85142731 | 1/26/2026 | 1/29/2026 | $ 492.15 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85163514 | 1/26/2026 | 1/29/2026 | $ 1,228.15 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85166861 | 1/26/2026 | 1/29/2026 | $ 7,633.68 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85250340 | 1/28/2026 | 1/30/2026 | $ 293.34 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85250410 | 1/28/2026 | 1/30/2026 | $ 294.28 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85247950 | 1/28/2026 | 1/30/2026 | $ 975.00 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85267235 | 1/29/2026 | 1/30/2026 | $ 103.46 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85267402 | 1/29/2026 | 1/30/2026 | $ 1,241.11 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85288165 | 1/30/2026 | 2/2/2026 | $ 84.08 |
| Claxton-Hepburn Medical Center, Inc. | 56423196 | CLAXTON-HEPBURN MEDICAL CENTER | Invoice | 85451733 | 2/4/2026 | 2/6/2026 | $ 1,650.84 |
| North Star Health Alliance, Inc. | 5006689 | NORTH COUNTRY ORTHO AMB SURG C | Invoice | 84953415 | 1/19/2026 | 1/21/2026 | $ 83.15 |
| North Star Health Alliance, Inc. | 5006689 | NORTH COUNTRY ORTHO AMB SURG C | Invoice | 84953557 | 1/19/2026 | 1/21/2026 | $ 336.94 |
| North Star Health Alliance, Inc. | 5006689 | NORTH COUNTRY ORTHO AMB SURG C | Invoice | 85016260 | 1/21/2026 | 1/23/2026 | $ 83.15 |
| North Star Health Alliance, Inc. | 5006689 | NORTH COUNTRY ORTHO AMB SURG C | Invoice | 85044599 | 1/21/2026 | 1/23/2026 | $ 280.24 |
| North Star Health Alliance, Inc. | 5006689 | NORTH COUNTRY ORTHO AMB SURG C | Invoice | 85250607 | 1/29/2026 | 1/30/2026 | $ 1,013.73 |
| | | | | | | | $ 26,328.13 |