# EXHIBIT 3

| ($ in millions) | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Baseline Ending Cash Balance** | ($1.8M) | ($7.8M) | ($14.6M) | ($21.9M) | ($28.1M) | ($40.7M) | ($46.9M) | ($53.6M) | ($53.6M) |
| Revenue Cycle Enhancements | $0.3M | $1.2M | $1.6M | $1.3M | $1.2M | $1.8M | $1.4M | $1.8M | $10.7M |
| Restructuring Initiatives | $0.4M | $0.8M | $2.0M | $2.1M | $2.3M | $2.9M | $2.3M | $2.9M | $15.6M |
| Payment of Post-Petition AP | ($0.2M) | ($1.7M) | ($0.7M) | ($0.6M) | ($0.6M) | ($0.5M) | ($0.3M) | ($1.0M) | ($5.5M) |
| Bankruptcy Costs | ($1.2M) | ($1.2M) | ($1.5M) | ($1.2M) | ($1.2M) | ($1.5M) | ($1.2M) | ($1.5M) | ($10.7M) |
| Capital Spend | - | - | - | ($0.6M) | - | - | - | - | ($0.6M) |
| Repay VAPAP | - | ($15.0M) | - | - | - | - | - | - | ($15.0M) |
| **Total Adj. to Baseline** | ($0.7M) | ($15.9M) | $1.4M | $1.0M | $1.7M | $2.7M | $2.2M | $2.2M | ($5.5M) |
| **Revised Cash Need (DIP)** | | | | | | | | | ($59.1M) |

**Baseline cash balances reflect operational cash flow with actuals through 5/8/2026**