**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name:  In re North Star Health Alliance, Inc., et al.

Case No.:  26-60099-5-wak

Division:  Syracuse

Adversary Proceeding No. (if applicable):

☒  Adjournment Request[2] for Hearing on Motion at Docket No.:     140

   Reason for Adjournment Request:  To facilitate continuing discussions between the parties.

   Original Return Date of Motion:  April 1, 2026

   Number of prior adjournment request that have been made    3

☐  Notification of Withdrawal of  ☐  Motion;  ☐  Opposition/Response;  ☐  Other: _____
   at Docket No.: _____

☐  Notification of Settlement of Motion at Docket No.: _____

Date of Hearing:  May 20, 2026

Requested Adjourned Hearing Date:  June 17, 2026

Requesting Attorney's Name, Office Address, Phone and Email Address:
   Frank A. Oswald
   Togut, Segal & Segal LLP
   One Penn Plaza, Suite 3335, New York, NY 10119
   Tel.: (212) 594-5000 frankoswald@teamtogut.com

Consent of All Parties Obtained?   ☒  Yes  ☐  No - *Absent compelling reasons,*
*adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior**
**to the Hearing.  When E-Filing, This Form Must Be Linked to the**
**Motion to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)