So Ordered.

Signed this 22 day of May, 2026.



_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>NORTH STAR HEALTH ALLIANCE, INC., *et al*,<br><br>Debtors, | Chapter 11<br>Case No. 26-60099-5-wak<br>Main Case<br>Jointly Administered<br>Case No. 26-30078<br>Case No. 26-30079<br>Case No. 26-60100 |

### ORDER SETTING HEARING AND DISCOVERY SCHEDULE FOR DEBTORS' DIP MOTION

The above-captioned debtors and debtors in possession ("Debtors") having filed a *Motion*

*for an Order Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code (A) Authorizing*

*Debtors to (I) Obtain Postpetition, Secured, Super-Priority Financing on a Permanent Basis, and*

*(II) Borrow Under Such Postpetition Facility on an Interim Basis, Pending a Final Hearing, (B)*

*Providing for Payments to Secured Creditors, and (C) Scheduling Interim and Final Hearings on the Motion, Pursuant to Bankruptcy Rule 4001* [Docket No. 308] (the "DIP Motion"); and

Northern Credit Union having filed its *Objection to the Debtors' Motion for an Order Pursuant to Sections 364(c) And 364(d) of the Bankruptcy Code (A) Authorizing Debtors to (I) Obtain Postpetition, Secured, Super-Priority Financing on a Permanent Basis, and (II) Borrow Under Such Postpetition Facility on an Interim Basis, Pending a Final Hearing, (B) Providing for Payments to Secured Creditors, and (C) Scheduling Interim and Final Hearings on the Motion, Pursuant to Bankruptcy Rule 4001* [Docket No. 319] (the "NCU Objection"); and

M&T Bank having filed its *Objection to Debtors' Motion for an Order Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code (A) Authorizing Debtors to (i) Obtain Postpetition, Secured, Super-Priority Financing on a Permanent Basis, and (ii) Borrow Under Such Postpetition Facility on an Interim Basis, Pending a Final Hearing, (B) Providing for Payments to Secured Creditors, and (C) Scheduling Interim and Final Hearings on the Motion, Pursuant to Bankruptcy Rule 4001* [Docket No. 321] (the "M&T Objection"); and

Whereas the parties have engaged in good faith settlement negotiations concerning the DIP Motion, and intend to continue such good faith negotiations; and

Whereas the Court granted certain interim relief requested by Debtors at the hearing held on Wednesday, May 20, 2026, and scheduled a hearing on the remaining portion of Debtors' DIP Motion for June 10, 2026 beginning at 10:00 a.m.; and

Upon all of the proceedings before the Court, and after due deliberation and sufficient cause having been shown,

IT IS HEREBY ORDERED that the following schedule will govern deadlines for the events listed below:

| No. | Event | Date |
|---|---|---|
| 1 | Response(s) to Written Discovery and Substantial Completion of Document Production(s) | 6/1/2026 at 5:00 p.m. EST |
| 2 | Completion of Deposition(s) | 6/3/2026 at 5:00 p.m. EST |
| 3 | Supplemental Briefing re: Objection(s) to be filed | 6/4/2026 at noon EST |
| 4 | Response(s) to Supplemental Objections/Reply(ies) in Further Support of Motions to be filed | 6/5/2026 at 5:00 p.m. EST |
| 5 | Parties to Exchange (but not file) Proposed Deposition Transcript Designation(s) | 6/8/2026 at 5:00 p.m. EST |
| 6 | Parties to File Witness and Exhibit Lists | 6/9/2026 at noon EST |
| 7 | Parties to Exchange (but not file) Proposed Deposition Transcript Counter-Designations | 6/9/2026 at 5:00 p.m. EST |
| 8 | Commencement of Hearing | 6/10/2026 at 10:00 a.m. EST |
| 9 | Parties to Submit Deposition Transcript Designations and Counter-Designations to Court | At conclusion of testimony on 6/10/2026 |
| All parties in interest reserve the right to file discovery-related motions, objections and/or motion(s) in limine, to be heard at a date and time ordered by the Court. | | |

###