# Lemery Greisler LLC

Attorneys at Law

Paul A. Levine, Member

plevine@lemerygreisler.com
(518) 433-8800 ext. 313

June 2, 2026

*Via CM/ECF*

Hon. Wendy A. Kinsella
Chief U.S. Bankruptcy Court Judge
Northern District of New York
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, New York   13261

> **Re:    North Star Health Alliance, Inc.**
> **Case No. 26-60099 (Jointly Administered)/Chapter 11**

Dear Judge Kinsella:

We represent CHART Risk Retention Group ("CHART"). We will timely file an objection to the Debtors' Motion for an Order Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code (A) Authorizing Debtors to (i) Obtain Postpetition, Secured, Super-Priority Financing on a Permanent Basis, and (ii) Borrow Under Such Postpetition Facility on an Interim Basis, Pending a Final Hearing, (b) Providing for Payments to Secured Creditors, and (c) Scheduling Interim and Final Hearings on the Motion, Pursuant to Bankruptcy Rule 4001 (Doc 308) (the "DIP Motion").

I am aware that at the initial hearing on the DIP Motion the Court indicated that witnesses providing testimony at the June 10th evidentiary hearing should appear in person.  I request, however, that CHART's witness be permitted to appear via Teams as Chart is located in Upper St. Claire, PA (south of Pittsburgh) and is a five and one half hour drive to Syracuse.  If CHART's representative is needed to testify, it would be to authenticate and put into evidence the documents already part of the docket of this case on CHART's pending motion for stay relief (previously granted in part) (Doc No. 76) and to give limited testimony on the harm that CHART may suffer if any order that the Court may enter on the DIP Motion impaired CHART's interests given its status as a Vermont regulated insurance entity.

If this request is granted, please have your staff contact me on the logistics of the virtual appearance.

677 Broadway, 8th Floor

Albany, NY 12207

518.433.8800

**www.LemeryGreisler.com**

June 2, 2026
Page -2-

Thank you for the Court's kind attention.

Very truly yours,

LEMERY GREISLER LLC

Paul A. Levine

PAL:ph
cc:    ECF Participants