**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

---------------------------------------------------------------------x

**REPORT RECONCILIING ACTUAL PERFORMANCE TO**
**AUTHORIZED BUDGET FOR THE WEEK ENDING MAY 29, 2026**

**Related to**

**Debtors' Motion for Interim and Final Orders**
**Authorizing Use of Cash Collateral [Main Case Docket No. 13]**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**CONSOLIDATING CASH FLOW**

Week Ending 5/29/2026 Variance
Authorized Use Budget (5/22 - 6/12)

### Carthage Area Hospital — WE 5/29/2026

| | Budget | Actual | Var | Var% |
|---|---|---|---|---|
| **Cash Collections** | | | | |
| Operating Collections | | | | |
| Net Patient Service Collections | 2,624,894 | 2,699,690 | 74,796 | 3% |
| Other Recurring Operating Revenue | - | - | - | 0% |
| Revenue Cycle Enhancements | - | - | - | 0% |
| Total Operating Collections | 2,624,894 | 2,699,690 | 74,796 | 3% |
| | | | | |
| **Total Cash Collections** | 2,624,894 | 2,699,690 | 74,796 | 3% |
| | | | | |
| **Disbursements** | | | | |
| People Costs | | | | |
| Salaries & Wages | (2,585,800) | (2,360,244) | 225,556 | 9% |
| Payroll Taxes | (214,200) | (166,227) | 47,973 | 22% |
| Fringe Benefits | (615,900) | (16,578) | 599,322 | 97% |
| Total People Costs | (3,415,900) | (2,543,049) | 872,851 | 26% |
| Physician Fees | (430,000) | (276,662) | 153,338 | 36% |
| Purchased Services | (484,000) | (50,840) | 433,160 | 89% |
| Medical Supplies | (143,200) | (75,683) | 67,517 | 47% |
| Pharmacy Supplies | (305,000) | (278,222) | 26,778 | 9% |
| Ordinary Course Professionals | - | (20,000) | (20,000) | 0% |
| Insurance | (62,541) | (31,591) | 30,951 | 49% |
| Leases & Rent | (128,201) | (40,666) | 87,535 | 68% |
| Utilities | (132,250) | - | 132,250 | 100% |
| AP Payable - Post-Petition | - | - | - | 0% |
| Other Operating Expenses | (130,100) | (15,127) | 114,973 | 88% |
| **Total Operating Disbursements** | (5,231,192) | (3,331,841) | 1,899,351 | 36% |
| | | | | |
| **Operating Cash Flow** | (2,606,298) | (632,152) | 1,974,147 | 76% |
| | | | | |
| **Non-Operating Activity** | | | | |
| Net Intercompany Transfers (Debtor) | (2,015,000) | (1,650,325) | 364,675 | 18% |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% |
| Bankruptcy Administration | (284,000) | - | 284,000 | 100% |
| Loans / Debt Principal Payments | - | - | - | 0% |
| Capital Purchases | - | - | - | 0% |
| Restructuring Initiatives - Cost Savings | - | - | - | 0% |
| NYS DOH Funding | - | - | - | 0% |
| **Net Cash Flow** | (4,905,298) | (2,282,476) | 2,622,822 | -53% |
| | | | | |
| **Balance - Beg. of Period** | 2,864,294 | 2,857,875 | (6,419) | 0% |
| DIP Funding / (Repayment) | 8,000,000 | - | (8,000,000) | -100% |
| **Balance - End of Period** | 5,958,996 | 575,398 | (5,383,597) | -90% |

