So Ordered.

Signed this 3 day of June, 2026.



_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>NORTH STAR HEALTH ALLIANCE, INC., *et al*,<br><br>Debtors, | Chapter 11<br>Case No. 26-60099-5-wak<br>Main Case<br>Jointly Administered<br>Case No. 26-30078<br>Case No. 26-30079<br>Case No. 26-60100 |

**AMENDED ORDER SETTING HEARING AND DISCOVERY SCHEDULE FOR
DEBTORS' DIP MOTION**

The above-captioned debtors and debtors in possession ("Debtors") having filed a *Motion
for an Order Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code (A) Authorizing
Debtors to (I) Obtain Postpetition, Secured, Super-Priority Financing on a Permanent Basis, and
(II) Borrow Under Such Postpetition Facility on an Interim Basis, Pending a Final Hearing, (B)
Providing for Payments to Secured Creditors, and (C) Scheduling Interim and Final Hearings on
the Motion, Pursuant to Bankruptcy Rule 4001* [Docket No. 308] (the "DIP Motion"), as amended

by the *Notice of Amendment to the DIP Motion*, filed by Debtors on May 27, 2026 [Docket No. 343]; and

Northern Credit Union having filed its *Objection to the Debtors' Motion for an Order Pursuant to Sections 364(c) And 364(d) of the Bankruptcy Code (A) Authorizing Debtors to (I) Obtain Postpetition, Secured, Super-Priority Financing on a Permanent Basis, and (II) Borrow Under Such Postpetition Facility on an Interim Basis, Pending a Final Hearing, (B) Providing for Payments to Secured Creditors, and (C) Scheduling Interim and Final Hearings on the Motion, Pursuant to Bankruptcy Rule 4001* [Docket No. 319] (the "NCU Objection"); and

M&T Bank having filed its *Objection to Debtors' Motion for an Order Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code (A) Authorizing Debtors to (i) Obtain Postpetition, Secured, Super-Priority Financing on a Permanent Basis, and (ii) Borrow Under Such Postpetition Facility on an Interim Basis, Pending a Final Hearing, (B) Providing for Payments to Secured Creditors, and (C) Scheduling Interim and Final Hearings on the Motion, Pursuant to Bankruptcy Rule 4001* [Docket No. 321] (the "M&T Objection"); and

Whereas the parties have engaged in good faith settlement negotiations concerning the DIP Motion, and intend to continue such good faith negotiations; and

Whereas the Court granted certain interim relief requested by Debtors at the hearing held on Wednesday, May 20, 2026, and scheduled a hearing on the remaining portion of Debtors' DIP Motion for June 10, 2026 beginning at 10:00 a.m.; and

Whereas, on May 22, 2026, the Court So Ordered the *Order Setting Hearing and Discovery Schedule for Debtors' DIP Motion* [Docket No. 334] (the "Initial DIP Hearing and Discovery Schedule"); and

Whereas, on June 2, 2026, the Court So Ordered the *Interim Order (I) Authorizing the Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing* [Docket No. 357] (the "Interim DIP Order"); and

Whereas, in the Interim DIP Order, the Court set the final hearing on the DIP Motion for June 17, 2026 beginning at 2:00 p.m. (the "Final Hearing");

Upon all of the proceedings before the Court, and after due deliberation and sufficient cause having been shown,

IT IS HEREBY ORDERED that the dates set forth in the Interim DIP Hearing and Discovery Schedule are amended as follows, and that the following schedule will govern deadlines for the events listed below:

| No. | Event | Date |
|---|---|---|
| 1 | Response(s) to Written Discovery and Substantial Completion of Document Production(s) | 6/8/2026 at 5:00 p.m. EST |
| 2 | Completion of Deposition(s) | 6/10/2026 at 5:00 p.m. EST |
| 3 | Objection(s) to DIP Motion for all parties | 6/10/2026 at 5:00 p.m. EST |
| 4 | Supplemental Briefing re: Objection(s) to be filed | 6/11/2026 at noon EST |
| 5 | Response(s) to Supplemental Objections/Reply(ies) in Further Support of Motions to be filed | 6/12/2026 at 5:00 p.m. EST |
| 6 | Parties to Exchange (but not file) Proposed Deposition Transcript Designation(s) | 6/15/2026 at 5:00 p.m. EST |
| 7 | Parties to File Witness and Exhibit Lists | 6/16/2026 at noon EST |
| 8 | Parties to Exchange (but not file) Proposed Deposition Transcript Counter-Designations | 6/16/2026 at 5:00 p.m. EST |

| 9 | Commencement of Hearing | 6/17/2026 at 2:00 p.m. EST |
|---|---|---|
| 10 | Parties to Submit Deposition Transcript Designations and Counter-Designations to Court | At conclusion of testimony on 6/17/2026 |
| | All parties in interest reserve the right to file discovery-related motions, objections and/or motion(s) in limine, to be heard at a date and time ordered by the Court. | |

###