**DENTONS**

| | |
|---|---|
| **Andrew Helman**<br>Partner<br><br>andrew.helman@dentons.com<br>D +1 (207) 619-0919 | Dentons Bingham Greenebaum LLP<br>One City Center, Suite 11100<br>Portland, ME  04101<br>United States<br><br>dentons.com |

*Via CM/ECF*

June 10, 2026

Hon. Wendy A. Kinsella

Chief U.S. Bankruptcy Court Judge

Northern District of New York

James M. Hanley U.S. Courthouse and Federal Building

100 South Clinton Street Syracuse, NY 13261

Re:    **In re North Star Health Alliance, Inc., Chapter 11 Case No. 26-60099-5-wak (Jointly Administered)**

Dear Judge Kinsella:

As counsel to Official Committee of Unsecured Creditors of North Star Health Alliance, Inc., *et al.* (the "Committee"), we write to you regarding the Debtors' *Motion Pursuant to Sections 105(a), 363(c), 345(b), 1107(a) and 1108 of the Bankruptcy Code Authorizing Debtors to Continue to (I) Use Existing Cash Management System, and (II) Maintain Existing Bank Accounts and Business Forms* [Docket No. 337] (the "Cash Management Motion"), filed on May 26, 2026.

The Committee and Debtors are in discussions regarding the Cash Management Motion, and Debtors' counsel has consented to an extension of the Committee's deadline to object to the Cash Management Motion through Friday, June 12, 2026.

Thank you for your consideration.

Sincerely,

Andrew Helman, Partner

cc:    All parties (via cm/ecf)

**Puyat Jacinto & Santos ▶ Link Legal ▶ Zaanouni Law Firm & Associates ▶ LuatViet ▶ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

27033212.v1