**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099-5-wak |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30078 |
| | Case No. 26-30079 |
| | Case No. 26-60100 |

---------------------------------------------------------------------x

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS
### AND EXHIBIT LIST FOR JUNE 17, 2026 HEARING ON DEBTOR'S DIP MOTION

The Official Committee of Unsecured Creditors of North Star Health Alliance, Inc., et al.,

(the "Committee"), pursuant to the *Amended Order Setting Hearing and Discovery Schedule for*

*Debtors' DIP Motion* [Dkt. No. 362] (the "Amended Scheduling Order") files this witness and

exhibit list for the hearing to be held on June 17, 2026 at 2:00 p.m. (the "Hearing"):

### WITNESSES

The Committee may call the following witnesses at the Hearing:

1.     James Porter, Senior Managing Director of Accordion Partners, LLC;

2.     Andrew R. Manzer, Interim Chief Executive Officer of the Debtors;

3.     A representative of the Dormitory Authority of the State of New York ("DASNY");

4.     Rebuttal witnesses as necessary; and

5.     Any witness identified on any other party's witness list.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

27045692.v1

## **EXHIBITS**

The Committee submits the following list of exhibits for the Hearing:

1.   PDF File with Audio File Attachment, Court Proceeding for Case 26-60099, North Star Health Alliance, Inc. (February 18, 2026) [Dkt. No. 58];

2.   PDF File with Audio File Attachment, Court Proceeding for Case 26-60099, North Star Health Alliance, Inc. and Meadowbrook Terrace, Inc. (March 25, 2026) [Dkt. No. 184];

3.   PDF File with Audio File Attachment, Court Proceeding for Case 26-60099, North Star Health Alliance, Inc. and Meadowbrook Terrace, Inc. (April 15, 2026) [Dkt. No. 250];

4.   Letter from the New York State Department of Health to the Debtors dated March 25, 2026 (the "DOH Letter") [Dkt. No. 378, Exh. B];

5.   Letter from the Debtors to the New York State Department of Health dated March 26, 2026 (the "Debtors' Letter") [Dkt. No. 378, Exh. C];

6.   Vital Access Provider Assurance Program Temporary Medicaid Rate Adjustment Agreement dated March 27, 2026 between the New York State Department of Health and Carthage Area Hospital, Inc. (the "VAPAP Agreement") [Dkt. No. 378, Exh. A];

7.   Vital Access Provider Assurance Program Temporary Medicaid Rate Adjustment Agreement Addendum dated March 27, 2026 between the New York State Department of Health and Carthage Area Hospital, Inc. (the "VAPAP Addendum") [Dkt. No. 378, Exh. A];

8.   Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2026 Filed by North Star Health Alliance, Inc. [Dkt. No. 278];

9.   Chapter 11 Monthly Operating Report for Case Number 26-30078 for the Month Ending: 03/31/2026 Filed by Carthage Area Hospital, Inc. [Dkt. No. 279];

10.  Chapter 11 Monthly Operating Report for Case Number 26-30079 for the Month Ending: 03/31/2026 Filed by Meadowbrook Terrace, Inc. [Dkt. No. 280];

11.  Chapter 11 Monthly Operating Report for Case Number 26-60100 for the Month Ending: 03/31/2026 Filed by Claxton-Hepburn Medical Center, Inc. [Dkt. No. 281];

12.  Any document or pleading filed in the above-captioned chapter 11 cases;

13.  Any exhibit necessary for impeachment and/or rebuttal purposes; and

2

14. Any exhibit identified or offered by any other party.

Dated: June 16, 2026 Respectfully submitted,

*/s/ Andrew C. Helman*
Andrew C. Helman
Kyle D. Smith
**DENTONS BINGHAM GREENEBAUM, LLP**
One City Center
Suite 11100
Portland, ME 04101-6420
Telephone: (207) 810-4955
Email: andrew.helman@dentons.com
kyle.d.smith@dentons.com

David K. (D.K.) Boydstun, Jr.
**DENTONS BINGHAM GREENEBAUM, LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 589-4200
Email: david.boydstun@dentons.com

Lauren M. Macksoud
Henry Thomas
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-5347
Facsimile: (212) 768-6800
E-mail: lauren.macksoud@dentons.com
henry.thomas@dentons.com

*Counsel to The Official Committee of Unsecured
Creditors*

3

27045692.v1

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Dated: June 16, 2026                    */s/ Andrew C. Helman*

27045692.v1