**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : Case No. 26-60099-5-wak |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30078 |
| | : Case No. 26-30079 |
| | : Case No. 26-60100 |

------------------------------------------------------------------x

### DEBTORS' WITNESS AND EXHIBIT LIST FOR
### JUNE 17, 2026 HEARING ON DEBTORS' DIP MOTION

North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"),

Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc.

("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the

"Debtors"), pursuant to the *Amended Order Setting Hearing and Discovery Schedule for Debtors'*

*DIP Motion* [Dkt. No. 362] (the "Amended Scheduling Order"), to the extent relevant, file this

witness and exhibit list for the hearing to be held on June 17, 2026 at 2:00 p.m. (the "Hearing"):

### WITNESSES

Debtors may call any of the following witnesses at the Hearing:

1. Andrew R. Manzer, Interim Chief Executive Officer of the Debtors;

2. Rebuttal witnesses as necessary; and

3. Any witness identified on any other party's witness list.

### EXHIBITS

Debtors submit the following list of exhibits for the Hearing:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

1. Letter to North Star from New York State Department of Health dated March 25, 2026 regarding a commitment of short-term funding (the "DOH Letter") [Dkt. No. 378, Exh. B];

2. Letter to New York State Department of Health from Debtors dated March 26, 2026 regarding acceptance of terms for short-term funding support (the "Debtors' Letter") [Dkt. No. 378, Exh. C];

3. Letter to Carthage from Dormitory Authority of the State of New York dated March 26, 2026 in response to inquiry concerning a loan from funds available under the Health Facility Restructuring Pool;

4. Vital Access Provider Assurance Program Temporary Medicaid Rate Adjustment Agreement dated March 27, 2026 between the New York State Department of Health and Carthage Area Hospital, Inc. (the "VAPAP Agreement") [Dkt. No. 378, Exh. A];

5. Vital Access Provider Assurance Program Temporary Medicaid Rate Adjustment Agreement Addendum dated March 27, 2026 between the New York State Department of Health and Carthage Area Hospital, Inc. (the "VAPAP Addendum") [Dkt. No. 378, Exh. A];

6. Executed Settlement Term Sheet between Debtors and Northern Credit Union dated June 9, 2026;

7. Term Sheet for Secured Superpriority Debtor in Possession Revolving Loan between Debtors and eCapital Healthcare, Corp. and/or one or more of its affiliates dated February 26, 2026;

8. Any document or pleading filed in the above-captioned chapter 11 cases;

9. Any exhibit necessary for impeachment and/or rebuttal purposes; and

10. Any exhibit identified or offered by any other party.

Dated: June 16, 2026

Respectfully submitted,

**BARCLAY DAMON LLP**

By: */s/Janice B. Grubin*
Janice B. Grubin
Ilan Markus (admitted *pro hac vice*)
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*

-and-

**VERRILL DANA LLP**

By: */s/Roger A. Clement, Jr.*
Roger A. Clement, Jr. (admitted *pro hac vice*)
Nathaniel R. Hull (admitted *pro hac vice*)
Stephen B. Segal (admitted *pro hac vice*)
One Portland Square
Portland, Maine 04101
Telephone: (207) 774-4000
rclement@verrill-law.com
nhull@verrill-law.com
ssegal@verrill-law.com

*Conflicts Counsel to the Debtors and Debtors-in-Possession*

29973079_3