**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NORTH STAR HEALTH ALLIANCE, INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 26-60099-5-wak<br>Main Case<br>Jointly Administered<br>Case No. 26-30078<br>Case No. 26-30079<br>Case No. 26-60100 |

**RESPONSE OF THE PATIENT CARE OMBUDSMAN TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS**

Suzanne Koenig, the patient care ombudsman (the "Ombudsman") appointed in the chapter 11 cases (the "Chapter 11 Cases") of North Star Health Alliance, Inc., *et al.* (collectively, the "Debtors"), by and through her counsel, hereby files this response to the *Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committee* (Doc. 349) (the "Motion"), and respectfully represents as follows:

**RESPONSE AND STATEMENT OF SUPPORT**

1.      Subject to the Ombudsman's communications with the Debtors, through counsel, regarding the Motion and understanding that the Debtors' will be proposing a revised form of interim compensation procedures order that expressly includes the Ombudsman and her professionals, the Ombudsman is in support of entry of an interim compensation procedures order to uniformly address interim compensation procedures in these Chapter 11 Cases.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

10341491

Dated: June 17, 2026                          Respectfully submitted,

                                               **PORZIO, BROMBERG & NEWMAN, P.C.**

                                               */s/ Robert M. Schechter*
                                               Robert M. Schechter, Esq.
                                               Kelly D. Curtin, Esq.
                                               1675 Broadway, Suite 1810
                                               New York, New York 10019-3800
                                               Telephone: (212) 265-6888
                                               Facsimile: (973) 538-5146
                                               Email: rmschechter@pbnlaw.com
                                                          kdcurtin@pbnlaw.com

                                               *Counsel for the Patient Care Ombudsman*

2

10341491