So Ordered.

Signed this 2 day of July, 2026.

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

**ORDER GRANTING DEBTORS' MOTION TO ENLARGE THE EXCLUSIVE PERIODS WITHIN WHICH THE DEBTORS MIGHT FILE AND SEEK APPROVAL OF A DISCLOSURE STATEMENT AND PLAN AND SOLICIT ACCEPTANCES THEREOF**

This matter having come before this Court upon the motion date June 5, 2026 [Docket No. 364] (the "Motion") of North Star Health Alliance, Inc., Carthage Area Hospital, Inc., Claxton-Hepburn Medical Center, Inc., and Meadowbrook Terrace, Inc., the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), seeking the entry of an order, pursuant to 11 U.S.C. §§ 1121(b) and (c), extending for an additional 120 days, until October 8, 2026, the period

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

within which the Debtors exclusively may file a chapter 11 disclosure statement and plan(the "Exclusivity Period") , and extending for an additional 120 days, until December 7, 2026, the period within which the Debtors alone might solicit acceptances of such plan (the "Solicitation Period"); and this matter having come before this Court for a hearing on July 1, 2026, on notice to the Office of the United States Trustee, counsel for the Committee of Unsecured Creditors, Northern Credit Union, M&T Bank, and the New York State Department of Health, and those parties requesting notices, and the Court finding such notice to be adequate; and no party having filed any opposition to the Motion; and upon all pleadings and proceedings had in this matter to date, and good cause appearing therefor, it is hereby

**ORDERED**, that the Motion is granted as hereinafter set forth;

**ORDERED**, that the time within which the Debtors exclusively may file a Chapter 11 disclosure statement and plan is hereby extended for an additional 120 days, until October 8, 2026; and it is further

**ORDERED**, that the period within which the Debtors alone might solicit acceptances of such plan is hereby extended for 120 days, until December 7, 2026; and it is further

**ORDERED**, that nothing herein shall be without prejudice to the Debtors' right to request further extensions of the Exclusivity Period and Solicitation Period or to seek other appropriate relief; and it is further

**ORDERED** that the Debtors are authorized and empowered to take any and all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED** that notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #