**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NORTH STAR HEALTH ALLIANCE, INC, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 26-60099-5-wak<br>Main Case<br>Jointly Administered<br>Case No. 26-30078<br>Case No. 26-30079<br>Case No. 26-60100 |

**AFFIDAVIT OF POSTING NOTICE OF**
**PATIENT CARE OMBUDSMAN'S SECOND REPORT**

STATE OF NEW JERSEY   )
                        )   ss:
COUNTY OF MORRIS     )

ROBERT M. SCHECHTER, being duly sworn deposes and says:

     I am not party to the action. I am over the age of eighteen years and reside in Monmouth County, New Jersey. I am an attorney at Porzio, Bromberg & Newman, P.C., counsel to Suzanne Koenig, the patient care ombudsman in the North Star Health Alliance, Inc., *et al.* (the "Debtors") bankruptcy cases. In accordance with Bankruptcy Rule 2015.1 and the *Order Directing the United States Trustee to Appoint a Patient Care Ombudsman* [D.I. 139], on June 26, 2026, I caused a true and accurate copy of the *Notice of Patient Care Ombudsman's Second Report* (the "Notice"), annexed hereto as **Exhibit A**, to be emailed to Miranda Simpson, System Director of Quality of the Debtors ("Ms. Simpson"), who was responsible for posting the Notice at the Debtors' facilities. On June 26, 2026, Ms. Simpson confirmed that the Notice had been posted in two conspicuous locations at each of the Debtors' facilities.

                                           _Robert M Schechter_
                                           Robert M. Schechter

Sworn to before me on July 2, 2026

_Maria P Mazza_
Notary Public

> Maria P Mazza
> NOTARY PUBLIC
> STATE OF NEW JERSEY
> MY COMMISSION EXPIRES MARCH 31, 2027
> COMMISSION: #0050057947

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

10354307

**EXHIBIT "A"**

10354307

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NORTH STAR HEALTH ALLIANCE, INC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 26-60099-5-wak<br>Main Case<br>Jointly Administered<br>Case No. 26-30078<br>Case No. 26-30079<br>Case No. 26-60100 |

### NOTICE OF PATIENT CARE OMBUDSMAN'S SECOND REPORT

**PLEASE TAKE NOTICE** that Suzanne Koenig, the patient care ombudsman ("Ombudsman") appointed by the United States Trustee pursuant to an order of the Court entered in the above-captioned bankruptcy cases [D.I. 139], will be filing a written Ombudsman Report (the "Report") before 11:59 p.m. (EST) on **July 11, 2026** in the United States Bankruptcy Court for the Northern District of New York.

If you would like a copy of the Report or require additional information, please contact:

Robert M. Schechter, Esq.
Porzio, Bromberg & Newman, P.C.
1675 Broadway, Suite 1810
New York, New York 10019-3800
Telephone: (212) 265-6888
Facsimile: (973) 538-5146
Email: rmschechter@pbnlaw.com

Kelly D. Curtin, Esq.
Porzio, Bromberg & Newman, P.C.
1675 Broadway, Suite 1810
New York, New York 10019-3800
Telephone: (212) 265-6888
Facsimile: (973) 538-5146
Email: kdcurtin@pbnlaw.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

10354307

**PORZIO, BROMBERG & NEWMAN, P.C.**

Dated: June 25, 2026

*/s/ Robert M. Schechter*
Robert M. Schechter, Esq.
Kelly D. Curtin, Esq.
1675 Broadway, Suite 1810
New York, New York 10019-3800
Telephone: (212) 265-6888
Facsimile: (973) 538-5146
Email: rmschechter@pbnlaw.com
          kdcurtin@pbnlaw.com

*Counsel for the Patient Care Ombudsman*

10354307