**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

-------------------------------------------------------------------x

### MONTHLY FEE STATEMENT OF VERRILL DANA LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FEBRUARY 10, 2026 THROUGH AND INCLUDING MAY 31, 2026

Name of Applicant:                    Verrill Dana LLP

Authorized to Provide
Professional Services to:              Debtors and Debtors-in-Possession

Date of Retention:                     April 3, 2026 [Order Docket No. 208] *nunc pro tunc* to Petition Date, February 10, 2026

Period for which compensation and
reimbursement is sought:               February 10, 2026 through and including May 31, 2026

Amount of Compensation sought as
actual, reasonable and necessary:      $99,054.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $870.96

This is a:  __X__ monthly      ____ quarterly      ____ final statement.

This is Applicant's <u>first</u> monthly fee statement in this case.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**Professionals Rendering Services During the Fee Period**

The Verrill attorneys who rendered professional services in these cases during the Fee Period include:

| Professional | Position | Year Admitted | Practice Area | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Jennifer Novo | Associate | 2021 | Business Restructuring and Insolvency | $382.00 | 7.40 | $2,826.80 |
| Lindsay Milne | Partner | 2011 | Business Restructuring and Insolvency | $720.00 | 0.80 | $576.00 |
| Nate Hull | Partner | 2009 | Business Restructuring and Insolvency | $630.00 | 33.80 | $21,294.00 |
| Nicholas Anania | Associate | 2020 | Corporate Governance, M&S and Securities | $485.00 | 0.60 | $291.00 |
| Nima Ghaedi | Associate | 2025 | Business Restructuring and Insolvency | $306.00 | 10.4 | $3,182.40 |
| Nimra Tariq | Associate | 2025 | Business Restructuring and Insolvency | $306.00 | 2.00 | $612.00 |
| Robert Keach | Counsel | 1990 | Business Restructuring and Insolvency | $990.00 | 0.40 | $396.00 |
| Roger Clement, Jr. | Partner | 1991 | Business Restructuring and Insolvency | $684.00 | 88.30 | $60,397.20 |
| Stephen Segal | Partner | 2014 | Trial | $560.00 | 3.20 | $1,792.00 |
| | | | | **Total** | **146.90** | **$91,367.40** |

The Verrill paraprofessionals who rendered professional services in these cases during the Fee Period include:

| Professional | Position | Practice Area | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Angela Stewart | Paralegal | Business Restructuring and Insolvency | $337.00 | 2.30 | $775.10 |
| Carissa Rubin | Paralegal | Business Restructuring and Insolvency | $247.00 | 27.90 | $6,891.30 |
| Lisa Waddell | Paralegal | Trial | $202.00 | 0.10 | $20.20 |
| | | | **Total** | **30.30** | **$7,686.60** |

**Summary of Expenses Incurred During the Fee Period**

| Type | Expenses |
|---|---|
| Certificates of Good Standing | $96.00 |
| Filing Fees | $500.00 |
| FedEx | $24.21 |
| Postage | $250.75 |
| **Total** | **$870.96** |



One Portland Square, 10th Floor
Portland, Maine 04101-4054
(207) 774-4000

**Tax ID: 01-0176171**

| | |
|---|---|
| North Star Health Alliance, Inc. | Invoice Date: July 10, 2026 |
| Andrew Manzer, CEO | Invoice Number: 690809 |
| cc: Janice Grubin, Esq. | Matter Number: 26567-0001 |

*For Professional Services through* ***February 28, 2026***

**Client:**     North Star Health Alliance, Inc.
**Matter:**     Bankruptcy

| | | |
|---|---|---|
| Total Fees | $ | 13,529.70 |
| Total Costs | $ | 499.21 |
| Total Due This Invoice | $ | 14,028.91 |
| | | |
| Remaining Retainer Balance | $ | 75,000.00 |

North Star Health Alliance, Inc.

| | |
|---|---|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 690809 |
| Matter Number: | 26567-0001 |

**Time Detail**

**Task Code:**    B110        Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/09/26 | RAC | Telephone conference with Ilan Markus re section 366 motion to prepare for bankruptcy (.2), telephone conference with J. Grubin re same and re terms of engagement and timing of filing (.1), conference with and email from Will Stiles re Medicare appeals for both hospitals and send email to CRO re same (.3); follow up emails with J. Grubin re same (.1) | 0.70 | 684.00 | 478.80 |
| 02/10/26 | RAC | Review and revise draft of Section 366 Motion and Order (1.0), email to Debtors' counsel re same (.1), telephone conference with and email to R. Bloom (CRO) requesting information for Utilities motion (.3) | 1.40 | 684.00 | 957.60 |
| 02/10/26 | CJR | Draft Notice of Appearance and Request for Service of Papers of L. Milne as proposed Special Counsel | 0.50 | 247.00 | 123.50 |
| 02/11/26 | RAC | Review updated list of utilities and details as to each, received from D. Francisco (.2), direct C. Rubin to edit and attach to Motion (.1), review and respond to email from J. Grubin re filing logistics, email to R. Keach re same (.2) | 0.50 | 684.00 | 342.00 |
| 02/11/26 | RAC | Multiple emails with J. Grubin re Section 366 motion (.4), telephone conference with R. Bloom re same (.1), telephone conference with Christi Francisco re Exhibit to Utilities motion (.4), emails with C. Francisco re same (.2), review amounts owed to utilities and review monthly spend on utilities (.3), revise utilities motion based on feedback from J. Grubin and C. Francisco (.6),telephone conference with Atty Novo to direct her handling of Utilities motion and calls from utilities (.4). | 2.40 | 684.00 | 1,641.60 |
| 02/11/26 | JSN | Review and respond to emails regarding utilities motion (0.3). Review draft utilities motion (0.5). | 0.80 | 382.00 | 305.60 |
| 02/11/26 | JSN | Call with R. Clement regarding case status and next steps. | 0.40 | 382.00 | 152.80 |
| 02/11/26 | AS | Review and respond to email from C. Rubin regarding L. Milne filing privileges in U.S. Bankruptcy Court for the Northern District of New York | 0.10 | 337.00 | 33.70 |

North Star Health Alliance, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 10, 2026 |
| Invoice Number: | | 690809 |
| Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/12/26 | LZM | Brief review of NDNY LRs in preparation for review of utilities motion and emails w/C.Rubin re: compliance with same. | 0.40 | 720.00 | 288.00 |
| 02/12/26 | LZM | Brief review of Utilities motion for accuracy and compliance with LRs. | 0.20 | 720.00 | 144.00 |
| 02/12/26 | RAC | Emails with J. Grubin and J. Novo re Section 366 Motion and form of order | 0.20 | 684.00 | 136.80 |
| 02/12/26 | RJK | Review final §366 pleadings and e-mails regarding hearing | 0.40 | 990.00 | 396.00 |
| 02/12/26 | JSN | Review 2/12 emails regarding the utilities motion (0.3). Prepare for (.1) and discuss filing of same with C. Rubin (0.1). Finalize utilities motion (0.4), interim order on same (0.4), and final order on same (0.2). | 1.50 | 382.00 | 573.00 |
| 02/12/26 | CJR | Receipt and review of email from R. Clement with form of Exhibit A to utilities motion (.1), format Exhibit A for electronic filing (.3), and email same to J. Grubin et al. (.1) | 0.50 | 247.00 | 123.50 |
| 02/12/26 | CJR | Revise utilities motion in accordance with R. Clement instructions | 0.30 | 247.00 | 74.10 |
| 02/12/26 | CJR | Meeting with J. Novo to discuss filing timelines | 0.10 | 247.00 | 24.70 |
| 02/13/26 | LZM | Brief review of pro hac motions to be filed. Finalize utilities motion for filing. | 0.10 | 720.00 | 72.00 |
| 02/13/26 | RAC | Emails from J. Grubin and J Novo re Section 366 Motion (.1), telephone conference with J. Pantenburg re utilities motion, including strategies for providing adequate assurance of payment (.3) | 0.40 | 684.00 | 273.60 |
| 02/13/26 | JSN | Review emails on utilities motion. | 0.10 | 382.00 | 38.20 |
| 02/13/26 | CJR | Review Order granting motion for joint administration and update case captions of draft pleadings accordingly | 0.50 | 247.00 | 123.50 |
| 02/16/26 | JSN | Review emails regarding the utilities motion. | 0.10 | 382.00 | 38.20 |
| 02/16/26 | CJR | Review 2/18 hearing agenda, summary email to R. Clement re same | 0.10 | 247.00 | 24.70 |
| 02/16/26 | CJR | Prepare service list of utility providers | 0.30 | 247.00 | 74.10 |
| 02/17/26 | JSN | Review recent court filings. | 0.10 | 382.00 | 38.20 |
| 02/17/26 | AS | Review and respond to email from C. Rubin regarding maintenance of pleadings file | 0.10 | 337.00 | 33.70 |
| 02/17/26 | AS | Review email from C. Rubin regarding status of pro hac vice motions, utilities motion and next steps | 0.10 | 337.00 | 33.70 |

