**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTH STAR HEALTH ALLIANCE, INC, *et al.*,[1] | Case No. 26-60099-5-wak<br>Main Case<br>Jointly Administered |
| Debtors. | Case No. 26-30078<br>Case No. 26-30079<br>Case No. 26-60100 |

**MONTHLY FEE STATEMENT OF PORZIO, BROMBERG & NEWMAN, P.C. FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE PATIENT CARE OMBUDSMAN FOR
THE PERIOD MARCH 12, 2026 THROUGH AND INCLUDING MAY 31, 2026**

| | |
|---|---|
| Name of Applicant: | Porzio, Bromberg & Newman, P.C. |
| Authorized to Provide<br>Professional Services to: | Patient Care Ombudsman (PCO) |
| Date of Retention: | May 8, 2026 [Order Docket No. 273] *nunc pro tunc* to March 12, 2026 |
| Period for which compensation and<br>reimbursement is sought: | March 12, 2026 through and including<br>May 31, 2026 |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | $52,368.50 |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | $68.24 |

This is a:   X   monthly _____ quarterly _____ final statement.

This is Applicant's <u>first</u> monthly fee statement in this case.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

10368777

## Professionals Rendering Services During the Fee Period

The Porzio attorneys who rendered professional services in these cases during the Fee Period include:

| Professional | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert M. Schechter | Principal | $1,160.00 | 32.50 | $37,700.00 |
| Kelly D. Curtin | Principal | $975.00 | 3.40 | $3,315.00 |
| Stuart J. Backer | Associate | $0.00* | 8.20 | $0.00 |
| | | **Total** | **44.10** | **$41,015.00** |

* Courtesy discount - no charge for services rendered by S.J. Backer.

The Porzio paraprofessionals who rendered professional services in these cases during the Fee Period include:

| Professional | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Maria P. Dermatis | Senior Paralegal | $475.00 | 22.90 | $10,877.50 |
| Robyn Hemming | Paralegal | $340.00 | 1.40 | $476.00 |
| | | **Total** | **24.30** | **$11,353.50** |

## Summary of Expenses Incurred During the Fee Period

| Type | Expenses |
|---|---|
| Parcels Inc. (service of documents) | $68.24 |
| **Total** | **$68.24** |

10368777

# PORZIO

## BROMBERG & NEWMAN

5 Sylvan Way, suite 110
P.O. Box 218
Parsippany, NJ 07054
TEL (973) 538-4006
FAX (973) 538-5146
Tax id: 22-2005150

April 23, 2026

Robert Schechter
Porzio, Bromberg & Newman, P.C.
5 Sylvan Way
Parsippany, NJ  07054

Invoice # 3351130

Re:    *North Star Health Alliance, et al.*
Our Matter #   028378.104656
Billing Attorney:   Robert M. Schechter

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26

| | |
|---|---:|
| Professional Services | 22,166.00 |
| Disbursements | 0.00 |
| **TOTAL CURRENT INVOICE** | **$22,166.00** |
| **TOTAL BALANCE DUE** | **$22,166.00** |

**Please make check payable to Porzio, Bromberg & Newman, P.C.**

# REMITTANCE PAGE

# PORZIO
## BROMBERG & NEWMAN

5 Sylvan Way, suite 110
P.O. Box 218
Parsippany, NJ 07054
TEL (973) 538-4006
FAX (973) 538-5146
Tax ID: 22-2005150

April 23, 2026

Robert Schechter
Porzio, Bromberg & Newman, P.C.
5 Sylvan Way
Parsippany, NJ  07054

Invoice # 3351130

Re:  *North Star Health Alliance, et al.*
Our Matter #  028378.104656
Billing Attorney:  Robert M. Schechter

## AGGREGATE TIME SUMMARY BY TASK CODE

| Task Code | Task Description | Total Hours | Total Amount |
|---|---|---|---|
| BUDGTNG | Budgeting (Case) | 0.90 | 1,044.00 |
| BUSOPS | Business Operations | 3.10 | 3,337.00 |
| CASEADMN | Case Administration | 0.30 | 142.50 |
| FEEAPPS | Fee/Employment Applications | 24.10 | 10,566.50 |
| FINANCE | Financing | 5.50 | 6,380.00 |
| MEETCOM | Meetings and Communications with Creditors | 0.30 | 348.00 |
| REPORTG | Reporting | 0.30 | 348.00 |
| **Total** | | **34.50** | **22,166.00** |

## AGGREGATE TIME SUMMARY BY TASK CODE BY TIMEKEEPER

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| **Budgeting (Case)** | | | | | |
| BUDGTNG | Schechter, R. M. | Principal | 0.90 | 1,160.00 | 1,044.00 |
| **Budgeting (Case) Total** | | | **0.90** | | **1,044.00** |
| **Business Operations** | | | | | |
| BUSOPS | Schechter, R. M. | Principal | 1.70 | 1,160.00 | 1,972.00 |
| | Curtin, K. D. | Principal | 1.40 | 975.00 | 1,365.00 |
| **Business Operations Total** | | | **3.10** | | **3,337.00** |
| **Case Administration** | | | | | |

