**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

```
-------------------------------------------------------------------x
In re                                        :  Chapter 11
                                             :
NORTH STAR HEALTH ALLIANCE, INC., et al,¹    :  Case No. 26-60099-5-wak
                                             :  Main Case
                      Debtors.               :  Jointly Administered
                                             :  Case No. 26-30078
                                             :  Case No. 26-30079
                                             :  Case No. 26-60100
-------------------------------------------------------------------x
```

## DECLARATION IN SUPPORT OF ORDINARY COURSE RETENTION

I, Timothy C. Hannigan, Esq., declare, under penalty of perjury, as follows, pursuant to the provisions of 28 U.S.C. § 1746:

1.      I am a Member of the Hannigan Law Firm PLLC, located at 388 Kenwood Avenue, Delmar, New York 12054 (the "Firm").

2.      North Star Health Alliance, Inc., Carthage Area Hospital, Inc., Claxton-Hepburn Medical Center, Inc., and Meadowbrook Terrace, Inc. (collectively, the "Debtors") have requested that the Firm provide assistance with obtaining a Certificate of Need to operate an Ambulance Service under Article 30 of the Public Health Law, and the Firm has consented to provide such services.

3.      The declaration is submitted in connection with an order of the United States Bankruptcy Court for the Northern District of New York (the "Order") authorizing the Debtors to retain, *nunc pro tunc* to February 10, 2026 ("Petition Date"), certain professionals in the ordinary course of business during the pendency of Debtors' chapter 11 cases. In addition, the Firm does

---

¹ The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

1

not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.    Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.    Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.    The Debtors owe the Firm $19,008.17 for pre-petition services.

7.    Now or in the future, the Firm may provide services to certain creditors of the Debtors or other interested parties to the chapter 11 cases, but in this regard, the Firm's work for those clients will not include the provision of services for such person or entity in connection with these chapter 11 cases.

8.    If, at any time during its employment by the Debtors, the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this declaration.

Dated:   June 29, 2026
         Delmar, New York

TIMOTHY C. HANNIGAN