**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name:  In re North Star Health Alliance, Inc., et al.

Case No.:  26-60099-5-wak

Division:  Syracuse

Adversary Proceeding No. (if applicable):

☐  Adjournment Request[2] for Hearing on Motion at Docket No.:  _____

Reason for Adjournment Request:

Original Return Date of Motion:

Number of prior adjournment request that have been made  _____

☐  Notification of Withdrawal of  ☐  Motion;  ☐  Opposition/Response;  ☐  Other:  _____
at Docket No.:  _____

☒  Notification of Settlement of Motion at Docket No.:   291. Consent Order to be filed prior to hearing.

Date of Hearing:  July 29, 2026

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
Jeffrey K. Garfinkle, Buchalter, LLP
18400 Von Karman Avenue #800
Irvine, CA 92612
(949) 760-1121, jgarfinkle@buchalter.com

Consent of All Parties Obtained?    ☓Yes     No - *Absent compelling reasons,*
*adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior**
**to the Hearing.  When E-Filing, This Form Must Be Linked to the**
**Motion to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2]  If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)