**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30788 |
| | : | Case No. 26-30799 |
| | : | Case No. 26-60100 |

# THIRD MONTHLY FEE STATEMENT OF VERRILL DANA LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD JULY 1, 2026 THROUGH AND INCLUDING JULY 31, 2026

| | |
|---|---|
| Name of Applicant: | Verrill Dana LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Retention as special conflicts counsel effective *nunc pro tunc* to Petition Date, by order entered April 3, 2026 [Docket No. 208]. Expanded retention to bankruptcy co-counsel, effective June 7, 2026, by order entered July 31, 2026 [Docket No. 513] |
| Period for which compensation and reimbursement is sought: | July 1, 2026 through and including July 31, 2026 |
| Amount of Compensation sought as actual, reasonable and necessary: | $116,628.70 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $763.19 |

This is a: __X__ monthly ____ quarterly ____ final statement.

This is Applicant's <u>third</u> monthly fee statement in this case.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**Statement of Fees by Subject Matter During the Fee Period**

| Matter Code | Matter Description | Hours | Fees Requested |
|---|---|---|---|
| B110 | Case Administration | 24.3 | $15,635.00 |
| B120 | Asset Analysis and Recovery | 2.3 | $1,267.30 |
| B130 | Asset Disposition | 38.8 | $20,778.90 |
| B150 | Meetings of and Communications with Creditors | 12.7 | $6,895.40 |
| B160 | Fee/Employment Applications | 86.3 | $23,952.50 |
| B210 | Business Operations | 1.3 | $818.00 |
| B230 | Financing/Cash Collateral | 16.4 | $6,918.20 |
| B260 | Board of Directors Matters | 9.0 | $6,145.20 |
| B310 | Claim Administration and Objections | 0.6 | $410.40 |
| B320 | Plan and Disclosure Statement | 72.2 | $33,807.80 |
| | **Total** | **263.9** | **$116,628.70** |

**Professionals Rendering Services During the Fee Period**

The Verrill attorneys who rendered professional services in these cases during the Fee Period include:

| Professional | Position | Year Admitted | Practice Area | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Roger Clement, Jr. | Partner | 1991 | Business Restructuring and Insolvency | $684.00 | 78.7 | $53,830.80 |
| Nate Hull | Partner | 2009 | Business Restructuring and Insolvency | $630.00 | 21.1 | $13,293.00 |
| John Van Lonkhuyzen | Partner | 1987 | Trial | $702.00 | 2.9 | $2,035.80 |
| Letson Boots | Partner | 2017 | Business Restructuring and Insolvency | $495.00 | 0.6 | $297.00 |
| Jennifer Novo | Associate | 2021 | Business Restructuring and Insolvency | $382.00 | 50.0 | $19,100.00 |
| Nima Ghaedi | Associate | 2025 | Business Restructuring and Insolvency | $306.00 | 22.9 | $7,007.40 |
| Nimra Tariq | Associate | 2025 | Business Restructuring and Insolvency | $306.00 | 11.0 | $3,366.00 |
| | | | | **Total** | **187.2** | **$98,930.00** |

The Verrill paraprofessionals who rendered professional services in these cases during the Fee Period include:

| **Professional** | **Position** | **Practice Area** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
|---|---|---|---|---|---|
| Angela Stewart | Paralegal | Business Restructuring and Insolvency | $337.00 | 1.8 | $606.60 |
| Carissa Rubin | Paralegal | Business Restructuring and Insolvency | $247.00 | 43.3 | $10,695.10 |
| Karla Quirk | Paralegal | Business Restructuring and Insolvency | $248.00 | 0.3 | $74.40 |
| Lisa Waddell | Paralegal | Trial and Business Restructuring and Insolvency | $202.00 | 31.3 | $6,322.60 |
| | | | **Total** | **76.7** | **$17,698.70** |

**Summary of Expenses Incurred During the Fee Period: N/A**

| **Type** | **Expenses** |
|---|---|
| E-Discovery Support Services | $763.19 |
| **Total** | **$763.19** |

Verrill

One Portland Square, 10th Floor
Portland, Maine 04101-4054
(207) 774-4000

**Tax ID: 01-0176171**

| | | |
|---|---|---|
| North Star Health Alliance, Inc. | Invoice Date: | August 19, 2026 |
| Andrew Manzer, CEO | Invoice Number: | 701900 |
| cc: Janice Grubin, Esq. | Matter Number: | 26567-0001 |

---

*For Professional Services through* ***July 31, 2026***

**Client:** North Star Health Alliance, Inc.
**Matter:** Bankruptcy

| | | |
|---|---|---|
| Total Fees | $ | 116,628.70 |
| Total Costs | $ | 763.19 |
| Total Due This Invoice | $ | 117,391.89 |
| Previous Balance Due | $ | 75,117.06 |
| **Amount Due** | **$** | **192,508.95** |
| Remaining Retainer Balance | $ | 75,000.00 |

