**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

**MONTHLY FEE STATEMENT OF BOUSQUET HOLSTEIN PLLC FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL CORPORATE COUNSEL FOR THE PERIOD**
**JULY 1, 2026 – JULY 31, 2026**

| | |
|---|---|
| Name of Applicant: | Bousquet Holstein PLLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 2, 2026 |
| Period for which compensation and reimbursement is sought: | July 1, 2026 – July 31, 2026 |
| Amount of Compensation sought as actual, reasonable and necessary: | $23,462.55 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |

This is a: __X__ monthly ____ quarterly ____ final statement.

This is Applicant's __3rd__ monthly fee statement in this case.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

| NAME | TITLE | BILLING RATE | TOTAL HOURS | TOTAL AMOUNT**** |
|---|---|---|---|---|
| John L. Valentino | Attorney | $530 | 27.40 | $ 14,522.00 |
| Cameron T. Bernard | Attorney | $405 | 2.50 | $ 1,012.50 |
| Nathan M. Jerauld | Attorney | $330 | 24.40 | $ 8,052.00 |
| Adam Oliver | Summer Associate | $260 | 7.80 | $ 2,028.00 |
| Olivia Salvador | Summer Associate | $260 | 1.75 | $ 455.00 |

Invoices are attached for each client/debtor

**** Please note that our firm provides a 10% discount to the clients/debtors, which is reflected on each invoice***

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**INVOICE REMITTANCE PAGE**

Carthage Area Hospital
Attn: Accounts Receivable
1001 West Street
Carthage, NY 13619-9703

| | |
|---|---|
| Invoice No: | 301760 |
| Date: | August 18, 2026 |
| Client Name: | Carthage Area Hospital |
| Client/Matter No: | C1578L.00001 |
| Description: | General Matters |

**Summary of charges this period**

| | |
|---|---|
| Legal fees and costs this period (see attached invoice) | 795.00 |
| Less Discount: | -79.50 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 715.50 |
| **Current invoice amount:** | 715.50 |

**Previous balance**

| | |
|---|---|
| Balance of legal fees and costs for this matter prior to this invoice: | 0.00 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **0.00** |
| **Total due including prior balance (please pay this amount)** | **715.50** |

**Amounts Remitted**

| | |
|---|---|
| Payment for current invoice: | $ ________ |
| Payment for previous balance due: | $ ________ |
| **Total remitted for payment:** | $ ________ |

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Carthage Area Hospital**
**Attn: Accounts Receivable**
**1001 West Street**
**Carthage, NY 13619-9703**

Invoice No. 301760
Invoice Date August 18, 2026

**Client No: C1578L Matter No: 00001**
**RE: General Matters**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/07/26 | JLV | 0.80 | B220 | | Reviewed email from E. Dusharm; reviewed rules on Wellness programs and prepared email to E. Dusharm regarding law, rules and contract requirements and steps for eliminating incentives | 530.00 | 424.00 |
| 07/22/26 | JLV | 0.60 | B220 | | Reviewed email from H. Saski regarding former patient and request for narrative report and prepared email regarding options; reviewed law regarding hospital's obligation and prepared draft email to former patient's counsel | 530.00 | 318.00 |
| 07/22/26 | JLV | 0.10 | B210 | | Reviewed email from H. Saski; revised email to Sandy regarding Dora's records | 530.00 | 53.00 |

| | | |
|---|---|---|
| **Sub-Total Fees:** | | **795.00** |
| **TOTAL FEES AND DISBURSEMENTS:** | $ | **795.00** |
| **Less Discount:** | $ | **-79.50** |
| **TOTAL AMOUNT DUE:** | $ | **715.50** |

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

## INVOICE REMITTANCE PAGE

Carthage Area Hospital
Attn: Accounts Receivable
1001 West Street
Carthage, NY 13619-9703

| | |
|---|---|
| Invoice No: | 301761 |
| Date: | August 18, 2026 |
| Client Name: | Carthage Area Hospital |
| Client/Matter No: | C1578L.00005 |
| Description: | General Employee Benefits Matt |

| | |
|---|---|
| **Summary of charges this period** | |
| Legal fees and costs this period (see attached invoice) | 1,012.50 |
| Less Discount: | -101.25 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 911.25 |
| **Current invoice amount:** | 911.25 |
| **Previous balance** | |
| Balance of legal fees and costs for this matter prior to this invoice: | 0.00 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **0.00** |
| **Total due including prior balance (please pay this amount)** | **911.25** |

**Amounts Remitted**

| | |
|---|---|
| Payment for current invoice: | $ ______ |
| Payment for previous balance due: | $ ______ |
| **Total remitted for payment:** | $ ______ |

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Carthage Area Hospital**
**Attn: Accounts Receivable**
**1001 West Street**
**Carthage, NY 13619-9703**

Invoice No. 301761
Invoice Date August 18, 2026

**Client No: C1578L Matter No: 00005**
**RE: General Employee Benefits Matt**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/14/26 | CTB | 1.25 | B220 | | Reviewed email exchanges regarding HRA and offer of no health insurance premiums; reviewed implications under ERISA and related laws regarding ability to change mid-year; prepared email to John Valentino regarding same | 405.00 | 506.25 |
| 07/20/26 | CTB | 1.25 | B220 | | Prepared email raising compliance issues under ERISA and ACA with making changes to premium payments mid-year for health plan | 405.00 | 506.25 |

| | | |
|---|---|---|
| **Sub-Total Fees:** | | **1,012.50** |
| **TOTAL FEES AND DISBURSEMENTS:** | **$** | **1,012.50** |
| **Less Discount:** | **$** | **-101.25** |
| **TOTAL AMOUNT DUE:** | **$** | **911.25** |

