**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | | Case No. 26-30079 |
| | | Case No. 26-60100 |

**MONTHLY FEE STATEMENT OF DENTONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2026, THROUGH JULY 31, 2026**

| | |
|---|---|
| Name of Applicant: | Dentons |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of North Star Health Alliance, Inc., *et al.* (the "Committee") |
| Date of Retention: | Effective as of March 5, 2026, by order entered April 21, 2026 [Docket No. 238] |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2026, through July 31, 2026 (the "Fee Period") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$152,650.00** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$572.64** |
| Payment Requested in Connection with this Interim Application: | **$153,222.64** |

This is Dentons' Third Monthly Fee Statement.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079) ("Carthage"); North Star Health Alliance, Inc. (9491) ("North Star"); Claxton-Hepburn Medical Center, Inc. (9686) ("Claxton"); and Meadowbrook Terrace, Inc. (2458) ("Meadowbrook" and together with North Star, Carthage, and Claxton, the "Debtors").

**SUMMARY OF HOURS BILLED AND COMPENSATION REQUESTED BY PROFESSIONALS AND PARAPROFESSIONALS DURING THE FEE PERIOD**

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lauren Macksoud | Partner | Restructuring, Insolvency & Bankruptcy | $995.00 | 38.7 | $38,506.50 |
| Andrew C. Helman | Partner | Restructuring, Insolvency & Bankruptcy | $925.00 | 43.5 | $40,237.50 |
| Henry Thomas | Associate | Restructuring, Insolvency & Bankruptcy | $650.00 | 6.2 | $4,030.00 |
| Kyle D. Smith | Associate | Restructuring, Insolvency & Bankruptcy | $595.00 | 31.5 | $18,742.50 |
| David K. Boydstun, Jr. | Associate | Restructuring, Insolvency & Bankruptcy | $495.00 | 103.3 | $51,133.50 |
| **Totals:** | | | | **223.2** | **$152,650.00** |

| GROSS BILLINGS | TOTAL FEES REQUESTED |
|---|---|
| Total Attorney Billings | $152,650.00 |
| Blended Hourly Rate | $683.92 |
| **Total Fees:** | **$152,650.00** |

**COMPENSATION REQUESTED BY TASK CODE DURING THE FEE PERIOD**

| TASK CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| B110 | Case Administration | 45.3 | $40,406.00 |
| B120 | Asset Analysis & Recovery | 7.1 | $5,610.50 |
| B130 | Asset Sales and Other Disposition of Assets | 13.3 | $9,102.50 |
| B150 | Meetings & communications w/Debtor or Committee | 33.4 | $24,662.00 |
| B155 | Court Hearings | 1.0 | $925.00 |
| B160 | Employment Applications | 7.0 | $6,067.00 |
| B170 | Fee Applications | 47.1 | $25,223.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.1 | $974.50 |
| B190 | Litigation and Contested Matters | 49.0 | $25,505.50 |
| B210 | Business Operations/Strategic Planning | 5.3 | $2,823.50 |
| B211 | Financial Rptrts(Mo. Operating Reports & Schedules & Stm) | 0.5 | $462.50 |
| B230 | Financing/DIP/Cash Collateral Matters | 3.7 | $3,541.50 |
| B300 | Claims and Plan | 0.4 | $260.00 |
| B310 | Claims Administration and Objections | 1.9 | $1,390.50 |
| B320 | Plan and Disclosure Statement | 4.3 | $2,909.50 |
| B400 | General Bankruptcy Advice | 2.8 | $2,786.00 |
| **Totals:** | | **223.2** | **$152,650.00** |

**SUMMARY OF EXPENSES INCURRED DURING THE FEE PERIOD**

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Travel – Andrew Helman Mileage for Hearing on 6/17 (one way) | $286.32 |
| Travel – Andrew Helman Mileage for Hearing on 6/17 (one way) | $286.32 |
| **Total Expenses:** | **$572.64** |

[*remainder of page intentionally left blank*]

Dated: August 20, 2026

Respectfully submitted,

*/s/ David K. Boydstun, Jr*

David K. (D.K.) Boydstun, Jr. (Admitted Pro Hac Vice)
**DENTONS BINGHAM GREENEBAUM, LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 589-4200
Email: david.boydstun@dentons.com

Andrew C. Helman (Admitted Pro Hac Vice)
Kyle D. Smith (Admitted Pro Hac Vice)
**DENTONS BINGHAM GREENEBAUM, LLP**
One City Center
Suite 11100
Portland, ME 04101-6420
Telephone: (207) 810-4955
Email: andrew.helman@dentons.com
kyle.d.smith@dentons.com

Lauren M. Macksoud
Henry Thomas
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-5347
Facsimile: (212) 768-6800
Email: lauren.macksoud@dentons.com
henry.thomas@dentons.com

*Counsel to the Official Committee of Unsecured Creditors*

DENTONS

Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland, ME 04101
United States

dentons.com

Mr. Judd Peak, Chairman
Official Committee of Unsecured Creditors of North Star Health Alliance, Inc. *et al.*
c/o Ovation Healthcare
(sent by e-mail only)

Invoice Date: July 31, 2026
Invoice No.: 144178.1.0726

**SUMMARY INVOICE FOR SERVICES RENDERED IN JULY 2026**

| Time Period | Fees (100%) | Expenses | Total |
|---|---|---|---|
| 07/01/2026 – 07/31/2026 | $152,650.00 | $572.64 | $153,222.64 |
| **TOTAL DUE:** | **$152,650.00** | **$572.64** | **$153,222.64** |

This summary invoice sets forth the outstanding balance as of the date hereof of fees and expenses incurred with Dentons (the "Firm") for the time periods set forth above. Detailed time entries are provided in the invoices enclosed herewith. Multiple firms combined to create Dentons, but internal accounting systems are not yet fully integrated. As a result, multiple invoices are provided for each time period.

*Payment instructions are on the following page*

**Payments by check should be sent in U.S. Dollars to:**

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009

**Payments by wire transfer/ACH should be sent in U.S. Dollars to:**

Bank Name: PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222
Account Name: Dentons Bingham Greenebaum LLP
Account Number: 4622345343
ABA/Routing #: Wire Transfers 041000124
ACH Transfers 071921891
Swift Code for International Wires: PNCCUS33

***Please Reference Account Number 144178.1.0726**

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

North Star Health Alliance Creditor Committee
Mr Judd Peak, Charman
c/o Ovation Healthcare
1573 Mallory Lane, Suite 200
Brentwood, TN 37027

August 20, 2026

**Invoice No. 4649253**

Client/Matter: 144178.000001

Chapter 11 Committee

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 110,686.14 |

The last page contains a summary of all unpaid invoices.

