**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30788 |
| | : | Case No. 26-30799 |
| | : | Case No. 26-60100 |

**CERTIFICATE OF SERVICE**

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2. On the 19th day of August, 2026, I electronically filed for Janice B. Grubin the following documents:

- Monthly Fee Statement of Barclay Damon LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors and Debtors-In-Possession for the Period July 1-31, 2026 [Docket No. 552];

- Monthly Fee Statement of Verrill Dana, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Conflicts Counsel for the Debtors and Debtors-In-Possession for the Period From July 1, 2026 Through and Including July 31, 2026 [Docket No. 553]; and

- Monthly Fee Statement of Bousquet Holstein PLLC for Compensation for Services Rendered and Reimbursements of Expenses as Special Corporate Counsel for the Period July 1, 2026 – July 31, 2026 [Docket No. 554]; and

using the CM/ECF system for the United States Bankruptcy Court for the Northern District of New York, which system sent notification to the parties set forth on the attached **Service List**.

3. On the 19th day of August, 2026, I served the documents set forth in paragraph 2 above [Docket Nos. 552, 553, and 554] upon:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

Andrew Manzer at amanzer@nshany.org
Janice B. Grubin at JGrubin@barclaydamon.com
Lauren M. Macksoud at lauren.macksoud@dentons.com
Andrew C. Helman, Esq. at andrew.helman@dentons.com
Erin P. Champion, AUST at erin.champion@usdoj.gov

via electronic mail by emailing copies of same to the designated email addresses of the parties at 12:21 p.m. on that day.

4. On the 20th day of August, 2026, I electronically filed for Janice B. Grubin the *Monthly Fee Statement of Accordion Partners, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial and Restructuring Advisory for the Period June 29, 2026 Through July 31, 2026* [Docket No. 555] using the CM/ECF system for the United States Bankruptcy Court for the Northern District of New York, which system sent notification to the parties set forth on the attached **Service List**.

5. On the 20th day of August, 2026, I served the *Monthly Fee Statement of Accordion Partners, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial and Restructuring Advisory for the Period June 29, 2026 Through July 31, 2026* [Docket No. 555] upon:

Andrew Manzer at amanzer@nshany.org
Janice B. Grubin at JGrubin@barclaydamon.com
Lauren M. Macksoud at lauren.macksoud@dentons.com
Andrew C. Helman, Esq. at andrew.helman@dentons.com
Erin P. Champion, AUST at erin.champion@usdoj.gov

via electronic mail by emailing copies of same to the designated email addresses of the parties at 11:38 a.m. on that day.

