**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENTS OF OMNI AGENT SOLUTIONS, INC., AS ADMINISTRATIVE AGENT FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2026 THROUGH AND INCLUDING APRIL 30, 2026**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 438] (the "Interim Compensation Order")[2], the undersigned hereby certifies that on August 7, 2026 Barclay Damon LLP filed the *Monthly Fee Statement of Omni Agent Solutions, Inc., as Administrative Agent for the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period From April 1, 2026 Through and Including April 30, 2026* [Docket No. 533] and the *Monthly Fee Statement of Omni Agent Solutions, Inc., as Administrative Agent for the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period From May 1, 2026*

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

*Through and Including May 31, 2026* [Docket No. 534] (the "Monthly Fee Statements") and no objections to the Monthly Fee Statements have been filed.

Accordingly, pursuant to the Interim Compensation Order, Debtors are authorized to pay on an interim basis eighty percent (80%) of Omni Agent Solutions, Inc.'s fees and one hundred percent (100%) of Omni Agent Solutions, Inc.'s expenses, as reflected in the Monthly Fee Statements.

Dated: August 25, 2026
New York, New York

**BARCLAY DAMON LLP**
*Counsel for Debtors and Debtors-In-Possession*

By: *___/s/Janice B. Grubin___________*
Janice B. Grubin
Ilan Markus (admitted *pro hac vice*)
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Janice B. Grubin:
(212) 784-5808; jgrubin@barclaydamon.com
Ilan Markus:
(203) 672-2661; imarkus@barclaydamon.com