**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NORTH STAR HEALTH ALLIANCE, INC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-60099-5-wak<br>Main Case<br>Jointly Administered<br>Case No. 26-30078<br>Case No. 26-30079<br>Case No. 26-60100 |

**NOTICE OF PATIENT CARE OMBUDSMAN'S THIRD REPORT**

**PLEASE TAKE NOTICE** that Suzanne Koenig, the patient care ombudsman ("Ombudsman") appointed by the United States Trustee pursuant to an order of the Court entered in the above-captioned bankruptcy cases [D.I. 139], will be filing a written Ombudsman Report (the "Report") before 11:59 p.m. (EST) on **September 8, 2026** in the United States Bankruptcy Court for the Northern District of New York.

If you would like a copy of the Report or require additional information, please contact:

Robert M. Schechter, Esq.
Porzio, Bromberg & Newman, P.C.
1675 Broadway, Suite 1810
New York, New York 10019-3800
Telephone: (212) 265-6888
Facsimile: (973) 538-5146
Email: rmschechter@pbnlaw.com

Kelly D. Curtin, Esq.
Porzio, Bromberg & Newman, P.C.
1675 Broadway, Suite 1810
New York, New York 10019-3800
Telephone: (212) 265-6888
Facsimile: (973) 538-5146
Email: kdcurtin@pbnlaw.com

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**PORZIO, BROMBERG & NEWMAN, P.C.**

Dated: August 25, 2026

By: *Robert M. Schechter*

Robert M. Schechter, Esq.
Kelly D. Curtin, Esq.
1675 Broadway, Suite 1810
New York, New York 10019-3800
Telephone: (212) 265-6888
Facsimile: (973) 538-5146
Email: rmschechter@pbnlaw.com
kdcurtin@pbnlaw.com

*Counsel for the Patient Care Ombudsman*