**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

**CERTIFICATE OF SERVICE**

I, David K. Boydstun, Jr., hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. On August 17, 2026, I electronically filed the *Monthly Fee Statement of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From July 1, 2026, Through July 31, 2026* [Docket No. 550] (the "FTI Fee Statement") using the CM/ECF system for the United States Bankruptcy Court for the Northern District of New York.

2. Also on August 17, 2026, I served the FTI Fee Statement via email on the following Notice Parties pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 438] (the "Interim Compensation Order"):

i. Andrew Manzer at amanzer@nshany.org
ii. Janice B. Grubin at JGrubin@barclaydamon.com
iii. Erin P. Champion, AUST at erin.champion@usdoj.gov

3. On August 20, 2026, I electronically filed the *Monthly Fee Statement of Dentons for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured*

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

*Creditors for the Period of July 1, 2026, Through July 31, 2026* [Docket No. 564] (the "Dentons Fee Statement") using the CM/ECF system for the United States Bankruptcy Court for the Northern District of New York.

4. Also on August 20, 2026, I served the Dentons Fee Statement via email on the following Notice Parties pursuant to the Interim Compensation Order:

i. Andrew Manzer at amanzer@nshany.org
ii. Janice B. Grubin at JGrubin@barclaydamon.com
iii. Erin P. Champion, AUST at erin.champion@usdoj.gov

Dated: August 25, 2026

Respectfully submitted,

*/s/ David K. Boydstun, Jr.*

David K. (D.K.) Boydstun, Jr. (Admitted Pro Hac Vice)
**DENTONS BINGHAM GREENEBAUM, LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 589-4200
Email: david.boydstun@dentons.com

Andrew C. Helman (Admitted Pro Hac Vice)
Kyle D. Smith (Admitted Pro Hac Vice)
**DENTONS BINGHAM GREENEBAUM, LLP**
One City Center
Suite 11100
Portland, ME 04101-6420
Telephone: (207) 810-4955
Email: andrew.helman@dentons.com
kyle.d.smith@dentons.com

Lauren M. Macksoud
Henry Thomas
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-5347
Facsimile: (212) 768-6800
Email: lauren.macksoud@dentons.com
henry.thomas@dentons.com

*Counsel to the Official Committee of Unsecured Creditors*