**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al,*[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

# REPORT RECONCILING ACTUAL PERFORMANCE TO AUTHORIZED BUDGET FOR THE WEEK ENDING AUGUST 21, 2026

**Related to**

**Debtor's Motion for Interim and Final Orders Authorizing Use of Cash Collateral [Main Case Docket No. 13] and Final Order Authorizing Use of Cash Collateral dated June 24, 2026 [Main Case Docket No. 415]**

1 The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**CONSOLIDATING CASH FLOW**
Week Ending 8/21/2026 Variance
**Authorized Use Budget (6/19 - 9/11)**

| | Carthage Area Hospital | | | | Claxton Hepburn Medical Center | | | |
|---|---|---|---|---|---|---|---|---|
| | WE 8/21/2026 | | | | WE 8/21/2026 | | | |
| | Budget | Actual | Var | Var% | Budget | Actual | Var | Var% |
| **Cash Collections** | | | | | | | | |
| Operating Collections | | | | | | | | |
| Net Patient Service Collections | 2,585,258 | 2,587,180 | 1,922 | 0% | 141,742 | 14,096 | (127,646) | -90% |
| Other Recurring Operating Revenue | - | 3,181,853 | 3,181,853 | 0% | - | - | - | 0% |
| Revenue Cycle Enhancements | - | - | - | 0% | - | - | - | 0% |
| Total Operating Collections | 2,585,258 | 5,769,033 | 3,183,775 | 123% | 141,742 | 14,096 | (127,646) | -90% |
| Non-Operating Collections | | | | | | | | |
| Non-Operating Collections | - | - | - | 0% | - | - | - | 0% |
| Total Non-Operating Collections | - | - | - | 0% | - | - | - | 0% |
| **Total Cash Collections** | **2,585,258** | **5,769,033** | **3,183,775** | **123%** | **141,742** | **14,096** | **(127,646)** | **-90%** |
| **Disbursements** | | | | | | | | |
| People Costs | | | | | | | | |
| Salaries & Wages | (2,585,800) | (2,194,939) | 390,861 | 15% | (1,939,350) | (1,597,879) | 341,471 | 18% |
| Payroll Taxes | (214,200) | (143,652) | 70,549 | 33% | (160,650) | (115,768) | 44,882 | 28% |
| Fringe Benefits | (385,900) | (199,255) | 186,645 | 48% | (290,788) | (159,086) | 131,702 | 45% |
| Total People Costs | (3,185,900) | (2,537,845) | 648,055 | 20% | (2,390,788) | (1,872,733) | 518,055 | 22% |
| Physician Fees | (18,000) | (283,877) | (265,877) | -1477% | - | (23,983) | (23,983) | 0% |
| Purchased Services | (31,750) | (200,748) | (168,998) | -532% | (192,000) | (145,060) | 46,940 | 24% |
| Medical Supplies | (120,000) | (134,212) | (14,212) | -12% | (7,000) | (1,326) | 5,674 | 81% |
| Pharmacy Supplies | (285,000) | (313,542) | (28,542) | -10% | - | - | - | 0% |
| Ordinary Course Professionals | - | - | - | 0% | - | - | - | 0% |
| Insurance | - | (3,284) | (3,284) | 0% | - | - | - | 0% |
| Leases & Rent | (33,771) | (129,396) | (95,625) | -283% | - | (3,618) | (3,618) | 0% |
| Utilities | (6,000) | (86,782) | (80,782) | -1346% | - | 3,975 | 3,975 | 0% |
| AP Payable - Post-Petition | (110,000) | - | 110,000 | 100% | (10,000) | (60,000) | (50,000) | -500% |
| Other Operating Expenses | (26,100) | (42,321) | (16,221) | -62% | (24,750) | (8,586) | 16,164 | 65% |
| **Total Operating Disbursements** | (3,816,521) | (3,732,006) | 84,515 | 2% | (2,624,538) | (2,111,331) | 513,207 | 20% |
| **Operating Cash Flow** | (1,231,263) | 2,037,027 | 3,268,290 | 265% | (2,482,796) | (2,097,235) | 385,561 | -16% |
| **Non-Operating Activity** | | | | | | | | |
| Net Intercompany Transfers (Debtor) | (2,015,000) | (2,450,000) | (435,000) | -22% | 2,087,095 | 2,450,000 | 362,905 | 17% |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Debtor Professionals | (245,000) | (245,000) | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Committee Professionals | (52,500) | (52,500) | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - PCO Professionals | (20,000) | (20,000) | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Administration | (51,250) | (51,250) | - | 0% | - | - | - | 0% |
| Loans / Debt Principal Payments | - | - | - | 0% | - | - | - | 0% |
| Capital Purchases | - | - | - | 0% | - | - | - | 0% |
| Restructuring Initiatives - Cost Savings | - | - | - | 0% | - | - | - | 0% |
| **NYS DOH Funding** | - | - | - | 0% | - | - | - | 0% |
| **Net Cash Flow** | (3,615,013) | (781,723) | 2,833,290 | 78% | (395,701) | 352,765 | 748,466 | 189% |
| **Balance - Beg. of Period** | **5,543,065** | **5,804,798** | **261,733** | **5%** | **(4,429,576)** | **273,654** | **4,703,230** | **106%** |
| DIP Funding | - | - | - | **0%** | - | - | - | **0%** |
| **Balance - End of Period** | **1,928,052** | **5,023,075** | **3,095,023** | **161%** | **(4,825,277)** | **626,419** | **5,451,696** | **113%** |

