**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30788 |
| | : | Case No. 26-30799 |
| | : | Case No. 26-60100 |

**CERTIFICATE OF SERVICE**

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for the Debtors and Debtors-in-Possession in the above-captioned bankruptcy cases.

2. On the 26th day of August, 2026, I electronically filed for Ilan Markus the *Notice of* and *Debtors' Fifth Motion for Entry of Authorizing Debtors to Reject Certain Executory Contracts* [Docket Nos. 573 and 572, respectively] using the CM/ECF system for the United States Bankruptcy Court for the Northern District of New York, which system sent notification to the parties set forth on the attached **Service List A**.

3. On the 26th day of August, 2026, I served the *Notice of* and *Debtors' Fifth Motion for Entry of Authorizing Debtors to Reject Certain Executory Contracts* [Docket Nos. 573 and 572, respectively] upon the parties set forth on the attached **Service List B** via electronic mail by emailing copies of same to the designated email addresses of the parties at 12:21 p.m. (EST) on that day.

4. On the 26th day of August, 2026, I caused to be served the *Notice of* and *Debtors' Fifth Motion for Entry of Authorizing Debtors to Reject Certain Executory Contracts* [Docket Nos. 573 and 572, respectively] upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed postage prepaid envelopes in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated: August 26, 2026
Syracuse, New York

