**U.S. Department of Justice**
Office of the United States Trustee
*Northern District of New York*
*Southern District of New York (Poughkeepsie Division)*
*District of Vermont*

---

*Leo O'Brien Federal Building,*
*11A Clinton Ave, Room 620,*
*Albany, NY 12207*
*(518) 434-4553*

August 26, 2026

Hon. Wendy A. Kinsella, Chief Judge
U.S. Bankruptcy Court
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, NY 13261

**RE: North Star Health Alliance et al**
**Case No. 26-60099**

Dear Judge Kinsella,

I write on behalf of the United States Trustee regarding the various professional fee applications that are currently pending before your Court and returnable on September 2, 2026 ("Professional Fee Applications"). Given the number of applicants and the amount of fees requested, the Office of United States Trustee requires additional time to complete its review. The United States Trustee has received consent to an extension of the United States Trustee's deadline to object to the Professional Fee Application through August 28, 2026 from Debtors' professionals, Committee's professionals, as well as the Patient Care Ombudsman and her professionals.

I respectfully request that the Court grant an extension of the United States Trustee's deadline to respond to the Professional Fee Applications through August 28, 2026. The United States Trustee is appreciative of the parties' and the Court's consideration and accommodation given current restraints.

Respectfully,

William K. Harrington
United States Trustee, Region 2

By: *Erin P. Champion*
Erin Champion
Assistant United States Trustee