BARCLAY DAMON LLP

**Janice B. Grubin**
*Partner*

August 26, 2026

***Via CM/ECF***

Hon. Wendy A. Kinsella
Chief U.S. Bankruptcy Court Judge
Northern District of New York
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, NY 13261

**Re: In re North Star Health Alliance, Inc., *et al.*, Chapter 11**
**Case No. 26-60099-5-wak (Jointly Administered) (the "Debtors")**

Dear Judge Kinsella:

As the Court is aware, this firm represents the above-referenced Debtors.

We write in connection with the nine (9) first interim fee applications (the "First Interim Fee Applications") filed in these cases [Docket Nos. 474 and 511 (Dentons), 475 and 512 (FTI), 527 (Porzio), 528 (SAK), 539 (Verrill Dana), 540 (Bousquet), 541 (Omni 327), 543 and 544 (Accordion), and 545 (Barclay Damon ("BD")], on for a September 2, 2026 hearing (the "Hearing").

Specifically, we write concerning BD's First Interim Fee Application and the retainer it is holding [Docket No. 545]. BD's retention order [Docket No. 249] provided, in pertinent part (and emphasized in bold below), that

> ORDERED, **that Barclay Damon is authorized**, to the extent it has not previously done so, (i) to apply the BD Retainer to pay the amount of $130,260.00, representing two-thirds (2/3) of its prepetition invoice, attached as Exhibit A to the Grubin Declaration, provided, however, that, the sum of $65,130.00, representing one-third (1/3) of its fees in the prepetition invoice, be held in escrow by Barclay Damon (the "One-Third Escrow") until considered with Barclay Damon's final fee application; (ii) to fund the Omni Retainer, in the sum of $25,000.00, out of the BD Retainer; and **(iii) to hold the remaining balance of the BD Retainer, the sum of $1,190,694.50, net of the One-Third Escrow, as security in the Debtors' Chapter 11 Cases until Barclay Damon's fees and expenses are awarded by order and payable to Barclay Damon on its first interim fee application**; and it is further

1270 Avenue of the Americas – Suite 2310 – New York, New York 10020 barclaydamon.com
jgrubin@barclaydamon.com Direct: (212) 784-5808 Fax: (212) 784-5775

After consultation with Committee counsel, and with a full reservation of rights, including the right to revisit this issue prior to the hearing on final fee applications, BD has agreed to withhold application of its retainer to its approved fees and expenses until the Court's ruling on final fee applications at the end of these cases. This understanding would be memorialized in a revised proposed Order we would submit subsequent to the Court's ruling at the Hearing with respect to BD's First Interim Fee Application.

We are available to answer any questions the Court may have about the foregoing, either prior to or at the Hearing.

Respectfully,

*/s/Janice B. Grubin*

Janice B. Grubin

JBG:aav

cc: All CM/ECF Notification Parties