UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

NORTH STAR HEALTH ALLIANCE, INC. et. al.[1] CASE NO. 26-60099-5-wak
Chapter 11

Debtors.

**UNITED STATES TRUSTEE'S OMNIBUS STATEMENT OF NO OBJECTION WITH VOLUNTARY REDUCTION IN FEES TO THE FIRST INTERIM APPLICATIONS FOR ALLOWANCE OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO: THE HONORABLE WENDY A. KINSELLA, UNITED STATES CHIEF BANKRUPTCY JUDGE:

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), through counsel, respectfully files this omnibus Statement of No Objection with Voluntary Reduction in Fees (the "Statement") in response to applications for compensation and reimbursement of expenses (the "Applications") of the retained professionals (collectively, the "Retained Professionals") of the North Star Health Alliance, Inc. et.al. (the "Debtors"), seeking interim compensation and reimbursement of out-of-pocket expenses for the time periods set forth below and defined as to each of the Retained Professionals, as follows:

| ECF Docket No. | Applicant | Fees Requested | Expenses Requested | Total | Application Period | Reduction in Fees |
|---|---|---|---|---|---|---|
| 511 | Dentons, *Counsel to Official Committee of Unsecured Creditors* | $771,950.75 | $3,070.42 | $775,021.17 | 03/05/26-06/30/26 | $25,000.00 |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

| ECF Docket No. | Applicant | Fees Requested | Expenses Requested | Total | Application Period | Reduction in Fees |
|---|---|---|---|---|---|---|
| 512 | FTI Consulting<br>*Financial Advisor to the Official Committee of Unsecured Creditors* | $385,670.00 | $0.00 | $385,713.69 | 03/06/26-06/30/26 | $12,500.00 |
| 527 | Porzio, Bromberg & Newman, P.C.,<br>*Counsel to the PCO* | $65,877.00 | $43.69 | $68.24 | 03/12/26-06/30/26 | $5,326.00 |
| 528 | SAK Management Services, LLC *Ombudsman Health* | $187,842.50 | $17,539.99 | $205,382.49 | 03/12/26-06/30/26 | 0 |
| 539 | Verrill Dana LLP<br>*Counsel to Debtors* | $368,995.00 | $3,232.15 | $372,227.15 | 02/10/26-06/30/26 | 0 |
| 540 | Bousquet Holstein PLLC<br>*Special Corporate Counsel to Debtors* | $47,094.30 | $0.00 | $47,094.30 | 02/10/26-05/31/26 | $2,774 |
| 541 | Omni Agent Solutions, Inc<br>*Administrative Agent to Debtors* | $189,882.00 | $0.00 | $189,882.00 | 02/10/26-05/31/26 | 0 |
| 543<br>544 | Accordion Partners, LLC<br>*Financial and Restructuring Advisor to the Debtors* | $1,190,000.00 | $73,979.64 | $1,263,979.64 | 03/23/26-06/27/26 | 0 |
| 545 | Barclay Damon LLP,<br>*Counsel for the Debtors* | $1,565,809.56 | $16,322.21 | $1,582,131.77 | 02/10/23-06/30/26 | $65,000 |

1. A hearing on the Applications is scheduled for September 2, 2026, at 2:00 p.m.

2. The United States Trustee reviewed the Retained Professionals' Applications for accuracy, transparency, and general billing judgment and practices, as well as for compliance with applicable guidelines, standing orders, and local court rules.

3. Based on that review, the United States Trustee identified objectionable entries primarily related to certain entries in the applications of Dentons, FTI Consulting (FTI), Porzio, Bromberg & Newman, (Porzio), Bousquet Holstein PLLC (Bousquet), and Barclay Damon, LLP (Barclay Damon).

4. Following discussions with the Retained Professionals, the following reductions

were agreed to:

- Dentons - $25,000;
- FTI - $12,500;
- Porzio - $5,326;
- Bousquet - $2,774; and
- Barclay Damon - $65,000.

5. The United States Trustee has no objection to the remaining Applications.

**WHEREFORE**, the United States Trustee does not object to the entry of an Order of this Court approving Retained Professionals fees in the amount denoted above.

Dated: August 28, 2026
Syracuse, NY

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
FOR REGION 2

*/s/ Erin P. Champion*

ERIN P. CHAMPION
United States Department of Justice
Office of the United States Trustee
Leo W. O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12207
315-793-8191
202-567-1558
Erin.champion@usdoj.gov