**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

**Hearing Date/Time: October 21, 2026, 2:00 p.m.**
**Hearing Location: Syracuse, NY**
**Opposition Due: October 14, 2026**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[6] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

**NOTICE OF DEBTORS' MOTION FOR AN ORDER EXTENDING THE GENERAL AND GOVERNMENTAL BAR DATES AND APPROVING NOTICE OF THE EXTENSION**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") to consider the *Debtors' Motion for Entry of Order Approving Settlement Between Debtors and the United States Department of Justice, and Its Affiliates* (the "Motion"), seeking the for entry of an order extending the General and Governmental Bar Dates from September 30, 2026, at 5:00 p.m. (prevailing Eastern Time) through and including November 30, 2026, at 5:00 p.m. (prevailing Eastern Time) and approving notice of that extension will be held on **October 21, 2026 at 2:00 p.m. (prevailing Eastern Time**) before the Honorable Wendy A. Kinsella, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Northern District of New York, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, 2nd Floor, Syracuse, New York (the "Bankruptcy Court") or as soon thereafter as counsel may be heard, and the Hearing may be attended in person or accessed by video via Teams, for which pre-registration is required by 3:00

[6] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

p.m. (EST) one (1) business day before the Hearing (proceed to https://www.nynb.uscourts.gov/remote-hearing-appearances to register).

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of New York and be filed with the Court and served in accordance with Local Rule 9013-1 **no later than October 14, 2026**, upon the following parties: (a) the Office of the United States Trustee for the Northern District of New York, (b) counsel for the Debtors, Official Committee of Unsecured Creditors, Northern Credit Union, and the New York State Department of Health, and (c) those person who have formally appeared and requested service in these Chapter 11 Cases pursuant to Rule 2002 (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without notice to any creditor or other party-in-interest other than by announcement of the adjourned date in open Court on the date of the Hearing or any adjourned date.

Dated: September 29, 2026
New York, New York

**BARCLAY DAMON LLP**

By: *<u>/s/Janice B. Grubin</u>*
Janice B. Grubin
Ilan Markus (admitted *pro hac vice*)
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com

*Counsel to Debtors and Debtors-in-Possession*