**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

# REPORT RECONCILING ACTUAL PERFORMANCE TO AUTHORIZED BUDGET FOR THE WEEK ENDING SEPTEMBER 25, 2026

**Related to**

**Debtor's Motion for Interim and Final Orders Authorizing Use of Cash Collateral [Main Case Docket No. 13] and Final Order Authorizing Use of Cash Collateral dated June 24, 2026 [Main Case Docket No. 415]**

1 The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**CONSOLIDATING CASH FLOW**
Week Ending 9/25/2026 Variance
**Authorized Use Budget (9/18 - 12/11)**

| | Carthage Area Hospital | | | | Claxton Hepburn Medical Center | | | |
|---|---|---|---|---|---|---|---|---|
| | WE 9/25/2026 | | | | WE 9/25/2026 | | | |
| | Budget | Actual | Var | Var% | Budget | Actual | Var | Var% |
| **Cash Collections** | | | | | | | | |
| Operating Collections | | | | | | | | |
| Net Patient Service Collections | 2,585,258 | 3,356,492 | 771,234 | 30% | 141,742 | 121,752 | (19,990) | -14% |
| Other Recurring Operating Revenue | - | - | - | 0% | - | - | - | 0% |
| Revenue Cycle Enhancements | - | - | - | 0% | - | - | - | 0% |
| Total Operating Collections | 2,585,258 | 3,356,492 | 771,234 | 30% | 141,742 | 121,752 | (19,990) | -14% |
| Non-Operating Collections | | | | | | | | |
| Non-Operating Collections | - | - | - | 0% | - | - | - | 0% |
| Total Non-Operating Collections | - | - | - | 0% | - | - | - | 0% |
| **Total Cash Collections** | **2,585,258** | **3,356,492** | **771,234** | **30%** | **141,742** | **121,752** | **(19,990)** | **-14%** |
| **Disbursements** | | | | | | | | |
| People Costs | | | | | | | | |
| Salaries & Wages | - | - | - | 0% | - | - | - | 0% |
| Payroll Taxes | - | - | - | 0% | - | - | - | 0% |
| Fringe Benefits | (620,000) | (373,141) | 246,859 | 40% | (291,500) | (314,984) | (23,484) | -8% |
| Total People Costs | (620,000) | (373,141) | 246,859 | 40% | (291,500) | (314,984) | (23,484) | -8% |
| Physician Fees | (382,500) | (113,134) | 269,366 | 70% | - | (14,748) | (14,748) | 0% |
| Purchased Services | (83,750) | (269,729) | (185,979) | -222% | (198,000) | (249,702) | (51,702) | -26% |
| Medical Supplies | (153,000) | (233,067) | (80,067) | -52% | (7,000) | (2,932) | 4,068 | 58% |
| Pharmacy Supplies | (315,000) | (292,054) | 22,946 | 7% | - | (366) | (366) | 0% |
| Ordinary Course Professionals | - | (36,160) | (36,160) | 0% | - | - | - | 0% |
| Insurance | (28,485) | (12,716) | 15,769 | 55% | - | - | - | 0% |
| Leases & Rent | (22,000) | (38,862) | (16,862) | -77% | - | (2,598) | (2,598) | 0% |
| Utilities | (26,250) | (5,472) | 20,778 | 79% | (15,000) | - | 15,000 | 100% |
| AP Payable - Post-Petition | (50,000) | - | 50,000 | 100% | (250,000) | (60,000) | 190,000 | 76% |
| Other Operating Expenses | (256,474) | (25,956) | 230,518 | 90% | (24,750) | (67,331) | (42,581) | -172% |
| **Total Operating Disbursements** | (1,937,459) | (1,400,291) | 537,168 | 28% | (786,250) | (712,661) | 73,589 | 9% |
| **Operating Cash Flow** | 647,799 | 1,956,201 | 1,308,402 | -202% | (644,508) | (590,909) | 53,599 | -8% |
| **Non-Operating Activity** | | | | | | | | |
| Net Intercompany Transfers (Debtor) | - | 149,607 | 149,607 | 0% | - | - | - | 0% |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Debtor Professionals | (264,823) | (264,823) | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Committee Professionals | (57,500) | (57,500) | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - PCO Professionals | (16,020) | (16,020) | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Administration | (45,000) | (45,000) | - | 0% | - | - | - | 0% |
| Loans / Debt Principal Payments | - | - | - | 0% | - | - | - | 0% |
| Capital Purchases | - | - | - | 0% | - | - | - | 0% |
| Restructuring Initiatives - Cost Savings | - | - | - | 0% | - | - | - | 0% |
| **NYS DOH Funding** | - | - | - | 0% | - | - | - | 0% |
| **Net Cash Flow** | 264,457 | 1,722,466 | 1,458,009 | -551% | (644,508) | (590,909) | 53,599 | 8% |
| **Balance - Beg. of Period** | **8,731,548** | **12,422,401** | **3,690,853** | **42%** | **380,674** | **1,127,531** | **746,857** | **-196%** |
| DIP Funding | - | - | - | **0%** | - | - | - | **0%** |
| **Balance - End of Period** | **8,996,005** | **14,144,867** | **5,148,862** | **57%** | **(263,834)** | **536,622** | **800,456** | **303%** |

