**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **NORTH STAR HEALTH ALLIANCE, INC *et al.*,**[1] | ) | **Case No. 26-60099 (Main Case)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | **Case No. 26-30788** |
| | ) | **Case No. 26-30799** |
| | ) | **Case No. 26-60100** |

**FIRST SUPPLEMENTAL DECLARATION OF NARENDRA GANTI IN SUPPORT OF THE APPLICATION AUTHORIZING THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MARCH 6, 2026**

Pursuant to 28 U.S.C. section 1746, Narendra Ganti declares as follows:

1. I am a Managing Director with FTI Consulting, Inc. ("FTI"), an international consulting firm. I submit this first supplement declaration (the "First Supplemental Declaration") to supplement my prior declaration that was submitted in connection with FTI's retention in these Chapter 11 cases. Unless otherwise noted, I have personal knowledge of the facts set forth herein.[2]

2. On February 10, 2026, the Debtors commenced these cases by filing voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

3. By Notice of Appointment dated March 4, 2026, the Office of the United States Trustee ("UST") appointed an official committee of unsecured creditors (the "Committee").

4. The retention of FTI, as financial advisor to the Committee, was approved effective as of March 6, 2026, by this Court's Order Granting Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment of FTI Consulting, Inc. As

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

Financial Advisor to the Official Committee of Unsecured Creditors Effective as of March 6, 2026 [Docket No. 240], entered on April 21, 2025 (the "Retention Order").

5. Effective October 1, 2026, FTI's hourly rates as reflected in the Application are increased as follows:

| **United States** | **Per Hour (USD)** |
|---|---|
| Senior Managing Directors | $1,345 – $1,645 |
| Directors / Senior Directors / Managing Directors | $995 – $1,265 |
| Consultants/Senior Consultants | $550 – $900 |
| Administrative / Paraprofessionals | $205 – $415 |

6. As set forth in the Application, these rates are, and will continue to be, based on FTI's standard and customary billing arrangements. These rates continue to be subject to periodic adjustment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of October 2026.

*/s/ Narendra Ganti*
Narendra Ganti
Managing Director, FTI Consulting