**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

**Hearing Date/Time: December 9, 2026, 2:00 pm**
**Hearing Location: Syracuse, NY**
**Opposition Due: December 2, 2026**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[5] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND COMPROMISE BETWEEN DEBTORS AND CHART RISK RETENTION GROUP, PURSUANT TO BANKRUPTCY RULE 9019**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") to consider the *Debtors' Motion for Entry of Order Approving Settlement Between Debtors and CHART Risk Retention Group* (the "Motion"), seeking the entry of an order, pursuant to sections Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving the settlement between the Debtors and CHART Risk Retention Group ("CHART" and, together with the Debtors, the "Parties"). will be held on **December 9, 2026 at 2:00 p.m. (prevailing Eastern Time**) before the Honorable Wendy A. Kinsella, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Northern District of New York, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, 2nd Floor, Syracuse, New York (the "Bankruptcy Court") or as soon thereafter as counsel may be heard, and the Hearing may be attended in person or accessed by video via Teams, for which pre-registration is required by 3:00 p.m. (EST) one (1) business day before the Hearing (proceed to https://www.nynb.uscourts.gov/remote-hearing-appearances to register).

[5] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of New York and be filed with the Court and served in accordance with Local Rule 9013-1 **no later than December 2, 2026**, upon the following parties: (a) the Office of the United States Trustee for the Northern District of New York, (b) counsel for the Debtors, Official Committee of Unsecured Creditors, Northern Credit Union, and the New York State Department of Health, and (c) those person who have formally appeared and requested service in these Chapter 11 Cases pursuant to Rule 2002 (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without notice to any creditor or other party-in-interest other than by announcement of the adjourned date in open Court on the date of the Hearing or any adjourned date.

Dated: November 18, 2026
New York, New York

**BARCLAY DAMON LLP**
*Counsel for Debtors and Debtors-In-Possession*

By: */s/Janice B. Grubin*
Janice B. Grubin
Emilie D. Simone
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
(212) 784-5800; jgrubin@barclaydamon.com
Emilie D. Simone
(212) 784-5833; esimone@barclaydamon.com