So Ordered.

Signed this 18 day of November, 2026.

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

**ORDER LIMITING NOTICE REQUIRED FOR HEARING TO CONSIDER DEBTORS' MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND COMPROMISE BETWEEN DEBTORS AND CHART RISK RETENTION GROUP PURSUANT TO BANKRUPTCY RULE 9019**

Upon the application (the "Application")[2] by North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") order limiting notice required for a hearing to

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).
[2] Capitalized terms that are otherwise undefined shall have the meanings given to such terms in the Application.

consider the *Motion for Entry of Order Approving Settlement Between Debtors and CHART Risk Retention Group* (the "Motion"), and it appearing therefrom that cause exists for limiting the notice parties required for serving the notice of the hearing to consider the Motion; and upon due deliberation of the foregoing having been had thereon, it is hereby

**ORDERED**, that the Application is GRANTED as set forth herein; and it is further

**ORDERED**, that a copy of this Order, the Application upon which it was granted, the Notice of Motion, and the Motion shall be served by ECF notification and email upon:

a. the Office of the United States Trustee for the Northern District of New York;

b. Counsel to the official committee of unsecured creditors appointed in these Chapter 11 Cases;

c. Counsel to Northern Credit Union;

d. Counsel to the New York State Department of Health, the Office of the Attorney General for the State of New York;

e. the Office of the United States Attorney for the Northern District of New York;

f. Counsel to CHART Risk Retention Group;

g. all parties who have formally appeared and requested notice in these Chapter 11 cases pursuant to Bankruptcy Rule 2002; and

h. such other parties as the Court may direct.

and that service in compliance with this Order shall be good and sufficient notice of the hearing on the Motion.

# # #