**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

**Hearing Date/Time: December 9, 2026, 2:00 p.m.**
**Hearing Location: Syracuse, NY**
**Opposition Due: December 2, 2026**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NORTH STAR HEALTH ALLIANCE, INC., *et al,*[1] | : Case No. 26-60099-5-wak |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : Case No. 26-30078 |
| | : Case No. 26-30079 |
| | : Case No. 26-60100 |

**SECOND APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER EXPANDING THE EMPLOYMENT AND RETENTION OF ACCORDION PARTNERS, LLC, AS FINANCIAL AND RESTRUCTURING ADVISOR, EFFECTIVE AS OF AUGUST 18, 2026**

TO THE HONORABLE WENDY A. KINSELLA,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby move the Court, pursuant to this application (this "Application"), for the entry of an order, substantially in the form attached hereto as Exhibit A, further expanding the employment and retention of Accordion Partners, LLC ("Accordion"), as financial and restructuring advisor for the Debtors, effective as of August 18, 2026. In support of this Application, the Debtors rely on the Declaration of James Porter, Senior Managing Director of Accordion, (the "Porter Declaration") attached hereto as Exhibit B. In further support of this Application, the Debtors respectfully represent as follows:

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. Consideration of this matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are sections 105, 327(a), and 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules for the Northern District of New York (the "Local Rules").

## BACKGROUND

### A. The Chapter 11 Cases

3. On February 10, 2026 (the "Petition Date"), the Debtors commenced these chapter 11 cases (the "Chapter 11 Cases") by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are continuing in possession of their properties and are operating and managing their health care businesses, as debtors-in-possession, pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4. No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.

5. By Notice of Appointment dated March 4, 2026, the Office of the United States Trustee ("UST") appointed an official committee of unsecured creditors (the "Committee").

6. By Notice of Appointment dated March 12, 2026, the UST appointed Suzanne Koenig as the Patient Care Ombudsman.

**B. The Debtors' Corporate Structure and Operations**

7. North Star Health Alliance, Inc. was established in September 1993 and incorporated in the State of New York as a not-for-profit corporation. North Star is the umbrella organization within which Carthage, Claxton, Meadowbrook and related affiliates coordinate governance, strategy, and shared services under what is referred to as the Transformation Plan.[2] North Star is a passive parent entity that does not itself exercise financial control over each member organization; rather, it serves as a platform for alignment and operational integration, including shared leadership and centralized administrative functions (*e.g.*, finance, human resources, information technology, compliance, revenue cycle coordination, and cash planning) that are critical to sustaining rural healthcare delivery across multiple campuses. The North Star system as a whole employs approximately 1,000 employees.

8. Carthage was established in November 1921 and incorporated in the state of New York as a not-for-profit corporation. Carthage now operates a 25-bed Critical Access Hospital in each of Carthage, New York and Ogdensburg, New York, serving a large, rural tri-county area. Carthage holds a New York State Department of Health operating certificate (No. 2238700C; Facility ID/PFI 379 and Facility ID/PFI 15684) for primary care -critical access hospital services located in Carthage and Ogdensburg, New York While the New York State Department of Health ("DOH") issued the operating certificate reflecting this configuration, Centers for Medicare & Medicaid Services ("CMS") processes to recognize and operationalize the hospital in Ogdensburg

[2] Beginning in or about August 2022, North Star pursued a complex transition (the "Transformation Plan") designed to preserve access to acute care and behavioral health services in the North Country while addressing Claxton's unsustainable legacy cost and reimbursement structure as a Sole Community Hospital. The Transformation Plan involved coordinated planning among North Star member organizations, engagement with DOH and OMH, and stepwise regulatory actions. On October 23, 2024, DOH and OMH issued operating certificates that reorganized Claxton into two distinct hospital entities: (i) a standalone inpatient psychiatric hospital (CHMC) and (ii) a separate acute-care campus operated by Carthage under a shared operating certificate.

as a critical access hospital (including surveys, enrollment steps, and related notifications) have involved additional steps and timing considerations.

9. Claxton-Hepburn Medical Center, Inc. was established in December 1916 and incorporated in January 1917 in the state of New York as a not-for-profit corporation. Following the implementation of the Transformation Plan, Claxton now operates exclusively as a standalone Article 31 Inpatient Psychiatric Hospital licensed by the New York State Office of Mental Health under Operating Certificate No. 8231002, located at 214 King Street, Ogdensburg, NY (the "Claxton Campus"). Claxton provides acute inpatient behavioral health services for adults (28 beds) and children/adolescents (12 beds), including the region's only acute inpatient unit dedicated to children and adolescents. Claxton also leads the Pathways to Recovery Peer Coaching program.

