# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099-5-wak |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

**ORDER FURTHER EXPANDING THE EMPLOYMENT AND RETENTION OF ACCORDION PARTNERS, LLC, AS FINANCIAL AND RESTRUCTURING ADVISOR, EFFECTIVE AS OF AUGUST 18, 2026**

Upon the application dated November 18, 2026 [Dkt No. ___] (the "Application") of the North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), in the above-captioned chapter 11 cases (the "Chapter 11 Cases") for entry of an order

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

(this "Order") further expanding the employment and retention of Accordion Partners, LLC ("Accordion") pursuant to the Second Addendum, the Third Addendum, and the Fourth Addendum (each as defined in the Application); the Court having reviewed the Application and the Declaration of James Porter of Accordion (the "Porter Declaration"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) Accordion does not hold or represent any interest adverse to the Debtors' estates, their creditors, or other parties in interest, (d) Accordion is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and (e) expansion of the employment of Accordion is necessary and in the best interests of the Debtors' estates, creditors, and other parties in interest; the Court finding that notice of the Application given by the Debtors was good and adequate; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application and the Porter Declaration establish just cause for the relief herein granted, and after due deliberation and cause appearing therefor, it is **HEREBY ORDERED** that:

1. The Application is granted as set forth herein.

2. All objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits.

3. Accordion's expanded employment is necessary and in the best interests of the Debtors' estates and their creditors and Accordion's proposed compensation and expense reimbursement as set forth in the Application and the Second Addendum, the Third Addendum, and the Fourth Addendum are reasonable.

4. The Debtors are authorized, pursuant to sections 105, 327, and 328 of the Bankruptcy Code, to expand the engagement of Accordion as financial and restructuring advisor to the Debtors in these Chapter 11 Cases, effective as of August 18, 2026, upon the terms and for the purposes set forth in the Application and in the Second Addendum, Third Addendum, and Fourth Addendum attached to the Application as Exhibit C.

5. Accordion shall apply for compensation and reimbursement of expenses in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable orders of this Court, and all compensation and reimbursement awarded to Accordion by the Court shall be paid as an administrative expense of the Debtors' estates.

6. All creditors and parties in interest, including, but not limited to the Office of the United States Trustee shall retain all rights with respect to Accordion's interim and final fee applications, including the right to object on any grounds available under the Bankruptcy Code, and the Court retains the right to award compensation different from that provided under the Second Addendum, the Third Addendum, and the Fourth Addendum if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions pursuant to section 328(a) of the Bankruptcy Code.

7. Accordion shall use its reasonable efforts to avoid any unnecessary duplication of services provided by the Debtors' other retained professionals.

8. If there is any inconsistency between the terms of the Application, the Second Addendum, the Third Addendum, the Fourth Addendum, the Porter Declaration, or this Order, this Order shall govern.

9. The Debtors and Accordion are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

# EXHIBIT B

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF NEW YORK**<br>**SYRACUSE DIVISION** | **Hearing Date/Time: December 9, 2026, 2:00 p.m.**<br>**Hearing Location: Syracuse, NY**<br>**Opposition Due: December 2, 2026** |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al*,[1] | : | Case No. 26-60099 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

-----------------------------------------------------------------x

**DECLARATION IN SUPPORT OF DEBTORS' SECOND APPLICATION FOR ENTRY OF AN ORDER EXPANDING THE EMPLOYMENT AND RETENTION OF ACCORDION PARTNERS, LLC, AS FINANCIAL AND RESTRUCTURING ADVISOR, EFFECTIVE AS OF AUGUST 18, 2026**

I, James Porter, being duly sworn, state the following under penalty of perjury:

1. I am a Senior Managing Director of Accordion Partners, LLC ("Accordion"), a financial and technology consulting firm with offices at One Vanderbilt Avenue, 24th Floor, New York, New York 10017. I am duly authorized to make and submit this Declaration on behalf of Accordion in connection with the Application of the Debtors for Entry of an Order Further Expanding the Employment and Retention of Accordion, as Financial and Restructuring Advisor Effective as of August 18, 2026 (the "Application").

2. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto. Capitalized terms and phrases not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

## SERVICES TO BE RENDERED

3. The Debtors have requested that Accordion perform the following additional revenue cycle and operational and technical accounting services in their role as Debtors' financial and restructuring advisor during these Chapter 11 Cases:

a. **Second Addendum Workstream 1 - Support completion of currently identified revenue cycle projects**. Workstream 1 will include but is not limited to: resolution of aged accounts receivable balances (including coordination with both internal and external/vendor personnel), staffing and allocation of resources, resolution of billing and payer issues, and initial identification and management of some billing backlogs.

b. **Second Addendum Workstream 2 – Support management of newly identified focus areas within the revenue cycle that will impact financial performance**. As part of initial procedures, Accordion worked closely with RCM management to identify additional opportunities for improvement and quantify the associated financial impact. Accordion will support management and tracking of these opportunities.

c. **Second Addendum Workstream 3 – Develop proposed revenue cycle future state staffing and resource requirements**. Accordion developed a recommended revenue cycle future state as part of the initial procedures, including both short-term and long-term alternatives. Accordion will further refine alternatives to include a range of resource requirements across core revenue cycle functions.

d. **Second Addendum Workstream 4 – Further refine RCM KPI reporting**. Accordion supported development of enhanced RCM KPI reporting during initial procedures. Accordion will further refine exiting reporting and develop enhanced RCM management and executive reporting. Enhanced reporting will include trending and tracking, and inclusion of key ratios.

e. **Third Addendum Revenue Recognition Review**. Accordion will work with the Debtor's management team, and any other relevant stakeholders within Operations, RCM, IT, and Accounting, to perform a diagnostic of the revenue recognition process with a focus on providing recommendations to optimize the process.

f. **Fourth Addendum Workstream 1 –** Support completion of certain in-progress and agreed upon revenue cycle projects. Accordion will support continued efforts in the following areas: Discharged Not Final Billed ("DNFB") management, third party payer denial management (including

development of a denial management program), and Charge Description Master ("CDM") implementation support.

g. **Fourth Addendum Workstream 2** – Support implementation of an enhanced revenue cycle vendor management program. Accordion will support establishment of a new revenue cycle vendor management program, including development of benchmarks and standards for key revenue cycle management vendors, enhanced vendor reporting, an overall vendor scorecard, and potential updated contract and/or amendment terms related to revenue cycle vendor performance levels.

h. **Fourth Addendum Workstream 3** – Refine currently proposed future state revenue cycle management structure and approach. Accordion will leverage the existing proposed revenue cycle future state model, further refine the associated staffing model, support the Debtors in establishing roles and responsibilities within the new future state operating model, and support development of a transition road map from current state to future state.

The services described in Second Addendum Workstreams 1 through 4 above (the "Second Addendum Services") are more fully described in the Second Addendum to the Agreement among Accordion and the Debtors effective August 18, 2026 (the "Second Addendum") and the Third Addendum Revenue Recognition Review described above (the "Third Addendum Services") is more fully described in the Third Addendum to the Agreement among Accordion and the Debtors effective September 30, 2026 (the "Third Addendum"), and the services described in Fourth Addendum Workstreams 1 through 3 above (the "Fourth Addendum Services" and, together with the Second Addendum Services and the Third Addendum Services, collectively, the "Addenda Services") are more fully described in the Fourth Addendum to the Agreement among Accordion and the Debtors effective November 23, 2026 (the "Fourth Addendum"), each attached to the Application as Exhibit C. Accordion anticipates completion of the Second Addendum Services, the Third Addendum Services, and the Fourth Addendum Services in ten to twelve weeks, eight weeks, and no more than twenty-four weeks, respectively. The Second Addendum Services shall be deemed complete, and the Second Addendum Fee shall cease to accrue, as of November 22,

2026, the effective date of the Fourth Addendum is November 23, 2026. Overall timing may vary based upon the current status of ongoing initiatives and the number and extent of any newly identified initiatives.

