| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF NEW YORK**<br>**SYRACUSE DIVISION** | | **Hearing Date/Time: December 9, 2026, 2:00 p.m.**<br>**Hearing Location: Syracuse, NY**<br>**Opposition Due: December 2, 2026** |
| In re: | : | Chapter 11 |
| | : | |
| NORTH STAR HEALTH ALLIANCE, INC., *et al.*,[1] | : | Case No. 26-60099 |
| | : | Main Case |
| Debtors. | : | Jointly Administered |
| | : | Case No. 26-30078 |
| | : | Case No. 26-30079 |
| | : | Case No. 26-60100 |

**NOTICE OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER EXPANDING THE EMPLOYMENT AND RETENTION OF ACCORDION PARTNERS, LLC, AS FINANCIAL AND RESTRUCTURING ADVISOR, EFFECTIVE AS OF AUGUST 18, 2026**

**PLEASE TAKE NOTICE** that upon the annexed application (the "Application") of North Star Health Alliance, Inc. ("North Star"), Carthage Area Hospital, Inc. ("Carthage"), Claxton-Hepburn Medical Center, Inc. ("Claxton"), and Meadowbrook Terrace, Inc. ("Meadowbrook"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), the undersigned will move this Court for an order expanding the employment and retention of Accordion Partners, LLC, as financial and restructuring advisor, *nunc pro tunc* to August 18, 2026 before the Honorable Wendy A. Kinsella, Chief United States Bankruptcy Judge at the United States Bankruptcy Court for the Northern District of New York (the "Court"), 100 South Clinton Street, 2nd Floor, Syracuse, New York, on **December 9, 2026 at 2:00 p.m. (prevailing Eastern Standard Time)**, or as soon thereafter as counsel may be heard. The hearing may be attended in person or accessed by video via Teams, for which pre-registration is required by 3:00 p.m. (EST) one (1) business day before the hearing (go to https://www.nynb.uscourts.gov/remote-hearing-appearances to register).

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Carthage Area Hospital, Inc. (2079); North Star Health Alliance, Inc. (9491); Claxton-Hepburn Medical Center, Inc. (9686); and Meadowbrook Terrace, Inc. (2458).

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Application must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of New York and be filed with the Court and served in accordance with Local Rule 9013-1 upon the following parties: (i) counsel to the Debtors, Barclay Damon LLP, 1270 Avenue of the Americas, Suite 2310, New York, NY 10020, Attn: Janice B. Grubin and Emilie D. Simone, (ii) the Office of the United States Trustee for the Northern District of New York, 100 South State Street, Room 4230, Rochester, New York 14614, Attn: Erin P. Champion, AUST, Trial Attorney, (iii) counsel for the Committee, Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Lauren M. Macksoud, Esq. and Dentons Bingham Greenebaum, LLP, One City Center, Suite 11100, Portland, ME 04101-6420, Attn: Andrew C. Helman, Esq.; and (iv) and those persons who have formally appeared and requested service in these Chapter 11 Cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure so as to be received **at or before 4:00 p.m. (EST) on December 2, 2026**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application may be adjourned from time to time without notice to any creditor or other party-in-interest other than by announcement of the adjourned date in open Court on the date of the hearing or any adjourned date.

Dated: November 18, 2026
New York, New York

**BARCLAY DAMON LLP**
*Counsel to Debtors and Debtors-in-Possession*

By: */s/Janice B. Grubin*
Janice B. Grubin
Emilie D. Simone
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Janice B. Grubin:
(212) 784-5808; jgrubin@barclaydamon.com
Emilie Simone:
(212) 784-5833; esimone@barclaydamon.com