### Claxton Hepburn Memorial Center — WE 5/29/2026

| | Budget | Actual | Var | Var% |
|---|---|---|---|---|
| **Cash Collections** | | | | |
| Operating Collections | | | | |
| Net Patient Service Collections | 144,570 | 435,343 | 290,773 | 201% |
| Other Recurring Operating Revenue | - | - | - | 0% |
| Revenue Cycle Enhancements | - | - | - | 0% |
| Total Operating Collections | 144,570 | 435,343 | 290,773 | 201% |
| | | | | |
| **Total Cash Collections** | 144,570 | 435,343 | 290,773 | 201% |
| | | | | |
| **Disbursements** | | | | |
| People Costs | | | | |
| Salaries & Wages | (1,939,350) | (1,771,143) | 168,207 | 9% |
| Payroll Taxes | (160,650) | (137,645) | 23,005 | 14% |
| Fringe Benefits | (352,788) | (108,584) | 244,204 | 69% |
| Total People Costs | (2,452,788) | (2,017,372) | 435,416 | 18% |
| Physician Fees | (34,000) | (35,468) | (1,468) | -4% |
| Purchased Services | (200,000) | (80,275) | 119,725 | 60% |
| Medical Supplies | (27,000) | - | 27,000 | 100% |
| Pharmacy Supplies | - | - | - | 0% |
| Ordinary Course Professionals | - | - | - | 0% |
| Insurance | (80,000) | - | 80,000 | 100% |
| Leases & Rent | (8,800) | - | 8,800 | 100% |
| Utilities | (15,000) | - | 15,000 | 100% |
| AP Payable - Post-Petition | - | - | - | 0% |
| Other Operating Expenses | (49,750) | (20,547) | 29,203 | 59% |
| **Total Operating Disbursements** | (2,867,338) | (2,153,663) | 713,675 | 25% |
| | | | | |
| **Operating Cash Flow** | (2,722,768) | (1,718,320) | 1,004,448 | -37% |
| | | | | |
| **Non-Operating Activity** | | | | |
| Net Intercompany Transfers (Debtor) | 2,087,095 | 1,700,000 | (387,095) | 19% |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% |
| Bankruptcy Administration | - | - | - | 0% |
| Loans / Debt Principal Payments | - | - | - | 0% |
| Capital Purchases | - | - | - | 0% |
| Restructuring Initiatives - Cost Savings | - | - | - | 0% |
| NYS DOH Funding | - | - | - | 0% |
| **Net Cash Flow** | (635,673) | (18,320) | 617,353 | 97% |
| | | | | |
| **Balance - Beg. of Period** | 516,848 | 516,848 | - | 0% |
| DIP Funding / (Repayment) | - | - | - | 0% |
| **Balance - End of Period** | (118,825) | 498,528 | 617,353 | -520% |

### Meadowbrook — WE 5/29/2026

| | Budget | Actual | Var | Var% |
|---|---|---|---|---|
| **Cash Collections** | | | | |
| Operating Collections | | | | |
| Net Patient Service Collections | 42,683 | 14,261 | (28,422) | -67% |
| Other Recurring Operating Revenue | - | - | - | 0% |
| Revenue Cycle Enhancements | - | - | - | 0% |
| Total Operating Collections | 42,683 | 14,261 | (28,422) | -67% |
| | | | | |
| **Total Cash Collections** | 42,683 | 14,261 | (28,422) | -67% |
| | | | | |
| **Disbursements** | | | | |
| People Costs | | | | |
| Salaries & Wages | - | - | - | 0% |
| Payroll Taxes | - | - | - | 0% |
| Fringe Benefits | - | - | - | 0% |
| Total People Costs | - | - | - | 0% |
| Physician Fees | - | - | - | 0% |
| Purchased Services | - | - | - | 0% |
| Medical Supplies | - | - | - | 0% |
| Pharmacy Supplies | - | - | - | 0% |
| Ordinary Course Professionals | - | - | - | 0% |
| Insurance | - | - | - | 0% |
| Leases & Rent | - | - | - | 0% |
| Utilities | (4,500) | (1,317) | 3,183 | 71% |
| AP Payable - Post-Petition | - | - | - | 0% |
| Other Operating Expenses | - | (803) | (803) | 0% |
| **Total Operating Disbursements** | (4,500) | (2,120) | 2,380 | 53% |
| | | | | |
| **Operating Cash Flow** | 38,183 | 12,141 | (26,042) | -68% |
| | | | | |
| **Non-Operating Activity** | | | | |
| Net Intercompany Transfers (Debtor) | (87,095) | (73,675) | 13,420 | 15% |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% |
| Bankruptcy Administration | - | - | - | 0% |
| Loans / Debt Principal Payments | - | - | - | 0% |
| Capital Purchases | - | - | - | 0% |
| Restructuring Initiatives - Cost Savings | - | - | - | 0% |
| NYS DOH Funding | - | - | - | 0% |
| **Net Cash Flow** | (48,912) | (61,534) | (12,622) | 26% |
| | | | | |
| **Balance - Beg. of Period** | 294,829 | 357,449 | 62,620 | 21% |
| DIP Funding / (Repayment) | - | - | - | 0% |
| **Balance - End of Period** | 245,917 | 295,915 | 49,998 | 20% |