North Star Health Alliance, Inc.

| | | | Invoice Date: | | | July 10, 2026 |
| | | | Invoice Number: | | | 690809 |
| | | | Matter Number: | | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/17/26 | CJR | Prepare form of Certificate of Service in connection with utilities motion to be filed together with service list of all utility providers | 0.50 | 247.00 | 123.50 |
| 02/17/26 | CJR | Extensive email to Verrill team outlining status of pro hac vice motions, directing next steps upon entry of Orders granting same, utilities motion and administrative procedures for shortening notice period if/as necessary | 0.50 | 247.00 | 123.50 |
| 02/18/26 | JSN | Review case update emails. | 0.10 | 382.00 | 38.20 |
| 02/18/26 | AS | Telephone calls (x2) with R. Clement regarding filing of notice of appearance and next steps | 0.20 | 337.00 | 67.40 |
| 02/18/26 | AS | Review emails from R. Clement, R. Keach and J. Novo regarding CM/ECF registration status for the New York Northern Bankruptcy Court (.2); emails with R. Clement, R. Keach and J. Novo regarding Orders granting pro hac vice applications (.2) emails to/from J. Novo regarding filing of notice of appearance (.2) | 0.60 | 337.00 | 202.20 |
| 02/18/26 | AS | Email to R. Clement, R. Keach, L. Milne, N. Hull and J. Novo regarding Objection to Critical Vendors Motion | 0.10 | 337.00 | 33.70 |
| 02/18/26 | AS | Email to R. Clement, R. Keach, L. Milne, N. Hull and J. Novo regarding Declaration of Rob Bloom, Chief Restructuring Officer of North Star Health Alliance, In Support of Chapter 11 Petitions | 0.10 | 337.00 | 33.70 |
| 02/19/26 | RAC | Review and respond to email from Russell Johnson, Esq. (for National Grid) re Section 366 issues, and email from J. Grubin re same (.1) | 0.10 | 684.00 | 68.40 |
| 02/19/26 | JSN | Listen to recording of 2/18 hearing (0.7). Draft follow-up email to J. Grubin regarding utilities motion (0.1). | 0.80 | 382.00 | 305.60 |
| 02/19/26 | AS | Filing of notices of appearance for R. Clement, R. Keach and J. Novo with U.S. Bankruptcy Court for the Northern District of New York (.3); emails to/from N. Hull and J. Piselli regarding filing of N. Hull's notice of appearance with Court (.1) | 0.40 | 337.00 | 134.80 |

North Star Health Alliance, Inc.

| | | | Invoice Date: | | July 10, 2026 |
|---|---|---|---|---|---|
| | | | Invoice Number: | | 690809 |
| | | | Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/19/26 | AS | Emails (multiple) to R. Clement, R. Keach, L. Milne, N. Hull and J. Novo regarding interim cash collateral order and interim payroll order, and order waiving the requirement that each debtor file a list of creditors (.3); email to R. Clement, R. Keach, L. Milne, N. Hull and J. Novo regarding audio from February 18th hearing (.1) | 0.40 | 337.00 | 134.80 |
| 02/19/26 | AS | Review emails from J. Novo and J. Grubin regarding status of utilities motion | 0.10 | 337.00 | 33.70 |
| 02/23/26 | RAC | Videoconference with J. Grubin and I. Markus re employment applications, cash collateral motion and Section 366 motion [note: J.G. left call early] (.6), review email and charts sent by Russell Johnson, attorney for National Grid, requesting security deposit and compare to internal information (.4), email to J.Grubin and I. Markus re same (.2), email to R. Johnson re same (.1), telephone conference with Jonathan Pantenburg re same (.2) | 1.50 | 684.00 | 1,026.00 |
| 02/23/26 | RAC | Emails with Russell Johnson, Esq. and J. Grubin re utilities issues (.2) | 0.20 | 684.00 | 136.80 |
| 02/24/26 | RAC | Review proposed agreement sent by Russell Johnson, counsel to National Grid (.2), reply to same (.1), telephone conference with J. Grubin re same and re cash collateral issues (.4), email to Christi Francisco requesting information about security deposits (.1) | 0.80 | 684.00 | 547.20 |
| 02/24/26 | RAC | Review email from counsel to McKesson Corp., emails with J. Grubin and Renato Smith-Bornfreedom re software negotiations with United Helpers (.2), follow up emails with R. Johnson re National Grid's 366 request (.2) | 0.40 | 684.00 | 273.60 |

North Star Health Alliance, Inc.

| | | | | Invoice Date: | July 10, 2026 |
| | | | | Invoice Number: | 690809 |
| | | | | Matter Number: | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/25/26 | RAC | Telephone conference with Rob Bloom re adequate assurance agreement with National Grid (.2), telephone conference with J. Pantenburg re same and re cash collateral budget (.1), attend court hearing on cash collateral (as it relates to utilities deposit) (.7), telephone conference with J. Grubin re possible agreement with National Grid and re case status and improvement plan (.4), videoconference with Russell Johnson (for National Grid) re adequate assurance agreement (.3), revise proposed agreement and send to R. Johnson (.2), email to client team re same (.1), receive revised document from R. Johnson and send same to client with cover email (.2), analyze lease for cabinets sent by counsel for lessor First Fin. Holdings (Cynthia Hegarty) and send email to client team with suggested approach (.3) | 2.50 | 684.00 | 1,710.00 |
| 02/26/26 | RAC | Telephone conference with J. Pantenburg re deal with utilities (.1), Review docket entries (.1), review emails from executives at CAH and CHMC authorizing deal with National Grid (.1) | 0.30 | 684.00 | 205.20 |
| | | **Total** | **21.90** | | **11,743.90** |

**Task Code:**    B160    Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/10/26 | RAC | Advise staff in preparation for filing notices of appearance and motions for appearance pro hac vice | 0.20 | 684.00 | 136.80 |
| 02/11/26 | RAC | Direct staff to prepare motions for admission pro hac vice | 0.20 | 684.00 | 136.80 |
| 02/11/26 | JSN | Review and revise pro hac vice motion. | 0.40 | 382.00 | 152.80 |
| 02/11/26 | CJR | Review NDNY Local Rules re pro hac vice admission requirements (.3); Draft Motions for Admission of Counsel Pro Hac Vice, Declarations in Support of same, and proposed Orders granting same on behalf of R. Clement, R. Keach, J. Novo, and N. Hull (2.2); follow up communications with R. Clement, N. Hull, and R. Keach re same and certificates of good standing (.3) | 2.80 | 247.00 | 691.60 |
| 02/12/26 | RAC | Various emails re admission pro hac vice (.1) | 0.10 | 684.00 | 68.40 |

North Star Health Alliance, Inc.