Our Matter # 028378.104656

Invoice #3351130

April 23, 2026

Page:2

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| CASEADMN | Dermatis, M. P. | Paralegal - 2 - Senior Level | 0.30 | 475.00 | 142.50 |
| **Case Administration Total** | | | **0.30** | | **142.50** |
| **Fee/Employment Applications** | | | | | |
| FEEAPPS | Schechter, R. M. | Principal | 4.40 | 1,160.00 | 5,104.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 11.50 | 475.00 | 5,462.50 |
| | Backer, S. J. | Associate 3 | 8.20 | 0.00 | 0.00 |
| **Fee/Employment Applications Total** | | | **24.10** | | **10,566.50** |
| **Financing** | | | | | |
| FINANCE | Schechter, R. M. | Principal | 5.50 | 1,160.00 | 6,380.00 |
| **Financing Total** | | | **5.50** | | **6,380.00** |
| **Meetings and Communications with Creditors** | | | | | |
| MEETCOM | Schechter, R. M. | Principal | 0.30 | 1,160.00 | 348.00 |
| **Meetings and Communications with Creditors Total** | | | **0.30** | | **348.00** |
| **Reporting** | | | | | |
| REPORTG | Schechter, R. M. | Principal | 0.30 | 1,160.00 | 348.00 |
| **Reporting Total** | | | **0.30** | | **348.00** |
| **Total** | | | **34.50** | | **22,166.00** |

**AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL**

| | | | | | |
|---|---|---|---|---|---|
| 0694 | Schechter, R. M. | Principal | 13.10 | 1,160.00 | 15,196.00 |
| 2002 | Dermatis, M. P. | Paralegal - 2 - Senior Level | 11.80 | 475.00 | 5,605.00 |
| 2070 | Curtin, K. D. | Principal | 1.40 | 975.00 | 1,365.00 |
| 2700 | Backer, S. J. | Associate 3 | 8.20 | 0.00 | 0.00 |
| | **Total** | | **34.50** | | **22,166.00** |

Our Matter # 028378.104656                                                    April 23, 2026
Invoice #3351130                                                                    Page:3

**Time Detail**

| Date | Description | Initials | Task Code | Hours | Value |
|---|---|---|---|---|---|
| 03/15/26 | Communicate with PCO regarding budget and next steps. | RMS | BUDGTNG | 0.20 | 232.00 |
| 03/16/26 | Assess work to be performed and budgeting (.4); communications with PCO and SAK regarding same (.2); draft correspondence to Debtors' counsel regarding budget projections (.1). | RMS | BUDGTNG | 0.70 | 812.00 |
| | | | **BUDGTNG Total** | **0.90** | **1,044.00** |
| 03/12/26 | Attend call with debtors professionals regarding funding, financial challenges and operations. | RMS | BUSOPS | 1.00 | 1,160.00 |
| 03/18/26 | Review information relating to wages, critical vendor, and cash collateral (1.4); and attend continued hearing on wages, critical vendor and cash collateral (1.2). (TOTAL TIME 2.6, BILLING ONLY FOR 1.4) | KDC | BUSOPS | 1.40 | 1,365.00 |
| 03/18/26 | Attend call with S. Koenig regarding status of visits and upcoming hearing today. | RMS | BUSOPS | 0.50 | 580.00 |
| 03/27/26 | Review utilities motion and communications regarding same. | RMS | BUSOPS | 0.20 | 232.00 |
| | | | **BUSOPS Total** | **3.10** | **3,337.00** |
| 03/24/26 | Prepare Notice of Appearance for PCO. | MPD | CASEADMN | 0.10 | 47.50 |
| 03/25/26 | Finalize and electronically file Notice of Appearance. | MPD | CASEADMN | 0.20 | 95.00 |
| | | | **CASEADMN Total** | **0.30** | **142.50** |
| 03/11/26 | Communications regarding North Star retention papers for Porzio and SAK, review docketed information on creditors/interested parties in connection with same. | RMS | FEEAPPS | 0.60 | 696.00 |
| 03/12/26 | Assist S. Backer in review of potential disclosure information for retention application. | MPD | FEEAPPS | 0.30 | 142.50 |
| 03/12/26 | Coordinate preparation of retention applications for SAK and Porzio, and communications with Stu Backer and | RMS | FEEAPPS | 0.70 | 812.00 |

Our Matter # 028378.104656                                                                    April 23, 2026
Invoice #3351130                                                                                    Page:4