**Time Detail**

**Task Code:** B320 Plan and Disclosure Statement (including Business Plan)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/26 | JSN | Begin drafting plan of reorganization. | 1.50 | 382.00 | 573.00 |
| 07/02/26 | CJR | Prepare initial draft of Disclosure Statement | 2.60 | 247.00 | 642.20 |
| 07/05/26 | CJR | Prepare shell disclosure statement | 0.80 | 247.00 | 197.60 |
| 07/06/26 | RAC | Telephone conference with J Grubin and (for part) J. Novo to refine timelines for Plan and Section 363 Sale (1.0); review proposed SNTP timeline (.1); email to J. Grubin re same (.1); review emails from J. Birkhold re same (.1) | 1.30 | 684.00 | 889.20 |
| 07/06/26 | JSN | Continue drafting plan of reorganization. | 1.30 | 382.00 | 496.60 |
| 07/06/26 | AS | Review emails from R. Clement and V. Fernandes regarding data room access for review of documents in preparation of disclosure statement | 0.10 | 337.00 | 33.70 |
| 07/07/26 | RAC | Telephone conference with Andy Manzer and Jenna Birkhold regarding need to present timeline to ad hoc restructuring committee; discuss process for selecting transaction partner, timeline, budget, etc. during same (1.1) | 1.10 | 684.00 | 752.40 |
| 07/07/26 | RAC | Follow up telephone conference with attorney group regarding meeting of ad hoc restructuring committee to discuss moving forward with transaction partner and plan of reorganization | 0.30 | 684.00 | 205.20 |
| 07/07/26 | RAC | Telephone conference with Janice Grubin regarding selection of partner, SNTP process, approvals needed, plan, and disclosure statement | 0.20 | 684.00 | 136.80 |
| 07/07/26 | JSN | Continue drafting plan | 0.10 | 382.00 | 38.20 |
| 07/07/26 | AS | Review follow-up emails from R. Clement and V. Fernandes regarding data room access for review of documents in preparation of disclosure statement | 0.10 | 337.00 | 33.70 |
| 07/08/26 | NH | Communicate with Accordion regarding cure cost management strategies | 0.20 | 630.00 | 126.00 |
| 07/08/26 | RAC | Review and respond to email from J. Birkhold re cure costs and process in plan vs 363 sale | 0.10 | 684.00 | 68.40 |
| 07/08/26 | JSN | Continue drafting plan. | 2.70 | 382.00 | 1,031.40 |
| 07/09/26 | JSN | Discuss plan and DS with R. Clement. | 0.30 | 382.00 | 114.60 |
| 07/15/26 | NH | Consider claims analysis and follow up with Accordion regarding same | 0.20 | 630.00 | 126.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/15/26 | NH | Communicate with J. Grubin and financial advisors regarding plan and disclosure statement matters | 0.20 | 630.00 | 126.00 |
| 07/15/26 | NH | Consider potential plan structures involving per debtor versus per plan confirmation considerations and requirements | 1.30 | 630.00 | 819.00 |
| 07/15/26 | NH | Follow up call with R. Clement to discuss plan and disclosure statement matters | 0.30 | 630.00 | 189.00 |
| 07/15/26 | RAC | Prepare for (.1) and call with N. Hull re plan issues, including liquidation analysis and substantive consolidation (.3) | 0.40 | 684.00 | 273.60 |
| 07/15/26 | RAC | Review and respond as appropriate to numerous emails re all aspects of case, including structure of plan | 0.80 | 684.00 | 547.20 |
| 07/15/26 | JSN | Review and respond to emails regarding plan preparation. | 0.20 | 382.00 | 76.40 |
| 07/16/26 | RAC | Videoconference with Accordion team re liquidation analysis and classification of claims (.7); review claims analysis sent by Jenna Birkhold; email to J. Birkhold re same (.2); brief research re substantive consolidation and draft email to counsel re same (.8); review plan framework excel sheets prepared by N. Hull, outlining assets, liabilities, and waterfall for each debtor; email to internal team re same (.5) | 2.20 | 684.00 | 1,504.80 |
| 07/16/26 | RAC | Call with J. Grubin re template for plan calculations and re DOH communications | 0.30 | 684.00 | 205.20 |
| 07/16/26 | JSN | Call with Barclay, Verrill, and Accordion teams regarding plan (0.6). | 0.60 | 382.00 | 229.20 |
| 07/17/26 | JSN | Draft disclosure statement. | 1.60 | 382.00 | 611.20 |
| 07/19/26 | JSN | Continue drafting the plan. | 3.00 | 382.00 | 1,146.00 |
| 07/20/26 | NH | Communications with R. Clement and J. Novo regarding North Star's plan and disclosure statement | 0.30 | 630.00 | 189.00 |
| 07/20/26 | NH | Weekly coordination call with financial advisor to discuss plan and disclosure statement matter | 0.90 | 630.00 | 567.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/20/26 | RAC | Review and respond to email from J. Novo re capital structure for purposes of disclosure statement, including assembling materials already prepared (1.5); two telephone conferences with J. Novo re same (.2); receive and review emails from J. Grubin with title updates and DASNY mortgage materials and send same to J. Novo with explanations (.6) | 2.30 | 684.00 | 1,573.20 |
| 07/20/26 | RAC | Call with Accordion to discuss secured claims, communications with Committee, and items for plan and disclosure statement (.9); follow up call with Janice Grubin re same (.2) | 1.10 | 684.00 | 752.40 |
| 07/20/26 | JSN | Continue to draft disclosure statement. | 1.60 | 382.00 | 611.20 |
| 07/20/26 | JSN | Attend call with Verrill, Accordion, and Barclay teams regarding plan and DS strategy and terms. | 1.00 | 382.00 | 382.00 |
| 07/20/26 | JSN | Calls (x2) with R. Clement regarding the plan and disclosure statement. | 0.20 | 382.00 | 76.40 |
| 07/20/26 | CJR | Meet with J. Novo re liens and judgments against real property | 0.20 | 247.00 | 49.40 |
| 07/21/26 | NH | Consider inquiries from committee counsel regarding status of transaction and disclosure statement/plan preparation along with response from J. Grubin | 0.20 | 630.00 | 126.00 |
| 07/21/26 | RAC | Advise J. Novo re disclosure statement | 0.20 | 684.00 | 136.80 |
| 07/21/26 | JSN | Continue drafting disclosure statement. | 3.90 | 382.00 | 1,489.80 |
| 07/22/26 | JSN | Further draft disclosure statement. | 5.70 | 382.00 | 2,177.40 |
| 07/22/26 | CJR | Meeting with J. Novo to discuss assignment relating to scheduled and filed claims in connection with preparation of disclosure statement | 0.20 | 247.00 | 49.40 |
| 07/23/26 | NH | Weekly call with financial advising team to discuss plan and disclosure structures and considerations (.7); follow up consideration of how to implement various SNTP structures (.2) | 0.90 | 630.00 | 567.00 |
| 07/23/26 | NH | Consider draft materials related to SNTP submission (.6) and communicate with J. Novo regarding same (.2) | 0.80 | 630.00 | 504.00 |
| 07/23/26 | NH | Consider plan structure and needs after approval of SNTP partner by Department of Health | 0.80 | 630.00 | 504.00 |
| 07/23/26 | RAC | Telephone conference with Jen Novo re drafting plan and disclosure statement | 0.20 | 684.00 | 136.80 |
| 07/23/26 | JSN | Complete draft disclosure statement (3). Revise draft plan (2.2). | 5.20 | 382.00 | 1,986.40 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/23/26 | JSN | Meeting with Verrill, Barclay, and Accordion teams regarding plan. J. Novo left early. | 0.80 | 382.00 | 305.60 |
| 07/23/26 | CJR | Review Debtors' schedules D, E/F together with claims register held by Omni Agent Solutions (1.2); prepare comparative analysis of scheduled versus filed claims specific to number of claims, claim type, and claim amount (1.0); emails and phone call with J. Novo regarding same (.3) | 2.50 | 247.00 | 617.50 |
| 07/24/26 | NH | Consider potential edits to plan and disclosure statement in light of approved SNTP partner and anticipated structure of transaction | 0.60 | 630.00 | 378.00 |
| 07/24/26 | NH | Revise draft plan of reorganization after approval of SNTP partner | 2.40 | 630.00 | 1,512.00 |
| 07/24/26 | JSN | Revise draft disclosure statement (1.5). Further revise plan to incorporate N. Hull comments (1). | 2.50 | 382.00 | 955.00 |
| 07/24/26 | JSN | Review and analyze emails regarding hospital operations, implication for plan/DS. | 0.10 | 382.00 | 38.20 |
| 07/27/26 | NH | Follow up strategy discussion regarding plan terms with R. Clement | 0.20 | 630.00 | 126.00 |
| 07/27/26 | NH | Meet with financial advisor to discuss pending partnership and next steps with Committee and plan drafting | 0.80 | 630.00 | 504.00 |
| 07/27/26 | RAC | Prepare for (.2) and weekly call of Debtors' professionals (Accordion, Barclay, and Verrill) to discuss open issues and strategy for progressing with pending partnership (.8) | 1.00 | 684.00 | 684.00 |
| 07/27/26 | RAC | Telephone conference with N. Hull re plan drafting and closure motion | 0.30 | 684.00 | 205.20 |
| 07/27/26 | JSN | Call with Accordion, Verrill, and Barclay teams regarding plan. | 0.80 | 382.00 | 305.60 |
| 07/28/26 | JSN | Correspond with C. Rubin regarding mechanics liens in connection with drafting disclosure statement. | 0.10 | 382.00 | 38.20 |
| 07/28/26 | CJR | Review title reports for details of mechanics liens (.4); email to J. Novo re same (.1) | 0.50 | 247.00 | 123.50 |
| 07/29/26 | NH | Continue to consider and plan for chapter 11 plan structure (.7) and have conference with R. Clement and J. Novo to discuss same (.7) | 1.40 | 630.00 | 882.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/29/26 | RAC | Videoconference with J. Novo and N. Hull to discuss terms and drafting of plan and disclosure statement (.7); review various materials to assist in drafting plan and D.S., including draft SNTP LOI to be submitted with pending partner, timelines for regulatory and SNTP approvals (.8); emails to J. Novo re same (.2) | 1.70 | 684.00 | 1,162.80 |
| 07/29/26 | JSN | Continue revising plan to incorporate N. Hull and R. Clement comments. | 0.90 | 382.00 | 343.80 |
| 07/29/26 | JSN | Call with R. Clement and N. Hull regarding plan/DS. | 0.80 | 382.00 | 305.60 |
| 07/30/26 | NH | Discuss plan structure with J. Novo | 0.20 | 630.00 | 126.00 |
| 07/30/26 | NH | Communicate with J.Novo regarding revised plan of reorganization | 0.10 | 630.00 | 63.00 |
| 07/30/26 | RAC | Videoconference with Accordion team and J. Novo to discuss terms of plan (.5) | 0.50 | 684.00 | 342.00 |
| 07/30/26 | JSN | Continue revising plan. | 3.80 | 382.00 | 1,451.60 |
| 07/30/26 | JSN | Call with Verrill, Barclay, and Accordion teams regarding plan/DS strategy (0.5). Follow-up call with R. Clement regarding same (0.1). Debrief with N. Hull regarding same (0.1). | 0.70 | 382.00 | 267.40 |
| | | **Total** | **72.20** | | **33,807.80** |