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

## INVOICE REMITTANCE PAGE

Carthage Area Hospital
Attn: Accounts Receivable
1001 West Street
Carthage, NY 13619-9703

| | |
|---|---|
| Invoice No: | 301762 |
| Date: | August 18, 2026 |
| Client Name: | Carthage Area Hospital |
| Client/Matter No: | C1578L.00044 |
| Description: | General Employment Matters |

| | |
|---|---|
| **Summary of charges this period** | |
| Legal fees and costs this period (see attached invoice) | 3,406.00 |
| Less Discount: | -340.60 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 3,065.40 |
| **Current invoice amount:** | 3,065.40 |
| **Previous balance** | |
| Balance of legal fees and costs for this matter prior to this invoice: | 0.00 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **0.00** |
| **Total due including prior balance (please pay this amount)** | **3,065.40** |

**Amounts Remitted**

| | |
|---|---|
| Payment for current invoice: | $ ______ |
| Payment for previous balance due: | $ ______ |
| **Total remitted for payment:** | $ ______ |

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Carthage Area Hospital**
**Attn: Accounts Receivable**
**1001 West Street**
**Carthage, NY 13619-9703**

Invoice No. 301762
Invoice Date August 18, 2026

**Client No: C1578L Matter No: 00044**
**RE: General Employment Matters**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/14/26 | JLV | 0.20 | B220 | | Reviewed email from E. Dusharm regarding Wellness Program; prepared email to C. Bernard regarding same; prepared email to E. Dusharm regarding options for proceeding with changes to program | 530.00 | 106.00 |
| 07/15/26 | JLV | 0.30 | B220 | | Reviewed email from C. Bernard regarding mid year changes in cost of benefits; prepared email to E. Dusharm regarding same; telephone conference with E. Dusharm regarding same | 530.00 | 159.00 |
| 07/15/26 | JLV | 0.50 | B220 | | Worked on email to E. Dusharm regarding assessment of options and risks; prepared email to C. Bernard to review same and discussed tax and ERISA concerns to finalize memo | 530.00 | 265.00 |
| 07/15/26 | JLV | 0.20 | B220 | | Exchanged emails with E. Dusharm regarding employee benefits, plan and coverage costs prior to obtaining copy of plan | 530.00 | 106.00 |
| 07/17/26 | JLV | 0.20 | B220 | | Conferred with C. Bernard regarding Plan document, client options and prepared email regarding costs/risks with mid year change | 530.00 | 106.00 |

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/20/26 | JLV | 0.30 | B220 | | Reviewed email from E. Dusharm; prepared email to C. Bernard regarding employee benefits concern and options; conferred with C. Bernard regarding consequences to mid year change and email to E. Dusharm summarizing same | 530.00 | 159.00 |
| 07/21/26 | JLV | 0.20 | B220 | | Reviewed email from C. Bernard regarding employee benefit and midterm change in benefits; prepared email to E. Dusharm regarding same | 530.00 | 106.00 |
| 07/22/26 | JLV | 0.20 | B210 | | Reviewed email from H. Saski last night regarding impact of warrant of employee's records; prepared email to H. Saski regarding providing details of record | 530.00 | 106.00 |
| 07/22/26 | AAO | 3.20 | B210 | | Conducted research into notification and document disclosure requirements on service line closure | 260.00 | 832.00 |
| 07/23/26 | JLV | 0.50 | B210 | | Conferred with A. Oliver regarding research; reviewed same; telephone conference with A. Olive regarding additional research needed; prepared email to E. Dusharm regarding possible response to Union | 530.00 | 265.00 |
| 07/23/26 | AAO | 1.90 | B210 | | Conducted research into notification and document disclosure requirements on service line closure | 260.00 | 494.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/24/26 | AAO | 2.70 | B210 | Conducted research into notification and document disclosure requirements on service line closure; prepared notes and recommendation for supervising attorney; met with J. Valentino to discuss | 260.00 | 702.00 |

| | | |
|---|---|---|
| **Sub-Total Fees:** | | **3,406.00** |
| **TOTAL FEES AND DISBURSEMENTS:** | **$** | **3,406.00** |
| **Less Discount:** | **$** | **-340.60** |
| **TOTAL AMOUNT DUE:** | **$** | **3,065.40** |

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

## INVOICE REMITTANCE PAGE

Carthage Area Hospital
Attn: Accounts Receivable
1001 West Street
Carthage, NY 13619-9703

| | |
|---|---|
| Invoice No: | 301763 |
| Date: | August 18, 2026 |
| Client Name: | Carthage Area Hospital |
| Client/Matter No: | C1578L.00144 |
| Description: | WARN Act |

| | |
|---|---|
| **Summary of charges this period** | |
| Legal fees and costs this period (see attached invoice) | 11,531.00 |
| Less Discount: | -1,153.10 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 10,377.90 |
| **Current invoice amount:** | 10,377.90 |
| **Previous balance** | |
| Balance of legal fees and costs for this matter prior to this invoice: | 2,700.90 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **2,700.90** |
| **Total due including prior balance (please pay this amount)** | **13,078.80** |

**Amounts Remitted**

| | |
|---|---|
| Payment for current invoice: | $ ________ |
| Payment for previous balance due: | $ ________ |
| **Total remitted for payment:** | $ ________ |

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Carthage Area Hospital**
**Attn: Accounts Receivable**
**1001 West Street**
**Carthage, NY 13619-9703**