**Payments by check should be sent in U.S. Dollars to:**
Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009

OR

**Payment by wire transfer/ACH should be sent in U.S. Dollars to:**
Bank Name: PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222
Account Name: Dentons Bingham Greenebaum LLP
Account Number: 4622345343
ABA/Routing #: Wire Transfers 041000124
ACH Transfers 071921891
Swift Code for International Wires: PNCCUS33

For Professional Services Rendered through July 31, 2026:

**Task: B110 - Case Administration**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/26 | ACH | Call with L. Macksoud regarding case status and next steps. | 0.40 | 370.00 |
| 07/02/26 | ACH | Call with D. Boydstun regarding research and investigation assignment. | 0.30 | 277.50 |
| 07/02/26 | ACH | Analysis of information sharing issues and communications with J. Grubin and L. Macksoud regarding outstanding request for documents. | 0.40 | 370.00 |
| 07/02/26 | ACH | Review all status reports previously provided by the debtors to DOH. | 0.70 | 647.50 |
| 07/08/26 | KDS | Email to Committee regarding protective order. | 0.20 | 119.00 |
| 07/08/26 | DKB | Discuss status of Debtors' partner LOIs; request for status conference with L. Macksoud and K. Smith. | 0.20 | 99.00 |
| 07/09/26 | KDS | Collect and organize executed copies of protective order; emails regarding same. | 0.30 | 178.50 |
| 07/13/26 | DKB | Call with Dentons team to discuss status of Debtors' partner selection and LOIs. | 0.50 | 247.50 |
| 07/13/26 | KDS | Participate in weekly call regarding workflow with A. Helman and D. Boydstun. | 0.60 | 357.00 |
| 07/13/26 | ACH | Call with K. Smith and D. Boydstun regarding workflow and assignments. | 0.60 | 555.00 |
| 07/13/26 | ACH | Review communications from the last week regarding protective order and edits to same (following vacation). | 0.30 | 277.50 |
| 07/14/26 | KDS | Review report from patient care ombudsman. | 0.80 | 476.00 |
| 07/15/26 | ACH | Communications with Dentons and FTI regarding partnership and sale process. | 0.20 | 185.00 |
| 07/15/26 | ACH | Review PCO report. | 0.60 | 555.00 |
| 07/16/26 | ACH | Meeting with Dentons about case status for alignment prior to Committee update. | 0.80 | 740.00 |
| 07/16/26 | ACH | Meeting with L. Macksoud regarding information sharing with Debtors. | 0.70 | 647.50 |
| 07/20/26 | KDS | Review recent filings and emails regarding same. | 0.40 | 238.00 |
| 07/20/26 | ACH | Analysis of 363 and operational changes. | 0.70 | 647.50 |
| 07/21/26 | KDS | Call between Dentons and FTI teams regarding case update and ongoing workflows. | 0.70 | 416.50 |
| 07/21/26 | KDS | Continued research regarding closure of services and court approval of same. | 1.80 | 1,071.00 |
| 07/21/26 | ACH | Call with Dentons and FTI regarding status update and workflows. | 0.70 | 647.50 |
| 07/23/26 | ACH | Research and analysis regarding potential False Claims Act claims and bankruptcy. | 1.50 | 1,387.50 |
| 07/27/26 | KDS | Weekly meeting with Dentons' team to discuss workflow and | 0.40 | 238.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | case updates. | | |
| 07/27/26 | ACH | Weekly meeting with the Dentons' team regarding workflow and case updates. | 0.40 | 370.00 |
| 07/31/26 | ACH | Call with L. Macksoud regarding status update (actual time 36 minutes). | 0.50 | 462.50 |

**Task: B120 - Asset Analysis & Recovery**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/13/26 | ACH | Call with former Board member for background on companies. | 0.50 | 462.50 |
| 07/13/26 | ACH | Research and analysis of non-profit D&O liability under New York law. | 0.70 | 647.50 |
| 07/17/26 | ACH | Work on issues list and analysis for claims investigation and prepetition activity. | 1.00 | 925.00 |
| 07/20/26 | ACH | Call with L. Macksoud and K. Smith regarding investigation of prepetition activity and documents needed for postpetition analysis. | 0.40 | 370.00 |
| 07/20/26 | KDS | Call with A. Helman to discuss investigation and diligence of prepetition claims. | 0.50 | 297.50 |
| 07/20/26 | KDS | Call with D. Boydstun to discuss nonprofit research and investigation of claims. | 0.30 | 178.50 |
| 07/20/26 | KDS | Review documents and consider outline for investigation of prepetition claims. | 1.80 | 1,071.00 |
| 07/20/26 | ACH | Call with K. Smith regarding investigation and diligence of prepetition claims. | 0.50 | 462.50 |
| 07/21/26 | ACH | Review 2025 internal financial statements. | 0.40 | 370.00 |
| 07/21/26 | KDS | Call with J. Bresler and N. Ganti regarding information requests and investigation of claims. | 0.30 | 178.50 |
| 07/22/26 | ACH | Preliminary review of the Debtors' insurance policies for insured versus insured exclusions. | 0.70 | 647.50 |

**Task: B130 - Asset Sales and Other Disposition of Assets**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/08/26 | KDS | Initial review of LOIs received by Debtors (0.2). | 0.20 | 119.00 |
| 07/08/26 | KDS | Call with N. Ganti (FTI) regarding LOIs. | 0.20 | 119.00 |
| 07/08/26 | KDS | Continue review of LOIs, including comparison of key terms. | 0.40 | 238.00 |
| 07/09/26 | KDS | Review of NSHA LOIs and prepare summary of same. | 3.00 | 1,785.00 |
| 07/09/26 | KDS | Call with FTI and Dentons teams re LOIs and analysis of same. | 0.50 | 297.50 |
| 07/10/26 | KDS | Review CIM sent by FTI. | 0.50 | 297.50 |
| 07/13/26 | KDS | Call with A. Helman to discuss NSHA LOIs. | 0.20 | 119.00 |
| 07/13/26 | KDS | Review LOIs and related information; draft information request regarding economic terms and benefits. | 2.50 | 1,487.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/13/26 | ACH | Call with K. Smith to discuss LOIs (.2); initial review of same to consider information requests needed for economic pros/cons of each (.9). | 1.10 | 1,017.50 |
| 07/20/26 | KDS | Call with A. Helman and L. Macksoud regarding document requests regarding sale and partnership process. | 0.50 | 297.50 |
| 07/20/26 | KDS | Further discussion with A. Helman regarding sale and partnership process and overlap with investigation of prepetition claims. | 1.20 | 714.00 |
| 07/20/26 | ACH | Conference with K. Smith regarding diligence of sale and partnership process; interaction with prepetition claim investigation. | 1.20 | 1,110.00 |
| 07/24/26 | ACH | Review safety net transformation application form. | 0.20 | 185.00 |