Dated: August 25, 2026
Syracuse, New York

*/s/Audrey A. Vrooman*
AUDREY A. VROOMAN

# SERVICE LIST

- **Jessica Isa Apter** on behalf of Creditor 1199SEIU United Healthcare Workers East - japter@levyratner.com
- **Michael Baird** on behalf of Creditor Pension Benefit Guaranty Corporation - baird.michael@pbgc.gov, efile@pbgc.gov
- **Ryan James Barbur** on behalf of Creditor 1199SEIU United Healthcare Workers East - rbarbur@levyratner.com
- **David K. Boydstun, Jr** on behalf of Creditor Committee Official Committee of Unsecured Creditors - david.boydstun@dentons.com
- **Curtis Campbell** on behalf of Creditor Imperium Data Networks, LLC - ccampbell@jimersonfirm.com
- **Erin Champion** on behalf of U.S. Trustee U.S. Trustee - USTPRegion02.UT.ECF@usdoj.gov
- **Roger A. Clement, Jr** on behalf of Debtors - rclement@verrilldana.com, crubin@verrill-law.com; astewart@verrill-law.com
- **Alexandra Lee Condon** on behalf of Creditor Connect America d/b/a Lifeline Systems Company and Medical Alert - alc@ccf-law.com, kac@ccf-law.com; jwoodward@ccf-law.com; hmackay@ccf-law.com; bwisneski@ccf-law.com
- **Paula De Felice** on behalf of Creditor Pension Benefit Guaranty Corporation - defelicealejandro.paula@pbgc.gov
- **Jeffrey A. Dove** on behalf of Debtors - jdove@barclaydamon.com, avrooman@barclaydamon.com, jeffrey-dove-1212@ecf.pacerpro.com
- **Howard M Ehrenberg, I** on behalf of Creditor Westways Staffing Services, Inc. - howard.ehrenberg@gmlaw.com
- **Jeffrey K. Garfinkle** on behalf of Creditor McKesson Corporation - jgarfinkle@buchalter.com
- **Brett D Goodman** on behalf of Creditor Jorie Healthcare Partners, LLC - bgoodman@polsinelli.com, nydocketing@polsinelli.com;adminsupport@polsinelli.com
- **Janice Grubin** on behalf of Debtors - jgrubin@barclaydamon.com, janice-grubin-9949@ecf.pacerpro.com; docketing@barclaydamon.com; avrooman@barclaydamon.com
- **Cynthia L. Hegarty** on behalf of Creditor First Financial Holdings, LLC - chegarty@winthrop.com
- **Andrew C. Helman** on behalf of Creditor Committee Official Committee of Unsecured Creditors - andrew.helman@dentons.com
- **Nathaniel Richard Hull** on behalf of Debtor North Star Health Alliance, Inc. - nhull@verrill-law.com
- **Wojciech F. Jung** on behalf of Creditor PeriGen, Inc. - wojciech.jung@wbd-us.com
- **Robert J Keach** on behalf of Debtors - rkeach@verrill-law.com, acummings@verrill-law.com; astewart@verrill-law.com
- **Lauren Kiss** on behalf of Creditor ARHC NCWTNNY01, LLC - lkiss@klestadt.com
- **Mikal J Krueger** on behalf of Creditor Syracuse Biomedical Services, LLC - mkrueger@mccmlaw.com, kruegermr74613@notify.bestcase.com; mkrueger@mccmlaw.com; krueger.mikalj.b122256@notify.bestcase.com; dalchowiak@mccmlaw.com
- **Paul A. Levine** on behalf of Creditor Chart Risk Retention Group - plevine@lemerygreisler.com, phartl@lemerygreisler.com
- **Merritt S. Locke** on behalf of Interested Party LC Real Estate Properties, LLC - mlocke@saunderskahler.com, terri@saunderskahler.com
- **David D. Macknight** on behalf of Respondents Brandon Bowline and William R. Fipps - dmacknight@lacykatzen.com, ecarr@lacykatzen.com
- **Lauren M. Macksoud** on behalf of Creditor Committee Official Committee of Unsecured Creditors lauren.macksoud@dentons.com
- **Ilan Markus** on behalf of Debtors - imarkus@barclaydamon.com
- **Phillip Martin** on behalf of Creditor ARHC NCWTNNY01, LLC - pmartin@fmdlegal.com
- **Langston David McFadden** on behalf of Creditor Community Computer Service, Inc. d/b/a Medent - LMcFadden@lawpf.com, sclancy@lawpf.com
- **Lindsay Zahradka Milne** on behalf of Debtor North Star Health Alliance, Inc. - lmilne@verrill-law.com, astewart@verrill-law.com; crubin@verrill-law.com; acummings@verrill-law.com; verrill@ecf.courtdrive.com
- **Martin A. Mooney** on behalf of Creditor New York State Department of Health - Martin.Mooney@ag.ny.gov, TJohnson@schillerknapp.com
- **John A Mueller** on behalf of Creditor Dr. Bruce L. Baird, MD, Dr. D. Peter Van Eenenaam, MD, Dr. Howard H. Huang, MD, and Dr. Steven B. Fish, M.D.- jmueller@lippes.com
- **Jennifer Novo** on behalf of Debtor North Star Health Alliance, Inc. - jnovo@verrill-law.com, acummings@verrill-law.com;astewart@verrill-law.com
- **Katie Nownes**, Omni Management, Bosborne@omniagnt.com, katie@omnimgt.com
- **Frank A. Oswald** on behalf of Creditor Ovation Healthcare f/k/a Quorum Health Resources - frankoswald@teamtogut.com, dperson@teamtogut.com
- **Mark Pfeiffer** on behalf of Creditor M & T Bank - mark.pfeiffer@bipc.com
- **Scott Raymond Piersall-Leuenberger** on behalf of Creditor University Pathologists Laboratories, LLP - scott@piersall-leuenbergerlaw.com

- **Patrick Pullano** on behalf of Creditor Community Computer Service, Inc. d/b/a Medent ppullano@lawpf.com
- **Andrew Scott Rivera** on behalf of Creditor Northern Credit Union - arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com; CourtMail@bsk.com
- **Robert M Schechter** on behalf of Health Care Ombudsman Suzanne Koenig - rmschechter@pbnlaw.com
- **Richard M. Schlaifer** on behalf of Creditor Pennsylvania Manufacturers Association Insurance Company and PMA Management Corp. - rschlaifer@earpcohn.com
- **Christopher P. Schueller** on behalf of Creditor M & T Bank - christopher.schueller@bipc.com, donna.curcio@bipc.com; timothy.palmer@bipc.com; eservice@bipc.com
- **Stephen Segal** on behalf of Debtors – ssegal@verrilllaw.com
- **Richard Seltzer** on behalf of Creditor New York State Nurses Association - rseltzer@cwsny.com
- **Kevin Seney** on behalf of Creditor 1199SEIU United Healthcare Workers East - kseney@levyratner.com
- **Kyle D Smith** on behalf of Creditor Committee Official Committee of Unsecured Creditors - kyle.d.smith@dentons.com
- **Matthew Edward Stolz** on behalf of Creditor New York State Nurses Association - mstolz@cwsny.com
- **Charles J. Sullivan** on behalf of Creditor Northern Credit Union - csullivan@bsk.com, kdoner@bsk.com; jhunold@bsk.com; CourtMail@bsk.com
- **Marc N. Swanson** on behalf of Creditor Varian Medical Systems, Inc. - swansonm@millercanfield.com
- **David Tan, I** on behalf of Accountant Bonadio & Co., LLP – dtang@underbergkessler.com, ,soeffing@underbergkessler.com
- **U.S. Trustee** - USTPRegion02.UT.ECF@usdoj.gov
- **Grayson T Walter** on behalf of Creditor Northern Credit Union - gwalter@bsk.com, kdoner@bsk.com; CourtMail@bsk.com
- **Matthew Michael Zapala** on behalf of Creditor 6 S. Broad Street LLC – mzapala@woh.com, spaulsen@woh.com