| | Meadowbrook | | | | NSHA | | | |
|---|---|---|---|---|---|---|---|---|
| | WE 8/21/2026 | | | | WE 8/21/2026 | | | |
| | Budget | Actual | Var | Var% | Budget | Actual | Var | Var% |
| **Cash Collections** | | | | | | | | |
| Operating Collections | | | | | | | | |
| Net Patient Service Collections | 42,683 | 41,838 | (845) | -2% | - | - | - | 0% |
| Other Recurring Operating Revenue | - | - | - | 0% | - | - | - | 0% |
| Revenue Cycle Enhancements | - | - | - | 0% | - | - | - | 0% |
| Total Operating Collections | 42,683 | 41,838 | (845) | -2% | - | - | - | 0% |
| Non-Operating Collections | | | | | | | | |
| Non-Operating Collections | - | - | - | 0% | - | - | - | 0% |
| Total Non-Operating Collections | - | - | - | 0% | - | - | - | 0% |
| **Total Cash Collections** | **42,683** | **41,838** | **(845)** | **-2%** | **-** | **-** | **-** | **0%** |
| **Disbursements** | | | | | | | | |
| People Costs | | | | | | | | |
| Salaries & Wages | - | - | - | 0% | (11,146) | (12,781) | (1,635) | -15% |
| Payroll Taxes | - | - | - | 0% | (3,157) | (3,786) | (629) | -20% |
| Fringe Benefits | - | - | - | 0% | (695) | (517) | 178 | 26% |
| Total People Costs | - | - | - | 0% | (14,998) | (17,084) | (2,086) | -14% |
| Physician Fees | - | - | - | 0% | - | - | - | 0% |
| Purchased Services | - | - | - | 0% | - | - | - | 0% |
| Medical Supplies | - | - | - | 0% | - | - | - | 0% |
| Pharmacy Supplies | - | - | - | 0% | - | - | - | 0% |
| Ordinary Course Professionals | - | - | - | 0% | - | - | - | 0% |
| Insurance | - | - | - | 0% | - | - | - | 0% |
| Leases & Rent | - | - | - | 0% | - | - | - | 0% |
| Utilities | - | 8,345 | 8,345 | 0% | - | - | - | 0% |
| AP Payable - Post-Petition | - | - | - | 0% | - | - | - | 0% |
| Other Operating Expenses | - | - | - | 0% | - | - | - | 0% |
| **Total Operating Disbursements** | - | 8,345 | 8,345 | 0% | (14,998) | (17,084) | (2,086) | -14% |
| **Operating Cash Flow** | 42,683 | 50,182 | 7,499 | 18% | (14,998) | (17,084) | (2,086) | 14% |
| **Non-Operating Activity** | | | | | | | | |
| Net Intercompany Transfers (Debtor) | (87,095) | - | 87,095 | 100% | 15,000 | - | (15,000) | -100% |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Debtor Professionals | - | - | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Committee Professionals | - | - | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - PCO Professionals | - | - | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Administration | - | - | - | 0% | - | - | - | 0% |
| Loans / Debt Principal Payments | - | - | - | 0% | - | - | - | 0% |
| Capital Purchases | - | - | - | 0% | - | - | - | 0% |
| Restructuring Initiatives - Cost Savings | - | - | - | 0% | - | - | - | 0% |
| **NYS DOH Funding** | - | - | - | 0% | - | - | - | 0% |
| **Net Cash Flow** | (44,412) | 50,182 | 94,594 | 213% | 2 | (17,084) | (17,086) | -1054670% |
| **Balance - Beg. of Period** | **326,813** | **374,606** | **47,793** | **15%** | **18,439** | **31,718** | **13,280** | **72%** |
| DIP Funding | - | - | - | **0%** | - | - | - | **0%** |
| **Balance - End of Period** | **282,401** | **424,788** | **142,388** | **50%** | **18,440** | **14,634** | **(3,806)** | **-21%** |