*/s/Audrey A. Vrooman*
AUDREY A. VROOMAN

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

# SERVICE LIST A

- **Jessica Isa Apter** on behalf of Creditor 1199SEIU United Healthcare Workers East - japter@levyratner.com
- **Michael Baird** on behalf of Creditor Pension Benefit Guaranty Corporation - baird.michael@pbgc.gov, efile@pbgc.gov
- **Ryan James Barbur** on behalf of Creditor 1199SEIU United Healthcare Workers East - rbarbur@levyratner.com
- **David K. Boydstun, Jr** on behalf of Creditor Committee Official Committee of Unsecured Creditors - david.boydstun@dentons.com
- **Curtis Campbell** on behalf of Creditor Imperium Data Networks, LLC - ccampbell@jimersonfirm.com
- **Erin Champion** on behalf of U.S. Trustee U.S. Trustee - USTPRegion02.UT.ECF@usdoj.gov
- **Roger A. Clement, Jr** on behalf of Debtors - rclement@verrilldana.com, crubin@verrill-law.com; astewart@verrill-law.com
- **Alexandra Lee Condon** on behalf of Creditor Connect America d/b/a Lifeline Systems Company and Medical Alert - alc@ccf-law.com, kac@ccf-law.com; jwoodward@ccf-law.com; hmackay@ccf-law.com; bwisneski@ccf-law.com
- **Paula De Felice** on behalf of Creditor Pension Benefit Guaranty Corporation - defelicealejandro.paula@pbgc.gov
- **Jeffrey A. Dove** on behalf of Debtors - jdove@barclaydamon.com, avrooman@barclaydamon.com, jeffrey-dove-1212@ecf.pacerpro.com
- **Christian H. Dribusch** on behalf of Creditor New York State Department of Health - cdribusch@chd-law.com, TheDribuschLawFirm@jubileebk.net
- **Howard M Ehrenberg, I** on behalf of Creditor Westways Staffing Services, Inc. - howard.ehrenberg@gmlaw.com
- **Jeffrey K. Garfinkle** on behalf of Creditor McKesson Corporation - jgarfinkle@buchalter.com
- **Brett D Goodman** on behalf of Creditor Jorie Healthcare Partners, LLC - bgoodman@polsinelli.com, nydocketing@polsinelli.com;adminsupport@polsinelli.com
- **Janice Grubin** on behalf of Debtors - jgrubin@barclaydamon.com, janice-grubin-9949@ecf.pacerpro.com; docketing@barclaydamon.com; avrooman@barclaydamon.com
- **Cynthia L. Hegarty** on behalf of Creditor First Financial Holdings, LLC - chegarty@winthrop.com
- **Andrew C. Helman** on behalf of Creditor Committee Official Committee of Unsecured Creditors - andrew.helman@dentons.com
- **Nathaniel Richard Hull** on behalf of Debtor North Star Health Alliance, Inc. - nhull@verrill-law.com
- **Wojciech F. Jung** on behalf of Creditor PeriGen, Inc. - wojciech.jung@wbd-us.com
- **Robert J Keach** on behalf of Debtors - rkeach@verrill-law.com, acummings@verrill-law.com; astewart@verrill-law.com
- **Lauren Kiss** on behalf of Creditor ARHC NCWTNNY01, LLC - lkiss@klestadt.com
- **Mikal J Krueger** on behalf of Creditor Syracuse Biomedical Services, LLC - mkrueger@mccmlaw.com, kruegermr74613@notify.bestcase.com; mkrueger@mccmlaw.com; krueger.mikalj.b122256@notify.bestcase.com; dalchowiak@mccmlaw.com
- **Paul A. Levine** on behalf of Creditor Chart Risk Retention Group - plevine@lemerygreisler.com, phartl@lemerygreisler.com
- **Merritt S. Locke** on behalf of Interested Party LC Real Estate Properties, LLC - mlocke@saunderskahler.com, terri@saunderskahler.com
- **David D. Macknight** on behalf of Respondents Brandon Bowline and William R. Fipps - dmacknight@lacykatzen.com, ecarr@lacykatzen.com
- **Lauren M. Macksoud** on behalf of Creditor Committee Official Committee of Unsecured Creditors lauren.macksoud@dentons.com
- **Ilan Markus** on behalf of Debtors - imarkus@barclaydamon.com
- **Phillip Martin** on behalf of Creditor ARHC NCWTNNY01, LLC - pmartin@fmdlegal.com
- **Langston David McFadden** on behalf of Creditor Community Computer Service, Inc. d/b/a Medent - LMcFadden@lawpf.com, sclancy@lawpf.com
- **Lindsay Zahradka Milne** on behalf of Debtor North Star Health Alliance, Inc. - lmilne@verrill-law.com, astewart@verrill-law.com; crubin@verrill-law.com; acummings@verrill-law.com; verrill@ecf.courtdrive.com
- **Martin A. Mooney** on behalf of Creditor New York State Department of Health - Martin.Mooney@ag.ny.gov, TJohnson@schillerknapp.com
- **John A Mueller** on behalf of Creditor Dr. Bruce L. Baird, MD, Dr. D. Peter Van Eenenaam, MD, Dr. Howard H. Huang, MD, and Dr. Steven B. Fish, M.D.- jmueller@lippes.com
- **Jennifer Novo** on behalf of Debtor North Star Health Alliance, Inc. - jnovo@verrill-law.com, acummings@verrill-law.com;astewart@verrill-law.com
- **Katie Nownes**, Omni Management, Bosborne@omniagnt.com, katie@omnimgt.com
- **Frank A. Oswald** on behalf of Creditor Ovation Healthcare f/k/a Quorum Health Resources - frankoswald@teamtogut.com, dperson@teamtogut.com
- **Mark Pfeiffer** on behalf of Creditor M & T Bank - mark.pfeiffer@bipc.com

- **Scott Raymond Piersall-Leuenberger** on behalf of Creditor University Pathologists Laboratories, LLP - scott@piersall-leuenbergerlaw.com
- **Patrick Pullano** on behalf of Creditor Community Computer Service, Inc. d/b/a Medent ppullano@lawpf.com
- **Andrew Scott Rivera** on behalf of Creditor Northern Credit Union - arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com; CourtMail@bsk.com
- **Robert M Schechter** on behalf of Health Care Ombudsman Suzanne Koenig - rmschechter@pbnlaw.com
- **Richard M. Schlaifer** on behalf of Creditor Pennsylvania Manufacturers Association Insurance Company and PMA Management Corp. - rschlaifer@earpcohn.com
- **Christopher P. Schueller** on behalf of Creditor M & T Bank - christopher.schueller@bipc.com, donna.curcio@bipc.com; timothy.palmer@bipc.com; eservice@bipc.com
- **Stephen Segal** on behalf of Debtors – ssegal@verrilllaw.com
- **Richard Seltzer** on behalf of Creditor New York State Nurses Association - rseltzer@cwsny.com
- **Kevin Seney** on behalf of Creditor 1199SEIU United Healthcare Workers East - kseney@levyratner.com
- **Emilie D. Simone** on behalf of Debtors at esimone@barclaydamon.com; docketing@barclaydamon.com; avrooman@barclaydamon.com
- **Kyle D Smith** on behalf of Creditor Committee Official Committee of Unsecured Creditors - kyle.d.smith@dentons.com
- **Matthew Edward Stolz** on behalf of Creditor New York State Nurses Association - mstolz@cwsny.com
- **Charles J. Sullivan** on behalf of Creditor Northern Credit Union - csullivan@bsk.com, kdoner@bsk.com; jhunold@bsk.com; CourtMail@bsk.com
- **Marc N. Swanson** on behalf of Creditor Varian Medical Systems, Inc. - swansonm@millercanfield.com
- **David Tan, I** on behalf of Accountant Bonadio & Co., LLP – dtang@underbergkessler.com, soeffing@underbergkessler.com
- **U.S. Trustee** - USTPRegion02.UT.ECF@usdoj.gov
- **Grayson T. Walter** on behalf of Creditor Northern Credit Union - gwalter@bsk.com, kdoner@bsk.com; CourtMail@bsk.com
- **Matthew Michael Zapala** on behalf of Creditor 6 S. Broad Street LLC – mzapala@woh.com, spaulsen@woh.com