| | Meadowbrook | | | | NSHA | | | |
|---|---|---|---|---|---|---|---|---|
| | WE 9/25/2026 | | | | WE 9/25/2026 | | | |
| | Budget | Actual | Var | Var% | Budget | Actual | Var | Var% |
| **Cash Collections** | | | | | | | | |
| Operating Collections | | | | | | | | |
| Net Patient Service Collections | 42,683 | 27,499 | (15,184) | -36% | - | - | - | 0% |
| Other Recurring Operating Revenue | - | - | - | 0% | - | - | - | 0% |
| Revenue Cycle Enhancements | - | - | - | 0% | - | - | - | 0% |
| Total Operating Collections | 42,683 | 27,499 | (15,184) | -36% | - | - | - | 0% |
| Non-Operating Collections | | | | | | | | |
| Non-Operating Collections | - | - | - | 0% | - | - | - | 0% |
| Total Non-Operating Collections | - | - | - | 0% | - | - | - | 0% |
| **Total Cash Collections** | **42,683** | **27,499** | **(15,184)** | **-36%** | - | - | - | **0%** |
| **Disbursements** | | | | | | | | |
| People Costs | | | | | | | | |
| Salaries & Wages | - | - | - | 0% | - | - | - | 0% |
| Payroll Taxes | - | - | - | 0% | - | - | - | 0% |
| Fringe Benefits | - | - | - | 0% | - | - | - | 0% |
| Total People Costs | - | - | - | 0% | - | - | - | 0% |
| Physician Fees | - | - | - | 0% | - | - | - | 0% |
| Purchased Services | - | - | - | 0% | - | - | - | 0% |
| Medical Supplies | - | - | - | 0% | - | - | - | 0% |
| Pharmacy Supplies | - | - | - | 0% | - | - | - | 0% |
| Ordinary Course Professionals | - | - | - | 0% | - | - | - | 0% |
| Insurance | - | - | - | 0% | - | - | - | 0% |
| Leases & Rent | - | - | - | 0% | - | - | - | 0% |
| Utilities | - | - | - | 0% | - | - | - | 0% |
| AP Payable - Post-Petition | - | - | - | 0% | - | - | - | 0% |
| Other Operating Expenses | - | (813) | (813) | 0% | - | - | - | 0% |
| **Total Operating Disbursements** | - | (813) | (813) | 0% | - | - | - | 0% |
| **Operating Cash Flow** | 42,683 | 26,686 | (15,997) | -37% | - | - | - | 0% |
| **Non-Operating Activity** | | | | | | | | |
| Net Intercompany Transfers (Debtor) | - | (149,607) | (149,607) | 0% | - | - | - | 0% |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Debtor Professionals | - | - | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Committee Professionals | - | - | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - PCO Professionals | - | - | - | 0% | - | - | - | 0% |
| Bankruptcy Fees - Administration | - | - | - | 0% | - | - | - | 0% |
| Loans / Debt Principal Payments | - | - | - | 0% | - | - | - | 0% |
| Capital Purchases | - | - | - | 0% | - | - | - | 0% |
| Restructuring Initiatives - Cost Savings | - | - | - | 0% | - | - | - | 0% |
| **NYS DOH Funding** | - | - | - | 0% | - | - | - | 0% |
| **Net Cash Flow** | 42,683 | (122,921) | (165,604) | 388% | - | - | - | 0% |
| **Balance - Beg. of Period** | **487,158** | **561,359** | **74,201** | **15%** | **21,485** | **36,858** | **15,373** | **72%** |
| DIP Funding | - | - | - | **0%** | - | - | - | **0%** |
| **Balance - End of Period** | **529,841** | **438,438** | **(91,403)** | **-17%** | **21,485** | **36,858** | **15,373** | **72%** |