10. Meadowbrook Terrace, Inc. was established in December 2011 and incorporated in the state of New York as a not-for-profit corporation. Meadowbrook is a 60-bed assisted living facility (58 ALP beds and 2 Adult Home) that provides assisted living services for seniors in the North Country region. Meadowbrook is a key part of the Debtors' care continuum for elderly and medically fragile patients, supporting safe discharge planning and community-based care.

11. Through these bankruptcy proceedings, the Debtors intend to continue to fulfill their mission by operating their facilities to deliver quality health care in their communities, supported by a local workforce.

**C. Accordion's Employment and Retention**

12. By application dated April 2, 2026 [Dkt No. 207, the "Retention Application"], the Debtors sought authority to employ and retain Accordion as financial and restructuring advisor *nunc pro tunc* to March 23, 2026 pursuant to an engagement letter dated March 25, 2026, *see* Dkt No. 207 Exhibit C.

13. The Retention Application was granted by Order dated May 4, 2026 [Dkt No. 268] which authorized Debtors' employment and retention of Accordion as financial and restructuring advisor effective *nunc pro tunc* to March 23, 2026.

14. By application dated June 25, 2026 [Dkt No. 423, the "Expanded Employment Application"], the Debtors sought authority to expand the employment and retention of Accordion as financial and restructuring advisor *nunc pro tunc* to June 10, 2026, pursuant to an engagement letter dated June 15, 2026, *see* Dkt No. 423 Exhibit C.

15. The Expanded Employment Application was granted by Order dated August 7, 2026 [Dkt No. 526] which authorized the Debtors' expanded employment and retention of Accordion as financial and restructuring advisor effective *nunc pro tunc* to June 10, 2026.

16. Following completion of the First Addendum Services described in the Expanded Employment Application and to accommodate the DOH's continuing information requests in connection with the Debtors' restructuring activities under a DOH safety net transformation grant with Rochester Regional as its active parent, the Debtors requested that Accordion undertake additional limited-duration revenue cycle management ("RCM") projects under the Second and Fourth Addenda, as well as a new operational and technical accounting project under the Third Addendum, all of which are defined and described below and align with Accordion's core capabilities and expertise.[3]

[3] While the Debtors believe that substantially all of the services encompassed in the Addenda constitute ordinary course financial functions and activities, they have filed this Application out of an abundance of caution and these services are being provided by Accordion, a court-retained reorganization professional.

## RELIEF REQUESTED

### I. SCOPE AND DURATION OF THE THREE ADDENDA SERVICES

17. The Debtors now seek entry of an order, substantially in the form attached hereto as Exhibit A, pursuant to sections 105, 327(a), and 328(a) of the Bankruptcy Code, authorizing the further expansion of the employment and retention of Accordion to perform additional services in accordance with the terms and conditions set forth in the Second Addendum to the Agreement among Accordion and the Debtors effective August 18, 2026 (the "Second Addendum"), the Third Addendum to the Agreement among Accordion and the Debtors effective September 30, 2026 (the "Third Addendum"), and the Fourth Addendum to the Agreement between Accordion and the Debtors effective November 23, 2026 (the "Fourth Addendum" and, together with the Second Addendum and the Third Addendum, collectively, the "Addenda"), copies of which are attached hereto as Exhibit C.

#### A. The Second Addendum

18. As set forth in the Second Addendum, the Debtors requested that Accordion provide the following limited-duration additional services (the "Second Addendum Services"), in its capacity as financial and restructuring advisor to the Debtors in these Chapter 11 Cases to continue to support the completion of revenue cycle projects aimed at enhancing financial performance, and also refining revenue cycle key performance indicator ("KPI") reporting as initially developed during services provided in the First Addendum. These Second Addendum Services will be completed upon the conclusion of the First Addendum:

a. **Workstream 1 - Support completion of currently identified revenue cycle projects**. Workstream 1 will include but is not limited to: resolution of aged accounts receivable balances (including coordination with both internal and external/vendor personnel), staffing and allocation of resources, resolution of billing and payer issues, and initial identification and management of some billing backlogs.

b. **Workstream 2 – Support management of newly identified focus areas within the revenue cycle that will impact financial performance**. As part of initial procedures, Accordion worked closely with RCM management to identify additional opportunities for improvement and quantify the associated financial impact. Accordion will support management and tracking of these opportunities.

c. **Workstream 3 – Develop proposed revenue cycle future state staffing and resource requirements**. Accordion developed a recommended revenue cycle future state as part of the initial procedures, including both short-term and long-term alternatives. Accordion will further refine alternatives to include a range of resource requirements across core revenue cycle functions.

d. **Workstream 4 – Further refine RCM KPI reporting.** Accordion supported development of enhanced RCM KPI reporting during initial procedures. Accordion will further refine existing reporting and develop enhanced RCM management and executive reporting. Enhanced reporting will include trending and tracking, and inclusion of key ratios.