4. Accordion professionals regularly serve as advisors in a variety of turnaround, restructuring, and asset sale or acquisition transactions and they have extensive experience as financial and restructuring advisors both inside of and outside of bankruptcy reorganization cases nationwide. Accordion also provides high-quality performance improvement, operational and technical accounting, finance function transformation, data and analytics, and strategic financial planning and analysis services to clients. Further, Accordion professionals have previously provided financial and restructuring advisory services to healthcare operators, including, but not limited to, not-for-profit distressed safety-net hospitals and health systems, community hospitals, assisted living, long term care facilities, and clinics and have worked with the New York State Department of Health as well as the Dormitory Authority of the State of New York in the healthcare space[2]. Accordion is well qualified to provide its services to the Debtors in a cost-effective, efficient, and timely manner.

5. Accordion is willing to act on behalf of the Debtors to perform the Addenda Services and subject itself to the jurisdiction and supervision of the Court. Additionally, we will coordinate with the other retained professionals in these bankruptcy cases to eliminate unnecessary duplication or overlap of work.

## PROFESSIONAL COMPENSATION

6. I believe that the fixed fee rates to be charged by Accordion are comparable to those generally charged by, and consistent with the custom and practice of, financial and restructuring

[2] This includes the experience of Accordion professionals at prior firms.

advisory firms of similar stature to Accordion for comparable engagements, both in and out of court.

7. Accordion intends to apply to the Court for payment of compensation and reimbursement of fees and expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Orders of this Court.

8. There is no agreement or understanding between Accordion and any other entity, other than an employee of Accordion for the sharing of compensation received or to be received for services rendered in connection with this engagement.

## NO DUPLICATION OF SERVICES

9. The Debtors and Accordion intend that Accordion's services will be appropriately directed by the Debtors and its counsel so as to avoid duplication of efforts with any other professionals retained in these Chapter 11 Cases and will be performed in accordance with applicable standards of the profession. Accordion will work collaboratively with the Debtors' other professionals to avoid duplication of services among professionals

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2026

*/s/James Porter*
James Porter
Senior Managing Director
Accordion Partners, LLC

# EXHIBIT C

SECOND ADDENDUM to the
AGREEMENT among
ACCORDION PARTNERS LLC and NORTH STAR HEALTH ALLIANCE, INC.

This SECOND ADDENDUM (the "Second Addendum") is made by and between North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook" and collectively the "Company") and Accordion Partners LLC ("Accordion") as of August 18, 2026 (the "Second Addendum Effective Date") and is made pursuant to that certain agreement made by and between the Company and Accordion effective March 23, 2026 (the "Agreement") under which the Company engaged Accordion to provide the Advisory Services. Any terms used in this Second Addendum, but not defined in this Second Addendum, shall have the meaning assigned to them in the Agreement.

The Company and Accordion subsequently executed an addendum to the Agreement effective as of June 10, 2026 (the "First Addendum"), to modify certain terms of the Agreement.

The Agreement provides that any additional services ("Additional Advisory Services") or modifications to the Agreement must be agreed upon in writing by both the Company and Accordion.

Therefore, the following Additional Advisory Services shall be added to the Agreement, and are agreed by the parties and acknowledged by their signatures below:

**Project Scope**

The following shall be incorporated into the Agreement:

Accordion will support completion of currently identified and agreed upon revenue cycle projects aimed at enhancing financial performance, supporting completion of projects initiated and related to newly identified additional areas of opportunity, developing a resourcing model for the proposed revenue cycle future state, and also refining revenue cycle key performance indicator ("KPI") reporting as initially developed during services provided in the First Addendum. These four project workstreams will be completed concurrently and are further outlined below.