### NSHA — WE 5/29/2026

| | Budget | Actual | Var | Var% |
|---|---|---|---|---|
| **Cash Collections** | | | | |
| Operating Collections | | | | |
| Net Patient Service Collections | - | - | - | 0% |
| Other Recurring Operating Revenue | - | - | - | 0% |
| Revenue Cycle Enhancements | - | - | - | 0% |
| Total Operating Collections | - | - | - | 0% |
| | | | | |
| **Total Cash Collections** | - | - | - | 0% |
| | | | | |
| **Disbursements** | | | | |
| People Costs | | | | |
| Salaries & Wages | (11,146) | (13,782) | (2,636) | -24% |
| Payroll Taxes | (3,157) | (3,675) | (518) | -16% |
| Fringe Benefits | (695) | (629) | 66 | 9% |
| Total People Costs | (14,998) | (18,086) | (3,088) | -21% |
| Physician Fees | - | - | - | 0% |
| Purchased Services | - | - | - | 0% |
| Medical Supplies | - | - | - | 0% |
| Pharmacy Supplies | - | - | - | 0% |
| Ordinary Course Professionals | - | - | - | 0% |
| Insurance | - | - | - | 0% |
| Leases & Rent | - | - | - | 0% |
| Utilities | - | - | - | 0% |
| AP Payable - Post-Petition | - | - | - | 0% |
| Other Operating Expenses | - | - | - | 0% |
| **Total Operating Disbursements** | (14,998) | (18,086) | (3,088) | -21% |
| | | | | |
| **Operating Cash Flow** | (14,998) | (18,086) | (3,088) | 21% |
| | | | | |
| **Non-Operating Activity** | | | | |
| Net Intercompany Transfers (Debtor) | 15,000 | 24,000 | 9,000 | -60% |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% |
| Bankruptcy Administration | - | - | - | 0% |
| Loans / Debt Principal Payments | - | - | - | 0% |
| Capital Purchases | - | - | - | 0% |
| Restructuring Initiatives - Cost Savings | 145,987 | - | (145,987) | 100% |
| NYS DOH Funding | - | - | - | 0% |
| **Net Cash Flow** | 2 | 5,914 | 5,912 | -100% |
| | | | | |
| **Balance - Beg. of Period** | 21,067 | 21,067 | - | 0% |
| DIP Funding / (Repayment) | - | - | - | 0% |
| **Balance - End of Period** | 21,069 | 26,981 | 5,912 | 28% |

### Consolidating — WE 5/29/2026

| | Budget | Actual | Var | Var% |
|---|---|---|---|---|
| **Cash Collections** | | | | |
| Operating Collections | | | | |
| Net Patient Service Collections | 2,812,147 | 3,149,293 | 337,146 | 12% |
| Other Recurring Operating Revenue | - | - | - | 0% |
| Revenue Cycle Enhancements | 100,000 | - | (100,000) | -100% |
| Total Operating Collections | 2,912,147 | 3,149,293 | 237,146 | 8% |
| | | | | |
| **Total Cash Collections** | 2,912,147 | 3,149,293 | 237,146 | 8% |
| | | | | |
| **Disbursements** | | | | |
| People Costs | | | | |
| Salaries & Wages | (4,536,296) | (4,145,169) | 391,127 | 9% |
| Payroll Taxes | (378,007) | (307,548) | 70,460 | 19% |
| Fringe Benefits | (969,383) | (125,792) | 843,592 | 87% |
| Total People Costs | (5,883,686) | (4,578,508) | 1,305,178 | 22% |
| Physician Fees | (464,000) | (312,130) | 151,870 | 33% |
| Purchased Services | (684,000) | (131,115) | 552,885 | 81% |
| Medical Supplies | (170,200) | (75,683) | 94,517 | 56% |
| Pharmacy Supplies | (305,000) | (278,222) | 26,778 | 9% |
| Ordinary Course Professionals | - | (20,000) | (20,000) | 0% |
| Insurance | (142,541) | (31,591) | 110,951 | 78% |
| Leases & Rent | (137,001) | (40,666) | 96,335 | 70% |
| Utilities | (151,750) | (1,317) | 150,433 | 99% |
| AP Payable - Post-Petition | - | - | - | 0% |
| Other Operating Expenses | (179,850) | (36,477) | 143,373 | 80% |
| **Total Operating Disbursements** | (8,118,029) | (5,505,710) | 2,612,319 | 32% |
| | | | | |
| **Operating Cash Flow** | (5,205,882) | (2,356,417) | 2,849,465 | -55% |
| | | | | |
| **Non-Operating Activity** | | | | |
| Net Intercompany Transfers (Debtor) | - | - | - | 0% |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% |
| Bankruptcy Administration | (284,000) | - | 284,000 | 100% |
| Loans / Debt Principal Payments | - | - | - | 0% |
| Capital Purchases | - | - | - | 0% |
| Restructuring Initiatives - Cost Savings | - | - | - | 0% |
| NYS DOH Funding | - | - | - | 0% |
| **Net Cash Flow** | (5,343,894) | (2,356,417) | 2,987,478 | -56% |
| | | | | |
| **Balance - Beg. of Period** | 3,697,038 | 3,753,239 | 56,201 | 2% |
| DIP Funding / (Repayment) | 8,000,000 | - | (8,000,000) | -100% |
| **Balance - End of Period** | 6,353,144 | 1,396,822 | (4,956,321) | -78% |

**Notes:**

The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.

Includes recently announced DASNY DIP loan of up to $45M, with an additional $15M for VAPAP repayment, proposed to commence upon Court approval.

To address the projected shortfall, NSHA is pursuing the following three options to reduce cash demand on combined organization:

1. Engage DOH around continued operations.
2. Pursuing DIP financing to address cash shortfall.
3. Evaluating organizational downsizing to reduce cash demands on organization.

**General Assumptions:**

1. Budget contemplates reserve for Bankruptcy professional expense but will not be disbursed until approved by the Court.