| | | | Invoice Date: | | | July 10, 2026 |
| | | | Invoice Number: | | | 690809 |
| | | | Matter Number: | | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/12/26 | CJR | Prepare declarations of sponsor (L. Milne) in connection with pro hac vice motions for R. Clement, R. Keach, N. Hull, J. Novo | 0.40 | 247.00 | 98.80 |
| 02/12/26 | CJR | Phone call with L. Milne re sponsor declarations (.1), revise and supplement sponsor declarations (x4) accordingly (.3) | 0.40 | 247.00 | 98.80 |
| 02/16/26 | CJR | Draft Notice of Appearance and Request for Service of Papers on behalf of R. Clement, R. Keach, N. Hull and J. Novo | 0.40 | 247.00 | 98.80 |
| 02/16/26 | CJR | Review L.B.R. 2014-2 and USBC NDNY court information (.2); email to Courtroom Deputy, Rachel Sugrue, re pro hac admission fees (.1) | 0.30 | 247.00 | 74.10 |
| 02/17/26 | RAC | Email to J. Grubin re application to employ Verrill (.1) | 0.10 | 684.00 | 68.40 |
| 02/18/26 | RAC | Review and respond to e-mail from Janice Grubin regarding application to employ Verrill Dana and for procedures for utilities under section 366 | 0.10 | 684.00 | 68.40 |
| 02/18/26 | JSN | Review notice of appearance. | 0.10 | 382.00 | 38.20 |
| 02/18/26 | AS | Email to R. Clement, R. Keach, N. Hull, L. Milne and J. Novo regarding Order Authorizing Retention and Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent | 0.10 | 337.00 | 33.70 |
| 02/18/26 | LMW | Review email from A. Stewart re pro hac admission | 0.10 | 202.00 | 20.20 |
| | | **Total** | **5.70** | | **1,785.80** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Angela Stewart | 2.30 | 337.00 | 775.10 |
| Carissa Rubin | 7.60 | 247.00 | 1,877.20 |
| Jennifer Novo | 4.40 | 382.00 | 1,680.80 |
| Lindsay Milne | 0.70 | 720.00 | 504.00 |
| Lisa Waddell | 0.10 | 202.00 | 20.20 |
| Robert Keach | 0.40 | 990.00 | 396.00 |
| Roger Clement | 12.10 | 684.00 | 8,276.40 |
| **Total** | **27.60** | | **$13,529.70** |

North Star Health Alliance, Inc.

| | |
|---|---|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 690809 |
| Matter Number: | 26567-0001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/23/26 | FedEx | 1.00 | 24.21 |
| 02/17/26 | Filing Fee - Pro Hoc Vice Motion - J. Novo | 1.00 | 100.00 |
| 02/17/26 | Filing Fee - Pro Hoc Vice Motion - R. Clement | 1.00 | 100.00 |
| 02/17/26 | Filing Fee - Pro Hoc Vice Motion - N. Hull | 1.00 | 100.00 |
| 02/17/26 | Filing Fee - Pro Hoc Vice Motion - R Keach | 1.00 | 100.00 |
| 02/12/26 | Certificate of Good Standing - L. Milne | 1.00 | 25.00 |
| 02/12/26 | Certificate of Good Standing - J. Novo | 1.00 | 25.00 |
| 02/12/26 | Certificate of Good Standing - R. Clement | 1.00 | 25.00 |
| | **Total** | | **$499.21** |

**Task Summary**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 21.90 | 11,743.90 |
| B160 | Fee/Employment Applications | 5.70 | 1,785.80 |
| | **Total** | **27.60** | **$13,529.70** |

**Outstanding Invoices**

| Invoice Date | Invoice Number | Invoice Total | Payments | Total Balance |
|---|---|---|---|---|
| | | | **Total** | **$0.00** |



One Portland Square, 10th Floor
Portland, Maine 04101-4054
(207) 774-4000

**Tax ID: 01-0176171**

| | | |
|---|---|---|
| North Star Health Alliance, Inc. | Invoice Date: | July 10, 2026 |
| Andrew Manzer, CEO | Invoice Number: | 693239 |
| cc: Janice Grubin, Esq. | Matter Number: | 26567-0001 |

---

*For Professional Services through **March 31, 2026***

**Client:**     North Star Health Alliance, Inc.
**Matter:**     Bankruptcy

| | | |
|---|---|---|
| Total Fees | $ | 12,509.90 |
| Total Costs | $ | 225.00 |
| Total Due This Invoice | $ | 12,734.90 |
| Remaining Retainer Balance | $ | 75,000.00 |

ME | MA | RI | CT | NY | DC
www.verrill-law.com

North Star Health Alliance, Inc.

| | |
|---|---:|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 693239 |
| Matter Number: | 26567-0001 |

**Time Detail**

**Task Code:**    B110      Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/26 | JSN | Attention to emails regarding utilities motion, settlement discussions related thereto. | 0.20 | 382.00 | 76.40 |
| 03/03/26 | RAC | Review and respond to email from Ilan Markus re 366 motion (.2), advise staff to finalize and file 366 Motion (.1), | 0.30 | 684.00 | 205.20 |
| 03/03/26 | RAC | Revise Clement Declaration re application to employ Verrill (.4). | 0.40 | 684.00 | 273.60 |
| 03/03/26 | JSN | Call with R. Clement regarding utilities motion (0.1). Call with C. Rubin regarding same (0.1). Finalize same for filing (0.3). Discuss same with R. Clement (0.1). | 0.60 | 382.00 | 229.20 |
| 03/03/26 | CJR | Prepare for (.1) and office conferences with J. Novo re final forms of utilities motion and exhibits (.1); draft Notice of Motion re 366 motion (.7), prepare manual email contact group for interested parties (.6), prepare Certificate of Service with attached CM/ECF, manual email, and USPS service lists (.9), convert and compile Utilities Motion and Exhibits in preparation for electronic case filing (.6), follow up email to Ilan Markus re final forms (.1) | 3.10 | 247.00 | 765.70 |
| 03/03/26 | CJR | Emails and call with Audrey Vrooman at Barclay Damon re filing and notice procedures in connection with utilities motion | 0.30 | 247.00 | 74.10 |
| 03/03/26 | CJR | ECF filing of 366 motion together with exhibits A-C (DE 102) and Notice of Hearing on same (DE 104) (.3); cause service of Docket Nos. 102 and 104 by manual email to certain interested parties (.1); email to Barclay Damon team re same (.1) | 0.50 | 247.00 | 123.50 |
| 03/04/26 | RAC | Telephone conference with J. Grubin about 366 Motion, cash collateral, and negotiations with NY DoH; discuss case strategy; attend by video hearings on cash collateral, critical vendors, et al. | 0.60 | 684.00 | 410.40 |
| 03/04/26 | JSN | Attention to case update emails. | 0.10 | 382.00 | 38.20 |

| | | | | | |
|---|---|---|---|---|---|
| North Star Health Alliance, Inc. | | | Invoice Date: | | July 10, 2026 |
| | | | Invoice Number: | | 693239 |
| | | | Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/04/26 | CJR | Multiple email exchanges with A. Vrooman re substitution email for notices to US AG office, order of limited recusal, and amended NoH to file (.2); manual email service of utilities motion and Notice of Hearing on same to Forrest T. Young on behalf of US AG office accordingly (.1) | 0.30 | 247.00 | 74.10 |
| 03/04/26 | CJR | ECF filing of Amended NOH and Certificate of Service re 102, 104 and 112 | 0.20 | 247.00 | 49.40 |
| 03/04/26 | CJR | Manual email service of Amended Notice of Hearing on 366 motion to interested parties (.1); supplement Certificate of Service to include supplemental manual email service of 366 motion to F. Young and CM/ECF, manual email and USPS service of Amended NoH (.3) | 0.40 | 247.00 | 98.80 |
| 03/04/26 | CJR | Review of Sua Sponte Order of Recusal re 366 motion (.1), prepare Amended NOH in response to same (.3) | 0.40 | 247.00 | 98.80 |
| 03/06/26 | RAC | Execute Section 366 agreement with National Grid and email to Russell Johnson (.2) | 0.20 | 684.00 | 136.80 |
| 03/10/26 | RAC | Review and respond to email from Lindsey Gallagher of Citizens Telephone Company re amount of claim, telephone conference with Ms. Gallagher re amounts owed and disconnection of service (.2), | 0.20 | 684.00 | 136.80 |
| 03/11/26 | RAC | Review motion by Ovation to file documents under seal | 0.10 | 684.00 | 68.40 |
| 03/16/26 | RAC | Receive and review email and extensive materials from Janice Grubin re case status, including cash collateral order, budgets, restructure outline, media reports, et al. (.6), telephone conference with J. Grubin re same (.5) | 1.10 | 684.00 | 752.40 |
| 03/25/26 | RAC | Review objection to Section 366 Utilities Motion | 0.20 | 684.00 | 136.80 |
| 03/25/26 | RAC | Telephone conference with J. Grubin re utilities motion (.1) and need for negotiation and drafting of DIP financing documents and pleadings (.1); | 0.20 | 684.00 | 136.80 |
| 03/26/26 | RAC | Draft amended section 366 utilities motion | 1.20 | 684.00 | 820.80 |
| 03/26/26 | CJR | Review Limited Objection to 366 Motion together with filed forms of motion and proposed order (.5), discuss next steps with R. Clement (.2), email exchanges with A. Vrooman re amended motion filing procedures (.2) | 0.90 | 247.00 | 222.30 |