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| | Maria Dermatis regarding same. (.4) Continued review of parties/creditors in the case (.3). | | | | |
| 03/13/26 | Review information relating to retention (.3) and multiple communications with S. Backer regarding same (.3). | RMS | FEEAPPS | 0.60 | 696.00 |
| 03/13/26 | Communications with PCO regarding parties-in-interest list. | RMS | FEEAPPS | 0.10 | 116.00 |
| 03/13/26 | Review of parties in interests lists in connection with retention application (1.3); multiple communications with R. Schechter regarding same (0.3); draft email to Suzanne and Jennifer re: disclosures required for Schedule 2 (0.2). [COURTESY DISCOUNT - NO CHARGE] | SJB | FEEAPPS | 1.80 | 0.00 |
| 03/17/26 | Review of various e-mails regarding preparation of Porzio's retention application. | MPD | FEEAPPS | 0.50 | 237.50 |
| 03/17/26 | Communications regarding Porzio and SAK retention applications. | RMS | FEEAPPS | 0.10 | 116.00 |
| 03/17/26 | Continued review of parties in interest information (1.3); begin drafting retention application for Porzio (1.6) and SAK (1.5). [COURTESY DISCOUNT - NO CHARGE] | SJB | FEEAPPS | 4.40 | 0.00 |
| 03/19/26 | Locate additional parties to review for Porzio's disclosure (.5) and process for retention application filing (.7). | MPD | FEEAPPS | 1.20 | 570.00 |
| 03/19/26 | Incorporate additional edits to SAK's Retention Application. | MPD | FEEAPPS | 0.20 | 95.00 |
| 03/19/26 | Communications regarding supplemental parties in interest list. | RMS | FEEAPPS | 0.20 | 232.00 |
| 03/20/26 | Prepare Porzio's Retention Application and related papers for R. Schechter review (1); Follow up call with R. Schechter regarding edits to application (.5): Review and finalize information disclosed in Schedule 2 to R. Schechter declaration (.5). . | MPD | FEEAPPS | 2.00 | 950.00 |
| 03/20/26 | Prepare SAK's Retention Application and related papers for R. Schechter review. | MPD | FEEAPPS | 1.00 | 475.00 |
| 03/20/26 | Review Porzio retention application (.4) and draft correspondence regarding edits | RMS | FEEAPPS | 0.60 | 696.00 |

Our Matter # 028378.104656

Invoice #3351130

April 23, 2026

Page:5

| Date | Description | Initials | Task Code | Hours | Value |
|---|---|---|---|---|---|
| | to same (.2). | | | | |
| 03/20/26 | Discuss parties in interests lists with R. Schechter and K. Dunn. [COURTESY DISCOUNT - NO CHARGE] | SJB | FEEAPPS | 0.10 | 0.00 |
| 03/22/26 | Review e-mail from R. Schechter regarding edits to Porzio's retention application. | MPD | FEEAPPS | 0.10 | 47.50 |
| 03/23/26 | Telephone call with R. Schechter regarding edits to retention papers (.5); Remove language relating to large chapter 11s and UST Guidelines from Porzio's Application (.6) and SAK's Applications (.5); Finalize review of disclosure information for Schedule 2 (1.9). | MPD | FEEAPPS | 3.50 | 1,662.50 |
| 03/23/26 | Review of Schedule 2 information (.5) and draft correspondence to PCO regarding same (.1). | RMS | FEEAPPS | 0.60 | 696.00 |
| 03/23/26 | Review rules in connection with filing of retention applications (0.9); review and finalize retention applications (1.0). [COURTESY DISCOUNT - NO CHARGE] | SJB | FEEAPPS | 1.90 | 0.00 |
| 03/24/26 | Continued work on Porzio (.8) and SAK (.5) Retention Applications. | MPD | FEEAPPS | 1.30 | 617.50 |
| 03/24/26 | Review and revise retention applications and communications regarding same. | RMS | FEEAPPS | 0.40 | 464.00 |
| 03/26/26 | Continued edits to finalize Retention Applications. | MPD | FEEAPPS | 0.40 | 190.00 |
| 03/26/26 | Finalize Porzio's Retention Application and electronically file. | MPD | FEEAPPS | 0.50 | 237.50 |
| 03/26/26 | Finalize SAK's Retention Application and electronically file. | MPD | FEEAPPS | 0.50 | 237.50 |
| 03/26/26 | Final review of retention applications (.4) and communications regarding same (.1). | RMS | FEEAPPS | 0.50 | 580.00 |
| | | | **FEEAPPS Total** | **24.10** | **10,566.50** |
| 03/11/26 | Attend hearing on matters including use of cash collateral and status of financing. | RMS | FINANCE | 0.90 | 1,044.00 |
| 03/11/26 | Review docket and status of matters relating to hearing today. | RMS | FINANCE | 0.70 | 812.00 |
| 03/11/26 | Communications with PTO regarding hearing today and financial issues. | RMS | FINANCE | 0.30 | 348.00 |
| 03/14/26 | Communications regarding budgeting. | RMS | FINANCE | 0.10 | 116.00 |