**Task Code:** B110 Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/26 | RAC | Daily video call with client restructuring committee re open issues | 0.50 | 684.00 | 342.00 |
| 07/01/26 | RAC | Review and respond to email from N. Ghaedi re terms of confidentiality order with committee (.2) | 0.20 | 684.00 | 136.80 |
| 07/02/26 | RAC | Telephone conference with A. Manzer re various issues, including workflow organization and management, closure of NCOG and NC Pediatric Group, structure of meetings of Restructure Committee, etc. [call was 1.4; only billing 1.1] | 1.10 | 684.00 | 752.40 |
| 07/02/26 | RAC | Email to client re plan and sales timelines | 0.10 | 684.00 | 68.40 |
| 07/02/26 | RAC | Attend daily meeting of Restructuring Committee (AM, VF, Accordion team, Barclay team, and R. Clement) and present on status of workflows and outline tasks | 1.00 | 684.00 | 684.00 |
| 07/02/26 | JSN | Further revise plan and sales timelines to incorporate R. Clement comments. | 0.60 | 382.00 | 229.20 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/26 | NH | Prepare for (.1) and strategy call with co-counsel to discuss case needs and upcoming filings (.9) | 1.00 | 630.00 | 630.00 |
| 07/06/26 | RAC | Attend daily call with restructuring professionals to discuss open issues and assign tasks (.8); emails with V. Fernandes re same (.1) | 1.00 | 684.00 | 684.00 |
| 07/06/26 | RAC | Attend weekly meeting of Barclay and Verrill counsel to discuss open issues and assign tasks | 0.90 | 684.00 | 615.60 |
| 07/06/26 | JSN | Review and respond to emails regarding timelines. | 0.20 | 382.00 | 76.40 |
| 07/06/26 | JSN | Call with J. Grubin and R. Clement regarding plan/transaction timelines (0.8). Revise timelines accordingly (0.4). | 1.20 | 382.00 | 458.40 |
| 07/07/26 | NH | Consider weekly update from financial advisor regarding restructuring initiatives | 0.20 | 630.00 | 126.00 |
| 07/07/26 | RAC | Video conference with Lauren Macksoud, Martin Mooney, Janice Grubin regarding various issues in case | 0.90 | 684.00 | 615.60 |
| 07/07/26 | RAC | Review and respond as appropriate to emails from client team regarding budget, timeline, and regulatory approvals (.6) | 0.60 | 684.00 | 410.40 |
| 07/07/26 | JSN | Email R. Clement and N. Hull regarding recent court filings, next steps. | 0.10 | 382.00 | 38.20 |
| 07/08/26 | RAC | Review dozens of emails re various aspects of case, including insurance, McKesson, budgets, contracts, etc. | 0.40 | 684.00 | 273.60 |
| 07/08/26 | JSN | Review correspondence regarding timelines, related budgeting. | 0.10 | 382.00 | 38.20 |
| 07/09/26 | RAC | Attend daily restructuring meeting videoconference to discuss case status, next steps, attended by A. Manzer, other Debtor management, Accordion, and Barclay Damon attorneys. | 0.90 | 684.00 | 615.60 |
| 07/09/26 | RAC | Review timeline additions drafted by Accordion (.2); email to Accordion and J. Grubin re same (.1) | 0.30 | 684.00 | 205.20 |
| 07/09/26 | JSN | Review emails regarding proposed timelines. | 0.10 | 382.00 | 38.20 |
| 07/13/26 | NH | Prepare for (.3) and attend weekly attorney planning call to discuss case needs and upcoming work streams (.7) | 1.00 | 630.00 | 630.00 |
| 07/13/26 | RAC | Daily videoconference of Restructuring Committee to identify and assign legal tasks, and discuss strategy for various items | 0.80 | 684.00 | 547.20 |
| 07/13/26 | RAC | Weekly videoconference of legal team to identify and assign legal tasks, and discuss strategy for various items | 0.70 | 684.00 | 478.80 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/14/26 | NH | Prepare for July 15 bankruptcy court hearings in capacity as co-counsel to the debtors | 0.40 | 630.00 | 252.00 |
| 07/15/26 | NH | Prepare for and attend bankruptcy court hearings in capacity as co-counsel to the debtor | 0.60 | 630.00 | 378.00 |
| 07/16/26 | RAC | Videoconference with Erin Champion, UST, and J Grubin, re various case issues, including containment of professional fees. | 0.50 | 684.00 | 342.00 |
| 07/17/26 | RAC | Review timeline sent by Kara Borodkin | 0.30 | 684.00 | 205.20 |
| 07/20/26 | NH | Weekly coordination call to discuss and plan for upcoming case needs | 1.00 | 630.00 | 630.00 |
| 07/20/26 | NH | Communicate with C. Rubin regarding status of upcoming hearings and orders entered after 7/15 hearing | 0.30 | 630.00 | 189.00 |
| 07/20/26 | RAC | Meeting of Debtors' counsel Clement, Hull, Grubin, Greene, Markus, and Pickard) to discuss lengthy list of outstanding legal issues, including status of annual meetings/by-laws; closure plans required by DOH, Health Equity Assessment; rural health clinics; medical malpractice issues, plan and DS, etc. (1.0); draft summary of meeting; email to participants (.3) | 1.30 | 684.00 | 889.20 |
| 07/21/26 | RAC | Call with counsel to Committee, UST, and DOH to discuss and coordinate on various issues, including consolidation of debtors for distributive purposes, closure plans, et al (1.4) | 1.40 | 684.00 | 957.60 |
| 07/21/26 | RAC | Meet with client and Accordion to discuss various issues, including administrative consolidation, closure plans, settlements, et al. (1.0); | 1.00 | 684.00 | 684.00 |
| 07/27/26 | NH | Weekly call with counsel to discuss upcoming legal needs for case and to coordinate workstreams | 0.90 | 630.00 | 567.00 |
| 07/28/26 | RAC | Videoconference with counsel for UCC, DOH (Pilar Cano), and UST (Erin Champion) for weekly update (.5);. | 0.50 | 684.00 | 342.00 |
| 07/29/26 | RAC | Videoconference with client team and Accordion team to discuss July 29 hearing agenda, McKesson's 503(b)(9) claim, communications with pending partner, closures of practice areas, et al. | 1.00 | 684.00 | 684.00 |
| 07/29/26 | RAC | Attend by video hearings in bankruptcy court on expansion of retention of Verrill Dana, McKesson, bar date motion, et al. (.6); follow up call with J. Grubin re next steps (.2) | 0.80 | 684.00 | 547.20 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/31/26 | RAC | Videoconference with Rob Schechter, L. Macksoud, and J. Grubin to explore reducing PCO's work and fees (.3); review email memo form V Fernandes re case status (.1) | 0.40 | 684.00 | 273.60 |
| | | **Total** | **24.30** | | **15,635.00** |