Invoice No. 301763
Invoice Date August 18, 2026

**Client No: C1578L Matter No: 00144**
**RE: WARN Act**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/01/26 | JLV | 0.50 | B210 | | Reviewed email from E. Dusharm; telephone conference with E. Dusharm regarding supplemental memo; conferred with N. Jerauld regarding same and research needed | 530.00 | 265.00 |
| 07/01/26 | JLV | 0.20 | B210 | | Telephone conference with J. Grubin regarding status and related issues | 530.00 | 106.00 |
| 07/01/26 | JLV | 0.80 | B210 | | Reviewed email from H. Saski regarding workers' compensation patients; reviewed law; prepared email to H. Saski regarding same; reviewed response and prepared email to H. Saski regarding options | 530.00 | 424.00 |
| 07/01/26 | JLV | 0.80 | B210 | | Conferred with N. Jerauld regarding applying WARN rules to various scenarios; reviewed emails from N. Jeruald and E. Dusharm; prepared email regarding patient notice requirements | 530.00 | 424.00 |
| 07/01/26 | NMJ | 0.10 | B210 | | Reviewed client email requesting further guidance on WARN act compliance. | 330.00 | 33.00 |
| 07/01/26 | NMJ | 1.90 | B210 | | Analyzed applicable standards of law regarding client's compliance questions and prepared substantive email response to the same for J. Valentino's review. | 330.00 | 627.00 |

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/01/26 | NMJ | 0.40 | B210 | | Analyzed requirements for WARN act compliance and updates to proposed response to client with J. Valentino | 330.00 | 132.00 |
| 07/01/26 | NMJ | 1.40 | B210 | | Revised drafted response to and guidance for client based on analysis and feedback from J. Valentino | 330.00 | 462.00 |
| 07/01/26 | NMJ | 0.10 | B210 | | Reviewed client email requesting further substantive guidance on WARN act compliance obligations | 330.00 | 33.00 |
| 07/01/26 | NMJ | 0.30 | B210 | | Prepared substantive response analyzing client's follow up questions regarding WARN act compliance. | 330.00 | 99.00 |
| 07/01/26 | NMJ | 0.50 | B210 | | Analyzed standards of law regarding WARN act regulations responsive to client's follow up questions. | 330.00 | 165.00 |
| 07/01/26 | NMJ | 0.20 | B210 | | Analyzed potential courses of action for client to consider regarding proposed plans for Orthopedic Group closure. | 330.00 | 66.00 |
| 07/06/26 | JLV | 0.20 | B210 | | Conferred with N. Jerauld before group call regarding issues and employer options | 530.00 | 106.00 |
| 07/06/26 | JLV | 0.90 | B210 | | Telephone conference with client group regarding WARN Act rights, obligations and liabilities; some options regarding transfers | 530.00 | 477.00 |
| 07/06/26 | NMJ | 0.50 | B210 | | Reviewed factual background and legal analysis to prepare for client meeting. | 330.00 | 165.00 |
| 07/06/26 | NMJ | 0.20 | B210 | | Analyzed approach to meeting and reviewed proposed courses of action with J. Valentino ahead of client meeting | 330.00 | 66.00 |
| 07/06/26 | NMJ | 0.90 | B210 | | Attended client meeting and discussed strategy for resolving WARN implications with proposed course of actions. | 330.00 | 297.00 |

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/06/26 | NMJ | 0.10 | B210 | | Analyzed outcome of meeting with J. Valentino and discussed next steps, including follow up email | 330.00 | 33.00 |
| 07/06/26 | NMJ | 0.40 | B210 | | Prepared and sent additional analysis to the client in support of client's upcoming analysis of part-time employees. | 330.00 | 132.00 |
| 07/07/26 | JLV | 0.30 | B210 | | Conferred with N. Jerauld regarding analysis of transfers and issue regarding 60 day liability collections | 530.00 | 159.00 |
| 07/07/26 | JLV | 0.30 | B210 | | Reviewed Memo from N. Jerauld; conferred with N. Jerauld regarding various issues researched for client on WARN, including single site of employment, transfers, commuting distance, liability calculations | 530.00 | 159.00 |
| 07/07/26 | NMJ | 1.20 | B210 | | Researched and analyzed standard of law regarding how courts interpret and analyze competing notice periods under federal and state law and how courts off set potential liability for premature terminations after notice is issued by employer | 330.00 | 396.00 |
| 07/07/26 | NMJ | 0.20 | B210 | | Updated J. Valentino regarding results of research on how courts analyze liability in cases where terminations occur prematurely after notice is issued. | 330.00 | 66.00 |
| 07/07/26 | NMJ | 1.50 | B210 | | Analyzed WARN act liability and compliance issues related to employee transfers, voluntary resignations, reasonable commuting distance standards, and determinations of sites of employment. | 330.00 | 495.00 |
| 07/07/26 | NMJ | 0.30 | B210 | | Analyzed implications of research on voluntary separations, sites of employment and impact of transfers with J. Valentino. | 330.00 | 99.00 |