**Task: B150 - Meetings & communications w/Debtor or Committee**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/26 | KDS | Finalize and send Committee update email. | 0.20 | 119.00 |
| 07/02/26 | KDS | Draft and revise email case update to Committee, including review of various related documents. | 1.60 | 952.00 |
| 07/09/26 | DKB | Draft and revise weekly Committee update regarding status of the bankruptcy cases. | 1.70 | 841.50 |
| 07/09/26 | DKB | Call with L. Macksoud and K. Smith to discuss preparation of weekly Committee update. | 0.20 | 99.00 |
| 07/09/26 | KDS | Call with L. Macksoud and D. Boydstun regarding Committee case update. | 0.20 | 119.00 |
| 07/09/26 | DKB | Discuss weekly Committee update with K. Smith. | 0.30 | 148.50 |
| 07/10/26 | DKB | Review FTI liquidity update. | 0.20 | 99.00 |
| 07/10/26 | DKB | Attend weekly Committee update call. | 0.60 | 297.00 |
| 07/10/26 | KDS | Revise and finalize weekly update email to Committee. | 1.50 | 892.50 |
| 07/10/26 | KDS | Participate in weekly Committee meeting. | 0.60 | 357.00 |
| 07/14/26 | ACH | Review communication from J. Grubin forwarding status report to DOH; review attached status report; consider same. | 0.30 | 277.50 |
| 07/15/26 | ACH | Communications with J. Peak regarding professional fees and process for Commitee approval of same, including review of bylaws for notice procedures to Committee. | 0.30 | 277.50 |
| 07/15/26 | ACH | Call with L. Macksoud regarding case status and hearing preparation. | 0.40 | 370.00 |
| 07/16/26 | DKB | Draft and revise weekly Committee update regarding status of the bankruptcy cases. | 1.60 | 792.00 |
| 07/17/26 | DKB | Revise and finalize weekly Committee update. | 0.30 | 148.50 |
| 07/17/26 | DKB | Attend weekly Committee update call. | 0.80 | 396.00 |
| 07/17/26 | ACH | Call with L. Macksoud regarding next step communications with the Debtors following direction from Committee. | 0.20 | 185.00 |
| 07/17/26 | ACH | Meeting with the Committee for weekly status update (0.8); meeting with Dentons and FTI for case strategy and planning | 1.50 | 1,387.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | in advance of Committee call (0.7). | | |
| 07/21/26 | ACH | Review communication from J. Grubin enclosing progress report to DOH and review attached report. | 0.30 | 277.50 |
| 07/21/26 | ACH | Follow-up call with FTI in preparation for meeting with Accordion. | 0.70 | 647.50 |
| 07/22/26 | ACH | Review loss of operational closures from J. Grubin and communications to and from L. Macksoud and Dentons regarding communication to Committee. | 0.30 | 277.50 |
| 07/23/26 | ACH | Meeting with Debtors' professionals and Committee professionals regarding partnership announcement. | 1.20 | 1,110.00 |
| 07/23/26 | ACH | Call with L. Macksoud regarding status update. | 0.40 | 370.00 |
| 07/23/26 | ACH | Communications with Committee members and L. Macksoud regarding partnership announcement by Debtors. | 1.00 | 925.00 |
| 07/23/26 | KDS | Draft and outline Committee update email. | 0.50 | 297.50 |
| 07/23/26 | ACH | Call with UST and L. Macksoud regarding case status issues. | 0.70 | 647.50 |
| 07/24/26 | DKB | Attend weekly update call with Committee and Debtors' professionals. | 1.20 | 594.00 |
| 07/24/26 | ACH | Review liquidity update to be provided to the Committee. | 0.30 | 277.50 |
| 07/24/26 | ACH | Analysis of contents of Committee meeting with the Debtors' professionals and impact on further information sharing issues. | 0.30 | 277.50 |
| 07/24/26 | ACH | Call with N. Ganti regarding upcoming meeting with Debtors and Committee members. | 0.20 | 185.00 |
| 07/24/26 | KDS | Draft weekly Committee update email. | 1.10 | 654.50 |
| 07/24/26 | KDS | Participate in weekly Committee meeting. | 1.20 | 714.00 |
| 07/24/26 | ACH | Review weekly Committee update email. | 0.20 | 185.00 |
| 07/24/26 | ACH | Weekly call with Committee, including presentation by Debtors' professionals. | 1.20 | 1,110.00 |
| 07/27/26 | ACH | Communications with Debtors regarding NSHA restructuring initiatives. | 0.30 | 277.50 |
| 07/28/26 | ACH | Communication from Debtors and progress report to DOH. | 0.30 | 277.50 |
| 07/28/26 | ACH | Communications with Debtors regarding PCO pro fees. | 0.10 | 92.50 |
| 07/28/26 | ACH | Attend weekly call with Debtors, UST, and DOH (1.); follow up with L. Macksoud and FTI regarding next steps and open issues (.6); communication from Debtors enclosing DOH report and review of same (.2). | 1.80 | 1,665.00 |
| 07/29/26 | ACH | Call with FTI and Dentons regarding DIP budget. | 0.80 | 740.00 |
| 07/29/26 | ACH | Call with Debtors' professionals regarding case status. | 0.90 | 832.50 |
| 07/30/26 | KDS | Draft Committee update email, including reviewing communications regarding sale, partnership and hearing updates. | 1.90 | 1,130.50 |
| 07/31/26 | DKB | Attend weekly Committee update meeting (includes .1 discount of time). | 0.40 | 198.00 |
| 07/31/26 | ACH | Review proposed communication for Committee. | 0.20 | 185.00 |

Dentons Bingham Greenebaum LLP

Invoice No.: 4649253
Invoice Date: August 20, 2026

Chapter 11 Committee
144178.000001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/26 | KDS | Revise and finalize Committee update email and meeting agenda. | 0.20 | 119.00 |
| 07/31/26 | ACH | Weekly Committee meeting for status update (includes .1 discount). | 0.40 | 370.00 |
| 07/31/26 | KDS | Email to client regarding bar date order and deadlines regarding same. | 0.30 | 178.50 |
| 07/31/26 | KDS | Weekly Committee call. | 0.50 | 297.50 |

**Task: B155 - Court Hearings**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/15/26 | ACH | Attend hearing (actual hearing time 22 minutes) on various motions. | 0.50 | 462.50 |
| 07/29/26 | ACH | Attend hearings. | 0.50 | 462.50 |