| | Consolidating | | | | Variance Notes |
|---|---|---|---|---|---|
| | WE 8/21/2026 | | | | |
| | Budget | Actual | Var | Var% | |
| **Cash Collections** | | | | | |
| Operating Collections | | | | | |
| Net Patient Service Collections | 2,769,683 | 2,643,114 | (126,569) | -5% | A |
| Other Recurring Operating Revenue | - | 3,181,853 | 3,181,853 | 0% | B |
| Revenue Cycle Enhancements | 312,500 | - | (312,500) | -100% | |
| Total Operating Collections | 3,082,183 | 5,824,967 | 2,742,784 | 89% | |
| Non-Operating Collections | | | | | |
| Non-Operating Collections | - | - | - | 0% | |
| Total Non-Operating Collections | - | - | - | 0% | |
| **Total Cash Collections** | **3,082,183** | **5,824,967** | **2,742,784** | **89%** | |
| **Disbursements** | | | | | |
| People Costs | | | | | |
| Salaries & Wages | (4,536,296) | (3,805,599) | 730,697 | 16% | C |
| Payroll Taxes | (378,007) | (263,206) | 114,802 | 30% | C |
| Fringe Benefits | (677,383) | (358,858) | 318,526 | 47% | D |
| Total People Costs | (5,591,686) | (4,427,662) | 1,164,024 | 21% | |
| Physician Fees | (18,000) | (307,860) | (289,860) | -1610% | E |
| Purchased Services | (223,750) | (345,807) | (122,057) | -55% | E |
| Medical Supplies | (127,000) | (135,538) | (8,538) | -7% | |
| Pharmacy Supplies | (285,000) | (313,542) | (28,542) | -10% | E |
| Ordinary Course Professionals | - | - | - | 0% | |
| Insurance | - | (3,284) | (3,284) | 0% | |
| Leases & Rent | (33,771) | (133,014) | (99,243) | -294% | F |
| Utilities | (6,000) | (74,462) | (68,462) | -1141% | F |
| AP Payable - Post-Petition | (120,000) | (60,000) | 60,000 | 50% | G |
| Other Operating Expenses | (50,850) | (50,907) | (57) | 0% | |
| **Total Operating Disbursements** | (6,456,057) | (5,852,076) | 603,981 | 9% | |
| **Operating Cash Flow** | (3,373,874) | (27,110) | 3,346,765 | -99% | |
| **Non-Operating Activity** | | | | | |
| Net Intercompany Transfers (Debtor) | - | - | - | 0% | |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% | |
| Bankruptcy Fees - Debtor Professionals | (245,000) | (245,000) | - | 0% | |
| Bankruptcy Fees - Committee Professionals | (52,500) | (52,500) | - | 0% | |
| Bankruptcy Fees - PCO Professionals | (20,000) | (20,000) | - | 0% | |
| Bankruptcy Fees - Administration | (51,250) | (51,250) | - | 0% | |
| Loans / Debt Principal Payments | - | - | - | 0% | |
| Capital Purchases | - | - | - | 0% | |
| Restructuring Initiatives - Cost Savings | 994,735 | - | (994,735) | -100% | C |
| **NYS DOH Funding** | - | - | - | 0% | |
| **Net Cash Flow** | (2,747,889) | (395,860) | 2,352,030 | 86% | |
| **Balance - Beg. of Period** | **5,710,689** | **6,484,775** | **774,087** | **14%** | |
| DIP Funding | - | - | - | **0%** | |
| **Balance - End of Period** | **2,962,799** | **6,088,916** | **3,126,116** | **106%** | |

**Variance Notes:**
A: **Timing** - Variance due to timing of collections, which continues to be impacted by provider claims placed on hold. Collections are expected to normalize over the coming weeks as claims are released.
B: **Permanent** - Variance due to receipt of DPT funds.
C: **Permanent** - Offsetting variances due to realized cost savings captured in salaries & wages as a result of implementation of restructuring initiatives.
D: **Permanent / Timing** - Variance driven by combination of permanent cost savings ($55k) and timing of payments ($265k), expected to be paid week ending 9/4.
E: **Permanent** - Variance driven by increased vendor spend, including additional physicians and vaccine purchases.
F: **Timing** - Variance due to timing of payments, reversing prior favorable variances.
G: **Timing** - Variance due to timing of payments, expected to be paid in coming weeks.

**General Assumptions:**
1. The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.
2. Budget contemplates reserve for Bankruptcy professional expense which will be paid pursuant to Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees, filed July 2, 2026 [Docket 438].