## SERVICE LIST B

| CREDITOR | COUNSEL FIRM | SPECIFIC COUNSEL | EMAIL |
|---|---|---|---|
| 1199 SEIU Regional Pension Fund and 1199 SEIU United Healthcare Workers East | Levy Ratner, P.C. | Attn: Ryan J. Barbur, Esq. | rbarbur@levyratner.com |
| 1199 SEIU United Healthcare Workers East | Levy Ratner, P.C. | Attn: Jessica I. Apter, Esq. | japter@levyratner.com |
| 1199 SEIU United Healthcare Workers East | Levy Ratner, P.C. | Attn: Kevin F. Seney, Esq. | kseney@levyratner.com |
| 6 S. Broad Street, LLC | Whiteman Osterman & Hanna LLP | Attn: Matthew M. Zapala, Esq. | mzapala@woh.com |
| ARHC NCWTNNY01, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Esq. | ssouthard@klestadt.com |
| ARHC NCWTNNY01, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Lauren C. Kiss, Esq. | lkiss@klestadt.com |
| ARHC NCWTNNY01, LLC | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Esq. | pmartin@fmdlegal.com |
| Bonadio & Co. LLP | Underberg & Kesler LLP | Attn: David M. Tang, Esq. | dtang@underbergkessler.com |
| Brandon Bowline | Lacy Katzen LLP | Attn: David D. MacKnight, Esq. | dmacknight@lacykatzen.com |
| Chart Risk Retention Group | Lemery Greisler LLC | Attn: Paul A. Levine, Esq. | plevine@lemerygreisler.com |
| Community Computer Services, Inc. d/b/a Medent | Law Offices of Pullano & Farrow PLLC | Attn: Langston D. McFadden, Esq. | lmcfadden@lawpf.com |
| Community Computer Services, Inc. d/b/a Medent | Law Offices of Pullano & Farrow PLLC | Attn: Patrick Pullano, Esq. | ppullano@lawpf.com |
| Connect America d/b/a Lifeline Systems Company and Medical Alert | Costello, Conney & Fearon, PLLC | Attn: Alexandra L. Condon, Esq. | acondon@ccf-law.com |
| Delphi Hospitality Services Inc. | | Attn: Kevin R. Lelonek, Esq. | klelonek@gross-shuman.com |
| Delphi Hospitality Services Inc. | Gross Shuman P.C. | Attn: D. Charles Roberts, Jr., Esq. | croberts@gross-shuman.com |
| Dormitory Authority of the State of New York | Manatt, Phelps & Phillips, LLP | Attn: Tracy F. Raleigh | traleigh@manatt.com |
| Dormitory Authority of the State of New York | | Attn: Craig Schreivogl, Director, Portfolio Monitoring | cschreiv@dasny.org |
| Dormitory Authority of the State of New York, New York State Department of Health, New York Office of Mental Health, State of New York Updated Medical University Hospital | Office of the New York State Attorney General | Attn: Christian H. Dribusch, Esq., Assistant Attorney General | christian.dribusch@ag.ny.gov |
| Dr. Bruce L. Baird, MD | Lippes Mathias LLP | Attn: Johnny A. Mueller, Esq. | jmueller@lippes.com |
| Dr. D. Peter Van Eenenaam, MD | Lippes Mathias LLP | Attn: Johnny A. Mueller, Esq. | jmueller@lippes.com |
| Dr. Howard H. Huang, MD | Lippes Mathias LLP | Attn: Johnny A. Mueller, Esq. | jmueller@lippes.com |
| Dr. Steven B. Fish, MD | Lippes Mathias LLP | Attn: Johnny A. Mueller, Esq. | jmueller@lippes.com |
| First Financial Holdings, LLC d/b/a First Financial Healthcare Solutions | Winthrop & Weinstine, P.A. | Attn: Cynthia L. Hegarty, Esq. | chegarty@winthrop.com |
| Hayes Locums, LLC | Shook, Hardy & Bacon L.L.P. | Attn: Michael A. Zito, Esq. | mzito@shb.com |
| Imperium Data Networks, LLC | Jimerson Birr, P.A. | Attn: Curtis L. Campbell, Esq. | ccampbell@jimersonfirm.com kathrynv@jimersonfirm.com |
| Jorie Healthcare Partners, LLC | Polsinelli PC | Attn: Brett D. Goodman, Esq. | bgoodman@polsinelli.com |
| LC Real Estate Properties, LLC | Saunders Kahler, L.L.P. | Attn: Merritt S. Locke, Esq. | mlocke@saunderskahler.com |