| | Consolidating | | | | |
|---|---|---|---|---|---|
| | WE 9/25/2026 | | | | |
| | Budget | Actual | Var | Var% | Variance Notes |
| **Cash Collections** | | | | | |
| Operating Collections | | | | | |
| Net Patient Service Collections | 2,769,683 | 3,505,743 | 736,060 | 27% | |
| Other Recurring Operating Revenue | - | - | - | 0% | |
| Revenue Cycle Enhancements | 362,500 | - | (362,500) | -100% | |
| Total Operating Collections | 3,132,183 | 3,505,743 | 373,560 | 12% | A |
| Non-Operating Collections | | | | | |
| Non-Operating Collections | - | - | - | 0% | |
| Total Non-Operating Collections | - | - | - | 0% | |
| **Total Cash Collections** | **3,132,183** | **3,505,743** | **373,560** | **12%** | |
| **Disbursements** | | | | | |
| People Costs | | | | | |
| Salaries & Wages | - | - | - | 0% | |
| Payroll Taxes | - | - | - | 0% | |
| Fringe Benefits | (911,500) | (688,125) | 223,375 | 25% | |
| Total People Costs | (911,500) | (688,125) | 223,375 | 25% | B |
| Physician Fees | (382,500) | (127,882) | 254,618 | 67% | C |
| Purchased Services | (281,750) | (519,431) | (237,681) | -84% | D |
| Medical Supplies | (160,000) | (235,999) | (75,999) | -47% | D |
| Pharmacy Supplies | (315,000) | (292,420) | 22,580 | 7% | E |
| Ordinary Course Professionals | - | (36,160) | (36,160) | 0% | F |
| Insurance | (28,485) | (12,716) | 15,769 | 55% | C |
| Leases & Rent | (22,000) | (41,460) | (19,460) | -88% | G |
| Utilities | (41,250) | (5,472) | 35,778 | 87% | C |
| AP Payable - Post-Petition | (300,000) | (60,000) | 240,000 | 80% | H |
| Other Operating Expenses | (281,224) | (94,100) | 187,124 | 67% | I |
| **Total Operating Disbursements** | (2,723,709) | (2,113,764) | 609,945 | 22% | |
| **Operating Cash Flow** | 408,474 | 1,391,978 | 983,504 | 241% | |
| **Non-Operating Activity** | | | | | |
| Net Intercompany Transfers (Debtor) | - | - | - | 0% | |
| Net Intercompany Transfers (Non-Debtor) | - | - | - | 0% | |
| Bankruptcy Fees - Debtor Professionals | (264,823) | (264,823) | - | 0% | |
| Bankruptcy Fees - Committee Professionals | (57,500) | (57,500) | - | 0% | |
| Bankruptcy Fees - PCO Professionals | (16,020) | (16,020) | - | 0% | |
| Bankruptcy Fees - Administration | (45,000) | (45,000) | - | 0% | |
| Loans / Debt Principal Payments | - | - | - | 0% | |
| Capital Purchases | - | - | - | 0% | |
| Restructuring Initiatives - Cost Savings | 39,895 | - | (39,895) | -100% | B |
| **NYS DOH Funding** | - | - | - | 0% | |
| **Net Cash Flow** | 65,027 | 1,008,636 | 943,609 | -1451% | |
| **Balance - Beg. of Period** | **11,228,667** | **14,148,149** | **2,919,482** | **26%** | |
| DIP Funding | - | - | - | **0%** | |
| **Balance - End of Period** | **11,293,693** | **15,156,785** | **3,863,091** | **34%** | |

**Variance Notes:**
A: **Permanent** - Variance driven by realized RCM enhancements.
B: **Permanent / Timing** - Offsetting variances ($68K) due to realized cost savings captured in salaries & wages as a result of implementation of restructuring initiatives. Remaining variance driven by timing, expected to be paid WE 10/9.
C: **Timing** - Variance due to timing of payments; expected to be paid week ending 10/2.
D: **Permanent** - Variance driven by increased vendor spend.
E: **Permanent** - Variance due to lower vendor spend in current week driven by patient scheduling.
F: **Timing** - Variance driven by timing of ordinary course professional payments; reversal of prior week's favorable variance.
G: **Permanent** - Variance due to payment of invoice that was not previously identified.
H: **Timing** - Variance driven by timing of payments; working with vendors to finalize payment plan.
I: **Timing** - Variance driven by timing of payments; payment made week ending 9/18.

**General Assumptions:**
1. The projections are based on information provided by management. We have not audited or independently verified such information but have reviewed it for reasonableness. Actual results may differ materially.
2. Budget contemplates reserve for Bankruptcy professional expense which will be paid pursuant to Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees, filed July 2, 2026 [Docket 438].