19. Accordion anticipated completion of the Second Addendum Services in ten to twelve weeks, and the four workstreams comprising the Second Addendum Services were to be completed concurrently. Timing may vary based upon the current status of ongoing initiatives and the number and extent of any newly identified initiatives. Accordion will complete the Second Addendum Services by November 22, 2026.

## B. The Third Addendum

20. As set forth in the Third Addendum, the Debtors have requested that Accordion provide the following limited duration additional operational and technical accounting services (the "Third Addendum Services") in its capacity as financial and restructuring advisor to the Debtors in these Chapter 11 Cases:

a. **Revenue Recognition Review**. Accordion will work with the Debtor's management team, and any other relevant stakeholders within Operations, RCM, IT, and Accounting, to perform a diagnostic of the revenue recognition process with a focus on providing recommendations to optimize the process.

21. The Third Addendum Services will proceed in four phases: (1) mobilizing and understanding the current revenue recognition process; (2) understanding how the electronic medical record produces monthly net revenue and how that result is transformed into the amounts reported in the general ledger and management reporting; (3) understanding the accounts receivable roll forward; and (4) documentation and root cause analysis. Accordion anticipates completion of the Third Addendum Services in approximately eight weeks. Timing may vary based upon the status of ongoing initiatives and the number and extent of any newly identified initiatives. Accordion commenced work on the Third Addendum Services on or about October 12, 2026, and this work is ongoing.

**C. The Fourth Addendum**

22. As set forth in the Fourth Addendum, upon completion of the Second Addendum Services, the Debtors have requested that Accordion continue to provide the following limited duration additional revenue cycle management services (the "Fourth Addendum Services" and, together with the Second Addendum Services and the Third Addendum Services, collectively, the "Addenda Services"), in its capacity as financial and restructuring advisor to the Debtors in these Chapter 11 Cases:

a. **Workstream 1 - Support completion of certain in-progress and agreed upon revenue cycle projects**. Accordion initially supported activities related to certain revenue cycle opportunities previously identified in order to realize associated financial benefits. Additional opportunity areas and further financial improvement opportunities still exist. Accordion will support continued efforts related to previously identified revenue cycle opportunities, including: (i) Discharged Not Final Billed ("DNFB") management; (ii) third party payer denial management; and (iii) Charge Description Master ("CDM") implementation support.

b. **Workstream 2 – Support implementation of an enhanced revenue cycle vendor management program**. Accordion will support establishment of a new revenue cycle vendor management program, including identification of team members and their roles and responsibilities, development of benchmarks and service level standards for key revenue cycle management

vendors, development of enhanced vendor performance reporting and an overall vendor scorecard, and development of potential updated contract and/or amendment terms related to revenue cycle vendor performance levels.

c. **Workstream 3 – Refine currently proposed future state revenue cycle management structure and approach.** Leveraging the proposed revenue cycle future state model developed during procedures previously performed, Accordion will further refine the associated staffing model, support the Debtors in establishing roles and responsibilities within the new future state operating model, and support development of a transition road map from current state to future state, including key action items, timelines, responsible parties, risks, and status and progress reporting.

23. Accordion will begin the Fourth Addendum Services on November 23, 2026, and anticipates completion in no more than twenty-four (24) weeks, and the three workstreams comprising the Fourth Addendum Services will be completed concurrently. Either the Debtors or Accordion may discontinue the Fourth Addendum Services at any time upon two (2) weeks' written notice to the other party, in which case Accordion will be paid fees through the effective date of discontinuance (prorated for any partial week) and reimbursed for expenses incurred through that date. Timing may vary based upon the current status of ongoing initiatives and the number and extent of any newly identified initiatives.

## II. ACCORDION'S QUALIFICATIONS

24. Accordion, who is already authorized to advise the Debtors with respect to financial and restructuring matters, has significant qualifications and experience in the area of the Addenda Services and an excellent reputation for providing high-quality turnaround and restructuring consulting, interim management, performance improvement, operational and technical accounting consulting, finance function transformation, data and analytics, and strategic financial planning and analysis services to debtors, creditors, and investors in complex chapter 11 cases and other restructurings, both in and out of court.