**Workstream 1 – Support completion of currently identified revenue cycle projects**

Accordion initially supported activities and progress related to certain revenue cycle opportunities previously identified in order to realize associated financial benefits. These included, but were not limited to resolution of aged accounts receivable balances (including coordination with both internal and external/vendor personnel), staffing and allocation of resources, resolution of billing and payer issues (e.g., Department of Corrections), and initial identification and management of some billing backlogs. These work efforts are still ongoing, and Accordion will continue support activities as follows:

- Supporting the Company's identified revenue cycle initiatives aimed at improving financial performance
- Updating and maintaining a revenue cycle management ("RCM") tracker in order to evaluate progress to date, additional resource requirements (if any), timing, and estimated financial impact
- Conducting ongoing meetings with key stakeholders to ensure appropriate progress
- Monitoring progress against established goals and timing
- Identifying and supporting management of risks
- Tracking progress and reporting results

As part of Workstream 1, Accordion will provide the following key deliverables:

- RCM tracker reporting, including financial impact, timing, resource requirements, and risks
- Recommended changes to existing work plans
- Weekly status reports (inclusive of Workstream 2, 3, and 4 information)

**Workstream 2 – Support management of newly identified focus areas within the revenue cycle that will impact financial performance**

As part of initial procedures, Accordion worked closely with RCM management to identify additional opportunities for improvement and quantify the associated financial impact. Accordion will support management and tracking of these opportunities as part of Workstream 2, including:

- Reporting and monitoring of claims held for correction before submission to payers
- Implementation of efforts to effectively resolve and manage held claims
- Reporting and monitoring of discharged not final billed (“DNFB”) claims
- Implementation of efforts to effectively resolve and manage DNFB claims
- Identifying the most financially impactful high dollar and aged claims for resolution
- Monitoring work efforts associated with resolving high dollar and aged claims
- Supporting implementation of an enhanced vendor management program (vendor(s) to include those performing core RCM functions)
- Providing oversight and project management for the pending Charge Description Master (“CDM”) standardization and improvement project scheduled to commence on or about August 31, 2026

As part of Workstream 2, Accordion will provide the following key deliverables:

- Progress reporting across all areas including financial opportunity to actual, timing, resource requirements, and risks
- Weekly status reports (inclusive of Workstream 1, 3 and 4 information)

**Workstream 3 – Develop proposed revenue cycle future state staffing and resource requirements**

Accordion developed a recommended revenue cycle future state as part of initial procedures, including both short-term and long-term alternatives. Accordion will further refine alternatives to include a range of resource requirements across core revenue cycle functions. Workstream 3 activities will include:

- Finalize resource levels and resource allocation (optimal staffing and allocation including number of resources required for leadership positions) and vendor usage across the following functions: billing, accounts receivable resolution, payment/adjustment posting and vendor management.
- Coordinate with North Star human resources personnel and support development of appropriate job descriptions and expectations by role

As part of Workstream 3, Accordion will provide the following key deliverables:

- Future state revenue cycle organizational structure with resource requirements (based on likely future state enterprise approach, as needed)
- Recommended technology changes, including the use of AI to reduce costs and/or enhance revenue
- Core information related to duties and performance levels to be leveraged by North Star human resources in development of updated job descriptions
- Weekly status reports (inclusive of Workstream 1, 2 and 4 information)

**Workstream 4 – Further refine RCM KPI reporting**

Accordion supported development of enhanced RCM KPI reporting during initial procedures (Accounts receivable roll-forward, payments/adjustments by payer, revenue by payer, etc.). Accordion will further refine existing reporting and develop enhanced RCM management and executive reporting. Enhanced reporting will include trending and tracking, inclusion of key ratios (cash to charge, days in accounts receivable, etc.). Workstream 4 activities will include:

- Build out of RCM executive reporting
- Inclusion of key ratios
- Tracking and trending to identify RCM issues and pain points
- Development of procedures to maintain reporting in future periods

As part of Workstream 4, Accordion will provide the following key deliverables:

- RCM executive reporting template populated for prior and current periods
- Definition of key ratios included in executive reporting
- Procedures to be utilized to maintain executive reporting on an ongoing basis

We anticipate completion of our services in ten to twelve weeks. The Company and Accordion agree to discuss exact timing as the project progresses.

**Professionals and Fee Structure**

Accordion's weekly fee for the Additional Advisory Services in this Second Addendum will be $25,800 for a team, comprised of a full-time junior resource, a part-time Managing Director, and time as required from any additional subject matter experts. As indicated, we anticipate that our services will be completed in approximately ten to twelve weeks. We will meet with you routinely to discuss progress, barriers and any related impact on estimated timeframes.