North Star Health Alliance, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 10, 2026 |
| Invoice Number: | | 693239 |
| Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/26 | RAC | Telephone conference and email with Ilan Markus re amended 366 motion; finalize and direct filing of same (.2) | 0.20 | 684.00 | 136.80 |
| 03/27/26 | CJR | Manual email service of Amended 366 Motion with Exhibits [DE 192] together with Notice of Hearing on same [DE 194] to creditors' counsel and other interested parties | 0.30 | 247.00 | 74.10 |
| 03/27/26 | CJR | Draft Notice of Hearing of Amended Utilities Motion | 0.30 | 247.00 | 74.10 |
| 03/30/26 | CJR | Prepare service list of USPS first class mail recipients re Amended 366 Motion [DE 192] and Notice of Hearing on same [DE 194] | 0.50 | 247.00 | 123.50 |
| 03/31/26 | CJR | Draft Certificate of Service of Amended 366 Motion [DE 192] and Notice of Hearing [DE 194], prepare Service Lists A [CM/ECF notice parties] and B [Manual email notice parties], compile all with Service List C [USPS notice recipients] and e-file same | 0.90 | 247.00 | 222.30 |
| | | **Total** | **13.70** | | **5,559.30** |

| **Task Code:** | B230 | Financing/Cash Collections | | | |
|---|---|---|---|---|---|

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/26 | RAC | Review objection by creditor's committee to form of order on cash collateral and UST's motion to appoint ombudsman (.2), review cash collateral budget (.1) | 0.30 | 684.00 | 205.20 |
| 03/11/26 | RAC | Attend hearing (by videoconference) on cash collateral | 0.80 | 684.00 | 547.20 |
| 03/18/26 | RAC | Attend hearing by video on motion for use of cash collateral (1.2) | 1.20 | 684.00 | 820.80 |
| 03/25/26 | RAC | Attend hearing on cash collateral motion. | 0.40 | 684.00 | 273.60 |
| 03/27/26 | RAC | Review emails from DASNY and AG re DIP loan from DASNY (.1), videoconference with J. Grubin and Niclas Ferland re DIP financing prospects (.6) | 0.70 | 684.00 | 478.80 |
| 03/28/26 | RAC | Telephone conference with J. Grubin re DIP financing | 0.10 | 684.00 | 68.40 |
| 03/28/26 | RAC | Review and respond to emails with Martin Mooney, et al., re DIP financing | 0.10 | 684.00 | 68.40 |

North Star Health Alliance, Inc.

| | Invoice Date: | July 10, 2026 |
|---|---|---|
| | Invoice Number: | 693239 |
| | Matter Number: | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/26 | RAC | Emails with M. Mooney re DIP financing | 0.10 | 684.00 | 68.40 |
| | | **Total** | **3.70** | | **2,530.80** |

**Task Code:**    B120        Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/26 | RAC | Review UCC-11 reports for debtors | 0.10 | 684.00 | 68.40 |
| 03/30/26 | CJR | Conduct UCC-11 searches in New York state for the four debtor entities, download all filings and chart summary details of all unlapsed filings (2.5); email search results to J. Grubin and I. Markus (.1) | 2.60 | 247.00 | 642.20 |
| | | **Total** | **2.70** | | **710.60** |

**Task Code:**    B160        Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/26 | RAC | Call with J. Novo re Verrill retention application | 0.10 | 684.00 | 68.40 |
| 03/02/26 | RAC | Review results of conflict checks for role as counsel (.8), draft revisions to Application to employ Verrill Dana and Clement Declaration re same (2.1), send same to lead counsel (.1), multiple emails with multiple attorneys in Firm to identify creditors who are clients of Verrill (.5) | 3.50 | 684.00 | 2,394.00 |
| 03/02/26 | JSN | Attention to emails on Verrill retention app (0.1). Review and revise Verrill retention app (1.1). Further revise same to incorporate R. Clement feedback (0.8). | 2.00 | 382.00 | 764.00 |
| 03/02/26 | JSN | Call with R. Clement regarding Verrill retention app. | 0.10 | 382.00 | 38.20 |
| 03/02/26 | CJR | Review submitted conflict checks (.3); prepare conflict search list to include as Schedule 1 to the Application to Retain Verrill Dana (.5); email to J. Novo re same (.1) | 0.90 | 247.00 | 222.30 |
| 03/03/26 | CJR | Prepare redline versions of Verrill retention app and Schedule 1, email same to Debtors' counsel for review | 0.90 | 247.00 | 222.30 |
| | | **Total** | **7.50** | | **3,709.20** |

North Star Health Alliance, Inc.

| | |
|---|---|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 693239 |
| Matter Number: | 26567-0001 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Carissa Rubin | 12.50 | 247.00 | 3,087.50 |
| Jennifer Novo | 3.00 | 382.00 | 1,146.00 |
| Roger Clement | 12.10 | 684.00 | 8,276.40 |
| **Total** | **27.60** | | **$12,509.90** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/04/26 | Postage | 1.00 | 225.00 |
| | **Total** | | **$225.00** |

**Task Summary**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 13.70 | 5,559.30 |
| B120 | Asset Analysis and Recovery | 2.70 | 710.60 |
| B160 | Fee/Employment Applications | 7.50 | 3,709.20 |
| B230 | Financing/Cash Collections | 3.70 | 2,530.80 |
| | **Total** | **27.60** | **$12,509.90** |

**Outstanding Invoices**

| Invoice Date | Invoice Number | Invoice Total | Payments | Total Balance |
|---|---|---|---|---|
| 07/10/26 | 690809 | 14,028.91 | 0.00 | 14,028.91 |
| | | **Total** | | **$14,028.91** |



One Portland Square, 10th Floor
Portland, Maine 04101-4054
(207) 774-4000

**Tax ID: 01-0176171**

| | | |
|---|---|---|
| North Star Health Alliance, Inc. | Invoice Date: | July 10, 2026 |
| Andrew Manzer, CEO | Invoice Number: | 695028 |
| cc: Janice Grubin, Esq. | Matter Number: | 26567-0001 |

*For Professional Services through **April 30, 2026***

**Client:**     North Star Health Alliance, Inc.
**Matter:**     Bankruptcy

| | | |
|---|---|---|
| Total Fees | $ | 2,890.20 |
| Total Due This Invoice | $ | 2,890.20 |
| Remaining Retainer Balance | $ | 75,000.00 |

North Star Health Alliance, Inc.

| | |
|---|---|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 695028 |
| Matter Number: | 26567-0001 |

**Time Detail**

**Task Code:**   B230        Financing/Cash Collections

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/26 | RAC | Review and analyze Seventh Cash Collateral Order | 0.10 | 684.00 | 68.40 |
| 04/01/26 | RAC | Telephone conference with James Porter re status of requests for DIP Financing | 0.10 | 684.00 | 68.40 |
| 04/01/26 | RAC | Attend video hearing on motion for use for cash collateral (total time on call was 1.5; actual hearing was .5; only charging .6) | 0.60 | 684.00 | 410.40 |
| | | **Total** | **0.80** | | **547.20** |

**Task Code:**   B185        Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/17/26 | RAC | Review pleadings, including Motion to reject contracts with employees and consultants | 0.10 | 684.00 | 68.40 |
| 04/20/26 | RAC | Telephone conference with N. Anania regarding negotiating new contract with Vital Dynamix | 0.10 | 684.00 | 68.40 |
| 04/21/26 | RAC | Emails with Renato Smith-Bornfreedom regarding negotiating new contract with Vital Dynamix (.2) | 0.20 | 684.00 | 136.80 |
| 04/21/26 | NEA | Telephone conference with R. Clement regarding platform services agreement (.1); initial review of same (.1) | 0.20 | 485.00 | 97.00 |
| 04/24/26 | NEA | Initial review of Vital Dynamix Platform Services Agreement and email to R. Clement regarding same | 0.40 | 485.00 | 194.00 |
| | | **Total** | **1.00** | | **564.60** |

**Task Code:**   B110        Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/26 | RAC | Emails with Russell Johnson , Esq (for Nat. Grid) re payments owed to National Grid | 0.20 | 684.00 | 136.80 |
| 04/01/26 | RAC | Emails with J. Grubin and client team re payments owed to National Grid | 0.20 | 684.00 | 136.80 |
| 04/02/26 | RAC | Email to Russell Johnson re payments owed to National Grid under 366 agreement | 0.10 | 684.00 | 68.40 |