Our Matter # 028378.104656                                                                April 23, 2026
Invoice #3351130                                                                                    Page:6

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| 03/16/26 | Attend call with M. Mooney and PCO regarding case status, financing and plan forward. | RMS | FINANCE | 0.50 | 580.00 |
| 03/17/26 | Communicate with PCO regarding hearing tomorrow. | RMS | FINANCE | 0.10 | 116.00 |
| 03/18/26 | Review cash collateral and budget relating filings and information (0.7); review information relating to distressed healthcare lenders (0.4); and attend court hearing on continued use of cash collateral (1.2). | RMS | FINANCE | 2.30 | 2,668.00 |
| 03/25/26 | Attend hearing on continued use of cash collateral. | RMS | FINANCE | 0.40 | 464.00 |
| 03/25/26 | Communicate with PCO regarding hearing. | RMS | FINANCE | 0.10 | 116.00 |
| 03/31/26 | Review docket and communications regarding hearing tomorrow. | RMS | FINANCE | 0.10 | 116.00 |
| | | | **FINANCE Total** | **5.50** | **6,380.00** |
| 03/20/26 | Attend 341 | RMS | MEETCOM | 0.30 | 348.00 |
| | | | **MEETCOM Total** | **0.30** | **348.00** |
| 03/23/26 | Communications regarding PCO reports, 14 day notice and tracking of dates for same. | RMS | REPORTG | 0.30 | 348.00 |
| | | | **REPORTG Total** | **0.30** | **348.00** |
| | | | **Fees Total** | **34.50** | **22,166.00** |

Our Matter # 028378.104656                                                    April 23, 2026
Invoice #3351130                                                                   Page:7

## Disbursement Summary                                              **Total**
**Total Disbursements**                                              **0.00**

## Disbursement Detail

| Date | Description | Amount |
|------|-------------|--------|
| | TOTAL DISBURSEMENTS | **$0.00** |

### TOTALS FOR THIS MATTER

| | |
|---|---|
| Professional Services | 22,166.00 |
| Disbursements | 0.00 |
| Total Professional Services & Disbursements | 22,166.00 |

| **BALANCE DUE THIS INVOICE** | **$ 22,166.00** |
|---|---|

| Previous Balance Due | 0.00 |
|---|---|

| **TOTAL AMOUNT DUE INCLUDING THIS INVOICE** | **$ 22,166.00** |
|---|---|

# PORZIO

## BROMBERG & NEWMAN

5 Sᴙʟᴠᴀɴ Wᴀʏ, ꜱᴜɪᴛᴇ 110
P.O. Bᴏx 218
Pᴀʀꜱɪᴘᴘᴀɴʏ, NJ 07054
TEL (973) 538-4006
FAX (973) 538-5146
Tᴀx ɪᴅ: 22-2005150

May 13, 2026

Robert Schechter
Porzio, Bromberg & Newman, P.C.                    Invoice # 3352194
5 Sylvan Way
Parsippany, NJ  07054

Re:   *North Star Health Alliance, et al.*
Our Matter #  028378.104656
Billing Attorney:  Robert M. Schechter

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26

| | |
|---|---:|
| Professional Services | 11,049.50 |
| Disbursements | 0.00 |
| **TOTAL CURRENT INVOICE** | **$11,049.50** |
| **TOTAL BALANCE DUE** | **$11,049.50** |

**Please make check payable to Porzio, Bromberg & Newman, P.C.**

# REMITTANCE PAGE



5 SYLVAN WAY, SUITE 110
P.O. BOX 218
PARSIPPANY, NJ 07054
TEL (973) 538-4006
FAX (973) 538-5146
TAX ID: 22-2005150

May 13, 2026

Robert Schechter
Porzio, Bromberg & Newman, P.C.
5 Sylvan Way
Parsippany, NJ  07054

Invoice # 3352194

|  |  |  |
| --- | --- | --- |
| Re: | *North Star Health Alliance, et al.* | |
| Our Matter # | 028378.104656 | |
| Billing Attorney: | Robert M. Schechter | |

## AGGREGATE TIME SUMMARY BY TASK CODE

| Task Code | Task Description | Total Hours | Total Amount |
| --- | --- | --- | --- |
| ASSTDISP | Asset Disposition | 0.30 | 211.00 |
| CASEADMN | Case Administration | 1.30 | 1,508.00 |
| FEEAPPS | Fee / Employment Applications | 0.80 | 585.50 |
| FINANCE | Finance | 3.80 | 4,065.50 |
| REPORTG | Reporting | 6.50 | 4,679.50 |
| **Total** | | **12.70** | **11,049.50** |