**Task Code:** B210 Business Operations

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/21/26 | NH | Communications regarding potential closure of various debtor and non-debtor facilities | 0.20 | 630.00 | 126.00 |
| 07/21/26 | RAC | Review spreadsheets showing cost savings, sent by Jenna and Kara | 0.30 | 684.00 | 205.20 |
| 07/21/26 | JSN | Review emails regarding facility operations. | 0.10 | 382.00 | 38.20 |
| 07/22/26 | RAC | Review draft closure plan prepared by Accordion and reviewed by C. Greene (.2); review multiple emails from Jerian O'Dell, Kara Borodkin, Jenna Birkhold and A. Manzer re same related to same (.4) | 0.60 | 684.00 | 410.40 |
| 07/31/26 | JSN | Review daily report of news reports regarding debtors. | 0.10 | 382.00 | 38.20 |
| | | **Total** | **1.30** | | **818.00** |

**Task Code:** B130 Asset Disposition

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/26 | JVL | Telephone conference with R. Clement with questions about facts necessary for preliminary antitrust risk analysis of potential transaction and background of same (0.2); prepare bullet point response to questions and forward to R. Clement (1.0) | 1.20 | 702.00 | 842.40 |
| 07/01/26 | RAC | Consider advice from John VanLonkhuyzen re antitrust issues | 0.20 | 684.00 | 136.80 |
| 07/01/26 | RAC | Telephone conference with J. Porter re strategy for accelerating the sale or partnership process | 0.50 | 684.00 | 342.00 |
| 07/01/26 | RAC | Review email memo from J. Van Lonkhuyzen re antitrust issues; email to client re same | 0.60 | 684.00 | 410.40 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/26 | JVL | Conference with and email to R. Clement regarding antitrust materials forward from co-counsel J. Grubin and C. Greene (.3); review and analyze legal research and other antitrust materials forwarded from J. Grubin and C. Greene (.5); limited follow up research (.4); prepare summary email to R. Clement, J. Grubin and C. Greene of analysis of research and other forwarded materials (.5) | 1.70 | 702.00 | 1,193.40 |
| 07/02/26 | LDB | Review and analyze emails with J. Van Lonkhuyzen, R. Clement, and Barclay Damon team re antitrust issues. | 0.40 | 495.00 | 198.00 |
| 07/06/26 | RAC | Review emails with potential merger partner | 0.10 | 684.00 | 68.40 |
| 07/08/26 | RAC | Videoconference with A. Manzer, J. Porter and J. Grubin re partner and sale prospects | 1.30 | 684.00 | 889.20 |
| 07/10/26 | RAC | Review and respond to email from J. Grubin and C. Green re approval of transaction partner (.1); review and respond to email from K Borodkin re confidential offering memorandum (.1) | 0.20 | 684.00 | 136.80 |
| 07/21/26 | RAC | Review reports of closure plans and draft emails to client regarding proposed closures (.8) | 0.80 | 684.00 | 547.20 |
| 07/23/26 | RAC | Telephone conference with J. Grubin re proceeding with transaction partner and preparation for upcoming meeting with the Committee and its professionals regarding same | 0.20 | 684.00 | 136.80 |
| 07/23/26 | RAC | Videoconference with Committee professionals re State's selection of a partner | 1.20 | 684.00 | 820.80 |
| 07/23/26 | RAC | Videoconference with Accordion team to discuss plan, disclosure statement, and closure of service lines (.8); follow up call with J. Grubin re same (.1); conference call with J. Grubin and C. Greene re process for handling public hearings on closures (.2); videoconference with J. Birkhold and K. Borodkin re cost savings and financial improvements resulting from closures (.7); draft memo re same and send to group (1.3); | 3.10 | 684.00 | 2,120.40 |
| 07/24/26 | RAC | Telephone conference with Jim Porter re financial basis for closing lines of service | 0.40 | 684.00 | 273.60 |
| 07/24/26 | RAC | Brief research on motion for authority to discontinue certain services (.5); direct N. Ghaedi to draft same (.5) | 1.00 | 684.00 | 684.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/24/26 | NG | Call with R. Clement to discuss hospital services closure motion. | 0.70 | 306.00 | 214.20 |
| 07/24/26 | AS | Examine comparable healthcare debtor case within to assess court treatment of proposed service-line closures and implications for current matter (1.2); summary email to R. Clement regarding research results relating to proposed service-line closures (.3) | 1.50 | 337.00 | 505.50 |
| 07/27/26 | RAC | Meeting of Debtor's professionals (Accordion, Barclay Damon & Verrill Dana) to discuss liquidation analysis, closure plan required by DOH, and closure of service lines (.8); review email from Financial Advisor for the Committee with questions re closure of service lines (.1); email to client team re same (.1); email to N. Ghaedi re same (.1) | 1.10 | 684.00 | 752.40 |
| 07/27/26 | NG | Research relevant authority for motion to discontinue service lines. | 1.10 | 306.00 | 336.60 |
| 07/27/26 | NG | Draft motion to discontinue service lines. | 1.00 | 306.00 | 306.00 |
| 07/28/26 | RAC | Attend, virtually, public hearing on closure of Carthage practice areas | 0.50 | 684.00 | 342.00 |
| 07/28/26 | RAC | Review emails from J. Porter, C. Greene, K. Borodkin and J. Grubin re reasons for closing practice areas (.3); review and revise materials prepared by N. Ghaedi for motion for approval to discontinue (.5); review restructuring initiatives .xls file sent by K. Borodkin (.3); email memo to N. Tariq and N. Ghaedi in aid of drafting motion to discontinue certain services (.5) | 1.60 | 684.00 | 1,094.40 |
| 07/28/26 | RAC | Call with Janice Grubin re McKesson negotiation and re public hearings over next three evenings (.2); send information to J. Grubin re public hearings (.1). | 0.30 | 684.00 | 205.20 |
| 07/28/26 | NG | Draft motion to discontinue service lines. | 1.90 | 306.00 | 581.40 |
| 07/29/26 | RAC | Work on materials to facilitate drafting of motion to discontinue certain services, including emails to N. Ghaedi and N. Tariq re factual issues and legal standards (.7) | 0.70 | 684.00 | 478.80 |
| 07/29/26 | RAC | Attend video public hearing on closure of various practice areas at Claxton-Hepburn Medical Campus | 0.60 | 684.00 | 410.40 |
| 07/29/26 | RAC | Additional telephone conference with J. Grubin re developing an asking price for closure of clinics (.2) | 0.20 | 684.00 | 136.80 |
| 07/29/26 | NG | Draft motion to discontinue service lines. | 2.00 | 306.00 | 612.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/29/26 | NT | Research case law regarding standards for use and/or abandonment of property. | 1.80 | 306.00 | 550.80 |
| 07/30/26 | RAC | Telephone conference with Jerian O'Dell re motion to close practice areas (.2); Review and revise motion to closure practices areas (1.6); telephone conference with N. Ghaedi to advise re same (.2) | 2.00 | 684.00 | 1,368.00 |
| 07/30/26 | RAC | Attend call of the restructuring committee (Debtors--Manzer, Fernandes, and O'Dell), Accordion (Birkhold, Borodkin, and Merksamer), and C. Greene to analyze sale vs. closure of five rural health clinics, et al. | 1.00 | 684.00 | 684.00 |
| 07/30/26 | NG | Draft motion to discontinue service lines. | 1.70 | 306.00 | 520.20 |
| 07/30/26 | NT | Research New York case law regarding section 363(b) court approval as it applies to 'use' of property (i.e., terminating client's ancillary medical services). | 2.30 | 306.00 | 703.80 |
| 07/30/26 | NT | Draft Research Memorandum on section 363(b) court approval as it applies to 'use' of property (i.e., terminating client's ancillary medical services) (1.2). Email to R. Clement re same (.1) | 1.30 | 306.00 | 397.80 |
| 07/31/26 | RAC | Review materials on services to be discontinued and revise motion for authority to discontinue services (1.4) | 1.40 | 684.00 | 957.60 |
| 07/31/26 | RAC | Review and respond to research memo from N. Tariq re motion to discontinue services (.3); review and respond to email from Chris Greene re possible sale of rural health clinics, including revising term sheet (.5) | 0.80 | 684.00 | 547.20 |
| 07/31/26 | RAC | Emails with C. Greene re corporate governance and re term sheet for possible sale of rural health clinics (.2); telephone conference with J. Grubin re same (.2) | 0.40 | 684.00 | 273.60 |
| | | **Total** | **38.80** | | **20,778.90** |