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/07/26 | NMJ | 0.70 | B210 | | Commenced drafting memo of law analyzing research for client | 330.00 | 231.00 |
| 07/08/26 | JLV | 0.50 | B210 | | Reviewed and revised memo outlining issues for client on transfers; consolidations and reducing WARN Act exposure; conferred with N. Jerauld regarding final revisions needed; reviewed email to client group and revised memo | 530.00 | 265.00 |
| 07/08/26 | NMJ | 1.10 | B210 | | Finalized memo with follow up recommendations for client to minimize potential WARN Act liability. | 330.00 | 363.00 |
| 07/08/26 | NMJ | 0.20 | B210 | | Prepared and sent email to client with attached memorandum of law for client's review. | 330.00 | 66.00 |
| 07/09/26 | JLV | 0.10 | B210 | | Reviewed email and research from J. Grubin | 530.00 | 53.00 |
| 07/09/26 | JLV | 0.30 | B210 | | Conferred with N. Jerauld regarding adding important detail to J. Grubin's email and drafting a response | 530.00 | 159.00 |
| 07/09/26 | NMJ | 0.10 | B210 | | Conducted call with J. Valentino regarding drafting and research needs to respond to email from counsel | 330.00 | 33.00 |
| 07/09/26 | NMJ | 0.70 | B410 | | Researched standards of law and legal merits of proposed course of action from client's bankruptcy counsel | 330.00 | 231.00 |
| 07/09/26 | NMJ | 0.10 | B410 | | Conducted meeting with J. Valentino to analyze research findings and strategy for responding to bankruptcy counsel | 330.00 | 33.00 |
| 07/09/26 | NMJ | 0.90 | B410 | | Drafted email response analyzing merits of proposed course of action from bankruptcy counsel and concerns regarding the same. | 330.00 | 297.00 |

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/15/26 | JLV | 0.20 | B210 | | Telephone conference with E. Dusharm regarding developments, transfer and related WARN issues | 530.00 | 106.00 |
| 07/15/26 | JLV | 0.30 | B210 | | Reviewed emails from E. Dusharm regarding various options for layoffs and conferred with N. Jerauld regarding same and calculations | 530.00 | 159.00 |
| 07/15/26 | NMJ | 0.30 | B210 | | Reviewed, analyzed and responded to client email with follow up questions on WARN act considerations for proposed course of action | 330.00 | 99.00 |
| 07/15/26 | NMJ | 0.30 | B210 | | Reviewed and analyzed client's supplemental response regarding proposed closure with J. Valentino to identify next steps for client. | 330.00 | 99.00 |
| 07/15/26 | NMJ | 1.70 | B210 | | Researched and analyzed applicable standards of law regarding impact of RIFs occurring at near-continugous location on WARN act analysis threshold. | 330.00 | 561.00 |
| 07/15/26 | NMJ | 0.10 | B210 | | Updated J. Valentino regarding analysis findings and proposed recommendations for client | 330.00 | 33.00 |
| 07/15/26 | NMJ | 0.70 | B210 | | Prepared draft email response to client regarding Northstar Pediatric closure on WARN analysis. | 330.00 | 231.00 |
| 07/16/26 | JLV | 0.20 | B210 | | Reviewed and revised email to client group summarizing answers to questions and prepared email to N. Jerauld regarding same | 530.00 | 106.00 |
| 07/16/26 | NMJ | 0.30 | B210 | | Reviewed and responded to client emails analyzing WARN act considerations for propose course of action | 330.00 | 99.00 |

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/20/26 | JLV | 0.20 | B210 | | Reviewed E. Dusharm's email; conferred with N. Jerauld regarding rules and research needed on transfer | 530.00 | 106.00 |
| 07/20/26 | JLV | 0.30 | B210 | | Reviewed draft email to E. Dusharm; conferred with N. Jeruald regarding same and transfers and constructive discharge and need to revise email | 530.00 | 159.00 |
| 07/20/26 | NMJ | 1.60 | B210 | | Researched and analyzed strategic and legal considerations for client's proposed course of action regarding proposed closures | 330.00 | 528.00 |
| 07/20/26 | NMJ | 0.10 | B210 | | Updated J. Valentino regarding findings and proposed course of actions for client | 330.00 | 33.00 |
| 07/20/26 | NMJ | 0.20 | B210 | | Prepared draft email correspondence for client with analysis and proposed advice and sent to J. Valentino for his review. | 330.00 | 66.00 |
| 07/20/26 | NMJ | 0.10 | B210 | | Updated client communication based on feedback from J. Valentino and sent client analysis and advice. | 330.00 | 33.00 |
| 07/23/26 | JLV | 0.30 | B210 | | Telephone conference with N. Jerauld, E. Dusharm and J. O'Dell regarding WARN Act issues | 530.00 | 159.00 |
| 07/23/26 | JLV | 0.30 | B210 | | Conferred with N. Jerauld regarding research on penalty caps and need to review federal law cap; conferred with N. Jerauld regarding federal law and proposed email to client group | 530.00 | 159.00 |
| 07/23/26 | NMJ | 0.20 | B210 | | Plan and prepare for client meeting. | 330.00 | 66.00 |
| 07/23/26 | NMJ | 0.80 | B210 | | Conducted meeting with client to discuss their questions regarding WARN act requirements and planning considerations for Orthopedic Group's closure. | 330.00 | 264.00 |

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/23/26 | NMJ | 0.20 | B210 | | Analyzed next steps to assist client following outcome of meeting. | 330.00 | 66.00 |
| 07/23/26 | NMJ | 1.80 | B210 | | Researched and analyzed statutory authority and case law regarding interpretation of potential liability for client if client does not comply with WARN act requirements | 330.00 | 594.00 |
| 07/24/26 | JLV | 0.30 | B210 | | Reviewed and revised email regarding civil penalty and other WARN Act issues; conferred with N. Jerauld regarding same | 530.00 | 159.00 |
| 07/24/26 | NMJ | 1.00 | B210 | | Analyzed statutory requirements involved with calculating statutory penalty for WARN act violations | 330.00 | 330.00 |
| 07/24/26 | NMJ | 0.30 | B210 | | Prepared draft correspondence with client regarding analysis | 330.00 | 99.00 |

| | | |
|---|---|---|
| **Sub-Total Fees:** | | **11,531.00** |
| **TOTAL FEES AND DISBURSEMENTS:** | **$** | **11,531.00** |
| **Less Discount:** | **$** | **-1,153.10** |
| **TOTAL AMOUNT DUE:** | **$** | **10,377.90** |