**Task: B160 - Employment Applications**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/08/26 | DKB | Review and analyze Debtors' request to expand scope of Verill Dana's employment. | 0.20 | 99.00 |
| 07/14/26 | DKB | Review declarations of various professionals Debtors seek to retain as ordinary course professionals. | 0.50 | 247.50 |
| 07/14/26 | DKB | Call with K. Smith to discuss Debtors' ordinary course of professionals retention. | 0.40 | 198.00 |
| 07/14/26 | KDS | Review OCP declarations filed by debtors. | 0.40 | 238.00 |
| 07/14/26 | KDS | Discussion with D. Boydstun regarding OCP declarations and order regarding same. | 0.40 | 238.00 |
| 07/14/26 | ACH | Review amended retention application for Verrill Dana. | 0.20 | 185.00 |
| 07/23/26 | ACH | Review declaration of R. Clement in support of amended retention application. | 0.20 | 185.00 |

**Task: B170 - Fee Applications**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/26 | DKB | Review and input DUS and DBG invoices; draft Dentons first interim fee application. | 3.00 | 1,485.00 |
| 07/02/26 | DKB | Review and analyze Interim Compensation Order and consider logistics as relates to filing of interim fee applications. | 0.40 | 198.00 |
| 07/02/26 | DKB | Continue to draft Dentons' first interim fee application. | 0.70 | 346.50 |
| 07/06/26 | DKB | Continue to draft and revise Dentons' first interim fee application. | 5.60 | 2,772.00 |
| 07/07/26 | DKB | Continue to draft and revise Dentons' first interim fee application. | 1.30 | 643.50 |
| 07/08/26 | DKB | Discuss first interim fee application status with L. Macksoud. | 0.10 | 49.50 |
| 07/08/26 | DKB | Review and revise Dentons' first interim fee application. | 2.40 | 1,188.00 |

Dentons Bingham Greenebaum LLP

Invoice No.: 4649253
Invoice Date: August 20, 2026

Chapter 11 Committee
144178.000001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/09/26 | DKB | Revise Dentons' first interim fee application; begin preparation of exhibits related to same. | 1.80 | 891.00 |
| 07/10/26 | DKB | Draft summary of invoices for fee application exhibits. | 1.80 | 891.00 |
| 07/10/26 | DKB | Review and analyze monthly fee statements of Debtors' and PCO professionals. | 0.60 | 297.00 |
| 07/10/26 | KDS | Review draft Dentons fee application. | 0.20 | 119.00 |
| 07/10/26 | KDS | Review fee statements filed by Debtors. | 0.40 | 238.00 |
| 07/14/26 | DKB | Review FTI first interim fee application and discuss same with J. Bresler. | 0.30 | 148.50 |
| 07/15/26 | DKB | Review and analyze local rules related to fee applications; revise fee application exhibits and declarations in accordance with the same. | 2.70 | 1,336.50 |
| 07/15/26 | DKB | Call with A. Helman to discuss status of Dentons' interim fee application. | 0.20 | 99.00 |
| 07/16/26 | DKB | Review, analyze, and summarize all monthly fee statements of Debtors' and PCO professionals. | 2.60 | 1,287.00 |
| 07/16/26 | DKB | Review and revise FTI's first interim fee application and exhibits. | 2.70 | 1,336.50 |
| 07/16/26 | ACH | Review FTI first interim fee application for approval. | 0.20 | 185.00 |
| 07/16/26 | ACH | Communications with J. Peak and Committee regarding fee applications. | 0.20 | 185.00 |
| 07/17/26 | DKB | Review local rules regarding fee application hearings; draft notice of hearing on Dentons' and FTI's first interim fee applications. | 1.30 | 643.50 |
| 07/17/26 | DKB | Call with A. Helman regarding hearing on fee applications. | 0.20 | 99.00 |
| 07/17/26 | DKB | Call with courtroom deputy to confirm scheduling of hearing on fee applications. | 0.10 | 49.50 |
| 07/17/26 | DKB | Call with A. Helman to discuss filing of interim fee applications. | 0.10 | 49.50 |
| 07/17/26 | DKB | Revise and finalize Dentons' and FTI's first interim fee application. | 1.50 | 742.50 |
| 07/17/26 | ACH | Review revised FTI fee application after edits requested. | 0.20 | 185.00 |
| 07/20/26 | DKB | Input invoices and draft Dentons' monthly fee statement for June. | 1.00 | 495.00 |
| 07/20/26 | ACH | Review monthly fee statements of Debtors' professionals. | 0.30 | 277.50 |
| 07/21/26 | DKB | Review and revise FTI's June monthly fee statement (0.4); revise Dentons' June monthly fee statement (0.6). | 1.00 | 495.00 |
| 07/22/26 | DKB | Serve Dentons' and FTI's monthly fee statements on notice parties (0.1); revise, finalize, and file combined monthly fee statements and June monthly fee statements for Dentons and FTI (1.4); begin draft of revised interim fee application to include June time (1.2); draft Dentons combined fee statement for March through May (0.6); discuss filing of a combined monthly fee statement with FTI team (0.2); call with A. Helman to discuss interim fee applications and Debtors' request for the filing of a combined monthly fee statement (.4, | 3.90 | 1,930.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | call not separately billed by ACH as courtesy discount). | | |
| 07/22/26 | ACH | Analysis of section 331 deadlines and timing; review of interim compensation procedures order; communicate about same with J. Grubin, E. Champion, et al. | 0.40 | 370.00 |
| 07/22/26 | ACH | Call with R. Clement regarding fee application timing. | 0.20 | 185.00 |
| 07/23/26 | DKB | Draft letter regarding adjournment of hearing on fee applications. | 0.20 | 99.00 |
| 07/24/26 | DKB | Review Debtors' professionals ' time entries related to WARN Act and False Claims Act. | 0.80 | 396.00 |
| 07/24/26 | ACH | Separate communications with UST and Debtors about proposed schedule for interim fee applications and timing. | 0.50 | 462.50 |
| 07/24/26 | ACH | Review invoices of Debtors' professionals to understand items being worked on. | 1.40 | 1,295.00 |
| 07/28/26 | DKB | Review and revise FTI's supplemental fee application (0.4); revise Dentons' supplemental interim fee application (1.9). | 2.30 | 1,138.50 |
| 07/28/26 | ACH | Review supplemental first interim fee applications. | 0.50 | 462.50 |
| 07/29/26 | DKB | Revise Dentons' supplemental interim fee application and proposed order granting the same (0.2); review and revise FTI supplemental interim fee application (1.5). | 1.70 | 841.50 |
| 07/29/26 | ACH | Review supplement to FTI fee application. | 0.20 | 185.00 |
| 07/30/26 | DKB | Discuss UST ledes file request with J. Bresler and A. Helman (0.2); finalize FTI's and Dentons' supplemental fee applications and share same with Committee for review and approval (1.1). | 1.30 | 643.50 |
| 07/31/26 | ACH | Communication with Barclay Damon regarding retainer funds. | 0.20 | 185.00 |
| 07/31/26 | DKB | Finalize supplemental interim fee applications for filing. | 0.30 | 148.50 |
| 07/31/26 | DKB | Call with K. Smith and N. Rancourt to discuss filing of supplemental interim fee applications. | 0.20 | 99.00 |
| 07/31/26 | DKB | Serve Dentons and FTI supplemental fee applications on notice parties as required by interim comp procedures. | 0.10 | 49.50 |