| | | | |
|---|---|---|---|
| M&T Bank | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Esq. | christopher.schueller@bipc.com |
| M&T Bank | Buchanan Ingersoll & Rooney PC | Attn: Mark Pfeiffer, Esq. | mark.pfeiffer@bipc.com |
| M&T Bank | Buchanan Ingersoll & Rooney PC | Attn: Timothy Palmer, Esq. | timothy.palmer@bipc.com |
| Medline Industries, Inc. | Norton Rose Fulbright | Attn: Robert M. Hirsh, Esq. | robert.hirsh@nortonrosefulbright.com |
| New York State Department of Health | Office of the NYS Attorney General | Attn: Robert J. Rock, Esq., AAG | robert.rock@ag.ny.gov |
| New York State Department of Health | Office of the NYS Attorney General | Attn: Martin A. Mooney, Esq. | martin.mooney@ag.ny.gov |
| New York State Nurses Association | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Esq. | rseltzer@cwsny.com |
| New York State Nurses Association | Cohen, Weiss and Simon LLP | Attn: Matthew E. Stolz, Esq. | mstolz@cwsny.com |
| NFS Capital | | Attn: David Braun, Vice President & General Counsel | davidb@nfscapital.com |
| NFS Capital | | Attn: Juliet Tomasulo | juliet@nfscapital.com |
| Northern Credit Union | Bond, Schoeneck & King PLLC | Attn: Grayson T. Walter, Esq. | gwalter@bsk.com |
| Northern Credit Union | Bond, Schoeneck & King PLLC | Attn: Andrew S. Rivera, Esq. | arivera@bsk.com |
| Northern Credit Union | Bond, Schoeneck & King PLLC | Attn: Charles J. Sullivan, Esq. | sullivc@bsk.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Erin P. Champion, Esq. | erin.champion@usdoj.gov |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Paula Barbaruolo, Esq. | paula.barbaruolo@usdoj.gov |
| Official Committee of Unsecured Creditors | Dentons US LLP | Attn: Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Official Committee of Unsecured Creditors | Dentons Bingham Greenebaum, LLP | Attn: Andrew C. Helman, Esq. | andrew.helman@dentons.com |
| Official Committee of Unsecured Creditors | Dentons Bingham Greenebaum, LLP | Attn: Kyle D. Smith, Esq. | kyle.d.smith@dentons.com |
| Official Committee of Unsecured Creditors | Dentons Bingham Greenebaum, LLP | Attn: David K. Boydstun, Jr., Esq. | david.boydstun@dentons.com |
| Oracle America, Inc. | Buchalter LLP | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Ovation Health, Inc. f/k/a Quorum Health Resources | Togut, Segal & Segal LLP | Attn: Frank A. Oswald, Esq. | frankoswald@teamtogut.com |
| Ovation Health, Inc. f/k/a Quorum Health Resources | Togut, Segal & Segal LLP | Attn: Minta J. Nester, Esq. | mnester@teamtogut.com |
| Ovation Health, Inc. f/k/a Quorum Health Resources | Togut, Segal & Segal LLP | Attn: Dawn Person, Coordinator | dperson@teamtogut.com |
| Patient Care Ombudsman Susan Koenig | Porzio, Bromberg & Newman, P.C. | Attn: Robert M. Schechter, Esq. | rmschechter@pbnlaw.com |
| Patient Care Ombudsman Susan Koenig | Porzio, Bromberg & Newman, P.C. | Attn: Kelly C. Curtin, Esq. | kdcurtin@pbnlaw.com |
| Pennsylvania Manufacturers' Associates Insurance Company (PMAIC) and PMA Management Corp. | Earp Cohn, P.C. | Attn: Richard M. Schlaifer, Esq. | rschlaifer@earpcohn.com |
| Pension Benefit Guaranty Corporation | | Attn: Michael I. Baird, Esq. | baird.michael@pbgc.gov efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | | Attn: Paula T. De Felice-Alejandro | defelicealejandro.paula@pbgc.gov efile@pbgc.gov |
| PeriGen, Inc. | Womble Bond Dickinson (US) LLP | Attn: Wojciech F. Jung, Esq. | wojciech.jung@wbd-us.com |
| Syracuse Biomedical Services, LLC | McConville, Considine, Cooman & Morin, PC | Attn: Mikal Krueger, Esq. | mkrueger@mccmlaw.com |
| United States Attorney General | | Attn: Forrest T. Young, AUSAG | forrest.young@usdoj.gov |