## III. PROPOSED COMPENSATION

25. Section 328(a) of the Bankruptcy Code states, in relevant part, that the Debtors, "with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

26. As set forth in the Second Addendum, the Debtors have agreed that Accordion will be compensated at a fixed weekly fee of $25,800 (the "Second Addendum Fee") for a team, comprised of one full-time junior resource, one part-time Managing Director, and time as required from any additional subject matter experts for the approximate ten-to-twelve-week duration. This Second Addendum Fee solely covers performance of the Second Addendum Services described herein and does not include reimbursable out-of-pocket expenses, which will be billed separately.

27. As set forth in the Third Addendum, the Debtors have agreed that Accordion will be compensated at a fixed weekly fee of $28,000 (the "Third Addendum Fee") for the approximate eight (8) week duration. This Third Addendum Fee solely covers performance of the Third Addendum Services described herein and does not include reimbursable out-of-pocket expenses, which will be billed separately.

28. As set forth in the Fourth Addendum, upon conclusion of the Second Addendum Services, the Debtors have agreed that Accordion will be compensated at a fixed weekly fee of $25,800 (the "Fourth Addendum Fee" and, together with the Second Addendum Fee and the Third Addendum Fee, collectively, the "Addenda Fees") for a team, comprised of a full-time junior resource, a part-time Managing Director, and time as required from any additional subject matter experts, for a duration of no more than twenty-four (24) weeks. This Fourth Addendum Fee solely covers performance of the Fourth Addendum Services described herein and does not include

reimbursable out-of-pocket expenses. Pursuant to the Fourth Addendum, the services under the Second Addendum shall be deemed complete, and the Second Addendum Fee shall cease to accrue, as of November 22, 2026, and the Fourth Addendum Fee shall accrue from November 23, 2026, such that no period is billed under both the Second Addendum and the Fourth Addendum.

29. With respect to the three Addenda that are the subject of this Application, (i) Accordion anticipates completion of the Second Addendum Services by November 22, 2026 for a total of $309,600; (ii) Accordion is in its sixth week of work in the Third Addendum Services; and (iii) Accordion will commence its first week of work in the Fourth Addendum Services on November 23, 2026 after the conclusion of the Second Addendum Services. Accordion anticipates that the terms of the services under the Third and Fourth Addenda may be extended subject to the Debtors' operational and restructuring needs.

## IV. BASIS FOR THE REQUESTED RELIEF

30. The Debtors seek entry of an Order, pursuant to sections 105(a), 327, 328, and 330 of the Bankruptcy Code, expanding the scope of Accordion's retention to include advisement of the Debtors with respect to the Addenda Services as set forth in the Addenda. The Debtors believe that the expanded employment of Accordion would be in the best interests of their estates and desire to expand the employment of Accordion effective *nunc pro tunc* to August 18, 2026, with compensation to be allowed and awarded upon application to this Court.

## NOTICE

31. Notice of this Application has been and/or will be provided to: (i) the Office of the United States Trustee for the Northern District of New York, (ii) counsel for the Committee, Northern Credit Union, and the New York State Department of Health, and (iii) any party that has

requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

**NO PRIOR REQUEST**

32. No prior request for the relief sought in this Application has been made to this or any other court.

**WHEREFORE**, the Debtors respectfully request the entry of an order: (a) authorizing and approving the expanded retention and employment of Accordion by the Debtors as their financial and restructuring advisor; (b) authorizing Accordion to be compensated as set forth in the Addenda, subject to applicable provisions of the Bankruptcy Code; and (c) granting such other and further relief as this Court deems just and proper.

Dated: November 18, 2026

*/s/Andrew Manzer*
North Star Health Alliance, Inc.
By: Andrew Manzer, Chief Executive Officer

*/s/Andrew Manzer*
Carthage Area Hospital, Inc.
By: Andrew Manzer, Chief Executive Officer

*/s/Andrew Manzer*
Claxton-Hepburn Medical Center, Inc.
By: Andrew Manzer, Chief Executive Officer

*/s/Andrew Manzer*
Meadowbrook Terrace, Inc.
By: Andrew Manzer, Chief Executive Officer

Filed by:
**BARCLAY DAMON LLP**
*Counsel for Debtors and Debtors-In-Possession*
Janice B. Grubin
Emilie D. Simone
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Janice B. Grubin: (212) 784-5808; jgrubin@barclaydamon.com
Emilie D. Simone: (212) 784-5833; esimone@barclaydamon.com