**Terms of this Second Addendum**

In the event of any conflict between this Second Addendum and the Agreement, as modified hereby, the Agreement shall control except as to the terms and conditions (including, but not limited to, the Additional Advisory Services and Fees) set forth herein. All other terms and conditions of the Agreement shall remain in full force and effect.

This Second Addendum shall be governed by and interpreted exclusively in accordance with the laws of the state of New York, without regard to conflict of laws provisions thereof. All disputes arising from or relating to this Second Addendum shall be heard exclusively in a state or federal court of competent jurisdiction within the Borough of Manhattan, County of New York, State of New York, and the parties hereto consent to personal jurisdiction in such courts for such purposes and further waive all objections on grounds of improper venue or forum non-conveniens.

IN WITNESS WHEREOF, the parties hereto have caused this Second Addendum to be fully executed.

ACCORDION PARTNERS LLC

ACCORDION PARTNERS LLC

By: *Lane Jackson*

Name: Lane Jackson
Title: Managing Director

Date: 8/24/26

NORTH STAR HEALTH ALLIANCE, INC.
CARTHAGE AREA HOSPITAL, INC.
CLAXTON-HEPBURN MEDICAL CENTER, INC.
MEADOWBROOK TERRACE, INC.

By: [signature]

Name: Andrew Manzer
Title: Chief Executive Officer

Date: 08/21/2026

THIRD ADDENDUM to the
AGREEMENT among
ACCORDION PARTNERS LLC and NORTH STAR HEALTH ALLIANCE, INC.

This THIRD ADDENDUM (the "Third Addendum") is made by and between North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook" and collectively the "Company") and Accordion Partners LLC ("Accordion") as of September 30, 2026 (the "Third Addendum Effective Date") and is made pursuant to that certain agreement made by and between the Company and Accordion effective March 23, 2026 (the "Agreement") under which the Company engaged Accordion to provide the Advisory Services. Any terms used in this Third Addendum, but not defined in this Third Addendum, shall have the meaning assigned to them in the Agreement.

The Company and Accordion subsequently executed an addendum to the Agreement effective as of June 10, 2026 (the "First Addendum"), to modify certain terms of the Agreement. The Company and Accordion subsequently executed a Second Addendum to the Agreement effective as of August 18, 2026 (the "Second Addendum"), to modify certain terms of the Agreement.

The Agreement provides that any additional services ("Additional Advisory Services") or modifications to the Agreement must be agreed upon in writing by both the Company and Accordion.

Therefore, the following Additional Advisory Services shall be added to the Agreement, and are agreed by the parties and acknowledged by their signatures below:

**<u>Project Scope</u>**

The following shall be incorporated into the Agreement:

**Revenue Recognition Review:**

Accordion will work with the Company's management team, and any other relevant stakeholders within Operations, RCM, IT, and Accounting, to perform a diagnostic of the revenue recognition process with a focus on providing recommendations to optimize the process. Key Workplan items include:

- Phase 1 – Mobilize and Understand the Process
  - Confirm the diagnostic period. The base plan assumes at least 12 consecutive months, with a preference for 24 month where available, including the most recent closed month.
  - Confirm the entities, facilities, service lines, payer classes, and revenue categories included in the review.
  - Confirm the definition of net revenue used by CPSI, the general ledger, management reporting, and external stakeholders.
  - Identify process owners for CPSI, revenue accounting, AR, patient accounting, allowance calculations, write-offs, and monthly close.
  - Obtain the monthly close calendar and identify when CPSI output, manual adjustments, allowance entries, and final revenue are produced.
  - Understand the current monthly revenue process through interviews and walkthroughs before testing individual transactions or accounts.
  - Build a source-data inventory showing source, owner, period coverage, granularity, format, and known limitations.