North Star Health Alliance, Inc.

| | |
|---|---:|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 695028 |
| Matter Number: | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 04/02/26 | RAC | Review and respond to email from Janice Grubin re payments owed to National Grid under 366 agreement (.2), telephone conference with J. Grubin re same (.2) | 0.40 | 684.00 | 273.60 |
| 04/07/26 | RAC | Emails with R. Johnson for National Grid re adequate assurance payments (.2) | 0.20 | 684.00 | 136.80 |
| 04/07/26 | RAC | Emails with client team re National Grid re adequate assurance payments | 0.20 | 684.00 | 136.80 |
| 04/08/26 | RAC | Review and respond to email from J. Grubin re Utilities issues | 0.10 | 684.00 | 68.40 |
| 04/10/26 | RAC | Review pleadings filed in case, including #218--Joint Reply to demand by Fipps and Bowline for payment of administrative expense; #212, 213 | 0.30 | 684.00 | 205.20 |
| 04/13/26 | RAC | Review pleading by administrative claimants (.1) | 0.10 | 684.00 | 68.40 |
| 04/13/26 | RAC | Emails with J. Grubin re utilities motion and re UCC-11 report to assist with schedules (.1) | 0.10 | 684.00 | 68.40 |
| 04/15/26 | RAC | Attend hearing on multiple matters, including cash collateral and payment of employee claims, critical vendors, et al. | 0.50 | 684.00 | 342.00 |
| | | **Total** | **2.40** | | **1,641.60** |

**Task Code:**     B320     Plan and Disclosure Statement (including Business Plan)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 04/08/26 | RAC | Review plan, disclosure statement, and funding agreement in hospital case with similar issues, and forward same to J. Grubin | 0.20 | 684.00 | 136.80 |
| | | **Total** | **0.20** | | **136.80** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Nicholas Anania | 0.60 | 485.00 | 291.00 |
| Roger Clement | 3.80 | 684.00 | 2,599.20 |
| **Total** | **4.40** | | **$2,890.20** |

North Star Health Alliance, Inc.

| | |
|---|---|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 695028 |
| Matter Number: | 26567-0001 |

**Task Summary**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 2.40 | 1,641.60 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.00 | 564.60 |
| B230 | Financing/Cash Collections | 0.80 | 547.20 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.20 | 136.80 |
| | **Total** | **4.40** | **$2,890.20** |

**Outstanding Invoices**

| Invoice Date | Invoice Number | Invoice Total | Payments | Total Balance |
|---|---|---|---|---|
| 07/10/26 | 690809 | 14,028.91 | 0.00 | 14,028.91 |
| 07/10/26 | 693239 | 12,667.30 | 0.00 | 12,667.30 |
| | | **Total** | | **$26,696.21** |



One Portland Square, 10th Floor
Portland, Maine 04101-4054
(207) 774-4000

**Tax ID: 01-0176171**

North Star Health Alliance, Inc.
Andrew Manzer, CEO
cc: Janice Grubin, Esq.

| | |
|---|---|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 697733 |
| Matter Number: | 26567-0001 |

*For Professional Services through **May 31, 2026***

**Client:**        North Star Health Alliance, Inc.
**Matter:**        Bankruptcy

| | | |
|---|---|---|
| Total Fees | $ | 70,124.20 |
| Total Costs | $ | 146.75 |
| Total Due This Invoice | $ | 70,270.95 |
| Remaining Retainer Balance | $ | 75,000.00 |

North Star Health Alliance, Inc.

| | |
|---|---|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 697733 |
| Matter Number: | 26567-0001 |

**Time Detail**

**Task Code:**    B110        Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/26 | RAC | Telephone conference with Tim Lambrecht, Esq. re Ogdensburg water and sewer bill; follow up email re same. | 0.30 | 684.00 | 205.20 |
| 05/05/26 | RAC | Emails with Jim Porter and J. Grubin re Ogdensburg water and sewer bill | 0.20 | 684.00 | 136.80 |
| 05/06/26 | RAC | Review pleadings filed in case. | 0.10 | 684.00 | 68.40 |
| 05/08/26 | RAC | Review pleadings filed in case. | 0.20 | 684.00 | 136.80 |
| 05/13/26 | RAC | Attend hearing, by videoconference, on cash collateral, critical vendor, motion to seal, et al. | 1.20 | 684.00 | 820.80 |
| 05/15/26 | CJR | Prepare matter summary for 5/19 hearing on Debtors' Amended Utilities Motion (.5); email exchanges with R. Clement and N. Hull relating to same (.3) | 0.80 | 247.00 | 197.60 |
| 05/17/26 | NH | Prepare for upcoming hearing on motion to prevent discontinuation of utility services to the Debtors, including outline of oral presentation to judge covering the hearing due to limited recusal by presiding judge | 1.20 | 630.00 | 756.00 |
| 05/17/26 | RAC | Email to Charles Sullivan re hearing on Section 366 Motion | 0.10 | 684.00 | 68.40 |
| 05/17/26 | RAC | Multiple emails with N Hull re hearing on Section 366 Motion (.4) | 0.40 | 684.00 | 273.60 |
| 05/18/26 | NH | Summarize current state of adequate assurance agreement with National Grid and current state of pending limited objection in advance of tomorrow's hearing | 0.40 | 630.00 | 252.00 |
| 05/18/26 | NH | Consider letter filing regarding pending objection and communicate with counsel regarding same | 0.20 | 630.00 | 126.00 |
| 05/18/26 | CJR | Email to N. Hull attaching Court's Order approving PHV admission of N. Hull and Order Appointing Verrill Dana as Special Conflicts counsel to supplement matter summary in advance of 5/19 hearing on Debtors' Amended 366 Motion | 0.20 | 247.00 | 49.40 |
| 05/19/26 | NH | Represent debtors as special counsel with respect to hearing on utility relief | 1.20 | 630.00 | 756.00 |
| 05/19/26 | NH | Revise proposed final order regarding utilities after hearing with the Judge | 0.30 | 630.00 | 189.00 |
| 05/19/26 | NH | Communications with financial advisor and primary counsel regarding secured creditors | 0.20 | 630.00 | 126.00 |

North Star Health Alliance, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 10, 2026 |
| Invoice Number: | | 697733 |
| Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/19/26 | CJR | Revisions to proposed final order granting Debtors' Amended Utilities motion after hearing, circulate revised proposed final order with attachments for final review and comment | 0.40 | 247.00 | 98.80 |
| 05/21/26 | RAC | Review draft final order on Utilities Motion and direct staff re same | 0.20 | 684.00 | 136.80 |
| 05/22/26 | CJR | Minor edits to motion for limited admission PHV of Steve Segal, ECF filing, and submission of required Court fee relating to same | 0.30 | 247.00 | 74.10 |
| 05/22/26 | CJR | Upload proposed final order granting Debtors' amended utilities motion | 0.10 | 247.00 | 24.70 |
| 05/27/26 | CJR | Download Court's final order granting debtors' amended 366 motion and cause service by manual email to all utility providers (.3); prepare mailing labels for service of order by USPS and email to G. Gaines re same (.2); prepare certificate of service certifying service by CM/ECF, manual email and USPS (.4) | 0.90 | 247.00 | 222.30 |
| 05/27/26 | CJR | Prepare Notice of Amendment to DIP Borrowing Motion for ECF filing and phone call to NYND Bankruptcy Court to verify appropriate docketing event for same, execute filing via CM/ECF | 0.30 | 247.00 | 74.10 |
| 05/27/26 | CJR | Update manual email service list (66 notice parties) and cause manual email service of Debtors' Notice of Amendment to DIP Borrowing Motion filed at docket entry 343 | 0.50 | 247.00 | 123.50 |
| 05/28/26 | CJR | Finalize and file Certificate of Service of Final Order on Amended 366 motion; USPS service of Notice of Amendment to DIP Borrowing Motion, prepare and file Certificate of Service of same | 0.50 | 247.00 | 123.50 |
| | | **Total** | **10.20** | | **5,039.80** |

| **Task Code:** | B230 | Financing/Cash Collections | | | |
|---|---|---|---|---|---|