## AGGREGATE TIME SUMMARY BY TASK CODE BY TIMEKEEPER

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
| --- | --- | --- | --- | --- | --- |
| **Asset Disposition** | | | | | |
| ASSTDISP | Schechter, R. M. | Principal | 0.10 | 1,160.00 | 116.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 0.20 | 475.00 | 95.00 |
| **Asset Disposition Total** | | | **0.30** | | **211.00** |
| **Case Administration** | | | | | |
| CASEADMN | Schechter, R. M. | Principal | 1.30 | 1,160.00 | 1,508.00 |
| **Case Administration Total** | | | **1.30** | | **1,508.00** |
| **Fee / Employment Applications** | | | | | |

Our Matter # 028378.104656

May 13, 2026

Invoice #3352194

Page:2

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| FEEAPPS | Schechter, R. M. | Principal | 0.30 | 1,160.00 | 348.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 0.50 | 475.00 | 237.50 |
| **Fee / Employment Applications Total** | | | **0.80** | | **585.50** |
| **Finance** | | | | | |
| FINANCE | Schechter, R. M. | Principal | 3.30 | 1,160.00 | 3,828.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 0.50 | 475.00 | 237.50 |
| **Finance Total** | | | **3.80** | | **4,065.50** |
| **Reporting** | | | | | |
| REPORTG | Schechter, R. M. | Principal | 2.60 | 1,160.00 | 3,016.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 2.50 | 475.00 | 1,187.50 |
| | Hemming, R. | Paralegal - 1 | 1.40 | 340.00 | 476.00 |
| **Reporting Total** | | | **6.50** | | **4,679.50** |
| **Total** | | | **12.70** | | **11,049.50** |

**AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL**

| | | | | | |
|---|---|---|---|---|---|
| 0694 | Schechter, R. M. | Principal | 7.60 | 1,160.00 | 8,816.00 |
| 2002 | Dermatis, M. P. | Paralegal - 2 - Senior Level | 3.70 | 475.00 | 1,757.50 |
| 2871 | Hemming, R. | Paralegal - 1 | 1.40 | 340.00 | 476.00 |
| | **Total** | | **12.70** | | **11,049.50** |

Our Matter # 028378.104656

May 13, 2026

Invoice #3352194

Page:3

**Time Detail**

| Date | Description | Initials | Task Code | Hours | Value |
|---|---|---|---|---|---|
| 04/22/26 | Download and circulate Settlement Motion between Debtors and Dr. Dodard/CWC to R. Schechter for review. | MPD | ASSTDISP | 0.20 | 95.00 |
| 04/22/26 | Review settlement regarding comprehensive women's health services. | RMS | ASSTDISP | 0.10 | 116.00 |
| | | | **ASSTDISP Total** | **0.30** | **211.00** |
| 04/21/26 | Communications regarding meeting with UST. | RMS | CASEADMN | 0.10 | 116.00 |
| 04/22/26 | Meeting with PCO regarding current and upcoming tasks including facility visits and monitoring of financial issues in advance of meeting with UST's counsel. | RMS | CASEADMN | 0.50 | 580.00 |
| 04/22/26 | Attend meeting with UST's counsel. | RMS | CASEADMN | 0.70 | 812.00 |
| | | | **CASEADMN Total** | **1.30** | **1,508.00** |
| 04/01/26 | Communications regarding retention applications. | RMS | FEEAPPS | 0.10 | 116.00 |
| 04/10/26 | Communicate with PCO regarding Debtor's Accordion retention. | RMS | FEEAPPS | 0.10 | 116.00 |
| 04/22/26 | Review of docket for status of Porzio and SAK's retention orders. | MPD | FEEAPPS | 0.10 | 47.50 |
| 04/22/26 | Attend call with R. Schechter regarding monthly invoice. | MPD | FEEAPPS | 0.20 | 95.00 |
| 04/29/26 | E-mail communications with R. Schechter regarding forwarding of March invoices for PCO and Porzio to Debtors' counsel. | MPD | FEEAPPS | 0.20 | 95.00 |
| 04/29/26 | Communications regarding monthly fee statements for Porzio and SAK. | RMS | FEEAPPS | 0.10 | 116.00 |
| | | | **FEEAPPS Total** | **0.80** | **585.50** |
| 04/01/26 | Prepare for and attend hearing on continued use of cash collateral; communications with PCO regarding same. | RMS | FINANCE | 1.50 | 1,740.00 |
| 04/02/26 | Review correspondence regarding potential financing lead. | RMS | FINANCE | 0.10 | 116.00 |
| 04/09/26 | Communications with J. Grubin regarding status of financing discussions. | RMS | FINANCE | 0.10 | 116.00 |
| 04/13/26 | Telephone call with R. Schechter | MPD | FINANCE | 0.50 | 237.50 |