**Task Code:** B160 Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/26 | RAC | Videoconference with R. Wertheimer, C. Rubin and A. George-Wheaton re supplemental disclosures for expanded representation | 0.60 | 684.00 | 410.40 |
| 07/01/26 | RAC | Review and revise application to employ and related Declaration (.4); direct N. Tariq to further revise same (.1) | 0.50 | 684.00 | 342.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/26 | RAC | Telephone conference with N. Tariq re drafting of expanded employment application | 0.20 | 684.00 | 136.80 |
| 07/01/26 | NT | Revise Application to Employ Verrill Dana as Co-Counsel to Debtor in accordance with comments provided by R. Clement (3.4). Meet with R. Clement and C. Rubin to discuss parties-in-interest disclosures (.2). Email R. Clement revised draft for further review (.1). | 3.70 | 306.00 | 1,132.20 |
| 07/01/26 | CJR | Additional research of parties-in-interest for disclosure requirements in relation to expanded application to employ Verrill as co-counsel to Debtors | 0.20 | 247.00 | 49.40 |
| 07/01/26 | CJR | Phone call with R. Clement and N. Tariq re details for expanded retention application and declaration of R. Clement regarding same (.2); meeting with Verrill team to discuss status of supplemental parties in interest disclosures as necessary for expanded representation (.6); further revisions and supplements to Schedules 1 and 2 to R. Clement declaration in support of expanded retention application (1.8) | 2.60 | 247.00 | 642.20 |
| 07/02/26 | RAC | Revise Verrill Dana expanded employment application (.4); and direct N. Tariq re same (.1) | 0.50 | 684.00 | 342.00 |
| 07/02/26 | JSN | Review interim compensation procedures order. | 0.30 | 382.00 | 114.60 |
| 07/02/26 | NT | Revise draft of Verrill Dana expanded employment application in accordance with R. Clement's comments regarding parties-in-interest disclosures (1.5). Email same to R. Clement for further review (0.1). | 1.60 | 306.00 | 489.60 |
| 07/02/26 | CJR | Additional research of parties-in-interest for disclosure requirements in relation to expanded application to employ Verrill as co-counsel to Debtors | 0.60 | 247.00 | 148.20 |
| 07/02/26 | CJR | Phone call with R. Clement re schedules to declaration in support of expanded retention (.2) and supplement same to disclose additional party relationships (.3); further revisions to expanded retention application and declaration (.6); emails with R. Clement and N. Tariq re same (.2) | 1.30 | 247.00 | 321.10 |
| 07/02/26 | LMW | Analysis of Interim Compensation Order; discuss next steps for Monthly Fee Statements | 0.30 | 202.00 | 60.60 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/26 | NH | Consider key deadlines and requirements for approved interim professional payment process | 0.20 | 630.00 | 126.00 |
| 07/06/26 | JSN | Call with L. Waddell and C. Rubin regarding monthly fee statements (0.8). Review and respond to follow-up messages regarding same (0.3). | 1.10 | 382.00 | 420.20 |
| 07/06/26 | NT | Revisions to Verrill Dana's expanded employment application pertaining to scope of services | 0.30 | 306.00 | 91.80 |
| 07/06/26 | CJR | Further review and revise parties-in-interest for disclosures required for requirements in relation to expanded application to employ Verrill as co-counsel to Debtors | 1.40 | 247.00 | 345.80 |
| 07/06/26 | CJR | Meet with J. Novo and L. Waddell re interim fee procedures, next steps, timeline (.8); extensive follow up email to R. Clement (.4); and Verrill accounting team (.2) regarding same | 1.40 | 247.00 | 345.80 |
| 07/06/26 | CJR | Further revisions to expanded retention application (.2); email redline of same with comments to R. Clement (.1) | 0.30 | 247.00 | 74.10 |
| 07/06/26 | LMW | Prepare for (.2) and meeting with C. Rubin and J. Novo re Interim Fee Procedures, next steps, timeline (.8); review of task codes for monthly fee statements (.1); begin review of attachment to first monthly fee statement (.1) and attachment to second monthly fee statement (.1); draft Monthly Fee Statement template (1); research re local rules re fee statements (.5) | 2.80 | 202.00 | 565.60 |
| 07/07/26 | JSN | Discuss fee statement prep matters with L. Waddell. | 0.10 | 382.00 | 38.20 |
| 07/07/26 | CJR | Supplement expanded retention app to include supplemental timekeeper details | 0.10 | 247.00 | 24.70 |
| 07/07/26 | LMW | Office conference with J. Novo re monthly fee statement (.1); draft and revise Monthly Fee Statement (.5); review attachment to monthly fee statement (3.3); office conference with J. Novo re task codes and attachment (.2) | 4.10 | 202.00 | 828.20 |
| 07/08/26 | NH | Communications with L. Waddell regarding interim fee allowance process | 0.10 | 630.00 | 63.00 |
| 07/08/26 | RAC | Finalize Verrill Dana's expanded employment application | 0.10 | 684.00 | 68.40 |
| 07/08/26 | RAC | Draft language for internal parties-in-interest disclosures; review responses to same | 0.40 | 684.00 | 273.60 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/26 | JSN | Review and respond to emails regarding preparation of fee statements (0.4). Review invoiced time for privileged and confidential information (1.4). | 1.80 | 382.00 | 687.60 |
| 07/08/26 | CJR | Revise signatory of Verrill Dana's expanded employment application (.2), draft notice of hearing re same (.7), emails with R. Clement regarding same (.1) | 1.00 | 247.00 | 247.00 |
| 07/08/26 | CJR | Conference with R. Clement re final minor revision to Verrill Dana's expanded employment application, revise application accordingly, and email same together with attachments and hearing notice for filing | 0.10 | 247.00 | 24.70 |
| 07/08/26 | LMW | Continue to review and revise attachment to first monthly fee statement (1.2); email to J. Novo re same (.1); follow up office conference with same re same (.1); review of costs for first monthly fee statement (.1); email to Verrill team re revisions to same (.1); apply edits accordingly (.3); review emails re issues with task codes (.2) | 2.10 | 202.00 | 424.20 |
| 07/09/26 | LDB | Review and respond to email from C. Rubin re preparation of fee statements. | 0.10 | 495.00 | 49.50 |
| 07/09/26 | RAC | Advise C. Rubin on preparing Verrill fee statement through 5/31/26 (.2); advise L. Waddell re same (.2) | 0.40 | 684.00 | 273.60 |
| 07/09/26 | JSN | Discuss (x2) preparation of monthly fee statement with L. Waddell (0.5). Review and respond to follow-up emails regarding same (0.1). | 0.60 | 382.00 | 229.20 |
| 07/09/26 | AS | Review email from C. Rubin regarding billing task codes for use in compliance with U.S. Trustee guidelines | 0.10 | 337.00 | 33.70 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/26 | LMW | Attention to revisions to attachment to monthly fee statement (.3); call with J. Novo re same (.4); further review and revisions to attachment to monthly fee statement (1); email to Verrill team re same, timeline, next steps (.3); email with Verrill team re June monthly fee statement, timeline (.3); call with R. Clement re first monthly fee statement, timeline (.3); draft and revise template monthly fee statement (.2); follow up email to R. Clement re draft of same (.1); call with C. Rubin re issues on attachment to monthly fee statement (.1); calls with W. Beitzel re same (.3); call with C. Rubin re R. Clement pacer access (.3); attention to email from R. Clement re revisions to template and review of same (.2); draft first monthly fee statement (.6); numerous emails with Verrill team re revisions and status to attachment to monthly fee statement (.4) | 4.50 | 202.00 | 909.00 |
| 07/10/26 | RAC | Review and revise fee application materials (.4); telephone conference with Lisa Waddell to finalize and file same (.2) | 0.60 | 684.00 | 410.40 |