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**INVOICE REMITTANCE PAGE**

Carthage Area Hospital
Attn: Accounts Receivable
1001 West Street
Carthage, NY 13619-9703

| | |
|---|---|
| Invoice No: | 301764 |
| Date: | August 18, 2026 |
| Client Name: | Carthage Area Hospital |
| Client/Matter No: | C1578L.00147 |
| Description: | Breyana L. Lloyd |

| **Summary of charges this period** | |
|---|---|
| Legal fees and costs this period (see attached invoice) | 1,454.50 |
| Less Discount: | -145.45 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 1,309.05 |
| **Current invoice amount:** | 1,309.05 |
| **Previous balance** | |
| Balance of legal fees and costs for this matter prior to this invoice: | 0.00 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **0.00** |
| **Total due including prior balance (please pay this amount)** | **1,309.05** |

**Amounts Remitted**

Payment for current invoice: $ ________

Payment for previous balance due: $ ________

**Total remitted for payment:** $ ________

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Carthage Area Hospital**
**Attn: Accounts Receivable**
**1001 West Street**
**Carthage, NY 13619-9703**

Invoice No. 301764
Invoice Date August 18, 2026

**Client No: C1578L Matter No: 00147**
**RE: Breyana L. Lloyd**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/13/26 | JLV | 0.50 | B210 | | Reviewed email from E. Dusharm; reviewed file | 530.00 | 265.00 |
| 07/13/26 | JLV | 0.50 | B210 | | Reviewed email from E. Dusharm; reviewed file | 530.00 | 265.00 |
| 07/13/26 | JLV | 0.20 | B210 | | Conferred with N. Jerauld regarding facts and EEOC complaint; prepared email to E. Dusharm regarding personnel file | 530.00 | 106.00 |
| 07/13/26 | JLV | 0.25 | B210 | | Reviewed personnel file and prepared email to O. Salvador and N. Jerauld regarding same | 530.00 | 132.50 |
| 07/21/26 | ONS | 0.25 | B210 | | Drafted notice of appearance and letter requesting additional 30 days to respond to the notice of charge; sent to N. Jerauld for review | 260.00 | 65.00 |
| 07/21/26 | NMJ | 0.30 | B210 | | Conducted meeting with O. Salvador regarding background of case, drafting needs for client, and fact-gathering needs for client. | 330.00 | 99.00 |
| 07/22/26 | NMJ | 0.10 | B210 | | Executed and filed extension request and notice of appearance. | 330.00 | 33.00 |
| 07/24/26 | ONS | 1.50 | B210 | | Read through client documents and determined further documentation that we may request from client to support position statement | 260.00 | 390.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/29/26 | NMJ | 0.20 | B210 | Reviewed and analyzed client provided documents related to matter. | 330.00 | 66.00 |
| 07/29/26 | NMJ | 0.10 | B210 | Analyzed facts from client and follow up questions for additional information with O. Salvador. | 330.00 | 33.00 |
| | | | | **Sub-Total Fees:** | | **1,454.50** |

| | | |
|---|---|---|
| **TOTAL FEES AND DISBURSEMENTS:** | **$** | **1,454.50** |
| **Less Discount:** | **$** | **-145.45** |
| **TOTAL AMOUNT DUE:** | **$** | **1,309.05** |

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

# INVOICE REMITTANCE PAGE

Carthage Area Hospital
Attn: Accounts Receivable
1001 West Street
Carthage, NY 13619-9703

| | |
|---|---|
| Invoice No: | 301765 |
| Date: | August 18, 2026 |
| Client Name: | Carthage Area Hospital |
| Client/Matter No: | C1578L.00153 |
| Description: | Behavioral Health Clinic Subpoena |

**Summary of charges this period**

| | |
|---|---|
| Legal fees and costs this period (see attached invoice) | 1,272.00 |
| Less Discount: | -127.20 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 1,144.80 |
| **Current invoice amount:** | 1,144.80 |

**Previous balance**

| | |
|---|---|
| Balance of legal fees and costs for this matter prior to this invoice: | 0.00 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **0.00** |
| **Total due including prior balance (please pay this amount)** | **1,144.80** |

**Amounts Remitted**

Payment for current invoice: $ ______________
Payment for previous balance due: $ ______________

**Total remitted for payment:** $ ______________

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Carthage Area Hospital**
**Attn: Accounts Receivable**
**1001 West Street**
**Carthage, NY 13619-9703**