**Task: B185 - Executory Contracts and Leases**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/29/26 | KDS | Review fourth amended motion to reject filed by Debtors. | 0.30 | 178.50 |

**Task: B190 - Litigation and Contested Matters**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/26 | DKB | Call w/ A. Helman to discuss potential 2004 motion and request for status conference. | 0.30 | 148.50 |
| 07/02/26 | DKB | Draft and revise emergency request for status conference. | 2.50 | 1,237.50 |
| 07/02/26 | DKB | Consider need for 2004 exam and all potential information and document requests related to same. | 2.10 | 1,039.50 |
| 07/02/26 | ACH | Review and analysis of draft letter to court requesting status | 0.40 | 370.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | conference and consider edits. | | |
| 07/06/26 | DKB | Begin insider investigation and consider potential claims against Debtors' directors and officers. | 1.50 | 742.50 |
| 07/07/26 | DKB | Discuss status of status conference request with L. Macksoud (.1); research causes of action against non-profit D&Os under New York law. (5.0) | 5.10 | 2,524.50 |
| 07/08/26 | DKB | Research potential causes of action against Debtors' D&Os under New York law. | 1.50 | 742.50 |
| 07/09/26 | DKB | Continue research on types of potential causes of action against Debtors' D&Os under New York Law. | 1.40 | 693.00 |
| 07/10/26 | DKB | Review research on D&O claims and consider potential questions necessary for potential information requests related to same. | 2.70 | 1,336.50 |
| 07/12/26 | DKB | Begin drafting memorandum regarding D&O causes of action under New York law. | 1.60 | 792.00 |
| 07/13/26 | DKB | Draft memo on types of D&O claims under New York law and elements of the same. | 4.50 | 2,227.50 |
| 07/13/26 | DKB | Call with A. Helman to discuss insider investigation of D&Os. | 0.90 | 445.50 |
| 07/13/26 | DKB | Review and analyze Debtors' first day filings and motions for corporate structure and management structure as related to D&O investigation. | 3.00 | 1,485.00 |
| 07/13/26 | ACH | Review bar date motion and related correspondence with Debtors and Dentons after return from vacation. | 0.50 | 462.50 |
| 07/14/26 | DKB | Draft memorandum on D&O causes of action under New York law and elements of the same. | 6.80 | 3,366.00 |
| 07/14/26 | ACH | Review transcript of June 17 hearing to assess statements about operational integration and consider subcon issues. | 0.80 | 740.00 |
| 07/15/26 | DKB | Continue to draft memorandum on D&O causes of action and potential information requests related to same. | 2.20 | 1,089.00 |
| 07/17/26 | DKB | Continue memo related to D&O investigation and potential information requests needed for same. | 1.70 | 841.50 |
| 07/20/26 | DKB | Call with K. Smith regarding D&O investigation. | 0.50 | 247.50 |
| 07/20/26 | DKB | Consider information requests needed for D&O investigation. | 0.80 | 396.00 |
| 07/22/26 | ACH | Review proposed stipulation regarding McKesson motion from J. Grubin; communicate about same with L. Macksoud. | 0.40 | 370.00 |
| 07/22/26 | ACH | Review motion to continue final DIP hearing and related proposed order from Holland and Knight. | 0.20 | 185.00 |
| 07/23/26 | DKB | Review stipulation between Debtors and McKesson regarding administrative expense claim. | 0.20 | 99.00 |
| 07/24/26 | DKB | Research regarding False Claims Act claims exception from automatic stay and whether FCA claims can be the basis for Medicare recoupment. | 6.20 | 3,069.00 |
| 07/27/26 | DKB | Call with Dentons' team to discuss outstanding contested matters and status of Debtors' selection of strategic partner. | 0.40 | 198.00 |
| 07/28/26 | ACH | Communications regarding status of McKesson motion | 0.20 | 185.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | resolution with McKesson, Debtors, and Dentons. | | |
| 07/31/26 | ACH | Review and approve response to DIP for filing. | 0.30 | 277.50 |

**Task: B210 - Business Operations/Strategic Planning**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/08/26 | DKB | Review and analyze partnership LOIs received from Debtors. | 0.50 | 247.50 |
| 07/09/26 | DKB | Call with Dentons and FTI teams regarding Debtors' partnership LOIs. | 0.50 | 247.50 |
| 07/10/26 | DKB | Review summary and comparison of partnership LOIs. | 0.50 | 247.50 |
| 07/10/26 | DKB | Review Debtors' confidentiality memo and restructuring expense reduction initiatives. | 0.40 | 198.00 |
| 07/20/26 | KDS | Research regarding closure of services and bk court approval. | 0.80 | 476.00 |
| 07/23/26 | DKB | Review and analyze Debtors' various insurance policies. | 1.40 | 693.00 |
| 07/24/26 | KDS | Research regarding hospital closure and bankruptcy approval, including review of docket hospital chapter 11 case. | 1.20 | 714.00 |

**Task: B211 - Financial Rprts(Mo.Operating Reports & Schedules & Stmt**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/26 | ACH | Review monthly operating reports. | 0.50 | 462.50 |

**Task: B230 - Financing/DIP/Cash Collateral Matters**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/26 | ACH | Review updated budget for DIP, bridge to approved budget, and use period forecast and comments from J. Grubin regarding same. | 0.30 | 277.50 |
| 07/13/26 | ACH | Review budget to actual reporting from 7/7. | 0.20 | 185.00 |
| 07/13/26 | ACH | Review and analysis of plan confirmation timeline document from the Debtors and implications of same, as well as comparison versus 363 timeline from the debtors. | 0.50 | 462.50 |
| 07/28/26 | ACH | Review budget to actual reporting. | 0.20 | 185.00 |
| 07/31/26 | ACH | Work on response to proposed DIP edits and analysis of proposed terms for same. | 0.80 | 740.00 |

**Task: B310 - Claims Administration and Objections**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/08/26 | DKB | Review and analyze Debtors' bar date motion. | 0.70 | 346.50 |
| 07/24/26 | ACH | Meeting with Dentons and Debtors regarding FCA claims (.5) and prepare for/debrief from same with L. Macksoud (.5). | 1.00 | 925.00 |
| 07/24/26 | KDS | Review email from A. Helman regarding FCA research. | 0.20 | 119.00 |