| | | | |
|---|---|---|---|
| University Pathologists Laboratories, LLP | Piersall-Leuenberger Law Firm, PLLC | Attn: Scott Piersall-Leuenberger, Esq. | scott@piersall-leuenbergerlaw.com |
| Varian Medical Systems, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Marc N. Swanson, Esq. | swansonm@millercanfield.com |
| Westways Staffing Services, Inc. | Greenspoon Marder LLP | Attn: Howard M. Ehrenberg, Esq. | howard.ehrenberg@gmlaw.com |
| William Randall (Randy) Fipps | Lacy Katzen LLP | Attn: David D. MacKnight, Esq. | dmacknight@lacykatzen.com |
| NYS Department of Health | NYS Department of Health | Attn: Collin Gulczynski | Collin.Gulczynski@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Douglas Fish, MD, Medical Director | Douglas.Fish@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Erinn Blendell | Erinn.Blendell@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Laura Naglieri | laura.naglieri@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Patricia Dillon | patricia.dillon@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Torrey Duchessi | Torrey.Duchessi@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Kathy Marks, General Counsel | Kathy.Marks@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Jason Riegert | Jason.Riegert@health.ny.gov |
| NYS Department of Health | NYS Department of Health | Attn: Mark Hennessey, Director | mark.hennessey@health.ny.gov |
| NYS Department of Health | KPMG | Attn: Kevin Matuszak, CPA, Healthcare Advisory Director | kmatuszak@kpmg.com |
| NYS Department of Health | KPMG | Attn: Tess Humes, Advisory Associate | thumes@kpmg.com |

**SERVICE LIST C**

Manatt Health Strategies, LLC, a subsidiary
of Manatt, Phelps and Phillip, LLC
Attn: Trac Raleigh
136 State Street, Suite 300
Albany, NY 12207

Salesforce, Inc.
Attn: President of Managing Member
Salesforce Tower
415 Mission Street, 3rd Floor
San Francisco, CA 94105

Volpara Health, Inc.
Attn: Todd Lindenmuth, Director, Sales Operations
19000 33rd Avenue West, Suite 130
Lynnwood, WA 98036-4753

In addition, the executory contract counterparties, Collene Alexander, Jocelyn Bura, Kimona Issa, M.D., F.A.A.O.S., and Karen Nevils, FNP, were served at their confidential residence addresses, which addresses are available for *in camera* review upon reasonable and appropriate request, in the Debtors' sole determination or via Court order.