  - Identify known missing months, incomplete reports, inconsistent account mappings, and changes in systems or process during the review period.
  - Establish the issue log, assumptions log, decision log, and weekly governance cadence.
- Phase 2 – Understand how CPSI produces monthly net revenue and how the result in transformed into the amount reported in the GL and management reporting:
  - Walk through CPSI configuration, reports, extracts, and source data used to produce monthly net revenue.
  - Document the flow from patient activity, charges, payments, payer adjudication, adjustments, and write-offs into the CPSI output.
  - Identify the exact CPSI reports or queries used by month, including report parameters, filters, date fields, posting dates, service dates, discharge dates, and facility dimensions.
  - Document the monthly close sequence, including when CPSI is run, whether the report is rerun, and how late activity is treated.
  - Identify all manual files, spreadsheets, journal entries, uploads, and offline calculations performed after the CPSI output.
  - Trace a representative month from CPSI output to the final GL revenue balance.
  - Trace a second month with materially different results to understand whether the process changes by period.
  - Identify whether the process is based on service date, cash date, bill date, posting date, discharge date, or another timing convention.
  - Determine whether monthly reports can be reproduced using the same parameters and source data.
- Phase 3 – Understand the AR rollfoward:
  - Obtain monthly AR aging reports, AR detail, GL AR balances, cash receipts, write-offs, adjustments, transfers, refunds, and other AR activity.
  - Identify breaks in the rollforward, but defer root-cause conclusions until the CPSI, adjustment, and allowance populations have been analyzed together.
  - Identify whether current-period revenue is being inferred from AR movements without sufficient support.
  - Assess whether the AR rollforward can serve as a control over revenue, allowance, write-off, and collection activity.
- Phase 4 – Documentation and Root Cause Analysis:
  - Outline current state process gaps and challenges.
  - Define the future state revenue recognition process.
  - Define future state revenue KPI's and management commentary requirements
  - Align on next steps with management

Project Deliverables include:

- Process maps
- CPSI to reported revenue bridge
- Findings, recommendations, and future state revenue recognition roadmap

We anticipate completion of our services in 8 weeks. The Company and Accordion agree to discuss exact timing as the project progresses.

**Professionals and Fee Structure**

Accordion's weekly fee for the Additional Advisory Services in this Third Addendum will be $28,000. The weekly fee excludes out of pocket travel expenses which will be billed separately. As indicated, we anticipate that our services will be completed in approximately eight weeks. We will meet with you routinely to discuss progress, barriers and any related impact on estimated timeframes.

**Terms of this Third Addendum**

In the event of any conflict between this Third Addendum and the Agreement, as modified hereby, the Agreement shall control except as to the terms and conditions (including, but not limited to, the Additional Advisory Services and Fees) set forth herein. All other terms and conditions of the Agreement shall remain in full force and effect.

This Third Addendum shall be governed by and interpreted exclusively in accordance with the laws of the state of New York, without regard to conflict of laws provisions thereof. All disputes arising from or relating to this Third Addendum shall be heard exclusively in a state or federal court of competent jurisdiction within the Borough of Manhattan, County of New York, State of New York, and the parties hereto consent to personal jurisdiction in such courts for such purposes and further waive all objections on grounds of improper venue or forum non-conveniens.

IN WITNESS WHEREOF, the parties hereto have caused this Third Addendum to be fully executed.

ACCORDION PARTNERS LLC

By: Signed by: Jim Porter
32BF87C177BA4DF...

Name: Jim Porter
Title: Senior Managing Director

Date: 10/8/2026

NORTH STAR HEALTH ALLIANCE, INC.
CARTHAGE AREA HOSPITAL, INC.
CLAXTON-HEPBURN MEDICAL CENTER, INC.
MEADOWBROOK TERRACE, INC.

By: Signed by: Andrew Manzer
3A1511E3C04340E...

Name: Andrew Manzer
Title: Chief Executive Officer

Date: 10/8/2026

FOURTH ADDENDUM to the
AGREEMENT among
ACCORDION PARTNERS LLC and NORTH STAR HEALTH ALLIANCE, INC.