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/13/26 | RAC | Review pleadings involved in today's hearings, including budget (.3) | 0.30 | 684.00 | 205.20 |
| 05/13/26 | RAC | Telephone conference with J Grubin re issues with DIP Financing | 0.20 | 684.00 | 136.80 |
| 05/18/26 | NH | Strategy conference with J. Grubin and J. Dove regarding DIP financing and cash collateral | 1.30 | 630.00 | 819.00 |
| 05/18/26 | NH | Discuss strategy for DIP financing hearing with R. Clement | 0.30 | 630.00 | 189.00 |

North Star Health Alliance, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 10, 2026 |
| Invoice Number: | | 697733 |
| Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/18/26 | NH | Consider terms and conditions of proposed borrowing to prepare for upcoming contested hearings, particularly with respect to priming feature of new $60MM proposed borrowing | 0.70 | 630.00 | 441.00 |
| 05/18/26 | RAC | Review Motion for approval of DIP financing and related documents to prepare for evidentiary hearing | 2.00 | 684.00 | 1,368.00 |
| 05/18/26 | RAC | Videoconference with J. Grubin, J. Dove, Chris Green, and N. Hull to prepare for contested hearing on DIP Motion (2/2) | 1.00 | 684.00 | 684.00 |
| 05/18/26 | RAC | Videoconference with J. Grubin, J. Dove, Chris Green, and N. Hull to prepare for contested hearing on DIP Motion (1/2) | 0.60 | 684.00 | 410.40 |
| 05/19/26 | NH | Consider approved weekly budget and projected 13 week cash flow to prepare for upcoming hearings on cash collateral and borrowing | 0.40 | 630.00 | 252.00 |
| 05/19/26 | NH | Prepare outline of proposed direct testimony in support of debtor in possession borrowing in anticipation of a contested hearing | 0.80 | 630.00 | 504.00 |
| 05/19/26 | NH | Strategy session with J. Grubin, J. Dove, and R. Clement to discuss Debtors' cash needs in advance of tomorrow's interim borrowing motion hearing | 1.50 | 630.00 | 945.00 |
| 05/19/26 | NH | Meet with committee counsel and counsel to proposed DIP lender to discuss approaches to interim borrowing hearing | 1.30 | 630.00 | 819.00 |
| 05/19/26 | NH | Strategy meeting with financial advisor and CEO to discuss cash needs and approach to request for interim approval of proposed borrowing | 1.80 | 630.00 | 1,134.00 |
| 05/19/26 | RAC | Prepare for hearings on DIP Motion tomorrow and May 21 (evidentiary); | 2.00 | 684.00 | 1,368.00 |
| 05/19/26 | RAC | Videoconferences with J. Grubin, J. Dove, Jim Porter, Andy Manzer, and N. Hull re hearings on DIP Motion tomorrow and May 21 (evidentiary); | 3.50 | 684.00 | 2,394.00 |
| 05/20/26 | NH | Prepare with R. Clement for upcoming hearing on motion to borrow and prime | 0.40 | 630.00 | 252.00 |
| 05/20/26 | NH | Communications with primary counsel and FA regarding adequate protection matters | 0.30 | 630.00 | 189.00 |

North Star Health Alliance, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 10, 2026 |
| Invoice Number: | | 697733 |
| Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/20/26 | NH | Pre-hearing call with counsel to UCC and State to discuss proposed amendments to borrowing and approach to today's hearing | 0.30 | 630.00 | 189.00 |
| 05/20/26 | NH | Communications regarding proposed temporary resolutions with secured creditors in advance of today's 2pm hearing | 0.30 | 630.00 | 189.00 |
| 05/20/26 | NH | Serve as special counsel to the Debtors in hearing seeking interim approval of borrowing and scheduling for discovery heading into final hearing on June 10th | 1.30 | 630.00 | 819.00 |
| 05/20/26 | NH | Follow up after the hearing on interim approval of the borrowing motion with R. Clement | 0.20 | 630.00 | 126.00 |
| 05/20/26 | RAC | Prepare for evidentiary hearing scheduled for tomorrow (May 21) in Syracuse, and now June 10 | 3.50 | 684.00 | 2,394.00 |
| 05/20/26 | RAC | Direct associate to research evidentiary issue for contested hearing on debtor in possession financing (.1); review research memo (.2); review research memo (.1) | 0.40 | 684.00 | 273.60 |
| 05/20/26 | RAC | Telephone conference with A. Helman re strategy for DIP financing contested hearing. | 0.40 | 684.00 | 273.60 |
| 05/20/26 | RAC | Review emails re discovery issues; email to J. Dove re same; conference with Steve Segal to obtain help re same | 0.30 | 684.00 | 205.20 |
| 05/20/26 | RAC | Attend hearing on cash collateral and DIP financing (1.0) | 1.00 | 684.00 | 684.00 |
| 05/20/26 | RAC | Review emails from FA re value of accounts receivable (.5); review emails from J. Grubin, C. Sullivan, and Tim Palmer regarding negotiations about DIP loan and cash collateral (1.5) | 2.00 | 684.00 | 1,368.00 |
| 05/20/26 | RAC | Telephone conference with Andrew Helman regarding potential contested hearings on cash collateral and DIP financing | 1.00 | 684.00 | 684.00 |
| 05/20/26 | NT | Research New York case law on qualified testimony as to value of real property and DIP financing; email R. Clement analysis of findings regarding same as applied to officers of corporations. | 2.00 | 306.00 | 612.00 |
| 05/20/26 | CJR | Meeting with R. Clement re declarations to draft in connection with motion to obtain credit (.2); prepare preliminary drafts of declaration of James Porter and declaration of Andrew Manzer accordingly (1.4) | 1.60 | 247.00 | 395.20 |

Page Number 5

North Star Health Alliance, Inc.

| | Invoice Date: | July 10, 2026 |
|---|---|---|
| | Invoice Number: | 697733 |
| | Matter Number: | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/21/26 | NH | Prepare for (.1) and discuss pending discovery matters with R. Clement (.1) | 0.30 | 630.00 | 189.00 |
| 05/21/26 | NH | Communications with counsel to State of New York and M&T Bank regarding proposed borrowing | 0.30 | 630.00 | 189.00 |
| 05/21/26 | NH | Communications between financial advisor and primary counsel regarding proposed resolutions with secured creditors in connection with priming dispute | 0.30 | 630.00 | 189.00 |
| 05/21/26 | RAC | Videoconference with J. Grubin and J. Dove re DIP lending proposal from DASNY and re proposals from M&T Bank and Northern Credit Union | 0.30 | 684.00 | 205.20 |
| 05/21/26 | RAC | Conference with N. Hull re responses to NCU discovery (.2); email to and telephone conference with Nima Ghaedi re propounding discovery upon NCU (.4); review email from N. Ghaedi and provide further written guidance on discovery requests (.5); review email from J Grubin to C. Sullivan re dispute and discovery (.2) | 1.30 | 684.00 | 889.20 |
| 05/21/26 | RAC | Videoconference with Martin Mooney, J. Grubin and J. Dove re DIP lending proposal from DASNY | 0.70 | 684.00 | 478.80 |
| 05/21/26 | RAC | Telephone conference with A. Helman re proposed DASNY loan | 0.50 | 684.00 | 342.00 |
| 05/21/26 | RAC | Telephone conference with A. Helman re possibly DASNY loan | 0.50 | 684.00 | 342.00 |
| 05/21/26 | RAC | Telephone conference with A Helman and J. Grubin re DIP loan and cash collateral (1.2); follow up call with J. Grubin re same (.2) | 1.40 | 684.00 | 957.60 |
| 05/21/26 | RAC | Videoconference with J. Porter, J. Grubin, and J. Dove re discovery by NCU and strategies for resolving issues with NCU and M&T Bank. | 1.00 | 684.00 | 684.00 |
| 05/21/26 | NG | Draft interrogatories and request for production to Northern Credit Union. | 4.50 | 306.00 | 1,377.00 |
| 05/21/26 | NG | Draft deposition notice and Rule 30(b)(6) notice to Northern Credit Union. | 1.60 | 306.00 | 489.60 |
| 05/22/26 | NH | Prepare for conference regarding discovery matters with R. Clement | 0.80 | 630.00 | 504.00 |
| 05/22/26 | NH | Discuss discovery related to borrowing motion with R. Clement | 0.80 | 630.00 | 504.00 |
| 05/22/26 | NH | Consider proposed scheduling order and communicate with R. Clement regarding same | 0.30 | 630.00 | 189.00 |