| Date | Description | Initials | Task Code | Hours | Value |
|---|---|---|---|---|---|
| | regarding hearing on Cash Collateral Motion (.2); Review of Court's website to confirm date and time (.1); Telephone call to Chambers regarding scheduling of hearing and issue with cite (.1); Follow up e-mail to R. Schechter and K. Dunn regarding upcoming hearing (.1). | | | | |
| 04/15/26 | Preparation for hearing on cash collateral and other matters with PCO and attend hearing on same. | RMS | FINANCE | 1.60 | 1,856.00 |
| | | | **FINANCE Total** | **3.80** | **4,065.50** |
| 04/09/26 | Communications with PCO reading preparation of report. | RMS | REPORTG | 0.20 | 232.00 |
| 04/09/26 | Draft correspondence to Kayla Dunn regarding notice of report and affidavit of posting. | RMS | REPORTG | 0.10 | 116.00 |
| 04/10/26 | Revise Affidavit of Posting of PCO Report and Notice of Filing PCO Report (.2): Forward to K. Dunn for review (.1). | MPD | REPORTG | 0.30 | 142.50 |
| 04/13/26 | Review and revise draft Affidavit of Posting (.2) and Notice of Filing Initial PCO Report (.1); Provide to R. Schechter for review (.1). | MPD | REPORTG | 0.40 | 190.00 |
| 04/13/26 | Communications regarding notice of report and affidavit of posting, and review same (.2). Review rule 2015.1 and prior cases with respect to same (.2). | RMS | REPORTG | 0.40 | 464.00 |
| 04/21/26 | Review information relating to initial PCO report and begin draft of same. | RMS | REPORTG | 1.40 | 1,624.00 |
| 04/22/26 | Communications regarding notice of filing PCO report. | RMS | REPORTG | 0.10 | 116.00 |
| 04/23/26 | Review of e-mails from Debtors regarding posting of PCO Notice regarding First Report at all facilities. | MPD | REPORTG | 0.20 | 95.00 |
| 04/23/26 | Communications regarding posting of notice of filing first ombudsman's report at facilities. | RMS | REPORTG | 0.10 | 116.00 |
| 04/27/26 | Telephone call with R. Schechter regarding filing of Notice of PCO Report and Affidavit of Posting. | MPD | REPORTG | 0.10 | 47.50 |
| 04/27/26 | Finalize and electronically file Notice of Filing PCO Report (.1); Complete Service of same (.1). | MPD | REPORTG | 0.20 | 95.00 |
| 04/27/26 | Review of Notice of Appearances and | MPD | REPORTG | 0.50 | 237.50 |

Our Matter # 028378.104656

Invoice #3352194

May 13, 2026

Page:5

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| | Docket to prepare service list for Notice of Filing of PCO Report. | | | | |
| 04/27/26 | Reviewed requirements under Bankruptcy Rule 2015.1 regarding service of Patient Care Ombudsman report and analyzed service issues related to patient notice and redacted mailing matrix. | RH | REPORTG | 0.40 | 136.00 |
| 04/27/26 | Prepare mailing service list. | RH | REPORTG | 1.00 | 340.00 |
| 04/27/26 | Communications regarding docketing declaration RE notice of report and service of same. | RMS | REPORTG | 0.10 | 116.00 |
| 04/28/26 | Finalize Affidavit of Posting (.2), and electronically file (.1); Prepare Certificate of Service for Notice of Interim Report (.3), and electronically file (.1); | MPD | REPORTG | 0.70 | 332.50 |
| 04/28/26 | Communications regarding affidavit of posting, service and certification of service. | RMS | REPORTG | 0.20 | 232.00 |
| 04/30/26 | Exchange of Informational Invoices for PCO and Counsel - March 2026 - to Debtors' counsel. | MPD | REPORTG | 0.10 | 47.50 |
| | | | **REPORTG Total** | **6.50** | **4,679.50** |
| | | | **Fees Total** | **12.70** | **11,049.50** |

| Disbursement Summary | Total |
|---|---|
| **Total Disbursements** | **0.00** |

**Disbursement Detail**

| Date | Description | Amount |
|---|---|---|
| | TOTAL DISBURSEMENTS | **$0.00** |

TOTALS FOR THIS MATTER

| | |
|---|---|
| Professional Services | 11,049.50 |
| Disbursements | 0.00 |
| Total Professional Services & Disbursements | 11,049.50 |

| **BALANCE DUE THIS INVOICE** | **$ 11,049.50** |
|---|---|

| Previous Balance Due | 0.00 |
|---|---|

| **TOTAL AMOUNT DUE INCLUDING THIS INVOICE** | **$ 11,049.50** |
|---|---|

# PORZIO

## BROMBERG & NEWMAN

5 Sylvan Way, suite 110
P.O. Box 218
Parsippany, NJ 07054
TEL (973) 538-4006
FAX (973) 538-5146
Tax id: 22-2005150

June 15, 2026

Robert Schechter
Porzio, Bromberg & Newman, P.C.           Invoice # 3353977
5 Sylvan Way
Parsippany, NJ  07054

Re:   *North Star Health Alliance, et al.*
Our Matter #   028378.104656
Billing Attorney:   Robert M. Schechter