| 07/10/26 | JSN | Review and respond to emails regarding monthly fee statements. | 0.20 | 382.00 | 76.40 |
| 07/10/26 | LMW | Draft and revise First Monthly Fee Statement, including tables (1.7); detailed review of attachment to Monthly Fee Statement (.5); communications with Verrill team re same (.2); call with R. Clements re same (.1); email to A. Vrooman re service (.1); finalize First Monthly Fee Statement (.5); call with W. Beitzel re same (.1); emails with A. Vrooman re edits to monthly fee statement (.4); review of edits to same (.3); attention to LEDES files for February-May (.1); call with R. Clement re revision to monthly fee statement (.1) | 4.10 | 202.00 | 828.20 |
| 07/14/26 | CJR | Supplement Schedules 1 and 2 to R. Clement Declaration in connection with Verrill Dana's expanded employment application | 1.20 | 247.00 | 296.40 |
| 07/14/26 | LMW | Office conference with C. Rubin re interim fee statement timeline and form; attention to email from. J. Grubin re interim fee statement and next steps | 0.20 | 202.00 | 40.40 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/15/26 | CJR | Additional research of parties-in-interest for disclosure requirements in relation to expanded application to employ Verrill as co-counsel to Debtors | 0.20 | 247.00 | 49.40 |
| 07/15/26 | LMW | Begin review of attachment to June monthly fee statement | 0.80 | 202.00 | 161.60 |
| 07/16/26 | LDB | Communicate with J. Novo re fee application preparation. | 0.10 | 495.00 | 49.50 |
| 07/16/26 | RAC | Review attachment to monthly fee statement (.2); direct staff on revisions to same (.1) | 0.30 | 684.00 | 205.20 |
| 07/16/26 | JSN | Review June invoice for privileged and confidential information (2.5). Discuss same with L. Boots (0.1). | 2.60 | 382.00 | 993.20 |
| 07/16/26 | CJR | Additional research of parties-in-interest for supplemental disclosure requirements in relation to expanded application to employ Verrill as co-counsel to Debtors (2/2) | 0.40 | 247.00 | 98.80 |
| 07/16/26 | CJR | Review and revise supplemental parties-in-interest disclosures required for expanded application to employ Verrill as co-counsel to Debtors | 0.70 | 247.00 | 172.90 |
| 07/16/26 | CJR | Additional research of parties-in-interest for supplemental disclosures requirements in relation to expanded application to employ Verrill as co-counsel to Debtors (1/2) | 0.10 | 247.00 | 24.70 |
| 07/16/26 | LMW | Review of attachment to monthly fee statement (2.6); email with Verrill team re timeline for same (.1); numerous emails to Verrill team re edits to attachment to monthly fee statement (1.3) | 4.00 | 202.00 | 808.00 |
| 07/17/26 | JSN | Discuss June monthly fee statement with L. Waddell (0.6). Review and respond to follow-up emails regarding same (0.2). Follow-up meeting with L. Waddell regarding same (0.2). | 1.00 | 382.00 | 382.00 |
| 07/17/26 | LMW | Review of edits to attachment to monthly fee statement (.4); office conference with J. Novo re same (.6); review and revise attachment for compliance with US Trustee guidelines (2); numerous follow up emails with Verrill team re same (.4); office conference with J. Novo re same (.2) | 3.60 | 202.00 | 727.20 |
| 07/20/26 | JSN | Review and respond to emails regarding June monthly fee statement (0.1). Conference with L. Waddell regarding same (0.2). | 0.30 | 382.00 | 114.60 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/20/26 | CJR | Revisions to monthly fee statement attachment | 1.50 | 247.00 | 370.50 |
| 07/20/26 | CJR | Review and revise supplemental parties-in-interest disclosures required for expanded application to employ Verrill as co-counsel to debtors | 0.60 | 247.00 | 148.20 |
| 07/20/26 | LMW | Follow up emails to Verrill team re revisions to attachment to monthly fee statement (.5); draft Second Monthly Fee Statement for Verrill (.5); office conference with J. Novo re same (.1); office conference with R. Clement re same (.1); office conference with R. Clement and J. Novo re same (.1); discussions with Verrill team re status of fee statement, timeline (.5); office conference with J. Novo re same (.1); final review of attachment to monthly fee statement (.5); finalize monthly fee statement (.5); email to A. Vrooman re fee statement for filing (.1) | 3.00 | 202.00 | 606.00 |
| 07/21/26 | RAC | Call with UST and J Grubin re fee applications and procedures (.1) | 0.10 | 684.00 | 68.40 |
| 07/21/26 | CJR | Begin drafting First Interim Fee Application | 1.40 | 247.00 | 345.80 |
| 07/21/26 | LMW | Email from A. Vrooman re service of Verill monthly fee statement; email from same re interim fee statement template; correspondence with C. Rubin re interim fee statement, July monthly fee statement, next steps | 0.30 | 202.00 | 60.60 |
| 07/22/26 | RAC | Telephone conference with A. Helman re coordination on fee applications and possible contours of a plan (.2); review emails from UST E. Champion re fee reviews and direct staff to provide requested information (.2); review supplemental declaration and disclosures to be filed in connection with Verrill employment application and direct staff re same (.3); emails with J. Grubin re same (.1) | 0.80 | 684.00 | 547.20 |
| 07/22/26 | CJR | Review and revise parties-in-interest supplemental disclosures in connection with expanded application to employ Verrill as co-counsel to Debtors (3.4); draft and revise supplemental declaration of R. Clement in support of same (0.8) | 4.20 | 247.00 | 1,037.40 |
| 07/22/26 | CJR | Continue drafting First Interim Fee Application of Verrill Dana, LLP | 1.00 | 247.00 | 247.00 |
| 07/22/26 | LMW | Review status of monthly fee statement and interim fee statement | 0.20 | 202.00 | 40.40 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/23/26 | CJR | Review J. Grubin edits to supplemental declaration in connection with expanded employment application and revise accordingly | 0.20 | 247.00 | 49.40 |
| 07/23/26 | CJR | Manual email service of file-stamped supplemental declaration of R. Clement and supplemental schedules [DE 492] (.1); draft Certificate of Service and prepare attached Service List A (CM/ECF notice parties) and Service List B (manual email recipients) re same (.9) | 1.00 | 247.00 | 247.00 |
| 07/23/26 | LMW | Review of email from US Trustee requesting LEDES and excel files for Monthly Fee Statements (.1); review of individual LEDES and excel files for the months of February - June 2026 (.3); email same to US Trustee (.1) | 0.50 | 202.00 | 101.00 |
| 07/24/26 | CJR | Continue preparation of First Interim Fee Application with Exhibits A-F | 5.80 | 247.00 | 1,432.60 |
| 07/24/26 | LMW | Office conferences with C. Rubin re Interim Fee Statement | 0.30 | 202.00 | 60.60 |
| 07/27/26 | CJR | Complete initial draft of First Interim Fee Application with exhibits A-F | 5.70 | 247.00 | 1,407.90 |
| 07/27/26 | CJR | Office conference with L. Waddell to discuss monthly fee statement procedures | 0.50 | 247.00 | 123.50 |
| 07/27/26 | KQ | Prepare bullet point summary of tasks for use in first interim fee application of Verrill | 0.30 | 248.00 | 74.40 |
| 07/27/26 | LMW | Office conference with C. Rubin re monthly fee statement | 0.50 | 202.00 | 101.00 |
| 07/29/26 | RAC | Review emails from A. Hellman and J. Grubin re application of Barclay retainer, and brief telephone conference with J. Grubin re same (.1) | 0.10 | 684.00 | 68.40 |
| 07/29/26 | CJR | Several email communications with Verrill staff re conflict disclosures | 1.30 | 247.00 | 321.10 |
| 07/31/26 | RAC | Review and revise Verrill's first interim fee application (.9); email to J. Grubin re same (.1) | 1.00 | 684.00 | 684.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/31/26 | JSN | Review order granting Verrill's motion to expand scope of retention and email C. Rubin regarding same. | 0.10 | 382.00 | 38.20 |
| | | **Total** | **86.30** | | **23,952.50** |