Invoice No. 301765
Invoice Date August 18, 2026

**Client No: C1578L Matter No: 00153**
**RE: Behavioral Health Clinic Subpoena**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/21/26 | JLV | 0.80 | B210 | | Telephone conference with H. Saski regarding subpoena; telephone conference with Tara Williams regarding responding; reviewed Subpoena; prepared email to H. Saski regarding same; telephone conference with C. Bernhardt regarding judicial subpoena and trial and warrant from court; telephone conference with H. Saski regarding same and delivering records asap; prepared email to C. Bernhardt regarding follow-up on call; prepared email to H. Saski regarding warrant and delivery and certification | 530.00 | 424.00 |
| 07/21/26 | JLV | 0.20 | B210 | | Several email exchanges with H. Saski regarding medical records and status of warrant | 530.00 | 106.00 |
| 07/21/26 | JLV | 0.40 | B210 | | Telephone call with police officer on warrant and options for delivery of records; email exchange with H. Saski | 530.00 | 212.00 |
| 07/27/26 | JLV | 0.20 | B210 | | Reviewed investigation notes | 530.00 | 106.00 |
| 07/27/26 | JLV | 0.50 | B210 | | Conferred with A. Manzer, J. O'Dell and E. Dusharm regarding facts and legal issues and recommendations | 530.00 | 265.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/27/26 | JLV | 0.30 | B210 | Several email exchanges with H. Saski regarding proper process for medical certifications and rejecting subpoena and concerns and advice regarding avoiding motion practice | 530.00 | 159.00 |

| | | |
|---|---|---|
| **Sub-Total Fees:** | | **1,272.00** |
| **TOTAL FEES AND DISBURSEMENTS:** | **$** | **1,272.00** |
| **Less Discount:** | **$** | **-127.20** |
| **TOTAL AMOUNT DUE:** | **$** | **1,144.80** |

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**INVOICE REMITTANCE PAGE**

Claxton-Hepburn Medical Center
Attn: Accounts Receivable
214 King Street
Ogdensburg, NY 13669-1124

| | |
|---|---|
| Invoice No: | 301766 |
| Date: | August 18, 2026 |
| Client Name: | Claxton-Hepburn Medical Center |
| Client/Matter No: | C2389L.00001 |
| Description: | General Business Matters |

**Summary of charges this period**

| | |
|---|---|
| Legal fees and costs this period (see attached invoice) | 901.00 |
| Less Discount: | -90.10 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 810.90 |
| **Current invoice amount:** | 810.90 |

**Previous balance**

| | |
|---|---|
| Balance of legal fees and costs for this matter prior to this invoice: | 715.50 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **715.50** |
| **Total due including prior balance (please pay this amount)** | **1,526.40** |

**Amounts Remitted**

| | |
|---|---|
| Payment for current invoice: | $ ______________ |
| Payment for previous balance due: | $ ______________ |
| **Total remitted for payment:** | $ ______________ |

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Claxton-Hepburn Medical Center**
**Attn: Accounts Receivable**
**214 King Street**
**Ogdensburg, NY 13669-1124**

Invoice No. 301766
Invoice Date August 18, 2026

**Client No: C2389L Matter No: 00001**
**RE: General Business Matters**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/22/26 | JLV | 1.30 | B150 | | Reviewed letter from Union regarding information demand on closure of unit; researched law regarding limits of union's entitlement to information and possible needs for DOH closure plan; prepared email to E. Dusharm regarding same | 530.00 | 689.00 |
| 07/22/26 | JLV | 0.40 | B210 | | Reviewed email from H. Saski; reviewed issues regarding potential liability of employer to employee and prepared email to H. Saski summarizing possible claims and addressing carrier | 530.00 | 212.00 |

| | | |
|---|---|---|
| **Sub-Total Fees:** | | **901.00** |
| **TOTAL FEES AND DISBURSEMENTS:** | **$** | **901.00** |
| **Less Discount:** | **$** | **-90.10** |
| **TOTAL AMOUNT DUE:** | **$** | **810.90** |

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**INVOICE REMITTANCE PAGE**

Claxton-Hepburn Medical Center
Attn: Accounts Receivable
214 King Street
Ogdensburg, NY 13669-1124

| | |
|---|---|
| Invoice No: | 301767 |
| Date: | August 18, 2026 |
| Client Name: | Claxton-Hepburn Medical Center |
| Client/Matter No: | C2389L.00003 |
| Description: | Compliance Questions |

| | |
|---|---|
| **Summary of charges this period** | |
| Legal fees and costs this period (see attached invoice) | 4,425.50 |
| Less Discount: | -442.55 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 3,982.95 |
| **Current invoice amount:** | 3,982.95 |
| **Previous balance** | |
| Balance of legal fees and costs for this matter prior to this invoice: | 3,195.90 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **3,195.90** |
| **Total due including prior balance (please pay this amount)** | **7,178.85** |

**Amounts Remitted**

| | |
|---|---|
| Payment for current invoice: | $ ______________ |
| Payment for previous balance due: | $ ______________ |
| **Total remitted for payment:** | $ ______________ |

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Claxton-Hepburn Medical Center**
**Attn: Accounts Receivable**
**214 King Street**
**Ogdensburg, NY 13669-1124**

Invoice No. 301767
Invoice Date August 18, 2026

**Client No: C2389L Matter No: 00003**
**RE: Compliance Questions**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/13/26 | JLV | 0.60 | B210 | | Reviewed email and details on misuse of OB-GYN code for billing; researched rules regarding use of abbreviated self-disclosure form and prepared email to H. Saski regarding same | 530.00 | 318.00 |
| 07/13/26 | JLV | 0.30 | B150 | | Reviewed email from J. Grubin regarding responding to offer; email exchange with J. Grubin for additional information; call to A. Katz; prepared email to A. Katz regarding settlement offer and motion | 530.00 | 159.00 |
| 07/13/26 | JLV | 0.40 | B210 | | Reviewed guidance on abbrev self-disclosure for call with H. Saski; prepared email to H. Saski | 530.00 | 212.00 |
| 07/13/26 | JLV | 0.60 | B210 | | Telephone conference with H. Saski regarding options and related matters for legal input | 530.00 | 318.00 |
| 07/14/26 | JLV | 0.10 | B150 | | Reviewed email from A. Katz and prepared response | 530.00 | 53.00 |
| 07/17/26 | JLV | 0.30 | B210 | | Reviewed emails from H. Saski and prepared response regarding spreadsheet needed; prepared email to A. Katz regarding same and Medicaid | 530.00 | 159.00 |
| 07/21/26 | JLV | 0.20 | B150 | | Reviewed email from A. Katz regarding settlement agreement; reviewed second email from A. Katz regarding revised agreement; prepared email to A. Katz regarding status | 530.00 | 106.00 |