**Task: B320 - Plan/Disclosure Statement**

Dentons Bingham Greenebaum LLP

Invoice No.: 4649253
Invoice Date: August 20, 2026

Chapter 11 Committee
144178.000001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/26 | DKB | Review and analyze order extending Debtors' exclusivity periods. | 0.20 | 99.00 |
| 07/14/26 | ACH | Review and consider multiple LOIs provided by the Debtors and compare the same. | 0.60 | 555.00 |
| 07/17/26 | DKB | Call with Dentons and FTI teams regarding plan and partnership timeline. | 0.70 | 346.50 |
| 07/17/26 | ACH | Review transaction timeline from Debtors, which includes plan timeline; consider implications of steps involved and current status. | 0.50 | 462.50 |
| 07/20/26 | ACH | Review LOIs and communications from K. Smith regarding questions for the Debtors regarding same. | 0.60 | 555.00 |
| 07/21/26 | DKB | Call with Dentons and FTI teams to discuss substantive consolidation. | 0.70 | 346.50 |
| 07/21/26 | DKB | Call with Dentons and FTI teams to discuss outcome of FTI call with Accordion. | 0.50 | 247.50 |
| 07/21/26 | KDS | Call with Dentons and FTI teams regarding Debtors' proposal for substantive consolidation and other issues. | 0.50 | 297.50 |

**Fees For Professional Services Rendered** **$ 110,113.50**

**Task Summary**

| Task | Task Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 14.70 | 11,580.50 |
| B120 | Asset Analysis & Recovery | 7.10 | 5,610.50 |
| B130 | Asset Sales and Other Disposition of Assets | 11.70 | 7,786.50 |
| B150 | Meetings & communications w/Debtor or Committee | 31.40 | 22,672.00 |
| B155 | Court Hearings | 1.00 | 925.00 |
| B160 | Employment Applications | 2.30 | 1,390.50 |
| B170 | Fee Applications | 47.10 | 25,223.50 |
| B185 | Executory Contracts and Leases | 0.30 | 178.50 |
| B190 | Litigation and Contested Matters | 48.70 | 25,310.50 |
| B210 | Business Operations/Strategic Planning | 5.30 | 2,823.50 |
| B211 | Financial Rprts(Mo.Operating Reports & Schedules & Stmt | 0.50 | 462.50 |
| B230 | Financing/DIP/Cash Collateral Matters | 2.00 | 1,850.00 |
| B310 | Claims Administration and Objections | 1.90 | 1,390.50 |
| B320 | Plan/Disclosure Statement | 4.30 | 2,909.50 |
| | | | **$110,113.50** |

## Out-of-Pocket Expenses

| Date | Description | Amount |
|---|---|---|
| 06/16/26 | Andrew C Helman - Andrew C. Helman, Mileage, North Star Hearing on 6/17/2026 (one way) | 286.32 |
| 06/17/26 | Andrew C Helman - Andrew C. Helman, Mileage, North Star Hearing on 6/17/2026 (one way) | 286.32 |

**Total Expenses** **$ 572.64**

**Invoice Total (USD)** **$ 110,686.14**

## Time and Fee Summary

| Initials | Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KDS | Smith, Kyle D. | Associate | 31.50 | 595.00 | 18,742.50 |
| DKB | Boydstun, David. K. | Associate | 103.30 | 495.00 | 51,133.50 |
| ACH | Helman, Andrew C. | Partner | 43.50 | 925.00 | 40,237.50 |
| | | | 178.30 | | $110,113.50 |

DENTONS

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

North Star Health Alliance Creditor Committee
Mr Judd Peak, Charman
c/o Ovation Healthcare
1573 Mallory Lane, Suite 200
Brentwood, TN 37027

August 20, 2026

**Invoice No. 4649253**

Client/Matter: 144178.000001

Chapter 11 Committee

Payment Due Upon Receipt

Statement of Account

According to our records, as of August 20, 2026, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| **Date** | **Invoice No.** | **Invoice Amount** | **Payments/ Adjustments** | **Total** |
|---|---|---|---|---|
| 05/18/26 | 4640881 | $141,034.25 | $112,842.95 | $28,191.30 |
| 06/29/26 | 4644629 | $89,837.50 | $71,870.00 | $17,967.50 |
| 06/29/26 | 4644636 | $142,023.00 | $113,618.40 | $28,404.60 |
| 07/20/26 | 4646657 | $171,544.63 | $137,333.28 | $34,211.35 |
| 08/20/26 | 4649253 | $110,686.14 | $0.00 | $110,686.14 |

Total Outstanding Invoices $219,460.89

DENTONS

Dentons US LLP
1221 Avenue of the Americas
New York City, NY 10020

Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland, ME 04101

**INVOICE #:** **5001-1097978**
Invoice Date: August 14, 2026

| | |
|---|---|
| **Matter Number:** | 15819257-000001 |
| **Description:** | Chapter 11 Committee (UB144178.000001) |

Payment Due Upon Receipt

For professional services rendered through July 31, 2026

| | |
|---|---|
| **Invoice Amount** | **$42,536.50** |

**To pay by E-Check – https://www.e-billexpress.com/ebpp/DentonsUS**

**Electronic Transfer (Preferred Method of Payment):**
**Citibank, N.A.**
**227 West Monroe, Chicago, IL 60606**
**ABA Transit #: 271070801**
**Account #: 0801051693**
**Account Name: Dentons US LLP**
**Swift Code: CITIUS33**
**Reference: Invoice # and/or client matter #**

**Payment by check (Overnight Delivery):**
REMITCO
Dentons #3078
5450 N. Cumberland Avenue
Chicago, IL 60656

**OR**

**Payment by check (USPS):**
Dentons US LLP
P.O. Box. 3078
Carol Stream, IL 60132-3078

Please send remittance instructions to cashreceipts@dentons.com or include this page with your payment.

Dentons does **not** change payment instructions by email. If you receive any call, email, or message requesting or providing new or modified remittance details, **do not pay** until you verify by calling a **known Dentons contact** using a number from a trusted source such as your engagement letter. Note that it is the payer's responsibility to confirm wire instructions with a known contact of the intended recipient.