This FOURTH ADDENDUM (the "Fourth Addendum") is made by and between North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook" and collectively the "Company") and Accordion Partners LLC ("Accordion") as of November 23, 2026 (the "Third Addendum Effective Date") and is made pursuant to that certain agreement made by and between the Company and Accordion effective March 23, 2026 (the "Agreement") under which the Company engaged Accordion to provide the Advisory Services. Any terms used in this Fourth Addendum, but not defined in this Fourth Addendum, shall have the meaning assigned to them in the Agreement.

The Company and Accordion subsequently executed an addendum to the Agreement effective as of June 10, 2026 (the "First Addendum"), a second addendum to the Agreement effective as of August 18, 2026 (the "Second Addendum"), and a third addendum to the Agreement effective as of September 30, 2026 (the "Third Addendum") to modify certain terms of the Agreement.

The Agreement provides that any additional services ("Additional Advisory Services") or modifications to the Agreement must be agreed upon in writing by both the Company and Accordion.

Therefore, the following Additional Advisory Services shall be added to the Agreement, and are agreed by the parties and acknowledged by their signatures below:

**Project Scope**

The following shall be incorporated into the Agreement:

Accordion will support completion of certain in-progress and agreed upon revenue cycle projects aimed at enhancing financial performance, support implementation of an enhanced revenue cycle vendor management program, and assist in finalizing the currently proposed future revenue cycle management operating model. These three project workstreams will be completed concurrently and are further outlined below.

**Workstream 1 – Support completion of certain in-progress and agreed upon revenue cycle projects**

Accordion initially supported activities related to certain revenue cycle opportunities previously identified in order to realize associated financial benefits. Significant progress and positive financial impact have resulted from these initial efforts. Additional opportunity areas and/or further financial improvement opportunities still exist. Accordion will support continued efforts in the following areas:

Discharged Not Final Billed ("DNFB") management:

- Continue to report DNFB account amounts that exceed best practice guidelines and established bill hold days
- Continue to update financial opportunity associated with best practice DNFB management
- Reconcile DNFB accounts as reported internally by the Company via CPSI reporting to vendor work lists utilized to manage DNFB levels (Claxton campus)
- Perform root cause analysis related to aged DNFB accounts
- Support implementation of corrective actions based upon root cause analysis

- Support vendor communication, including providing focused work lists, to efficiently reduce DNFB amounts to acceptable levels

Third party payer denial management:

- Continue to report and trend "first pass" (denials initially received) amounts by period and payer. Current reporting for 2026 indicates significant annual recurring financial opportunity associated with enhanced denial management.
- Support development of a denial management program. The denial management program will be led by a cross-functional team of Company personnel, and Accordion will assist in:
    - Identification of appropriate team members
    - Development of reporting to be leveraged by team members
    - Establishment of team roles/responsibilities
    - Routine meeting agenda items and frequency/timing of team meetings
- Support identification of root cause issues for high dollar denial issues
- Support plans and corrective actions to reduce or prevent recurrence of high dollar denial amounts
- Support development of detailed action plans, including updated policies and procedures, that will reduce denial levels
- Develop and update financial impact reporting associated with denials

Charge Description Master ("CDM") implementation support:

- Leverage the recently completed CDM findings and recommendations document as provided by the contracted CDM review vendor
- Support development of a CDM review and update/change approval committee
- Review recently completed CDM findings and recommendations for appropriateness and reasonableness
- Review the final CDM revenue impacts, as estimated by the CDM review vendor, for reasonableness
- Facilitate continued collaboration, review, approval by the committee and any other designated Company personnel

As part of Workstream 1, Accordion will provide the following key deliverables:

- DNFB root cause analysis and corrective actions
- Weekly trended DNFB reporting
- Results of DNFB reconciliation of internal Company DNFB reporting (Claxton campus) to vendor work lists
- Estimated financial impact of actions taken under this Workstream 1
- Denial root cause analysis and corrective actions (high dollar denial amount)
- Proposed policy and procedure updates to address recurring denials
- Trended first pass denial reporting
- Denial management program materials (team roles/responsibilities, reporting package, and meeting agenda/cadence)
- Denial financial impact reporting
- Proposed CDM committee members
- Results of CDM report review procedures
- Final report of implemented CDM updates and changes (as implemented by the Company as of the report date)
- Final report of charge capture changes implemented at the department level
- Weekly status reports (inclusive of Workstream 2 and 3 information)