North Star Health Alliance, Inc.

|  | Invoice Date: | July 10, 2026 |
| --- | --- | --- |
|  | Invoice Number: | 697733 |
|  | Matter Number: | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/22/26 | NH | Prepare correspondence to NCU regarding scope and extent of discovery requests along with preliminary objections and request to meet and confer (prepared prior to proposed resolution) | 1.30 | 630.00 | 819.00 |
| 05/22/26 | RAC | Numerous telephone conferences with and videoconference with J Grubin re DIP motion, negotiations with DOH/DASNY, and discovery by NCU (1.4); videoconference with J. Grubin, J. Porter, and A. Manzer re same (1.5) | 2.90 | 684.00 | 1,983.60 |
| 05/22/26 | RAC | Review and revise Term sheet for DIP Loan (.6) | 0.60 | 684.00 | 410.40 |
| 05/22/26 | RAC | Two telephone conferences with Charlie Sullivan re Scheduling Order and re resolution of contested matter re DIP Lending (.6); review emails re same (.2) | 0.80 | 684.00 | 547.20 |
| 05/22/26 | RAC | Telephone conference with A. Helman re DIP Financing Motion | 0.80 | 684.00 | 547.20 |
| 05/22/26 | RAC | Conference with N Hull re responses to discovery related to DIP Financing Motion | 0.80 | 684.00 | 547.20 |
| 05/22/26 | RAC | Review dozens of emails re DIP Lending (.1); respond to several (.4); review and revise Scheduling Order re discovery (.6) | 2.00 | 684.00 | 1,368.00 |
| 05/22/26 | NG | Review and finalize request for production (1.3), interrogatories (1.0), and deposition notices (.7). | 3.00 | 306.00 | 918.00 |
| 05/23/26 | NH | Discuss options for secured lender negotiation with R. Clement | 0.30 | 630.00 | 189.00 |
| 05/23/26 | NH | Call with financial advisor and client CEO to discuss options for resolving objections to borrowing motion | 0.40 | 630.00 | 252.00 |
| 05/23/26 | NH | Revise proposed talking points with DASNY counsel regarding use of loan proceeds | 0.20 | 630.00 | 126.00 |
| 05/23/26 | NH | Revise draft message to DASNY counsel related to potential resolutions of objections to borrowing motion | 0.30 | 630.00 | 189.00 |
| 05/23/26 | RAC | Videoconference with Jim Porter, Andy Manzer, J. Grubin, and N. Hull re negotiations with DASNY and NCU over DIP lending (.5); two follow up calls with J. Grubin re same (.2) | 0.70 | 684.00 | 478.80 |
| 05/23/26 | RAC | Telephone conference with N. Hull re strategy for DIP lending negotiations | 0.30 | 684.00 | 205.20 |
| 05/23/26 | RAC | Draft talking points memo to J. Grubin to aid in DIP loan negotiations (.6) | 0.60 | 684.00 | 410.40 |

North Star Health Alliance, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 10, 2026 |
| Invoice Number: | | 697733 |
| Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/26/26 | NH | Consider proposed terms and conditions of cash management motion and order in light of pending borrowing motion and communicate regarding potential revisions thereto | 0.30 | 630.00 | 189.00 |
| 05/26/26 | NH | Internal and external communications regarding proposed resolutions with secured creditors over objections to borrowing motions | 0.30 | 630.00 | 189.00 |
| 05/26/26 | RAC | Review 11th Cash Collateral Order (draft) sent by J. Grubin | 0.30 | 684.00 | 205.20 |
| 05/26/26 | RAC | Review NCU Objections and discovery materials regarding DIP Loan and NCU dispute (1.0); review correspondence from IRS and from creditor Varian Medical Systems (from Jerian O'Dell) (.3) | 1.30 | 684.00 | 889.20 |
| 05/26/26 | RAC | Telephone conference with J, Grubin re DoH/DASNY DIP loan and proposal made on Saturday by email to Martin Mooney (.2) | 0.20 | 684.00 | 136.80 |
| 05/26/26 | RAC | Email to Martin Mooney re DoH/DASNY DIP loan and proposal made on Saturday (.1); review response from M. Mooney (.2); draft email to J. Grubin and Debtor team re same (.2); email from J. Grubin and R. Rock re same (.1); emails to and from C. Sullivan re same (.2); emails with J. Grubin re same (.1); telephone conference with A. Helman re same (.4) | 1.30 | 684.00 | 889.20 |
| 05/27/26 | NH | Prepare for (.1) and discuss discovery strategy with R. Clement and S. Segal regarding pending borrowing motion (.6) | 0.80 | 630.00 | 504.00 |
| 05/27/26 | NH | Correspondence with parties in interest regarding cash collateral and interim debtor in possession financing orders | 0.30 | 630.00 | 189.00 |
| 05/27/26 | NH | Revise notice of amendments to DIP motion in effort to minimize accrual of administrative expenses associated with NCU discovery | 0.70 | 630.00 | 441.00 |
| 05/27/26 | NH | Follow up communications regarding proposed notice of amendment to DIP Motion | 0.20 | 630.00 | 126.00 |
| 05/27/26 | NH | Consider potential objections to various discovery requests propounded by Northern Credit Union | 0.50 | 630.00 | 315.00 |
| 05/27/26 | NH | Discuss discovery objections with R. Clement (.2); revise discovery objection letter to NCU (.9) | 1.10 | 630.00 | 693.00 |

North Star Health Alliance, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 10, 2026 |
| Invoice Number: | | 697733 |
| Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/27/26 | RAC | Telephone conference with J. Dove re discovery dispute (.5); telephone conference with J. Grubin re same (.2) | 0.70 | 684.00 | 478.80 |
| 05/27/26 | RAC | Review letters re VAPAP funds | 0.30 | 684.00 | 205.20 |
| 05/27/26 | RAC | Meet with S Segal and N Hull re discovery and obtaining protection (.6); telephone conference with J. Grubin re same (.2); direct N. Ghaedi to review local rules re same (.1) | 0.90 | 684.00 | 615.60 |
| 05/27/26 | RAC | Draft and revise Notice of Amendment to Borrowing Motion (.4); send same to J. Grubin for review (.1); review J. Grubin's and N. Hull's edits (.1); telephone conference with J. Grubin re same (.1); direct C. Rubin to revise and file (.1) | 0.80 | 684.00 | 547.20 |
| 05/27/26 | RAC | Work on responses to request for production of documents served by NCU (1.5), including draft letter to Charlie Sullivan (.3), draft objections and responses to RFP (1.6), RF Admissions (1.6), and interrogatories (1.5) | 6.50 | 684.00 | 4,446.00 |
| 05/27/26 | RAC | Telephone conference with N Hull and S Segal re responses to Discovery by NCU (.2); emails with N Hull re same (.1) | 0.30 | 684.00 | 205.20 |
| 05/27/26 | RAC | Telephone conference with A. Helman re VAPAP funding and DASNY DIP Funding | 0.40 | 684.00 | 273.60 |
| 05/27/26 | SBS | Analyze and develop strategy for addressing NCU's discovery requests | 1.50 | 560.00 | 840.00 |
| 05/27/26 | NG | Review local bankruptcy rules and standing orders that apply to NCU's discovery dispute. | 1.30 | 306.00 | 397.80 |
| 05/27/26 | CJR | Implement J. Grubin and N. Hull revisions to Notice of Amendment to DIP Borrowing Motion, prepare redline and clean copy of same and circulate for final approval | 0.40 | 247.00 | 98.80 |
| 05/28/26 | NH | Communications with parties in interest regarding terms and conditions of cash collateral usage (reviewed in connection with pending borrowing dispute) | 0.20 | 630.00 | 126.00 |
| 05/28/26 | NH | Revise objections and responses to NCU's 49 requests for documents, essentially all of which requested "all Documents and Communications." | 2.70 | 630.00 | 1,701.00 |

North Star Health Alliance, Inc.