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 05/31/26

| | |
|---|---:|
| Professional Services | 19,153.00 |
| Disbursements | 68.24 |
| **TOTAL CURRENT INVOICE** | **$19,221.24** |
| **TOTAL BALANCE DUE** | **$19,221.24** |

**Please make check payable to Porzio, Bromberg & Newman, P.C.**

# REMITTANCE PAGE



5 SYLVAN WAY, SUITE 110
P.O. BOX 218
PARSIPPANY, NJ 07054
TEL (973) 538-4006
FAX (973) 538-5146
TAX ID: 22-2005150

June 15, 2026

Robert Schechter
Porzio, Bromberg & Newman, P.C.                    Invoice # 3353977
5 Sylvan Way
Parsippany, NJ  07054

Re:   *North Star Health Alliance, et al.*
Our Matter #   028378.104656
Billing Attorney:   Robert M. Schechter

**AGGREGATE TIME SUMMARY BY TASK CODE**

| Task Code | Task Description | Total Hours | Total Amount |
|---|---|---|---|
| FEEAPPS | Fee / Employment Applications | 1.20 | 1,186.50 |
| FINANCE | Finance | 4.80 | 5,198.00 |
| REPORTG | Reporting | 15.20 | 12,768.50 |
| **Total** | | **21.20** | **19,153.00** |

**AGGREGATE TIME SUMMARY BY TASK CODE BY TIMEKEEPER**

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| **Fee / Employment Applications** | | | | | |
| FEEAPPS | Schechter, R. M. | Principal | 0.90 | 1,160.00 | 1,044.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 0.30 | 475.00 | 142.50 |
| **Fee / Employment Applications Total** | | | **1.20** | | **1,186.50** |
| **Finance** | | | | | |
| FINANCE | Schechter, R. M. | Principal | 2.80 | 1,160.00 | 3,248.00 |
| | Curtin, K. D. | Principal | 2.00 | 975.00 | 1,950.00 |
| **Finance Total** | | | **4.80** | | **5,198.00** |
| **Reporting** | | | | | |

Our Matter # 028378.104656

Invoice #3353977

June 15, 2026

Page:2

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| REPORTG | Schechter, R. M. | Principal | 8.10 | 1,160.00 | 9,396.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 7.10 | 475.00 | 3,372.50 |
| **Reporting Total** | | | **15.20** | | **12,768.50** |
| **Total** | | | **21.20** | | **19,153.00** |

**AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL**

| | | | | | |
|---|---|---|---|---|---|
| 0694 | Schechter, R. M. | Principal | 11.80 | 1,160.00 | 13,688.00 |
| 2002 | Dermatis, M. P. | Paralegal - 2 - Senior Level | 7.40 | 475.00 | 3,515.00 |
| 2070 | Curtin, K. D. | Principal | 2.00 | 975.00 | 1,950.00 |
| | **Total** | | **21.20** | | **19,153.00** |

Our Matter # 028378.104656

June 15, 2026

Invoice #3353977

Page:3

## Time Detail

| Date | Description | Initials | Task Code | Hours | Value |
|---|---|---|---|---|---|
| 05/05/26 | Telephone call to Chambers regarding status of proposed Orders for Porzio and SAK's Retention Applications (.1); Prepare proposed orders and upload for Chambers review and entry (.2). | MPD | FEEAPPS | 0.30 | 142.50 |
| 05/13/26 | Communicate with PCO regarding monthly fee statement. | RMS | FEEAPPS | 0.10 | 116.00 |
| 05/15/26 | Communications regarding SAK monthly fee statement and review same | RMS | FEEAPPS | 0.20 | 232.00 |
| 05/19/26 | Review and circulate SAK and Porzio monthly fee statements. | RMS | FEEAPPS | 0.20 | 232.00 |
| 05/29/26 | Review interim compensation motion and proposed orders, review Porzio and SAK proposed orders, assess applicability of interim compensation motion to PCO's professionals. | RMS | FEEAPPS | 0.40 | 464.00 |
| | | | **FEEAPPS Total** | **1.20** | **1,186.50** |
| 05/19/26 | Emails regarding tomorrow's DIP financing hearing. | KDC | FINANCE | 0.20 | 195.00 |
| 05/19/26 | Review filings and information relating to hearing tomorrow (.8) and communicate with K. Curtin regarding same. (.1). | RMS | FINANCE | 0.90 | 1,044.00 |
| 05/19/26 | Draft update to PCO regarding proposed financing. | RMS | FINANCE | 0.40 | 464.00 |
| 05/20/26 | Review/analyze DIP financing motion. | KDC | FINANCE | 0.40 | 390.00 |
| 05/20/26 | Attend hearing on DIP financing, 11th Interim Cash Collateral and Wintergreen first and final fee application; email summary of same to R. Schechter for review. | KDC | FINANCE | 1.40 | 1,365.00 |
| 05/20/26 | Communications regarding DIP financing hearing. | RMS | FINANCE | 0.30 | 348.00 |
| 05/20/26 | Review M&T DIP objection. | RMS | FINANCE | 0.20 | 232.00 |
| 05/20/26 | Review 13 week cash flow projection | RMS | FINANCE | 0.30 | 348.00 |
| 05/21/26 | Communicate with K Dunn regarding financing motion and timeline with respect the same. | RMS | FINANCE | 0.10 | 116.00 |
| 05/21/26 | Review Debtors' SOFAs. | RMS | FINANCE | 0.40 | 464.00 |
| 05/22/26 | Review discovery schedule relating to | RMS | FINANCE | 0.10 | 116.00 |