**Task Code:** B260 Board of Directors Matters

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/26 | RAC | Telephone conference with J. Grubin and C. Greene re questions posed by boards regarding various issues relating to transaction partner and restructure | 1.30 | 684.00 | 889.20 |
| 07/06/26 | NH | Consider questions posed by board member regarding potential affiliations | 0.20 | 630.00 | 126.00 |
| 07/07/26 | RAC | Prepare for (.3) and present on case status, next steps at meeting of ad hoc restructuring committee of the boards of directors of client (0.8) | 1.10 | 684.00 | 752.40 |
| 07/14/26 | RAC | Videoconference with Debtor team and legal team (J. Grubin and C. Green) re governance, including by-laws, need for annual meeting, governance, etc. | 1.00 | 684.00 | 684.00 |
| 07/16/26 | RAC | Videoconference with Ray McCabe, C. Green, and J. Grubin re corporate governance issues, including by-laws, annual meetings, boards, officers, and approval of a transaction (.7); follow up call with J. Grubin re same (.1) | 0.80 | 684.00 | 547.20 |
| 07/23/26 | RAC | Attend meeting of Boards and DOH leadership re selection of a partner, attended by state officials (1.4); follow up call with A Manzer, Accordion, and Barclay Damon to discuss communications (1.2) | 2.60 | 684.00 | 1,778.40 |
| 07/27/26 | RAC | Call with J. Porter, C. Greene, A. Manzer, V. Fernandes, and J. Grubin to discuss upcoming board meetings and obtaining approvals to move forward with selected partner | 1.00 | 684.00 | 684.00 |
| 07/28/26 | RAC | Attend meeting of executive committee of board of directors regarding selection of SNTP partner, closure of operation | 1.00 | 684.00 | 684.00 |
| | | **Total** | **9.00** | | **6,145.20** |

**Task Code:** B120 Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/26 | RAC | Review and respond to emails with Accordion re analysis of revenue enhancement strategies and asset valuations (.4); review confidential information memorandum (.2) | 0.60 | 684.00 | 410.40 |
| 07/16/26 | RAC | Review UCC-11 summary sent by Jenna Birkhold and compare to other files (.4); email to J. Birkhold re same (.1) | 0.50 | 684.00 | 342.00 |
| 07/16/26 | RAC | Review listings of real and personal property and liens on same (.3); telephone conference with C Rubin re same (.1); email to Accordion team re same (.1) | 0.50 | 684.00 | 342.00 |
| 07/16/26 | CJR | Brief review of listings of real and property and liens on same (.1); phone call with R. Clement regarding further research to conduct re same (.1) | 0.20 | 247.00 | 49.40 |
| 07/29/26 | CJR | Review and outline filed secured claims | 0.50 | 247.00 | 123.50 |
| | | **Total** | **2.30** | | **1,267.30** |