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/21/26 | JLV | 0.20 | B210 | | Prepared email to client group regarding proposed agreement and claims deadline | 530.00 | 106.00 |
| 07/21/26 | JLV | 0.90 | B190 | | Reviewed proposed Order and prepared email to client group with comments and recommendations for revisions and questions | 530.00 | 477.00 |
| 07/22/26 | JLV | 0.50 | B150 | | Reviewed email from a. Katz and prepared response regarding notice of claim; reviewed second email from A. Katz and scheduled call; telephone conference with A. Katz regarding concerns with filing a proof of claim and control over terms of deal; prepared email to J. Grubin regarding discussion with A. Katz and options for moving forward | 530.00 | 265.00 |
| 07/22/26 | JLV | 0.75 | B150 | | Reviewed A. Katz's emails; attended group meeting regarding proposed Order regarding agreement and options | 530.00 | 397.50 |
| 07/23/26 | JLV | 0.30 | B150 | | Reviewed email from A. Katz regarding deadline and motion; prepared response regarding So Ordered Stipulation; prepared email to J. Grubin and I. Markus regarding same | 530.00 | 159.00 |
| 07/24/26 | JLV | 0.70 | B190 | | Preparation for call; reviewed reports submitted to U.S. Attorney; telephone conference with J. Grubin before call to discuss issues to address | 530.00 | 371.00 |
| 07/24/26 | JLV | 0.50 | B170 | | Attend conference call with credit committee, attorney, J. Grubin, Andrew Helman and Lauren Mackoud regarding history, claim valuation, settlement discussions and options | 530.00 | 265.00 |
| 07/24/26 | JLV | 0.30 | B210 | | Reviewed various documents regarding self-disclosure for delivery to creditors' counsel | 530.00 | 159.00 |

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/24/26 | JLV | 0.30 | B190 | | Prepared email to A. Manzer regarding draft order, comments and disclosure with details on amounts due | 530.00 | 159.00 |
| 07/27/26 | JLV | 0.30 | B150 | | Reviewed emails and notes for call with K. Payne; call to K. Payne and prepared email to K. Payne | 530.00 | 159.00 |
| 07/27/26 | JLV | 0.30 | B210 | | Reviewed email history with State Examiner; prepared email to K. Payne providing history and contracts at the medical billing unit | 530.00 | 159.00 |
| 07/28/26 | JLV | 0.20 | B150 | | Exchanged emails with A. Katz and J. Grubin regarding stipulation | 530.00 | 106.00 |
| 07/29/26 | JLV | 0.20 | B150 | | Telephone conference with J. Grubin regarding court ordered extension; prepared email to A. Katz regarding extension to September 30th for all creditors | 530.00 | 106.00 |
| 07/31/26 | JLV | 0.20 | B210 | | Reviewed final report and emails from H. Saski; prepared response | 530.00 | 106.00 |
| 07/31/26 | JLV | 0.20 | B150 | | Reviewed email from Dentons; prepared email to K. Payne regarding meeting on Tuesday | 530.00 | 106.00 |
| | | | | | **Sub-Total Fees:** | | **4,425.50** |

| | | |
|---|---|---|
| **TOTAL FEES AND DISBURSEMENTS:** | **$** | **4,425.50** |
| **Less Discount:** | **$** | **-442.55** |
| **TOTAL AMOUNT DUE:** | **$** | **3,982.95** |

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

## INVOICE REMITTANCE PAGE

Claxton-Hepburn Medical Center
Attn: Accounts Receivable
214 King Street
Ogdensburg, NY 13669-1124

| | |
|---|---|
| Invoice No: | 301768 |
| Date: | August 18, 2026 |
| Client Name: | Claxton-Hepburn Medical Center |
| Client/Matter No: | C2389L.00010 |
| Description: | General Employment Matters |

**Summary of charges this period**

| | |
|---|---|
| Legal fees and costs this period (see attached invoice) | 265.00 |
| Less Discount: | -26.50 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 238.50 |
| **Current invoice amount:** | 238.50 |

**Previous balance**

| | |
|---|---|
| Balance of legal fees and costs for this matter prior to this invoice: | 32.26 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **32.26** |
| **Total due including prior balance (please pay this amount)** | **270.76** |

**Amounts Remitted**

Payment for current invoice: $ ______________
Payment for previous balance due: $ ______________

**Total remitted for payment:** $ ______________

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Claxton-Hepburn Medical Center**
**Attn: Accounts Receivable**
**214 King Street**
**Ogdensburg, NY 13669-1124**

Invoice No. 301768
Invoice Date August 18, 2026

**Client No: C2389L Matter No: 00010**
**RE: General Employment Matters**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/24/26 | JLV | 0.30 | B210 | | Reviewed email from E. Dusharm and prepared response; reviewed law regarding impact of warrant of arrest of employee | 530.00 | 159.00 |
| 07/31/26 | JLV | 0.20 | B210 | | Exchanged emails with H. Saski regarding recoding outside hospital, right to share with police and issues regarding audio | 530.00 | 106.00 |
| | | | | | **Sub-Total Fees:** | | **265.00** |

| | | |
|---|---|---|
| **TOTAL FEES AND DISBURSEMENTS:** | $ | **265.00** |
| **Less Discount**: | $ | **-26.50** |
| **TOTAL AMOUNT DUE:** | $ | **238.50** |