Dentons US LLP TIN # 36-1796730
Questions relating to this invoice should be directed to:
L. Macksoud at (212) 768 5347

DENTONS

Client: North Star Health Alliance Creditor Committee | Invoice Date: August 14, 2026

Matter: 15819257-000001 | INVOICE #: 5001-1097978

For professional services rendered through July 31, 2026

## Fee Detail:

**Task Code:** B110 - Case Administration

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/02/26 | L. Macksoud | B110 | A106 | Call with A. Helman to discuss case status and upcoming matters (.3); confer with K. Smith re updates to be provided to committee (.2); emails with Debtor's counsel re document requests (.2); review and comment on debtor provided confidentiality agreement (1.4); review debtor provided progress reports (.5). | 2.60 | 2,587.00 |
| 07/07/26 | L. Macksoud | B110 | A107 | Participate in weekly call with DOH and Debtor's counsel (.8); follow up with FTI re additional questions for Debtor's FA team (.3); review and comment on draft stipulation dismissing unresolved portion of DIP Motion (.5) and email with Debtor's counsel re same (.1); review further revised protective order (.4); separately confer with Debtor's counsel re same (.2); review bar date motion (.3); confer with H. Thomas re same (.1); call with FTI to discuss case status and liquidity issues (.3). | 3.00 | 2,985.00 |

DENTONS

Client: North Star Health Alliance Creditor Committee Invoice Date: August 14, 2026

Matter: 15819257-000001 INVOICE #: 5001-1097978

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/09/26 | L. Macksoud | B110 | A101 | Emails with committee members regarding exhibit A to protective order (.2); review chart summarizing LOIs (.3); call with FTI and Dentons working group to discuss LOIs and to prepare for tomorrow's committee meeting (.5); further confer with K. Smith and D. Boydston re preparation of committee update (.3). | 1.30 | 1,293.50 |
| 07/13/26 | L. Macksoud | B110 | A101 | Confer with A. Helman re director and officer claims and possible 2004 requests. | 0.40 | 398.00 |
| 07/14/26 | L. Macksoud | B110 | A107 | Review weekly progress resport (.2) participate in weekly call with Debtor and DOH (.6). | 0.80 | 796.00 |
| 07/16/26 | L. Macksoud | B110 | A101 | Confer with D. Boydston re draft update for committee in advanec of tomorrow's call. | 0.30 | 298.50 |
| 07/17/26 | H. Thomas | B110 | A106 | Call with client to discuss sale process and case updates. | 0.80 | 520.00 |
| 07/17/26 | H. Thomas | B110 | A105 | Call with Dentons and FTI teams to discuss sale process and case updates. | 0.70 | 455.00 |
| 07/17/26 | L. Macksoud | B110 | A101 | Review transition and confirmation time line provided by debtor's counsel (.4); call with committee working group and FTI to discuss plan timeline, discovery and investigation options, potential partnerships and issues with proposed closures (.7); participate in weekly call with committee members (.8); draft follow up email to debtor's counsel on labor and delivery closure (.2). | 2.10 | 2,089.50 |

DENTONS

Client: North Star Health Alliance Creditor Committee | Invoice Date: August 14, 2026

Matter: 15819257-000001 | INVOICE #: 5001-1097978

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/20/26 | L. Macksoud | B110 | A101 | Call with A. Helman to discuss case agenda for the week (.3); follow up call with K. Smith to discuss discovery requests and review of documents already received (.5); draft email to debtor's counsel regarding outstanding information (.2). | 1.00 | 995.00 |
| 07/21/26 | H. Thomas | B110 | A108 | Calls (3) with Dentons and FTI teams regarding plan and sale status and information sharing with debtors. | 1.30 | 845.00 |
| 07/21/26 | L. Macksoud | B110 | A101 | Review weekly progress report (.3); and call with Dentons and FTI working group to prepare for calls with debtors' counsel and financial advisor (.7); follow up call with FTI to discuss further issues in preparation for calls with Accordian (.7). | 1.70 | 1,691.50 |
| 07/21/26 | L. Macksoud | B110 | A107 | Participate in weekly call with debtor, DOH and US Trustee to discuss case status and open issues (1.4); follow up with Debtor's counsel on severange issues and deemed consolidation issues (.2). | 1.60 | 1,592.00 |
| 07/22/26 | L. Macksoud | B110 | A101 | Confer with debtor's counsel and FA in preparation for meeting with committee later this week. | 0.30 | 298.50 |
| 07/23/26 | L. Macksoud | B110 | A106 | Review press release issued by debtor regarding preferred partner (.2); confer with A. Helman and various committee members re same (.5); draft email to debtor's counsel re same (.2); follow up calls with debtor's professionals and FTI re same (1.5). | 2.40 | 2,388.00 |

DENTONS

| Client: North Star Health Alliance Creditor Committee | Invoice Date: | August 14, 2026 |
|---|---|---|
| Matter: 15819257-000001 | INVOICE #: | 5001-1097978 |

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/24/26 | H. Thomas | B110 | A108 | Call with client and debtors' professional advisors regarding case status. | 1.00 | 650.00 |
| 07/24/26 | L. Macksoud | B110 | A107 | Review additional press releases issued by DOH, North Star and RRH (.4); call with counsel to debtor regarding DOJ settlement (.5); prepare for and follow up from same with A. Helman (.5); review and comment on agenda and update in preparation for committee call (.3); participate in call with committee (1.4); review McKessen proposed settlement (.3) and confer with A. Helman re status of outstanding committee objection (.2). | 3.60 | 3,582.00 |
| 07/27/26 | H. Thomas | B110 | A105 | Call with team regarding case status, claims deadlines, and sale. | 0.40 | 260.00 |
| 07/27/26 | L. Macksoud | B110 | A101 | Participate in weekly working group meeting to discuss case matters and matters scheduled for upcoming hearing (.4); review bar date extension stipulation (.2); review and confer with counsel to Debtor and McKesson re court's entry of order canceling hearing on admin claim (.3). | 0.90 | 895.50 |
| 07/28/26 | L. Macksoud | B110 | A107 | Attend weekly organizational call with Debtor's counsel and DOH (1.0); review debtor communication regarding business line closures (.2); confer with K. Smith re same for purpose of drafting committee update (.1); follow up with A. Helman and FTI re next steps and open issues (.6); review weekly progress report (.4). | 2.30 | 2,288.50 |

DENTONS

Client: North Star Health Alliance Creditor Committee | Invoice Date: August 14, 2026

Matter: 15819257-000001 | INVOICE #: 5001-1097978

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/29/26 | L. Macksoud | B110 | A109 | Appear for and attend case hearing to address status conference, employment and retention applications, settlement with McKesson and critical vendors motion (.6); call with debtor's advisors to go over financial projections and further discuss transition process (.7). | 1.30 | 1,293.50 |
| 07/31/26 | L. Macksoud | B110 | A107 | Call with Debtor and PCO's counsel regarding recent report. | 0.30 | 298.50 |
| 07/31/26 | H. Thomas | B110 | A106 | Call with client to discuss sale process and other developments. | 0.50 | 325.00 |
| **Task Total** | B110 - Case Administration | | | | **30.60** | **$28,825.50** |

**Task Code:** B130 - Asset Disposition

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/07/26 | H. Thomas | B130 | A108 | Call with L. Macksoud and FTI to discuss sale process timeline. | 0.40 | 260.00 |
| 07/09/26 | H. Thomas | B130 | A108 | Call with Dentons and FTI teams regarding LOIs and sale process. | 0.40 | 260.00 |
| 07/31/26 | L. Macksoud | B130 | A104 | Review internal investigation report and proposed settlement agreement with hospital and DOJ (.7); draft email to J. Valentino re same (.1) | 0.80 | 796.00 |
| **Task Total** | B130 - Asset Disposition | | | | **1.60** | **$1,316.00** |