**Workstream 2 – Support implementation of an enhanced revenue cycle vendor management program**

- Support establishment of a new revenue cycle vendor management program including:
    - Team members
    - Roles and responsibilities
- Support development of benchmarks and standards for key revenue cycle management vendors
- Support development of enhanced vendor reporting
- Support development of an overall vendor scorecard
- Develop potential updated contract and/or amendment terms related to revenue cycle vendor performance levels

As part of Workstream 2, Accordion will provide the following key deliverables:

- Roles and team members to participate in the vendor management program
- Vendor benchmarks and service level standards
- Draft vendor scorecard for review/approval by the Company's leadership
- Enhanced vendor performance reporting (proposed format and key metrics)
- Proposed updated vendor contract and/or amendment terms (for review by the Company and its legal counsel)
- Weekly status reports (inclusive of Workstream 1 and 3 information)

**Workstream 3 – Refine currently proposed future state revenue cycle management structure and approach**

- Leverage the existing proposed revenue cycle future state model as developed during procedures previously performed
- Further refine the staffing model associated with the revenue cycle future state model
- Support the Company in establishing roles and responsibilities within the new future state operating model
- Support development of a transition road map from current state to future state with:
    - Key action items
    - Timelines
    - Responsible parties
    - Risks
    - Status and progress reporting

As part of Workstream 3, Accordion will provide the following key deliverables:

- Future state revenue cycle organizational structure staffing model
- Roles and responsibilities by role/position in the future state revenue cycle organizational structure
- Transition road map from current state to future state
- Support the Company's measurement and monitoring of progress against transition road map
- Weekly status reports (inclusive of Workstream 1 and 2 information)

**Professionals, Project Timing and Fee Structure**

We anticipate completion of our services in no more than 24 weeks. Either the Company or Accordion may discontinue the services at any time upon two (2) weeks' written notice to the other party, in which case Accordion will be paid fees through the effective date of discontinuance (prorated for any partial week) and reimbursed for

expenses incurred through that date. The Company and Accordion agree to discuss exact timing as the project progresses.

Accordion's weekly fee for the Additional Advisory Services in this Fourth Addendum will be $25,800 for a team, comprised of a full-time junior resource, a part-time Managing Director, and time as required from any additional subject matter experts. We will meet with you routinely to discuss progress, barriers and any related impact on estimated timeframes.

The services under the Second Addendum shall be deemed complete, and fees under the Second Addendum shall cease to accrue, as of the Fourth Addendum Effective Date of November 10, 2026. Fees under this Fourth Addendum shall accrue from the Fourth Addendum Effective Date, such that no period is billed under both addenda.

**Terms of this Fourth Addendum**

In the event of any conflict between this Fourth Addendum and the Agreement, as modified hereby, the Agreement shall control except as to the terms and conditions (including, but not limited to, the Additional Advisory Services and Fees) set forth herein. All other terms and conditions of the Agreement shall remain in full force and effect.

This Fourth Addendum shall be governed by and interpreted exclusively in accordance with the laws of the state of New York, without regard to conflict of laws provisions thereof. All disputes arising from or relating to this Fourth Addendum shall be heard exclusively in a state or federal court of competent jurisdiction within the Borough of Manhattan, County of New York, State of New York, and the parties hereto consent to personal jurisdiction in such courts for such purposes and further waive all objections on grounds of improper venue or forum non-conveniens.

IN WITNESS WHEREOF, the parties hereto have caused this Fourth Addendum to be fully executed.

ACCORDION PARTNERS LLC

By: *Lane Jackson*

Name: Lane Jackson
Title: Managing Director

Date: November 18, 2026

NORTH STAR HEALTH ALLIANCE, INC.
CARTHAGE AREA HOSPITAL, INC.
CLAXTON-HEPBURN MEDICAL CENTER, INC.
MEADOWBROOK TERRACE, INC.

By: [signature]

Name: Andrew Manzer
Title: Chief Executive Officer

Date: 11/18/2026