| | | | Invoice Date: | | July 10, 2026 |
| | | | Invoice Number: | | 697733 |
| | | | Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/28/26 | NH | Communications regarding revisions to cash collateral order, which were reviewed in connection with pending contested matter with NCU over borrowing motion | 0.30 | 630.00 | 189.00 |
| 05/28/26 | NH | Negotiations with counsel to NCU over pending discovery requests; follow up with R. Clement regarding same | 0.80 | 630.00 | 504.00 |
| 05/28/26 | NH | Prepare objections to 30(b)(6) deposition topics in anticipation of eventual motion for protective order | 0.70 | 630.00 | 441.00 |
| 05/28/26 | RAC | Telephone conference with J. Grubin and (for part) Martin Mooney re DIP lending and NCU's burdensome discovery requests (.6); call with Janice Grubin following my call with NCU"s counsel re discovery requests (.2) | 0.80 | 684.00 | 547.20 |
| 05/28/26 | RAC | Review J. Grubin's edits to letter to C. Sullivan and implement same, make further edits, finalize, and send. | 0.70 | 684.00 | 478.80 |
| 05/28/26 | RAC | Conference with N Hull re discovery issues | 0.20 | 684.00 | 136.80 |
| 05/28/26 | RAC | Emails to M. Mooney re DoH funding (.2); email to Mr. Mooney re status of discovery dispute (.1) | 0.30 | 684.00 | 205.20 |
| 05/28/26 | RAC | Review dozens of emails from J. Grubin re cash collateral and DIP borrowing (.7); review and revise responses to NCU's requests for admission (.3) | 1.00 | 684.00 | 684.00 |
| 05/28/26 | RAC | Emails to Jim Porter and Andy Manzer re discovery requests (.6); emails to Porter and Manzer re status of discovery and DIP borrowing objection following call with NCU's counsel (.3) | 0.90 | 684.00 | 615.60 |
| 05/28/26 | RAC | Prepare for and attend conference call with NCU counsel-- Charlie Sullivan, Brendan Sheehan and Grayson Walter-- re discovery dispute | 0.70 | 684.00 | 478.80 |
| 05/28/26 | SBS | Revise, edit, and comment on objections and responses to NCU's first request for admissions (1.1); telephone conference with NCU's counsel regarding discovery disputes and DIP motion (0.6) | 1.70 | 560.00 | 952.00 |
| 05/28/26 | CJR | Research relating to request to Court for discovery conference (.7), email R. Clement with findings (.1) | 0.80 | 247.00 | 197.60 |
| 05/29/26 | NH | Consider NCU's proposed discovery resolution proposal and edit same for counterproposal back to NCU | 0.60 | 630.00 | 378.00 |
| 05/29/26 | NH | Discuss response to NCU's discovery proposal with R. Clement | 0.30 | 630.00 | 189.00 |

North Star Health Alliance, Inc.

| | | | | | |
|---|---|---|---|---|---|
| | | | Invoice Date: | | July 10, 2026 |
| | | | Invoice Number: | | 697733 |
| | | | Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/29/26 | NH | Communications regarding proposed amended discovery order with financial advisor and primary counsel to coordinate potential suspension of same | 0.20 | 630.00 | 126.00 |
| 05/29/26 | NH | Consider topics for affirmative discovery against Northern Credit Union | 0.30 | 630.00 | 189.00 |
| 05/29/26 | RAC | Videoconference with J. Grubin and M. Mooney re DIP financing battles with NCU and Committee, including discussion of obtaining consented to forms of order on DIP borrowing | 1.00 | 684.00 | 684.00 |
| 05/29/26 | RAC | Videoconference with A. Helman and L. Mansoud (Committee counsel) re terms of DIP Order and Committee's request to reserve rights (.4); Follow up telephone conference with J. Grubin re same (.3); review email from A. Helman re negotiation re VAPAP (.1); Review email from NCU's counsel re discovery and scheduling (.3); telephone conference with N. Hull re same (.2); draft and send emails to NCU's counsel re discovery and scheduling (1.1); exchange of drafts with client (.5) | 2.90 | 684.00 | 1,983.60 |
| 05/29/26 | RAC | Telephone conference with J. Grubin re DIP Order (.7); follow up call with J. Grubin re same (.3); call with Grubin re discovery and DIP negotiations (.1); call with Grubin re discovery suspension negotiations, joining J Porter for part (.4) | 1.50 | 684.00 | 1,026.00 |
| 05/29/26 | RAC | Review draft DIP Order | 0.30 | 684.00 | 205.20 |
| 05/30/26 | NH | Comprehensive set of revisions to discovery requests to Northern Credit Union in pending contest matter over borrowing, including request for production of documents (1.6), request for admissions (1.1), and first set of interrogatories (1.1) | 3.80 | 630.00 | 2,394.00 |

North Star Health Alliance, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 10, 2026 |
| Invoice Number: | | 697733 |
| Matter Number: | | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/31/26 | RAC | Review email response from NCU's counsel G. Walters; email to J. Grubin re same | 0.20 | 684.00 | 136.80 |
| | | **Total** | **105.60** | | **64,286.60** |

**Task Code:**    B160    Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/21/26 | LZM | Brief review of Segal PHV motion for compliance with LRs, Milne declaration in support for accuracy. | 0.10 | 720.00 | 72.00 |
| 05/21/26 | CJR | Prepare motion for limited admission pro hac vice of Steve Segal together with declaration of S. Segal and sponsor declaration of L. Milne; circulate to S. Segal and L. Milne for review | 0.50 | 247.00 | 123.50 |
| 05/26/26 | CJR | Draft Notice of Appearance by S. Segal upon entry of Order granting PHV admission | 0.20 | 247.00 | 49.40 |
| | | **Total** | **0.80** | | **244.90** |

**Task Code:**    B120    Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/28/26 | CJR | Download title searches, save to file | 0.30 | 247.00 | 74.10 |
| | | **Total** | **0.30** | | **74.10** |

**Task Code:**    B185    Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/08/26 | RAC | Email to Renato Smith-Bornfreedom re new software agreement between Meadowbrook and Vital Dynamix (including review of prior correspondence) | 0.20 | 684.00 | 136.80 |
| | | **Total** | **0.20** | | **136.80** |

**Task Code:**    B260    Board of Directors Matters

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/17/26 | RAC | Emails from J. Grubin re Board issues | 0.30 | 684.00 | 205.20 |
| | | **Total** | **0.30** | | **205.20** |

**Task Code:**    B310    Claims Administration and Objections

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|

North Star Health Alliance, Inc.

| | |
|---|---|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 697733 |
| Matter Number: | 26567-0001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/13/26 | RAC | Review McKesson's motion for allowance and payment of 503(b)(9) claim (.2) | 0.20 | 684.00 | 136.80 |
| | | **Total** | **0.20** | | **136.80** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Carissa Rubin | 7.80 | 247.00 | 1,926.60 |
| Lindsay Milne | 0.10 | 720.00 | 72.00 |
| Nate Hull | 33.80 | 630.00 | 21,294.00 |
| Nima Ghaedi | 10.40 | 306.00 | 3,182.40 |
| Nimra Tariq | 2.00 | 306.00 | 612.00 |
| Roger Clement | 60.30 | 684.00 | 41,245.20 |
| Stephen Segal | 3.20 | 560.00 | 1,792.00 |
| **Total** | **117.60** | | **$70,124.20** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/27/26 | Postage | 1.00 | 25.75 |
| 05/22/26 | Filing Fee - Pro Hoc Vice Motion - S.Segal | 1.00 | 100.00 |
| 05/21/26 | Certificate of Good Standing - S.Segal | 1.00 | 21.00 |
| | **Total** | | **$146.75** |

**Task Summary**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 10.20 | 5,039.80 |
| B120 | Asset Analysis and Recovery | 0.30 | 74.10 |
| B160 | Fee/Employment Applications | 0.80 | 244.90 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.20 | 136.80 |
| B230 | Financing/Cash Collections | 105.60 | 64,286.60 |
| B260 | Board of Directors Matters | 0.30 | 205.20 |
| B310 | Claims Administration and Objections | 0.20 | 136.80 |
| | **Total** | **117.60** | **$70,124.20** |

North Star Health Alliance, Inc.

| | |
|---|---|
| Invoice Date: | July 10, 2026 |
| Invoice Number: | 697733 |
| Matter Number: | 26567-0001 |

**Outstanding Invoices**

| Invoice Date | Invoice Number | Invoice Total | Payments | Total Balance |
|---|---|---|---|---|
| 07/10/26 | 690809 | 14,028.91 | 0.00 | 14,028.91 |
| 07/10/26 | 693239 | 12,667.30 | 0.00 | 12,667.30 |
| 07/10/26 | 695028 | 2,890.20 | 0.00 | 2,890.20 |
| | | | **Total** | **$29,586.41** |