Our Matter # 028378.104656

June 15, 2026

Invoice #3353977

Page:4

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| | DIP motion. | | | | |
| 05/27/26 | Review notice of amendment regarding DIP financing. | RMS | FINANCE | 0.10 | 116.00 |
| | | | **FINANCE Total** | **4.80** | **5,198.00** |
| 05/04/26 | Review draft of first ombudsman's report. | RMS | REPORTG | 2.30 | 2,668.00 |
| 05/04/26 | Continue review of first amendment's reports and edits to same. | RMS | REPORTG | 1.20 | 1,392.00 |
| 05/04/26 | Additional edits to first ombudsman's report (.5), review authority relating to same (.2), circulate updated draft to PCO (.1). | RMS | REPORTG | 0.80 | 928.00 |
| 05/07/26 | Telephone call with R. Schechter regarding initial draft of PCO report (.3); Revise and circulate updated and redline versions for review (.2). | MPD | REPORTG | 0.50 | 237.50 |
| 05/07/26 | Review redline comparison of report drafts with most recent edits (.5) and communications regarding same (.1). | RMS | REPORTG | 0.60 | 696.00 |
| 05/08/26 | Review and revise PCO's Initial Report to include references throughout. | MPD | REPORTG | 2.50 | 1,187.50 |
| 05/08/26 | Confirm various links provided by PCO in report are still operational (1); Conduct internet search to update any links that are no longer accurate (.5). | MPD | REPORTG | 1.50 | 712.50 |
| 05/08/26 | Meeting with PCO and J. DeFronzo regarding finalizing PCO report. | RMS | REPORTG | 0.20 | 232.00 |
| 05/08/26 | Continued review of updated first PCO report. | RMS | REPORTG | 0.90 | 1,044.00 |
| 05/08/26 | Communicate with M. Dermatis regarding edits to PCO report. | RMS | REPORTG | 0.30 | 348.00 |
| 05/11/26 | Revise Initial PCO Report (1.4); Electronically file Initial PCO Report (.3) and coordinate service of same (.3). | MPD | REPORTG | 2.00 | 950.00 |
| 05/11/26 | Attend meeting to complete final review of Initial PCO Report. | MPD | REPORTG | 0.50 | 237.50 |
| 05/11/26 | Attend meeting with PCO regarding initial report. | RMS | REPORTG | 0.20 | 232.00 |
| 05/11/26 | Final review of revised PCO report prior to filing. | RMS | REPORTG | 1.30 | 1,508.00 |
| 05/11/26 | Communications with Maria Dermatis regarding updates to initial PCO report and filing of same. | RMS | REPORTG | 0.30 | 348.00 |
| 05/12/26 | Forward file stamped copy of Initial | MPD | REPORTG | 0.10 | 47.50 |

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
|      | PCO Report to client. |      |           |       |       |
|      |             |          | **REPORTG Total** | **15.20** | **12,768.50** |
|      |             |          | **Fees Total** | **21.20** | **19,153.00** |

Our Matter # 028378.104656                                                June 15, 2026
Invoice #3353977                                                            Page:6

---

| Disbursement Summary | Total |
|---|---|
| Service Fees | 68.24 |
| **Total Disbursements** | **68.24** |

**Disbursement Detail**

| Date | Description | Amount |
|---|---|---|
| 05/13/26 | VENDOR: Parcels Inc Acct 4702 (Bankruptcy Only) INVOICE#: 1201707 DATE: 4/28/2026 Parcels Inc Acct 4702 (Bankruptcy Only) 1201707 05/02/26 Service of Documents (April 28, 2026) | 68.24 |
| | TOTAL DISBURSEMENTS | **$68.24** |

**TOTALS FOR THIS MATTER**

| | |
|---|---|
| Professional Services | 19,153.00 |
| Disbursements | 68.24 |
| Total Professional Services & Disbursements | 19,221.24 |

| **BALANCE DUE THIS INVOICE** | **$ 19,221.24** |
|---|---|

| Previous Balance Due | 0.00 |
|---|---|

| **TOTAL AMOUNT DUE INCLUDING THIS INVOICE** | **$ 19,221.24** |
|---|---|