**Task Code:** B230 Financing/Cash Collections

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/26 | NH | Consider procedure for withdrawing portion of borrowing motion related to VAPAP funding | 0.40 | 630.00 | 252.00 |
| 07/03/26 | NH | Communicate with N. Ghaedi regarding motion to withdraw the unsecured portion of DIP Motion | 0.10 | 630.00 | 63.00 |
| 07/03/26 | NG | Draft motion to withdraw the unresolved portion of DIP motion. | 6.40 | 306.00 | 1,958.40 |
| 07/04/26 | NH | Consider and revise motion to withdraw request for authority for additional VAPAP borrowing, proposed order, application to short time and order granting same along with the draft declaration in support thereof | 1.40 | 630.00 | 882.00 |
| 07/04/26 | NG | Continue drafting motion to withdraw the unresolved portion of DIP motion. | 2.50 | 306.00 | 765.00 |
| 07/06/26 | NH | Follow up on withdrawal of motion to borrow additional funds after consent by the Committee counsel to the withdrawal | 0.20 | 630.00 | 126.00 |
| 07/06/26 | NH | Communicate with R. Clement regarding terms and conditions of stipulation of dismissal | 0.20 | 630.00 | 126.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/26 | RAC | Review and revise motion for dismissal of unresolved portion of DIP borrowing motion (.5); telephone conference with J. Grubin re same (.2); review and incorporate J. Grubin's edits (.2); emails with L. Macksoud re same (.2); emails with M. Mooney re same (.2); review and revise stipulation of dismissal re same (.5); telephone conference with N. Ghaedi re same (.2) | 2.00 | 684.00 | 1,368.00 |
| 07/06/26 | NG | Draft stipulation and agreed order disimissing the unresolved portion of the DIP motion. | 1.90 | 306.00 | 581.40 |
| 07/06/26 | CJR | Prepare signature page to accompany stipulation dismissing unresolved portion of Debtors' DIP Motion | 0.20 | 247.00 | 49.40 |
| 07/07/26 | NH | Communications regarding stipulation of dismissal of unresolved portion of borrowing motion | 0.10 | 630.00 | 63.00 |
| 07/07/26 | RAC | Attend daily with restructuring team to discuss case status (.4); telephone conference with J. Grubin regarding terms of stipulation of dismissal of DIP borrowing motion (.2) | 0.60 | 684.00 | 410.40 |
| 07/08/26 | RAC | Review emails from M. Mooney and J. Grubin re SNTP process; email to M. Mooney re same | 0.10 | 684.00 | 68.40 |
| 07/09/26 | RAC | Review actual to budget financial performance | 0.10 | 684.00 | 68.40 |
| 07/09/26 | RAC | Review docket for new items, including entry of order on stipulation dismissing remaining portion of DIP Motion. | 0.20 | 684.00 | 136.80 |
| | | **Total** | **16.40** | | **6,918.20** |

**Task Code:** B150 Meetings of and Communications with Creditors

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/26 | RAC | Review and revise Confidentiality Agreement for use in exchange of documents (.8); emails and phone conferences with N. Ghaedi re same (.2) | 1.00 | 684.00 | 684.00 |
| 07/01/26 | NG | Revise protective order with Committee. | 1.50 | 306.00 | 459.00 |
| 07/02/26 | RAC | Review revisions to Confidentiality Order sent by L. Macksoud; review counter-revisions sent by J. Grubin; review comments by N. Hull | 0.40 | 684.00 | 273.60 |
| 07/02/26 | RAC | Review and revise protective order for exchange of materials with counsel to UCC (1.4); emails with J Grubin re same (.2); email to A. Helman and L. Macksoud re same | 1.70 | 684.00 | 1,162.80 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/26 | NG | Revise proposed agreed protective order between Debtors and Committee | 1.30 | 306.00 | 397.80 |
| 07/02/26 | NG | Draft Exhibit to Agreed Protective Order between Debtors and Committee | 0.60 | 306.00 | 183.60 |
| 07/02/26 | CJR | Phone call and emails with N. Ghaedi re instructions for exhibit to protective order (.2); prepare exhibit and signature page accordingly (.6) | 0.80 | 247.00 | 197.60 |
| 07/03/26 | NH | Consider proposed revisions to draft confidentiality agreement with Committee (0.6) and communicate with J. Grubin and R. Clement regarding same (0.2) | 0.80 | 630.00 | 504.00 |
| 07/06/26 | RAC | Draft revisions for discovery protective order (.6); telephone conference with J. Grubin re same (.1); email to L. Macksoud and A. Helman re same (.1) | 0.80 | 684.00 | 547.20 |
| 07/07/26 | RAC | Review and revise protective order with creditors committee (.8); telephone conference with attorney Grubin regarding same (.2); email to Lauren Macksoud regarding same (.1); finalize and email to Audrey Vrooman for filing with court (.3) | 1.40 | 684.00 | 957.60 |
| 07/07/26 | NG | Finalize agreed protective order between Debtors and Committee | 0.30 | 306.00 | 91.80 |
| 07/24/26 | RAC | Review various emails from C. Greene and Accordion team and related materials to prepare for meeting with committee | 0.50 | 684.00 | 342.00 |
| 07/24/26 | RAC | Attend videoconference with committee members, Dentons, Accordion, and J. Grubin (22 total attendees) to discuss selection of partner, closures, and liquidity | 0.90 | 684.00 | 615.60 |
| 07/29/26 | RAC | Videoconference with UCC's professionals (Dentons and FTI) and Accordion and J. Grubin to discuss timeline to completion of transaction | 0.70 | 684.00 | 478.80 |
| | | **Total** | **12.70** | | **6,895.40** |

**Task Code:** B310 Claims Administration and Objections

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/26 | RAC | Receive and review email from client re mechanic's lien | 0.10 | 684.00 | 68.40 |
| 07/28/26 | RAC | Email to Jenna Birkhold and Jerian O'Dell re McKesson claims and issues raised by Committee's objection | 0.30 | 684.00 | 205.20 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/29/26 | RAC | Review email from Sal Inglesia (via Jerian O'Dell) re McKesson situation | 0.20 | 684.00 | 136.80 |
| | | **Total** | **0.60** | | **410.40** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Angela Stewart | 1.80 | 337.00 | 606.60 |
| Carissa Rubin | 43.30 | 247.00 | 10,695.10 |
| Jennifer Novo | 50.00 | 382.00 | 19,100.00 |
| John Van Lonkhuyzen | 2.90 | 702.00 | 2,035.80 |
| Karla Quirk | 0.30 | 248.00 | 74.40 |
| Letson Boots | 0.60 | 495.00 | 297.00 |
| Lisa Waddell | 31.30 | 202.00 | 6,322.60 |
| Nate Hull | 21.10 | 630.00 | 13,293.00 |
| Nima Ghaedi | 22.90 | 306.00 | 7,007.40 |
| Nimra Tariq | 11.00 | 306.00 | 3,366.00 |
| Roger Clement | 78.70 | 684.00 | 53,830.80 |
| **Total** | **263.90** | | **$116,628.70** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/31/26 | E-Discovery Support Services | 1.00 | 763.19 |
| | | **Total** | **$763.19** |

**Task Summary**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 24.30 | 15,635.00 |
| B120 | Asset Analysis and Recovery | 2.30 | 1,267.30 |
| B130 | Asset Disposition | 38.80 | 20,778.90 |
| B150 | Meetings of and Communications with Creditors | 12.70 | 6,895.40 |
| B160 | Fee/Employment Applications | 86.30 | 23,952.50 |
| B210 | Business Operations | 1.30 | 818.00 |
| B230 | Financing/Cash Collections | 16.40 | 6,918.20 |
| B260 | Board of Directors Matters | 9.00 | 6,145.20 |
| B310 | Claims Administration and Objections | 0.60 | 410.40 |

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B320 | Plan and Disclosure Statement (including Business Plan) | 72.20 | 33,807.80 |
| | **Total** | **263.90** | **$116,628.70** |

**Outstanding Invoices**

| Invoice Date | Invoice Number | Invoice Total | Payments | Total Balance |
|---|---|---|---|---|
| 07/27/26 | 699470 | 278,892.49 | 203,775.43 | 75,117.06 |
| | | | **Total** | **$75,117.06** |