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

## INVOICE REMITTANCE PAGE

Claxton-Hepburn Medical Center
Attn: Accounts Receivable
214 King Street
Ogdensburg, NY 13669-1124

| | |
|---|---|
| Invoice No: | 301769 |
| Date: | August 18, 2026 |
| Client Name: | Claxton-Hepburn Medical Center |
| Client/Matter No: | C2389L.00043 |
| Description: | Trust for the benefit of Carol L. Maginn v. |

| **Summary of charges this period** | |
|---|---|
| Legal fees and costs this period (see attached invoice) | 53.00 |
| Less Discount: | -5.30 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 47.70 |
| **Current invoice amount:** | 47.70 |
| **Previous balance** | |
| Balance of legal fees and costs for this matter prior to this invoice: | 95.40 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **95.40** |
| **Total due including prior balance (please pay this amount)** | **143.10** |

**Amounts Remitted**

| | |
|---|---|
| Payment for current invoice: | $ |
| Payment for previous balance due: | $ |
| **Total remitted for payment:** | $ |

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Claxton-Hepburn Medical Center**
**Attn: Accounts Receivable**
**214 King Street**
**Ogdensburg, NY 13669-1124**

Invoice No. 301769
Invoice Date August 18, 2026

**Client No: C2389L Matter No: 00043**
**RE: Trust for the benefit of Carol L. Maginn v.**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/20/26 | JLV | 0.10 | B190 | | Reviewed email from J. Grubin to J. Crain regarding hearing date and payment; reviewed email from J. O'Dell regarding same | 530.00 | 53.00 |
| | | | | | **Sub-Total Fees:** | | **53.00** |

| | | |
|---|---|---|
| **TOTAL FEES AND DISBURSEMENTS:** | **$** | **53.00** |
| **Less Discount:** | **$** | **-5.30** |
| **TOTAL AMOUNT DUE:** | **$** | **47.70** |

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**INVOICE REMITTANCE PAGE**

Claxton-Hepburn Medical Center
Attn: Accounts Receivable
214 King Street
Ogdensburg, NY 13669-1124

| | |
|---|---|
| Invoice No: | 301770 |
| Date: | August 18, 2026 |
| Client Name: | Claxton-Hepburn Medical Center |
| Client/Matter No: | C2389L.00050 |
| Description: | Emp-J. David Schaefer, M.D. |

**Summary of charges this period**

| | |
|---|---|
| Legal fees and costs this period (see attached invoice) | 954.00 |
| Less Discount: | -95.40 |
| Finance charge on past due amounts: | 0.00 |
| Subtotal this period before credits: | 858.60 |
| **Current invoice amount:** | 858.60 |

**Previous balance**

| | |
|---|---|
| Balance of legal fees and costs for this matter prior to this invoice: | 2,146.50 |
| Previously accrued finance charges (excludes above finance charge): | 0.00 |
| **Previous balance due:** | **2,146.50** |
| **Total due including prior balance (please pay this amount)** | **3,005.10** |

**Amounts Remitted**

| | |
|---|---|
| Payment for current invoice: | $ ________ |
| Payment for previous balance due: | $ ________ |
| **Total remitted for payment:** | $ ________ |

*Note: Unless noted, payments will be applied to past due Invoices based on invoice date, oldest first.*

**Bousquet Holstein PLLC sincerely appreciates your business.**
Payment is due upon receipt of this invoice. Please include your client number (above) and invoice number with payment. To pay your balance by credit card online please visit https://www.bhlawpllc.com/client-payments/
You may also call our Time and Billing Department at (315) 701-6496

**WARNING!** We will never ask you to change instructions for payment of invoices by email. If you receive any communication purporting to be from Bousquet Holstein PLLC asking you to send payment to a new destination, please immediately call our Time and Billing Department at (315) 701-6496.

BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549

**Claxton-Hepburn Medical Center**
**Attn: Accounts Receivable**
**214 King Street**
**Ogdensburg, NY 13669-1124**

Invoice No. 301770
Invoice Date August 18, 2026

**Client No: C2389L Matter No: 00050**
**RE: Emp-J. David Schaefer, M.D.**

| Date | Professional | Hours | Task | Activity | Narrative | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/01/26 | JLV | 0.50 | B210 | | Telephone conference with E. Dusharm regarding meeting; reviewed summary and prepared email to E. Dusharm regarding same and emails regarding meeting | 530.00 | 265.00 |
| 07/01/26 | JLV | 0.60 | B210 | | Telephone conference with E. Dusharm and A. Manzer regarding report, impressions and options and related issues | 530.00 | 318.00 |
| 07/10/26 | JLV | 0.50 | B210 | | Telephone conference with E. Dusharm last night regarding termination, doctor's request for counsel at meeting and draft letter to review; reviewed letter this morning and revised letter and prepared email to E. Dusharm with revised letter | 530.00 | 265.00 |
| 07/10/26 | JLV | 0.20 | B210 | | Reviewed email from E. Dusharm regarding meeting with doctor and OPMC question; reviewed law and prepared email to E. Dusharm regarding law | 530.00 | 106.00 |

| | | |
|---|---|---|
| **Sub-Total Fees:** | | **954.00** |
| **TOTAL FEES AND DISBURSEMENTS:** | $ | **954.00** |
| **Less Discount:** | $ | **-95.40** |
| **TOTAL AMOUNT DUE:** | $ | **858.60** |