**Task Code:** B150 - Meetings of and Communications with Creditors

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/10/26 | L. Macksoud | B150 | A101 | Review and comment on draft committee update in advance of committee call (.3); participate in weekly committee call (.7). | 1.00 | 995.00 |

DENTONS

| | | | |
|---|---|---|---|
| Client: North Star Health Alliance Creditor Committee | | Invoice Date: | August 14, 2026 |
| Matter: 15819257-000001 | | INVOICE #: | 5001-1097978 |

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/30/26 | L. Macksoud | B150 | A104 | Review and comment on draft committee update (.2); confer with K. Smith re same (.1); further confer with A. Helman re follow up with US Trustee's office and in further preparation for tomorrow's committee call (.2). | 0.50 | 497.50 |
| 07/31/26 | L. Macksoud | B150 | A109 | Participate in weekly committee meeting. | 0.50 | 497.50 |
| **Task Total** | B150 - Meetings of and Communications with Creditors | | | | **2.00** | **$1,990.00** |

**Task Code:** B160 - Fee/Employment Applications

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/14/26 | L. Macksoud | B160 | A103 | Review and comment on draft fee application (1.0); confer with D. Boydston re same (.2). | 1.20 | 1,194.00 |
| 07/20/26 | L. Macksoud | B160 | A104 | Review fee application (.8); and confer with working group re same (.4). | 1.20 | 1,194.00 |
| 07/22/26 | L. Macksoud | B160 | A107 | Confer with debtor's counsel, US Trustee and working group regarding interim comp procedures and time lines for fee applications. | 0.30 | 298.50 |
| 07/29/26 | L. Macksoud | B160 | A103 | Review and comment on draft fee applications for Dentons and FTI (1.7); confer with D. Boydston re same (.3). | 2.00 | 1,990.00 |
| **Task Total** | B160 - Fee/Employment Applications | | | | **4.70** | **$4,676.50** |

**Task Code:** B185 - Assumption/Rejection of Leases and Contracts

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/15/26 | L. Macksoud | B185 | A109 | Confer with A. Helman re hearing preparation and questions from committee members regarding program closures (.4); participate in hearing on executory contract rejections (.4). | 0.80 | 796.00 |

DENTONS

| Client: North Star Health Alliance Creditor Committee | Invoice Date: | August 14, 2026 |
|---|---|---|
| Matter: 15819257-000001 | INVOICE #: | 5001-1097978 |

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| **Task Total** | B185 - Assumption/Rejection of Leases and Contracts | | | | **0.80** | **$796.00** |

**Task Code:** B190 - Other Contested Matters (excl. assumption/rejection motions)

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/28/26 | H. Thomas | B190 | A102 | Research into precedent regarding patient care ombudsman duties and correspondence with A. Helman and Debtors' counsel regarding same. | 0.30 | 195.00 |
| **Task Total** | B190 - Other Contested Matters (excl. assumption/rejection motions) | | | | **0.30** | **$195.00** |

**Task Code:** B230 - Financing/Cash Collections

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/06/26 | L. Macksoud | B230 | A107 | Emails with the debtor's counsel to discuss resolution of VAPAP issue and notice of consent (.3); review debtors' counsel's comments on protective order (4); draft further revisions to same (.3) and draft email to counsel re same (.2); draft email update to committee with same (.2); call with FTI to discuss open case issues (.3). | 1.70 | 1,691.50 |
| **Task Total** | B230 - Financing/Cash Collections | | | | **1.70** | **$1,691.50** |

**Task Code:** B300 - Claims and Plan

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/07/26 | H. Thomas | B300 | A104 | Review bar date motion and provide summary of same to L. Macksoud. | 0.40 | 260.00 |
| **Task Total** | B300 - Claims and Plan | | | | **0.40** | **$260.00** |

**Task Code:** B400 - Bankruptcy-Related Advice

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|

DENTONS

| | | | |
|---|---|---|---|
| Client: North Star Health Alliance Creditor Committee | | Invoice Date: | August 14, 2026 |
| Matter: 15819257-000001 | | INVOICE #: | 5001-1097978 |

| Date | Name | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/08/26 | L. Macksoud | B400 | A103 | Provide comments to debtor on form of bar date motion, order and notice (.4); review redacted LOIs provided by Debtor (1.4); confer with K. Smith regarding execution of exhibit A and update to committee re same (.2). | 2.00 | 1,990.00 |
| 07/29/26 | L. Macksoud | B400 | A104 | Confer with FTI to review case budgets. | 0.80 | 796.00 |
| **Task Total** | B400 - Bankruptcy-Related Advice | | | | **2.80** | **$2,786.00** |

## Timekeeper Summary:

| Name | Hours | Rate | Amount |
|---|---|---|---|
| H. Thomas | 6.20 | 650.00 | 4,030.00 |
| L. Macksoud | 38.70 | 995.00 | 38,506.50 |
| **Total** | **44.90** | | **42,536.50** |

## Task Summary:

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 30.60 | 28,825.50 |
| B130 | Asset Disposition | 1.60 | 1,316.00 |
| B150 | Meetings of and Communications with Creditors | 2.00 | 1,990.00 |
| B160 | Fee/Employment Applications | 4.70 | 4,676.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.80 | 796.00 |
| B190 | Other Contested Matters (excl. assumption/rejection motions) | 0.30 | 195.00 |
| B230 | Financing/Cash Collections | 1.70 | 1,691.50 |
| B300 | Claims and Plan | 0.40 | 260.00 |
| B400 | Bankruptcy-Related Advice | 2.80 | 2,786.00 |
| **Total** | | **44.90** | **$42,536.50** |

| | |
|---|---|
| Fees | 42,536.50 |
| **Total Due This Invoice** | **$42,536.50** |

DENTONS

Dentons US LLP
1221 Avenue of the Americas
New York City, NY 10020

Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland, ME 04101

**INVOICE #:** **5001-1097978**
Invoice Date: August 14, 2026

**Statement of Account**

According to our records, as of August 14, 2026, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 04/29/26 | 5001-1068579 | 67,655.00 | (54,184.00) | $13,471.00 |
| 05/20/26 | 5001-1075973 | 35,327.29 | (28,702.79) | $6,624.50 |
| 06/12/26 | 5001-1081949 | 73,417.50 | (58,734.00) | $14,683.50 |
| 07/14/26 | 5001-1089837 | 54,182.00 | (43,345.60) | $10,836.40 |
| 08/14/26 | 5001-1097978 | 42,536.50 | 0.00 | $42,536.50 |
| **Total Outstanding Invoices** | | | | **$88,151.90** |